**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**(Electronically Filed: August 1, 2006)**

| | | |
|---|---|---|
| **SEVENSON ENVIRONMENTAL SERVICES, INC.,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **No.: 05-1075C** **Judge Thomas C. Wheeler** |
| **THE UNITED STATES,** | * | |
| **Defendant** | * | |

**MOTION TO INTERVENE**

Shaw Environmental, Inc. ("Shaw") seeks to intervene in the above-referenced matter as a Party Defendant pursuant to Rule 24 of the Rules of the Court of Federal Claims. Shaw's intervention is proper under the mandatory intervention requirements of Rule 24(a), and the permissive intervention standard of Rule 24(b). Shaw's participation in this case will not delay the proceedings or unfairly prejudice the rights of the original parties. Plaintiff has indicated that it will oppose the intervention; Defendant does not oppose Shaw's intervention.

For these reasons and others discussed in the accompanying memorandum, Shaw prays that the Court enter an order granting Shaw's intervention as a matter of right under Rule 24(a). In the alternative, Shaw prays for an order granting it permission to intervene pursuant to Rule 24(b).

Respectfully submitted:

__s/ Russel O. Primeaux____________
Russel O. Primeaux
Kean Miller Hawthorne
D'Armond McCowan & Jarman LLP
One American Place, 22nd Floor
Post Office Box 3513
Baton Rouge, LA 70821-3513
Phone: 225.387.0999
Facsimile: 225.388.9133
***Attorneys for Shaw Environmental, Inc.***

Of Counsel:

J. Eric Lockridge
Anthony G. Boone
Kean Miller Hawthorne
D'Armond McCowan & Jarman LLP
One American Place, 22nd Floor
Post Office Box 3513
Baton Rouge, LA 70821-3513
Phone: 225.387.0999
Facsimile: 225.388.9133

**CERTIFICATE OF SERVICE**

I certify that the above and foregoing document has this day been filed electronically via the Court's CM/ECF system so that a copy has been sent via email to the counsel listed below, and that copy was also sent to the counsel listed below via first class mail, postage prepaid, on this day, August 1, 2006.

Brian E. Ferguson
MCDERMOTT, WILL & EMERY
600 13TH Street, N.W.
Washington, D.C. 20005

Kevin A. Szanyi
Nelson Perel
WEBSTER SZANYI LLP
1400 Liberty Building
Buffalo, New York 14202

Peter D Keisler
John J. Fargo
Marcy E. Cook
Civil Division
U.S. Department of Justice
Washington, D.C. 20530

___s/J. Eric Lockridge________

J. Eric Lockridge