**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**(Electronically Filed: August 1, 2006)**

| | | |
|---|---|---|
| **SEVENSON ENVIRONMENTAL SERVICES, INC.,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **NO.: 05-1075C** |
| | * | **JUDGE THOMAS C. WHEELER** |
| **THE UNITED STATES and SHAW ENVIRONMENTAL, INC.** | * | |
| **Defendant** | * | |

**RULE 7.1(A) DISCLOSURE STATEMENT**

Shaw Environmental, Inc. ("Shaw") is a wholly-owned subsidiary of Shaw E & I, Inc., which is a wholly-owned subsidiary of The Shaw Group Inc., a publicly traded corporation.

Respectfully submitted,

s/ Russel O. Primeaux _________

Russel O. Primeaux
Kean Miller Hawthorne
D'Armond McCowan & Jarman LLP
One American Place, 22nd Floor
Post Office Box 3513
Baton Rouge, LA 70821-3513
Phone: 225.387.0999
Facsimile: 225.388.9133

***Counsel for Shaw Environmental, Inc.***

Of Counsel:

J. Eric Lockridge
Anthony G. Boone
Kean Miller Hawthorne
D'Armond McCowan & Jarman LLP
One American Place, 22nd Floor
Post Office Box 3513
Baton Rouge, LA 70821-3513
Phone: 225.387.0999
Facsimile: 225.388.9133

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing "**RULE 7.1(A) DISCLOSURE STATEMENT**" was filed by using the Court's CM/ECF system so that a copy was sent to the following persons automatically via email, and that another copy was sent to them via first class mail, postage pre-paid, this day, August 1, 2006:

Brian E. Ferguson
MCDERMOTT, WILL & EMERY
600 13TH Street, N.W.
Washington, D.C. 20005

Kevin A. Szanyi
Nelson Perel
WEBSTER SZANYI LLP
1400 Liberty Building
Buffalo, New York 14202

Peter D Keisler
John J. Fargo
Marcy E. Cook
Civil Division
U.S. Department of Justice
Washington, D.C. 20530

__s/ J. Eric Lockridge ________________________
J. Eric Lockridge