# In the United States Court of Federal Claims

No. 05-1075C

(Filed: August 14, 2006)

*************************************** *
*
SEVENSON ENVIRONMENTAL SERVICES, *
INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************** *

ORDER

The Court has reviewed Defendant's July 13, 2006 motion to bifurcate the issues of liability and damages for trial, and to stay expert discovery related to damages, as well as Plaintiff's July 27, 2006 opposition to the motion, and Defendant's August 10, 2006 reply. Upon consideration of the facts presented and the arguments of counsel, Defendant's motion is hereby DENIED.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge