**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**(Electronically Filed: August 15, 2006)**

| | | |
|---|---|---|
| **SEVENSON ENVIRONMENTAL SERVICES, INC.,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **No.: 05-1075C** |
| | * | **JUDGE THOMAS C. WHEELER** |
| **THE UNITED STATES and SHAW ENVIRONMENTAL, INC.** | * | |
| **Defendant** | * | |

**MOTION TO SUBSTITUTE PROPOSED ANSWER**

Shaw Environmental, Inc. ("Shaw") hereby submits its proposed Amended Answer pursuant to Rule 15(a) of the Rules of the Court of Federal Claims, and states as follows:

1. On August 1, 2006, Shaw filed its Motion to Intervene in the above-referenced matter. (Docket No. 26). Attached to the motion was Shaw's proposed original.

2. Shaw seeks to substitute its proposed Amended Answer, which is attached to this motion, in place of its original proposed Answer, which was attached to its Motion to Intervene.

3. Rule 15(a) of the Rules of the Court of Federal Claims provides that a party may amend its pleading once as a matter of course at any time before a responsive pleading is served or, if the pleading is one to which no responsive pleading is permitted and the action has not been placed upon the trial calendar, the party may so amend it at any time within twenty days after it is served.

4. Shaw's proposed original Answer is not a pleading to which a responsive pleading is permitted. The above-captioned action has not been placed upon the trial calendar. Accordingly, Shaw may amend its proposed original Answer, "as a matter of course," within twenty days of August 1, 2006. Shaw's proposed Amended Answer, attached, is being served on all parties and submitted to the Court within that deadline.

5. Accordingly, Shaw hereby amends its proposed original Answer and replaces it with its proposed Amended Answer, and requests that the Court instruct the Clerk to file the Amended Answer as Shaw's initial pleading in this case.

**WHEREFORE**, Shaw prays that this Court recognize that Shaw has replaced its proposed original Answer with its proposed Amended Answer, and that the Court instruct the Clerk to file the proposed Amended Answer as Shaw's initial pleading in this case upon granting Shaw's Motion to Intervene.

Respectfully submitted,

___s/ Russel O. Primeaux____________

Russel O. Primeaux
Kean Miller Hawthorne
D'Armond McCowan & Jarman LLP
One American Place, 22nd Floor
Post Office Box 3513
Baton Rouge, LA 70821-3513
Phone: 225.387.0999
Facsimile: 225.388.9133

***Counsel for Shaw Environmental, Inc.***

Of Counsel:

J. Eric Lockridge
Anthony G. Boone
Kean Miller Hawthorne
D'Armond McCowan & Jarman LLP
One American Place, 22nd Floor
Post Office Box 3513
Baton Rouge, LA 70821-3513
Phone: 225.387.0999
Facsimile: 225.388.9133

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing **"MOTION TO SUBSTITUTE PROPOSED ANSWER"** was filed by using the Court's CM/ECF system so that a copy was sent to the following persons automatically via email on this day, August 15,006:

Kenneth L. Cage
Brian E. Ferguson
MCDERMOTT, WILL & EMERY
600 13TH Street, N.W.
Washington, D.C. 20005

Kevin A. Szanyi
Nelson Perel
WEBSTER SZANYI LLP
1400 Liberty Building
Buffalo, New York 14202

Peter D Keisler
John J. Fargo
Marcy E. Cook
Civil Division
U.S. Department of Justice
Washington, D.C. 20530

_s/ J. Eric Lockridge_______________