**From:** Eric Lockridge
**To:** bferguson@mwe.com
**Date:** 7/26/06 4:35PM
**Subject:** Re: Fw: Order

Brian -

Thank you for forwarding a copy of the order. Shaw plans to go forward with filing a motion to intervene. We don't think that the Government's miss on the Rule 14 deadline affects the timeliness of our motion to intervene, particularly in light of the recent Honeywell decision, where the Court granted a motion to intervene that was filed two years after the litigation began. See 2006 WL 1737938.

After you've had a chance to talk with your client, please let me know Sevenson's position on the motion to intervene. We plan to file the motion on Friday. If I don't hear from you before then, I will assume that your initial instinct was correct and note that Sevenson opposes the motion.

Thanks,
Eric

J. Eric Lockridge
www.keanmiller.com
direct dial: 225.389.3756
direct fax: 225.215.4162

Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman, L.L.P.
One American Place, 22nd Floor
301 Main St.
P.O. Box 3513
Baton Rouge, LA 70821

CONFIDENTIALITY STATEMENT
This electronic message contains information from the law firm of Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman, L.L.P. and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately by telephone at (225) 387-0999.

>>> <bferguson@mwe.com> 07/26/06 2:12 PM >>>
Eric:

Per our discussion earlier today, attached is the order from Judge Wheeler denying the government's motion to notice Shaw in the Court of Federal Claims lawsuit.

Regards,

Brian

---

Brian E. Ferguson
McDermott Will & Emery LLP | 600 13th Street, N.W., Washington, D.C. 20005
Main: 202-756-8000 | Direct: 202-756-8371 | Fax: 202-756-8087 |
www.mwe.com | bferguson@mwe.com

---

----- Forwarded by Brian Ferguson/WDC/MWE on 07/26/2006 03:09 PM -----

eCopy FifthFloorC/WDC/MWE
07/26/2006 03:07 PM

To
Brian Ferguson/WDC/MWE
cc

Subject
Order

Please review the attached PDF file. It has been sent to you by someone in MWE's Washington office.

****************************************************************************************************************
IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.

---

This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.
****************************************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.