# In the United States Court of Federal Claims

No. 05-1075C

(Filed: September 20, 2006)

*****************************************
SEVENSON ENVIRONMENTAL SERVICES, *
INC., *
Plaintiff, *
v. *
THE UNITED STATES, *
Defendant. *
*****************************************

ORDER

Before the Court is the motion of Shaw Environmental, Inc. ("Shaw"), filed August 1, 2006, to intervene as a party defendant in this action. Plaintiff filed an opposition to this motion on August 15, 2006, and Shaw filed a reply on September 1, 2006. The Government has not lodged any objection to the motion. Upon due consideration of the positions of Shaw and Plaintiff, and for good cause shown, the Court finds that Shaw satisfies the requirements for intervention under RCFC 24, both as a matter of right and for permissive intervention. Accordingly, Shaw's motion to intervene is GRANTED.

The Clerk shall accept Shaw's amended answer for filing, and shall hereafter identify Shaw Environmental, Inc. as an intervenor-defendant in this action.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge