**IN THE UNITED STATES COURT
OF FEDERAL CLAIMS**

| | |
|---|---|
| SEVENSON ENVIRONMENTAL SERVICES, INC., Plaintiff, | |
| v. | No. 05-1075C<br>Judge Thomas C. Wheeler |
| THE UNITED STATES Defendant. | |

Electronically Filed on October 2, 2006

**<u>JOINT CLAIM CONSTRUCTION STATEMENT</u>**

Pursuant to paragraph 4 of the Court's Amended Scheduling Order of June 8, 2006, Plaintiff Sevenson Environmental Services, Inc. and Defendant the United States submit this Joint Claim Construction Statement.

As required by paragraph 4 of the Court's Amended Order, the parties have set forth in the accompanying charts (attached as Exs. A-E): (1) the construction of those claim terms on which the parties agree and (2) for those terms on which the parties do not agree, Plaintiff's and Defendant's proposed claim constructions and citations to supporting evidence for those claim terms.

Each party will provide supplementation of these disclosures in view of additional discovery or further conferences, consistent with RCFC 26(e).

Respectfully submitted,

Dated: October 2, 2006

Brian E. Ferguson
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, D.C. 20005
(202) 756-8000
bferguson@mwe.com

WEBSTER SZANYI LLP
Kevin A. Szanyi
Nelson Perel
1400 Liberty Building
Buffalo, New York 14202
(716) 842-2800
nperel@websterszanyi.com

Attorneys for Plaintiff, Sevenson Environmental Services, Inc.

Dated: 10/2/06

PETER D. KEISLER
Assistant Attorney General

JOHN J. FARGO
Director

MARCY E. COOK
Attorney
Civil Division
U.S. Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0459
Facsimile: (202) 307-0345

Attorneys for Defendant the United States