# Exhibit A

# I. U.S. Patent 5,527,982 ("the '982 patent")

## A. Constructions on which the Parties Agree

Plaintiff and Defendant agree to the proposed constructions of the following terms of the '982 patent.

| Term | Agreed Construction |
|---|---|
| Alum | Any of a group double sulfates of metals, for example $M_2(SO_4)_2 \cdot 12H_2O$ |
| At least one member selected from the group consisting of sulphates, halites, and silicates | One of the following substances: sulphates, halites, and silicates |
| Consisting essentially of | A term of art in patent law meaning the invention necessarily includes the listed ingredients and is open to unlisted ingredients that do not materially affect the basic and novel properties of the invention |
| Cured material | The end product of a curing process |
| Cure(ing) | To prepare, preserve or finish by a chemical or physical process |
| Gypsum | Calcium Sulfate Dihydrate ($CaSO_4 \cdot 2H_2O$) |
| Lime | Calcium hydroxide ($Ca(OH)_2$), calcium oxide ($CaO$), or calcium carbonate ($CaCO_3$) |
| Metal compound | A substance whose molecules consist of unlike atoms, and whose constituents cannot be separated by physical means, wherein at least one of the atoms is an element characterized by ductility, malleability, luster, and conductivity of heat and electricity |
| Mineral species | A substance with a characteristic chemical composition expressed by a chemical formula |
| Mix(ing) | To combine or join two or more things |

| Term | Agreed Construction |
|---|---|
| Moisture content | The quantity of water in a material expressed in the percentage by weight of water in the mass |
| Paint Filter Test | EPA Test Method 9095, used to demonstrate the presence or absence of free liquids in bulk waste, passing the Paint Filter Test indicates that the waste does not contain free liquids |
| Period | An interval of time |
| React(ing) | Enter(ing) into a chemical combination |
| Secondary waste stream(s) | Byproduct produced by a process |
| Substantially insoluble | The leachable lead content in the treated waste sample is less than 5.0 mg/l in the extract by the TCLP test |
| Substantially solid (in form) | A substance having a substantially definite volume and shape |
| TCLP | Toxicity Characteristic Leaching Procedure, EPA Test Method 1311, "A solid waste … exhibits the characteristic of toxicity if, using the Toxicity Characteristic Leaching Procedure, test Method 1311 in 'Test Methods for Evaluating Solid Waste, Physical/Chemical Methods,' … the extract from a representative sample of the waste contains any of the contaminants listed in table 1 at the concentration equal to or greater than the respective value given in that table." 40 C.F.R. § 261.24 |
| TCLP lead level | The concentration (in the units of milligrams of lead per liter of extract solution - mg/L) of lead that is present in the TCLP extract of a representative sample of the material. |
| TCLP metal level(s) | The concentration (in the units of milligrams of metal per liter of extract solution - mg/L) of metal that is present in the TCLP extract of a representative sample of the material. |
| Treat(ing) | To subject to a process |

| TERM | AGREED CONSTRUCTION |
| --- | --- |
| Triple Super Phosphate | A dry, granular phosphate rock with up to three times the amount of available phosphate |
| Volume | The space occupied by a material, measured in, for example, cubic yards |

## B. CONSTRUCTIONS ON WHICH THE PARTIES DISAGREE

### 1. Claim 1

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Metal-bearing material(s) | Materials that have the capacity to yield, produce or release metals<br><br>Sevenson's proposed construction is based on the common and ordinary meaning of the term in question, as supported by the following references: Hawley 's Condensed Chemical Dictionary, 11th Ed. (Van Nostrand Reinhold Co., Inc. 1987); Bennett, Concise Chemical and Technical Dictionary, 3d Ed. (Chemical Pub. Co., Inc. 1974); Concise Encyclopedia of Polymer Science and Engineering (John Wiley & Sons, Inc. 1990); McGraw-Hill Dictionary of Scientific and Technical Terms, 3d Ed. (McGraw-Hill Inc. 1984); American Heritage Dictionary, 2d Coll. Ed. (Houghton Mifflin Co. 1982). In addition, the patents in suit (specification, figures, claims, and file histories) support and use the common and ordinary meaning of the term in question [hereinafter Sevenson's Supporting Evidence]. | Material(s) containing at least one leachable metal<br><br>'982 patent, col. 2, line 65 to col. 3 lines 1-3 and col. 20, line 7. |

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Leachable metal | Lead, aluminum, arsenic (III), barium, bismuth, cadmium, chromium (III), copper, ion, nickel, selenium, silver, and/or zinc that have been or have the capacity to be dissolved out of something by a carrier fluid<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | One of the following substances: lead, aluminum, arsenic (III), barium, bismuth, cadmium, chromium (III), copper, iron, nickel, selenium, silver, and zinc<br><br>'982 patent, col. 20, lines 7-11; Phillips v. AWH Corp., 415 F.3d 1303, 1314 (Fed. Cir. 2005) ("Because claim terms are normally used consistently throughout the patent, the usage of a term in one claim can often illuminate the meaning of the same term in other claims."); Gillette Co. v. Energizer Holdings, Inc., 405 F.3d 1367, 1372 (Fed. Cir. 2005) (A Markush group by its nature is closed. If an applicant tries to claim a Markush group without the word 'consisting,' the PTO will insist upon the addition of this word to ensure a closed meaning. Thus, in order to 'close' a Markush group, the PTO insists on the transition phrase 'group consisting of.'"); Abbott Labs. v. Baxter Pharm. Prods., Inc., 334 F.3d 1274, 1280 (Fed. Cir. 2003) ("A Markush group is a listing of specified alternatives of a group in a patent claim, typically expressed in the form: a member selected from the group consisting of A, B, and C."). |

