# Exhibit B

# I. U.S. Patent 5,732,367 ("the '367 patent")

## A. Constructions on which the Parties Agree

Plaintiff and Defendant agree to the proposed constructions of the following terms of the '367 patent.

| Term | Agreed Construction |
|---|---|
| Apatitic-structure mineral species | A class of minerals comprising the general structure $(AB)_5(XO_4)_3Z$ |
| Contact(ing) | To bring two things together or in close proximity so that a reaction can proceed |
| Cure(ing) | To prepare, preserve or finish by a chemical or physical process |
| Leachable radionuclides and radioactive compounds | Radionuclides and radioactive compounds whose radioactivity is measurable as the amount of picocuries per liter (pCi/l) in the TCLP extract of a sample, wherein radioactivity is a natural or artificial nuclear transformation which releases energy in the form of alpha, beta, or gamma rays |
| Mineral species | A substance with a characteristic chemical composition expressed by a chemical formula |
| Period | An interval of time |
| Secondary waste stream(s) | Byproduct produced by a process |
| Solid waste material(s) | Waste material that has no free liquids |
| Substantially insoluble | The leachable lead content in the treated waste sample is less than 5.0 mg/l in the extract by the TCLP test |

| TERM | AGREED CONSTRUCTION |
|---|---|
| Substantially solid (in form) | A substance having a substantially definite volume and shape |
| TCLP | Toxicity Characteristic Leaching Procedure, EPA Test Method 1311, "A solid waste … exhibits the characteristic of toxicity if, using the Toxicity Characteristic Leaching Procedure, test Method 1311 in 'Test Methods for Evaluating Solid Waste, Physical/Chemical Methods,' … the extract from a representative sample of the waste contains any of the contaminants listed in table 1 at the concentration equal to or greater than the respective value given in that table." 40 C.F.R. § 261.24 |
| Treat(ing) | To subject to a process |
| Water | A compound with the chemical formula $H_2O$ |

## B. Constructions on which the Parties Disagree

### 1. Claim 1

| Term | Plaintiff's Position | Defendant's Position |
|---|---|---|
| Host material | Material to be treated<br><br>Sevenson's proposed construction is based on the common and ordinary meaning of the term in question, as supported by the following references: Hawley 's Condensed Chemical Dictionary, 11th Ed. (Van Nostrand Reinhold Co., Inc. 1987); Bennett, Concise Chemical and Technical Dictionary, 3d Ed. (Chemical Pub. Co., Inc. 1974); Concise Encyclopedia of Polymer Science and Engineering (John Wiley & Sons, Inc. 1990); McGraw-Hill Dictionary of Scientific and Technical Terms, 3d Ed. (McGraw-Hill Inc. 1984); American Heritage Dictionary, 2d Coll. Ed. (Houghton Mifflin Co. 1982). In addition, the patents in suit (specification, figures, claims, and file histories) support and use the common and ordinary meaning of the term in question [hereinafter Sevenson's Supporting Evidence]. | Debris, soil, sludges, and solid materials containing leachable radionuclides and radioactive compounds<br><br>'367 patent, abstract, col. 5, lines 5-8 ("radionuclides and other radioactive substances contained in debris, soils, sludges and solid materials ('the host material' or 'the host matrix')."), col. 6, lines 50-52, and col. 34, lines 59-61. |

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Single reactant | One entity in a chemical reaction<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A source of a sulfate ion and a phosphate ion that acts with the host material to form a new set of molecules, wherein a sulfate ion is the negative ion $(SO_4)^{2-}$, and wherein a phosphate anion is the negative ion $(PO_4)^{3-}$<br><br>'367 patent, col. 9, lines 24-26 and col. 34, lines 62-64; McGraw-Hill Dictionary of Scientific and Technical Terms 1413 (phosphate), 1570 (reactant), 1853 (sulphate) (4th ed. 1989) (hereinafter McGraw-Hill); Hackh's at 354 (ion), 514 (phosphate), 573 (reactant). |
| Source of a sulfate ion | The point of origin for a reactive sulfate ion, wherein a sulfate ion is the negative ion $(SO_4)^{2-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | One or more compounds which supplies a reactive sulfate ion, wherein a sulfate ion is is the negative ion $(SO_4)^{2-}$<br><br>'367 patent, col. 6, lines 52-57 ("Technical grade phosphoric acid ('TGPA') that contains up to 70% (by weight) phosphate (as $P_2O_5$) and sulfate ($SO_4^{-2}$), typically as sulfuric acid in the range of 2.5% to 7% (by weight) as an impurity, is a source of both a sulfate ion and a phosphate ion and can, therefore, be used as a single reactant."), col. 8, lines 51-54 ("A first group, "group one", comprises of a source of sulfate, …, chloride, fluoride and/or silicates. These sources are gypsum, …, sodium silicate, …, calcium fluoride, alum and/or like similar products."), and col. 9, lines 13-14 ("Alternatively, sulfuric acid, or alum in liquid or powder form can also be used as sources of sulfate ion in certain solid wastes that contain sufficient calcium prior to treatment,"); American Heritage at 1168 (source). |

