**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SEVENSON ENVIRONMENTAL SERVICES, INC., Plaintiff, | |
| v. | No. 05-1075C<br>Judge Thomas C. Wheeler |
| THE UNITED STATES Defendant. | Electronically Filed on October 18, 2006 |

**JOINT MOTION FOR LEAVE TO FILE A MODIFIED JOINT CLAIM CONSTRUCTION STATEMENT**

Plaintiff Sevenson Environmental Services, Inc. and Defendant the United States respectfully submit this Joint Motion for Leave to File a Modified Joint Claim Construction Statement.

The parties filed the initial Joint Claim Construction statement on October 2, 2006. On October 13, 2006, Plaintiff notified Defendant of its intent to reduce the number of patent claims it intends to assert against the defendant. The parties respectfully request leave to file a Modified Joint Claim Construction Statement in order to provide the Court with modified claim construction charts which accurately reflect the claim terms remaining at issue in the instant case.

Dated: October 18, 2006

Respectfully submitted,

Brian E. Ferguson
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, D.C. 20005
(202) 756-8000
bferguson@mwe.com

WEBSTER SZANYI LLP
Kevin A. Szanyi
Nelson Perel
1400 Liberty Building
Buffalo, New York 14202
(716) 842-2800
nperel@websterszanyi.com

Attorneys for Plaintiff, Sevenson Environmental Services, Inc.

Dated: 10/18/06

PETER D. KEISLER
Assistant Attorney General

JOHN J. FARGO
Director

MARCY E. COOK
Attorney
Civil Division
U.S. Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0459
Facsimile: (202) 307-0345

Attorneys for Defendant the United States