# Exhibit A

McDermott
Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Brian E. Ferguson
Attorney at Law
bferguson@mwe.com
202.756.8371

October 13, 2006

VIA EMAIL AND U.S. MAIL

Marcy E. Cook, Esq.
U.S. Department of Justice
Civil Division - Commercial Litigation Branch
1100 L Street, N.W. - Room 11102
Washington, DC 20005

Re: *Sevenson Envionmental Services, Inc. v. The United States*
Client-Matter No. 57200-012

Dear Marcy:

In an effort to streamline the claim construction and infringement issues in this case, Sevenson has decided to reduce the number of patent claims it intends to assert against the Government. Specifically, in my May 18, 2006 letter, we identified the following asserted claims:

'982 Patent -- claims 1-13, 16-31
'367 Patent -- claims 1, 5, 6, 11, 13, 14, 16
'123 Patent -- claims 1-13, 15-20
'608 Patent -- claims 1-7, 11-24, 26-30
'485 Patent -- claims 1-6, 8-13, 15-36

While Sevenson continues to believe the Government is infringing each claim identified above, Sevenson agrees to reduce the number of asserted claims for the sake of efficiency. Specifically, Sevenson now intends to assert the following claims:

'982 Patent -- claims 1-5, 9
'367 Patent -- claims 11, 13, 14, 16
'123 Patent -- claims 1-7, 15-20
'608 Patent -- claims 1-7, 11-24, 26-30
'485 Patent -- claims 1-6, 15-36

We intend to address only the above-identified claims in the Sevenson's *Markman* briefing.

If you have any questions, please contact me.

Sincerely,

Brian E. Ferguson

cc: Nelson Perel, Esq.