# Exhibit E

# I. U.S. Patent 5,994,608 ("the '608 patent")

## A. Constructions on which the Parties Agree

Plaintiff and Defendant agree to the proposed constructions of the following terms of the '608 patent.

| Term | Agreed Construction |
|---|---|
| Alum | Any of a group double sulfates of metals, for example $M_2(SO_4)_2 \bullet 12H_2O$ |
| Aqueous solution | Relating to or made with water, wherein water is a compound with the chemical formula $H_2O$ |
| Calcium oxide | A compound with the chemical formula CaO, also known as lime |
| Contact(ing) | To bring two things together or in close proximity so that a reaction can proceed |
| Cure(ing) | To prepare, preserve or finish by a chemical or physical process |
| Decreased | Lessen(ed) |
| Gypsum | Calcium Sulfate Dihydrate ($CaSO_4 \bullet 2H_2O$) |
| Leachable radioactive substances | Radioactive substances whose radioactivity is measurable as the amount of picocuries per liter (pCi/l) in the TCLP extract of a sample, wherein radioactivity is a natural or artificial nuclear transformation which releases energy in the form of alpha, beta, or gamma rays |
| Liquid | A state of matter between a solid and a gas, shapeless and fluid, taking the shape of its container; and/or any material that fails the Paint Filter Test |
| Period (of time) | An interval of time |
| Radioactive substances | Substances which release energy in the form of alpha, beta, or gamma rays |

| Term | Agreed Construction |
|---|---|
| Secondary waste stream(s) | Byproduct produced by a process |
| Selected from the group consisting of soils, debris, sludges, slag, sand, silts, sediments, industrial waste and solid waste materials | One of the following substances: soils, debris, sludges, slag, sand, silts, sediments, industrial waste and/or solid waste materials |
| Selected from the group consisting of sulfates, halites, silicates, alum, and calcium oxide | One of the following substances: sulfates, halites, silicates, alum, and calcium oxide |
| Solid | Having a definite volume and shape |
| Treat(ing) | To subject to a process |
| Water | A compound with the chemical formula $H_2O$ |

## B. CONSTRUCTIONS ON WHICH THE PARTIES DISAGREE

### 1. Claim 1

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Material | Composed of or pertaining to physical substances; relating to matter<br><br>Sevenson's proposed construction is based on the common and ordinary meaning of the term in question, as supported by the following references: Hawley 's Condensed Chemical Dictionary, 11th Ed. (Van Nostrand Reinhold Co., Inc. 1987); Bennett, Concise Chemical and Technical Dictionary, 3d Ed. (Chemical Pub. Co., Inc. 1974); Concise Encyclopedia of Polymer Science and Engineering (John Wiley & Sons, Inc. 1990); McGraw-Hill Dictionary of Scientific and Technical Terms, 3d Ed. (McGraw-Hill Inc. 1984); American Heritage Dictionary, 2d Coll. Ed. (Houghton Mifflin Co. 1982). In addition, the patents in suit (specification, figures, claims, and file histories) support and use the common and ordinary meaning of the term in question [hereinafter Sevenson's Supporting Evidence]. | Debris, soil, sludges, and solid materials containing leachable radioactive substances<br><br>'608 patent, abstract, col. 4, lines 32-34 ("radionuclides and other radioactive substances contained in debris, soils, sludges and solid materials ('the host material' or 'the host matrix')."), col. 6, lines 4-6, and col. 34, lines 42-43. |

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Reagent | A material that takes part in a chemical reaction<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A separate and distinct compound capable of supplying sulfates, halites, silicates, alum, and/or calcium oxide, that participates in a chemical reaction, wherein sulphates consist of a substance containing the anion $(SO_4)^{2-}$, wherein halites consist of the substance sodium chloride (NaCl), wherein silicates consist of a substance having a molecular structure containing silicon, oxygen, and one or more metals, wherein alum consists of any of a group double sulfates of metals, for example $M_2(SO_4)_2 \cdot 12H_2O$, and wherein calcium oxide consists of a compound with the chemical formula CaO, also known as lime<br><br>'608 patent, Fig. 2a, Fig. 2b (showing separate and distinct Group One and Group One treatment chemicals), col. 8, lines 11-15 ("A first group, 'group one', comprises a source of sulfate, hydroxide, chloride, fluoride and/or silicates. These sources are gypsum, lime, sodium silicate, cement, calcium fluoride, alum and/or like similar products.") and col. 34, lines 44-46; Hackh's Chemical Dictionary 574 (4th ed. 1969) (hereinafter Hackh's); McGraw-Hill Dictionary of Scientific and Technical Terms 1572 (4th ed. 1989) (hereinafter McGraw-Hill). |

