# In the United States Court of Federal Claims

No. 05-1075C

(Filed: October 19 , 2006)

| | |
|---|---|
| *************************************** | * |
| | * |
| SEVENSON ENVIRONMENTAL SERVICES, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant, | * |
| | * |
| and | * |
| | * |
| SHAW ENVIRONMENTAL, INC., | * |
| | * |
| Defendant-Intervenor. | * |
| | * |
| *************************************** | * |

**ORDER**

On October 18, 2006, Plaintiff Sevenson Environmental Services, Inc. and Defendant the United States submitted a Joint Motion for Leave to File a Modified Joint Claim Construction Statement. For good cause shown, the motion is hereby GRANTED.

**IT IS SO ORDERED**.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge