**IN THE UNITED STATES COURT**
**OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SEVENSON ENVIRONMENTAL SERVICES, INC., | ) | |
| Plaintiff, | ) | No. 05-1075C |
| | ) | Judge Thomas C. Wheeler |
| v. | ) | |
| THE UNITED STATES | ) | |
| | ) | Electronically Filed on October 25, 2006 |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO MODIFY**
**<u>THE COURT'S SCHEDULING ORDER OF JUNE 8, 2006</u>**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, the United States (the "Government"), moves for an enlargement of nine (9) days for the parties to file their opening claim construction briefs and to reschedule the date for filing reply claim construction briefs by a commensurate period from the dates presently set in the Court's modified scheduling order of June 8, 2006. The enlargement will modify the scheduling order so that each party's opening claim construction brief would be due on November 8, 2006, and each party's reply claim construction brief would be due on November 29, 2006. All other deadlines in the current scheduling order would remain the same. Counsel for the parties have discussed the instant motion, and plaintiff has indicated it will not oppose the motion.

This extension of time is necessary because the Government's lead counsel has been selected to serve as a juror on a jury trial in the Superior Court of the District of Columbia beginning on October 25, 2006. The trial is expected to last four to five days, thus interfering with counsel's ability to prepare the Government's brief prior to the current deadline of

October 30, 2006 for the opening claim construction briefs. The parties agree that this extension of time is reasonable under the circumstances.

## CONCLUSION

For the reasons stated above, the Government respectfully requests that this "Unopposed Motion to Modify the Court's Scheduling Order of June 8, 2006" be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN J. FARGO
Director

s/ Marcy Cook
__________________________________
MARCY E. COOK
Attorney
Civil Division
U.S. Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0459
Facsimile: (202) 307-0345

Dated: October 25, 2006