# In the United States Court of Federal Claims

No. 05-1075C

(Filed: October 27, 2006)

| | |
|---|---|
| *************************************** | * |
| | * |
| SEVENSON ENVIRONMENTAL SERVICES, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant, | * |
| | * |
| and | * |
| | * |
| SHAW ENVIRONMENTAL, INC., | * |
| | * |
| Defendant-Intervenor. | * |
| | * |
| *************************************** | * |

**AMENDED SCHEDULING ORDER**

On October 25, 2006, Defendant filed with the Court an Unopposed Motion to Modify the Court's Scheduling Order of June 8, 2006. The Government seeks a 9-day extension of time for the parties to file their opening claim construction briefs and their reply claim constructions briefs. All other deadlines in the current schedule would remain the same. For good cause shown, the motion is GRANTED. The discovery schedule for this case shall be as follows:

1. Each party shall file its opening claim construction brief, including an accompanying expert report if the party intends to present expert testimony, on or before November 8, 2006;

2. Each party shall file a reply claim construction brief and rebuttal expert report, if any, on or before November 29, 2006;

3. Depositions of experts relating to the Markman hearing shall occur on or before December 4, 2006;

4. The Court will conduct a Markman hearing on January 9, 2007, beginning at 10:00 AM.

Further proceedings as necessary will be scheduled following the Markman hearing.

**IT IS SO ORDERED.**

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge