**IN THE UNITED STATES COURT**
**OF FEDERAL CLAIMS**

| | |
|---|---|
| SEVENSON ENVIRONMENTAL SERVICES, INC., | |
| Plaintiff, | |
| v. | No. 05-1075C<br>Judge Thomas C. Wheeler |
| THE UNITED STATES | Electronically Filed on November 6, 2006 |
| Defendant. | |

**SEVENSON ENVIRONMENTAL SERVICES, INC.'S UNOPPOSED MOTION TO EXCEED THE PAGE LIMIT FOR ITS OPENING CLAIM CONSTRUCTION BRIEF**

Sevenson Environmental Services, Inc. ("Sevenson") respectfully moves the Court for relief from the page limit limitation imposed by RCFC 5.2(b)(1) with respect to Sevenson's opening claim construction brief, which is to be filed on November 8, 2006. Rule 5.2(b)(1) provides for a 40-page limitation on all opening memoranda. However, the question of claim construction is complex, factually intensive, and one of the most important aspects of any patent case. *See Markman v. Westview Instruments, Inc.*, 52 F.3d 967, 989 (Fed. Cir. 1995) (en banc) (Mayer, J., concurring) ("to decide what the claims mean is nearly always to decide the case").

Here, the Government has identified literally dozens of claim terms that the Government contends this Court must construe. In order to provide the Court with the context necessary to perform that claim construction, Sevenson believes it is necessary to exceed the 40-page limitation imposed by Rule 5.2(b)(1).

Accordingly, Sevenson respectfully requests the Court grant the instant motion and allow Sevenson to file a claim construction brief of 65 pages. Sevenson has conferred with counsel for the Government and the Government has indicated (1) that it does not oppose Sevenson's motion, and (2) that the Government intends to ask for identical relief in a separate motion.

Respectfully submitted,

Dated: November 6, 2006

_/s/ Brian E. Ferguson_________________

Brian E. Ferguson
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, D.C. 20005
(202) 756-8000
bferguson@mwe.com

WEBSTER SZANYI LLP
Kevin A. Szanyi
Nelson Perel
1400 Liberty Building
Buffalo, New York 14202
(716) 842-2800
nperel@websterszanyi.com

Attorneys for Plaintiff, Sevenson
Environmental Services, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Marcy E. Cook
Civil Division
U.S. Department of Justice
Washington, D.C. 20530

Russel O. Primeaux
D'Armond McCowan & Jarman LLP
One American Place, 22nd Floor
P.O. Box 3513
Baton Rouge, LA 70821-3513

__/s/ Brian E. Ferguson___________