**IN THE UNITED STATES COURT
OF FEDERAL CLAIMS**

| | |
|---|---|
| SEVENSON ENVIRONMENTAL SERVICES, INC., | |
| Plaintiff, | |
| v. | No. 05-1075C<br>Judge Thomas C. Wheeler |
| THE UNITED STATES | |
| | Electronically Filed on November 6, 2006 |
| Defendant. | |

**THE GOVERNMENT'S UNOPPOSED MOTION
TO ENLARGE THE PAGE LIMIT APPLICABLE TO
THE GOVERNMENT'S OPENING CLAIM CONSTRUCTION BRIEF**

Pursuant to Rule 5.2(b)(1) of the Rules of the United States Court of Federal Claims, initial briefs or memorandum shall not exceed forty (40) pages. The Government respectfully requests that a thirty (30) page enlargement of this limit be granted. Counsel for the parties have discussed the instant motion, and plaintiff has indicated it will not oppose the motion.

The Government has made every effort to comply with Rule 5.2(b)(1). There are a large number of claims that require construction by this Court. As a result, the Government cannot adequately address all of the terms at issue within the 40-page limit. Sevenson has asserted infringement of five patents and 77 claims, each containing several claim terms which must be discussed individually. The Government requests an additional thirty (30) pages in order to fully and fairly treat all of the claims asserted by Sevenson.

For the above reasons, the Government respectfully requests that the Court grant this unopposed motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN J. FARGO
Director

s/ Marcy Cook
______________________________

MARCY E. COOK
Attorney
Civil Division
U.S. Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0459
Facsimile: (202) 307-0345

Dated: November 6, 2006

Attorneys for the United States