# *Hawley's Condensed Chemical Dictionary*

*ELEVENTH EDITION*

*Revised by*

N. Irving Sax

and

Richard J. Lewis, Sr.

VNR VAN NOSTRAND REINHOLD COMPANY

New York

Case 1:05-cv-01075-TCW Document 42-7 Filed 11/08/2006 Page 2 of 2



ration on standing. Thus, water is compatible with alcohol but not with gasoline. Liquids and solids are compatible if the solid is soluble in the liquid only. Solids are compatible if they can exist in intimate contact for long periods with no adverse effect of one on the other.

**"Compazine."**[71] TM for a brand of prochlorperazine, as the maleate or the edisylate.

**complement.** A term used in immunochemistry to refer to a number of blood proteins that act in conjunction with antibodies to cause disintegration of invading cells. It is an essential component of immune serum.

**complex compound.** See coordination compound.

**complexing agent.** See ligand, chelate, ethylenediaminetetraacetic acid.

**complex ion.** An ion which has a molecular structure consisting of a central atom bonded to other atoms by coordinate covalent bonds.
See coordination compound.

**component.** One of the minimum number of substances required to state the composition of all phases of a system in the absence of chemical reaction of any substances in a mixture.
See also constituent.

**composite.** A mixture or mechanical combination on a macro scale of two or more materials that are solid in the finished state, are mutually insoluble, and differ in chemical nature. The major types are: (1) laminates of paper, fabric or wood (veneer), and a thermosetting material (resin, rubber or adhesive); examples are tire carcases, plywood, and electrical insulating structures. (2) Reinforced plastics, principally of glass fiber and a thermosetting resin, other types of fibers such as boron, aluminum silicate, and silicon carbide may be used (see also whiskers). (3) Cermets, which are mixtures of ceramic and metal powders, heat-treated and compressed. (4) Fabrics, i.e., woven combinations of wool or cotton and a synthetic fiber. (5) Filled composites where a bonding material, i.e., linseed oil, resin, or asphalt, is loaded with a filler in the form of flakes or small particles; examples are linoleum, glass/flake-plastic mixtures for battery cases and asphalt/gravel road-surfacing mixtures.

**composting.** Aerobic bacterial decomposition of solid organic wastes, both agricultural and urban, including sewage sludge. As much as 500 tons a day can be handled in the larger installations, the waste degrading quickly at low temperature. Decomposition is accelerated by adding ammonium bicarbonate. This can be used as a soil conditioner and for landfill. The waste is piled, turned frequently to provide aeration, and maintaining a high temperature in the pile to destroy pathogenic organisms. Volume of composted waste is from 20–60% of original volume.

**compound.** (1) A substance composed of atoms or ions of two or more elements in chemical combination. The constituents are united by bonds or valence forces. A compound, a homogeneous entity where the elements have definite proportions by weight and are represented by a chemical formula. A compound has characteristic properties quite different from those of its constituent elements. It is decomposed by energy in the form of a chemical reaction, of heat, or of an electric current. Example: Water is a *liquid* formed by chemical combination of two *gases*; it can be separated into hydrogen and oxygen by an electric current (electrolysis); in certain reactions it is split into its constituent ions (H, OH) (hydrolysis); it is not chemically changed by heat or cold.
See also mixture, homogeneous, reaction.

(2) Loosely, a product formula (often proprietary) of various types, e.g., pharmaceuticals (a vegetable compound), rubber (a fast-curing compound), etc.

(3) Having two sets of lenses (compound microscope).

**Combes quinoline synthesis.** Formation of quinolines by condensation of beta-diketones with primary arylamines followed by acid catalyzed ring closure of the intermediate Schiff base.

**compound 1080.** Use may be restricted.
See sodium fluoroacetate.

**compreg.** A hardwood impregnated with a phenolformaldehyde resin under heat and pressure.

**compressed gas.** Any material or mixture that, when enclosed in a container, has an absolute pressure exceeding 40 psi at 21.1C or, regardless of the pressure at 21.1C, has an absolute pressure greater than 140 psi at 54.4C, or any flammable material having a vap pressure greater than 40 psi abs at 37.7C. (Vapor pressure determined by Reid method (ASTM)). Compressed gases include liquefied petroleum gases and oxygen, nitrogen, anhydrous ammonia, acetylene, nitrous oxide, and fluorocarbon gases. Some of these are