# THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE

# THE AMERICAN HERITAGE

# ONARY

# OF THE ENGLISH LANGUAGE

WILLIAM MORRIS, Editor

Published by

HOUGHTON MIFFLIN COMPANY / BOSTON
ATLANTA / DALLAS / GENEVA, ILLINOIS / HOPEWELL, NEW JERSEY / PALO ALTO

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the publishers' opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

© 1969, 1970, 1971, 1973, 1975, 1976, 1978 by Houghton Mifflin Company
All correspondence and inquiries should be directed to
Dictionary Division, Houghton Mifflin Company
One Beacon Street, Boston, Massachusetts 02107

All rights reserved under Bern and Pan-American Copyright Conventions

ISBN: 0-395-20360-0 (new college edition; thumb-indexed)
0-395-20359-7 (new college edition; plain edges)
0-395-24575-3 (high-school edition)
0-395-09066-0 (larger-format edition)

Library of Congress Catalog Card Number 76–86995

Manufactured in the United States of America

Computer-composed by Inforonics, Inc.
in Maynard, Massachusetts

*(sauce) matelote,* "sailor (sauce)," from *matelot,* sailor, from Old French *matenot, mathenot,* probably from Middle Dutch *mattenoot,* earlier *mātghenōt,* messmate : *māt,* meat (see **mad-** in Appendix*) + *ghenōt,* fellow (see **neud-** in Appendix*).]

**ma·ter** (mā′tər) *n. Chiefly British Obsolete.* Mother. [Latin *māter.* See **māter-** in Appendix.*]

**ma·ter·fa·mil·i·as** (mā′tər-fə-mĭl′ē-əs) *n.* The mother of a family. [Latin : *māter,* mother (see **māter-** in Appendix*) + *familias,* archaic genitive of *familia,* FAMILY.]

**ma·te·ri·al** (mə-tîr′ē-əl) *n.* **1.** The substance or substances out of which a thing is or may be constructed: *"Simple ideas, the materials of all our knowledge, are suggested to the mind only by sensation and reflection."* (Locke). **2.** A precursory element, such as an idea or sketch, to be refined and made or incorporated into a finished effort: *material for a comedy.* **3.** *Plural.* Tools or apparatus for the performance of a given task; *writing materials.* **4.** Yard goods or cloth. *—adj.* **1.** Composed of or pertaining to physical substances; relating to matter; corporeal. **2.** Of, pertaining to, or affecting the enjoyment of physical well-being: *material comfort.* **3.** Of or concerned with the physical as distinct from the intellectual or spiritual. **4.** Substantial; noticeable; especially, of importance to an argument: *"I shall therefore endeavor . . . to lay before you some of the most material circumstances"* (Burke). **5.** *Law.* Relevant to the case: *material testimony.* **6.** *Philosophy.* Of or pertaining to the matter of reasoning, rather than the form. —See Synonyms at **relevant.** [Middle English, from Old French *materiel,* from Late Latin *māteriālis,* from *māteria,* matter. See **māter-** in Appendix.*] **—ma·te′ri·al·ness** *n.*

**ma·te·ri·al·ism** (mə-tîr′ē-əl-ĭz′əm) *n.* **1.** The philosophical opinion that physical matter in its movements and modifications is the only reality and that everything in the universe, including thought, feeling, mind, and will, can be explained in terms of physical laws. Compare **idealism. 2.** The theory or doctrine that physical well-being and worldly possessions constitute the greatest good and highest value in life. **3.** Undue regard for worldly concerns: *"His thinking was distorted by the materialism of the time."* (George F. Kennan). **—ma·te′ri·al·ist** *adj.* & *n.* **—ma·te′ri·al·is′tic** *adj.* **—ma·te′ri·al·is′ti·cal·ly** *adv.*

**ma·te·ri·al·i·ty** (mə-tîr′ē-ăl′ə-tē) *n., pl.* **-ties. 1.** The state or quality of being material. **2.** Matter; physical substance.

**ma·te·ri·al·ize** (mə-tîr′ē-əl-īz′) *v.* **-ized, -izing, -izes.** *—tr.* To invest with material or physical characteristics; cause to become real or actual: *By building the house, he materialized his dream.* *—intr.* **1.** To assume material or effective form: *"French support on the eastern flank did not materialise."* (Winston Churchill). **2.** To take form or shape. **—ma·te′ri·al·i·za′tion** *n.* **—ma·te′ri·al·iz′er** *n.*

***Usage:*** *Materialize* (intransitive) is not a proper substitute for the more general *happen* or *occur,* as in *Nothing new materialized during the hearing.* The preceding example is approved by only 33 per cent of the Usage Panel, but 69 per cent accept the more specific sense of *The plans materialized.*

**ma·te·ri·al·ly** (mə-tîr′ē-əl-ē) *adv.* **1.** With regard to matter as distinguished from form. **2.** To a significant extent or degree; importantly. **3.** With regard to the physical world.

