# THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE

# THE AMERICAN HERITAGE
# ONARY
# OF THE ENGLISH LANGUAGE

WILLIAM MORRIS, Editor

Published by

HOUGHTON MIFFLIN COMPANY / BOSTON
ATLANTA / DALLAS / GENEVA, ILLINOIS / HOPEWELL, NEW JERSEY / PALO ALTO

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the publishers' opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

© 1969, 1970, 1971, 1973, 1975, 1976, 1978 by Houghton Mifflin Company
All correspondence and inquiries should be directed to
Dictionary Division, Houghton Mifflin Company
One Beacon Street, Boston, Massachusetts 02107

All rights reserved under Bern and Pan-American Copyright Conventions

ISBN: 0-395-20360-0 (new college edition; thumb-indexed)
0-395-20359-7 (new college edition; plain edges)
0-395-24575-3 (high-school edition)
0-395-09066-0 (larger-format edition)

Library of Congress Catalog Card Number 76–86995

Manufactured in the United States of America

Computer-composed by Inforonics, Inc.
in Maynard, Massachusetts

ıodies of
der of a
English
r. 1. To
weighted
ions of a
. 3. Sur-
r. 1. To
f a whale
n instru-
sounden,
probably
ı Appen-
: sense of
ıough the
ier, sound
ng, sound
' per cent
usical in-
esonance
to record
xplosion,
device for
ıonyms at
rom Ger-
ds. 2. An
. A meas-
w enough
resonant.
portion of
as a violin
ed "sound
behind or
ker's voice
ions to an
sure of its
cy serving
nding line.
homs and
of water.
tions any-
ınd; quiet;
by audible
To make
ource, as of
l by micro-
f, used for
ne side of a
g.
e or more
g.
at, fish, or
r a cream
ces of solid
ything sug-
Dense fog.
having dif-
eater speed
ld French,
.*]
t; a trace; a
or at very
rger than a
ısistency or
ıental.
taste char-
r tangy, as
rmentation;
ıentation or
mpered and
he expected
our. 6. Des-
g to crops.
of gasoline.
our primary
cocktail of
red, souring,
had soured
k kick/l lid,
h ship, dish/



Johnson's temper" (Macaulay). —*intr.* To become sour. [Middle English *so(u)r*, Old English *sūr*. See **sūro-** in Appendix.*] —**sour'ly** *adv.* —**sour'ness** *n.*

**source** (sôrs, sōrs) *n.* 1. A place or thing from which something comes or derives; point of origin. 2. A spring, lake, or other body of water at which a stream or river originates. 3. One that causes, creates, or initiates something; an author; a maker. 4. A person or place that supplies information. 5. A book, document, or other record supplying primary or firsthand information. —See Synonyms at **origin**. [Middle English *sours*, *source*, from Old French *sourse*, from the feminine past participle of *sourdre*, to rise, from Latin *surgere*, to SURGE.]

**sour cherry.** 1. A tree, *Prunus cerasus*, native to Eurasia, having white flowers and tart red fruit. 2. The edible fruit of this tree.

**sour cream.** 1. Cream that has soured naturally by the action of lactic acid bacteria, and used in baking certain breads and cakes. 2. A smooth, thick, artificially soured cream, widely used as an ingredient in soups, salads, and various meat dishes.

**sour·crout.** Variant of **sauerkraut**.

**sour·dine** (sŏŏr-dēn') *n.* 1. An obsolete double-reed instrument with a soft tone. 2. A mute, especially one for a violin. 3. A stop on an organ producing a low, soft, muted tone. [French, from Italian *sordina*, from *sordo*, deaf, from Latin *surdus*. See **swer-²** in Appendix.*]

**sour·dough** (sour'dō') *n.* 1. *Regional.* Sour fermented dough used as leaven in making bread. 2. *Slang.* An old-time settler or prospector, especially in Alaska and northwestern Canada.

**sour gum.** A tree, *Nyssa sylvatica*, of eastern North America, having glossy, somewhat leathery leaves and soft wood. Also called "black gum," "pepperidge," and sometimes "beetle-bung."

**Sou·ris** (sŏŏr'ĭs). A river rising in southeastern Saskatchewan, Canada, and flowing 435 miles first south into North Dakota and then north into Manitoba, where it joins the Assiniboine. Also called "Mouse River" in North Dakota.

**sour mash.** 1. A mixture of new mash and mash from a preceding run used to distill certain malt whiskeys. 2. The whiskey distilled from this mash.

**sour·puss** (sour'pŏŏs') *n.* *Slang.* A person with a habitually gloomy or sullen expression or attitude. [SOUR + PUSS (face).]

**sour salt.** Crystals of citric acid used in cooking.

**sour·sop** (sour'sŏp') *n.* 1. A tropical American tree, *Annona muricata*, bearing spiny fruit with tart, edible pulp. 2. The fruit of this tree.

