# *Hawley's Condensed Chemical Dictionary*

*ELEVENTH EDITION*

*Revised by*

N. Irving Sax
and
Richard J. Lewis, Sr.

VNR VAN NOSTRAND REINHOLD COMPANY
New York

Copyright © 1987 by Van Nostrand Reinhold Company Inc.

Library of Congress Catalog Card Number: 86-23333
ISBN: 0-442-28097-1

All rights reserved. Certain portions of this work copyright © 1930, 1920, 1919 by The Chemical Catalog Co., Inc. and 1981, 1977, 1971, 1966, 1956, 1950 by Van Nostrand Reinhold Company Inc. No part of this work covered by the copyright hereon may be reproduced or used in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without permission of the publisher.

Printed in the United States of America

Van Nostrand Reinhold Company Inc.
115 Fifth Avenue
New York, New York 10003

Van Nostrand Reinhold Company Limited
Molly Millars Lane
Wokingham, Berkshire RG11 2PY, England

Van Nostrand Reinhold
480 Latrobe Street
Melbourne, Victoria 3000, Australia

Macmillan of Canada
Division of Canada Publishing Corporation
164 Commander Boulevard
Agincourt, Ontario M1S 3C7, Canada

15 14 13 12 11 10 9 8 7 6 5 4 3

**Library of Congress Cataloging-in-Publication Data**

Condensed chemical dictionary.
Hawley's condensed chemical dictionary.

Rev. ed. of: The Condensed chemical dictionary.
10th ed./rev. by Gessner G. Hawley, 1981.
1. Chemistry—Dictionaries. I. Hawley, Gessner Goodrich, 1905– II. Sax, N. Irving (Newton Irving) III. Lewis, Richard J., Sr. IV. Title.
QD5.C5 1987 540'.3'21 86-23333
ISBN 0-442-28097-1

te, glacial acetic acid.

:I:$CH_2)_3$.
ange 142–143C (0.2
index 1.4665 (25C),
ustible.
polyesters; monomer

ss liquid; distillation
our p −60C; d 1.046
5C); refr index 1.4408
5C); insoluble in wa-
Combustible.
d acetylation of citric

ins.

ss liquid; distillation
our p −47C; d 1.135
5C); refr index 1.4386
25C); slightly soluble
7C). Combustible.
d acetylation of citric

ics, particularly ethyl

e.
$)_3$.
(1 mm), insoluble in
). Combustible.

er for vinyl resins.

ble commercially as
185–186C; N-acetyl-

nical research; medi-

-2,3).

Combustible.
miscellaneous flavors.

of milligrams of potas-
for neutralization of
the saponification of
il sample. Acetylation
e sample with an equal

amount of acetic anhydride, washing, and drying. Saponification values on the acetylated and on untreated fat are determined. From the results the acetyl value is calculated. It is a measure of the number of free hydroxyl groups in the fat or oil.

**ACGIH.** Abbreviation for American Conference of Governmental Industrial Hygienists.
See Threshold Limit Values.

**"Achromycin"**[315]. TM for tetracycline hydrochloride.

**acicular.** Used in describing needle-shaped crystals or the particles in powders.

**acid.** One of a large class of chemical substances whose water solutions have one or more of the following properties; sour taste, ability to make litmus dye turn red and to cause other indicator dyes to change to characteristic colors, ability to react with and dissolve certain metals to form salts and ability to react with bases or alkalies to form salts. All acids contain hydrogen. In water, ionization or splitting of the molecule occurs so that some or most of this hydrogen forms $H_3O^+$ ions (hydronium ions), usually written more simply as hydrogen ions, $H^+$.

Acids are referred to as strong or weak according to the concentration of $H^+$ ion that results from ionization. Hydrochloric, nitric, and sulfuric are strong or highly ionized acids; acetic acid ($CH_3COOH$) and carbonic acid ($H_2CO_3$) are weak acids. Tenth normal hydrochloric acid is 100 times as acid (pH = 1) as tenth normal acetic acid (pH = 3). The pH range of acids is from 6.9 to 1.
See also pH.
When dealing with chemical reactions in solvents other than water, it is sometimes convenient to define an acid as a substance that ionizes to give the positive ion of the solvent. The common definitions of acid have been extended as more detailed studies of chemical reactions were made. The Lowry-Bronsted definition of an acid as a substance that can give up a proton is more useful in connection with an understanding of bases (see base). Perhaps the most significant contribution to the theory of acids was the electron-pair concept introduced by G. N. Lewis around 1915. See Lewis electron theory.
The terms "hard" and "soft" acids and bases refer to the ease with which the electron orbitals can be disturbed or distorted. Hard acids have a high positive oxidation state and their valence electrons are not readily excited; soft acids and bases have little or no positive charge and easily excited valence electrons. Hard acids combine preferentially with hard bases, and soft acids with soft bases. Soft acids tend to accept electrons and form covalent bonds more readily than hard acids. For example, the halogen acids arranged in a series by increasing atomic weight (and decreasing chemical activity) show a progression from hard (HF) to soft (HI).

A brief outline of the major groups of acids is as follows:

*Inorganic*
Mineral acids; sulfuric, nitric, hydrochloric, phosphoric. Hazard: All mineral acids are highly irritant and corrosive to human tissue.

*Organic*
Carboxylic (contain —COOH group)
aliphatic; acetic, formic
aromatic: benzoic, salicylic
Dicarboxylic (contain 2 —COOH groups)
oxalic, phthalic, sebacic, adipic
Fatty acids (contain —COOH group)
aliphatic: oleic, palmitic, stearic
aromatic: phenylstearic
Amino acids N-containing protein components

For further details, see Lewis acid, carboxylic acid, fatty acid, amino acid, and specific compounds.

**1,2,4-acid.** (1-amino-2-naphthol-4-sulfonic acid). $C_{10}H_5NH_2OHSO_3H$.
Properties: Pinkish-white to gray needles. Soluble in hot water, but almost insoluble in cold water.
Derivation: $\beta$-naphthol is nitrated to nitroso-$\beta$-naphthol by reaction with nitrous acid and the product treated with sodium bisulfite. Upon acidification the free sulfurous acid effects simultaneous reduction and sulfonation.
Use: Aniline dye intermediate.

**1,8,2,4-acid.** See Chicago acid.

**acid amide.** See amide.

**acid ammonium sulfate.** See ammonium bisulfate.

**acid ammonium tartrate.** See ammonium bitartrate.

**acid anhydride.** An oxide of a nonmetallic element or of an organic radical which is capable of forming an acid when united with water, or which can be formed by the abstraction of water from the acid molecule, or which can unite with basic oxides to form salts.

**Acid Black 2.**
Use: Hair color, reagent, biological stain.

**acid butyl phosphate.** See n-butyl acid phosphate.