# Hawley's Condensed Chemical Dictionary

ELEVENTH EDITION

*Revised by*

N. Irving Sax
and
Richard J. Lewis, Sr.

VNR VAN NOSTRAND REINHOLD COMPANY
New York

Copyright © 1987 by Van Nostrand Reinhold Company Inc.

Library of Congress Catalog Card Number: 86-23333
ISBN: 0-442-28097-1

All rights reserved. Certain portions of this work copyright © 1930, 1920, 1919 by The Chemical Catalog Co., Inc. and 1981, 1977, 1971, 1966, 1956, 1950 by Van Nostrand Reinhold Company Inc. No part of this work covered by the copyright hereon may be reproduced or used in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without permission of the publisher.

Printed in the United States of America

Van Nostrand Reinhold Company Inc.
115 Fifth Avenue
New York, New York 10003

Van Nostrand Reinhold Company Limited
Molly Millars Lane
Wokingham, Berkshire RG11 2PY, England

Van Nostrand Reinhold
480 Latrobe Street
Melbourne, Victoria 3000, Australia

Macmillan of Canada
Division of Canada Publishing Corporation
164 Commander Boulevard
Agincourt, Ontario M1S 3C7, Canada

15 14 13 12 11 10 9 8 7 6 5 4 3

**Library of Congress Cataloging-in-Publication Data**

Condensed chemical dictionary.
Hawley's condensed chemical dictionary.

Rev. ed. of: The Condensed chemical dictionary.
10th ed./rev. by Gessner G. Hawley, 1981.
1. Chemistry—Dictionaries. I. Hawley, Gessner Goodrich, 1905– II. Sax, N. Irving (Newton Irving)
III. Lewis, Richard J., Sr. IV. Title.
QD5.C5 1987 540'.3'21 86-23333
ISBN 0-442-28097-1

1 injection, sodium io-
solution, sodium iodo-
.
ent of goiter, hyperthy-
d disorders; internal ra-
gauges to measure film
one micron; for detect-
as a source of radiation
er in chemical analysis;
et iodine for cattle; the
gland, the efficiency of
ermal stability of potas-
igh, chemical reaction

: monobromide.

: monochloride and io-

gen iodide.

nine iodide).

sh-black mass. Soluble
on, alcohol, and ether.
nposes), d 4.41.
ion of iodine and bro-

and inhalation, vapors

: 7790-99-0.

alpha and beta forms)
iid. Soluble in alcohol,
n), and dilute hydro-
27C, (beta) 14C, bp
pha) 3.18 (0C), (beta)

of dry chlorine on io-

and inhalation, strong

organic synthesis.

ue). The percent-
absorbed by a chemi-
e (vegetable oils, rub-
ime under arbitrary
unsaturation.

7783-66-6.

bp 98C, mp 9.4C, d

over iodine. Available
purity.

Hazard: Dangerous fire risk, reacts violently with water. Toxic by ingestion and inhalation, corrosive to skin and mucous membranes. TLV (as F): 2.5 mg/m$^3$ of air.
Use: Fluorinating and incendiary agent.

**iodine pentoxide.** See iodic acid anhydride.

**iodine tincture.** A solution of iodine and potassium iodide or sodium iodide in alcohol, a reddish-brown liquid having the odors of iodine and alcohol, contains 44–50% by volume alcohol, 2 g of iodine and 2.4 g sodium iodide per 100 cc.
Grade: USP
Hazard: Toxic by ingestion, avoid using on open cuts.
Use: Antiseptic (use on skin surface only).

**iodine trichloride.** CAS: 865-44-1. $ICl_3$.
Properties: Orange-yellow, deliquescent, crystalline powder; pungent irritating odor; soluble in water (with decomposition), alcohol, and benzene; mp 33C; d 3.11.
Derivation: By interaction of iodine and chlorine.
Hazard: Toxic by ingestion and inhalation, corrosive to tissue.
Use: Agent for introducing iodine and chlorine in organic synthesis; topical antiseptic.

**iodine value.** See iodine number.

**iodipamide.** CAS: 606-17-7. $(CH_2)_4(CONHC_6HI_3COOH)_2$.
Properties: White, nearly odorless, crystalline powder; very slightly soluble in alcohol, chloroform, ether; insoluble in water; pH of saturated solution is 3.5–3.9.
Hazard: Toxic by ingestion.
Use: Medicine (x-ray contrast medium).

**iodisan.** See propiodal.

**iodized oil.** An iodine addition product of vegetable oil or oils containing 38–42% organically combined iodine.
Properties: Thick, viscous, oily liquid; affected by air and light; soluble in solvent naphtha.
Hazard: Toxic by ingestion.
Use: Medicine (radiopaque medium).

**iodoacetic acid, sodium salt.** (sodium iodoacetate). CAS: 305-53-3. $ICH_2CO_2Na$.
Properties: Colorless or white crystals with mw 207.93, mp 210C. Soluble in water, alcohol, and very slightly soluble in ether. Hygroscopic in moist air.
Hazard: Toxic.
Use: Analytical reagent.

**iodoethane.** See ethyl iodide.

**iodoethylene.** See tetraiodoethylene.

**iodoform.** (triiodomethane). CAS: 75-47-8. $CHI_3$.
Properties: Small greenish yellow or lustrous crystals or powder, penetrating odor. Soluble in benzene and acetone; partially soluble in alcohol, glycerol, chloroform, carbon disulfide, and ether; insoluble in water. D 4.08, mp 115C.
Derivation: (a) By heating acetone or methanol with iodine in presence of an alkali or alkaline carbonates. (b) Electrolytically, by passing a current through a solution containing potassium iodide, alcohol, and sodium carbonate.
Grade: Technical, NF.
Hazard: Irritant, decomposes violently at 400F (204C). TLV: 0.6 ppm in air.
Use: Medicine (antiseptic for external use only).

