# THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE

# THE AMERICAN HERITAGE
# ONARY
# OF THE ENGLISH LANGUAGE

WILLIAM MORRIS, Editor

Published by

HOUGHTON MIFFLIN COMPANY / BOSTON
ATLANTA / DALLAS / GENEVA, ILLINOIS / HOPEWELL, NEW JERSEY / PALO ALTO

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the publishers' opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

© 1969, 1970, 1971, 1973, 1975, 1976, 1978 by Houghton Mifflin Company
All correspondence and inquiries should be directed to
Dictionary Division, Houghton Mifflin Company
One Beacon Street, Boston, Massachusetts 02107

All rights reserved under Bern and Pan-American Copyright Conventions

ISBN: 0-395-20360-0 (new college edition; thumb-indexed)
0-395-20359-7 (new college edition; plain edges)
0-395-24575-3 (high-school edition)
0-395-09066-0 (larger-format edition)

Library of Congress Catalog Card Number 76–86995

Manufactured in the United States of America

Computer-composed by Inforonics, Inc.
in Maynard, Massachusetts

compute, comprehend. (The semantic function of *com-* is often so indistinct as to be indefinable, as in **concave**.) Before *l* and *r*, *com-* is assimilated to *col-* and *cor-*; before *h*, *gn*, and usually before vowels, it is reduced to *co-* (hence English **co-**); before all other consonants except *b*, *p*, and *m*, it becomes *con-*. *Com-* is the preverbal form of the Old Latin preposition *com*, which in classical Latin became *cum*, with. See **kom** in Appendix.*]

**com.** 1. comedy; comic. 2. comma. 3. commentary. 4. commerce; commercial. 5. commissioner. 6. committee. 7. common. 8. commune. 9. communication. 10. community.

**Com.** 1. commander. 2. commission; commissioner. 3. committee. 4. commodore. 5. Communist.

**co·ma¹** (kō′mə) *n., pl.* **-mas.** A deep, prolonged unconsciousness, usually the result of injury, disease, or poison. [New Latin, from Greek *kōma*, deep sleep, lethargy. See **keme-** in Appendix.*]

**co·ma²** (kō′mə) *n., pl.* **-mae** (-mē). 1. *Astronomy.* The nebulous luminescent cloud containing the nucleus and constituting the major portion of the head of a comet. 2. *Botany.* A tuft of hairs, as on some seeds. 3. *Optics.* A diffuse pear-shaped image of a point source. [Latin, hair, from Greek *komē*. See **comet**.] —**co′mal** *adj.*

**Co·ma Ber·e·ni·ces** (kō′mə bĕr′ə-nī′sēz). A constellation in the northern sky near Boötes and Leo. It contains the coma cluster of galaxies.

**Co·man·che** (kə-măn′chē) *n., pl.* **Comanche** or **-ches.** 1. A tribe of Uto-Aztecan-speaking North American Indians, formerly ranging over the western plains from Wyoming to Texas, now living in Oklahoma. 2. A member of this tribe. 3. The language of this tribe. [Spanish, from Ute *kimanči*, from *kima-*, "stranger."] —**Co·man′che** *adj.*

**Co·man·che·an** (kə-măn′chē-ən) *adj.* Of, belonging to, or designating the geologic time, system of rocks, or sedimentary deposits of the Mesozoic era between the Jurassic and the Upper Cretaceous. See **geology**. —*n.* The Comanchean period. Preceded by *the*. Also called "Lower Cretaceous." [After *Comanche*, county in Texas, where limestone rocks of this period were first found.]

**co·mate¹** (kō′māt′) *adj.* Also **co·mose** (-mōs′). *Botany.* Having or resembling a tuft of hairs. [Latin *comātus*, from *coma*, hair. See **coma** (cloud).]

**co·mate²** (kō-māt′, kō′māt′) *n.* A mate; companion.

**co·ma·tose** (kō′mə-tōs′, kŏm′ə-) *adj. Pathology.* 1. Of, pertaining to, or affected with coma; unconscious. 2. As if affected with coma; lethargic; torpid. —**co′ma·tose′ly** *adv.*

**co·mat·u·lid** (kə-măch′ŏŏ-lĭd) *n.* Also **co·mat·u·la** (-lə) *pl.* **-lae** (-lē′). Any of several marine invertebrates of the order Crinoidea, that are attached to a surface by a stalk when young but are free-swimming as adults. [New Latin *Comatulidae* (former designation), from Late Latin *comātulus*, with neatly curled hair, from Latin *comātus*, having hair, COMATE.]

