Roger A Morgan

# McGraw-Hill DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS

## Third Edition

**SYBIL P. PARKER** Editor in Chief

**McGRAW-HILL BOOK COMPANY**

New York St. Louis San Francisco

Auckland Bogotá Guatemala Hamburg
Johannesburg Lisbon London Madrid Mexico
Montreal New Delhi Panama Paris San Juan
São Paulo Singapore Sydney Tokyo Toronto

Included in this Dictionary are definitions which have been published previously in the following works: P. B. Jordain, *Condensed Computer Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. J. Markus, *Electronics and Nucleonics Dictionary*, 4th ed., Copyright © 1960, 1966, 1978 by McGraw-Hill, Inc. All rights reserved. J. Quick, *Artists' and Illustrators' Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. *Blakiston's Gould Medical Dictionary*, 3d ed., Copyright © 1956, 1972 by McGraw-Hill, Inc. All rights reserved. T. Baumeister and L. S. Marks, eds., *Standard Handbook for Mechanical Engineers*, 7th ed., Copyright © 1958, 1967 by McGraw-Hill, Inc. All rights reserved.

In addition, material has been drawn from the following references: R. E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *U.S. Air Force Glossary of Standardized Terms*, AF Manual 11–1, vol. 1, 1972; *Communications-Electronics Terminology*, AF Manual 11-1, vol. 3, 1970; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use*, 1st ed., National Aeronautics and Space Administration, 1965; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and Abbreviations*, Royal Aircraft Establishment Technical Report 67158, 1967; *Glossary of Air Traffic Control Terms*, Federal Aviation Agency; *A Glossary of Range Terminology*, *White Sands Missile Range, New Mexico*, National Bureau of Standards, AD 467–424; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, 1st ed., Department of Defense, 1967; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bureau of Mines, 1968; *Nuclear Terms: A Glossary*, 2d ed., Atomic Energy Commission; F. Casey, ed., *Compilation of Terms in Information Sciences Technology*, Federal Council for Science and Technology, 1970; *Glossary of Stinfo Terminology*, Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical, and Imperative Terms*, Bureau of Naval Personnel, 1962; *ADP Glossary*, Department of the Navy, NAVSO P-3097.

McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS,
Third Edition
Copyright © 1984, 1978, 1976, 1974 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher. Philippines Copyright 1984, 1978, 1976, 1974 by McGraw-Hill, Inc.

1 2 3 4 5 6 7 8 9 0 DODO 8 9 1 0 9 8 7 6 5 4 3

ISBN 0-07-045269-5

**Library of Congress Cataloging in Publication Data**

McGraw-Hill dictionary of scientific and technical terms.

1. Science—Dictionaries. 2. Technology—Dictionaries. I. Parker, Sybil P.
[DNLM: 1. Science—Dictionaries. 2. Technology—Dictionaries. Q 123 M147]
Q123.M34 1983 503'.21 83-11302
ISBN 0-07-045269-5

**contaminate** [SCI TECH] To render unfit or to soil by the introduction of foreign or unwanted material.

**contamination** [GEOL] A process in which the chemical composition of a magma changes due to the assimilation of country rocks. [HYD] The addition to water of any substance or property that prevents its use without further treatment. [MICROBIO] The process or act of soiling with bacteria. [NUCLEO] The deposit of radioactive materials, such as fission fragments or radiological warfare agents, on any objective or surface or in the atmosphere. [PSYCH] The fusion of words, resulting in a new word. [SCI TECH] Something that contaminates.

**contamination monitor** [NUCLEO] A radiation counter used to detect radioactive contamination of surface areas or of the atmosphere.

**contemporaneous** [GEOL] **1.** Formed, existing, or originating at the same time. **2.** Of a rock, developing during formation of the enclosing rock.

**contemporary carbon** [CHEM] The isotopic carbon content of living matter, based on the assumption of a natural proportion of carbon-14.

**content-addressed storage** *See* associative memory.

**content analysis** [COMPUT SCI] A method of automatically assigning words that identify the content of information items or search requests in an information retrieval system.

**content indicator** [COMPUT SCI] Display unit that indicates the content in a computer, and the program or mode being used.

**contention** [COMMUN] A method of operating a multiterminal communication channel in which any station may transmit if the channel is free; if the channel is in use, the queue of contention requests may be maintained in predetermined sequence. [COMPUT SCI] The condition arising when two or more units attempt to transmit over a time-division-multiplex channel at the same time.

**contention resolver** [COMPUT SCI] A device that enables a central processing unit, memory, or channel whose attention is being requested over several pathways to give its attention to one pathway and ignore all others.

**contents** [COMPUT SCI] The information stored at any address or in any register of a computer.

**context-driven line editor** [COMPUT SCI] A line editor in which the user need not know or keep track of line numbers but can call up text by line content; the computer will then search for the indicated pattern.

**context-free grammar** [COMPUT SCI] A grammar in which any occurrence of a metavariable may be replaced by one of its alternatives.

**context-sensitive grammar** [COMPUT SCI] A grammar in which the rules are applicable only when a metavariable occurs in a specified context.

