# Hawley's Condensed Chemical Dictionary

*ELEVENTH EDITION*

*Revised by*

N. Irving Sax
and
Richard J. Lewis, Sr.

VNR VAN NOSTRAND REINHOLD COMPANY
New York

Copyright © 1987 by Van Nostrand Reinhold Company Inc.

Library of Congress Catalog Card Number: 86-23333
ISBN: 0-442-28097-1

All rights reserved. Certain portions of this work copyright © 1930, 1920, 1919 by The Chemical Catalog Co., Inc. and 1981, 1977, 1971, 1966, 1956, 1950 by Van Nostrand Reinhold Company Inc. No part of this work covered by the copyright hereon may be reproduced or used in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without permission of the publisher.

Printed in the United States of America

Van Nostrand Reinhold Company Inc.
115 Fifth Avenue
New York, New York 10003

Van Nostrand Reinhold Company Limited
Molly Millars Lane
Wokingham, Berkshire RG11 2PY, England

Van Nostrand Reinhold
480 Latrobe Street
Melbourne, Victoria 3000, Australia

Macmillan of Canada
Division of Canada Publishing Corporation
164 Commander Boulevard
Agincourt, Ontario M1S 3C7, Canada

15 14 13 12 11 10 9 8 7 6 5 4 3

**Library of Congress Cataloging-in-Publication Data**

Condensed chemical dictionary.
Hawley's condensed chemical dictionary.

Rev. ed. of: The Condensed chemical dictionary.
10th ed./rev. by Gessner G. Hawley, 1981.
1. Chemistry—Dictionaries. I. Hawley, Gessner Goodrich, 1905– II. Sax, N. Irving (Newton Irving) III. Lewis, Richard J., Sr. IV. Title.
QD5.C5 1987 540'.3'21 86-23333
ISBN 0-442-28097-1

mounted on a rotating shaft. For liquids of very high viscosity, helical rotors, sigma blades and similar devices are necessary. Because turbulence cannot be initiated in such fluids, the blades must fit closely within the walls of the container so as to make contact with every part of the material being mixed. While most industrial mixing of such pasty materials is done batchwise in kneaders, Banbury mixers, etc., continuous mixing of these can also be effectively carried out in horizontal compartments equipped with rotating screws, whose pitch and flight are contoured in such a way as to provide both rotary and axial motion. There are a number of ingeniously engineered types of these for mixing plastics, rubber, food products, and similar products. Dry solid particulates are mixed in rotating cylinders or tumbling barrels.
See also impeller, agitator, kneader, muller.

**mixture.** (mix). A heterogeneous association of substances which cannot be represented by a chemical formula. Its components may or may not be uniformly dispersed and can usually be separated by mechanical means. Liquids that are uniformly dispersed are called solutions. Mixtures may be natural or artificial, as indicated by the following:

| Natural | Artificial |
|---|---|
| air | glass |
| petroleum | paint |
| milk | cement |
| blood | perfumes |
| marble | plastics |
| wood | cermets |
| latex | alloys |
| vegetable oils | |
| sea water | |

See also compound, blend, solution, mixing.

**MKP.** Abbreviation for monopotassium phosphate.
See potassium phosphate, monobasic.

**mL.** Abbreviation for milliliter.

**MLA.** Abbreviation for mixed lead alkyls.

**mm.** Abbreviation for millimeter.

**MMH.** Abbreviation for monomethylhydrazine.

**Mn.** Symbol for manganese.

**Mo.** Symbol for molybdenum.

**mobility.** The ease with which a liquid moves or flows. Hydrocarbon liquids (nonpolar) which have low viscosity, surface tension, and density respond more readily to an applied force than does water (a polar liquid). For this reason, fires involving hydrocarbon liquids should be extinguished with foam rather than with a direct stream of water.

