# THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE

# THE AMERICAN HERITAGE

# ONARY

# OF THE ENGLISH LANGUAGE

WILLIAM MORRIS, Editor

Published by

HOUGHTON MIFFLIN COMPANY / BOSTON
ATLANTA / DALLAS / GENEVA, ILLINOIS / HOPEWELL, NEW JERSEY / PALO ALTO

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the publishers' opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

© 1969, 1970, 1971, 1973, 1975, 1976, 1978 by Houghton Mifflin Company
All correspondence and inquiries should be directed to
Dictionary Division, Houghton Mifflin Company
One Beacon Street, Boston, Massachusetts 02107

All rights reserved under Bern and Pan-American Copyright Conventions

ISBN: 0-395-20360-0 (new college edition; thumb-indexed)
0-395-20359-7 (new college edition; plain edges)
0-395-24575-3 (high-school edition)
0-395-09066-0 (larger-format edition)

Library of Congress Catalog Card Number 76-86995

Manufactured in the United States of America

Computer-composed by Inforonics, Inc.
in Maynard, Massachusetts

naling or guiding device on a coast. **3.** A radio transmitter that emits a characteristic signal as a warning or guide. **4.** Anything that warns or guides. —*v.* **beaconed, -coning, -cons.** —*tr.* To provide a beacon for. —*intr.* To serve as a beacon. [Middle English *beken,* sign, standard, Old English *bēacen.* See **bhā-**[1] in Appendix.*]

**Bea·cons·field, Earl of.** See **Disraeli.**

**bead** (bēd) *n.* **1.** A small, ball-shaped piece of glass, metal, wood, or other material pierced for stringing or threading. **2.** *Plural.* **a.** A necklace made of such pieces. **b.** A rosary. **3.** Any small, round object, especially: **a.** A small drop of moisture. **b.** A bubble of gas in a liquid. **c.** A small knob of metal on the muzzle of a rifle or gun, used for sighting. **4.** *Architecture.* A strip of material, usually wood, with one molded edge placed flush against the inner part of a door or window frame, used as a sash guide or as the stop against which a door closes. Also called "bead butt." —**count** (or **say** or **tell**) **one's beads.** To pray with a rosary. —**draw a bead on.** To take careful aim at. —*v.* **beaded, beading, beads.** —*tr.* To ornament or cover with beads. —*intr.* To collect into beads. [Middle English *bede, bead,* prayer, prayer bead, bead, Old English *gebed,* prayer. See **bhedh-**[2] in Appendix.*]

**bead·ing** (bē′dĭng) *n.* **1.** Beads or material used for beads. **2.** Ornamentation with beads. **3.** A narrow, half-rounded molding. **4.** Any narrow strip of trimming. **5.** A narrow piece of openwork lace through which ribbon may be run. **6.** Bubbles or froth, as on the rim of a glass.

**bea·dle** (bēd′l) *n.* **1.** A minor parish official in an English church, whose duties include keeping order and ushering during services. **2.** An official at an English university who supervises and walks before processions. **3.** *Judaism.* A **shammes** *(see).* [Middle English *bedele, bidel,* herald, messenger, beadle, Old English *bydel.* See **bheudh-** in Appendix.*]

**Bea·dle** (bēd′l), **George Wells.** Born 1903. American geneticist; worked on enzymes.

**bea·dle·dom** (bēd′l-dəm) *n.* Petty bureaucratic officiousness.

**bead·work** (bēd′wûrk′) *n.* **1.** Decorative work in beads. **2.** *Architecture.* Beaded molding.

**bead·y** (bē′dē) *adj.* **-ier, -iest.** **1.** Small, round, and shiny: *beady eyes.* **2.** Decorated or covered with beads.

**bea·gle** (bē′gəl) *n.* One of a breed of small hounds having short legs, drooping ears, and a smooth coat with white, black, and tan markings. [Middle English *begle,* perhaps from Old French *beegueule,* noisy person : probably *beer,* to gape, from (unattested) Vulgar Latin *batāre* (see **bay,** opening) + *gueule,* throat, from Latin *gula* (see **gwel-**[5] in Appendix*).]

**beak** (bēk) *n.* **1.** The horny, projecting structure forming the mandibles of a bird; a bill. **2.** A part or organ resembling this, as in some turtles, insects, or fish. **3.** Any hard, cone-shaped, or pointed structure or part. **4.** *Informal.* A person's nose. [Middle English *bec, bek,* from Old French *bec,* from Latin *beccus,* from Gaulish.]

