Roger A Morgan

# McGraw-Hill DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS

## Third Edition

**SYBIL P. PARKER** Editor in Chief

**McGRAW-HILL BOOK COMPANY**

New York St. Louis San Francisco

Auckland Bogotá Guatemala Hamburg
Johannesburg Lisbon London Madrid Mexico
Montreal New Delhi Panama Paris San Juan
São Paulo Singapore Sydney Tokyo Toronto

Included in this Dictionary are definitions which have been published previously in the following works: P. B. Jordain, *Condensed Computer Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. J. Markus, *Electronics and Nucleonics Dictionary*, 4th ed., Copyright © 1960, 1966, 1978 by McGraw-Hill, Inc. All rights reserved. J. Quick, *Artists' and Illustrators' Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. *Blakiston's Gould Medical Dictionary*, 3d ed., Copyright © 1956, 1972 by McGraw-Hill, Inc. All rights reserved. T. Baumeister and L. S. Marks, eds., *Standard Handbook for Mechanical Engineers*, 7th ed., Copyright © 1958, 1967 by McGraw-Hill, Inc. All rights reserved.

In addition, material has been drawn from the following references: R. E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *U.S. Air Force Glossary of Standardized Terms*, AF Manual 11–1, vol. 1, 1972; *Communications-Electronics Terminology*, AF Manual 11-1, vol. 3, 1970; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use*, 1st ed., National Aeronautics and Space Administration, 1965; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and Abbreviations*, Royal Aircraft Establishment Technical Report 67158, 1967; *Glossary of Air Traffic Control Terms*, Federal Aviation Agency; *A Glossary of Range Terminology*, *White Sands Missile Range, New Mexico*, National Bureau of Standards, AD 467–424; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, 1st ed., Department of Defense, 1967; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bureau of Mines, 1968; *Nuclear Terms: A Glossary*, 2d ed., Atomic Energy Commission; F. Casey, ed., *Compilation of Terms in Information Sciences Technology*, Federal Council for Science and Technology, 1970; *Glossary of Stinfo Terminology*, Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical, and Imperative Terms*, Bureau of Naval Personnel, 1962; *ADP Glossary*, Department of the Navy, NAVSO P-3097.

McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS,
Third Edition
Copyright © 1984, 1978, 1976, 1974 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher. Philippines Copyright 1984, 1978, 1976, 1974 by McGraw-Hill, Inc.

1 2 3 4 5 6 7 8 9 0 DODO 8 9 1 0 9 8 7 6 5 4 3

ISBN 0-07-045269-5

**Library of Congress Cataloging in Publication Data**

McGraw-Hill dictionary of scientific and technical terms.

1. Science—Dictionaries. 2. Technology—Dictionaries. I. Parker, Sybil P.
[DNLM: 1. Science—Dictionaries. 2. Technology—Dictionaries. Q 123 M147]
Q123.M34 1983 503'.21 83-11302
ISBN 0-07-045269-5

tinuous filaments from a number of spinnerets are collected into a loose, ropelike form and cut into suitable lengths.

**rayon tow** [TEXT] Large number of continuous rayon filaments that give the appearance of untwisted rope; when cut into suitable lengths, this material becomes rayon staple.

**ray parameter** [GEOPHYS] A function $p$ that is constant along a given seismic ray, given by $p = rv^{-1} \sin i$, where $r$ is the distance from the center $O$ of the earth, $v$ is the velocity, and $i$ is the angle that the ray at a point $P$ makes with the radius $OP$.

**ray path** [COMMUN] Straight, geometric path between the transmitting and receiving location. [PHYS] An imaginary path along which travels the energy associated with a point on a wavefront.

**ray shake** [BOT] A radial crack in wood caused by wounds in a tree along the barrier zone.

**Raysistor** [ELECTR] A device which contains a photosensitive semiconductor and a light source; light source can be used to control the conductivity of the semiconductor.

**ray surface** [OPTICS] The locus of points reached in a unit time in an anisotropic medium by an electromagnetic disturbance that starts from the origin.

**ray system** [ASTRON] The bright streaks radiating outward from a lunar crater.

**ray tracing** [OPTICS] Calculation of the paths followed by rays of light through an optical system, using Snell's law and trigonometrical formulas.

**razon** [ORD] A kind of glide bomb having movable control surfaces in the tail adjusted by radio signals to control the bomb in range and in azimuth.

