Roger A Morgan

# McGraw-Hill DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS

## Third Edition

SYBIL P. PARKER Editor in Chief

McGRAW-HILL BOOK COMPANY

New York St. Louis San Francisco

Auckland Bogotá Guatemala Hamburg
Johannesburg Lisbon London Madrid Mexico
Montreal New Delhi Panama Paris San Juan
São Paulo Singapore Sydney Tokyo Toronto

Included in this Dictionary are definitions which have been published previously in the following works: P. B. Jordain, *Condensed Computer Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. J. Markus, *Electronics and Nucleonics Dictionary*, 4th ed., Copyright © 1960, 1966, 1978 by McGraw-Hill, Inc. All rights reserved. J. Quick, *Artists' and Illustrators' Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. *Blakiston's Gould Medical Dictionary*, 3d ed., Copyright © 1956, 1972 by McGraw-Hill, Inc. All rights reserved. T. Baumeister and L. S. Marks, eds., *Standard Handbook for Mechanical Engineers*, 7th ed., Copyright © 1958, 1967 by McGraw-Hill, Inc. All rights reserved.

In addition, material has been drawn from the following references: R. E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *U.S. Air Force Glossary of Standardized Terms*, AF Manual 11-1, vol. 1, 1972; *Communications-Electronics Terminology*, AF Manual 11-1, vol. 3, 1970; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use*, 1st ed., National Aeronautics and Space Administration, 1965; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and Abbreviations*, Royal Aircraft Establishment Technical Report 67158, 1967; *Glossary of Air Traffic Control Terms*, Federal Aviation Agency; *A Glossary of Range Terminology*, White Sands Missile Range, New Mexico, National Bureau of Standards, AD 467-424; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, 1st ed., Department of Defense, 1967; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bureau of Mines, 1968; *Nuclear Terms: A Glossary*, 2d ed., Atomic Energy Commission; F. Casey, ed., *Compilation of Terms in Information Sciences Technology*, Federal Council for Science and Technology, 1970; *Glossary of Stinfo Terminology*, Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical, and Imperative Terms*, Bureau of Naval Personnel, 1962; *ADP Glossary*, Department of the Navy, NAVSO P-3097.

McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS,
Third Edition

Copyright © 1984, 1978, 1976, 1974 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher. Philippines Copyright 1984, 1978, 1976, 1974 by McGraw-Hill, Inc.

1 2 3 4 5 6 7 8 9 0 DODO 8 9 1 0 9 8 7 6 5 4 3

ISBN 0-07-045269-5

**Library of Congress Cataloging in Publication Data**

McGraw-Hill dictionary of scientific and technical terms.

1. Science—Dictionaries. 2. Technology—Dictionaries. I. Parker, Sybil P.
[DNLM: 1. Science—Dictionaries. 2. Technology—Dictionaries. Q 123 M147]
Q123.M34 1983 503'.21 83-11302
ISBN 0-07-045269-5

