# *Hawley's Condensed Chemical Dictionary*

*ELEVENTH EDITION*

*Revised by*

N. Irving Sax
and
Richard J. Lewis, Sr.

VNR VAN NOSTRAND REINHOLD COMPANY
New York

Copyright © 1987 by Van Nostrand Reinhold Company Inc.

Library of Congress Catalog Card Number: 86-23333
ISBN: 0-442-28097-1

All rights reserved. Certain portions of this work copyright © 1930, 1920, 1919 by The Chemical Catalog Co., Inc. and 1981, 1977, 1971, 1966, 1956, 1950 by Van Nostrand Reinhold Company Inc. No part of this work covered by the copyright hereon may be reproduced or used in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without permission of the publisher.

Printed in the United States of America

Van Nostrand Reinhold Company Inc.
115 Fifth Avenue
New York, New York 10003

Van Nostrand Reinhold Company Limited
Molly Millars Lane
Wokingham, Berkshire RG11 2PY, England

Van Nostrand Reinhold
480 Latrobe Street
Melbourne, Victoria 3000, Australia

Macmillan of Canada
Division of Canada Publishing Corporation
164 Commander Boulevard
Agincourt, Ontario M1S 3C7, Canada

15 14 13 12 11 10 9 8 7 6 5 4 3

**Library of Congress Cataloging-in-Publication Data**

Condensed chemical dictionary.
Hawley's condensed chemical dictionary.

Rev. ed. of: The Condensed chemical dictionary.
10th ed./rev. by Gessner G. Hawley, 1981.
1. Chemistry—Dictionaries. I. Hawley, Gessner
Goodrich, 1905– II. Sax, N. Irving (Newton Irving)
III. Lewis, Richard J., Sr. IV. Title.
QD5.C5 1987 540'.3'21 86-23333
ISBN 0-442-28097-1

television cabinet backs, automotive components and machine housings, lighting equipment.

**styryl carbinol.** See cinnamic alcohol.

**suberane.** See cycloheptane.

**suberic acid.** (octanedioic acid).
CAS: 505-48-6. $HOOC(CH_2)_6COOH$.
Properties: Colorless crystals from water, mp 143C, bp 279C (100 mm) partially soluble in water and ether, soluble in alcohol. Combustible.
Derivation: Oxidation of oleic acid with nitric acid.
Use: Intermediate for the synthesis of drugs, dyes, and high polymers.

**suberone.** See cycloheptanone.

**sublimation.** The direct passage of a substance from solid to vapor without appearing in the intermediate (liquid) state. An example is solid carbon dioxide which vaporizes at room temperature; the conversion may also be from vapor to solid under appropriate conditions of temperature.

**subnuclear particle.** A particle either found in the nucleus or observed coming from the nucleus as the result of nuclear reaction or rearrangement, i.e., neutrons, mesons, etc.

**substance.** Any chemical element or compound. All substances are characterized by a unique and identical constitution and are thus homogeneous. "A material of which every part is like every other part is said to be homogeneous and is called a substance." (Black and Conant, "Practical Chemistry.")
See also homogeneous.

**substantive dye.** See direct dye.

**substituent.** An atom or radical that replaces another in a molecule as the result of a reaction. See substitution.

**substitute natural gas.** See synthetic natural gas.

**substitution.** The replacement of one element or radical by another as a result of a chemical reaction. Chlorination of benzene to produce chlorobenzene is a typical example; in this case a chlorine atom replaces a hydrogen atom in the benzene molecule.

**substrate.** (1) A substance upon which an enzyme or ferment acts. (2) Any solid surface on which a coating or layer of a different material is deposited.

**subtilin.** An antibiotic produced by the metabolic processes of a strain of Bacillus subtilis. It is a cyclic polypeptide similar to bacitracin in chemical structure and antibiotic activity, but not as important clinically. Subtilin is active against many gram-positive bacteria, some gram-negative cocci, and some species of fungi. It is a surface tension depressant and its antibiotic action is increased by use of wetting agents.
Properties: Soluble in water in pH range 2.0–6.0; soluble in methanol and ethanol (up to 80%), insoluble in dry ethanol or other common organic solvents. Relatively stable in acid solutions. Inactivated by pepsin and trypsin and destroyed by light.
Use: Seed disinfectant, bacteriostat in foods.

**succinaldehyde.** (butanedial). CAS: 638-37-9. $OHCCH_2CH_2CHO$.
Properties: Liquid, d 1.064 (20/4C), bp 169–170C, refr index 1.4254, soluble in water, alcohol, and ether. The name succinaldehyde is often incorrectly used in commerce as a synonym for succinic anhydride.

**succinic acid.** (butanedioic acid).
CAS: 110-15-6. $CO_2H(CH_2)_2CO_2H$.
Properties: Colorless crystals, slightly soluble in water, soluble in alcohol and ether, odorless, acid taste, d 1.552, mp 185C, bp 235C. Combustible.
Derivation: Fermentation of ammonium tartrate.
Grade: Technical, CP, FCC.
Use: Organic synthesis, manufacture of lacquers, dyes, esters for perfumes, photography, in foods as a sequestrant, buffer, neutralizing agent.

**succinic acid-2,2-dimethylhydrazide.**
(diaminozide).
$(CH_3)_2NNHCOCH_2CH_2COOH$.
Properties: White crystals, mp 155C, pH 3.8 (500 ppm), soluble in water, insoluble in simple hydrocarbons.
Use: Growth retardant used in greenhouses, retards premature fruit drop.

**succinic acid peroxide.** CAS: 123-23-9.
$(HOOCCH_2CH_2CO)_2O_2$.
Properties: Fine, white, odorless powder; mp 125C (decomposes). Moderately soluble in water, insoluble in petroleum solvents and benzene.
Hazard: Fire risk in contact with combustible materials, oxidizing agent. Toxic by ingestion and inhalation, irritant to skin.
Use: Polymerization catalyst, deodorants, antiseptics.