**Your Search Term(s)→** Product Name or No.: phosphoric acid

Product Name or No. Go
Within Results Advanced Help




**Refine Your Search**

**Products (110)** | **Related Information (153)** | Take a Tour

- Product Category
- Special Grade
- Brand
- Purity
- Formula Weight
- Boiling Point (°C)
- Melting Point (°C)
- pH Value
- Physical Form
- Color

Expand/Collapse all Your Feedback Sorting Options: Relevancy

**Ammonium magnesium phosphate hydrate** (1)

**Phosphate standard concentrate 1.00 g $PO_4^{3-}$** (1)

**Phosphate standard concentrate 10.00 g $PO_4^{3-}$** (1)

**Phosphoric acid** (28)

**Linear Formula:** $H_3PO_4$, **Formula Weight:** 98.00, **CAS Number:** 7664-38-2

| | |
|---|---|
| P5811 | **insect cell culture tested, 85%** (Sigma) |
| 466123 | **crystalline, 99.999+ %** (Sigma-Aldrich) |
| 452289 | **99.999+ %, ⩾85 wt. % in $H_2O$** (Sigma-Aldrich) |
| 345245 | **99.999%, 85 wt. % in $H_2O$** (Sigma-Aldrich) |
| 64957 | ***Trace*SelectUltra, for trace analysis, ⩾85% (T)** (Fluka) |
| 79614 | ***Trace*Select, for trace analysis, ⩾85% (T)** (Fluka) |
| 79608 | ***BioChemika Ultra*, for luminescence, ⩾85% (T)** (Fluka) |
| 79617 | ***BioChemika Ultra*, ⩾85% (T)** (Fluka) |
| 438081 | **ACS reagent, ⩾85 wt. % in $H_2O$** (Sigma-Aldrich) |
| 215104 | **ACS reagent, ⩾85 wt. % in $H_2O$** (Sigma-Aldrich) |
| 310271 | **reagent grade, crystalline, ⩾98%** (Sigma-Aldrich) |
| 61845 | **puriss. p.a., crystallized, ⩾99.0% (T)** (Fluka) |
| 79622 | **puriss. p.a., crystallized, ⩾99.0% (T)** (Fluka) |
| 79606 | **puriss. p.a., for HPLC, 85-90% (T)** (Fluka) |
| 17092 | **puriss. p.a. plus, ⩾85% (T)** (Fluka) |
| 79621 | **puriss. p.a., ACS reagent, packed in coated, shock- and leak-protected glass bottle, ⩾85% (T)** (Fluka) |
| 79620 | **puriss. p.a., ACS reagent, ⩾85% (T)** (Fluka) |
| 30417 | **puriss. p.a., ACS reagent, reag. ISO, reag. Ph. Eur., ⩾85%** (Riedel-de Haën) |
| 04102 | **puriss., ⩾99%** (Riedel-de Haën) |
| 04107 | **puriss., meets analytical specification of Ph. Eur., BP, NF, FCC, 85.0-88.0%** (Riedel-de Haën) |
| 79623 | **purum p.a., ⩾85% (T)** (Fluka) |
| 06082 | **purum p.a., ⩾85% (T)** (Fluka) |
| 40299 | **semiconductor grade VLSI PURANAL™ (Honeywell 17644)** (Riedel-de Haën) |
| 40278 | **semiconductor grade MOS PURANAL™ (Honeywell 17938)** (Riedel-de Haën) |
| 40266 | **semiconductor grade PURANAL™ (Honeywell 17861)** (Riedel-de Haën) |
| 40297 | **semiconductor grade VLSI PURANAL™ (Honeywell 17681), 85%** (Riedel-de Haën) |
| 24-2620 | **SAJ first grade, ⩾85.0%** (SAJ) |
| 24-2610 | **JIS special grade, ⩾85.0%** (SAJ) |

**Phosphoric acid solution** (6)

**2-Cyanoethyl phosphate barium salt dihydrate** (1)

**Bis(2-oxo-3-oxazolidinyl)phosphinic chloride** (2)

**Buffer solution HPCE pH 2.5** (2)

**Buffer solution HPCE pH 3.0** (1)

**Buffer solution HPCE pH 6.5** (1)

[1] 2 3 4 5 6

Results per page 10

Use of this web site constitutes your acceptance of the Site Use Terms

privacy | terms and conditions of sale | Business Development

*© 2006 Sigma-Aldrich Co. Reproduction forbidden without permission.*
*Sigma-Aldrich brand products are sold exclusively through Sigma-Aldrich, Inc. Best viewed in IE6 or higher*