SIGMA-ALDRICH Home

Register for additional site benefits. | Login | Your Profile | Order Center | Search | Support | Help

**Your Search Term(s)→** Product Name or No.: sulfuric acid

Product Name or No. Go

Within Results Advanced Help




**Refine Your Search**

**Products (118)** | **Related Information (103)** | Take a Tour

- Product Category
- Special Grade
- Brand
- Purity
- Formula Weight
- Boiling Point (°C)
- Melting Point (°C)
- Physical Form
- Color

Expand/Collapse all Your Feedback Sorting Options: Relevancy

**Methanolic $H_2SO_4$** (1)

**Sulfuric acid** (27)

**Linear Formula:** $H_2SO_4$, **Formula Weight:** 98.08, **CAS Number:** 7664-93-9

| | |
|---|---|
| 380075 | **purified by double-distillation** (Sigma-Aldrich) |
| 339741 | **99.999%** (Sigma-Aldrich) |
| 77239 | ***Trace*SelectUltra, ⩾95% (T)** (Fluka) |
| 84716 | ***Trace*Select, for trace analysis, ⩾95% (T)** (Fluka) |
| 320501 | **ACS reagent, 95.0-98.0%** (Sigma-Aldrich) |
| 258105 | **ACS reagent, 95.0-98.0%** (Sigma-Aldrich) |
| 435589 | **reagent grade, 95-98%** (Sigma-Aldrich) |
| 17025 | **puriss. p.a. plus, ⩾95% (T)** (Fluka) |
| 84719 | **puriss. p.a., ACS reagent, 95.0-98.0% (T)** (Fluka) |
| 30741 | **puriss. p.a., for determination of mercury, ACS reagent, reag. ISO, reag. Ph. Eur., 95-97%** (Riedel-de Haën) |
| 84718 | **puriss. p.a., packed in coated, shock- and leak-protected glass bottle, 95-97% (T)** (Fluka) |
| 84720 | **puriss. p.a., 95-97% (T)** (Fluka) |
| 30743 | **puriss. p.a., reag. ISO, reag. Ph. Eur., 95-97%** (Riedel-de Haën) |
| 52310 | **puriss. p.a., 95-97% (T)** (Fluka) |
| 84727 | **puriss. p.a., for the determination of nitrogen, ⩾97.5% (T)** (Fluka) |
| 07208 | **puriss., meets analytical specification of Ph. Eur., BP, 95-97%** (Riedel-de Haën) |
| 84721 | **purum p.a., 95-97% (T)** (Fluka) |
| 40316 | **semiconductor grade ULSI PURANAL™ (Honeywell 17000)** (Riedel-de Haën) |
| 40306 | **semiconductor grade VLSI PURANAL™ (Honeywell 17611)** (Riedel-de Haën) |
| 40254 | **semiconductor grade PURANAL™ (Honeywell 17831)** (Riedel-de Haën) |
| 433217 | **⩾97.5%, AR grade** (Aldrich) |
| 433225 | **⩾97.5%, AR grade** (Aldrich) |
| 28-5900 | **SAJ first grade, ⩾95.0%** (SAJ) |
| 28-5880 | **⩾97.0%, SAJ super special grade** (SAJ) |
| 28-5920 | **90.0-91.0%** (SAJ) |
| 28-5911 | **⩾97.0%, suitable for determination of toxic metals** (SAJ) |
| 28-5890 | **JIS special grade, ⩾95.0%** (SAJ) |

**Sulfuric acid (1+1)** (1)

**Sulfuric acid (1+2)** (1)

**Sulfuric acid solution** (23)

**2-Aminoethyl hydrogen sulfate** (1)

**Bis(trimethylsilyl) sulfate** (1)

**Diethyl sulfate** (3)

**Dimethyl sulfate** (7)

**Sulfate standard concentrate 10.00 g $SO_4^{2-}$** (1)

[1] 2 3 4 ▶

Results per page 10

Use of this web site constitutes your acceptance of the Site Use Terms

privacy | terms and conditions of sale | Business Development

*© 2006 Sigma-Aldrich Co. Reproduction forbidden without permission.*
*Sigma-Aldrich brand products are sold exclusively through Sigma-Aldrich, Inc. Best viewed in IE6 or higher*