**Your Search Term(s)→** Product Name or No.: ammonium phosphate

Product Name or No. Go

Within Results Advanced Help




**Refine Your Search**

**Products (54)** | **Related Information (467)** | Take a Tour

- Product Category
- Special Grade
- Brand
- Purity
- Formula Weight
- Melting Point (°C)
- pH Value

Expand/Collapse all    Your Feedback    Sorting Options: Relevancy

**Ammonium phosphate dibasic** (10)

**Linear Formula:** $(NH_4)_2HPO_4$, **Formula Weight:** 132.06, **CAS Number:** 7783-28-0

| | |
|---|---|
| 379980 | **99.99+ %** (Sigma-Aldrich) |
| 215996 | **ACS reagent, ⩾98%** (Sigma-Aldrich) |
| A5764 | **reagent grade, ⩾98.0%** (Sigma-Aldrich) |
| 09839 | ***BioChemika Ultra*, ⩾99.0% (T)** (Fluka) |
| 09840 | **puriss. p.a., ⩾99.0% (T)** (Fluka) |
| 30402 | **puriss. p.a., ACS reagent, reag. Ph. Eur., ⩾99% (alkalimetric)** (Riedel-de Haën) |
| 09842 | **purum p.a., ⩾98.0% (T)** (Fluka) |
| 04211 | **puriss., meets analytical specification of NF, 99-102%** (Riedel-de Haën) |
| 01-4950 | **SAJ first grade, 98.5-101.0%** (SAJ) |
| 01-4940 | **JIS special grade, ⩾99.0%** (SAJ) |

**Ammonium dihydrogenphosphate** (1)

**Ammonium phosphate dibasic 0.1M – TRIS hydrochloride pH 8.5; 0.1M – Polyethylene glycol 6000 12% (w/v) solution** (1)

**Ammonium phosphate dibasic solution** (1)

**Linear Formula:** $(NH_4)_2HPO_4$, **Formula Weight:** 132.06, **CAS Number:** 7783-28-0

| | |
|---|---|
| 70705 | ***BioChemika Ultra*, 2.5 M in $H_2O$** (Fluka) |

**Ammonium phosphate dibasisch 0.1M – TRIS hydrochloride pH 8.5; 0.1M – Sodium phosphate dibasisch 0.5M – Kalium phosphate dibasisch 0.5M solution** (1)

**Ammonium phosphate monobasic** (12)

**Ammonium phosphate monobasic 0.26 M – Glycerol 35% (v/v) solution** (1)

**Ammonium phosphate monobasic 0.2M – TRIS-HCl pH 8.5; 0.1M – 2-Methyl-2,4-pentanediol 50% (v/v) solution** (1)

**Ammonium phosphate monobasic 0.4M solution** (1)

**Ammonium phosphate monobasic solution** (1)

[1] 2 3 ▶

Results per page 10

Use of this web site constitutes your acceptance of the Site Use Terms

privacy | terms and conditions of sale | Business Development

*© 2006 Sigma-Aldrich Co. Reproduction forbidden without permission.*
*Sigma-Aldrich brand products are sold exclusively through Sigma-Aldrich, Inc. Best viewed in IE6 or higher*