SIGMA-ALDRICH Home



**Your Search Term(s)→** Product Name or No.: calcium sulfate

Product Name or No. Go

Within Results Advanced Help

Reserve Your Copy Today!
14th Edition Merck Index
Book Purchase Includes:
- Free text searchable CD-ROM & one year subscription to the Merck Index Internet Edition.
Free CD-ROM!

**Refine Your Search**

- Product Category
- Special Grade
- Brand
- Purity
- Formula Weight
- pH Value
- Physical Form

**Products (27)** | **Related Information (375)** | Take a Tour

Expand/Collapse all Your Feedback Sorting Options: Relevancy

**Calcium sulfate** (2)

**Linear Formula:** $CaSO_4$, **Formula Weight:** 136.14, **CAS Number:** 7778-18-9

| | |
|---|---|
| 255696 | **99.99+ %** (Aldrich) |
| 237132 | **−325 mesh, 99%** (Sigma-Aldrich) |

**Calcium sulfate dihydrate** (10)

**Calcium sulfate hemihydrate** (3)

**Drierite®** (5)

**Drierite®** (7)

[1]

Results per page 10

Use of this web site constitutes your acceptance of the Site Use Terms

privacy | terms and conditions of sale | Business Development

*© 2006 Sigma-Aldrich Co. Reproduction forbidden without permission.*
*Sigma-Aldrich brand products are sold exclusively through Sigma-Aldrich, Inc. Best viewed in IE6 or higher*