SIGMA-ALDRICH Home



**Your Search Term(s)→** Product Name or No.: calcium phosphate

Product Name or No. Go

Within Results Advanced Help

Reserve Your Copy Today!
14th Edition Merck Index
Book Purchase Includes:
- Free text searchable CD-ROM
& one year subscription to the
Merck Index Internet Edition.
Free CD-ROM!

**Refine Your Search**

- Product Category
- Special Grade
- Brand
- Purity
- Formula Weight
- Melting Point (°C)
- Physical Form

**Products (40)** | **Related Information (970)** | Take a Tour

Expand/Collapse all Your Feedback Sorting Options: Relevancy

**Calcium dihydrogenphosphate** (1)

**Calcium hydrogenphosphate dihydrate** (1)

**Calcium phosphate** (2)

**Calcium phosphate** (1)

**Calcium phosphate dibasic** (4)

**Linear Formula:** $CaHPO_4$, **Formula Weight:** 136.06, **CAS Number:** 7757-93-9

| | |
|---|---|
| C7263 | **98.0-105.0%** (Sigma) |
| C8606 | **meets USP testing specifications** (Sigma-Aldrich) |
| 21177 | **puriss. p.a., anhydrous, >98.5% (KT)** (Fluka) |
| 21179 | **purum, anhydrous, ≥97.0% (KT)** (Fluka) |

**Calcium phosphate tribasic** (3)

**Calcium phosphate dibasic dihydrate** (3)

**Calcium phosphate monobasic** (1)

**Calcium phosphate monobasic monohydrate** (2)

**Calcium Phosphate Transfection Kit** (1)

[1] 2 3 ▶

Results per page 10

Use of this web site constitutes your acceptance of the Site Use Terms

privacy | terms and conditions of sale | Business Development

*© 2006 Sigma-Aldrich Co. Reproduction forbidden without permission.*
*Sigma-Aldrich brand products are sold exclusively through Sigma-Aldrich, Inc. Best viewed in IE6 or higher*