SIGMA-ALDRICH Home

Register for additional site benefits. | Login | Your Profile | Order Center | Search | Support | Help

**Your Search Term(s)→** Product Name or No.: calcium phosphate

Product Name or No. Go

Within Results Advanced Help




**Refine Your Search**

- Product Category
- Special Grade
- Brand
- Purity
- Formula Weight
- Melting Point (°C)
- Physical Form

**Products (40)** **Related Information (970)** Take a Tour

Expand/Collapse all Your Feedback Sorting Options: Relevancy

**Calcium dihydrogenphosphate** (1)

**Calcium hydrogenphosphate dihydrate** (1)

**Calcium phosphate** (2)

**Calcium phosphate** (1)

**Calcium phosphate dibasic** (4)

**Calcium phosphate tribasic** (3)

**Calcium phosphate dibasic dihydrate** (3)

**Calcium phosphate monobasic** (1)

**Linear Formula:** $Ca(H_2PO_4)_2$, **Formula Weight:** 234.05

C8017 **≥95%** (Sigma)

**Calcium phosphate monobasic monohydrate** (2)

**Linear Formula:** $Ca(H_2PO_4)_2 \cdot H_2O$, **Formula Weight:** 252.07, **CAS Number:** 7758-23-8

21053 **purum p.a., ≥85% (KT)** (Fluka)
05-0950 **SAJ special grade, ≥90.0%** (SAJ)

**Calcium Phosphate Transfection Kit** (1)

[1] 2 3

Results per page 10

Use of this web site constitutes your acceptance of the Site Use Terms

privacy | terms and conditions of sale | Business Development

*© 2006 Sigma-Aldrich Co. Reproduction forbidden without permission.*
*Sigma-Aldrich brand products are sold exclusively through Sigma-Aldrich, Inc. Best viewed in IE6 or higher*