**Your Search Term(s)→** Product Name or No.: trisodium phosphate

Product Name or No. Go
Within Results Advanced Help




**Refine Your Search**

- Product Category
- Special Grade
- Brand
- Purity
- Formula Weight
- pH Value
- Physical Form

**Products (20)** | **Related Information (51)** | Take a Tour

Expand/Collapse all Your Feedback Sorting Options: Relevancy

**Sodium phosphate** (2)

**Linear Formula:** $Na_3PO_4$, **Formula Weight:** 163.94, **CAS Number:** 7601-54-9

| | |
|---|---|
| 342483 | **96%** (Aldrich) |
| 28-3860 | **SAJ first grade, ⩾97.0%** (SAJ) |

**Sodium phosphate dodecahydrate** (4)

**Sodium phosphate tribasic** (1)

**Linear Formula:** $Na_3PO_4$, **Formula Weight:** 163.94, **CAS Number:** 7601-54-9

| | |
|---|---|
| 04278 | **puriss., anhydrous, ⩾94%** (Riedel-de Haën) |

**Sodium phosphate tribasic dodecahydrate** (6)

**Sodium phosphate tribasic hexahydrate** (1)

**6-Phosphogluconic acid trisodium salt** (3)

**D-Luciferin 6′-O-phosphate trisodium salt** (2)

**2-Phospho-L-ascorbic acid trisodium salt** (1)

[1]

Results per page 10

Use of this web site constitutes your acceptance of the Site Use Terms

privacy | terms and conditions of sale | Business Development

*© 2006 Sigma-Aldrich Co. Reproduction forbidden without permission.*
*Sigma-Aldrich brand products are sold exclusively through Sigma-Aldrich, Inc. Best viewed in IE6 or higher*