# THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE

# THE AMERICAN HERITAGE ONARY OF THE ENGLISH LANGUAGE

WILLIAM MORRIS, Editor

Published by

HOUGHTON MIFFLIN COMPANY / BOSTON
ATLANTA / DALLAS / GENEVA, ILLINOIS / HOPEWELL, NEW JERSEY / PALO ALTO

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the publishers' opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

© 1969, 1970, 1971, 1973, 1975, 1976, 1978 by Houghton Mifflin Company
All correspondence and inquiries should be directed to
Dictionary Division, Houghton Mifflin Company
One Beacon Street, Boston, Massachusetts 02107

All rights reserved under Bern and Pan-American Copyright Conventions

ISBN: 0-395-20360-0 (new college edition; thumb-indexed)
0-395-20359-7 (new college edition; plain edges)
0-395-24575-3 (high-school edition)
0-395-09066-0 (larger-format edition)

Library of Congress Catalog Card Number 76–86995

Manufactured in the United States of America

Computer-composed by Inforonics, Inc.
in Maynard, Massachusetts

exhibition of such animals and plants. [From Latin *aquārius*, of water, from *aqua*, water. See **akwā-** in Appendix.*]

**A·quar·i·us** (ə-kwâr′ē-əs) *n.* **1.** A constellation in the equatorial region of the Southern Hemisphere near Pisces and Aquila. **2.** The 11th sign of the **zodiac** *(see)*. Also called the "Water Bearer." [Middle English, from Latin : AQUA + -ARY.]

**a·quat·ic** (ə-kwŏt′ĭk, ə-kwăt′-) *adj.* **1.** Living or growing in or on the water. **2.** Taking place in or on the water. —*n.* **1.** An aquatic organism. **2.** *Plural.* Sports performed in or on the water. [Old French *aquatique*, from Latin *aquāticus*, from *aqua*, water. See **akwā-** in Appendix.*]

**aq·ua·tint** (ăk′wə-tĭnt′, ä′kwə-) *n.* **1.** A process of etching capable of producing several tones by varying the etching time of different areas of a copper plate so that the resulting print resembles the flat tints of an ink or wash drawing. **2.** An etching made in this way. —*tr.v.* **aquatinted, -tinting, -tints.** To etch in aquatint. [French *aquatinte*, from Italian *acqua tinta*, "tinted water," watercolor, hence aquatint etching (which imitates watercolor) : *acqua*, water (see **aquarelle**) + *tinta*, tinted, from Latin *tincta*, feminine of *tinctus*, dyed (see **tint**).]



Aquarius

**a·qua·vit** (ä′kwə-vēt′) *n.* A strong, clear Scandinavian liquor, distilled from potato or grain mash and flavored with caraway seed. [Swedish, Danish, and Norwegian *akvavit*, from Medieval Latin *aqua vītae*, "water of life."]

**aqua vi·tae** (vī′tē). **1.** Alcohol. **2.** Whiskey, brandy, or other strong liquor. [Middle English *aquavite*, from Medieval Latin *aqua vītae*, "water of life."]

**aq·ue·duct** (ăk′wə-dŭkt′) *n.* **1.** A conduit designed to transport water from a remote source, usually by gravity. **2.** An elevated structure supporting a conduit or canal passing over a river or low ground. **3.** *Anatomy.* A fluid channel or passage. [Latin *aquae ductus* : *aquae*, genitive of *aqua*, AQUA + DUCT.]

**a·que·ous** (ā′kwē-əs, ăk′wē-) *adj.* **1.** Pertaining to, similar to, containing, or dissolved in water; watery. **2.** Formed from matter deposited by water, as certain sedimentary rocks. [Medieval Latin *aqueus*, from Latin *aqua*, water, AQUA.]

