# THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE

# THE AMERICAN HERITAGE

# ONARY

# OF THE ENGLISH LANGUAGE

WILLIAM MORRIS, Editor

Published by

HOUGHTON MIFFLIN COMPANY / BOSTON
ATLANTA / DALLAS / GENEVA, ILLINOIS / HOPEWELL, NEW JERSEY / PALO ALTO

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the publishers' opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

© 1969, 1970, 1971, 1973, 1975, 1976, 1978 by Houghton Mifflin Company
All correspondence and inquiries should be directed to
Dictionary Division, Houghton Mifflin Company
One Beacon Street, Boston, Massachusetts 02107

All rights reserved under Bern and Pan-American Copyright Conventions

ISBN: 0-395-20360-0 (new college edition; thumb-indexed)
0-395-20359-7 (new college edition; plain edges)
0-395-24575-3 (high-school edition)
0-395-09066-0 (larger-format edition)

Library of Congress Catalog Card Number 76–86995

Manufactured in the United States of America

Computer-composed by Inforonics, Inc.
in Maynard, Massachusetts

Case 1:05-cv-01075-TCW Document 42-28 Filed 11/08/2006 Page 4 of 4

others. *Seclusion* can apply to one person or a group and suggests being removed or apart from others though not necessarily completely inaccessible. Sometimes it implies surroundings that conceal. *Retirement* usually refers to the condition of one person who withdraws from regular activity or from society. The term does not necessarily imply physical detachment.



solleret
Sixteenth-century French

**sol·ler·et** (sŏl′ə-rĕt′) *n.* A steel shoe made of overlapping plates, forming a part of a medieval suit of armor. [Old French, diminutive of *soller,* shoe, from Medieval Latin *subtēlāris,* from Late Latin *subtēl,* hollow of the foot : Latin *sub-,* under + *tālus,* ankle (see **talus**).]

**sol·mi·za·tion** (sŏl′mə-zā′shən) *n. Music.* The act or a system of using syllables, such as *do, re, mi,* to note the tones of the scale. [French *solmisation,* from *solmiser,* to sol-fa : SOL (note) + MI.]

**soln** solution.

**so·lo** (sō′lō) *n., pl.* **-los.** **1.** *Abbr.* **s.** A musical composition or passage for an individual voice or instrument, with or without accompaniment. **2.** Any performance accomplished by a single individual. **3.** Any of various card games in which one player singly opposes others. *—adj.* **1.** Composed, arranged for, or performed by a single voice or instrument. **2.** Made or done by a single individual. *—adv.* Unaccompanied; alone. *—intr.v.* **soloed, -loing, -los.** To perform alone; especially, to fly an airplane without a companion or instructor. [Italian, from Latin *sōlus,* alone. See **seu-**[2] in Appendix.*]




Solomon Islands

**So·lo** (sō′lō). **1.** The largest river (335 miles) of Java, Indonesia, rising in the south and flowing north and then northeast to the Java Sea. **2.** See **Surakarta.**

**so·lo·ist** (sō′lō-ĭst) *n.* One who performs a solo or solos.

**Sol·o·mon**[1] (sŏl′ə-mən). A masculine given name. [Hebrew *Shəlōmōh,* from *shālōm,* peace. See **slm** in Appendix.*]

**Sol·o·mon**[2] (sŏl′ə-mən). King of Israel in the tenth century B.C.; son of King David; noted for his wealth and wisdom; reputed author of three books of the Bible.

**Sol·o·mon Islands** (sŏl′ə-mən). A group of volcanic islands with a combined area of about 16,000 square miles in the southwestern Pacific, comprising, in the southeast, the British Solomon Islands with their capital at Honiara on Guadalcanal; and, in the northwest, part of the Trust Territory of New Guinea.

**Solomon's seal.** **1.** A six-pointed star or hexagram supposed to possess mystical powers and sometimes used as a charm or amulet. **2.** Any of several plants of the genus *Polygonatum,* having paired, drooping, greenish or yellowish flowers. [The plant is probably so called from the seallike markings on the root stocks.]



Solomon's seal
*Polygonatum biflorum*

**So·lon** (sō′lən). Athenian statesman and poet of the late seventh and early sixth centuries B.C.; instituted legal reforms.

**so long.** *Informal.* Good-by.

**sol·stice** (sŏl′stəs, sōl′-) *n.* **1.** *Astronomy.* Either of two times of the year when the sun has no apparent northward or southward motion, at the most northern or most southern point of the ecliptic. The summer solstice, when the sun is in the zenith at the tropic of Cancer, occurs about June 22, and the winter solstice, when it is over the tropic of Capricorn, occurs about December 22. **2.** A highest point or culmination; a limit. [Middle English, from Old French, from Latin *sōlstitium.* See **sāwel-** in Appendix.*] —**sol·sti′tial** (-stĭsh′əl) *adj.*

**sol·u·bil·i·ty** (sŏl′yə-bĭl′ə-tē) *n., pl.* **-ties.** **1.** The quality or condition of being soluble. **2.** The amount of a substance that can be dissolved in a given amount of solvent.

