# *Hawley's Condensed Chemical Dictionary*

*ELEVENTH EDITION*

*Revised by*

N. Irving Sax
and
Richard J. Lewis, Sr.

VNR VAN NOSTRAND REINHOLD COMPANY
New York

Copyright © 1987 by Van Nostrand Reinhold Company Inc.

Library of Congress Catalog Card Number: 86-23333
ISBN: 0-442-28097-1

All rights reserved. Certain portions of this work copyright © 1930, 1920, 1919 by The Chemical Catalog Co., Inc. and 1981, 1977, 1971, 1966, 1956, 1950 by Van Nostrand Reinhold Company Inc. No part of this work covered by the copyright hereon may be reproduced or used in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without permission of the publisher.

Printed in the United States of America

Van Nostrand Reinhold Company Inc.
115 Fifth Avenue
New York, New York 10003

Van Nostrand Reinhold Company Limited
Molly Millars Lane
Wokingham, Berkshire RG11 2PY, England

Van Nostrand Reinhold
480 Latrobe Street
Melbourne, Victoria 3000, Australia

Macmillan of Canada
Division of Canada Publishing Corporation
164 Commander Boulevard
Agincourt, Ontario M1S 3C7, Canada

15 14 13 12 11 10 9 8 7 6 5 4 3

**Library of Congress Cataloging-in-Publication Data**

Condensed chemical dictionary.
Hawley's condensed chemical dictionary.

Rev. ed. of: The Condensed chemical dictionary.
10th ed./rev. by Gessner G. Hawley, 1981.
1. Chemistry—Dictionaries. I. Hawley, Gessner
Goodrich, 1905– II. Sax, N. Irving (Newton Irving)
III. Lewis, Richard J., Sr. IV. Title.
QD5.C5 1987 540'.3'21 86-23333
ISBN 0-442-28097-1

tribution, and storage of raw materials and semi-processed products, as by fork-lift trucks, elevators, conveyor systems, pipelines, etc., as well as safe practices for storage and movement of toxic and flammable substances.

**matte.** A product containing a metal sulfide as obtained after roasting and fusion of sulfide minerals. Oxides or metals may also be present. Common examples are copper matte and nickel matte.

**matter.** Anything that has mass or occupies space.
See also mass.
(a) *States*: There are three generally accepted states (phases) in which substances can exist, namely, solid, liquid, and gas (vapor). From time to time it has been proposed that specialized forms of matter be regarded as states, such as the vitreous (glassy) state, the colloidal state, and the plasma state, but none of these suggestions has gained substantial acceptance.
See phase (1), solid, liquid, gas.
(b) *Levels*: Matter is basically composed of particles in the following levels of size and complexity: (1) subatomic (protons, neutrons, electrons); (2) atomic and molecular (below 10 angstroms), (3) colloidal (from 10 angstroms to 1 micron), (4) microscopic, (5) macroscopic, (6) space or celestial. Level (1) is invisible by any means, levels (2) and (3) can be resolved in field-ion or electron microscopes, level (4) lies in the range of the optical microscope, (5) is visible to the naked eye, (6) requires telescopes for detailed observation.
See also particle, electron microscope, field-ion microscope.

**Mayer's reagent.** See mercuric potassium iodide.

**mayonnaise.** A semiliquid salad dressing composed of vegetable oil, vinegar, and egg yolk. It is a typical colloidal emulsion in which the mutually repellent base ingredients are brought together and held in a stable form by the lecithin in egg yolk.
See also emulsion.

**MBMC.** Abbreviation for monobutyl-m-cresol.
See tert-butyl-m-cresol.

**MBT.** Abbreviation for mercaptobenzothiazole.

**MBTS.** Abbreviation for 2-mercaptobenzothiazyl disulfide.
See 2,2′-dithiobisbenzothiazole.

**"MBX."**[11] TM for 2,4-dimethyl-6-tert-butylphenol.
Use: Liquid antioxidant.

**mC.** Abbreviation for milliCurie.
See Curie.

**MCA.** Abbreviation for monochloroacetic acid.
See chloroacetic acid.

**"MCC."**[84] TM for caustic soda flake.
Use: Cleaning and sterilizing milk, beer, and beverage bottles.

**McFadyen-Stevens reaction.** Base-catalyzed thermal decomposition of aroylbenzenesulfonylhydrazines to aldehydes.

**McLafferty rearrangement.** Electron-impact-induced cleavage of carbonyl compounds having a hydrogen in the gamma-position, to an enolic fragment and an olefin.

**McMillan, Edwin M.** (1907- ) An American physicist who won the Nobel prize for chemistry in 1951 along with Seaborg. His work included research in nuclear physics and particle accelerator development as well as microwave radar and sonar. He and his colleagues discovered neptunium and plutonium. He was the recipient of the Atoms for Peace prize in 1963. His PhD in physics was awarded from Princeton University.

**MCPA.** (2-methyl-4-chlorophenoxyacetic acid; 4-chloro-2-methylphenoxyacetic acid).
CAS: 94-74-6. $CH_3ClC_6H_3OCH_2COOH$.
Properties: White, crystalline solid; mp 118–119C; free acid insoluble in water but sodium and amine salts are soluble.
Grade: Emulsifiable concentration.
Use: Selective herbicide.

**MCPB.** (4-(2-methyl-4-chlorophenoxy)butyric acid). CAS: 94-81-5.
Hazard: Toxic by ingestion.
Use: Herbicide.

**MCPP.** (2-(2-methyl-4-chlorophenoxy)-propionic acid).
See mecoprop.

**Md.** Symbol for mendelevium.

**MDA.** (1) Abbreviation for metal deactivator, (2) Abbreviation for p,p′-methylenedianiline; p,p′-diaminodiphenylmethane.

**MDAC.** 4-methyl-7-diethylaminocoumarin.
See 7-diethylamino-4-methylcoumarin.

**MDI.** methylene di-p-phenylene isocyanate.
See diphenylmethane-4,4′-diisocyanate.

**Me.** Symbol for methyl.