# Exhibit F

(National Association of Corrosion Engineers) Standard TM–01–69 as standardized in ''Test Methods for Evaluating Solid Waste, Physical/Chemical Methods,'' EPA Publication SW–846, as incorporated by reference in § 260.11 of this chapter.

(b) A solid waste that exhibits the characteristic of corrosivity has the EPA Hazardous Waste Number of D002.

[45 FR 33119, May 19, 1980, as amended at 46 FR 35247, July 7, 1981; 55 FR 22684, June 1, 1990; 58 FR 46049, Aug. 31, 1993]

### § 261.23 Characteristic of reactivity.

(a) A solid waste exhibits the characteristic of reactivity if a representative sample of the waste has *any* of the following properties:

(1) It is normally unstable and readily undergoes violent change without detonating.

(2) It reacts violently with water.

(3) It forms potentially explosive mixtures with water.

(4) When mixed with water, it generates toxic gases, vapors or fumes in a quantity sufficient to present a danger to human health or the environment.

(5) It is a cyanide or sulfide bearing waste which, when exposed to pH conditions between 2 and 12.5, can generate toxic gases, vapors or fumes in a quantity sufficient to present a danger to human health or the environment.

(6) It is capable of detonation or explosive reaction if it is subjected to a strong initiating source or if heated under confinement.

(7) It is readily capable of detonation or explosive decomposition or reaction at standard temperature and pressure.

(8) It is a forbidden explosive as defined in 49 CFR 173.51, or a Class A explosive as defined in 49 CFR 173.53 or a Class B explosive as defined in 49 CFR 173.88.

(b) A solid waste that exhibits the characteristic of reactivity has the EPA Hazardous Waste Number of D003.

[45 FR 33119, May 19, 1980, as amended at 55 FR 22684, June 1, 1990]

### § 261.24 Toxicity characteristic.

(a) A solid waste exhibits the characteristic of toxicity if, using the Toxicity Characteristic Leaching Procedure, test Method 1311 in ''Test Methods for Evaluating Solid Waste, Physical/Chemical Methods,'' EPA Publication SW–846, as incorporated by reference in § 260.11 of this chapter, the extract from a representative sample of the waste contains any of the contaminants listed in table 1 at the concentration equal to or greater than the respective value given in that table. Where the waste contains less than 0.5 percent filterable solids, the waste itself, after filtering using the methodology outlined in Method 1311, is considered to be the extract for the purpose of this section.

(b) A solid waste that exhibits the characteristic of toxicity has the EPA Hazardous Waste Number specified in Table I which corresponds to the toxic contaminant causing it to be hazardous.

TABLE 1—MAXIMUM CONCENTRATION OF CONTAMINANTS FOR THE TOXICITY CHARACTERISTIC

| EPA HW No. [1] | Contaminant | CAS No. [2] | Regulatory Level (mg/L) |
|---|---|---|---|
| D004 | Arsenic | 7440–38–2 | 5.0 |
| D005 | Barium | 7440–39–3 | 100.0 |
| D018 | Benzene | 71–43–2 | 0.5 |
| D006 | Cadmium | 7440–43–9 | 1.0 |
| D019 | Carbon tetrachloride | 56–23–5 | 0.5 |
| D020 | Chlordane | 57–74–9 | 0.03 |
| D021 | Chlorobenzene | 108–90–7 | 100.0 |
| D022 | Chloroform | 67–66–3 | 6.0 |
| D007 | Chromium | 7440–47–3 | 5.0 |
| D023 | o-Cresol | 95–48–7 | [4] 200.0 |
| D024 | m-Cresol | 108–39–4 | [4] 200.0 |
| D025 | p-Cresol | 106–44–5 | [4] 200.0 |
| D026 | Cresol | .................... | [4] 200.0 |
| D016 | 2,4-D | 94–75–7 | 10.0 |
| D027 | 1,4-Dichlorobenzene | 106–46–7 | 7.5 |
| D028 | 1,2-Dichloroethane | 107–06–2 | 0.5 |
| D029 | 1,1-Dichloroethylene | 75–35–4 | 0.7 |
| D030 | 2,4-Dinitrotoluene | 121–14–2 | [3] 0.13 |
| D012 | Endrin | 72–20–8 | 0.02 |
| D031 | Heptachlor (and its epoxide). | 76–44–8 | 0.008 |
| D032 | Hexachlorobenzene | 118–74–1 | [3] 0.13 |
| D033 | Hexachlorobutadiene | 87–68–3 | 0.5 |
| D034 | Hexachloroethane | 67–72–1 | 3.0 |
| D008 | Lead | 7439–92–1 | 5.0 |
| D013 | Lindane | 58–89–9 | 0.4 |
| D009 | Mercury | 7439–97–6 | 0.2 |
| D014 | Methoxychlor | 72–43–5 | 10.0 |
| D035 | Methyl ethyl ketone | 78–93–3 | 200.0 |
| D036 | Nitrobenzene | 98–95–3 | 2.0 |
| D037 | Pentrachlorophenol | 87–86–5 | 100.0 |
| D038 | Pyridine | 110–86–1 | [3] 5.0 |
| D010 | Selenium | 7782–49–2 | 1.0 |
| D011 | Silver | 7440–22–4 | 5.0 |
| D039 | Tetrachloroethylene | 127–18–4 | 0.7 |
| D015 | Toxaphene | 8001–35–2 | 0.5 |
| D040 | Trichloroethylene | 79–01–6 | 0.5 |
| D041 | 2,4,5-Trichlorophenol | 95–95–4 | 400.0 |
| D042 | 2,4,6-Trichlorophenol | 88–06–2 | 2.0 |
| D017 | 2,4,5-TP (Silvex) | 93–72–1 | 1.0 |
| D043 | Vinyl chloride | 75–01–4 | 0.2 |

[1] Hazardous waste number.

