# Exhibit I

# McGraw-Hill DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS

## Fourth Edition



**Sybil P. Parker**

EDITOR IN CHIEF

McGRAW-HILL BOOK COMPANY

New York
St. Louis
San Francisco

Auckland
Bogotá
Caracas
Colorado Springs
Hamburg
Lisbon
London
Madrid
Mexico
Milan
Montreal
New Delhi
Oklahoma City
Panama
Paris
San Juan
São Paulo
Singapore
Sydney
Tokyo
Toronto

American Chemical Society
Library
1155 16th St., N.W.
Washington, D.C. 20036

**On the cover: Pattern produced from white light by a computer-generated diffraction plate containing 529 square apertures arranged in a 23 × 23 array. (R. B. Hoover, Marshall Space Flight Center)**

**On the title pages:** Ref Q 123 .M34 1989 **ini spacecraft. (NASA)**

McGraw-Hill dictionary of scientific and technical

Included in this Dictionary are definitions which have been published previously in the following works: P. B. Jordain, *Condensed Computer Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. J. Markus, *Electronics and Nucleonics Dictionary*, 4th ed., Copyright © 1960, 1966, 1978 by McGraw-Hill, Inc. All rights reserved. J. Quick, *Artists' and Illustrators' Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. *Blakiston's Gould Medical Dictionary*, 3d ed., Copyright © 1956, 1972 by McGraw-Hill, Inc. All rights reserved. T. Baumeister and L. S. Marks, eds., *Standard Handbook for Mechanical Engineers*, 7th ed., Copyright © 1958, 1967 by McGraw-Hill, Inc. All rights reserved.

In addition, material has been drawn from the following references: R. E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *U.S. Air Force Glossary of Standardized Terms*, AF Manual 11-1, vol. 1, 1972; *Communications-Electronics Terminology*, AF Manual 11-1, vol. 3, 1970; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use*, 1st ed., National Aeronautics and Space Administration, 1965; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and Abbreviations*, Royal Aircraft Establishment Technical Report 67158, 1967; *Glossary of Air Traffic Control Terms*, Federal Aviation Agency; *A Glossary of Range Terminology*, *White Sands Missile Range, New Mexico*, National Bureau of Standards, AD 467-424; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, 1st ed., Department of Defense, 1967; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bureau of Mines, 1968; *Nuclear Terms: A Glossary*, 2d ed., Atomic Energy Commission; F. Casey, ed., *Compilation of Terms in Information Sciences Technology*, Federal Council for Science and Technology, 1970; *Glossary of Stinfo Terminology*, Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical, and Imperative Terms*, Bureau of Naval Personnel, 1962; *ADP Glossary*, Department of the Navy, NAVSO P-3097.

**McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS, Fourth Edition**

Copyright © 1989, 1984, 1978, 1976, 1974 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

1 2 3 4 5 6 7 8 9 0 DOW/DOW 8 9 5 4 3 2 1 0 9 8

ISBN 0-07-045270-9

**Library of Congress Cataloging-in-Publication Data**

McGraw-Hill dictionary of scientific and technical terms.

1. Science—Dictionaries. 2. Technology—Dictionaries.
I. Parker, Sybil P.
Q123.M34 1989 503'/21 88-13490
ISBN 0-07-045270-9

**For more information about other McGraw-Hill materials, call 1-800-2-MCGRAW in the United States. In other countries, call your nearest McGraw-Hill office.**

