# Exhibit J

# Hawley's Condensed Chemical Dictionary

ELEVENTH EDITION

*Revised by*

N. Irving Sax

and

Richard J. Lewis, Sr.

1987

VNR VAN NOSTRAND REINHOLD COMPANY
New York

Case 1:05-cv-01075-TCW Document 43-11 Filed 11/08/2006 Page 3 of 4

QD5
C5
1987

Copyright © 1987 by Van Nostrand Reinhold Company Inc.

Library of Congress Catalog Card Number: 86-23333
ISBN: 0-442-28097-1

All rights reserved. Certain portions of this work copyright © 1930, 1920, 1919 by The Chemical Catalog Co., Inc. and 1981, 1977, 1971, 1966, 1956, 1950 by Van Nostrand Reinhold Company Inc. No part of this work covered by the copyright hereon may be reproduced or used in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without permission of the publisher.

Printed in the United States of America

Van Nostrand Reinhold Company Inc.
115 Fifth Avenue
New York, New York 10003

Van Nostrand Reinhold Company Limited
Molly Millars Lane
Wokingham, Berkshire RG11 2PY, England

Van Nostrand Reinhold
480 Latrobe Street
Melbourne, Victoria 3000, Australia

Macmillan of Canada
Division of Canada Publishing Corporation
164 Commander Boulevard
Agincourt, Ontario M1S 3C7, Canada

15 14 13 12 11 10 9 8 7 6 5 4 3 2 1

LIBRARY OF CONGRESS
5
MAR 12 1987
COPY
CIP

**Library of Congress Cataloging-in-Publication Data**

Condensed chemical dictionary.
Hawley's condensed chemical dictionary.

Rev. ed. of: The Condensed chemical dictionary.
10th ed./rev. by Gessner G. Hawley, 1981.
1. Chemistry—Dictionaries. I. Hawley, Gessner Goodrich, 1905– II. Sax, N. Irving (Newton Irving) III. Lewis, Richard J., Sr. IV. Title.
QD5.C5 1987 540'.3'21 86-23333
ISBN 0-442-28097-1

larger installations,
at low temperature.
d by adding ammo-
ι be used as a soil
The waste is piled,
aeration, and main-
n the pile to destroy
ume of composted
iginal volume.

composed of atoms
ements in chemical
ents are united by
ompound, a homoge-
ments have definite
are represented by
ound has character-
nt from those of its
composed by energy
reaction, of heat, or
ple: Water is a *liquid*
nation of two *gases*;
ydrogen and oxygen
ctrolysis); in certain
constituent ions (H,
chemically changed

ous, reaction.
rmula (often proprie-
, pharmaceuticals (a
er (a fast-curing com-

enses (compound mi-

Formation of
on of beta-diketones
ollowed by acid cata-
ermediate Schiff base.

e restricted.

regnated with a phe-
ler heat and pressure.

rial or mixture that,
iner, has an absolute
t 21.1C or, regardless
s an absolute pressure
4C, or any flammable
ssure greater than 40
pressure determined
Compressed gases in-
gases and oxygen, ni-
ia, acetylene, nitrous
ses. Some of these are



shipped in tonnage volume. For details on properties, containers, and shipping regulations, see specific gas. For additional information, see Compressed Gas Association, 500 Fifth Avenue, NY, NY.

**compression molding.** Formation of a rubber or plastic article to a desired shape, either by placing the raw mixture in a specially designed cavity or bringing it into contact with a contoured metal surface. After the material is in place, heat and pressure are supplied by a hydraulic press, the time and temperature varying with the nature of the material. For rubber products, vulcanization occurs simultaneously. Most plastic molding is now done by the injection method, which is more economically efficient.
See also injection molding.

**"Compresto."**[84] TM for an electrical conductor consisting of layers of shaped pure aluminum wires concentrically stranded about one round core wire.

**Compton effect.** One of the principal processes by which high energy electromagnetic radiation or gamma rays interact with or are absorbed by matter. In the Compton process the gamma ray frees an electron in matter as if the electron was unbound dividing the momentum of the gamma ray between the ejected electron and a new gamma ray of lower energy going off in a new direction.

**computational chemistry.** Use of computers in organic synthesis and in chemical engineering as a more efficient means of research than conventional laboratory experimentation. The phenomenal capacity of sophisticated computers for almost instantaneous mathematical calculations has made them an invaluable aid in exploring and evaluating the more likely pathways for a given organic synthesis, for which there may be innumerable possible sequences. The term "heuristic" is applied to such procedures. Computers can also handle the vast complexity of quantum mechanical calculations and aid in the elucidation of the complicated molecular structures that occur in pharmaceutical compounds and recombinant DNA research. The Quantum Chemistry Program Exchange at Indiana University offers many programs in this field, from subroutines to major computational systems. Chemical engineers utilize computers to develop more thermodynamically efficient procedures and to consolidate overall plant operations, especially in the areas of energy consumption, reaction rates and hazardous waste problems.
See also retrosynthesis.

*Note*: Notwithstanding the immense capability of computers to point the way to solutions of chemical and engineering problems, experimentation will remain the ultimate means of achievement. It is interesting to speculate how much time and effort such empirical scientists as Goodyear and Edison could have saved had computers been available to them.

**Conant, James Bryant.** (1893–1978). An American chemist and educator, born in Boston, who received his doctorate in chemistry from Harvard in 1916 and was President of Harvard for 20 years (1933–53). His major scientific activities included pioneering research on chlorophyll and important contributions to the Manhattan Project. Perhaps his greatest achievements lay in the educational field in which he exerted a strong liberalizing influence at both the collegiate and secondary school levels. He also was ambassador to postwar Germany and educational advisor to Berlin. He wrote many books on science and education including basic chemical texts, and received a number of scientific and educational awards.

**concave.** See gyratory crusher.

**concentration.** The amount of a given substance in a stated unit of a mixture, solution, or ore. Common methods of stating concentration are percent by weight or by volume, normality, or weight per unit volume as grams per cubic centimeter or pounds per gallon. The concentration of an atom, ion, or molecule in a solution may be indicated by square brackets, as $[Cl^-]$. For radioactivity, the concentration is usually expressed as millicuries per milliliter (mCi/mL) or millicuries per millimole (mCi/mM).

**conchiolin.** $C_{32}H_{98}N_2O_{11}$. A natural bonding agent in the calcium carbonate structure of pearls.

**conchoidal.** A term adopted from mineralogy by chemists to describe a type of surface formed by fracturing a hard solid by impact. Certain materials present involutely curved fracture surfaces suggestive of the shape of the shells of bivalves (conch), from which the term is derived. Examples are glass, blown asphalt, and numerous minerals.

**concrete.** (1) A conglomerate of gravel, pebbles, sand, broken stone, blast-furnace slag or cinders, termed the aggregate, embedded in a matrix of either mortar or cement, usually standard Portland cement in the US. Reinforced concrete and ferro-concrete contain steel in various forms.