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Stabilize | To put within a state of defined limit(s); not easily decomposed or otherwise modified chemically<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Convert into non-leachable form, i.e., the TCLP metal level is below the regulatory threshold limit under the TCLP test criteria of the EPA<br><br>'982 patent, title ("Fixation and Stabilization of Metals in Contaminated Materials"), col. 2, lines 57-59 ("The invention relates to treatment methods employed to chemically convert leachable metal in metal-bearing solid and liquid waste materials to a non-leachable form."), col. 3, lines 10-14 ("The processes of the present inventions provide reactions that convert leachable metals, especially lead, into a non-leachable form which is geochemically stable for indefinite periods … "), and col. 3, lines 34-36 ("… so as to render the metal substantially non-leachable, that is, to levels below the regulatory threshold limit under the TCLP test criteria of the USEPA."). |
| First mixture | A first homogeneous or heterogeneous material in any physical state that consists of two or more chemical components that have no firm chemical bonding between them and that are physically separable<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | First component plus second component mixed together<br><br>'982 patent, col. 5, lines 45-47 and col. 20, lines 5-6. |

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| First component | A material capable of supplying a source of sulphates, halites, and/or silicates<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A separate and distinct compound capable of supplying a source of sulphates, halites, and/or silicates, wherein sulphates consist of a substance containing the anion $(SO_4)^{2-}$, wherein halites consist of the substance sodium chloride (NaCl), and wherein silicates consist of a substance having a molecular structure containing silicon, oxygen, and one or more metals, but not including hydroxides, lime, or portland cement<br><br>'982 patent, Fig. 1 (showing separate and distinct Group One and Group Two treatment chemicals), col. 3, lines 16-19 ("A first group of treatment chemicals for use in the processes of the present invention includes …, gypsum, alum, halites, …, and other similar *products that can supply sulfates, halides, …, and/or silicates*."), col. 5, lines 1-4 ("A first group, 'group one', comprises a source of sulfate, …, chloride, fluoride, and/or silicates. These sources are gypsum, …, sodium silicate, …, calcium fluoride, alum, and/or like similar products."), and col. 20, lines 12-14. Sevenson voluntarily disclaimed hydroxides, lime, and portland cement in order to avoid rejection of the claims in light of the O'Hara patent (U.S. Pat. No. 4,737,356). See Prosecution File '982 Application, amendment filed Nov. 7, 1994, at 49 ("To avoid rejection based on O'Hara the claims have been amended to delete references to hydroxides, lime and portland cement. The remaining group that makes up the first component no longer includes a member that is taught by O'Hara.") |

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Sulphate(s) | A material comprising the anion $(SO_4)^{2-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A compound containing a sulphate group, $(SO_4)^{2-}$<br><br>Hackh's Chemical Dictionary 645 (4th ed. 1969) [hereinafter Hackh's]; McGraw-Hill Dictionary of Scientific and Technical Terms 1853 (4th ed. 1989) [hereinafter McGraw-Hill]. |
| Halite(s) | A material comprising sodium chloride (NaCl)<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | The compound sodium chloride (NaCl)<br><br>Hackh's at 311; Hawley's Condensed Chemical Dictionary 584 (11th ed. 1987) [hereinafter Hawley's]; McGraw-Hill at 850. |
| Silicate(s) | A material comprising silicon, oxygen, and one or more metals with or without hydrogen<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A compound having a molecular structure containing silicon, oxygen, and one or more metals<br><br>Hackh's at 610; Hawley's at 1038; McGraw-Hill at 1732. |

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Supply(ies) | Provide or make available one or more reactant(s)<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | To make available for the stabilization process, wherein the stabilization process is converting the leachable metal into non-leachable form, i.e., the TCLP metal level is below the regulatory threshold limit under the TCLP test criteria of the EPA<br><br>'982 patent, col. 6, lines 19-26 ("In the second step of the process, the solid waste material as amended with gypsum powder is treated with a *phosphate-supplying reagent reacts chemically to immobilize the remaining leachable lead*. The phosphate-supplying reagent includes phosphate ion sources having one or more reactive phosphate ions, such as phosphoric acid, trisodium phosphate, a potassium phosphate and monobasic or dibasic calcium phosphates.") and col. 9, lines 26-29 ("In addition, the amount of *phosphate-supplying reagent is prescribed in an amount sufficient to produce mineral species such as hydroxy-lead apatite* in contaminated soil or solid waste material."). |

| Term | Plaintiff's Position | Defendant's Position |
|---|---|---|
| Second component | A material capable of supplying at least one phosphate anion<br><br><u>See</u> Sevenson's Supporting Evidence, *supra*, Claim 1. | A separate and distinct compound capable of supplying a source of phosphate anion, $(PO_4)^{3-}$<br><br>'982 patent, Fig. 1 (showing separate and distinct Group One and Group Two treatment chemicals), col. 3, lines 20-26 ("A second group consists of treatment chemicals which can supply phosphate ions. This group includes products such as phosphoric acid, pyrophosphates, triple super phosphate (TSP), trisodium phosphate, potassium phosphates, ammonium phosphates and/or others capable of supplying phosphate anion when mixed with a metal-bearing process material or with a metal-toxic hazardous waste."), col. 5, lines 5-10 ("The second group, 'group two', comprises a *source of phosphate anion*. This group consists of products like phosphoric acid (phosphoric), pyrophosphates, triple super phosphate, trisodium phosphates, potassium phosphates, ammonium phosphates and/or similar compounds capable of *supplying a phosphate anion*."), col. 6, lines 23-27 ("The phosphate-supplying reagent includes phosphate ion sources *having one or more reactive phosphate ions*, such as phosphoric acid, trisodium phosphate, a potassium phosphate and monobasic or dibasic calcium phosphates."), and col. 20, line 15; <u>Hackh's</u> at 354 (ion), 514 (phosphate); <u>McGraw-Hill</u> at 1413 (phosphate). |