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Source of a phosphate ion | The point of origin for a reactive phosphate ion, wherein a phosphate ion is the negative ion $(PO_4)^{3-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | One or more compounds which supplies a reactive phosphate ion, wherein a phosphate anion is the negative ion $(PO_4)^{3-}$<br><br>'367 patent, col. 6, lines 52-57 ("Technical grade phosphoric acid ('TGPA') that contains up to 70% (by weight) phosphate (as $P_2O_5$) and sulfate ($SO_4^{-2}$), typically as sulfuric acid in the range of 2.5% to 7% (by weight) as an impurity, is a source of both a sulfate ion and a phosphate ion and can, therefore, be used as a single reactant."), col. 8, lines 55-60 ("The second group, 'group two', comprises a source of phosphate anion. This group consists of products like phosphoric acid (phosphoric), pyrophosphates, triple super phosphate, trisodium phosphates, potassium phosphates, ammonium phosphates and/or similar compounds capable of supplying a phosphate anion."), and col. 9 lines 66-67 to col. 10, lines 1-3 ("The phosphate-supplying reagent includes phosphate ion sources having one or more reactive phosphate ions, such as phosphoric acid, trisodium phosphate, a potassium phosphate and monobasic or dibasic calcium phosphates."); Phillips, 415 F.3d at 1314; American Heritage at 1168 (source). |

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
| --- | --- | --- |
| Mixture | A homogeneous or heterogeneous material in any physical state that consists of two or more chemical components that have no firm chemical bonding between them and that are physically separable<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Host material plus single reactant mixed together, containing substantially insoluble Apatitic-structure mineral species<br><br>'367 patent, col. 9, lines 24-26 and col. 34, lines 62-65. |
| Concentration of leachable radionuclides and radioactive compounds | The amount of leachable picocuries in a mass or volume of material<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | The amount of picocuries per liter (pCi/l) in the TCLP extract of a sample<br><br>'367 patent, Examples 7-15; Hawley's at 303 ("For radioactvitiy, the concentration is usually expressed a millicuries per milliliter (mCi/mL) or millicuries per millimol mCi/mM.") |

2. Claim 2

Plaintiff has indicated it does not intend to assert claim 2. See Letter from Ferguson to Cook of May 18, 2006.

3. Claim 3

Plaintiff has indicated it does not intend to assert claim 3. See Letter from Ferguson to Cook of May 18, 2006.

4. Claim 4

Plaintiff has indicated it does not intend to assert claim 4. See Letter from Ferguson to Cook of May 18, 2006.

5. Claim 5

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Single reactant | One entity in a chemical reaction<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A source of a sulfate ion and a phosphate ion that acts with the host material to form a new set of molecules, wherein a sulfate ion is the negative ion $(SO_4)^{2-}$, and wherein a phosphate anion is the negative ion $(PO_4)^{3-}$<br><br>See *supra*, Claim 1. |
| Technical grade phosphoric acid (TGPA) | Commercially available phosphoric acid having sulphates as an impurity<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Phosphoric acid that contains up to 70% (by weight) phosphate (as $P_2O_5$) and sulfate ($SO_4^{-2}$), typically as sulfuric acid in the range of 2.5% to 7% (by weight) as an impurity<br><br>'367 patent, col. 6, lines 52-55. |

6. Claim 6

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Host material | Material to be treated<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Debris, soil, sludges, and solid materials containing leachable radionuclides and radioactive compounds<br><br>See *supra*, Claim 1. |

7. Claim 7

Plaintiff has indicated it does not intend to assert claim 7. See Letter from Ferguson to Cook of May 18, 2006.