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Sulphate(s) | A material comprising the anion $(SO_4)^{2-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A compound containing a sulphate group, $(SO_4)^{2-}$<br><br>Hackh's Chemical Dictionary 645 (4th ed. 1969) (hereinafter Hackh's); McGraw-Hill Dictionary of Scientific and Technical Terms 1853 (4th ed. 1989) (hereinafter McGraw-Hill). |
| Halite(s) | A material comprising sodium chloride (NaCl)<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | The compound sodium chloride (NaCl)<br><br>Hackh's at 311; Hawley's Condensed Chemical Dictionary 584 (11th ed. 1987) (hereinafter Hawley's); McGraw-Hill at 850. |
| Silicate(s) | A material comprising silicon, oxygen, and one or more metals with or without hydrogen<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A compound having a molecular structure containing silicon, oxygen, and one or more metals<br><br>Hackh's at 610; Hawley's at 1038; McGraw-Hill at 1732. |
| First mixture | A first homogeneous or heterogeneous material in any physical state that consists of two or more chemical components that have no firm chemical bonding between them and that are physically separable<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Material plus reagent mixed together<br><br>'608 patent, col. 8, lines 57-59 and col. 34, lines 44-46. |

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Phosphate compound | A material comprising two or more elements or parts capable of supplying a source of phosphate anion $(PO_4)^{3-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A separate and distinct compound capable of supplying a source of phosphate anion, $(PO_4)^{3-}$<br><br>'608 patent, Fig. 2a, Fig. 2b (showing separate and distinct Group One and Group Two treatment chemicals), col. 8, lines 16-21 ("The second group, 'group two', comprises a source of phosphate anion. This group consists of products like phosphoric acid (phosphoric), pyrophosphates, triple super phosphate, trisodium phosphates, potassium phosphates, ammonium phosphates and/or similar *compounds capable of supplying a phosphate anion.*"); Hackh's at 514; McGraw-Hill at 1413. |
| Second mixture | A second homogeneous or heterogeneous material in any physical state that consists of two or more chemical components that have no firm chemical bonding between them and that are physically separable<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | First mixture plus phosphate compound mixed together, wherein the first mixture is the material plus reagent mixed together<br><br>'608 patent, col. 8, lines 57-59 and col. 34, lines 46-47. |
| Concentration of leachable radioactive substances | The amount of leachable picocuries in a mass or volume of material<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | The amount of picocuries per liter (pCi/l) in the TCLP extract of a sample<br><br>'608 patent, Examples 7-15; Hawley's at 303 ("For radioactvitiy, the concentration is usually expressed a millicuries per milliliter (mCi/mL) or millicuries per millimol mCi/mM.") |

| Term | Plaintiff's Position | Defendant's Position |
|---|---|---|
| Non-leachable solid materials | Materials having a definite volume and shape containing entities not removable by extraction fluids<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Materials of a definite volume and shape with a TCLP metal level below the regulatory threshold limit under the TCLP test criteria of the EPA<br><br>'608 patent, col. 3, lines 49-51 ("… so as to render the metal substantially non-leachable, that is, to levels below the regulatory threshold limit under the TCLP test criteria of the USEPA."). Hackh's at 623; McGraw-Hill at 1769. |

2. Claim 2

| Term | Plaintiff's Position | Defendant's Position |
|---|---|---|
| Material | Composed of or pertaining to physical substances; relating to matter<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Debris, soil, sludges, and solid materials containing leachable radioactive substances<br><br>See *supra*, Claim 1. |

3. Claim 3

| Term | Plaintiff's Position | Defendant's Position |
|---|---|---|
| Sulphate(s) | A material comprising the anion $(SO_4)^{2-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A substance containing the anion $(SO_4)^{2-}$<br><br>See *supra*, Claim 1. |