**ma·te·ri·a med·i·ca** (mə-tîr′ē-ə mĕd′ĭ-kə). *Medicine.* **1.** The study of remedies and their sources, preparation, and use. **2.** A substance used in preparing remedies or as a medicine. [Latin, "medical material."]

**ma·te·ri·el, ma·té·ri·el** (mə-tîr′ē-ĕl′) *n.* **1.** The equipment, apparatus, and supplies, such as guns and ammunition, of a military force. **2.** The equipment, apparatus, and supplies of any organization. [French, from *matériel,* MATERIAL (adjective).]

**ma·ter·nal** (mə-tûr′nəl) *adj.* **1.** Relating to or characteristic of a mother or motherhood; motherly: *maternal instinct.* **2.** Inherited from one's mother: *a maternal trait.* **3.** Related to through one's mother: *my maternal uncle.* **4.** Of one's mother: *the maternal bosom.* [Middle English, from Old French *maternel,* from Latin *māternus,* from *māter,* mother. See **māter-** in Appendix.*] **—ma·ter′nal·ly** *adv.*

**ma·ter·ni·ty** (mə-tûr′nə-tē) *n.* **1.** The state of being a mother; motherhood. **2.** The feelings or characteristics associated with being a mother; motherliness. *—adj.* Associated with pregnancy and childbirth: *a maternity dress; a maternity ward.* [French *maternité,* from Medieval Latin *māternitās,* from *māternus,* MATERNAL.]

**ma·tey** (mā′tē) *adj.* Sociable; friendly.

**math** (măth) *n.* Mathematics.

**math.** mathematical; mathematician; mathematics.

**math·e·mat·i·cal** (măth′ə-măt′ĭ-kəl) *adj.* Also **math·e·mat·ic.** *Abbr.* **math. 1.** Of or pertaining to mathematics. **2.** Precise; rigorous; exact. [Old French *mathematique,* from Latin *mathēmaticus,* from Greek *mathēmatikos,* from *mathēma,* science, from *manthanein* (stem *math-*), to learn. See **mendh-** in Appendix.*] **—math′e·mat′i·cal·ly** *adv.*

**mathematical induction.** A principle and method of proof in mathematics. See **induction.**

**mathematical logic. Symbolic logic** *(see).*

**math·e·ma·ti·cian** (măth′ə-mə-tĭsh′ən) *n. Abbr.* **math.** A person skilled or learned in mathematics.

**math·e·mat·ics** (măth′ə-măt′ĭks) *n. Abbr.* **math.** Plural in form, used with a singular verb. The study of number, form, arrangement, and associated relationships, using rigorously defined literal, numerical, and operational symbols. [Probably from French *(les) mathématiques,* from Latin *mathēmatica* (neuter plural), from Greek *(ta) mathēmatika.* See **mathematical.**]

**Math·er** (măth′ər, măth′ər), **Cotton.** 1663–1728. American Congregational clergyman and author; son of Increase Mather.

**Math·er** (măth′ər, măth′ər), **Increase.** 1639–1723. American Congregational clergyman; father of Cotton Mather.

**Math·ew·son** (măth′yōō-sən), **Christopher** ("**Christy**"). 1880–1925. American baseball pitcher and manager.

**Ma·thu·ra** (mŭt′ə-rə). Formerly **Mut·tra** (mŭt′rə). A city of the Republic of India, in Uttar Pradesh State, sacred to the Hindus as the birthplace of Krishna. Population, 106,000.

**Ma·thu·rai.** See **Madurai.**

**Ma·til·da** (mə-tĭl′də). A feminine given name. [Middle English, from Medieval Latin, from Common Germanic *Mahthildis,* "mighty in battle." See **magh-**[1] in Appendix.*]

**mat·il·i·ja poppy** (mə-tĭl′ē-hä′). A shrubby plant, *Romneya Coulteri,* of California and Mexico, having very large, solitary white flowers. [From *Matilija* Canyon, California.]

**mat·in** (măt′ĭn) *adj.* Also **mat·in·al** (-əl). Of or pertaining to matins or to the early part of the day: *"Fear thou no more the matin frost."* (Coleridge). [From MATINS.]

**mat·i·nee, mat·i·née** (măt′n-ā′) *n. Abbr.* **mat.** A dramatic or musical performance given in the daytime, usually in the afternoon. [French *matinée,* "morning," early performance, from Old French *matinee,* from *matin,* morning, from Latin *(tempus) mātūtīnum,* morning (time), from *mātūtīnus,* of the morning, from *Mātūta,* goddess of dawn. See **mā-**[1] in Appendix.*]

**mat·ins** (măt′ĭnz) *n.* Plural in form, used with a singular or plural verb. Also *chiefly British* **mat·tins. 1.** *Roman Catholic Church.* The office that, together with lauds, constitutes the first of the seven **canonical hours** *(see).* **2.** *Sometimes capital* **M. Morning Prayer** *(see).* [Middle English *matines,* from Old French, from Medieval Latin *(vigiliae) mātūtīnae,* morning (watches, vigils), from Latin *mātūtīnus,* of the morning, from *Mātūta,* goddess of dawn. See **mā-**[1] in Appendix.*]

**Ma·tisse** (mȧ-tēs′), **Henri.** 1869–1954. French postimpressionist painter and sculptor; a leader of Les Fauves.



Henri Matisse

**Ma·to Gros·so** (măt′ə grō′sō; *Portuguese* mä′tōō grō′sōō). Also **Mat·to Gros·so.** The second-largest state of Brazil, 487,451 square miles in area, in the central and western part of the country. Population, 1,293,000. Capital, Cuiabá.