**sour·wood** (sour'wŏŏd') *n.* A tree, *Oxydendrum arboreum*, of the southeastern United States, having clusters of small white flowers. Also called "sorrel tree." [So called from its sour-tasting leaves.]

**Sou·sa** (sōō'zə, -sə), **John Philip.** 1854–1932. American bandmaster and composer.



John Philip Sousa

**sou·sa·phone** (sōō'zə-fōn', sōō'sə-) *n.* A large brass wind instrument similar to the tuba, having a flaring bell. [After John Philip SOUSA.]



sousaphone

**souse¹** (sous) *v.* **soused, sousing, souses.** —*tr.* 1. To plunge in a liquid. 2. To make soaking wet; drench. 3. To steep in a mixture, as in pickling. 4. *Slang.* To make intoxicated. —*intr.* To become immersed or soaking wet. —*n.* 1. The act or process of sousing. 2. a. Food steeped in pickle; especially, the feet, ears, and head of a pig. b. The liquid used in pickling; brine. 3. *Slang.* A drunkard. [Middle English *sousen*, to souse, to pickle, from *souse*, pickled meat, from Old French *sous*, *souz*, from Old High German *sulza*, brine. See **sal-¹** in Appendix.*]

**souse²** (sous) *v.* **soused, sousing, souses.** *Archaic.* —*tr.* To pounce upon; attack. —*intr.* To swoop down, as an attacking hawk. Used with *on* or *upon*. —*n.* *Obsolete.* A swooping motion of attack, as of a hawk. [Middle English *souce*, swooping motion, perhaps variant of *sours*, SOURCE.]

**Sousse** (sōōs). Ancient name **Had·ru·me·tum** (hăd'rōō-mē'təm). A port city of northeastern Tunisia founded by the Phoenicians in the ninth century B.C. and later an important Roman colony. Population, 48,000.

**sou·tache** (sōō-tăsh') *n.* A narrow flat braid in a herringbone effect, used for trimming and embroidery. [French, from Hungarian *sujtás*.]

**sou·tane** (sōō-tän') *n.* A cassock worn by Roman Catholic priests. [French, from Italian *sottana*, garment worn under (religious vestments), from *sotto*, under, from Latin *subtus*, beneath, from *sub*, under. See **upo** in Appendix.*]

**south** (south) *n.* *Abbr.* **s, S, s., S., So.** 1. a. The direction along a meridian to the right of an observer facing in the direction of the earth's rotation; the direction to the right of sunrise. b. The cardinal point on the mariner's compass, 180 degrees clockwise from north. See **compass card.** 2. Any area or region lying in this direction. 3. *Often capital* **S.** a. The southern part of the earth. b. The southern part of any country or region. —**the South.** In the United States, the states lying south of Pennsylvania and the Ohio River and east of the Mississippi, including those that fought for the Confederacy against the Union (or the North) in the Civil War. —*adj.* 1. To, toward, of, facing, or in the south. 2. Coming from or originating in the south. Said of wind. 3. *Capital* **S.** Officially designating the southern part of a country, continent, or other geographical area: *South America.* —*adv.* In, from, or toward the south. [Middle English *south*, Old English *sūth*. See **sāwel-** in Appendix.*]

**South Af·ri·ca, Republic of** (ăf'rĭ-kə). Formerly **Union of South Af·ri·ca.** *Abbr.* **S.A.** A country occupying 471,445 square miles in southernmost Africa. Population, 21,282,000. Capital, Pretoria; seat of legislature, Cape Town.




South Africa

**South Af·ri·can** (ăf'rĭ-kən). 1. A native of the Republic of South Africa, especially one of European descent; an Afrikaner. 2. Of or pertaining to South Africa or its inhabitants.

**South African Dutch.** 1. See **Boer.** 2. **Afrikaans** *(see).*

**South African Republic.** A former state of South Africa, coextensive with the modern province of **Transvaal.**

**South African War.** The **Boer War** *(see).*

**South·all** (south'ôl). A former administrative division of London, England, now part of **Ealing** *(see).*

**South A·mer·i·ca** (ə-mĕr'ĭ-kə). *Abbr.* **S.A.** The southern of the two continents of the Western Hemisphere, about 6,850,000 square miles in area, lying mostly south of the equator. —**South American.**

**South·amp·ton** (south-hămp'tən, sou-thămp'-). 1. A city and major seaport in southern Hampshire, England. Population, 210,000. 2. The official name for Hampshire.

**South·amp·ton** (south-hămp'tən, sou-thămp'-), **Third Earl of.** Title of Henry Wriothesley. 1573–1624. English courtier and military leader; treasurer of the Virginia Company (1620–24); literary patron, especially of Shakespeare.