**iodomethane.** See methyl iodide.

**1-iodooctadecane.** (octadecyl iodide). CAS: 629-93-6. $CH_3(CH_2)_{17}I$.
Properties: Solid with mw 380.40, mp 33-35C, bp 194–197C/2 mm, fp 110C. Light sensitive.
Hazard: Irritant.
Use: Reagent for introduction of $C_{18}$ chain.

**iodopanoic acid.** See iopanoic acid.

**iodophor.** ("tamed iodine"). (1) A complex of iodine with certain types of surface-active agents that have detergent properties. (2) More generally, any carrier of iodine.

**iodophosphonium.** See phosphonium iodide.

**2-iodopropane.** See isopropyl iodide.

**N-iodosuccinimide.** (succiniodimide). CAS: 516-12-1. $(—CH_2CO)_2NI)$.
Properties: Colorless crystals, mp 200–201C, soluble in acetone and methanol; insoluble in carbon tetrachloride and ether, decomposes in water.
Hazard: Skin irritant.
Use: Iodinizing agent in synthetic organic chemistry.

**"Imag."**[329] TM for a potassium iodide mixture containing 90% potassium iodide and made free-flowing with 8% magnesium carbonate and 2% potassium hydroxide.

**ion.** An atom or radical that has lost or gained one or more electrons and has thus acquired an electric charge. Positively charged ions are ca-

tions and those having a negative charge are anions. An ion often has entirely different properties from the element (atom) from which it was formed.

In sodium chloride solution, sodium exists as sodium ion ($Na^+$), i.e., sodium atoms that have lost one electron. The chlorine is present as chloride ion ($Cl^-$), i.e., chlorine atoms that have gained one electron. Copper sulfate solution contains copper ion ($Cu^{++}$), i.e., copper atoms that have lost two electrons, and sulfate ion ($SO_4^{--}$), i.e., sulfate radicals that have gained two electrons.

Ions occur in water solution or in the fused state (except in the case of gases). Compounds that form ions are called electrolytes because they enable the solution to conduct electricity. Ion formation causes an abnormal increase in the boiling point of water and also lowers the freezing point, the extent depending on the concentration of the solution. Ions are also formed in gases as a result of electrical discharge.

See also ionization, electrolysis, ion exchange.

**ion exchange.** A reversible chemical reaction between a solid (ion exchanger) and a fluid (usually a water solution) by means of which ions may be interchanged from one substance to another. The superficial physical structure of the solid is not affected. The customary procedure is to pass the fluid through a bed of the solid, which is granular and porous and has only a limited capacity for exchange. The process is essentially a batch type in which the ion exchanger, upon nearing depletion, is regenerated by inexpensive brines, carbonate solutions, etc. Ion exchange occurs extensively in soils.

Ion exchange resins are synthetic resins containing active groups (usually sulfonic, carboxylic, phenol, or substituted amino groups) that give the resin the property of combining with or exchanging ions between the resin and a solution. Thus, a resin with active sulfonic groups can be converted to the sodium form and will then exchange its sodium ions with the calcium ions present in hard water. Some specific applications of ion exchange: Water softening, milk softening (substitution of sodium ions for calcium ions in milk), removal of iron from wine (substitution of hydrogen ions), recovery of chromate from plating solutions, uranium from acid solutions, streptomycin from broths, removal of formic acid from formaldehyde solutions, demineralization of sugar solutions, recovery of valuable metals from wastes, recovery of nicotine from tobacco-dryer gases, catalysis of reaction between butyl alcohol and fatty acids, recovery and separation of radioactive isotopes from atomic fission, chromatography, establishment of mass micro standards, in cigarette filters to remove polonium from smoke.

See also zeolite.

**ion-exchange chromatography.** A chromatographic method based on the ability of polymers to sorb ionized solutes reversibly, e.g., cross-linked resins with exchangeable hydrogen or hydroxyl ions. It can be carried out both in columns and on sheets.

**ion-exchange resin.** See ion exchange.

**ion exclusion.** The process in which a synthetic resin of the ion exchange type absorbs nonionized solutes such as glycerine or sugar while it does not absorb ionized solutes that are also present in a solution in contact with the resin. Thus, sodium chloride and glycerine can be separated by passage of their aqueous solution through a bed of particles of an ion exclusion resin.

**ionic bond.** See bond, chemical.

**ionic detergent.** See detergent.

**"Ionite."**[271] TM for a lignite-type material.

Use: Oil-well drilling muds, as low-density filler in dark-colored rubber, as an organic base filler for fertilizers, and as a source of humic acid.

**ionization.** A chemical change by which ions are formed from a neutral molecule of an inorganic solid, liquid, or gas. The most common type of ionization occurs when an ionically bonded inorganic compound such as sodium chloride or sulfuric acid is dissolved in water (or other solvent), the molecule separates or dissociates into two ions, the metallic ion being positively charged by loss of an electron and the nonmetallic ion being negatively charged by gaining an electron. The degree of dissociation varies with the type of compound, the solvent, and the temperature. Molecules or atoms of gases are ionized by passage of an electric current through the gas; this removes electrons and leaves a positive charge.

Compounds that ionize in solution greatly increase the conductivity of the solvent. Ionization is most effective in water because its high dielectric constant lowers the ionic bonding forces in the solute molecules enough to cause separation of their constituent atoms. Ion formation produces a notable rise in the boiling point and a depression of the freezing point of water. An electric current passed through a solution containing ions causes them to move to the oppositely charged electrode; this effect is the basis of many industrial electrochemical operations, such as electroplating and the manufacture of sodium hydroxide and chlorine.