**comb** (kōm) *n.* 1. A thin, toothed strip of plastic, bone, rubber, or other material, used to smooth, arrange, or fasten the hair. 2. Something resembling a comb in shape or use, as a card for dressing and cleansing wool or other fiber. 3. A currycomb. 4. The fleshy crest or ridge that grows on the crown of the head of domestic fowl and other birds and is most prominent in the male. 5. Something suggesting a fowl's comb in appearance or position. 6. A **honeycomb** *(see)*. —*v.* **combed, combing, combs.** —*tr.* 1. To dress or arrange with or as with a comb. 2. To card (wool or other fiber). 3. To search thoroughly; look through. —*intr.* To roll and break. Used of waves. [Middle English *comb*, Old English *comb*, *camb*. See **gembh-** in Appendix.*]

**comb.** 1. combination. 2. combining.

**com·bat** (kəm-băt′, kŏm′băt′) *v.* **-bated, -bating, -bats.** Also *chiefly British* **-batted, -batting.** —*tr.* 1. To fight against; contend with; oppose in battle. 2. To oppose vigorously; resist. —*intr.* To engage in fighting; contend; struggle. Used with *with* or *against*. —See Synonyms at **oppose**. —*n.* (kŏm′băt′). Fighting, especially armed battle; strife. See Synonyms at **conflict**. [Old French *combattre*, from Vulgar Latin *combattere* (unattested), to fight with : Latin *com-*, with + *battuere*, beat (see **battuere** in Appendix*).]

**com·bat·ant** (kəm-băt′ənt, kŏm′bə-tənt) *n.* One taking part in armed combat. —*adj.* Engaging in combat.

**combat fatigue.** A nervous disorder, usually temporary but sometimes leading to a permanent neurosis, brought on by the exhaustion and stress of combat or similar situations, and characterized by deep anxiety, depression, irritability, and other related symptoms. Also called "shell shock."

**com·bat·ive** (kəm-băt′ĭv) *adj.* Eager or disposed to fight. —**com·bat′ive·ly** *adv.* —**com·bat′ive·ness, com′ba·tiv′i·ty** *n.*

**comb·er** (kō′mər) *n.* 1. One that combs. 2. A long, cresting wave of the sea; breaker.

**com·bi·na·tion** (kŏm′bə-nā′shən) *n. Abbr.* **comb.** 1. **a.** The act of combining. **b.** The state of being combined. 2. Something resulting from combining; a compound; an aggregate. 3. An alliance or association of persons or parties for a common purpose; association. 4. A sequence of numbers or letters used to open a combination lock. 5. A one-piece undergarment consisting of an undershirt or chemise and drawers. 6. *Mathematics.* One or more elements selected from a set without regard to order of selection. —See Synonyms at **mixture, monopoly.** —**com′bi·na′tion·al** *adj.*

**combination lock.** A lock that will open only when its dial is turned through a predetermined sequence of positions identified on the dial face by numbers or letters.

**com·bi·na·tive** (kŏm′bə-nā′tĭv, kəm-bī′nə-tĭv) *adj.* 1. Of, pertaining to, or resulting from combination. 2. Tending, serving, or able to combine.

**com·bine** (kəm-bīn′) *v.* **-bined, -bining, -bines.** —*tr.* 1. To bring into a state of unity; join; merge; blend. 2. To possess or exhibit in combination. —*intr.* 1. To become united; coalesce. 2. To join forces for a common purpose; enter into an alliance. 3. *Chemistry.* To form a chemical compound. —See Synonyms at **join, mix.** —*n.* (kŏm′bīn′). 1. A harvesting machine that cuts, threshes, and cleans grain. 2. An association of persons or groups united for the furtherance of commercial or political interests. 3. A combination. —See Synonyms at **monopoly.** [Middle English *combinen*, from Old French *combiner*, from Late Latin *combīnāre* : Latin *com-*, together + *bīnī*, two at a time (see **dwō-** in Appendix*).] —**com·bin′er** *n.*

**comb·ings** (kō′mĭngz) *pl.n.* Hairs, wool, or other material removed with a comb.

**combining form.** *Grammar.* A word element that combines with other word forms to create compounds; for example, **-logy**, as in **gynecology**; **macro-**, as in **macrochemistry**; **Sino-**, as in **Sino-Soviet**.

**combining weight. Equivalent weight** *(see)*.

**comb jelly.** A marine organism, a **ctenophore** *(see)*.

**com·bo** (kŏm′bō) *n., pl.* **-bos.** *Informal.* 1. A small group of musicians. 2. *Slang.* The result or product of combining; a combination. [Short for COMBINATION.]