**contiguous arc** [ASTRON] A crater arc in which successive craters are in contact.

**contiguous chain** [ASTRON] A crater chain in which successive craters are in contact.

**contiguous craters** [ASTRON] A formation on the moon's surface consisting of two craters in contact; the walls at the point of contact are low, broken, or entirely absent.

**continent** [GEOGR] A protuberance of the earth's crustal shell, with an area of several million square miles and sufficient elevation so that much of it is above sea level.

**continental accretion** [GEOL] The theory that continents have grown by the addition of new continental material around an original nucleus, mainly through the processes of geosynclinal sedimentation and orogeny.

**continental air** [METEOROL] A type of air whose characteristics are developed over a large land area and which therefore has relatively low moisture content.

**continental anticyclone** *See* continental high.

**continental borderland** [GEOL] The area of the continental margin between the shoreline and the continental slope.

**continental climate** [CLIMATOL] Climate characteristic of the interior of a landmass of continental size, marked by large annual, daily, and day-to-day temperature ranges, low relative humidity, and a moderate or small irregular rainfall; annual extremes of temperature occur soon after the solstices.

**continental code** [COMMUN] The code commonly used for manual telegraph communication, consisting of short (dot) and long (dash) symbols, but not the various-length spaces used in the original Morse code. Also known as international Morse code.

**continental crust** [GEOL] The basement complex of rock, that is, metamorphosed sedimentary and volcanic rock with associated igneous rocks mainly granitic, that underlies the continents and the continental shelves.

**continental deposits** [GEOL] Sedimentary deposits laid down within a general land area.

**continental drift** [GEOL] The concept of continent formation by the fragmentation and movement of land masses on the surface of the earth.

**continental geosyncline** [GEOL] A geosyncline filled with nonmarine sediments.

**continental glacier** [HYD] A sheet of ice covering a large tract of land, such as the ice caps of Greenland and the Antarctic.

**continental growth** [GEOL] The processes contributing to growth of continents at the expense of ocean basins.

**continental heat flow** [GEOPHYS] The amount of thermal energy escaping from the earth through the continental crust per unit area and unit time.

**continental high** [METEOROL] A general area of high atmospheric pressure which on mean charts of sea-level pressure is seen to overlie a continent during the winter. Also known as continental anticyclone.

**continentality** [CLIMATOL] The degree to which a point on the earth's surface is in all respects subject to the influence of land mass.

**continental margin** [GEOL] Those provinces between the shoreline and the deep-sea bottom; generally consists of the continental borderland, shelf, slope, and rise.

**continental mass** [GEOGR] The continental land rising more or less abruptly from the ocean floor and also the shallow submerged areas surrounding this land.

**continental nucleus** [GEOL] A large area of basement ro[ck] consisting of basaltic and more mafic oceanic crust a[nd] periodotitic mantle from which it is postulated that contine[nts] have grown. Also known as continental shield; cratoge[n]. shield.

**continental plate** [GEOL] Thick continental crust.

**continental plateau** *See* tableland.

**continental platform** *See* continental shelf.

**continental polar air** [METEOROL] Polar air having low su[r]face temperature, low moisture content, and (especially in source regions) great stability in the lower layers.

**continental rise** [GEOL] A transitional part of the contin[ent]al margin; a gentle slope with a generally smooth surface, b[uilt] up by the shedding of sediments from the continental block, located between the continental slope and the abyssal pla[in].

**continental shelf** [GEOL] The zone around a continent, part of the continental margin extending from the shoreline the continental slope; composes with the continental slope continental terrace. Also known as continental platform; s[helf].

**continental shield** [GEOL] Large areas of Precamb[rian] rocks exposed within the cratons of continents.

**continental slope** [GEOL] The part of the continental [mar]gin consisting of the declivity from the edge of the contin[ental] shelf extending down to the continental rise.

**continental terrace** [GEOL] The continental shelf and s[lope] together.

**continental tropical air** [METEOROL] A type of tropic[al air] produced over subtropical arid regions; it is hot and very [dry].

**continent formation** [GEOL] A series of six or seven m[ajor] episodes, resulting from the buildup of radioactive heat and the melting or partial melting of the earth's interior; the m[olten] rock melt rises to the surface, differentiating into less pri[mitive] lavas; the continent then nucleates, differentiates, and g[rows] from oceanic crust and mantle.

**contingency interrupt** [COMPUT SCI] A processing [inter]ruption due to an operator's action or due to an abnormal [...] from the system or from a program.

**contingency table** [STAT] A table for classifying ele[ments] of a population according to two variables, the rows corres[pond]ing to one variable and the columns to the other.

**continued fraction** [CONT SYS] The sum of a number [and a] fraction whose denominator is the sum of a number [and a] fraction, and so forth; it may have either a finite or an i[nfinite] number of terms.

**continued-fraction expansion** [MATH] **1.** An expans[ion of] a driving-point function about infinity (or zero) in a con[tinued] fraction, in which the terms are alternately constants and [multi]ples of the complex frequency (or multiples of the recipro[cal]