**MOCA.** See 4,4′-methylenebis(2-chloroaniline).

**modacrylic fiber.** A manufactured fiber in which the fiber-forming substance is any long chain synthetic polymer composed of less than 85% but at least 35% by weight of acrylonitrile units, —$CH_2CH(CN)$— (Federal Trade Commission). Other chemicals, such as vinyl chloride, are incorporated as modifiers. Characterized by moderate tenacity, low water absorption, and resistance to combustion; self-extinguishing.
Use: Deep pile and fleece fabrics, industrial filters, carpets, underwear, blends with other fibers.
See also acrylonitrile, acrylic fiber.

**model.** A representation, either abstract or physical, of a system, arrangement, or structure which cannot be perceived objectively. (1) A mathematical model is one in which all or most of the parameters of a complex system such as an ocean are assigned symbolic values that can be utilized to give a theoretical approximation of actuality. Such models are useful in physical chemical analyses. (2) A space-lattice model is a 3-dimensional duplication of the shape and structure of a crystal in which the atoms comprising the lattice are plastic spheres or balls connected by rods to represent bonds. (3) A molecular model is similar, except that it represents an individual chemical compound rather than a crystal. The spheres are



# THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE

# THE AMERICAN HERITAGE

# ONARY

# OF THE ENGLISH LANGUAGE

WILLIAM MORRIS, Editor

Published by

HOUGHTON MIFFLIN COMPANY / BOSTON
ATLANTA / DALLAS / GENEVA, ILLINOIS / HOPEWELL, NEW JERSEY / PALO ALTO

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the publishers' opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

© 1969, 1970, 1971, 1973, 1975, 1976, 1978 by Houghton Mifflin Company
All correspondence and inquiries should be directed to
Dictionary Division, Houghton Mifflin Company
One Beacon Street, Boston, Massachusetts 02107

All rights reserved under Bern and Pan-American Copyright Conventions

ISBN: 0-395-20360-0 (new college edition; thumb-indexed)
0-395-20359-7 (new college edition; plain edges)
0-395-24575-3 (high-school edition)
0-395-09066-0 (larger-format edition)