**beak·er** (bē′kər) *n.* **1. a.** A large drinking cup with a wide mouth. **b.** The contents of such a cup. **2.** An open glass cylinder with a pouring lip, used as a standard laboratory container, and mixing and heating vessel. [Middle English *biker, beker,* from Old Norse *bikarr,* probably from Vulgar Latin *bicārium* (unattested), possibly from Greek *bikos,* drinking-jar, possibly from Egyptian *bik,* oil vessel. See also **pitcher.**]

**beam** (bēm) *n.* **1.** A squared-off log or large, oblong piece of timber, metal, or stone, used especially in construction. **2.** *Nautical.* **a.** The breadth of a ship at the widest point. **b.** A transverse structural member of the framing of a vessel, used to support a deck and to brace the sides against stress. **c.** The shank of an anchor. **3.** *Informal.* The width across the hips. **4.** A steel tube or wooden roller with flanged ends on which the warp is wound in a loom. **5.** An oscillating lever connected to an engine piston rod and used to transmit power to the crankshaft. **6.** The bar of a balance, from which weighing pans are suspended. **7.** One of the main stems of a deer's antlers. **8.** The main horizontal bar on a plow to which the share, colter, and handles, if any, are attached. **9. a.** A ray of light. **b.** A group of particles traveling together in close parallel trajectories. **10.** A **radio beam** *(see).* —**on the beam. 1.** Following the radio beam. Said of an aircraft. **2.** *Informal.* On the right track; operating correctly. —*v.* **beamed, beaming, beams.** —*tr.* To emit or transmit: *beaming the message.* —*intr.* **1.** To radiate light; to shine. **2.** To smile expansively. [Middle English *beme, beem,* Old English *bēam,* tree, beam. See **bheu-** in Appendix.*]

**beam-ends** (bēm′ĕndz′) *pl.n.* The ends of a ship's beams. —**on her beam-ends.** Listing so far over that the beams are nearly vertical and there is danger of capsizing.

**beam·ish** (bē′mĭsh) *adj.* Beaming; smiling; cheerful.

**beam·y** (bē′mē) *adj.* **-ier, -iest.** **1.** Broad in the beam. **2.** Emitting beams, as of light; radiant.

**bean** (bēn) *n.* **1.** Any of several plants of the genus *Phaseolus,* having compound leaves, white or yellow flowers, and seed-bearing pods. See **lima bean, string bean.** **2.** The edible seed or pod of any of these plants. **3.** Any of several related plants bearing similar pods and seeds. See **broad bean.** **4.** Any of various other seeds or pods resembling beans, such as the coffee bean or the vanilla bean. **5.** *Slang.* The head. **6.** *Plural. Slang.* A small amount: *I don't know beans about the stock market.* **7.** *British Slang.* A fellow; chap. —**spill the beans.** To disclose that which was not meant to be disclosed. —*tr.v.* **beaned, beaning, beans.** *Slang.* To hit on the head with a thrown object, especially a pitched baseball. [Middle English *ben(e),* Old English *bēan.* See **bha-bhā-** in Appendix.*]

**Bean** (bēn), **Roy.** Called himself "the Law West of the Pecos." 1825?–1903. American frontiersman; unorthodox justice of the peace at Langtry, Texas.

**bean·bag** (bēn′băg′) *n.* A small bag filled with dried beans and used for throwing in games.

**bean ball.** A baseball pitch aimed at the batter's head.

**bean beetle.** The **Mexican bean beetle** *(see).*

**bean caper.** A plant of the genus *Zygophyllum;* especially, *Z. fabago,* a shrub of the Middle East, bearing edible buds used as capers.

**bean curd.** A soft soybean cheese of the Orient. [Translation of Chinese (Mandarin) *tou*[4] *fu*[4] : *tou*[4], bean + *fu*[4], curdled.]