**razorback** [GEOL] A sharp, narrow ridge.

**razor stone** *See* novaculite.

**Rb** *See* rubidium.

**RBE** *See* relative biological effectiveness.

**RBS** *See* Rutherford backscattering spectrometry.

**R-C amplifier** *See* resistance-capacitance coupled amplifer.

**RC asphalt** *See* rapid-curing asphalt.

**R-C circuit** *See* resistance-capacitance circuit.

**R-C constant** *See* resistance-capacitance constant.

**R-C coupled amplifier** *See* resistance-capacitance coupled amplifier.

**R-C coupling** *See* resistance coupling.

**RCM** *See* radar countermeasure.

**R-C network** *See* resistance-capacitance network.

**R Coronae Borealis star** [ASTROPHYS] A rare type of irregular variable star which has long periods of maximum brightness followed by a sudden, unpredictable reduction in brightness of several magnitudes, and a slower, sometimes erratic return to the original brightness.

**R-C oscillator** *See* resistance-capacitance oscillator.

**rd** *See* rutherford.

**RdAc** *See* radioactinium.

**RDC extractor** *See* rotary-disk contactor.

**RDF** *See* radio direction finder.

**RDGE** *See* resorcinol diglycidyl ether.

**R display** [ELECTR] Radar display, essentially an expanded A display, in which an echo can be expanded for more detailed examination.

**RDS** *See* respiratory distress syndrome of newborn.

**RDX** *See* cyclonite.

**Re** *See* rhenium.

**reach** [CIV ENG] A portion of a waterway between two locks or gages. [ENG] The length of a channel, uniform with respect to discharge, depth, area, and slope. [GEOGR] **1.** A continuous, unbroken surface of land or water. Also known as stretch. **2.** A bay, estuary, or other arm of the sea extending up into the land. [HYD] A straight, continuous, or extended part of a river, stream, or restricted waterway.

**reach rod** [MECH ENG] A rod motion in a link used to transmit motion from the reversing rod to the lifting shaft.

**reactance** [ELEC] The imaginary part of the impedance of an alternating-current circuit.

**reactance amplifier** *See* parametric amplifier.

**reactance drop** [ELEC] The component of the phasor representing the voltage drop across a component or conductor of an alternating-current circuit which is perpendicular to the current.

**reactance frequency multiplier** [ELECTR] Frequency multiplier whose essential element is a nonlinear reactor.

**reactance grounded** [ELEC] Grounded through a reactance.

**reactance relay** [ELEC] Form of impedance relay, the operation of which is a function of the reactance of a circuit.

**reactance tube** [ELECTR] Vacuum tube operated in a way that it presents almost a pure reactance to the circuit.

**reactance-tube modulator** [ELECTR] An electron-tube circuit, used to produce phase or frequency modulation, in which the reactance is varied in accordance with the instantaneous amplitude of the modulating voltage.

**reactant ratio** [AERO ENG] The ratio of the weight flow of oxidizer to fuel in a rocket engine.

**reactants** [CHEM] The molecules that act upon one another to produce a new set of molecules (products); for example, in the reaction $HCl + NaOH \rightarrow NaCl + H_2O$, the HCl and NaOH are the reactants.

**reaction** [CONT SYS] *See* positive feedback. [MECH] The equal and opposite force which results when a force is exerted on a body, according to Newton's third law of motion. [NUC PHYS] *See* nuclear reaction.

**reaction border** *See* reaction rim.

**reaction boundary** *See* reaction line.

**reaction curve** *See* reaction line.

**reaction energy** *See* disintegration energy.

**reaction engine** [AERO ENG] An engine that develops thrust by its reaction to a substance ejected from it; specifically, such an engine that ejects a jet or stream of gases created by the addition of energy to the gases in the engine. Also known as reaction motor.

**reaction enthalpy number** [PHYS CHEM] A dimensionless number used in the study of interphase transfer in chemical reactions, equal to the enthalpy of reaction per unit mass of a specified compound produced in a reaction, times the mass fraction of that compound, divided by the product of the specific heat at constant pressure and the temperature change during the reaction.

**reaction fin** [NAV ARCH] A multiple fin or stationary propeller installed ahead of a ship's propeller, with fins warped so that water flowing into the propeller rotates in the direction opposite, resulting in elimination of race rotation aft of the propeller, and thereby in increased efficiency.