ing fire to indicate that an increase in range (of so many yards) will follow and is desired.
**addend** [MATH] One of a collection of numbers to be added.
**addendum** [DES ENG] The radial distance between two concentric circles on a gear, one being that whose radius extends to the top of a gear tooth (addendum circle) and the other being that which will roll without slipping on a circle on a mating gear (pitch line).
**addendum circle** [DES ENG] The circle on a gear passing through the tops of the teeth.
**adder** [COMPUT SCI] A computer device that can form the sum of two or more numbers or quantities. [ELECTR] A circuit in which two or more signals are combined to give an output-signal amplitude that is proportional to the sum of the input-signal amplitudes. Also known as adder circuit. [VERT ZOO] Any of the venomous viperine snakes included in the family Viperidae.
**adder circuit** *See* adder.
**addiction** [MED] Habituation to a specific practice, such as drinking alcoholic beverages or using drugs.
**adding circuit** [ELECTR] A circuit that performs the mathematical operation of addition.
**adding machine** [COMPUT SCI] A device which performs the arithmetical operation of addition and subtraction.
**adding tape** [ENG] A surveyor's tape that is calibrated from 0 to 100 by full feet (or meters) in one direction, and has 1 additional foot (or meter) beyond the zero end which is subdivided in tenths or hundredths.
**Addis count** [PATH] A renal function test which estimates the blood cell count in a 12-hour urine specimen.
**Addison's disease** [MED] A primary failure or insufficiency of the adrenal cortex to secrete hormones.
**addition** [MATH] An operation by which two elements of a set are combined to yield a third; denoted +; usually reserved for the operation in an Abelian group or the group operation in a ring or vector space.
**addition agent** [PHYS CHEM] A substance added to a plating solution to change characteristics of the deposited substances.
**addition item** [COMPUT SCI] An item which is to be filed in its proper place in a computer.
**addition of complex quantities** [MATH] The combining of complex quantities in which the individual real parts and the individual imaginary parts are separately added.
**addition of vectors** [MATH] The combining of vectors in a prescribed way; for example, by algebraically adding corresponding components of vectors or by forming the third side of the triangle whose other sides each represent a vector. Also known as composition of vectors.
**addition polymer** [ORG CHEM] A polymer formed by the chain addition of unsaturated monomer molecules, such as olefins, with one another without the formation of a by-product, as water; examples are polyethylene, polypropylene, and polystyrene. Also known as addition resin.
**addition reaction** [ORG CHEM] A type of reaction of unsaturated hydrocarbons with hydrogen, halogens, halogen acids, and other reagents, so that no change in valency is observed and the organic compound forms a more complex one.
**addition record** [COMPUT SCI] A new record inserted into an updated master file.
**addition resin** *See* addition polymer.
**addition solid solution** [CRYSTAL] Random addition of atoms or ions in the interstices within a crystal structure.
**addition table** [COMPUT SCI] The part of memory that holds the table of numbers used in addition in a computer employing table look-up techniques to carry out this operation.
**additive** [MATER] **1.** A substance added to another to improve, strengthen, or otherwise alter it; for example, tetraethyllead added to gasoline to prevent engine knock. **2.** *See* admixture. [MATH] Pertaining to addition. [STAT] That property of a process in which increments of the dependent variable are independent for nonoverlapping intervals of the independent variable.
**additive function** [MATH] Any function which preserves addition, such as $f(x+y) = f(x) + f(y)$.
**additive level** [MATER] The total percentage of all the additives in an oil sample.
**additive primary colors** [OPTICS] The three colors, usually red, green, and blue, which are mixed together in an additive process.
**additive process** [OPTICS] The process of producing colors by mixing lights of additive primary colors in various proportions.
**additive set function** [MATH] A set function with the property that the value of the function at a finite union of disjoint sets is equal to the sum of the values at each set in the union.
**address** [COMPUT SCI] The number or name that uniquely identifies a register, memory location, or storage device in a computer.
**address computation** [COMPUT SCI] The modification by a computer of an address within an instruction, or of an instruction based on results obtained so far. Also known as address modification.
**address constant** [COMPUT SCI] A value, or its expression, used in the calculation of storage addresses from relative addresses for computers. Abbreviated ADCON. Also known as base address; presumptive address; reference address.
**address conversion** [COMPUT SCI] The use of an assembly program to translate symbolic or relative computer addresses.
**address counter** [COMPUT SCI] A counter which increments an initial memory address as a block of data is being transferred into the memory locations indicated by the counter.
**address field** [COMPUT SCI] The portion of a computer program instruction which specifies where a particular piece of information is located in the computer memory.
**address format** [COMPUT SCI] A description of the number of addresses included in a computer instruction.
**address-free program** [COMPUT SCI] A computer program in which all addresses are represented as displacements from the expected contents of a base register.
**address generation** [COMPUT SCI] An addressing technique which facilitates addressing large storages and implementing dynamic program relocation; the effective main storage address is obtained by adding together the contents of the base register of the index register and of the displacement field.
**addressing mode** [COMPUT SCI] The specific technique by means of which a memory reference instruction will be spelled out if the computer word is too small to contain the memory address.
**addressing system** [COMPUT SCI] A labeling technique used to identify storage locations within a computer system.
**address interleaving** [COMPUT SCI] The assignment of consecutive addresses to physically separate modules of a computer memory, making possible the very-high-speed access of a sequence of contiguously addressed words, since all modules operate nearly simultaneously.
**addressless instruction format** *See* zero address instruction format.
**address modification** *See* address computation.
**address part** [COMPUT SCI] That part of a computer instruction which contains the address of the operand, of the result, or of the next instruction.
**address register** [COMPUT SCI] A register wherein the address part of an instruction is stored by a computer.
**address sort routine** [COMPUT SCI] A debugging routine which scans all instructions of the program being checked for a given address.
**address track** [COMPUT SCI] A path on a magnetic tape, drum, or disk on which are recorded addresses used in the retrieval of data stored on other tracks.
**address translation** [COMPUT SCI] The assignment of actual locations in a computer memory to virtual addresses in a computer program.
**add-subtract time** [COMPUT SCI] The time required to perform an addition or subtraction, exclusive of the time required to obtain the quantities from storage and put the sum or difference back into storage.
**add time** [COMPUT SCI] The time required by a computer to perform an addition, not including the time needed to obtain the addends from storage and put the sum back into storage.
**add-to-memory technique** [COMPUT SCI] In direct-memory-access systems, a technique which adds a data word to a memory location; permits linear operations such as data averaging on process data.
**adduct** [CHEM] **1.** A chemical compound that forms from chemical addition of two species; for example, reaction of butadiene with styrene forms an adduct, 4-phenyl-1-cyclohexene. **2.** The complex compound formed by association of an inclusion complex.
**adduction** [PHYSIO] Movement of one part of the body toward another or toward the median axis of the body.

ADDENDUM




Drawing of the principal features of a gear tooth showing the addendum in relation to the other parts.