**aqueous humor.** A clear, lymphlike fluid in the chamber of the eye between the cornea and the lens.


**aqueduct**
Roman aqueduct in Segovia, Spain

**aqui–.** Indicates water; for example, **aquiculture.** [Latin, from *aqua*, water. See **akwā-** in Appendix.*]

**aq·ui·cul·ture** (ăk′wĭ-kŭl′chər, ä′kwĭ-) *n.* A method of plant cultivation, **hydroponics** *(see)*. —**aq′ui·cul′tur·al** *adj.*

**A·quid·neck.** The former name for the island of **Rhode Island.**

**aq·ui·fer** (ăk′wə-fər, ä′kwə-) *n.* A water-bearing rock, rock formation, or group of formations. [AQUI- + -FER.] —**a·quif′er·ous** (ă-kwĭf′ər-əs) *adj.*

**Aq·ui·la** (ăk′wə-lə) *n.* A constellation in the Northern Hemisphere and the Milky Way near Aquarius and Serpens Cauda. [Latin *aquila*, EAGLE.]

**aq·ui·le·gi·a** (ăk′wə-lē′jē-ə, -lē′jə) *n.* Any plant of the genus *Aquilegia;* a columbine. [New Latin, from Medieval Latin *aquilēgia, aquilēja*†, columbine.]

**aq·ui·line** (ăk′wə-lĭn′, -lĭn) *adj.* **1.** Of or similar to an eagle. **2.** Curved or hooked like an eagle's beak: *an aquiline nose.* [Latin *aquilīnus*, from *aquila*, eagle. See **eagle.**]

**A·qui·nas** (ə-kwī′nəs), **Saint Thomas.** 1225–1274. Italian Dominican monk, philosopher, and theologian.



Aquila

**Aq·ui·taine** (ăk′wə-tān′). A historical region of southwestern France, lying between the Pyrenees and the Garonne River.

**ar.** Variant of **are** (surface measure).

**–ar.** Used to form adjectives meaning like, pertaining to, or of the nature of; for example, **titular, polar, astylar.** [Middle English *-ar, -er*, from Old French *-er*, from Latin *-āris*, dissimulated alteration (after bases ending in **l**) of *-ālis*, -AL.]

**Ar** The symbol for the element argon.

**AR 1.** account receivable. **2.** Arkansas (with Zip Code).

**ar.** arrival; arrive.

**Ar. 1.** Arabia; Arabian. **2.** Arabic. **3.** Aramaic.

**A.R. 1.** Airman Recruit. **2.** army regulation.

**A/R** account receivable.

**A·ra** (ā′rə) *n.* A constellation in the Southern Hemisphere near the constellations Norma and Telescopium. [Latin *āra*, altar. See **as-** in Appendix.*]

**Ar·ab** (ăr′əb) *n.* **1.** A native or inhabitant of Arabia. **2.** Any of a Semitic people originally from Arabia, but later widely scattered throughout the Near East, North Africa, and the Arabian Peninsula. **3.** Loosely, any of a nomadic people living in North African and Near Eastern desert regions. **4.** Any of a breed of swift, intelligent, graceful horses native to Arabia. **5.** A street Arab; waif. —*adj.* Arabian. [Middle English, from Latin *Arabs*, from Greek *Arabs, Araps*, from Arabic *'arab*.]


**Saint Thomas Aquinas**
Painting by Fra Angelico

**Arab. 1.** Arabia; Arabian. **2.** Arabic.

**ar·a·besque** (ăr′ə-bĕsk′) *n.* **1.** A complex and ornate design of intertwined floral, foliate, and geometrical figures. **2.** *Ballet.* A position in which the dancer stands on one leg, the other leg extended backward with straight knee, and with the arms disposed in any of the various conventional positions. —*adj.* Relating to, in the fashion of, or formed as an arabesque. [French, from Italian *arabesco*, "made or done in the Arabic fashion," from *Arabo*, Arab, from Latin *Arabus, Arabs*, ARAB.]