**sol·u·bil·ize** (sŏl′yə-bə-līz′) *tr.v.* **-ized, -izing, -izes.** To make soluble in water (such substances as fats and lipids, which are not appreciably soluble under standard conditions) by the action of a detergent or similar agent.

**sol·u·ble** (sŏl′yə-bəl) *adj.* **1.** Capable of being dissolved; especially, easily dissolved. **2.** Capable of being solved or explained. [Middle English, from Old French, from Late Latin *solūbilis,* from *solvere,* to loosen. See **leu-**[1] in Appendix.*] —**sol′u·ble·ness** *n.* —**sol′u·bly** *adv.*

***Usage:*** *Soluble* is applicable both to things that can be dissolved in liquids and to things, such as problems, that are capable of being solved or explained. *Solvable,* in modern usage, is largely restricted to the second category (problems).

**soluble glass.** *Chemistry.* **Sodium silicate** *(see).*

**so·lum** (sō′ləm) *n., pl.* **-la** (-lə) or **-lums.** The surface layers of a soil profile in which topsoil formation occurs. [New Latin, from Latin, base, foundation. See **sole** (of a shoe).]

**so·lus** (sō′ləs) *adj. Feminine* **so·la** (-lə). *Latin.* Alone; by oneself. Used especially as a stage direction.

**sol·ute** (sŏl′yōōt′, sŏ′lōōt′) *n. Chemistry.* A substance dissolved in another substance, usually the component of a solution present in the lesser amount. Compare **solvent.** *—adj.* Dissolved; in solution. [Latin *solūtus,* past participle of *solvere,* to loosen. See **leu-**[1] in Appendix.*]

**so·lu·tion** (sə-lōō′shən) *n.* **1.** *Abbr.* **soln** A spontaneously forming homogeneous mixture of two or more substances, retaining its constitution in subdivision to molecular volumes, displaying no settling, and having various possible proportions of the constituents, which may be solids, liquids, gases, or intercombinations. **2.** The process of forming such a mixture. **3.** The state of being dissolved. **4.** The method or process of solving a problem. **5.** The answer to or disposition of a problem. **6.** *Law.* The payment or satisfaction of a claim or debt. **7.** The action of separating or breaking up; a dissolution. [Middle English, from Old French, from Latin *solūtiō,* from *solūtus.* See **solute.**]

**So·lu·tre·an** (sə-lōō′trē-ən) *adj.* Also **So·lu·tri·an.** *Anthropology.* Of or relating to the Old World Upper Paleolithic culture that succeeded the Aurignacian and was characterized by improved flint implements and stylized symbolic forms of art. [Classified from finds made at *Solutré,* France.]

**solv·a·ble** (sŏl′və-bəl) *adj.* Capable of being solved. See Usage note at **soluble.** —**solv′a·bil′i·ty, solv′a·ble·ness** *n.*

**sol·va·tion** (sŏl-vā′shən) *n.* Any of a class of chemical reactions, such as the formation of hydrated copper sulfate in aqueous solution, in which solute and solvent molecules combine with relatively weak covalent bonds. Compare **solvolysis.** [SOLV(ENT) + -ATION.]

**Sol·vay** (sŏl′vā), **Ernest.** 1838–1922. Belgian chemist and philanthropist.

**Solvay process.** A process used to produce large quantities of sodium bicarbonate from salt, ammonia, carbon dioxide, and limestone. [Invented by Ernest SOLVAY.]

**solve** (sŏlv) *tr.v.* **solved, solving, solves.** **1.** To find a solution to; answer; explain. **2.** To work out a correct solution to (a problem). [Middle English *solven,* to loosen, unbind, from Latin *solvere.* See **leu-**[1] in Appendix.*] —**solv′er** *n.*

**sol·vent** (sŏl′vənt) *adj.* **1.** Able to meet financial obligations. **2.** Capable of dissolving another substance. *—n.* **1.** *Chemistry.* **a.** The component of a solution that is present in excess or that undergoes no change of state. **b.** A liquid capable of dissolving another substance. Compare **solute.** **2.** Something that solves. [Latin *solvēns,* present participle of *solvere,* loosen. See **solve.**] —**sol′ven·cy** *n.*

**sol·vol·y·sis** (sŏl-vŏl′ə-sĭs) *n.* Any of a class of ionic chemical reactions, such as hydrolysis, in which solute and solvent react and alter the acidity or relative ionic concentrations of the solution. Compare **solvation.** [SOLV(ENT) + -LYSIS.]