[2] Chemical abstracts service number.
[3] Quantitation limit is greater than the calculated regulatory level. The quantitation limit therefore becomes the regulatory level.
[4] If o-, m-, and p-Cresol concentrations cannot be differentiated, the total cresol (D026) concentration is used. The regulatory level of total cresol is 200 mg/l.

[55 FR 11862, Mar. 29, 1990, as amended at 55 FR 22684, June 1, 1990; 55 FR 26987, June 29, 1990; 58 FR 46049, Aug. 31, 1993]

## Subpart D—Lists of Hazardous Wastes

### § 261.30 General.

(a) A solid waste is a hazardous waste if it is listed in this subpart, unless it has been excluded from this list under §§ 260.20 and 260.22.

(b) The Administrator will indicate his basis for listing the classes or types of wastes listed in this subpart by employing one or more of the following Hazard Codes:

| | |
|---|---|
| Ignitable Waste .......................... | (I) |
| Corrosive Waste ......................... | (C) |
| Reactive Waste .......................... | (R) |
| Toxicity Characteristic Waste ... | (E) |
| Acute Hazardous Waste ............ | (H) |
| Toxic Waste ............................... | (T) |

Appendix VII identifies the constituent which caused the Administrator to list the waste as a Toxicity Characteristic Waste (E) or Toxic Waste (T) in §§ 261.31 and 261.32.

(c) Each hazardous waste listed in this subpart is assigned an EPA Hazardous Waste Number which precedes the name of the waste. This number must be used in complying with the notification requirements of Section 3010 of the Act and certain recordkeeping and reporting requirements under parts 262 through 265, 268, and part 270 of this chapter.

(d) The following hazardous wastes listed in § 261.31 or § 261.32 are subject to the exclusion limits for acutely hazardous wastes established in § 261.5: EPA Hazardous Wastes Nos. FO20, FO21, FO22, FO23, FO26, and FO27.

[45 FR 33119, May 19, 1980, as amended at 48 FR 14294, Apr. 1, 1983; 50 FR 2000, Jan. 14, 1985; 51 FR 40636, Nov. 7, 1986; 55 FR 11863, Mar. 29, 1990]

### § 261.31 Hazardous wastes from non-specific sources.

(a) The following solid wastes are listed hazardous wastes from non-specific sources unless they are excluded under §§ 260.20 and 260.22 and listed in appendix IX.

| Industry and EPA hazardous waste No. | Hazardous waste | Hazard code |
|---|---|---|
| Generic: | | |
| F001 .................................. | The following spent halogenated solvents used in degreasing: Tetrachloroethylene, trichloroethylene, methylene chloride, 1,1,1-trichloroethane, carbon tetrachloride, and chlorinated fluorocarbons; all spent solvent mixtures/blends used in degreasing containing, before use, a total of ten percent or more (by volume) of one or more of the above halogenated solvents or those solvents listed in F002, F004, and F005; and still bottoms from the recovery of these spent solvents and spent solvent mixtures. | (T) |
| F002 .................................. | The following spent halogenated solvents: Tetrachloroethylene, methylene chloride, trichloroethylene, 1,1,1-trichloroethane, chlorobenzene, 1,1,2-trichloro-1,2,2-trifluoroethane, ortho-dichlorobenzene, trichlorofluoromethane, and 1,1,2-trichloroethane; all spent solvent mixtures/blends containing, before use, a total of ten percent or more (by volume) of one or more of the above halogenated solvents or those listed in F001, F004, or F005; and still bottoms from the recovery of these spent solvents and spent solvent mixtures. | (T) |
| F003 .................................. | The following spent non-halogenated solvents: Xylene, acetone, ethyl acetate, ethyl benzene, ethyl ether, methyl isobutyl ketone, n-butyl alcohol, cyclohexanone, and methanol; all spent solvent mixtures/blends containing, before use, only the above spent non-halogenated solvents; and all spent solvent mixtures/blends containing, before use, one or more of the above non-halogenated solvents, and, a total of ten percent or more (by volume) of one or more of those solvents listed in F001, F002, F004, and F005; and still bottoms from the recovery of these spent solvents and spent solvent mixtures. | (I)* |
| F004 .................................. | The following spent non-halogenated solvents: Cresols and cresylic acid, and nitrobenzene; all spent solvent mixtures/blends containing, before use, a total of ten percent or more (by volume) of one or more of the above non-halogenated solvents or those solvents listed in F001, F002, and F005; and still bottoms from the recovery of these spent solvents and spent solvent mixtures. | (T) |