American Chemical Society
Library
1155 16th St., N.W.
Washington, D.C. 20036

**rayon tow** [TEXT] Large number of continuous rayon filaments that give the appearance of untwisted rope; when cut into suitable lengths, this material becomes rayon staple. { 'rā,än ,tō }
**ray parameter** [GEOPHYS] A function *p* that is constant along a given seismic ray, given by $p = rv^{-1} \sin i$, where *r* is the distance from the center *O* of the earth, *v* is the velocity, and *i* is the angle that the ray at a point *P* makes with the radius *OP*. { 'rā pə,ram·əd·ər }
**ray path** [COMMUN] Straight, geometric path between the transmitting and receiving location. [PHYS] An imaginary path along which travels the energy associated with a point on a wavefront. { 'rā ,path }
**ray shake** [BOT] A radial crack in wood caused by wounds in a tree along the barrier zone. { 'rā ,shāk }
**ray surface** [OPTICS] The locus of points reached in a unit time in an anisotropic medium by an electromagnetic disturbance that starts from the origin. { 'rā ,sər·fəs }
**ray system** [ASTRON] The bright streaks radiating outward from a lunar crater. { 'rā ,sis·təm }
**ray tracing** [OPTICS] Calculation of the paths followed by rays of light through an optical system, using Snell's law and trigonometrical formulas. { 'rā ,trās·iŋ }
**Razin effect** [PL PHYS] An effect whereby electrons in a cool, collisionless plasma strongly reduce the intensity of synchrotron radiation. { 'räz·ən i,fekt }
**razon** [ORD] A kind of glide bomb having movable control surfaces in the tail adjusted by radio signals to control the bomb in range and in azimuth. { 'rā,zän }
**razorback** [GEOL] A sharp, narrow ridge. { 'rā·zər,bak }
**razor stone** *See* novaculite. { 'rā·zər ,stōn }
**Rb** *See* rubidium.
**RBE** *See* relative biological effectiveness.
**R-branch** [SPECT] A series of lines in molecular spectra that correspond, in the case of absorption, to a unit increase in the rotational quantum number *J*. { 'är ,branch }
**RBS** *See* Rutherford backscattering spectrometry.
**R-C amplifier** *See* resistance-capacitance coupled amplifer. { ¦är¦sē 'am·plə,fī·ər }
**RC asphalt** *See* rapid-curing asphalt. { ¦är¦sē 'as,fōlt }
**R-C circuit** *See* resistance-capacitance circuit. { ¦är¦sē 'sər·kət }
**R-C constant** *See* resistance-capacitance constant. { ¦är¦sē 'kän·stənt }
**R-C coupled amplifier** *See* resistance-capacitance coupled amplifier. { ¦är¦sē ¦kəp·əld 'am·plə,fī·ər }
**R-C coupling** *See* resistance coupling. { ¦är¦sē 'kəp·liŋ }
**RCM** *See* radar countermeasure.
**R-C network** *See* resistance-capacitance network. { ¦är¦sē 'net,wərk }
**R Coronae Borealis star** [ASTROPHYS] A rare type of irregular variable star which has long periods of maximum brightness followed by a sudden, unpredictable reduction in brightness of several magnitudes, and a slower, sometimes erratic return to the original brightness. { ¦är kə¦rō,nē ,bȯr·ē'al·əs ,stär }
**R-C oscillator** *See* resistance-capacitance oscillator. { ¦är¦sē 'äs·ə,lād·ər }
**rd** *See* rutherford.
**RdAc** *See* radioactinium.
**RDC extractor** *See* rotary-disk contactor. { ¦är¦dē'sē ik'strak·tər }
**RDF** *See* radio direction finder.
**RDGE** *See* resorcinol diglycidyl ether.
**R display** [ELECTR] Radar display, essentially an expanded A display, in which an echo can be expanded for more detailed examination. { 'är di,splā }
**RDS** *See* respiratory distress syndrome of newborn.
**RDSS** *See* Radio Determination Satellite Services.
**RDX** *See* cyclonite.
**Re** *See* rhenium.
**reach** [CIV ENG] A portion of a waterway between two locks or gages. [CONT SYS] *See* range. [ENG] The length of a channel, uniform with respect to discharge, depth, area, and slope. [GEOGR] **1.** A continuous, unbroken surface of land or water. Also known as stretch. **2.