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| At least one phosphate anion | At least one molecule of $(PO_4)^{3-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A compound capable of supplying a source of one or more phosphate anions, $(PO_4)^{3-}$, per molecule of said compound; for example, triple super phosphate contains up to three times the amount of available phosphate per molecule<br><br>'982 patent, col. 3, lines 20-26 ("A second group consists of treatment chemicals which can supply phosphate ions. This group includes products such as phosphoric acid, pyrophosphates, triple super phosphate (TSP), trisodium phosphate, potassium phosphates, ammonium phosphates and/or others capable of *supplying phosphate anion*."), col. 5, lines 5-10 ("The second group, 'group two', comprises a *source of phosphate anion*. This group consists of products like phosphoric acid (phosphoric), pyrophosphates, triple super phosphate, trisodium phosphates, potassium phosphates, ammonium phosphates and/or similar compounds capable of supplying a phosphate anion."), and col. 6, lines 23-27 ("The phosphate-supplying reagent *includes phosphate ion sources having one or more reactive phosphate ions*, such as phosphoric acid, trisodium phosphate, a potassium phosphate and monobasic or dibasic calcium phosphates."); Rhine v. Casio, Inc., 183 F.3d 1342, 1345 (Fed. Cir. 1999) ("Use of the phrase 'at least one' means that there could be only one or more than one."); Hackh's at 354 (ion), 514 (phosphate), 693 (TSP); Hawley's at 1193 (TSP); McGraw-Hill at 1413 (phosphate), 1970 (TSP). |

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Second mixture | A second homogeneous or heterogeneous material in any physical state that consists of two or more chemical components that have no firm chemical bonding between them and that are physically separable<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Metal-bearing material plus first mixture mixed together, wherein the first mixture is the first component plus the second component mixed together<br><br>'982 patent, col. 5, lines 45-47 and col. 20, lines 5-7. |

2. Claim 2

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Leachable metal | Lead, aluminum, arsenic (III), barium, bismuth, cadmium, chromium (III), copper, ion, nickel, selenium, silver, and/or zinc that have been or have the capacity to be dissolved out of something by a carrier fluid<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | One of the following substances: lead, aluminum, arsenic (III), barium, bismuth, cadmium, chromium (III), copper, iron, nickel, selenium, silver, and zinc<br><br>See *supra*, Claim 1. |

3. Claim 3

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Metal-bearing material(s) | Materials that have the capacity to yield, produce or release metals<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Material(s) containing at least one leachable metal<br><br>See *supra*, Claim 1. |

4. Claim 4

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| First component | A material capable of supplying a source of sulphates, halites, and/or silicates<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A separate and distinct compound capable of supplying a source of sulphates, halites, and/or silicates, wherein sulphates consist of a substance containing the anion $(SO_4)^{2-}$, wherein halites consist of the substance sodium chloride (NaCl), and wherein silicates consist of a substance having a molecular structure containing silicon, oxygen, and one or more metals, but not including hydroxides, lime, or portland cement<br><br>See *supra*, Claim 1. |
| Halite(s) | A material comprising sodium chloride (NaCl)<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | The substance sodium chloride (NaCl)<br><br>See *supra*, Claim 1. |
| Sulphates of iron | A material comprising iron and a sulphate $(SO_4)^{2-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Compounds containing iron and a sulphate group, $(SO_4)^{2-}$<br><br>See *supra*, Claim 1. |
| Sulphates of aluminum | A material comprising aluminum and a sulphate $(SO_4)^{2-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Compounds containing aluminum and a sulphate group, $(SO_4)^{2-}$<br><br>See *supra*, Claim 1. |

5. Claim 5

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Second component | A material capable of supplying at least one phosphate anion<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A separate and distinct compound capable of supplying a source of phosphate anion, $(PO_4)^{3-}$<br><br>See *supra*, claim 1. |
| Phosphoric acid | An acid comprising $H_3PO_4$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A compound with the chemical formula $H_3PO_4$<br><br>Hackh's at 515; Hawley's at 910; McGraw-Hill at 1414. |
| Trisodium phosphate | A material comprising $Na_3PO_4$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A compound with the chemical formula $Na_3PO_4$<br><br>Hawley's at 1070; McGraw-Hill at 1971. |
| Pyrophosphate(s) | A material comprising a pyrophosphate $(P_2O_7)^{4-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Compounds containing a pyrophosphate group, $(P_2O_7)^{4-}$<br><br>Hackh's at 559; McGraw-Hill at 1529. |
| Potassium phosphate(s) | A material comprising potassium and a phosphate anion $(PO_4)^{3-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Compounds containing potassium and a phosphate anion, $(PO_4)^{3-}$<br><br>See *supra*, claim 1. |
| Ammonium phosphate(s) | A material comprising ammonium and a phosphate anion $(PO_4)^{3-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Compounds containing ammonium and a phosphate anion, (PO4)3-<br><br>See *supra*, claim 1. |

6. Claim 6

Plaintiff and Defendant agree to the construction of all terms in Claim 6 of the '982 patent. See *supra*, Part A.