8. Claim 8

Plaintiff has indicated it does not intend to assert claim 8. See Letter from Ferguson to Cook of May 18, 2006.

9. Claim 9

Plaintiff has indicated it does not intend to assert claim 9. See Letter from Ferguson to Cook of May 18, 2006.

10. Claim 10

Plaintiff has indicated it does not intend to assert claim 10. See Letter from Ferguson to Cook of May 18, 2006.

11. Claim 11

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Host material | Material to be treated<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Debris, soil, sludges, and solid materials containing leachable radionuclides and radioactive compounds<br><br>'367 patent, col. 36, lines 10-13; see also *supra*, Claim 1. |
| Single reactant | One entity in a chemical reaction<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A source of a sulfate ion and a phosphate ion that acts with the host material to form a new set of molecules, wherein a sulfate ion is the negative ion $(SO_4)^{2-}$, and wherein a phosphate anion is the negative ion $(PO_4)^{3-}$<br><br>'367 patent, col. 36, lines 15-17; see also *supra*, Claim 1. |

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Source of a sulfate ion | The point of origin for a reactive sulfate ion, wherein a sulfate ion is the negative ion $(SO_4)^{2-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | One or more compounds which supplies a reactive sulfate ion, wherein a sulfate ion is is the negative ion $(SO_4)^{2-}$<br><br>See *supra*, Claim 1. |
| Source of a phosphate ion | The point of origin for a reactive phosphate ion, wherein a phosphate ion is the negative ion $(PO_4)^{3-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | One or more compounds which supplies a reactive phosphate ion, wherein a phosphate anion is the negative ion $(PO_4)^{3-}$<br><br>See *supra*, Claim 1. |
| Mixture | A homogeneous or heterogeneous material in any physical state that consists of two or more chemical components that have no firm chemical bonding between them and that are physically separable<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Host material plus single reactant mixed together, containing substantially insoluble Apatitic-structure mineral species<br><br>'367 patent, col. 36, lines 14-16; see also *supra*, Claim 1. |
| Concentration of leachable radionuclides and radioactive compounds | The amount of leachable picocuries in a mass or volume of material<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | The amount of picocuries per liter (pCi/l) in the TCLP extract of a sample<br><br>See *supra*, Claim 1. |

12. Claim 12

Plaintiff has indicated it does not intend to assert claim 12. See Letter from Ferguson to Cook of May 18, 2006.

13. Claim 13

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Single reactant | One entity in a chemical reaction<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A source of a sulfate ion and a phosphate ion that acts with the host material to form a new set of molecules, wherein a sulfate ion is the negative ion $(SO_4)^{2-}$, and wherein a phosphate anion is the negative ion $(PO_4)^{3-}$<br><br>See *supra*, Claim 11. |
| Technical grade phosphoric acid (TGPA) | Commercially available phosphoric acid having sulphates as an impurity<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Phosphoric acid that contains up to 70% (by weight) phosphate (as $P_2O_5$) and sulfate ($SO_4^{-2}$), typically as sulfuric acid in the range of 2.5% to 7% (by weight) as an impurity<br><br>See *supra*, Claim 5. |

14. Claim 14

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Host material | Material to be treated<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Debris, soil, sludges, and solid materials containing leachable radionuclides and radioactive compounds<br><br>See *supra*, Claim 11. |

15. Claim 15

Plaintiff has indicated it does not intend to assert claim 15. See Letter from Ferguson to Cook of May 18, 2006.

16. Claim 16

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
| --- | --- | --- |
| Contaminated | To contain an undesirable or unwanted material<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Containing leachable radionuclides and radioactive compounds, wherein leachable radionuclides and radioactive compounds are radionuclides and radioactive compounds whose radioactivity is measurable as the amount of picocuries per liter (pCi/l) in the TCLP extract of a sample, and wherein radioactivity is natural or artificial nuclear transformation which releases energy in the form of alpha, beta, or gamma rays, and wherein the TCLP test is the Toxicity Characteristic Leaching Procedure, EPA Test Method 1311<br><br>'367 patent, Abstract, col. 5, lines 38-42, col. 7, lines 29-33, and col. 14, lines 21-24. |
| Fine-grained solids | Material having no free liquids comprising solid small particles<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Substance(s) of a definite shape and volume, not liquid or gaseous, having a smooth, even grain, wherein grain is the relative size of the particles composing the substance<br><br>American Heritage at 505 (fine-grained), 570 (grain), 1163 (solid). |