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Calcium sulfate | A material comprising $CaSO_4$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A compound containing calcium and a sulfate group, $(SO_4)^{2-}$<br><br>Hackh's at 125; Hawley's at 209; McGraw-Hill at 280. |
| Sulfuric acid | An acid comprising $H_2SO_4$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A compound with the chemical formula $H_2SO_4$<br><br>Hackh's at 648; Hawley's at 1108; McGraw-Hill at 1854. |

4. Claim 4

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Reagent | A material that takes part in a chemical reaction<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A separate and distinct compound capable of supplying sulfates, halites, silicates, alum, and/or calcium oxide, that participates in a chemical reaction, wherein sulphates consist of a substance containing the anion $(SO_4)^{2-}$, wherein halites consist of the substance sodium chloride (NaCl), wherein silicates consist of a substance having a molecular structure containing silicon, oxygen, and one or more metals, wherein alum consists of any of a group double sulfates of metals, for example $M_2(SO_4)_2 \bullet 12H_2O$, and wherein calcium oxide consists of a compound with the chemical formula CaO, also known as lime<br><br>See *supra*, Claim 1. |

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Sulphate(s) | A material comprising the anion $(SO_4)^{2-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A substance containing the anion $(SO_4)^{2-}$<br><br>See *supra*, Claim 1. |

5. Claim 5

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Phosphate compound | A material comprising two or more elements or parts capable of supplying a source of phosphate anion $(PO_4)^{3-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A separate and distinct compound capable of supplying a source of phosphate anion, $(PO_4)^{3-}$<br><br>See *supra*, Claim 1. |

6. Claim 6

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Phosphate compound | A material comprising two or more elements or parts capable of supplying a source of phosphate anion $(PO_4)^{3-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A separate and distinct compound capable of supplying a source of phosphate anion, $(PO_4)^{3-}$<br><br>See *supra*, Claim 1. |

7. Claim 7

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Phosphate compound | A material comprising two or more elements or parts capable of supplying a source of phosphate anion $(PO_4)^{3-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A separate and distinct compound capable of supplying a source of phosphate anion, $(PO_4)^{3-}$<br><br>See *supra*, Claim 1. |
| Water-soluble phosphate | A phosphate capable of dissolving in water, wherein water is a compound with the chemical formula $H_2O$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A phosphate compound capable of dissolving in water, wherein water is a compound with the chemical formula $H_2O$<br><br>Hackh's at 624 (soluble), 719 (water); Hawley's at 1232 (water); McGraw-Hill at 1771 (soluble), 2046( (water). |

8. Claim 8

Plaintiff has indicated it does not intend to assert claim 8. See Letter from Ferguson to Cook of May 18, 2006.

9. Claim 9

Plaintiff has indicated it does not intend to assert claim 9. See Letter from Ferguson to Cook of May 18, 2006.

10. Claim 10

Plaintiff has indicated it does not intend to assert claim 10. See Letter from Ferguson to Cook of May 18, 2006.

11. Claim 11

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Phosphate compound | A material comprising two or more elements or parts capable of supplying a source of phosphate anion $(PO_4)^{3-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A separate and distinct compound capable of supplying a source of phosphate anion, $(PO_4)^{3-}$<br><br>See *supra*, Claim 1. |
| Technical grade phosphoric acid | Commercially available phosphoric acid having sulphates as an impurity<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Phosphoric acid that contains up to 70% (by weight) phosphate (as $P_2O_5$) and sulfate $(SO_4^{-2})$, typically as sulfuric acid in the range of 2.5% to 7% (by weight) as an impurity<br><br>'608 patent, col. 6, lines 6-9. |

12. Claim 12

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Material | Composed of or pertaining to physical substances; relating to matter<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Debris, soil, sludges, and solid materials containing leachable radioactive substances<br><br>See *supra*, Claim 1. |

13. Claim 13

| Term | Plaintiff's Position | Defendant's Position |
|---|---|---|
| Material | Composed of or pertaining to physical substances; relating to matter<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Debris, soil, sludges, and solid materials containing leachable radioactive substances<br><br>See *supra*, Claim 1. |
| Dispersion agent | A material which facilitates the movement of one item within another<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A substance added to suspensions to separate the particles<br><br>Hawley's at 433; McGraw-Hill at 558; '608 patent, Example 13, col. 6, lines 11-13 and col. 7, lines 63-65. |