**matri-.** Indicates motherhood; for example, **matriclinous.** [From Latin *māter,* mother. See **māter-** in Appendix.*]

**ma·tri·arch** (mā′trē-ärk′) *n.* **1.** A woman who rules a family, clan, or tribe. **2.** A woman who dominates any group or activity. [MATRI- + -ARCH.] **—ma′tri·ar′chal** (mā′trē-är′kəl), **ma′tri·ar′chic** (-är′kĭk) *adj.* **—ma′tri·ar′chal·ism′** *n.*

**ma·tri·ar·chate** (mā′trē-är′kĭt, -kāt′) *n.* **1.** A society, tribe, or state in which the dominant authority is held by women. **2.** The authority held by matriarchs in such a society. **3.** A hypothetical stage in the evolution of primitive society in which authority is held by matriarchs.

**ma·tri·ar·chy** (mā′trē-är′kē) *n., pl.* **-chies. 1.** A social system in which descent is traced through the mother's side of the family. **2.** A **matriarchate** *(see).*

**mat·ri·cide** (măt′rə-sīd′) *n.* **1.** The act of killing one's mother. **2.** One who kills his mother. [Latin *mātricīda* (person), and *mātricīdium* (act) : MATRI- + -CIDE.] **—mat′ri·ci′dal** (-sīd′l) *adj.*

**mat·ri·cli·nous** (măt′rə-klī′nəs) *adj.* Also **mat·ro·cli·nous.** Having predominantly maternal hereditary traits. [MATRI- + *-clinous,* from Greek *-klinēs,* "leaning," from *klinein,* to lean (see **klei-** in Appendix*).]

**ma·tric·u·lant** (mə-trĭk′yə-lənt) *n.* A person who matriculates or is a candidate for matriculation.

**ma·tric·u·late** (mə-trĭk′yə-lāt′) *v.* **-lated, -lating, -lates.** *—tr.* To enroll (a person) in a group, especially a college or university. *—intr.* To become so enrolled. *—n.* A matriculant. [Medieval Latin *mātriculāre,* to enroll, from *mātricula,* list, roll, from *mātrix,* list, originally, womb, source. See **matrix.**] **—ma·tric′u·la′tion** *n.*

**mat·ri·lin·e·al** (măt′rə-lĭn′ē-əl) *adj.* Relating to, based upon, or tracing ancestral descent through the maternal line rather than through the paternal.

**mat·ri·lo·cal** (măt′rə-lō′kəl) *adj. Anthropology.* Pertaining to the home territory of a wife's kin group or clan in primitive societies. **—mat′ri·lo′cal·ly** *adv.*

**mat·ri·mo·ny** (măt′rə-mō′nē) *n., pl.* **-nies. 1.** The act or state of being married; the sacrament or rite of marriage: *"I would approach matrimony as cheerfully as I would the tomb."* (Dodie Smith). **2. a.** A card game. **b.** The combination of a king and queen in this card game. —See Synonyms at **marriage.** [Middle English, from Norman French *matrimonie,* from Latin *mātrimōnium,* marriage, "motherhood" : *māter,* mother (see **māter-** in Appendix*) + *-mōnium,* abstract noun suffix.] **—mat′ri·mo′ni·al** *adj.* **—mat′ri·mo′ni·al·ly** *adv.*

**matrimony vine.** Any of various often thorny shrubs of the genus *Lycium,* some species of which are cultivated for their purplish flowers and brightly colored berries. Sometimes called "boxthorn." [The reason for naming is unknown.]

**ma·trix** (mā′trĭks) *n., pl.* **matrices** (mā′trə-sēz′, măt′rə-) or **-trixes. 1.** A situation or surrounding substance within which something originates, develops, or is contained: *"Folklore must be maintained in the matrix of the culture for some time before it can be accepted as genuine."* (Horace Beck). **2.** The womb. **3.** *Anatomy.* The formative cells of a fingernail or tooth. **4.** *Geology.* **a.** The solid matter in which a fossil or crystal is embedded. **b.** The impression left in a rock when an object, such as a gemstone, has been removed. **5.** A mold or die. **6.** The principal metal in an alloy, for example, the iron in steel. **7.** A binding substance, such as cement in concrete. **8.** *Mathematics.* A rectangular array of numerical or algebraic quantities treated as an algebraic entity. **9.** The network of intersections between input and output leads in a computer, func-