**South A·ra·bi·a.** The former name for **Southern Yemen.**

**South Aus·tra·lia** (ô-strāl'yə). A state of the Commonwealth of Australia, occupying 380,000 square miles in the southern part of the country. Population, 1,170,000. Capital, Adelaide.

**South Bend.** A city and educational and industrial center in northern Indiana. Population, 123,000.

**south·bound** (south'bound') *adj.* Going toward the south.

**south by east.** *Abbr.* **SbE** The direction, or point on the mariner's compass, halfway between due south and south-southeast. It is 168 degrees 45 minutes east of due north. See **compass card.**

**south by west.** *Abbr.* **SbW** The direction, or point on the mariner's compass, halfway between due south and south-southwest. It is 168 degrees 45 minutes west of due north. See **compass card.**

**South Car·o·li·na** (kăr'ə-lī'nə). *Abbr.* **S.C.** A Southeastern state of the United States, occupying 31,055 square miles on the Atlantic seaboard; one of the original 13 states. Population, 2,591,000. Capital, Columbia. See map at **United States of America.** —**South Car'o·lin'i·an** (-lĭn'ē-ən).

**South China Sea.** A section of the Pacific bordered by China, Vietnam, Cambodia, Thailand, Malaysia, Indonesia, and the Republic of the Philippines.

**South Da·ko·ta** (də-kō'tə). *Abbr.* **S.Dak.** A Middle Western state of the United States, occupying 77,047 square miles in the north-central part of the country. It joined the Union in 1889. Population, 666,000. Capital, Pierre. See map at **United States of America.** —**South Dakotan.**

**South·down** (south'doun') *n.* Any of a breed of small, hornless sheep of English origin, having dense, short, fine-textured wool. [From SOUTH DOWNS.]

**South Downs.** A range of hills extending west to east in southeastern England.

**south·east** (south-ēst'; *Nautical* sou-ēst') *n.* *Abbr.* **SE** 1. The direction, or point on the mariner's compass, halfway between south and east. It is 135 degrees east of due north. See **compass card.** 2. Any area or region lying in this direction. —*adj.* 1. Situated, toward, facing, or in the southeast. 2. Coming from or originating in the southeast, as a wind. —*adv.* In, from, or toward the southeast. —**south·east'ern** *adj.*

**Southeast A·sia** (ā'zhə, ā'shə). A region generally considered to include Indochina, Malaysia, Singapore, Indonesia, the Republic of the Philippines, Brunei, and Portuguese Timor.

**Southeast Asia Treaty Organization.** *Abbr.* **SEATO** The signatories to the Southeast Asian Collective Defense Treaty of 1954. They are Australia, France, Great Britain, New Zealand, Pakistan, the Philippines, Thailand, and the United States.

**southeast by east.** *Abbr.* **SEbE** The direction, or point on the mariner's compass, halfway between southeast and east-southeast. It is 123 degrees 45 minutes east of due north. See **compass card.**

**southeast by south.** *Abbr.* **SEbS** The direction, or point on the mariner's compass, halfway between southeast and south-southeast. It is 146 degrees 15 minutes east of due north. See **compass card.**

**south·east·er** (south-ē'stər; *Nautical* sou-ē'-) *n.* A storm or gale blowing from the southeast.

**south·east·er·ly** (south-ē'stər-lē; *Nautical* sou-ē'-) *adj.* 1. Toward or in the southeast. 2. From the southeast. —**south·east'er·ly** *adv.*

**south·east·ward** (south-ēst'wərd; *Nautical* sou-ēst'-) *adv.* Also **south·east·wards.** Toward the southeast. —*adj.* Situated toward or facing the southeast. —*n.* 1. A direction or point toward the southeast. 2. A region or part situated in or toward the southeast. —**south·east'ward·ly** *adj.* & *adv.*

**South·end-on-Sea** (south'ĕnd'ŏn-sē', -ôn-sē'). A residential and resort city on the Thames, in southeastern Essex, England. Population, 166,000.

**south·er** (sou'*th*ər) *n.* A strong wind coming from the south.

**south·er·ly** (sŭ*th*'ər-lē) *adj.* 1. Situated toward the south. 2. From the south. Said of wind. —*n., pl.* **southerlies.** A storm or wind from the south. —**south'er·ly** *adv.*

**south·ern** (sŭ*th*'ərn) *adj.* *Abbr.* **s, S, s., S., So., Sou.** 1. Situated toward, in, or facing the south. 2. Coming from the south. Said of wind. 3. Native to or growing in the south. 4. *Often capital* **S.** Of, pertaining to, or characteristic of southern regions or the South. 5. South of the equator. [Middle English *southerne*, Old English *sūtherne*. See **sāwel-** in Appendix.*]

**Southern Alps** (ălps). A mountain range in west-central South