**com·bust** (kəm-bŭst′) *adj. Astrology.* Not visible because of proximity to the sun. Said of a star or planet. [Middle English, "burned," from Old French, from Latin *combustus*, past participle of *combūrere*, to burn up (infixed *b* probably influenced by *ambūrere*, to burn up) : *com-* (intensive) + *ūrere*, to burn (see **eus-** in Appendix*).]

**com·bus·ti·ble** (kəm-bŭs′tə-bəl) *adj.* 1. Capable of igniting and burning. 2. Easily aroused or excited. —*n.* A combustible substance. —**com·bus′ti·bil′i·ty** *n.* —**com·bus′ti·bly** *adv.*

**com·bus·tion** (kəm-bŭs′chən) *n.* 1. A burning. 2. *Chemistry.* A chemical change, especially oxidation, accompanied by the production of heat and light. 3. Violent anger or agitation: *"the situation which permitted Negro combustion to slowly build up to the revolution point"* (Malcolm X). [Middle English, from Old French, from Late Latin *combustiō*, from Latin *combustus*. See **combust**.] —**com·bus′tive** *adj.*

**combustion chamber.** An enclosure in which combustion, especially of a fuel or propellant, is initiated and controlled.

**comd.** command.

**comdg.** commanding.

**Comdr.** commander.

**Comdt.** commandant.

**come** (kŭm) *intr.v.* **came** (kām), **coming, comes.** 1. **a.** To advance toward the speaker or toward a specified place; to approach. **b.** To advance in a specified manner. 2. To arrive as a result of moving or making progress. 3. To reach a particular point in a series or as a result of orderly progression. 4. To move into view; appear. 5. To occur in time. 6. **a.** To arrive at a particular result or end: *come to an understanding.* **b.** To arrive at or reach a particular state or condition. **c.** To move or be brought to a particular position: *The bus came to an abrupt halt.* 7. To extend; reach: *hair coming to the waist.* 8. To exist at a particular point or place: *The letter* T *comes before* U. 9. **a.** To happen: *How did you come to know that?* **b.** To befall; happen to. **c.** To happen as a result: *This comes of your carelessness.* 10. To fall to one. 11. To occur in the mind: *An idea came to him.* 12. **a.** To issue from; descend. **b.** To originate; be derived. 13. To be a native or have been a resident of. 14. To be moving toward a concluding or culminating stage; develop; evolve: *The project is coming along very well.* 15. *Vulgar.* To experience orgasm. 16. To become: *The knot came loose.* 17. To be available or obtainable: *It comes in two sizes.* 18. To prove or turn out to be: *His wish came true.* —**come about.** 1. To occur; take place; happen. 2. To turn around. 3. *Nautical.* To change tack. —**come across.** 1. To meet by chance. 2. *Slang.* To do or give what is wanted. —**come again.** 1. To come or go back; return. 2. *Slang.* To say something once more; to repeat. —**come along.** To achieve success; to advance. —**come around** (or **round**). 1. To recover; revive. 2. To change opinion, support, or the like. —**come at.** 1. To reach. 2. To obtain; get. 3. To attack; rush at. —**come between.** To cause separation or estrangement. —**come by.** To acquire; get. —**come down on** (or **upon**). 1. To descend upon; to attack. 2. *Informal.* To criticize; scold. —**come forward.** To volunteer one's services. —**come in.** 1. To enter. 2. To arrive. —**come in for.** *Informal.* 1. To be eligible for. 2. To get; receive; acquire. —**come into.** 1. To obtain. 2. To inherit. —**come off.** 1. To become detached. 2. To happen; occur. 3. To reach the end; emerge from trial; acquit oneself. —**come out.** 1. To be disclosed or made public. 2. To state publicly. 3. To make a formal social debut. 4. To result; end up. —**come out with.** 1. To disclose publicly; declare. 2. To put into words; say. —**come over.** 1. To happen to; seize; possess: *Strange feelings came over me.* 2. To change sides. 3. *Informal.* To visit. —**come through.** 1. To succeed. 2. *Informal.* To do as expected. 3. To wear through, as cloth. —**come to.** 1. To recover consciousness. 2. To amount to. 3. *Nautical.* **a.** To bring a ship's bow into the wind. **b.** To anchor. —**come up.** 1. To manifest itself; arise. 2. To be regurgitated. —**come upon.** 1. To meet by accident. 2. To attack. —**come up to.** 1. To reach or extend to; meet. 2. To equal. —**come up with.** *Informal.* To propose; produce. —**how come?** *Informal.* Why? —*interj.* Used to express anger, impatience, or remonstrance: *Come now, that's enough.* [Come, came, come; Middle English

comb



hairdressing comb



tortoiseshell comb with gold-and-pearl-decorated back



high comb



Samuel Colt