Library of Congress Catalog Card Number 76–86995

Manufactured in the United States of America

Computer-composed by Inforonics, Inc.
in Maynard, Massachusetts

moccasin
Blackfoot Indian styles



moccasins with
quills and beads



beaded legging
moccasins



moccasin flower
*Cypripedium acaule*

**mixed number.** A number, such as 7¼, equal to the sum of an integer and a fraction.
**mix·er** (mĭk′sər) *n.* **1.** One that mixes. **2.** A sociable person: *"He was a good mixer, and in three days knew everyone on board."* (Maugham). **3.** An informal dance or party arranged for the purpose of giving members of a group an opportunity to get acquainted in an atmosphere of ease and conviviality. **4.** Any device that blends or mixes substances or ingredients, especially by mechanical agitation. **5.** A beverage, such as soda water or ginger ale, used in diluting alcoholic drinks.
**mixt.** Archaic alternate past tense and past participle of mix.
**mix·ture** (mĭks′chər) *n.* **1.** Something produced by mixing. **2.** Anything consisting of diverse elements: *"There was among the pilgrims a mixture of joy and trembling"* (Bunyan). **3.** A fabric made of different kinds of thread or yarn. **4.** The act or process of mixing or of being mixed. **5.** *Chemistry.* Any composition of two or more substances that are not chemically bound to each other. [French, from Latin *mixtūra*, from *miscēre* (past participle *mixtus*), to mix. See **meik-** in Appendix.*]
***Synonyms:*** *mixture, blend, admixture, combination, compound, composite, amalgam. Mixture,* being nonspecific, overlaps, in nontechnical use, all of these terms. *Blend* denotes a harmonious mixture in which the original components are modified substantially. *Admixture* applies when one ingredient is not in harmony with the fundamental quality of the new union. *Combination* applies broadly to any union of rather few components. *Compound* stresses careful, purposeful mixing; the new product has an independent identity not necessarily deducible from its components. *Composite* implies more components and less deliberation in mixing; the new product lacks the unity of a compound, since the components do not wholly lose their identities. *Amalgam* implies a union more homogeneous than a composite but less sharply defined than a compound.
**mix up.** To confuse; confound.
**mix-up** (mĭks′ŭp′) *n.* **1.** A state of confusion; muddle. **2.** *Informal.* A fight or melee.
**Mi·zar** (mī′zär′) *n.* The star at the crook of the handle of the Big Dipper. [Arabic *mi′zar*, veil, cloak.]
**miz·zen, miz·en** (mĭz′ən) *n.* **1.** A fore-and-aft sail set on the mizzenmast. **2.** A mizzenmast. [Middle English *mesan, meseyn*, from Old French *misaine*, later variant (influenced by Italian *mezzana*) of *migenne*, from Old Catalan *mitjana*, "middle (sail)," feminine of *mitjan*, from Common Romance *medietāna* (unattested), from Latin *medietās*, half, from *medius*, middle. See **medhyo-** in Appendix.*] —**miz′zen** *adj.*
**miz·zen·mast, miz·en·mast** (mĭz′ən-məst, -măst′, -mäst′) *n.* **1.** The third mast aft on sailing ships carrying three or more masts. **2.** A **jigger mast** *(see).*
**miz·zle** (mĭz′əl) *intr.v.* **-zled, -zling, -zles.** *Regional.* To rain in fine, mistlike droplets. —*n. Regional.* A mistlike rain. [Late Middle English *misellen*, from Middle Dutch *mieselen*. See **meigh-** in Appendix.*]
**mk.** **1.** mark. **2.** markka.
**MKC** Airport code for Kansas City, Missouri.
**MKE** Airport code for Milwaukee, Wisconsin.
**mks** meter-kilogram-second (system of units).
**mksA** meter-kilogram-second-ampere (system of units).
**mkt.** market.
**ml** milliliter.
**ML, M.L.** Medieval Latin.
**MLA** Airport code for Malta.
**M.L.A.