**bean·ie** (bē′nē) *n.* A small brimless cap.

**bean·o** (bē′nō) *n.* A form of bingo, especially one using beans as markers. [Perhaps blend of BINGO and BEAN.]

**bean·pole** (bēn′pōl′) *n.* **1.** A thin pole used to support bean vines. **2.** *Slang.* A very tall, thin person.

**bean sprout.** A young, tender shoot of certain beans, such as the soybean or the mung bean, used in Chinese cooking.

**bean·stalk** (bēn′stôk′) *n.* The stem of a bean plant.

**bean tree.** Any of various trees, such as the catalpa, that bear beanlike fruit.

**bear**[1] (bâr) *v.* **bore** (bôr, bōr) or *archaic* **bare** (bâr), **borne** (bôrn, bōrn) (for all senses) or **born** (for sense 11 only; see Usage note below), **bearing, bears.** —*tr.* **1.** To support; hold up: *"They hardly seem to tread the earth, but are borne in some more genial element"* (William Hazlitt). **2.** To carry on one's person; convey. **3.** To carry as if in the mind; maintain: *bearing love for others.* **4.** To transmit at large; relate: *bearing glad tidings.* **5.** To have as a visible characteristic: *bearing a scar on his right arm.* **6.** To have as a visible quality or form; exhibit: *"A thousand different shapes it bears"* (Cowley). **7.** To carry (oneself) in a specified way; to conduct. **8.** To be accountable for; assume. **9.** To have a tolerance for; endure: *"better fitted than others to bear the diseases of the country"* (Darwin). **10.** To have a susceptibility to; admit to: *The case will bear investigation.* **11.** To give birth to. See Usage note below. **12.** To produce; yield: *"Tall trunks bore unexpected pale flowers"* (William Golding). **13.** To offer; render: *bearing witness.* **14.** To move by steady pressure; to push: *"boats against the current, borne back ceaselessly into the past."* (F. Scott Fitzgerald). —*intr.* **1.** To yield a product; to produce. **2.** To withstand stress, difficulty, or attrition. Often used with *up.* **3.** To have relevance; apply. **4.** To exert pressure. **5.** To exert oneself determinedly; to forge. **6.** To proceed in a specified direction: *"I bore right, to avoid the Beduin"* (T.E. Lawrence). —See Synonyms at **convey.** —**bear arms against.** To attack with arms; wage war on. —**bear out.** To prove right or justified; confirm: *The results bear out his claims.* —**bear with.** To be patient or tolerant with. [Bear, bore, borne; Middle English *beren, bare, boren,* Old English *beran, bær, boren.* See **bher-**[1] in Appendix.*]

***Synonyms:*** *bear, endure, stand, suffer, abide, tolerate.* These verbs are compared in the sense of withstanding, sustaining, or putting up with. *Bear* pertains broadly to capacity for such an act. *Endure* specifies a continuing capacity to face pain or hardship. The remaining terms are more descriptive of the manner of withstanding or accepting. *Stand* implies resoluteness of spirit. *Suffer* and the less emphatic *abide* suggest resignation and forbearance. *Tolerate,* in its principal application (to something other than pain), connotes reluctant acceptance despite mental reservations.

***Usage:*** In the sense of "give birth to" the past participle *borne* is the usual form for all active constructions and for passive constructions when followed by *by.* The past participle *born* is the correct form for all other passive constructions involving the fact of birth: *Three children were borne by her, one of whom was born deaf.*

**bear**[2] (bâr) *n.* **1.** Any of various usually omnivorous mammals of the family Ursidae, having a shaggy coat and a short tail, and walking with the entire lower surface of the foot touching the ground. See **grizzly bear, polar bear.** **2.** Any of various animals resembling a bear in some respect, such as the **koala** *(see).* **3. a.** A person who is awkward, clumsy, or ill-mannered. **b.** One who shows endurance or a special aptitude: *a bear for hard work.* **4.** *Capital* **B.** *Astronomy.* Either of two constellations, the **Great Bear** or the **Little Bear** *(both of which see).* **5.** *Stock Market.* An investor or concern that sells shares in the expectation that prices will fall. Compare **bull.** [Middle English *bere,* Old English *bera.* See **bher-**[3] in Appendix.*]

**bear·a·ble** (bâr′ə-bəl) *adj.* Capable of being borne; endurable; tolerable. —**bear′a·bly** *adv.*

**bear·bait·ing** (bâr′bā′tĭng) *n.* The former sport of setting dogs to attack or torment a chained bear.

**bear·ber·ry** (bâr′bĕr′ē) *n., pl.* **-ries.** A trailing shrub, *Arctostaphylos uva-ursi,* of northern regions, having small evergreen leaves, white or pink flowers, and red berries. Also called "kinnikinnick" and sometimes "crowberry."

**bear·cat** (bâr′kăt′) *n. Slang.* A person, animal, or machine regarded as especially vigorous or fierce.

**beard** (bîrd) *n.* **1. a.** The hair on the chin, cheeks, and throat of a man. **b.** This hair allowed to grow and cover the skin. **2.** Any similar hairy or hairlike growth such as that on or near the face of certain mammals. **3.** A tuft or group of bristles on certain plants; an awn. **4.** The barb or hook of a fishhook, arrow, or the like. **5.** *Printing.* The part of a piece of type between the face and the shoulder; neck. —*tr.v.* **bearded, bearding, beards.** **1.** To furnish with a beard. **2.** To grasp by the beard. **3.** To confront boldly. [Middle English *berd,* Old English *beard.* See **bhardhā** in Appendix.*]

**Beard** (bîrd), **Charles Austin.** 1874–1948. American educator



beagle





beaker