**reaction flux** [MATER] Soldering flux which reacts chemically with the base metal and has a rapid fluxing action when heated.

**reaction formation** [PSYCH] A defense mechanism, characterized by the development of conscious, socially acceptable activity which is the antithesis of repressed or rejected unconscious desires.

**reaction kinetics** *See* chemical kinetics.

**reaction line** [PHYS CHEM] In a ternary system, a special case of the boundary line along which one of the two crystalline phases present reacts with the liquid, as the temperature is decreased, to form the other crystalline phase. Also known as reaction boundary; reaction curve.

**reaction motor** [AERO ENG] *See* reaction engine. [ELEC] A synchronous motor whose rotor contains salient poles but which has no windings and no permanent magnets.

**reaction pair** [MINERAL] Any two minerals, one of which is formed at the expense of the other by reaction with liquid.

**reaction principle** [MINERAL] The concept of a reaction series for the principal rock-forming minerals.

**reaction propulsion** [AERO ENG] Propulsion by means of reaction to a jet of gas or fluid projected rearward, as by a jet engine, rocket engine, or rocket motor.

**reaction rim** [PETR] A surficial rim around one mineral produced by the reaction of the core mineral with the surrounding magma. Also known as reaction border.

**reaction series** [MINERAL] Any series of minerals in which early formed varieties react with the melt to yield new minerals; two different types of reaction series exist, continuous and discontinuous.

**reaction time** [PHYSIO] The interval between application of a stimulus and the beginning of the response.

**reaction turbine** [MECH ENG] A power-generation prime mover utilizing the steady-flow principle of fluid acceleration, where nozzles are mounted on the moving element.

**reaction wheel** [MECH ENG] A device capable of storing angular momentum which may be used in a space ship to provide torque to effect or maintain a given orientation.

**reaction wood** [BOT] An abnormal development of a tree and therefore its wood as the result of unusual forces acting on it, such as an atypical gravitational pull.

REACTION SERIES




Continuous reaction series showing the course of crystallization of the common magmas; early crystals are at top of diagram.

# THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE

# THE AMERICAN HERITAGE ONARY OF THE ENGLISH LANGUAGE

WILLIAM MORRIS, Editor

Published by

HOUGHTON MIFFLIN COMPANY / BOSTON
ATLANTA / DALLAS / GENEVA, ILLINOIS / HOPEWELL, NEW JERSEY / PALO ALTO

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the publishers' opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

© 1969, 1970, 1971, 1973, 1975, 1976, 1978 by Houghton Mifflin Company
All correspondence and inquiries should be directed to
Dictionary Division, Houghton Mifflin Company
One Beacon Street, Boston, Massachusetts 02107

All rights reserved under Bern and Pan-American Copyright Conventions

ISBN: 0-395-20360-0 (new college edition; thumb-indexed)
0-395-20359-7 (new college edition; plain edges)
0-395-24575-3 (high-school edition)
0-395-09066-0 (larger-format edition)

Library of Congress Catalog Card Number 76–86995

Manufactured in the United States of America

Computer-composed by Inforonics, Inc.
in Maynard, Massachusetts

itt. 1842–
/ particles
, resulting
ie reddish
l by Lord
2. Lack-
ddle Eng-
sh *Ragin-*
American
).
tile fibers
pinnerets
woven or
: down or
ff. 3. *Ar-*
: English
*ire* (unat-
rape. See
ometimes
he face.
*raser,* to
ie south-
a ridged
lged hill.
*'a,* of the
id a flat-
olenidae,
*). —tr.v.*
or tease.
play, or
bewilder-
.]
1 or dis-
guous or
; vigor;
: second
Medieval
[Latin
case or
l usage.
or po-
previous
ls other
forming
element
t begins
*e-entry.*
n solid
a com-
special
*re-cre-*
e neces-
*nt,* or a
*els: re-*
*itin re-,*
k to an
e, as in
atedly,
7. Con-
t, as in
tensive,
stretch
or take
and or
rive at:
: *They*
*roperty*
*ted our*
t/l lid,
, dish/