**A·ra·bi·a** (ə-rā′bē-ə). *Abbr.* **Ar., Arab.** A peninsula of southwestern Asia, about one million square miles in area, lying between the Red Sea and the Persian Gulf and including Saudi Arabia, Yemen, and Southern Yemen, as well as a number of sheikdoms. Also called "Arabian Peninsula."

**A·ra·bi·an** (ə-rā′bē-ən) *adj. Abbr.* **Ar., Arab.** Of or concerning Arabia or the Arabs; Arab. —*n.* **1.** A native or inhabitant of Arabia. **2.** A horse of a breed native to Arabia; Arab.

**Arabian camel.** The **dromedary** *(see)*.

**Arabian Desert.** The desert in Egypt between the Nile Valley and the Red Sea.

**Arabian primrose.** A plant, *Arnebia cornuta*, native to the Orient, having orange flowers spotted with black.

**Arabian Sea.** That part of the Indian Ocean bounded by eastern Africa, Arabia, and western India.

**Ar·a·bic** (ăr′ə-bĭk) *adj.* Of or pertaining to Arabia, the Arabs, their language, or their culture. —*n. Abbr.* **Ar., Arab. 1.** The Southwest Semitic language of the Arabs, now spoken in a variety of dialects chiefly in Arabia, Jordan, Syria, Iraq, Palestine, Egypt, and parts of northern Africa. **2.** The literary language of the Koran, as employed in most formal usage in Arabic-speaking countries; classical Arabic.

**Arabic numerals.** The numerical symbols 1, 2, 3, 4, 5, 6, 7, 8, 9, and 0.

**Ar·ab·ist** (ăr′ə-bĭst) *n.* A specialist in the Arabic language or culture.

**ar·a·ble** (ăr′ə-bəl) *adj.* Fit for cultivation. —*n.* Arable land. [Middle English, from Old French, from Latin *arābilis*, from *arāre*, to plow. See **arə-** in Appendix.*]

**Arab League.** A confederation formed in 1945 by Iraq, Jordan, Lebanon, Saudi Arabia, Egypt, Syria, and Yemen. They were joined in 1959 by Libya, Morocco, Sudan, and Tunisia, and in 1961 by Kuwait.

**Arab Republic of Egypt.** See **Egypt.**

**Ar·a·by** (ăr′ə-bē). *Poetic.* Arabia.

**A·ra·ca·jú** (ä′rä-kä-zhōō′). The capital of Sergipe State, northeastern Brazil, a seaport on the Atlantic. Population, 113,000.

**A·rach·ne** (ə-răk′nē). *Greek Mythology.* A maiden who was transformed into a spider by Athena for challenging her to a weaving contest. [Latin *Arachnē*, from Greek *Arakhnē*, from *arakhnē*†, spider.]

**a·rach·nid** (ə-răk′nĭd) *n.* Any of various arthropods of the class Arachnida, such as a spider, scorpion, mite, or tick, characteristically having four pairs of legs. [New Latin *Arachnida*, from Greek *arakhnē*, spider, ARACHNE.] —**a·rach′ni·dan** (ə-răk′nə-dən) *adj.* & *n.*

**a·rach·noid** (ə-răk′noid′) *adj.* **1.** Resembling a spider's web. **2.** Of or relating to the arachnids. **3.** Covered with or consisting of thin, soft, entangled hairs like those of a cobweb. —*n.* **1.** An arachnid. **2.** A delicate membrane of the spinal cord and brain, lying between the pia mater and dura mater. [New Latin *arachnoides*, from Greek *arakhnoeidēs*, cobweblike : *arakhnē*, spider, ARACHNE + -OID.]

**A·rad** (ä-räd′). A city in western Rumania, on the Mures River. Population, 115,000.

**A·ra·fu·ra Sea** (ä′rə-fōō′rə). A part of the western Pacific Ocean between New Guinea and Australia.

**A·ra·gats, Mount.** See Mount **Alagez.**

**Ar·a·gon** (ăr′ə-gŏn′). *Spanish* **Ar·a·gón** (ä′rä-gōn′). A region of northeastern Spain, formerly an independent kingdom.