**Sol·way Firth** (sŏl′wā′). An arm of the Irish Sea extending inland about 40 miles between England and Scotland.

**Sol·y·man.** See **Suleiman** I.

**so·ma** (sō′mə) *n., pl.* **-mata** (-mə-tə) or **-mas.** *Biology.* The physical entity of an organism, exclusive of the germ cells. [New Latin, from Greek *sōma,* body. See **teue-** in Appendix.*]

**So·ma·li** (sō-mä′lē) *n., pl.* **Somali** or **-lis.** Also **So·mal** (sō′mäl′). **1.** A member of one of a group of Hamitic tribes of Somaliland. **2.** Their Hamitic language.

**So·ma·li·a** (sō-mä′lē-ə, -mäl′yə). Officially, Somali Democratic Republic. A country occupying 250,000 square miles in eastern Africa, on the Indian Ocean, formed in 1960 by the union of British Somaliland and Italian Somaliland. Population, about 2,730,000. Capital, Mogadishu.

**So·ma·li·land** (sō-mä′lē-lănd′). A region of eastern Africa, including Somalia, Djibouti, and parts of Ethiopia.

**so·mat·ic** (sə-măt′ĭk) *adj.* **1.** Of or pertaining to the body, especially as distinguished from a bodily part, the mind, or the environment; physical. **2.** Of or pertaining to the wall of the body cavity, especially as distinguished from the head, limbs, or viscera. **3.** Of or pertaining to somatoplasm. [Greek *sōmatikos,* from *sōma,* body, SOMA.]

**somatic cell.** Any bodily cell other than a germ cell.

**somato–.** Indicates body; for example, **somatology.** [From Greek *sōma* (stem *sōmat-*), body. See **teue-** in Appendix.*]

**so·ma·to·gen·ic** (sō′mə-tə-jĕn′ĭk, sō-măt′ə-) *adj.* Also **so·ma·to·ge·net·ic** (-jə-nĕt′ĭk). Arising within the body in response to environment. [SOMATO- + -GENIC.]

**so·ma·tol·o·gy** (sō′mə-tŏl′ə-jē) *n.* **1.** The physiological and anatomical study of the body. **2. Physical anthropology** *(see).* [SOMATO- + -LOGY.] —**so′ma·to·log′i·cal** (-tə-lŏj′ĭ-kəl) *adj.*

**so·ma·to·plasm** (sō′mə-tə-plăz′əm, sō-măt′ə-) *n.* **1.** The entirety of specialized protoplasm, other than germ plasm, constituting the body. **2.** The protoplasm of a somatic cell. [SOMATO- + -PLASM.]

**so·ma·to·pleure** (sō′mə-tə-plŏŏr′, sō-măt′ə-) *n.* A complex sheet of embryonic cells in certain vertebrates, formed by association of part of the mesoderm with the ectoderm and developing as the internal body wall. [New Latin *somatopleura* : SOMATO- + PLEURA.]

**so·ma·to·type** (sō′mə-tə-tīp′, sō-măt′ə-) *n.* The morphological type of a human body; physique. —**so′ma·to·typ′ic** (-tĭp′ĭk) *adj.*

**som·ber** (sŏm′bər) *adj.* Also **som·bre,** *archaic* **som·brous** (-brəs). **1.** Dark; gloomy: *"A city takes on that sombre garb of grey"* (Dreiser). **2.** Melancholy; dismal. [French *sombre,* from Old French, shade, from Vulgar Latin *subombrāre* (unattested), to shade : Latin *sub-,* under + *umbra,* shade (see **andho-** in Appendix*).]

**som·bre·ro** (sŏm-brâr′ō) *n., pl.* **-ros.** A broad-brimmed Spanish or Mexican hat of felt or straw. [Spanish, hat, from *sombra,* shade, from Vulgar Latin *subombrāre* (unattested), to shade. See **somber.**]

**some** (sŭm) *adj.* **1.** Being an unspecified number or part: *Some laws are bad.* **2.** Being unknown or unspecified by name: *Some fool laughed.* **3.** *Logic.* Being part and perhaps all of a class. **4.** *Informal.* Remarkable: *He is some skier.* *—pron.* **1.** An indefinite or unspecified number or portion. **2.** An indefinite additional quantity: *three and some.* *—adv.* **1.** Approximately; about: *some 40 people.* **2.** *Informal.* Somewhat. See Usage note. [Middle English *som(e),* Old English *sum,* one, a certain one. See **sem-**[1] in Appendix.*]

***Usage:*** *Some,* employed adverbially in the sense of *somewhat,* is not appropriate to formal usage, though it is common informally. Thus, formally, *He is somewhat* (not *some*) *better. The situation has improved somewhat* (not *some*). As an example in writing, *The situation has improved some* is unacceptable to 87 per cent of the Usage Panel. Where idiom prevents the substitution of *somewhat* for *some,* alternative phrasing is necessary to convey formally the sense of indefinite degree or extent: *He watches television sometimes* (informally, *some*).