** A bay, estuary, or other arm of the sea extending up into the land. [HYD] A straight, continuous, or extended part of a river, stream, or restricted waterway. { rēch }
**reach rod** [MECH ENG] A rod motion in a link used to transmit motion from the reversing rod to the lifting shaft. { 'rēch ,räd }
**reactance** [ELEC] The imaginary part of the impedance of an alternating-current circuit. { rē'ak·təns }
**reactance amplifier** *See* parametric amplifier. { rē'ak·təns 'am·plə,fī·ər }
**reactance drop** [ELEC] The component of the phasor representing the voltage drop across a component or conductor of an alternating-current circuit which is perpendicular to the current. { rē'ak·təns ,dräp }
**reactance frequency multiplier** [ELECTR] Frequency multiplier whose essential element is a nonlinear reactor. { rē'ak·təns 'frē·kwən·sē 'məl·tə,plī·ər }
**reactance grounded** [ELEC] Grounded through a reactance. { rē'ak·təns ,graůn·dəd }
**reactance relay** [ELEC] Form of impedance relay, the operation of which is a function of the reactance of a circuit. { rē'ak·təns ,rē,lā }
**reactance tube** [ELECTR] Vacuum tube operated in a way that it presents almost a pure reactance to the circuit. { rē'ak·təns ,tüb }
**reactance-tube modulator** [ELECTR] An electron-tube circuit, used to produce phase or frequency modulation, in which the reactance is varied in accordance with the instantaneous amplitude of the modulating voltage. { rē'ak·təns ¦tüb 'mäj·ə,lād·ər }
**reactant ratio** [AERO ENG] The ratio of the weight flow of oxidizer to fuel in a rocket engine. { rē'ak·tənt ¦rā·shō }
**reactants** [CHEM] The molecules that act upon one another to produce a new set of molecules (products); for example, in the reaction $HCl + NaOH \rightarrow NaCl + H_2O$, the HCl and NaOH are the reactants. { rē'ak·təns }
**reaction** [CONT SYS] *See* positive feedback. [MECH] The equal and opposite force which results when a force is exerted on a body, according to Newton's third law of motion. [NUC PHYS] *See* nuclear reaction. { rē'ak·shən }
**reaction border** *See* reaction rim. { rē'ak·shən ,bȯrd·ər }
**reaction boundary** *See* reaction line. { rē'ak·shən ,baůn·drē }
**reaction curve** *See* reaction line. { rē'ak·shən ,kərv }
**reaction energy** *See* disintegration energy. { rē'ak·shən ,en·ər·jē }
**reaction engine** [AERO ENG] An engine that develops thrust by its reaction to a substance ejected from it; specifically, such an engine that ejects a jet or stream of gases created by the addition of energy to the gases in the engine. Also known as reaction motor. { rē'ak·shən ,en·jən }
**reaction enthalpy number** [PHYS CHEM] A dimensionless number used in the study of interphase transfer in chemical reactions, equal to the enthalpy of reaction per unit mass of a specified compound produced in a reaction, times the mass fraction of that compound, divided by the product of the specific heat at constant pressure and the temperature change during the reaction. { rē'ak·shən 'en,thal·pē ,nəm·bər }
**reaction fin** [NAV ARCH] A multiple fin or stationary propeller installed ahead of a ship's propeller, with fins warped so that water flowing into the propeller rotates in the direction opposite, resulting in elimination of race rotation aft of the propeller, and thereby in increased efficiency. { rē'ak·shən ,fin }
**reaction flux** [MATER] Soldering flux which reacts chemically with the base metal and has a rapid fluxing action when heated. { rē'ak·shən ,fləks }
**reaction formation** [PSYCH] A defense mechanism, characterized by the development of conscious, socially acceptable activity which is the antithesis of repressed or rejected unconscious desires. { rē'ak·shən fȯr,mā·shən }
**reaction kinetics** *See* chemical kinetics. { rē'ak·shən ki'ned·iks }
**reaction line** [PHYS CHEM] In a ternary system, a special case of the boundary line along which one of the two crystalline phases present reacts with the liquid, as the temperature is decreased, to form the other crystalline phase. Also known as reaction boundary; reaction curve. { rē'ak·shən ,līn }
**reaction motor** [AERO ENG] *See* reaction engine. [ELEC] A synchronous motor whose rotor contains salient poles but which has no windings and no permanent magnets. { rē'ak·shən ,mōd·ər }
**reaction pair** [MINERAL] Any two minerals, one of which is