7. Claim 7

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Metal-bearing material(s) | Materials that have the capacity to yield, produce or release metals<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Material(s) containing at least one leachable metal<br><br>See *supra*, Claim 1. |

8. Claim 8

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| First component | A material capable of supplying a source of sulphates, halites, and/or silicates<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A separate and distinct compound capable of supplying a source of sulphates, halites, and/or silicates, wherein sulphates consist of a substance containing the anion $(SO_4)^{2-}$, wherein halites consist of the substance sodium chloride (NaCl), and wherein silicates consist of a substance having a molecular structure containing silicon, oxygen, and one or more metals, but not including hydroxides, lime, or portland cement<br><br>See *supra*, Claim 1. |

9. Claim 9

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Second component | A material capable of supplying at least one phosphate anion<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A separate and distinct compound capable of supplying a source of phosphate anion, $(PO_4)^{3-}$<br><br>See *supra*, claim 1. |
| Phosphoric acid | An acid comprising $H_3PO_4$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A compound with the chemical formula $H_3PO_4$<br><br>See *supra*, claim 5. |

10. Claim 10

Plaintiff and Defendant agree to the construction of all terms in Claim 10 of the '982 patent. See *supra*, Part A.

11. Claim 11

Plaintiff and Defendant agree to the construction of all terms in Claim 11 of the '982 patent. See *supra*, Part A.

12. Claim 12

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Metal-bearing material(s) | Materials that have the capacity to yield, produce or release metals<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Material(s) containing at least one leachable metal<br><br>See *supra*, Claim 1. |

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Leachable metal | Lead, aluminum, arsenic (III), barium, bismuth, cadmium, chromium (III), copper, ion, nickel, selenium, silver, and/or zinc that have been or have the capacity to be dissolved out of something by a carrier fluid<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | One of the following substances: lead, aluminum, arsenic (III), barium, bismuth, cadmium, chromium (III), copper, iron, nickel, selenium, silver, and zinc<br><br>'982 patent, col. 20, lines 56-60; see also *supra*, Claim 1. |
| Stabilize | To put within a state of defined limit(s); not easily decomposed or otherwise modified chemically<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Convert into non-leachable form, i.e., the TCLP metal level is below the regulatory threshold limit under the TCLP test criteria of the EPA<br><br>See *supra*, Claim 1. |

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Phosphate reagent | A material capable of supplying a source of phosphate anion $(PO_4)^{3-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A separate and distinct compound capable of supplying a source of phosphate anion, $(PO_4)^{3-}$, that participates in a chemical reaction<br><br>'982 patent, Fig. 2a, Fig. 2b (showing separate and distinct Group One and Group Two treatment chemicals), col. 3, lines 20-26 ("A second group consists of treatment chemicals which can supply phosphate ions. This group includes products such as phosphoric acid, pyrophosphates, triple super phosphate (TSP), trisodium phosphate, potassium phosphates, ammonium phosphates and/or others capable of supplying phosphate anion when mixed with a metal-bearing process material or with a metal-toxic hazardous waste."), col. 5, lines 5-10 ("The second group, 'group two', comprises a *source of phosphate anion*. This group consists of products like phosphoric acid (phosphoric), pyrophosphates, triple super phosphate, trisodium phosphates, potassium phosphates, ammonium phosphates and/or similar compounds capable of *supplying a phosphate anion*."), col. 6, lines 23-27 ("The phosphate-supplying reagent includes phosphate ion sources *having one or more reactive phosphate ions*, such as phosphoric acid, trisodium phosphate, a potassium phosphate and monobasic or dibasic calcium phosphates."), and col. 20, lines 53-54; Hackh's at 354 (ion), 514 (phosphate), 574 (reagent); McGraw-Hill at 1413 (phosphate); 1572 (reagent). |

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
| --- | --- | --- |
| At least one phosphate anion | At least one molecule of $(PO_4)^{3-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A compound capable of supplying a source of one or more phosphate anions, $(PO_4)^{3-}$, per molecule of said compound; for example, triple super phosphate contains up to three times the amount of available phosphate per molecule<br><br>See *supra*, Claim 1. |
| First mixture | A first homogeneous or heterogeneous material in any physical state that consists of two or more chemical components that have no firm chemical bonding between them and that are physically separable<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Metal-bearing material plus phosphate reagent mixed together, containing a substantially insoluble metal compound or mineral species<br><br>'982 patent, col. 5, lines 47-50 and col. 20, lines 52-61. |