14. Claim 14

| Term | Plaintiff's Position | Defendant's Position |
|---|---|---|
| Material | Composed of or pertaining to physical substances; relating to matter<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Debris, soil, sludges, and solid materials containing leachable radioactive substances<br><br>See *supra*, Claim 1. |

15. Claim 15

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Concentration of leachable radioactive substances | The amount of leachable picocuries in a mass or volume of material<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | The amount of picocuries per liter (pCi/l) in the TCLP extract of a sample<br><br>See *supra*, Claim 1. |
| Material | Composed of or pertaining to physical substances; relating to matter<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Debris, soil, sludges, and solid materials containing leachable radioactive substances<br><br>See *supra*, Claim 1. |

16. Claim 16

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Concentration of leachable radioactive substances | The amount of leachable picocuries in a mass or volume of material<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | The amount of picocuries per liter (pCi/l) in the TCLP extract of a sample<br><br>See *supra*, Claim 1. |
| Material | Composed of or pertaining to physical substances; relating to matter<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Debris, soil, sludges, and solid materials containing leachable radioactive substances<br><br>See *supra*, Claim 1. |

17. Claim 17

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Concentration of leachable radioactive substances | The amount of leachable picocuries in a mass or volume of material<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | The amount of picocuries per liter (pCi/l) in the TCLP extract of a sample<br><br>See *supra*, Claim 1. |
| Material | Composed of or pertaining to physical substances; relating to matter<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Debris, soil, sludges, and solid materials containing leachable radioactive substances<br><br>See *supra*, Claim 1. |

18. Claim 18

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Material | Composed of or pertaining to physical substances; relating to matter<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Debris, soil, sludges, and solid materials containing leachable radioactive substances<br><br>See *supra*, Claim 1. |

19. Claim 19

Plaintiff and Defendant agree to the construction of all terms in Claim 19 of the '608 patent. See *supra*, Part A.

20. Claim 20

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Material | Composed of or pertaining to physical substances; relating to matter<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Debris, soil, sludges, and solid materials containing leachable radioactive substances<br><br>'608 patent, col. 35, lines 36-37; see also *supra*, Claim 1. |
| Treatment additive | A reactant<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | First component plus second component mixed together<br><br>'608 patent, col. 8, lines 55-57 and col. 35, lines 39-41. |

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| First component | A material capable of supplying a source of sulfates, halites, silicates, alum, and/or calcium oxide<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A separate and distinct compound capable of supplying sulfates, halites, silicates, alum, and/or calcium oxide, that participates in a chemical reaction, wherein sulphates consist of a substance containing the anion $(SO_4)^{2-}$, wherein halites consist of the substance sodium chloride (NaCl), wherein silicates consist of a substance having a molecular structure containing silicon, oxygen, and one or more metals, wherein alum consists of any of a group double sulfates of metals, for example $M_2(SO_4)_2{\bullet}12H_2O$, and wherein calcium oxide consists of a compound with the chemical formula CaO, also known as lime<br><br>'608 patent, Fig. 2a, Fig. 2b (showing separate and distinct Group One and Group One treatment chemicals), col. 8, lines 11-15 ("A first group, 'group one', comprises a source of sulfate, hydroxide, chloride, fluoride and/or silicates. These sources are gypsum, lime, sodium silicate, cement, calcium fluoride, alum and/or like similar products.") and col. 35, lines 41-43; Hackh's at 574; McGraw-Hill at 1572. |
| Sulphate(s) | A material comprising the anion $(SO_4)^{2-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A compound containing a sulphate group, $(SO_4)^{2-}$<br><br>See *supra*, Claim 1. |
| Halite(s) | A material comprising sodium chloride (NaCl)<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | The compound sodium chloride (NaCl)<br><br>See *supra*, Claim 1. |