** Modern Language Association.
**MLD** minimum lethal dose.
**Mlle.** Mademoiselle.
**Mlles.** Mesdemoiselles.
**M.L.S.** Master of Library Science.
**mm** millimeter.
**MM.** Messieurs.
**m.m.** with the necessary changes having been made (Latin *mutatis mutandis*).
**Mme.** Madame.
**Mmes.** Mesdames.
**mmf, m.m.f.** magnetomotive force.
**Mn** The symbol for the element manganese.
**MN** Minnesota (with Zip Code).
**mne·mon·ic** (nĭ-mŏn′ĭk) *adj.* Relating to, assisting, or designed to assist the memory. —*n.* A device, such as a formula or rhyme, used as an aid in remembering. [Medieval Latin *mnēmonicus*, from Greek *mnēmonikos*, from *mnēmōn*, mindful. See **men-¹** in Appendix.*] —**mne·mon′i·cal·ly** *adv.*
**mne·mon·ics** (nĭ-mŏn′ĭks) *n.* Plural in form, used with a singular verb. A system to improve or develop the memory.
**Mne·mos·y·ne** (nĭ-mŏs′ə-nē, nĭ-mŏz′-). *Greek Mythology.* The goddess of memory, mother of the Muses. [Latin, from Greek *mnēmosunē*, memory, from *mnasthai*, to remember. See **men-¹** in Appendix.*]
**Mngr.** Monseigneur; Monsignor.
**MNL** Airport code for Manila, Philippines.
**-mo.** *Bookbinding.* Indicates leaves formed by folding a larger sheet of paper, and used after numerals or the names of numerals; for example, **duodecimo**, which is generally written "12 mo" and called by printers "twelvemo." [Latin ablative ending of ordinals, after the preposition *in*, in, as *in duodecimo*, from *duodecimus*, twelfth.]
**Mo** The symbol for the element molybdenum.
**MO** Missouri (with Zip Code).
**mo.** month.
**Mo.** Missouri.
**m.o., M.O.** **1.** mail order. **2.** medical officer. **3.** money order.
**mo·a** (mō′ə) *n.* Any of various large, long-necked, flightless birds of the order Dinorthiformes, native to New Zealand and extinct for over a century. [Maori.]
**Mo·ab** (mō′ăb′). An ancient kingdom east of the Dead Sea, in an area that is now part of Jordan.
**Mo·ab·ite** (mō′ə-bīt′) *n.* **1.** A descendant of Moab, the son of Lot. Genesis 19:37. **2.** An inhabitant or native of Moab. **3.** The Semitic language of Moab. —*adj.* Of or pertaining to Moab, its people, or their language.
**moan** (mōn) *n.* **1.** A low, sustained, mournful sound, usually indicative of sorrow or pain. **2.** Any similar sound: *the moan of the wind.* **3.** *Rare.* Lamentation. —*v.* **moaned, moaning, moans.** —*intr.* **1.** To utter a moan or moans. **2.** To make a sound resembling a moan: *The wind moaned through the trees.* **3.** To complain, lament, or grieve. —*tr.* **1.** To bewail: *He moaned his misfortunes to anyone who would listen.* **2.** To utter with a moan or moans. —See Synonyms at **cry.** [Middle English *mone*, complaint, from Old English *mān* (unattested), complaint. See **mei-no-** in Appendix.*]
**moat** (mōt) *n.* A wide, deep ditch, usually filled with water, surrounding a medieval town, fortress, or castle as a protection against assault. —*tr.v.* **moated, moating, moats.** To surround with or as if with a moat. [Middle English *mote*, originally, "mound," "embankment," from Old French *mote, motte*, clod, hill, mound, probably from (unattested) Gaulish *mutt(a)*.]
**mob** (mŏb) *n.* **1.** A large, disorderly crowd or throng: *"A mob is a society of bodies voluntarily bereaving themselves of reason"* (Emerson). **2.** The mass of common people, regarded as ignorant or otherwise deficient. **3.** *Informal.* An organized gang of hoodlums; a crime syndicate. —*tr.v.* **mobbed, mobbing, mobs.** **1.** To crowd around and jostle or annoy, especially in anger or excessive enthusiasm: *The audience mobbed the singer as he came through the stage door.* **2.** To crowd into (a place): *Crowds mobbed the fairgrounds.* **3.