*years.* **6.** To aggregate or amount to: *Sales reached the thousands.* **7.** *Informal.* To give or hand over to someone: *Reach me the sugar.* **8.** To score a hit, as with a weapon. **9.** To make an impression on; affect. *—intr.* **1.** To extend or thrust out something. **2.** To try to grasp or touch something: *reach for a gun.* **3. a.** To have coextension in time or space. **b.** To be extensive in influence or effect. **4.** To sail with the wind abeam. *—n.* **1.** The act or power of stretching or thrusting out. **2.** The extent or distance something can reach. **3.** The range or scope of influence or effect. **4.** An unbroken expanse: *a reach of prairie.* **5.** A pole connecting the rear axle of a vehicle with the front. **6.** *Nautical.* The tack of a sailing vessel with the wind abeam. **7.** The stretch of water visible between bends in a river or channel. [Middle English *rechen,* Old English *rǣcan.* See **reig-²** in Appendix.*] **—reach'er** *n.*

***Synonyms:*** *reach, achieve, attain, gain, compass, accomplish.* These terms presuppose attainment of certain objectives. *Reach* connotes arriving at a goal through effort and progress. *Achieve* suggests the successful executing of an important enterprise through skill or initiative. *Attain* may imply great effort and pride in reaching a level or goal. *Gain* connotes arriving at a goal despite considerable effort in surmounting obstacles, often with the implication of deserved satisfaction. *Compass* implies mental rather than physical effort in attaining goals. *Accomplish* connotes successful completion.

**re·act** (rē-ăkt') *intr.v.* **-acted, -acting, -acts. 1.** To act in response or in opposition to some former act or state. **2.** To be affected or influenced by circumstances or events. **3.** *Chemistry.* To undergo chemical change. [RE- + ACT, influenced by Late Latin *reagere* (past participle *reactus*), to react.]

**re·ac·tance** (rē-ăk'təns) *n.* Opposition to the flow of alternating electric current caused by the inductance and capacitance in a circuit. See **impedance.**

**re·ac·tant** (rē-ăk'tənt) *n.* A substance participating in a chemical reaction, especially a directly reacting substance present at the initiation of the reaction.

**re·ac·tion** (rē-ăk'shən) *n.* **1. a.** A response to a stimulus. **b.** The state resulting from such a response. **2.** A reverse or opposing action. **3. a.** A tendency to revert to a former state. **b.** Opposition to progress or liberalism. **4.** A chemical change or transformation in which a substance decomposes, combines with other substances, or interchanges constituents with other substances. **5.** *Physics.* A **nuclear reaction** *(see).*

**re·ac·tion·ar·y** (rē-ăk'shə-nĕr'ē) *adj.* Also **re·ac·tion·ist** (-nĭst). Characterized by reaction; especially, opposing progress or liberalism. *—n., pl.* **reactionaries.** Also **re·ac·tion·ist.** An opponent of progress or liberalism.

**reaction engine.** An engine that develops thrust by the focused expulsion of matter, especially ignited fuel gases. Also called "reaction motor."

**reaction time.** The time interval between the application of a stimulus and the detection of a response.

**re·ac·ti·vate** (rē-ăk'tə-vāt') *tr.v.* **-vated, -vating, -vates. 1.** To make active again. **2.** To restore effectiveness or the ability to function of. **—re·ac'ti·va'tion** *n.*

**re·ac·tive** (rē-ăk'tĭv) *adj.* **1.** Tending to be responsive or to react to a stimulus. **2.** Characterized by reaction. **3.** *Chemistry & Physics.* Tending to participate in reactions.

**re·ac·tor** (rē-ăk'tər) *n.* **1.** A person or thing that reacts. **2.** *Electricity.* A circuit element, such as a coil, used to introduce reactance. **3.** *Physics.* A **nuclear reactor** *(see).*