**Ar·a·go·nese** (ăr′ə-gə-nēz′, -nēs′) *adj.* Of or pertaining to Aragon, its inhabitants, language, or culture. —*n., pl.* **Aragonese. 1.** A native or inhabitant of Aragon. **2.** The Spanish dialect spoken in Aragon.

**a·rag·o·nite** (ə-răg′ə-nīt′, ăr′ə-gə-) *n.* An orthorhombic mineral form of crystalline calcium carbonate, dimorphous with calcite. [First found in ARAGON.]

**A·ra·guai·a** (ăr′ä-gwī′ä). Also **A·ra·guay·a.** A river of Brazil, rising in south-central Mato Grosso state and flowing 1,100 miles generally north to the Tocantins River.

**A·ra·kan Yo·ma** (ä-rä-kän′ yō′mä). A range of mountains in Burma, extending about 800 miles and separating Burma from the Republic of India and East Pakistan.

**Ar·al Sea** (ăr′əl). *Russian* **A·ral·sko·ye Mo·re** (ŭ-räl′y′-skə-yə mô′ryə). An inland sea of the Soviet Union, occupying 24,500 square miles 175 miles east of the Caspian Sea, with which it was once connected. Also called "Lake Aral."

**Ar·am.** A Biblical name for ancient Syria.

**Ar·a·ma·ic** (ăr′ə-mā′ĭk) *n. Abbr.* **Ar., Aram.** A Northwest Semitic language used as the commercial lingua franca for nearly all of southwestern Asia after about 300 B.C. Compare **Biblical Aramaic.** —**Ar′a·ma′ic** *adj.*

**Ar·a·me·an, Ar·a·mae·an** (ăr′ə-mē′ən) *adj.* Of or pertaining to Aram, its inhabitants, language, or culture. —*n.* **1.** A native or inhabitant of Aram. **2.** The Aramaic language.

**Ar·an Islands** (ăr′ən). Three islands at the entrance to Galway Bay, off the southwest coast of County Galway, Ireland.

**A·ran·sas Pass** (ə-răn′səs). A channel in southern Texas leading from the Gulf of Mexico to the Gulf Intracoastal Waterway near Corpus Christi.

**A·rap·a·ho** (ə-răp′ə-hō′) *n., pl.* **Arapaho** or **-hos.** Also **A·rap·a·hoe. 1.** A tribe of Algonquian-speaking North American Indians formerly centered in the area of the Platte and Arkansas rivers, now settled in Oklahoma and Wyoming. **2.** A member of this tribe. **3.** The language of this tribe. [Crow *aa-raxpé-ahu*, "tatto" : *aa-*, with + *raxpé*, skin + *-ahu*, many.]

**ar·a·pai·ma** (ăr′ə-pī′mə) *n.* A large South American freshwater food fish, *Arapaima gigas*, sometimes attaining a length of 15 feet. Also called "pirarucú." [Spanish, probably from Tupi.]

**Ar·a·rat, Mount** (ăr′ə-răt′). *Turkish* **A·ğri Da·ği** (ä′rē dä-ē′). The highest mountain in Turkey (16,945 feet), in the extreme eastern part of the country.

**ar·a·ro·ba** (ăr′ə-rō′bə) *n.* **1.** A Brazilian tree, *Andira araroba*, having yellowish wood from which a medicinal powder is obtained. **2.** The powder itself, found in cavities in the wood. In this sense, also called "Goa powder." See **chrysarobin.** [Portuguese, probably from Tupi : *arara*, parrot + *yba*, tree.]