QD
5
.H3
1969

# HACKH'S CHEMICAL DICTIONARY

[*American and British Usage*]

*Containing the Words Generally Used in Chemistry, and Many of the Terms Used in the Related Sciences of Physics, Astrophysics, Mineralogy, Pharmacy, Agriculture, Biology, Medicine, Engineering, etc.*

*Based on Recent Chemical Literature*

FOURTH EDITION

Completely Revised and Edited by

JULIUS GRANT

M.SC., PH.D., F.R.I.C. CHEMICAL CONSULTANT

McGRAW-HILL BOOK COMPANY

New York St. Louis San Francisco Düsseldorf Johannesburg
Kuala Lumpur London Mexico Montreal New Delhi
Panama Rio de Janeiro Singapore Sydney Toronto

**HACKH'S CHEMICAL DICTIONARY**

Copyright © 1969 by McGraw-Hill, Inc.
All Rights Reserved.

Copyright renewed 1972 by Julius Grant.

Copyright 1944, 1937, 1929 by McGraw-Hill, Inc.
All Rights Reserved. Printed in the United States of America.
No part of this publication may be reproduced, stored in a retrieval system,
or transmitted, in any form or by any means,
electronic, mechanical, photocopying, recording, or otherwise,
without the prior written permission of the publisher.

*Library of Congress Catalog Card Number* 61-18726

07-024064-7

10 11 - MAMM - 8 4 3 2

The unprec
the 25 years th
have created s
vances referred
defined. Copi
an insuperable
third edition le
new word whi
new words of a
even many obs
the total numb
been given to
sciences, as wel
Since new o
thousands a y
Dictionary. W
little more than
easily obtainab
An explana
desirable. Oft
or preparation
versa. Thus di
when a compar
whether the na
cerned. Since
decisions of thi
chemical term
and that there i
In the prese
described as tr
have been sho
information is l
possibility that
the policy of th
ated with trade

ular motion) on
Chemically active
lpha- α particles.
y helium nuclei
n of radioactive
rel- X rays pro-
oactive elements.
velocity electrons
n of radioactive
t- n rays. canal-
roduced by the
ed tube having a
ich the particles
igh-velocity elec-
the cathode of a
ays on striking a
c- Millikan, ultra-
f extremely short
. extraordinary-
produced by the
from radioactive
t wavelength and
See *infrared r.*
l the red portion
ee *K* radiations.
esidual cathode r.
in metal foil in a
tions. Millikan-
e *molecular.* n-
tion from certain
nce on striking
thode or β rays.
organisms. Cf.
*rdinary.* phonic-
ight r. positive-
rays. secondary-
imary r. strikes
wavelength that
timate- See *raies*
ultraviolet- The
end of the visible
nce. UV- Ultra-
nd X rays. X-
ion, usually pro-
lid. Cf. *X rays.*
61–1944. Hindu
e organic nitrites

rutt. 1842–1919.
winner (1904);
noble gases, and
of gases. R.,
English physicist,
ty and optics.
mically modified

all textile fibers
In particular, an
f ingredient is
ves. Cf. *prolon.*
llulose, prepared
on or wood pulp
id, and concen-
of a catalyst;
olving in acetone,
nes: Celanese and
pra-r., r. glanz-
g cotton or wood



pulp in an ammoniacal copper solution, which is ejected through fine orifices into a setting bath of dilute sulfuric acid. **nitrocellulose r.** (Chardonnet) is prepared by treating cotton with nitric and sulfuric acid, dissolving the resulting trinitrocellulose in alcohol and ether (collodion solution), and ejecting through fine nozzles into water or warm air. The flammable filaments are denitrated with sodium hydrosulfide. **seaweed r.** R. made by extruding an extract of seaweed in an aqueous alkali into acid. The alginic acid is precipitated as an alkali-insoluble filament, e.g., calcium alginate. **tang r.** A Norwegian textile made from staple fiber derived from r. and treated seaweed. **viscose r.** The commonest process of making r. involves soaking wood pulp or cotton linters in 18% caustic soda solution, treating the soda cellulose with carbon disulfide (xanthation), dissolving in caustic soda (viscose), and forcing the viscose through fine outlets into a setting and bleaching bath.