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Second component | A material capable of supplying a source of sulphates, halites, and/or silicates<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A separate and distinct compound capable of supplying a source of sulphates, halites, and/or silicates, wherein sulphates consist of a substance containing the anion $(SO_4)^{2-}$, wherein halites consist of the substance sodium chloride (NaCl), and wherein silicates consist of a substance having a molecular structure containing silicon, oxygen, and one or more metals, but not including hydroxides, lime, or portland cement<br><br>'982 patent, Fig. 2a. Fig. 2b (showing separate and distinct Group One and Group Two treatment chemicals), col. 3, lines 16-19 ("A first group of treatment chemicals for use in the processes of the present invention includes …, gypsum, alum, halites, …, and other similar products that can supply sulfates, halides, …, and/or silicates."), col. 5, lines 1-4 ("A first group, 'group one', comprises a source of sulfate, …, chloride, fluoride, and/or silicates. These sources are gypsum, …, sodium silicate, …, calcium fluoride, alum, and/or like similar products."), and col. 20, lines 63-65; see also *supra*, Claim 1 (discussing Sevenson's disclaimer of hydroxides, lime, and portland cement). |
| Sulphate(s) | A material comprising the anion $(SO_4)^{2-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A compound containing a sulphate group, $(SO_4)^{2-}$<br><br>See *supra*, Claim 1. |

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Halite(s) | A material comprising sodium chloride (NaCl)<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | The compound sodium chloride (NaCl)<br><br>See *supra*, Claim 1. |
| Silicate(s) | A material comprising silicon, oxygen, and one or more metals with or without hydrogen<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A compound having a molecular structure containing silicon, oxygen, and one or more metals<br><br>See *supra*, Claim 1. |
| Supply(ing) | Provide or make available one or more reactant(s)<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | To make available for the stabilization process, wherein the stabilization process is converting the leachable metal into non-leachable form, i.e., the TCLP metal level is below the regulatory threshold limit under the TCLP test criteria of the EPA<br><br>See *supra*, Claim 1. |
| Second mixture | A second homogeneous or heterogeneous material in any physical state that consists of two or more chemical components that have no firm chemical bonding between them and that are physically separable<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | First mixture plus second component mixed together, wherein the first mixture is the metal-bearing material plus phosphate reagent mixed together, containing a substantially insoluble metal compound or mineral species<br><br>'982 patent, col. 5, lines 47-50 and col. 20, lines 62-63. |

13. Claim 13

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Leachable metal | Lead, aluminum, arsenic (III), barium, bismuth, cadmium, chromium (III), copper, ion, nickel, selenium, silver, and/or zinc that have been or have the capacity to be dissolved out of something by a carrier fluid<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | One of the following substances: lead, aluminum, arsenic (III), barium, bismuth, cadmium, chromium (III), copper, iron, nickel, selenium, silver, and zinc<br><br>See *supra*, Claim 12. |

14. Claim 14

Plaintiff has indicated it does not intend to assert claim 14. See Letter from Ferguson to Cook of May 18, 2006.

15. Claim 15

Plaintiff has indicated it does not intend to assert claim 15. See Letter from Ferguson to Cook of May 18, 2006.

16. Claim 16

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Second component | A material capable of supplying a source of sulphates, halites, and/or silicates<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A separate and distinct compound capable of supplying a source of sulphates, halites, and/or silicates, wherein sulphates consist of a substance containing the anion $(SO_4)^{2-}$, wherein halites consist of the substance sodium chloride (NaCl), and wherein silicates consist of a substance having a molecular structure containing silicon, oxygen, and one or more metals, but not including hydroxides, lime, or portland cement<br><br>See *supra*, Claim 12. |
| Halite(s) | A material comprising sodium chloride (NaCl)<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | The substance sodium chloride (NaCl)<br><br>See *supra*, Claim 1. |
| Sulphates of iron | A material comprising iron and a sulphate $(SO_4)^{2-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Compounds containing iron and a sulphate group, $(SO_4)^{2-}$<br><br>See *supra*, Claim 4. |
| Sulphates of aluminum | A material comprising aluminum and a sulphate $(SO_4)^{2-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Compounds containing aluminum and a sulphate group, $(SO_4)^{2-}$<br><br>See *supra*, Claim 4. |

17. Claim 17

Plaintiff and Defendant agree to the construction of all terms in Claim 17 of the '982 patent. See *supra*, Part A.

18. Claim 18

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Phosphate reagent | A material capable of supplying a source of phosphate anion $(PO_4)^{3-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A separate and distinct compound capable of supplying a source of phosphate anion, $(PO_4)^{3-}$, that participates in a chemical reaction<br><br>See *supra*, Claim 12. |
| Phosphoric acid | An acid comprising $H_3PO_4$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A compound with the chemical formula $H_3PO_4$<br><br>See *supra*, claim 5. |

19. Claim 19

| Term | Plaintiff's Position | Defendant's Position |
|---|---|---|
| Second component | A material capable of supplying a source of sulphates, halites, and/or silicates<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A separate and distinct compound capable of supplying a source of sulphates, halites, and/or silicates, wherein sulphates consist of a substance containing the anion $(SO_4)^{2-}$, wherein halites consist of the substance sodium chloride (NaCl), and wherein silicates consist of a substance having a molecular structure containing silicon, oxygen, and one or more metals, but not including hydroxides, lime, or portland cement<br><br>See *supra*, Claim 12. |

20. Claim 20

| Term | Plaintiff's Position | Defendant's Position |
|---|---|---|
| Two mixing steps | Two steps in a treatment combining or joining two or more things<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | First mixing step: Mixing a metal-bearing material with a phosphate reagent to produce a first mixture<br>Second mixing step: Mixing the first mixture with a second component to form a second mixture<br><br>'982 patent, col. 5, lines 47-50 and col. 20, lines 52-65; see also *supra*, Claim 12. |