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Silicate(s) | A material comprising silicon, oxygen, and one or more metals with or without hydrogen<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A compound having a molecular structure containing silicon, oxygen, and one or more metals<br><br>See *supra*, Claim 1. |
| Second component | A material capable of supplying at least one phosphate anion<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A separate and distinct compound capable of supplying a source of phosphate anion, $(PO_4)^{3-}$<br><br>'608 patent, Fig. 2a, Fig. 2b (showing separate and distinct Group One and Group Two treatment chemicals), col. 8, lines 16-21 ("The second group, 'group two', comprises a source of phosphate anion. This group consists of products like phosphoric acid (phosphoric), pyrophosphates, triple super phosphate, trisodium phosphates, potassium phosphates, ammonium phosphates and/or similar *compounds capable of supplying a phosphate anion.*"), and col. 35, lines 44-45; Hackh's at 514; McGraw-Hill at 1413. |
| Mixture | A homogeneous or heterogeneous material in any physical state that consists of two or more chemical components that have no firm chemical bonding between them and that are physically separable<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Material plus treatment additive mixed together, wherein the treatment additive is the first component plus the second component mixed together<br><br>'608 patent, col. 8, lines 55-57 and col. 35, lines 39-41. |
| Concentration of leachable radioactive substances | The amount of leachable picocuries in a mass or volume of material<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | The amount of picocuries per liter (pCi/l) in the TCLP extract of a sample<br><br>See *supra*, Claim 1. |

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Non-leachable solid materials | Materials having a definite volume and shape containing entities not removable by extraction fluids<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Materials of a definite volume and shape with a TCLP metal level below the regulatory threshold limit under the TCLP test criteria of the EPA<br><br>See *supra*, Claim 1. |

21. Claim 21

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Material | Composed of or pertaining to physical substances; relating to matter<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Debris, soil, sludges, and solid materials containing leachable radioactive substances<br><br>See *supra*, Claim 20. |

22. Claim 22

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Material | Composed of or pertaining to physical substances; relating to matter<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Debris, soil, sludges, and solid materials containing leachable radioactive substances<br><br>See *supra*, Claim 20. |

23. Claim 23

Plaintiff and Defendant agree to the construction of all terms in Claim 23 of the '608 patent. See *supra*, Part A.

24. Claim 24

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Material | Composed of or pertaining to physical substances; relating to matter<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | Debris, soil, sludges, and solid materials containing leachable radioactive substances<br><br>See *supra*, Claim 20. |
| Dispersion agent | A material which facilitates the movement of one item within another<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A substance added to suspensions to separate the particles<br><br>See *supra*, Claim 13. |

25. Claim 25

Plaintiff has indicated it does not intend to assert claim 25. See Letter from Ferguson to Cook of May 18, 2006.

26. Claim 26

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| First component | A material capable of supplying a source of sulfates, halites, silicates, alum, and/or calcium oxide<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A separate and distinct compound capable of supplying sulfates, halites, silicates, alum, and/or calcium oxide, that participates in a chemical reaction, wherein sulphates consist of a substance containing the anion $(SO_4)^{2-}$, wherein halites consist of the substance sodium chloride (NaCl), wherein silicates consist of a substance having a molecular structure containing silicon, oxygen, and one or more metals, wherein alum consists of any of a group double sulfates of metals, for example $M_2(SO_4)_2 \bullet 12H_2O$, and wherein calcium oxide consists of a compound with the chemical formula CaO, also known as lime<br><br>See *supra*, Claim 20. |
| Second component | A material capable of supplying at least one phosphate anion<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A separate and distinct compound capable of supplying a source of phosphate anion, $(PO_4)^{3-}$<br><br>See *supra*, Claim 20. |

27. Claim 27

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| First component | A material capable of supplying a source of sulfates, halites, silicates, alum, and/or calcium oxide<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A separate and distinct compound capable of supplying sulfates, halites, silicates, alum, and/or calcium oxide, that participates in a chemical reaction, wherein sulphates consist of a substance containing the anion $(SO_4)^{2-}$, wherein halites consist of the substance sodium chloride (NaCl), wherein silicates consist of a substance having a molecular structure containing silicon, oxygen, and one or more metals, wherein alum consists of any of a group double sulfates of metals, for example $M_2(SO_4)_2 \bullet 12H_2O$, and wherein calcium oxide consists of a compound with the chemical formula CaO, also known as lime<br><br>See *supra*, Claim 20. |
| Sulphate(s) | A material comprising the anion $(SO_4)^{2-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A substance containing the anion $(SO_4)^{2-}$<br><br>See *supra*, Claim 1. |