** To attack violently, usually in a crowd or mob. [Shortening of earlier *mobile*, from Latin *mōbile (vulgus)*, "the fickle (crowd)," neuter of *mōbilis*, MOBILE.]
**mob·cap** (mŏb′kăp′) *n.* A large, high cap trimmed with frills and ribbons, worn by women in the 18th and early 19th centuries. [From earlier *mob*, "negligee," "informal attire," earlier, "slattern," "loose woman," variant of *mab*, short for MABEL.]
**mo·bile** (mō′bəl, -bēl′, -bīl′) *adj.* **1.** Capable of moving or of being moved from place to place. See usage note at **movable.** **2.** Moving quickly from one state to another: *"His mouth was wide and mobile, the mouth of an actor or preacher."* (Joyce Cary). **3.** Marked by the easy intermixing of different social groups: *a mobile society.* **4.** Flowing freely: *a mobile liquid.* —*n.* (mō′bēl′). A type of sculpture consisting of parts that move, especially in response to air currents. [Old French *mobile*, from Latin *mōbilis*, from the root of *movēre*, to move. See **mew-** in Appendix.*] —**mo·bil′i·ty** *n.*
**Mo·bile** (mō′bēl′, mō-bēl′). A port city of southwestern Alabama, on Mobile Bay. Population, 190,000.
**-mobile.** Indicates a specialized kind of vehicle; for example **bloodmobile, bookmobile.** [From AUTOMOBILE.]
**Mobile Bay** (mō′bēl′). An inlet of the Gulf of Mexico in southwestern Alabama; site of a Civil War Union naval victory (1864).
**mo·bi·lize** (mō′bə-līz′) *v.* **-lized, -lizing, -lizes.** —*tr.* **1.** To make mobile or capable of movement. **2.** To assemble, prepare, or put into operation for war or a similar emergency: *mobilize troops.* —*intr.* To become prepared for war or similar emergency. [French *mobiliser.*] —**mo′bi·li·za′tion** *n.*
**Mö·bi·us strip** (mœ′bē-əs). *Topology.* A one-sided surface that can be formed from a rectangular strip by rotating one end 180° and attaching it to the other end. Also called "Möbius band." [After its inventor August *Möbius* (1790–1868), German mathematician.]
**mob·oc·ra·cy** (mŏb-ŏk′rə-sē) *n., pl.* **-cies.** Political control by a mob. —**mob′o·crat** (mŏb′ə-krăt) *n.* —**mob′o·crat′ic** (mŏb′ə-krăt′ĭk), **mob′o·crat′i·cal** *adj.*
**mob·ster** (mŏb′stər) *n. Slang.* A member of a criminal gang.
**Mo·bu·tu** (mō-bo͞o′to͞o), **Sese Seko.** Original name, Joseph Désiré Mobutu. Born 1930. President of Zaire (since 1965).
**Mo·çam·bi·que.** The Portuguese name for **Mozambique.**
**moc·ca·sin** (mŏk′ə-sĭn) *n.* **1.** A soft leather slipper worn by American Indians. **2.** A shoe or slipper resembling an Indian moccasin. **3.** A snake, the **water moccasin** *(see).* [Natick *mohkussin*, from Proto-Algonquian *maxkeseni* (unattested).]
**moccasin flower.** Any of several North American orchids of the genus *Cypripedium;* especially, *C. acaule*, of eastern North America, having a solitary flower with a pouchlike pink lip. Also called "lady's-slipper."
**mo·cha** (mō′kə) *n.* **1.** A rich, pungent Arabian coffee. **2.** Coffee of high quality. **3.** A flavoring made of coffee often mixed with chocolate. **4.** A soft, thin glove leather usually made from goatskin. **5.** Dark olive brown. See **color.** [Originally exported from *Mocha*, a port of Yemen.] —**mo′cha** *adj.*
**mo·chi·la** (mō-chē′lə) *n.* A leather saddle covering with cutouts allowing the horn and cantle to protrude. [Spanish, saddlebag, probably from *mochil*, errand boy, from Basque *mutil*, servant boy, from Latin *mutilus*, maimed. See **mut-** in Appendix.*]
**mock** (mŏk) *v.* **mocked, mocking, mocks.** —*tr.* **1.** To treat with scorn or contempt; deride; ridicule. **2. a.** To mimic, as in sport or derision. **b.** To imitate; counterfeit. **3.** To frustrate the hopes of; disappoint. —*intr.* To express scorn or ridicule. Often used with *at: They mocked at the idea.* —See Synonyms