**read** (rēd) *v.* **read** (rĕd), **reading, reads.** *—tr.* **1.** To comprehend or take in the meaning of (something written or printed). **2.** To utter or render aloud (something written or printed). **3.** To have the knowledge of (a language) necessary to understand printed or written material. **4.** To seek to interpret the true nature or meaning of (someone or something) through close scrutiny: *read the sky for signs of snow.* **5.** To ascertain the intent or mood of: *He read her mind.* **6.** To derive a special meaning from or ascribe a special significance to (something read, experienced, or observed): *"a tendency to read deep and nasty meanings into Robinson's words"* (Muriel Spark). **7.** To foretell or predict (the future). **8.** To perceive, receive, or comprehend (a signal, message, or the like): *I read you fine.* **9.** To study or make a study of: *read for a law exam.* **10.** To learn or get knowledge from (something written or printed): *He read that crime was rife.* **11.** To have or adopt as a reading in a particular passage: *For "colour" read "color."* **12.** To indicate, register, or show: *The dial reads 0°.* *—intr.* **1.** To read printed or written characters, as of words or music. **2.** To utter or render aloud the words that one is reading. **3.** To learn by reading. Used with *about* or *of: He read about dogs.* **4.** To study. **5.** To have a particular wording: *The line reads thus.* **6.** To contain a specific meaning: *The law reads that he is guilty.* **7.** To have a specified character or quality for the reader: *His poems read well.* **—read between the lines.** To perceive or detect a meaning or implication that is obscure or unexpressed. **—read out.** To expel by proclamation from a social, political, or other group. **—read up on.** To acquire information by reading. *—adj.* (rĕd). Informed by reading; learned. [Read (infinitive), read (past tense and past participle); Middle English *reden, redde, red,* Old English *rǣdan,* advise, explain, read, *rǣdde, rǣden.* See **ar-** in Appendix.*]

**Read** (rēd), Sir **Herbert (Edward).** 1893–1968. British art curator, poet, editor, and critic.

**read·a·ble** (rē'də-bəl) *adj.* **1.** Capable of being read easily; legible. **2.** Pleasurable or interesting to read. **—read'a·bil'i·ty, read'a·ble·ness** *n.* **—read'a·bly** *adv.*

**read·er** (rē'dər) *n.* **1.** One who reads. **2.** A professional reciter of literary works. **3.** *Roman Catholic Church.* One of the minor orders, a cleric or layman who recites lessons or prayers in the church service. **4.** A person employed by a publisher to read and evaluate manuscripts. **5.** A corrector of printers' proofs. **6.** A teaching assistant who reads and grades examination papers. **7.** *Chiefly British.* A university lecturer. **8. a.** A textbook of reading exercises. **b.** A literary anthology.

**read·er·ship** (rē'dər-shĭp') *n.* **1.** The readers of a publication or publications. **2.** *Chiefly British.* The office of a reader.

**read·i·ly** (rĕd'ə-lē) *adv.* **1.** Promptly. **2.** Willingly. **3.** Easily.

**read·i·ness** (rĕd'ē-nĭs) *n.* The quality or state of being ready.

**read·ing** (rē'dĭng) *n.* **1.** The act or practice of a reader. **2.** Written or printed material. **3.** The act of rendering aloud written or printed matter. **4.** An official or public recitation of literary or other written material: *the reading of a will.* **5.** A personal interpretation or appraisal. **6.** The specific form of a particular passage in a text. **7.** The information indicated by a gauge or graduated instrument. *—adj.* **1.** Designed or used for reading. **2.** Disposed or attracted to reading: *the reading man.*

**Read·ing** (rĕd'ĭng). **1.** The county seat of Berkshire, England, a university town 35 miles west of London. Population, 128,000. **2.** A city in Pennsylvania, 45 miles northwest of Philadelphia. Population, 88,000.

**re·ad·just** (rē'ə-jŭst') *tr.v.* **-justed, -justing, -justs.** To adjust or arrange again. **—re'ad·just'er** *n.* **—re'ad·just'ment** *n.*

**read-out** (rēd'out') *n.* Presentation of computer data, usually in digital form, from calculations or storage.

**read·y** (rĕd'ē) *adj.* **-ier, -iest. 1.** Prepared or available for service or action. **2.** Mentally disposed; willing: *He was ready to believe them.* **3.** Liable or about to do something. Used with an infinitive: *ready to leave.* **4.** Prompt in apprehending or reacting: *a ready intelligence; a ready response.* **5.** Available: *ready money.* **—at the ready.** Designating a rifle in position for aiming and firing. *—tr.v.* **readied, readying, readies.** To cause to be ready. [Middle English *redy,* Old English *rǣde.* See **reidh-** in Appendix.*]

**read·y-made** (rĕd'ē-mād') *adj.* **1.** Made to a set pattern, not custom-made. Compare **made-to-order. 2.** Preconceived.