**A·ras** (ä-räs′). *Russian* **A·raks** (ŭ-räks′). Ancient name **A·rax·es**

*Third Enlarged Edition*

# CONCISE CHEMICAL and TECHNICAL DICTIONARY

*Edited by*
**H. Bennett, F.A.I.C.**
*B. R. Laboratory*
*Miami Beach, Florida, 33140, U. S. A.*

**1 9 7 4**
**CHEMICAL PUBLISHING CO., INC.**
**200 Park Avenue South New York, N. Y. 10003**

© 1974

CHEMICAL PUBLISHING CO., INC.
NEW YORK N. Y.

*Printed in the United States of America*

. Aluminum salt wax emul-

Oxycholesterin absorption

Synthetic alkyd resin dis- aqueous medium; used on rfaces.
(nitro hydrochloric acid; otic acid; chloro nitrous acid; iatic acid). Mixture of four ydrochloric acid with one part acid; dissolves gold and noble ving to the presence of free

GB. Modified glyceryl borate; sp.gr. 1.44[22]; s.w. used as lub- l plasticizer.
. Sodium lauryl and myristyl used as wetting agents, for g rubber latex.
Sodium isopropyl-naphtha- onic acid; tan powd.; sp.gr. d for stabilizing rubber latex rene latex.
DL. Aqueous yellow paste h sodium octadecenyl; sp.gr. d as a lubricant, wetting agent r products.
MO. Aqueous solution of ium sulfated methyl oleate; l.; sp.gr. 1.08; used as a com- agent in rubber and Neoprene

." Anionic and cationic rolytes.
(Dichlotride). Hydrochloro-

' Paraffin wax emulsion and n salt.
. Paraffin wax aluminum salt

Highly-sulfonated castor oil.
A. Vitamin A.
Phosphorus pentoxide.
rse." Color dispersions.
se Drops." Vitamin A,C,D,

ng. Strong ammonia water.
obalt drier.
alt of an aquo acid.
'Aquasec; Proofit). Paraffin lsion with or without aluminum used for waterproofing textiles.
it. Sulfated boro fatty acid used as detergent for textiles.
See endothall.
Change from the acido to the m.
ol. Glyceryl monostearate; l.; m.p. 40; used in cosmetics.
Vinyl acetate-ethylene copoly- ilsion.