**razor stone.** Novaculite.

**Rb.** Symbol for rubidium.

**R.B.C.** Abbreviation for red blood corpuscles.

**RBX.** See *hexalite.*

**r.d.** Abbreviation for: (1) rod; (2) rutherford, q.v.

**R.D.X.** A high explosive of the tetranitrocellulose type.

**Re.** Symbol for rhenium.

**Ré.** Abbreviation for Réaumur.

**react.** To enter into a chemical combination.

**reactants.** Molecules that act with one another to form a new set of molecules (resultants).

**reacting.** Undergoing a reaction. **r. weight.** Equivalent weight.

**reaction.** (1) That force which tends to oppose a given force (Newton's laws). (2) The acidity or alkalinity of a solution. (3) A chemical change: the transformation of one or more molecules (reactants) into others. **acid-** A positive test for the presence of hydrogen ions (acidity); as, blue litmus turning red. **addition-** Molecules combine to form a more complex molecule. **aldol-** See *aldol condensation.* **alkaline-** A positive test for the presence of hydroxyl ions (alkalinity); as, red litmus turning blue. **amphoteric-** The r. of a substance that has both acid and alkaline properties. **analytic-** Decomposition r. **analytical-** A r. used to determine the quantity and/or quality of matter. **balanced-** A reversible r. that does not go to completion in either direction. **bimolecular-** A r. of the second order. **Bunsen-** See *Bunsen.* **catalytic-** A r. whose rate is accelerated by a catalyst. Cf. *induced r.* **chain-** See *chain, trigger.* **color-** A r. involving a change in color. **combination-** Elements unite to form a compound. **complete-** A chemical change that proceeds to completion; as, precipitation. **complex-, composite-** A chemical change in which more than one r. occurs simultaneously. **concurrent-** A chemical change consisting of a series of connected reactions that could not occur separately. **condensation-** A r. in which atoms are removed from 2 or more molecules, the residues combining to form a single molecule. **counter-** A reversible r. **coupled-** A concurrent r. **decomposition-** Molecules decompose into simpler molecules and/or atoms. **diazo-** See *diazotization.* **displacement-** An element molecule interacts with a compound molecule. **dissociation-** A compound molecule splits into element molecules. **electron-** Oxidation-reduction r. **endothermic-** A r. in which heat is consumed. **esterification-** $R \cdot OH + HA = RA$ and $H_2O$, where R is an aryl or alkyl radical; a catalyst (as zinc chloride) is required. **etherification-** $R \cdot OH + HOR' = R \cdot OR' + H_2O$, where R and R′ are aryl and/or alkyl radicals. **exothermic-** A r. in which heat is liberated. **flame-** See *Bunsen.* **group-** A r. typical of a certain group of elements, as in qualitative analysis. **heat of-** See *heat.* **hetero-gen(e)ous-** A composite r. **hydrolysis-** The reversal of a neutralization r. by the action of water. **incomplete-** A balanced r. **induced-** A r. that is accelerated by an inductor or promoter. **ionic-** An instantaneous r. between ions in solution. **irreversible-** A r. that proceeds to completion and cannot be reversed. **main-** The principal r. **metathetic-** R. involving interaction of molecules. **micro-** See *micro.* **molecular-** In general, a slow r. between molecules and not ions. **monomolecular-** A r. of the first order. **negative-** The absence of r., e.g., in a colorimetric, qualitative analytical test. **neutral-** A r. that is neither acid nor basic. **neutralization-** q.v. **nuclear-** See *nuclear.* **opposing-** The reverse r. in a balanced r. **oxidation-reduction-, oxidoreduction-** See *oxidation-reduction.* **peritectic-** A r. between a solid phase (α) and a liquid phase producing a second solid phase (β). **photo-** See *photo.* **positive-** A r. that is definite, e.g., in a colorimetric, qualitative analytical test. **primary-** The principal or main r. that occurs in a composite system of reactions. **principal-** Primary r. **proton-** Neutralization r. **pyrogenic-** See *pyrogenic.* **qualitative-** q.v. **quantitative-** q.v. **restitution-** The reverse of substitution r. **reversible-** An incomplete r. A r. that under suitable conditions can proceed from right to left or left to right. **secondary-** Subsidiary r. **side-** A r. simultaneous with the principal r., occurring between the same reactants or their products, and usually forming different products. **simultaneous-** Side r. **staircase-** See *staircase.* **subsidiary-** A r. between the resultants of a r. **substitution-** An element molecule substitutes one of the elements in a compound molecule. **successive-** A r. made up of a number of component reactions which occur in succession, the reactants being in turn the resultants of the preceding r. **sympathetic-** Induced r. **synthetic-** Combination and addition r. **topochemical-** See *topochemistry.* **transfer-** Metathetical r. **trigger-** q.v.

**r. control.** (1) Speed of r. depends on amounts of substances present and energy (potential energy, electromotive force, and free energy). A r. can be accelerated mechanically (as by increasing the number of molecules coming in contact with one another, by increasing the surface by subdivision); thermally (by increasing the velocity of the molecules by heating); electrically (by electrolysis); optically (by irradiation). (2) R. acidity is controlled by buffer solutions. **r. equation.** See *chemical reaction, equation.* **r. isochore.** An equation relating temperature and the equilibrium constant *K* at constant volume (or pressure) of a gas: $d(\log_e K)/dT = -U/RT^2$; where *T* is absolute temperature, *U* the decrease in total energy or heat quantity, and *R* the gas constant. By