21. Claim 21

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Metal-bearing soil | Soil having the capacity to yield, produce or release metals<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Soil containing at least one leachable metal<br><br>'982 patent, col. 2, line 62 to col. 3 lines 1-3 and col. 21, lines 33-34. |
| Leachable metal | Lead, aluminum, arsenic (III), barium, bismuth, cadmium, chromium (III), copper, ion, nickel, selenium, silver, and/or zinc that have been or have the capacity to be dissolved out of something by a carrier fluid<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | One of the following substances: lead, aluminum, arsenic (III), barium, bismuth, cadmium, chromium (III), copper, iron, nickel, selenium, silver, and zinc<br><br>'982 patent, col. 22, lines 34-37; see also *supra*, Claim 1. |
| Stabilize | To put within a state of defined limit(s); not easily decomposed or otherwise modified chemically<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Convert into non-leachable form, i.e., the TCLP metal level is below the regulatory threshold limit under the TCLP test criteria of the EPA<br><br>See *supra*, Claim 1. |
| First mixture | A first homogeneous or heterogeneous material in any physical state that consists of two or more chemical components that have no firm chemical bonding between them and that are physically separable<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | First component plus second component mixed together<br><br>'982 patent, col. 21, lines 31-32; see also *supra*, Claim 1. |

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| First component | A material capable of supplying a source of sulphates, halites, and/or silicates<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A separate and distinct compound capable of supplying a source of sulphates, halites, and/or silicates, wherein sulphates consist of a substance containing the anion $(SO_4)^{2-}$, wherein halites consist of the substance sodium chloride (NaCl), and wherein silicates consist of a substance having a molecular structure containing silicon, oxygen, and one or more metals, but not including hydroxides, lime, or portland cement<br><br>'982 patent, col. 21, lines 37-39; see also *supra*, Claim 1. |
| Sulphate(s) | A material comprising the anion $(SO_4)^{2-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A compound containing a sulphate group, $(SO_4)^{2-}$<br><br>See *supra*, Claim 1. |
| Halite(s) | A material comprising sodium chloride (NaCl)<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | The compound sodium chloride (NaCl)<br><br>See *supra*, Claim 1. |
| Silicate(s) | A material comprising silicon, oxygen, and one or more metals with or without hydrogen<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A compound having a molecular structure containing silicon, oxygen, and one or more metals<br><br>See *supra*, Claim 1. |

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Supply(ies) | Provide or make available one or more reactant(s)<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | To make available for the stabilization process, wherein the stabilization process is converting the leachable metal into non-leachable form, i.e., the TCLP metal level is below the regulatory threshold limit under the TCLP test criteria of the EPA<br><br>See *supra*, Claim 1. |
| Second component | A material capable of supplying at least one phosphate anion<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A separate and distinct compound capable of supplying a source of phosphate anion, $(PO_4)^{3-}$<br><br>'982 patent, col. 21, lines 40-41; see also *supra*, Claim 1. |
| At least one phosphate anion | At least one molecule of $(PO_4)^{3-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A compound capable of supplying a source of one or more phosphate anions, $(PO_4)^{3-}$, per molecule of said compound; for example, triple super phosphate contains up to three times the amount of available phosphate per molecule<br><br>See *supra*, Claim 1. |
| Second mixture | A second homogeneous or heterogeneous material in any physical state that consists of two or more chemical components that have no firm chemical bonding between them and that are physically separable<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Metal-bearing soil plus first mixture mixed together, wherein the first mixture is the first component plus the second component mixed together<br><br>'982 patent, col. 21, lines 31-33; see also *supra*, Claim 1. |

22. Claim 22

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| First component | A material capable of supplying a source of sulphates, halites, and/or silicates<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A separate and distinct compound capable of supplying a source of sulphates, halites, and/or silicates, wherein sulphates consist of a substance containing the anion $(SO_4)^{2-}$, wherein halites consist of the substance sodium chloride (NaCl), and wherein silicates consist of a substance having a molecular structure containing silicon, oxygen, and one or more metals, but not including hydroxides, lime, or portland cement<br><br>See *supra*, Claim 21. |
| Halite(s) | A material comprising sodium chloride (NaCl)<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | The substance sodium chloride (NaCl)<br><br>See *supra*, Claim 1. |
| Sulphates of iron | A material comprising iron and a sulphate $(SO_4)^{2-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Compounds containing iron and a sulphate group, $(SO_4)^{2-}$<br><br>See *supra*, Claim 4. |
| Sulphates of aluminum | A material comprising aluminum and a sulphate $(SO_4)^{2-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Compounds containing aluminum and a sulphate group, $(SO_4)^{2-}$<br><br>See *supra*, Claim 4. |

23. Claim 23

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Second component | A material capable of supplying at least one phosphate anion<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A separate and distinct compound capable of supplying a source of phosphate anion, $(PO_4)^{3-}$<br><br>See *supra*, Claim 21. |
| Phosphoric acid | An acid comprising $H_3PO_4$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A compound with the chemical formula $H_3PO_4$<br><br>See *supra*, claim 5. |
| Trisodium phosphate | A material comprising $Na_3PO_4$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A compound with the chemical formula $Na_3PO_4$<br><br>See *supra*, claim 5. |
| Pyrophosphate(s) | A material comprising a pyrophosphate $(P_2O_7)^{4-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Compounds containing a pyrophosphate group, $(P_2O_7)^{4-}$<br><br>See *supra*, claim 5. |
| Potassium phosphate(s) | A material comprising potassium and a phosphate anion $(PO_4)^{3-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Compounds containing potassium and a phosphate anion, $(PO_4)^{3-}$<br><br>See *supra*, claim 5. |
| Ammonium phosphate(s) | A material comprising ammonium and a phosphate anion $(PO_4)^{3-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Compounds containing ammonium and a phosphate anion, (PO4)3-<br><br>See *supra*, claim 5. |