28. Claim 28

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Second component | A material capable of supplying at least one phosphate anion<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A separate and distinct compound capable of supplying a source of phosphate anion, $(PO_4)^{3-}$<br><br>See *supra*, Claim 20. |
| Aqueous phosphate compound | A liquid material containing water comprising two or more elements or parts capable of supplying a source of phosphate anion, $(PO_4)^{3-}$, wherein water is a compound with the formula $H_2O$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A phosphate compound made with water, wherein water is a compound with the chemical formula $H_2O$<br><br>Hackh's at 56 (aqueous), 719 (water); Hawley's at 1232 (water); McGraw-Hill at 114 (aqueous), 2046( (water). |

29. Claim 29

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| Second component | A material capable of supplying at least one phosphate anion<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A separate and distinct compound capable of supplying a source of phosphate anion, $(PO_4)^{3-}$<br><br>See *supra*, Claim 20. |
| Phosphoric acid | An acid comprising $H_3PO_4$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A compound with the chemical formula $H_3PO_4$<br><br>Hackh's at 515; Hawley's at 910; McGraw-Hill at 1414. |

30. Claim 30

| TERM | PLAINTIFF'S POSITION | DEFENDANT'S POSITION |
|---|---|---|
| First component | A material capable of supplying a source of sulfates, halites, silicates, alum, and/or calcium oxide<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A separate and distinct compound capable of supplying sulfates, halites, silicates, alum, and/or calcium oxide, that participates in a chemical reaction, wherein sulphates consist of a substance containing the anion $(SO_4)^{2-}$, wherein halites consist of the substance sodium chloride (NaCl), wherein silicates consist of a substance having a molecular structure containing silicon, oxygen, and one or more metals, wherein alum consists of any of a group double sulfates of metals, for example $M_2(SO_4)_2 \bullet 12H_2O$, and wherein calcium oxide consists of a compound with the chemical formula CaO, also known as lime<br><br>See *supra*, Claim 20. |
| Sulphate(s) | A material comprising the anion $(SO_4)^{2-}$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A substance containing the anion $(SO_4)^{2-}$<br><br>See *supra*, Claim 1. |
| Second component | A material capable of supplying at least one phosphate anion<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A separate and distinct compound capable of supplying a source of phosphate anion, $(PO_4)^{3-}$<br><br>See *supra*, Claim 20. |
| Phosphoric acid | An acid comprising $H_3PO_4$<br><br>See Sevenson's Supporting Evidence, *supra*, Claim 1. | A compound with the chemical formula $H_3PO_4$<br><br>See *supra*, Claim 29. |

31. Claim 31

Plaintiff has indicated it does not intend to assert claim 31. See Letter from Ferguson to Cook of May 18, 2006.

32. Claim 32

Plaintiff has indicated it does not intend to assert claim 32. See Letter from Ferguson to Cook of May 18, 2006.

33. Claim 33

Plaintiff has indicated it does not intend to assert claim 33. See Letter from Ferguson to Cook of May 18, 2006.

34. Claim 34

Plaintiff has indicated it does not intend to assert claim 34. See Letter from Ferguson to Cook of May 18, 2006.

35. Claim 35

Plaintiff has indicated it does not intend to assert claim 35. See Letter from Ferguson to Cook of May 18, 2006.

36. Claim 36

Plaintiff has indicated it does not intend to assert claim 36. See Letter from Ferguson to Cook of May 18, 2006.

37. Claim 37

Plaintiff has indicated it does not intend to assert claim 37. See Letter from Ferguson to Cook of May 18, 2006.

38. Claim 38

Plaintiff has indicated it does not intend to assert claim 38. See Letter from Ferguson to Cook of May 18, 2006.

39. Claim 39

Plaintiff has indicated it does not intend to assert claim 39. See Letter from Ferguson to Cook of May 18, 2006.

40. Claim 40

Plaintiff has indicated it does not intend to assert claim 40. See Letter from Ferguson to Cook of May 18, 2006.