*Third Enlarged Edition*

# CONCISE CHEMICAL and TECHNICAL DICTIONARY

*Edited by*
**H. Bennett, F.A.I.C.**
*B. R. Laboratory*
*Miami Beach, Florida, 33140, U. S. A.*

**1 9 7 4**
**CHEMICAL PUBLISHING CO., INC.**
**200 Park Avenue South New York, N. Y. 10003**

© 1974

CHEMICAL PUBLISHING CO., INC.
NEW YORK N. Y.

*Printed in the United States of America*

This unique
and reviewers al
The original
of new trade-n
the latest technic
To make th
title, brevity rat
users want to
book is intend
given in the app
Chemical Pr
trademarks. Th
trademarks whic

February, 1973

con, 0.4-0.5% manganese, and 0.5-0.7% carbon.
**miscometer.** Apparatus for sampling miscible liquids.
**Miscrome.** Iron alloys of 16-30% chromium with approximately 0.25% carbon, very resistant to chemical corrosion.
**misenite.** See potassium acid sulfate.
**miserite.** $KCa_4Si_5O_{13}(OH)_3$. min.
**mispickel.** See arsenopyrite.
**mist.** *Mistura,* a mixture (Apothecary).
**Mistaflex.** 910-V-900. vinyl dispersion.
**mistcoat.** Coating of a thinner, clear or slightly colored, applied as a topcoat to increase flow and luster.
**Mistocide.** pyrethrum and synergist.
**Mistox.** laurylpentachlorophenol and solvent.
**"Mistrobrite."** clay.
**Mistrocote.** white clay.
**Mistrofil.** white clay.
**Mistromax.** white clay.
**Mistromis.** white clay.
**"Mistron."** Fine talc powder.
**Mistron Vapor Talc.** Magnesium silicate.
**Mistropaque.** white clay.
**Mistroplus.** white clay.
**Mistrostan.** white clay.
**mitchella** (checkerberry; partridge berry; squaw vine). Dried plant of Mitchella repens; used in medicine.
**miter.** Joint made by two pieces meeting at an angle.
**Mithracin.** mithramycin.
**mithramycin.** From *Streptomyces argillaceus* n.sp. and *Streptomyces tanashiensis.*
**miticide.** Acaricide.
**Mitigal.** Dimethyl thianthrene.
**"Mitin" FF High Conc.** phenylsulfonic acid derivative.
**mitobronitol.** 1,6-dibromo-1,6-dideoxy-*D*-mannitol.
**mitochondria.** Organelles within cells, where electron transport thru a chain of quinones and chelated transition metals completes the oxidation of carbohydrates to carbon dioxide.
**mitocromin.** An antibiotic substance produced by *Streptomyces viridochromogenes.*
**mitoguazone.** 1,1′-[(methylethanediylidene)dinitrilo]diguanidine.
**mitomalcin.** an antibiotic obtained from cultures of Streptomyces malayensis.
**mitosis.** Indirect cell division as opposed to amitotosis or direct cell division; there are several steps in mitosis involving segregation and splitting of the chromosomes.
**mitotane.** 1,1-dichloro-2-(*o*-chlorophenyl)-2-(*p*-chlorophenyl) ethane.
**Mitox.** *p*-chlorobenzyl-*p*-chlorophenyl-sulfide.
**mitragynine.** $C_{17}H_{22}N(OCH_3)(COOCH_3)_2$; m.w. 389.25; amor. wh. powd.; m.p. 102-106; b.p. 230-40[5]; s.al.; s.chl.; alkaloid; used in medicine.
**mitraversine.** $C_{20}H_{20}N_2O_2(OCH_3)_2$; m.w. 382.22; wh. cr. powd.; m.p. 237; sl. s.w.; s.al.; s.eth.; alkaloid.
**Mittler's green.** See Guignet green.
**M.I.U.** Moisture, insoluble and unsaponifiable.
**Mixacoid.** Mixture of sorbitol monostearate, milk solids (defatted) and egg yolk; used as emulsifier in food products.
**mixing length.** Average distance perpendicular to the main flow covered by a mixing particle in a fluid.
**mixing ratio, gas** (mass ratio). Mass of one component carried by unit mass of a vapor-free gas.
**mixite.** $20CuO.Bi_2O_3.5As_2O_5.22H_2O$. min.
**mix-metal** (misch metal). Cerium alloy (55-65%) containing rare earth metals and iron.
**mixo--.** Prefix indicating mixtures of isomers having the same functional group.
**mix solvency.** Synergy in solvents.
**mixt.** Mixture.
**mixture.** Substance whose ingredients can be separated by physical means.
**mixture response, gasoline.** Property of motor fuels whereby their anti-knock value increases with increase in fuel/air over the normal working range.
**mizzonite.** Complex natural calcium and aluminum silicate.
**mkomavin.** White amorphous amaroid obtained from seed of Carapa grandiflora; m.p. 111; s.chl.
**M.K.S. system.** System of units based on meter, kilogram and second.
**ml.** Milliliter.
**m.L.** Millilambert.
**M.L.D.** Minimum lethal dose of a drug, calculated per kilogram body weight.
**m.l.h.c.p.** Mean lower hemispherical candle power.
**ML steel.** High-carbon alloy steel with about 18% tungsten, 4% chromium, 2% vanadium, 1% molybdenum, and approximately 0.8% carbon; used in mfg. tools.
**mm.** Millimeter.
**mm².** Square millimeter.
**mm³.** Cubic millimeter.
**M.M.** Methyl methacrylate plastic molding composition.
**mmf** (m.m.f.). Magnetomotive force.