**re·af·firm** (rē'ə-fûrm') *tr.v.* **-firmed, -firming, -firms.** To affirm or assert again. **—re'af·fir·ma'tion** (rē'ăf-ər-mā'shən) *n.*

**re·a·gent** (rē-ā'jənt) *n.* Any substance used in a chemical reaction to detect, measure, examine, or produce other substances. [RE- + AGENT, after REACT.]

**re·al¹** (rē'əl, rēl) *adj.* **1.** Being or occurring in fact or actuality; having verifiable existence: *The child shows real intelligence.* **2.** True and actual; not illusory or fictitious: *real people.* **3.** Genuine and authentic; not artificial or spurious: *real mink; real humility.* **4.** *Philosophy.* Existing actually and objectively. **5.** *Optics.* Of, pertaining to, or designating an image formed by light rays that converge in space. **6.** *Mathematics.* Of, pertaining to, or designating the nonimaginary part of a complex quantity. **7.** *Law.* Of or pertaining to stationary or fixed property, as buildings or land. Compare **personal.** *—adv. Informal.* Very: *real sorry.* [Middle English, of real property or things, from Norman French, from Late Latin *reālis,* actual, real, from Latin *rēs,* thing. See **rei-³** in Appendix.*] **—real'ness** *n.*

***Synonyms:*** *real, actual, true, authentic, concrete, existent, genuine, tangible, veritable. Real,* although frequently used interchangeably with the terms that follow, pertains basically to that which is not imaginary but is existent and identifiable as a thing, state, or quality. *Actual* connotes that which is demonstrable. *True* implies belief in that which conforms to fact. *Authentic* implies acceptance of historical or attributable reliability rather than visible proof. *Concrete* implies the reality of actual things. *Existent* applies to concepts or objects existing either in time or space: *existent tensions. Genuine* presupposes evidence or belief that a thing or object is what it is claimed to be. *Tangible* stresses the mind's acceptance of that which can be touched or seen. *Veritable,* which should be used sparingly, applies to persons and things having all the qualities claimed for them.

**re·al²** (rā-äl') *n., pl.* **reals** or **-ales** (-ä'lās). A former Spanish silver monetary unit. [Spanish, from *real,* "royal," from Latin *rēgālis,* regal, from *rēx* (stem *rēg-*), king. See **reg-¹** in Appendix.*]

**re·al³** (rā-äl') *n., pl.* **reals** or **reis** (rās). Either of two former monetary units of Portugal and Brazil. [Portuguese, from *real,* "royal," from Latin *rēgālis,* regal. See **real** (Spanish coin).]

**real estate.** *Abbr.* **R.E.** Landed property, including all inherent natural resources and any man-made improvements established thereon. Also called "realty." **—re'al-es·tate'** *adj.*

**re·al·gar** (rē-ăl'gär', -gər) *n.* A soft orange-red arsenic ore, $As_2S_2$, used in pyrotechnics, tanning, and as a pigment. [Middle English, from Medieval Latin, from Catalan, from Arabic *rajh al-ghār,* powder (of) the mine or cave: *rahj,* powder + *al,* the + *ghār,* cave.]

**re·al·ism** (rē'ə-lĭz'əm) *n.* **1.** Inclination toward literal truth and pragmatism. **2.** Artistic representation felt to be visually accurate. **3.** *Philosophy.* **a.** The doctrine that universal principles are more real than objects as sensed. **b.** The doctrine that names somehow denote the essences of things or categories of things. Compare **nominalism. c.** The doctrine that the objects of perception exist independently of the perceiver. Compare **idealism. —re'al·is'tic** *adj.* **—re'al·is'ti·cal·ly** *adv.*

**re·al·ist** (rē'ə-lĭst) *n.* **1.** One inclined to literal truth and pragmatism. **2.** A practitioner of artistic or philosophic realism.

**re·al·i·ty** (rē-ăl'ə-tē) *n., pl.* **-ties. 1.** The quality or state of being actual or true. **2.** A person, entity, or event that is actual. **3.** The totality of all things possessing actuality, existence, or



**razor-billed auk**
Painting by
John James Audubon



**razor clam**
*Ensis siliqua*

*Third Enlarged Edition*

# CONCISE CHEMICAL and TECHNICAL DICTIONARY

*Edited by*
**H. Bennett, F.A.I.C.**
*B. R. Laboratory*
*Miami Beach, Florida, 33140, U. S. A.*

**1 9 7 4**
**CHEMICAL PUBLISHING CO., INC.**
**200 Park Avenue South New York, N. Y. 10003**

© 1974
CHEMICAL PUBLISHING CO., INC.
NEW YORK N. Y.