**"Aquaze" 30.** Vinyl acetate-ethylene copolymer emulsion.
**Aquazinc.** Dispersion of zinc stearate in water; a lubricant.
**"Aquazine" 88.** Fatty hydrazinium chloride.
**Aquazym.** Alpha amylase.
**aqueo-.** Aqueous.
**aqueous.** Water solution.
**aqueous phase.** See water phase.
**aqueous tension.** Water vapor pressure at a given temperature over pure water or an aqueous solution.
**aquic acid.** Theoretical acid $H_{10}(H_2O_6)$.
**aquifer.** Ground stratum which bears water in recoverable quantity.
**"Aquilon."** Alkyl dimethyl benzyl ammonium chloride.
**Aquagel.** Bentonite.
**aquinidine.** See cinchonidine.
**aquo-ammono acid.** Acid belonging to both oxygen and nitrogen systems, *e.g.*, $CH_3C(NH)OH$.
**aquo-ammono ester.** Alkyl or aryl derivative of aquo-ammono acids, *e.g.*, methyl urea.
**aquo-ammono salt.** Salt of aquo-ammono acid, *e.g.*, $CH_3COHNK$.
**aquobasic ammonobasic mercury chloride (ic)** (chloride of Millon's base). HO-HgNHHgCl; m.w. 468.70; pa.-yel. or wh. powd.; s.w.; s.HCl; $s.HNO_3$.
**aquobasic ammonobasic mercury (ic) iodide** (iodide of Millon's base). HO-HgNHHgI; m.w. 560.16; yel. to br.; i.w.; s.HCl with decomposition.
**aquobasic salt.** Salt formed by hydrolysis, *e.g.*, aquobasic lead chloride, HO-PbCl.
**Aquoid.** Colloidal carbon black.
**aquolysis.** Conversion of petroleum oil, by water, heat and pressure to lighter products such as gas.
**aquo-pentachloro potassium ruthenite.** $K_2Ru(H_2O)Cl_5$; m.w. 375.20; rose pr.; m.p. $-H_2O$ 200; s.w.; sl.s.al.
**AQX 102-182.** Ethoxylated amines.
**AQX 222, 238, 259.** Nonylphenol ethoxylates.
**AQX 303-87.** Ethoxylated fatty and alkyl naphthenic acids.
**AQX 400-19.** Ethoxylated lauryl and tridecyl alcohols.
**AQZ 807-878.** Benzylchloride and tertiary amines.
**Ar.** Aryl or aromatic group.
**A.R.** Analytical grade reagent.
**ARA.** Agricultural Research Administration.
**araban.** Hemicellulose, found in wood; yields arabinose on hydrolysis.
**arabic gum.** See gum arabic.
**$\alpha$-arabinose** (*d* or *l*). $C_5H_{10}O_5$; m.w. 150.08; rhomb. pr.; m.p. 159.5; s.w.; s.al.
***dl*-arabinose** (pectinose; pectin sugar). $C_5H_{10}O_5$; m.w. 150.08; col. rhomb.; m.p. 164.5; s.w.; s.al.
**arabinose diphenylhydrazone.** $C_5H_{10}O_4$-$NN(C_6H_5)_2$; m.w. 316.17; col. need.; m.p. 197-204; s.w.; s.al.
**arabite.** See *d*-arabitol.
***d*-arabitol** (arabite; 1,2,3,4,5-pentanepentol [one form]). $C_5H_7(OH)_5$; m.w. 152.09; col. warts or pr.; m.p. 103; s.w.; s.al.
**arabonic acid** ($\alpha$, $\beta$, $\gamma$, $\delta$-tetrahydroxyvaleric acid [one form]). $CH_2OH$-$(CHOH)_3COOH$; m.w. 166.08; cr. or syr.; m.p. 89; s.w.
**arachain.** Proteolytic enzyme found in peanuts.
**arachic acid.** See arachidic acid.
**arachic alcohol.** See 1-eicosanol.
**arachidic acid** (eicosanoic acid; arachic acid; *n*-eicosoic acid). $CH_3(CH_2)_{18}CO$-OH; m.w. 312.31; lust. sc.; m.p. 76.3; b.p. 328; i.w.; s.al.
**arachidonic acid.** $C_{20}H_{32}O_2$; m.w. 304.45; fatty acid, found in lecithin, contg. four double bonds; obtained from brain, pig liver.
**arachin** (triarachin). $C_3H_5(O.C_{20}H_{39}O)_3$; compound occurring in arachis, rape oils, butter fat.
**arachine.** $C_5H_{13}ON_2$; m.w. 117.12; ylsh.-gr. visc. alkaloid; s.w.; s.al.
**arachis oil.** See peanut oil.
**arachnoid.** Cob-web-like.
**Aracide.** See Aramite.
**Aracite.** Mixture of sodium sulfite and sodium bisulfite.
**Aradite.** Anhydrite pigment.
**aragonite.** $CaCO_3$; col., wh., yel., redsh., blsh. or blk. rhomb. min.; sp.gr. 2.85-2.94; hardness 3.5-4.0.
**Arago spot.** Bright point at the center of the circular shadow of a sphere in light from a point source.
**Aralac.** See casein synthetic fiber.
**Araldite Accelerator 064,066.** DMP.
**Araldite CY 182,183.** Diglycidylester cycloaliphatic resins.
**Araldite DP 24.** Epoxy emulsion.
**Araldite DP-461.** Bromine containing epoxy resin.
**Araldite Hardener DP-149,150.** Polyfunctional aromatic amine.
**Araldite Hardener 901.** Phthalic anhydride.
**Araldite Hardener 906.** Methylendo anhydride.
**Aralen.** 7- chloro-4- (4- diethyl-amino-1-methyl-butyl-amino) quinoline diphosphate.