24. Claim 24

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| First component | A material capable of supplying a source of sulphates, halites, and/or silicates<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A separate and distinct compound capable of supplying a source of sulphates, halites, and/or silicates, wherein sulphates consist of a substance containing the anion $(SO_4)^{2-}$, wherein halites consist of the substance sodium chloride (NaCl), and wherein silicates consist of a substance having a molecular structure containing silicon, oxygen, and one or more metals, but not including hydroxides, lime, or portland cement<br><br>See *supra*, Claim 21. |

25. Claim 25

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Second component | A material capable of supplying at least one phosphate anion<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A separate and distinct compound capable of supplying a source of phosphate anion, $(PO_4)^{3-}$<br><br>See *supra*, Claim 21. |
| Phosphoric acid | An acid comprising $H_3PO_4$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A compound with the chemical formula $H_3PO_4$<br><br>See *supra*, claim 5. |

26. Claim 26

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Metal-bearing soil | Soil having the capacity to yield, produce or release metals<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Soil containing at least one leachable metal<br><br>'982 patent, col. 22, lines 6-7; see also *supra*, Claim 21. |
| Leachable metal | Lead, aluminum, arsenic (III), barium, bismuth, cadmium, chromium (III), copper, ion, nickel, selenium, silver, and/or zinc that have been or have the capacity to be dissolved out of something by a carrier fluid<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | One of the following substances: lead, aluminum, arsenic (III), barium, bismuth, cadmium, chromium (III), copper, iron, nickel, selenium, silver, and zinc<br><br>'982 patent, col. 22, lines 9-14; see also *supra*, Claim 1. |
| Stabilize | To put within a state of defined limit(s); not easily decomposed or otherwise modified chemically<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Convert into non-leachable form, i.e., the TCLP metal level is below the regulatory threshold limit under the TCLP test criteria of the EPA<br><br>See *supra*, Claim 1. |
| Phosphate reagent | A material capable of supplying a source of phosphate anion $(PO_4)^{3-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A separate and distinct compound capable of supplying a source of phosphate anion, $(PO_4)^{3-}$, that participates in a chemical reaction<br><br>'982 patent, col. 21, lines 7-9; see also *supra*, Claim 12. |

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| At least one phosphate anion | At least one molecule of $(PO_4)^{3-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A compound capable of supplying a source of one or more phosphate anions, $(PO_4)^{3-}$, per molecule of said compound; for example, triple super phosphate contains up to three times the amount of available phosphate per molecule<br><br>See *supra*, Claim 1. |
| First mixture | A first homogeneous or heterogeneous material in any physical state that consists of two or more chemical components that have no firm chemical bonding between them and that are physically separable<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Metal-bearing soil plus phosphate reagent mixed together, containing a substantially insoluble metal compound or mineral species<br><br>'982 patent, col. 21, lines 7-10; see also *supra*, Claim 12. |
| Second component | A material capable of supplying a source of sulphates, halites, and/or silicates<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A separate and distinct compound capable of supplying a source of sulphates, halites, and/or silicates, wherein sulphates consist of a substance containing the anion $(SO_4)^{2-}$, wherein halites consist of the substance sodium chloride (NaCl), and wherein silicates consist of a substance having a molecular structure containing silicon, oxygen, and one or more metals, but not including hydroxides, lime, or portland cement<br><br>'982 patent, col. 21, lines 18-20; see also *supra*, Claim 12. |
| Sulphate(s) | A material comprising the anion $(SO_4)^{2-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A compound containing a sulphate group, $(SO_4)^{2-}$<br><br>See *supra*, Claim 1. |

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Halite(s) | A material comprising sodium chloride (NaCl)<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | The compound sodium chloride (NaCl)<br><br>See *supra*, Claim 1. |
| Silicate(s) | A material comprising silicon, oxygen, and one or more metals with or without hydrogen<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A compound having a molecular structure containing silicon, oxygen, and one or more metals<br><br>See *supra*, Claim 1. |
| Supply(ing) | Provide or make available one or more reactant(s)<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | To make available for the stabilization process, wherein the stabilization process is converting the leachable metal into non-leachable form, i.e., the TCLP metal level is below the regulatory threshold limit under the TCLP test criteria of the EPA<br><br>See *supra*, Claim 1. |
| Second mixture | A second homogeneous or heterogeneous material in any physical state that consists of two or more chemical components that have no firm chemical bonding between them and that are physically separable<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | First mixture plus second component mixed together, wherein the first mixture is the metal-bearing soil plus phosphate reagent mixed together, containing a substantially insoluble metal compound or mineral species<br><br>'982 patent, col. 21, lines 17-18; see also *supra*, Claim 12. |