*Printed in the United States of America*

This unique
and reviewers ali
The original
of new trade-n
the latest technic
To make th
title, brevity rat
users want to
book is intend
given in the app
Chemical Pro
trademarks. Th
trademarks whic

February, 1973

**Rayleigh law.** At low values of maximum magnetic induction, hysteresis loss in a magnetic cycle varies directly with cube of induction.

**Rayleigh limit.** Hypothesis that images formed by an optical system would not differ sensibly from perfection if the rays composing them traveled over optical paths which did not differ by more than one-quarter of a wavelength.

**Rayleigh line.** Part of spectral line, in scattered radiation having same frequency as corresponding incident radiation, originating from ordinary or Rayleigh scattering.

**Rayleigh scattering.** Selective scattering of light by extremely small particles in air.

**"Raylig" LA, TA.** Modified sodium lignosulfonate.

**Raylon.** Reclaimed tetrafluorethylene polymer.

**Raymet.** Untwisted metallic aluminum yarn.

**Raymix.** Rayon flock.

**"Rayol."** sulfated veg. oil emulsion.

**"Rayolanda."** Resin modified regenerated cellulose.

**rayon.** Generic term for fibers, monofilament and continuous filament yarns made from cellulose or cellulose derivatives with or without lesser amounts of non-fiberforming material; generic term applied to all synthetic fibers for textile use (British).

**Rayonoil 240.** Self-emulsifiable mixture of mineral and fatty oils.

**"Rayonol."** min. oil and emulsifier.

**rayon, regenerated cellulose.** Filaments and staple fiber of regenerated cellulose which has been coagulated or solidified from a solution of cellulose xanthate, cellulose nitrate or from a solution of cellulose in ammoniacal copper oxide.

**rayon, spun.** Yarn spun from rayon staple or cuts from waste rayon.

**rayon staple.** Rayon fibers of spinnable length manufactured directly or by cutting continuous filaments.

**Rayophane.** Regenerated cellulose film.

**Rayox.** titanium dioxide.

**rays, n-.** Non-luminous radiation of lesser wavelength than heat rays or visible light; emitted by the sun, the Welsbach burner and X-ray tubes; pass through metals and increase the luminosity of phosphorescent bodies.

**rays, converging.** Rays which are traveling forward in such a manner that they will eventually meet.

**rays, diverging.** Rays of light traveling forward but drawing away from each other so that they will never meet.

**Raysil.** titanium dioxide and magnesium silicate.

**rays, marginal.** Rays which pass an optical element near its edge.

**Rayspun.** Twisted metallic aluminum yarn.

**rays, retrograde.** Magnetically deflectable corpuscular rays, similar to positive rays, which, however, move from the cathode toward the anode.

**Rb.** Rubidium.

**R branch.** Group of molecular spectral lines corresponding to unit decreases in rotational quantum number.

**R-2 crystals.** Reaction product of carbon disulfide with methylene dipiperidine.

**R/D (R.-D.).** Research and development.

**RDX.** nitration product of hexamethylene tetramine.

**RE.** Rare earth element or atom.

**Re.** Reynolds number; rhenium.

**reactance.** Component of the impedance of an a-c circuit due to inductance or capacitance in the circuit.

**reactant.** Substance taking part in a chemical reaction.

**reaction alloy.** Alloy added to molten steel for controlling deleterious effects of sulfur, phosphorus and nitrogen.

**reaction, composite.** Reaction that goes through a long series of intermediate products that are generally unstable.

**reaction, consecutive.** Reaction in which product of initial chemical change undergoes a second reaction.

**reaction, fast.** Reaction having a heat of activation far in excess of critical energy.

**reaction, heterogeneous.** Reaction taking place on the surfaces between various phases in a heterogeneous system.

**reaction, mechanism.** Manner in which a reaction proceeds, expressed in a series of chemical equations.

**reaction of first order.** Chemical reaction in which velocity of reaction at a given time depends only on the amount per unit volume of the reacting substance at that time, all other conditions remaining constant.

**reaction, order of a.** When a reaction has a rate which is proportional to some power of the concentration of one of the reacting substances, that power is called the order of the reaction with respect to the substance involved; the sum of all the orders with respect to various substances is called the total order or