27. Claim 27

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Phosphate reagent | A material capable of supplying a source of phosphate anion $(PO_4)^{3-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A separate and distinct compound capable of supplying a source of phosphate anion, $(PO_4)^{3-}$, that participates in a chemical reaction<br><br>See *supra*, Claim 26. |
| Phosphoric acid | An acid comprising $H_3PO_4$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A compound with the chemical formula $H_3PO_4$<br><br>See *supra*, claim 5. |
| Trisodium phosphate | A material comprising $Na_3PO_4$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A compound with the chemical formula $Na_3PO_4$<br><br>See *supra*, claim 5. |
| Pyrophosphate(s) | A material comprising a pyrophosphate $(P_2O_7)^{4-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Compounds containing a pyrophosphate group, $(P_2O_7)^{4-}$<br><br>See *supra*, claim 5. |
| Potassium phosphate(s) | A material comprising potassium and a phosphate anion $(PO_4)^{3-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Compounds containing potassium and a phosphate anion, $(PO_4)^{3-}$<br><br>See *supra*, claim 5. |
| Ammonium phosphate(s) | A material comprising ammonium and a phosphate anion $(PO_4)^{3-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Compounds containing ammonium and a phosphate anion, (PO4)3-<br><br>See *supra*, claim 5. |

28. Claim 28

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
| --- | --- | --- |
| Second component | A material capable of supplying a source of sulphates, halites, and/or silicates<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A separate and distinct compound capable of supplying a source of sulphates, halites, and/or silicates, wherein sulphates consist of a substance containing the anion $(SO_4)^{2-}$, wherein halites consist of the substance sodium chloride (NaCl), and wherein silicates consist of a substance having a molecular structure containing silicon, oxygen, and one or more metals, but not including hydroxides, lime, or portland cement<br><br>See *supra*, Claim 26. |
| Halite(s) | A material comprising sodium chloride (NaCl)<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | The substance sodium chloride (NaCl)<br><br>See *supra*, Claim 1. |
| Sulphates of iron | A material comprising iron and a sulphate $(SO_4)^{2-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Compounds containing iron and a sulphate group, $(SO_4)^{2-}$<br><br>See *supra*, Claim 4. |
| Sulphates of aluminum | A material comprising aluminum and a sulphate $(SO_4)^{2-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Compounds containing aluminum and a sulphate group, $(SO_4)^{2-}$<br><br>See *supra*, Claim 4. |

29. Claim 29

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Phosphate reagent | A material capable of supplying a source of phosphate anion $(PO_4)^{3-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A separate and distinct compound capable of supplying a source of phosphate anion, $(PO_4)^{3-}$, that participates in a chemical reaction<br><br>See *supra*, Claim 26. |
| Phosphoric acid | An acid comprising $H_3PO_4$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A compound with the chemical formula $H_3PO_4$<br><br>See *supra*, claim 5. |

30. Claim 30

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Second component | A material capable of supplying a source of sulphates, halites, and/or silicates<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A separate and distinct compound capable of supplying a source of sulphates, halites, and/or silicates, wherein sulphates consist of a substance containing the anion $(SO_4)^{2-}$, wherein halites consist of the substance sodium chloride (NaCl), and wherein silicates consist of a substance having a molecular structure containing silicon, oxygen, and one or more metals, but not including hydroxides, lime, or portland cement<br><br>See *supra*, Claim 26. |

31. Claim 31

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Metal-bearing soil | Soil having the capacity to yield, produce or release metals<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Soil containing at least one leachable metal<br><br>'982 patent, col. 22, lines 44-46; see also *supra*, Claim 21. |
| Leachable metal | Lead, aluminum, arsenic (III), barium, bismuth, cadmium, chromium (III), copper, ion, nickel, selenium, silver, and/or zinc that have been or have the capacity to be dissolved out of something by a carrier fluid<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | One of the following substances: lead, aluminum, arsenic (III), barium, bismuth, cadmium, chromium (III), copper, iron, nickel, selenium, silver, and zinc<br><br>'982 patent, col. 22, lines 45-49; see also *supra*, Claim 1. |
| Stabilize | To put within a state of defined limit(s); not easily decomposed or otherwise modified chemically<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Convert into non-leachable form, i.e., the TCLP metal level is below the regulatory threshold limit under the TCLP test criteria of the EPA<br><br>See *supra*, Claim 1. |
| First mixture | A first homogeneous or heterogeneous material in any physical state that consists of two or more chemical components that have no firm chemical bonding between them and that are physically separable<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Gypsum plus second component mixed together<br><br>'982 patent, col. 22, lines 42-43; see also *supra*, Claim 1. |

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Supply(ies) | Provide or make available one or more reactant(s)<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | To make available for the stabilization process, wherein the stabilization process is converting the leachable metal into non-leachable form, i.e., the TCLP metal level is below the regulatory threshold limit under the TCLP test criteria of the EPA<br><br>See *supra*, Claim 1. |
| Second component | A material capable of supplying at least one phosphate anion<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A separate and distinct compound capable of supplying a source of phosphate anion, $(PO_4)^{3-}$<br><br>'982 patent, col. 22, lines 43-50; see also *supra*, Claim 1. |
| At least one phosphate anion | At least one molecule of $(PO_4)^{3-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A compound capable of supplying a source of one or more phosphate anions, $(PO_4)^{3-}$, per molecule of said compound; for example, triple super phosphate contains up to three times the amount of available phosphate per molecule<br><br>See *supra*, Claim 1. |
| Second Mixture | A second homogeneous or heterogeneous material in any physical state that consists of two or more chemical components that have no firm chemical bonding between them and that are physically separable<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Metal-bearing soil plus first mixture mixed together, wherein the first mixture is gypsum plus the second component mixed together<br><br>'982 patent, col. 22, lines 42-44; see also *supra*, Claim 1. |