# Exhibit K

Second College Edition

# The American Heritage Dictionary

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

Copyright © 1982 by Houghton Mifflin Company. All rights reserved. No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system, except as may be expressly permitted by 1976 Copyright Act or in writing by the Publisher.

All correspondence and inquiries should be directed to
Reference Division, Houghton Mifflin Company
Two Park Street, Boston, MA 02108

**Library of Congress Cataloging in Publication Data**
Main entry under title:
American Heritage dictionary.
Rev. ed. of: American Heritage dictionary of the English language. New college ed. c1976.
1. English language—Dictionaries. I. Morris, William, 1913–
PE1625.A54 1982 423 82-9346
ISBN 0-395-32943-4
ISBN 0-395-32944-2 (thumb index)
ISBN 0-395-33959-6 (deluxe edition)

Manufactured in the United States of America



INTRODUCTI
STAFF .....
USAGE PANI
CONSULTAN
SPECIAL AR
Language, Cu
Lee Pederson
Usage and A
Dwight Bolin
William F. B
English and C
Geoffrey Nur
The Mathema
Henry Kučer
GUIDE TO TH
STYLE MANU
PRONUNCIAT
DICTIONARY
BIOGRAPHICA
GEOGRAPHIC
ABBREVIATIO
FOUR-YEAR C
TWO-YEAR C
PICTURE CRE

musical composition. [Ital. < Lat. *finalis,* final.]
nə-līst) *n.* A contestant in the final session of a
năl′ĭ-tē, fə-) *n., pl.* -ties. 1. The condition or fact
il. 2. A final, conclusive, or decisive act or utter-
′nə-līz′) *tr.v.* -ized, -iz·ing, -iz·es. To put into
complete. —fi′nal·i·za′tion *n.*
*Finalize* is frequently associated with the lan-
reaucracy and so is objected to by many writers.
e *we will finalize plans for a class reunion* was
e to the vast majority of the Usage Panel. While
no single exact synonym, a substitute can al-
nd from among *complete, conclude, make final,*
*inal form.* See also Usage note at -ize.
nāns′, fī-, fī′năns′) *n.* 1. The science of the man-
money and other assets. 2. The management of
nking, investments, and credit. 3. finances.
esources; funds, esp. of a government or corpo-
—*tr.v.* -nanced, -nanc·ing, -nanc·es. 1. To sup-
ds or capital for: *financed the new car.* 2. To
ls to: *financing a daughter through law school.*
h credit to. [ME *finaunce,* money supply < OFr.
< *finer,* to pay ransom < *fin,* end < Lat. *finis.*]
*n.* A legislative act designed to raise public rev-
npany *n.* A company that makes loans to indi-
fə-năn′shəl, fī-) *adj.* Of, pertaining to, or involv-
finances, or financiers. —fi·nan′cial·ly *adv.*
yms: *financial, pecuniary, fiscal, monetary.* These
efer in various senses to money. *Financial* is the
application but often has reference to transac-
ing money on a large scale. *Pecuniary* is more
to the private, small-scale dealings of individ-
applies principally to the policies and practices
of government as they relate to money. *Mone-*
ecial reference to actual money, its coinage and
its circulation.
fĭn′ən-sîr′, fə-năn′-, fī′nən-) *n.* One who is occu-
or expert in large-scale financial affairs. [Fr. <
*nce,* gift. —see FINANCE.]
n′băk′) *n.* The rorqual.
) *n.* Any of various relatively small birds of the
gillidae, as a goldfinch, bullfinch, cardinal, gros-
nary, having a short, stout bill adapted for crack-
ME < OE *finc.*]
found (found), find·ing, finds. —*tr.* 1. To come
by accident; meet with. 2. To come upon after a
*d the cause of the trouble.* 3. To come upon
servation, experience, or study: *found the answer*
*em.* 4. To succeed in reaching; arrive at: *The dart*
*mark.* 5. To obtain or acquire by great effort:
*noney by economizing.* 6. To consider; regard: *I*
*arm irresistible.* 7. To recover (something lost):
*keys.* 8. To recover the use of; regain: *found his*
*eplied.* 9. To decide on and make a declaration
*berated and found a verdict.* 10. To furnish; sup-
To bring (oneself) to an awareness of what one
s to be and do in life. b. To perceive (oneself) to
cific condition or place. —*intr.* To come to a legal
r verdict: *The jury found for the defendant.*
verb. find out 1. To discover in a misdeed, as a
*burglar was found out almost at once.* 2. To detect
ature or character of; expose: *Liars risk being*
3. To determine, ascertain, or corroborate some-
*ou're not sure, find out.* —*n.* 1. An act of finding.
ng that is found, esp. an unexpectedly valuable
[ME *finden* < OE *findan.*] —find′a·ble *adj.*
′dər) *n.* 1. One that finds. 2. A device on a cam-
dicates to the photographer what will appear in
f view of the lens. 3. *Astron.* A small telescope
the body of a larger one for locating an object to
d with the larger telescope.
e *n.* A fee paid to the finder of financial backing
ure or to a party that brings the principals to-
venture.
cle (făN′ də sē-ĕk′lə) *adj.* Of or characteristic of
rt of the 19th century, esp. with reference to its
mate of effete sophistication. [Fr. : *fin,* end + *de,*
*e,* century.]
′in′dĭng) *n.* 1. Something that has been found.
ndings. A conclusion reached after examination
gation. 3. findings. Small tools and materials used
san, as a jeweler.
*adj.* fin·er, fin·est. 1. Of superior quality, skill, or
e: *a fine day; a fine writer.* 2. Very small in size,
r bulk: *fine type.* 3. a. Free from impurities.
ing pure metal in a specified proportion or
4. Very sharp; keen: *a blade with a fine edge.*
slender: *fine hairs.* 6. Showing workmanship of
and delicacy: *fine china.* 7. Consisting of ex-
nall particles; not coarse: *fine dust.* 8. a. Subtle or
*fine difference.* b. Able to make or detect effects
ubtlety or precision; sensitive: *a fine eye for color.*
l to the highest degree of physical efficiency: *a*







*fine racehorse.* 10. Characterized by refinement or elegance: *a fine lady.* 11. In satisfactory health; quite well: *I'm fine. And you?* —*adv.* 1. Finely. 2. *Informal.* Very well: *doing fine.* —*tr. & intr.v.* fined, fin·ing, fines. To make or become finer, purer, or cleaner. [ME *fin* < OFr. < Med. Lat. *finus,* prob. < *finire,* to finish < Lat.] —fine′ness *n.*

fine² (fīn) *n.* 1. A sum of money imposed as a penalty for an offense. 2. *Law.* A forfeiture or penalty to be paid to the offended party in a civil action. 3. *Law.* An amicable settlement of a suit over land ownership. 4. *Obs.* An end; termination. —*tr.v.* fined, fin·ing, fines. To require the payment of a fine from; impose a fine on. —*idiom.* in fine. 1. In conclusion; finally. 2. In summation; in brief. [ME *fin* < OFr. < Lat. *finis,* end.] —fin′a·ble, fine′a·ble *adj.*

fi·ne³ (fē′nā) *n. Mus.* The end. [Ital. < Lat. *finis,* end.]

fine art *n.* 1. a. Art produced or intended primarily for beauty rather than utility. b. Often fine arts. Any of such arts, including sculpture, painting, and music. 2. Something requiring highly developed techniques and skills: *the fine art of argumentation.*

fine-drawn (fīn′drôn′) *adj.* 1. Drawn out to a slender, threadlike state, as wire. 2. Subtly or precisely fashioned, as a theory. 3. Delicately formed: *fine-drawn features.*

fine-grained (fīn′grānd′) *adj.* Having a fine, smooth, even grain, as wood.

fine·ly (fīn′lē) *adv.* 1. In a fine manner; splendidly. 2. To a fine point; discriminatingly. 3. In small pieces or parts; minutely: *finely chopped nuts.*

fine print *n.* Something, as limitations in a contract, presented in a deliberately ambiguous or cryptic manner.

fin·er·y (fī′nə-rē) *n., pl.* -ies. Elaborate adornment, esp. fine clothing and accessories.

fines herbes (fēn zĕrb′, fēn ĕrb′) *n.* Finely chopped herbs, such as parsley, chives, tarragon, and thyme, used as a seasoning. [Fr.]

fine-spun (fīn′spŭn′) *adj.* 1. Developed to extreme fineness or subtlety; elaborate. 2. Developed to excessive fineness or subtlety; overwrought.

fi·nesse (fə-nĕs′) *n.* 1. Delicacy and refinement of performance, execution, or workmanship. 2. Subtlety, tact, or skill in dealing with a situation. 3. The playing of a card in a suit in which one holds a nonsequential higher card either to induce an opponent to play an intermediate card that one's partner can then top or to win the trick economically. —*v.* -nessed, -ness·ing, -ness·es. —*tr.* 1. To accomplish by the use of finesse. 2. To handle with a deceptive or evasive strategy. 3. To play (a card) as a finesse. —*intr.* To make a finesse in a card game. [OFr., fineness < *fin,* fine.]

fine-toothed comb (fīn′tōōtht′, -tōōthd′) *n.* 1. A comb with teeth set close together. 2. A method of searching or investigating in minute detail: *examined the figures with a fine-toothed comb but found no errors.*

fin·fish (fĭn′fĭsh′) *n.* An aquatic vertebrate of the superclass Pisces, as opposed to a shellfish.

fin·ger (fĭng′gər) *n.* 1. One of the five digits of the hand, esp. one other than the thumb. 2. The part of a glove designed to cover a finger. 3. Something, as a peninsula, that resembles a finger. 4. The length or width of a finger. —*v.* -gered, -ger·ing, -gers. —*tr.* 1. To touch with the fingers; handle. 2. *Mus.* a. To mark (a score) with indications of which fingers are to play the notes. b. To play (an instrument) by using the fingers in a particular order or way. 3. *Slang.* a. To inform on. b. To designate as an intended victim. —*intr.* 1. To handle something with the fingers. 2. To use the fingers in playing a musical instrument. —*idiom.* twist (or wrap) around (one's) little finger. *Slang.* To dominate utterly and effortlessly. [ME < OE.] —fin′ger·er *n.*

fin·ger·board (fĭng′gər-bôrd′, -bōrd′) *n.* A strip of wood on the neck of a stringed instrument against which the strings are pressed in playing.

finger bowl *n.* A small bowl that holds water for rinsing the fingers at the table.

fin·ger·breadth (fĭng′gər-brĕdth′) *n.* The breadth of one finger.

fin·gered (fĭng′gərd) *adj.* Having a finger or fingers, esp. of a specific number, kind, or appearance: *four-fingered; rosy-fingered.*

fin·ger·ing (fĭng′gər-ĭng) *n.* 1. The technique used in playing a musical instrument with the fingers. 2. The indication on a musical score of which fingers are to be used in playing.

fin·ger·ling (fĭng′gər-lĭng) *n.* A young or small fish, as a young salmon or trout.

fin·ger·nail (fĭng′gər-nāl′) *n.* A thin, horny, transparent plate covering the dorsal surface of the tip of each finger.

fin·ger-paint (fĭng′gər-pānt′) *tr. & intr.v.* -paint·ed, -paint·ing, -paints. To make by or engage in finger painting.

finger painting *n.* 1. The technique of painting by applying color to moistened paper with the fingers. 2. A picture made by finger painting.

finger post *n.* A guidepost in the shape of a pointing hand.

fin·ger·print (fĭng′gər-prĭnt′) *n.* An ink impression of the curves formed by the system of ridges on the skin surface of the distal phalanx of a finger, esp. such an impression used as a means of identification. —*tr.v.* -print·ed, -print·ing, -prints. To take the fingerprints of.

finger tip also fin·ger·tip (fĭng′gər-tĭp′) *n.* The extreme end or tip of a finger. —*idiom.* at (one's) finger tips. Readily or instantly available.

finger wave *n.* A wave set into dampened hair using only the fingers and a comb.

fin·i·al (fĭn′ē-əl) *n.* 1. *Archit.* An ornament fixed to the peak of an arch or arched structure. 2. An ornamental terminating part, such as the screw on top of a lampshade. [ME < *finial,* last, var. of *final.*]

fin·i·cal (fĭn′ĭ-kəl) *adj.* Finicky. [Prob. < FINE¹.] —fin′i·cal·ly *adv.* —fin′i·cal·ness *n.*

fin·ick·y (fĭn′ĭ-kē) *adj.* -i·er, -i·est. Extremely fastidious in tastes or standards; difficult to please. [< *finick,* a finical person < FINICAL.]

fin·is (fĭn′ĭs, fī′nĭs) *n.* The end. [ME < Lat.]

fin·ish (fĭn′ĭsh) *v.* -ished, -ish·ing, -ish·es. —*tr.* 1. To arrive at or attain the end of: *finish a race.* 2. To bring to an end; terminate: *finished cleaning the room.* 3. To consume all of; use up: *finish a pie.* 4. To bring to a desired or required state; perfect: *finish a painting.* 5. To give (a surface) a desired or particular texture. 6. To destroy; kill: *finish an enemy.* 7. To bring about the ruin of: *The stock-market crash finished him.* —*intr.* 1. To come to an end; stop. 2. To reach the end of a task, course, or relationship. —*n.* 1. a. The final part or conclusion; end: *a close finish in the race.* b. The reason for one's ruin; downfall. 2. Something that completes, concludes, or perfects, esp.: a. The last treatment or coating of a surface. b. The surface texture produced. c. The material used in surfacing or finishing: *a wax finish.* 3. Completeness, thoroughness, refinement, or smoothness of execution; perfection. [ME *finishen* < OFr. *finir, finiss-,* to complete < Lat. *finire* < *finis,* end.] —fin′ish·er *n.*

fin·ished (fĭn′ĭsht) *adj.* Highly accomplished or skilled; polished.

finishing school *n.* A private girls' school that stresses training in cultural subjects and preparation for life in society.

finish line *n.* A line that marks the end of a course for racing.

fi·nite (fī′nīt′) *adj.* 1. a. Having bounds; limited: *a finite list of choices.* b. Existing, persisting, or enduring for a limited time only; impermanent. 2. Being neither infinite nor infinitesimal. 3. *Math.* a. Bounded in an interval. Used of a quantity defined in an interval. b. Incapable of being put into one-to-one correspondence with a part of itself. Used of a set. c. Real or complex as distinguished from ideal. Used of a number. 4. *Gram.* Limited by person, number, tense, and mood and capable of serving as a predicate. Used of verbs. —*n.* Finite entities collectively. [ME *finit* < Lat. *finitum,* p.part. of *finire,* to limit < *finis,* end.] —fi′nite′ly *adv.* —fi′nite′ness *n.*

fin·i·tude (fĭn′ĭ-tōōd′, -tyōōd′, fī′nĭ-) *n.* The quality or condition of being finite.

fink (fĭngk) *Slang.* —*n.* 1. A hired strikebreaker. 2. An informer. 3. An undesirable person. —*intr.v.* finked, fink·ing, finks. 1. To inform against another person. 2. To withhold support or participation: *finked out on me.* [Orig. unknown.]

Finn (fĭn) *n.* 1. A native or inhabitant of Finland. 2. One who speaks Finnish or a Finnic language. [Swed. *Finne.*]

fin·nan had·die (fĭn′ən hăd′ē) also finnan had·dock (hăd′ək) *n.* Smoked haddock. [Obs. *findhorn haddock,* prob. after the *Findhorn* River, Scotland.]

finned (fĭnd) *adj.* Having a fin, fins, or finlike parts.

Fin·nic (fĭn′ĭk) *adj.* Of or pertaining to Finland or the Finns. —*n.* A branch of Finno-Ugric that includes Finnish, Estonian, and Lapp.

Finn·ish (fĭn′ĭsh) *adj.* Of or pertaining to Finland, its language, or its people. —*n.* The Finno-Ugric language of the Finns.

Fin·no-U·gric (fĭn′ō-ōō′grĭk, -yōō′-) also Fin·no-U·gri·an (-ōō′grē-ən, -yōō′-) *n.* A subfamily of the Uralic language family that includes Finnish, Hungarian, and other languages of eastern Europe and northwestern U.S.S.R. —*adj.* 1. Pertaining to the Finns and the Ugrians. 2. Pertaining to Finno-Ugric.

fin·ny (fĭn′ē) *adj.* -ni·er, -ni·est. 1. Having fins. 2. Resembling a fin. 3. Of, pertaining to, or characteristic of fish.

fi·no·chi·o also fi·noc·chi·o (fə-nō′kē-ō′) *n.* A variety of fennel, *Foeniculum vulgare dulce,* whose blanched stalks are eaten as a vegetable. [Ital. *finocchio* < Lat. *feniculum,* fennel, dim. of *fenum,* hay.]

fin rot *n.* A bacterial disease of fish marked by the progressive deterioration of the fin tissue.

fiord (fyôrd, fyōrd) *n.* Variant of fjord.

fip·ple (fĭp′əl) *n.* 1. A wooden block that forms a flue at the mouth end of certain musical wind instruments. 2. An object similar to a fipple in an organ pipe. [Orig. unknown.]

fipple flute *n.* A flute, as a recorder, with a fipple.

fir (fûr) *n.* 1. a. Any of various evergreen trees of the genus *Abies,* having flat needles and erect cones. b. Any of several similar or related trees, such as the Douglas fir. 2. The wood of a fir. [ME *firre* < OE *fyrh.*] —fir′ry *adj.*

fire (fīr) *n.* 1. a. A rapid, persistent chemical reaction that releases heat and light, esp. the exothermic combination of a combustible substance with oxygen. b. A fire distinguished by destructive power: *a forest fire.* 2. a. Intensity, as of feel-



fingerprint



finial



Graces

or propriety. **4. a.** A disposition to be generous or helpful; good will. **b.** Mercy; clemency. **5.** A favor rendered by one who need not do so; indulgence. **6.** A temporary immunity or exemption; reprieve. **7.** *Theol.* **a.** Divine love and protection bestowed freely upon mankind. **b.** The state of being protected or sanctified by the favor of God. **c.** An excellence or power granted by God. **8.** A short prayer of blessing or thanksgiving said before or after a meal. **9.** Used with *his, her,* or *your* as a title of courtesy for a duke, duchess, or archbishop. **10.** *Mus.* An embellishment such as an appoggiatura or trill. *—tr.v.* **graced, grac·ing, grac·es. 1.** To honor or favor. **2.** To give beauty, elegance, or charm to. **3.** *Mus.* To embellish with grace notes. *—**Idioms.*** **in the good (or bad) graces of.** In (or out of) favor with. **with good (or bad) grace.** In a willing (or grudging) manner. [ME, divine love < OFr. < Lat. *gratia,* good will < *gratus,* pleasing.]

**grace cup** *n.* **1.** A cup used at the end of a meal, usually after grace, for the final toast. **2.** The final toast of a meal.

**grace·ful** (grās′fəl) *adj.* Showing grace of movement, form, or proportion. **—grace′ful·ly** *adv.* **—grace′ful·ness** *n.*

**grace·less** (grās′lĭs) *adj.* **1.** Lacking grace; clumsy. **2.** Having no sense of propriety or decency. **3.** Inferior or clumsy in treatment or performance: *a graceless production of* Richard III. **—grace′less·ly** *adv.* **—grace′less·ness** *n.*

**grace note** *n.* *Mus.* A note, esp. an appoggiatura, added as an embellishment.

**Grac·es** (grā′sĭz) *pl.n.* *Gk. Myth.* Three sister goddesses, Aglaia, Euphrosyne, and Thalia, who dispense charm and beauty.

**grac·ile** (grăs′əl, -īl′) *adj.* **1.** Gracefully slender. **2.** Graceful. [Lat. *gracilis.*] **—gra·cil′i·ty** (grə-sĭl′ĭ-tē) *n.*

**gra·ci·o·so** (grä′sē-ō′sō, -zō) *n., pl.* **-sos.** A clown or buffoon in Spanish comedies. [Sp. < Lat. *gratiosus,* agreeable. —see GRACIOUS.]

**gra·cious** (grā′shəs) *adj.* **1.** Characterized by kindness and warm courtesy. **2.** Characterized by tact and propriety: *responded to the insult with gracious humor.* **3.** Of a merciful or compassionate nature. **4.** Condescendingly courteous; indulgent. **5.** Characterized by charm or beauty; graceful. **6.** Characterized by elegance and good taste: *a gracious dinner.* **7.** *Obs.* Fortunate or prosperous. *—interj.* Used to express surprise or mild emotion. [ME < OFr. *gracieus* < Lat. *gratiosus,* agreeable < *gratia,* good will < *gratus,* pleasing.] **—gra′cious·ly** *adv.* **—gra′cious·ness** *n.*

**grack·le** (grăk′əl) *n.* **1.** Any of several New World blackbirds of the family Icteridae, esp. of the genera *Quiscalus* or *Cassidix,* having iridescent blackish plumage. **2.** Any of several Asian mynas of the genus *Gracula.* [Lat. *graculus,* jackdaw.]



**grackle**
Common purple grackle

**grad** (grăd) *n.* *Informal.* A graduate of a school or college.

**gra·date** (grā′dāt′) *v.* **-dat·ed, -dat·ing, -dates.** *—intr.* To pass imperceptibly from one degree, shade, or tone to another. *—tr.* **1.** To cause to pass imperceptibly from one degree, shade, or tone to another. **2.** To arrange according to or in grades. [Back-formation < GRADATION.]

**gra·da·tion** (grā-dā′shən) *n.* **1. a.** A series of gradual, successive stages; a systematic progression. **b.** A degree or stage in such a progression. **2.** Advancement by successive stages, tones, or shades, as from one color to another. **3.** The act of gradating or arranging in grades. **4.** An ablaut. [Lat. *gradatio* < *gradus,* step.] **—gra·da′tion·al** *adj.* **—gra·da′tion·al·ly** *adv.*

**grade** (grād) *n.* **1.** A stage or degree in a process. **2.** A position in a scale of size or quality, as of eggs or beef. **3.** A group of persons or things all falling in the same specified limits; class. **4. a.** A class at an elementary school or the pupils in it. **b. grades.** Elementary school. **5.** A mark indicating a student's level of accomplishment. **6.** A military, naval, or civil-service rank. **7.** The degree of inclination of a slope, road, or other surface. **8.** A slope or gradual inclination, esp. of a road or railroad track. **9.** A domestic animal produced by crossbreeding one of purebred stock with one of ordinary stock. *—v.* **grad·ed, grad·ing, grades.** *—tr.* **1.** To arrange in steps or degrees. **2.** To arrange in a series or according to a scale. **3. a.** To determine the quality of (academic work, for example); evaluate. **b.** To give a grade to (a student, for example). **4.** To level or smooth to a desired or horizontal gradient. **5.** To gradate. **6.** To improve the quality of (livestock) by crossbreeding with purebred stock. *—intr.* **1.** To hold a certain rank or position. **2.** To change or progress gradually. *—**Idiom.*** **make the grade. 1.** To reach the highest point of an inclination. **2.** To reach a goal or standard; succeed. [Fr. < Lat. *gradus,* step.]



**graft**[1]
*Above:* Two kinds of cactus grafted together
*Below:* (*Left to right*) Cleft graft, whip graft, bud graft

**grade crossing** *n.* An intersection of roads, railroad tracks, or a road and a railroad track at the same level.

**grade point** also **grade index** *n.* A point assigned to a course credit, as in a university, that corresponds to the letter grade made in a course.

**grade point average** also **grade point index** *n.* The average grade earned, as by a student, figured by dividing the grade points earned by the number of credits attempted.

**grade school** *n.* An elementary school.

**gra·di·ent** (grā′dē-ənt) *n.* **1.** A rate of inclination; slope. **2.** An ascending or descending part; incline. **3.** *Physics.* The maximum rate at which a variable physical quantity changes in value per unit change in position. **4.** *Math.* A vector having coordinate components that are the partial derivatives of a function with respect to its variables. [Perh. < GRADE.]

**gra·din** (grād′n) also **gra·dine** (grā′dēn′, grə-dēn′) *n.* One of a series of steps or tiered seats, as in an amphitheater. [Fr. < Ital. *gradino,* dim. of *grado,* step < Lat. *gradus.*]

**grad·u·al** (grăj′o͞o-əl) *adj.* Advancing or progressing by regular or continuous degrees: *gradual erosion; a gradual slope.* *—n.* *Rom. Cath. Ch.* **1.** A book containing the choral portions of the Mass. **2.** The antiphon sung between the Epistle and the Gospel of the Mass. [Med. Lat. *gradualis* < Lat. *gradus,* step.] **—grad′u·al·ly** *adv.* **—grad′u·al·ness** *n.*

**grad·u·al·ism** (grăj′o͞o-ə-lĭz′əm) *n.* The belief in or policy of advancing toward a goal by gradual, often slow stages. **—grad′u·al·ist** *n.* **—grad′u·al·is′tic** *adj.*

**grad·u·ate** (grăj′o͞o-āt′) *v.* **-at·ed, -at·ing, -ates.** *—intr.* **1. a.** To be granted an academic degree or diploma. **b.** *Nonstandard.* To receive an academic degree from. **2.** To change gradually or by degrees. *—tr.* **1.** To grant an academic degree or diploma to. **2.** To arrange or divide into categories, steps, or grades. **3.** To divide into marked intervals, esp. for use in measurement. *—n.* (-ĭt). **1.** One who has received an academic degree or diploma. **2.** A graduated container, such as a beaker or flask. *—adj.* (-ĭt). **1.** Possessing an academic degree or diploma. **2.** Of, for, or relating to studies beyond a bachelor's degree: *graduate courses.* [ME *graduaten,* to confer a degree < Med. Lat. *graduare* < Lat. *gradus,* degree.] **—grad′u·a′tor** *n.*

***Usage:*** A strict traditionalist would insist that *she was graduated from college* is the only correct usage. But the usage *she graduated from college* is by now entirely acceptable, and the variant without a preposition, as in *she graduated college,* is rapidly gaining ground.

**grad·u·a·tion** (grăj′o͞o-ā′shən) *n.* **1. a.** The conferring or receipt of an academic degree or diploma marking completion of studies. **b.** A ceremony at which degrees or diplomas are conferred; commencement. **2. a.** A division or interval on a graduated scale. **b.** A mark indicating the boundary of such an interval. **3.** An arrangement in or division into stages or degrees.

**Graeco–** *pref.* Variant of **Greco-.**

**graf·fi·to** (grə-fē′tō, grā-, grä-) *n., pl.* **-ti** (-tē). A crude drawing or inscription scratched on a wall or other surface, usually so as to be seen by the public. [Ital., dim. of *graffio,* a scratching < *graffiare,* to scratch.]

**graft**[1] (grăft) *v.* **graft·ed, graft·ing, grafts.** *—tr.* **1. a.** To unite (a shoot or bud) with a growing plant by insertion or placing in close contact. **b.** To join (a plant or plants) by such union. **2.** To transplant or implant (tissue, for example) surgically into a bodily part to compensate for a defect. **3.** To join or unite closely. *—intr.* **1.** To make a graft. **2.** To be or become grafted. *—n.* **1. a.** A detached shoot or bud united or to be united with a growing plant. **b.** The union or point of union of a detached shoot or bud with a growing plant by insertion or attachment. **c.** A plant produced by such union. **2. a.** Material, esp. tissue or an organ, surgically attached to or inserted into a bodily part to compensate for a defect. **b.** The procedure of implanting or transplanting such material. **c.** The configuration or condition resulting from such a procedure. [ME *graffen* < *graffe,* graft < OFr. *graife,* stylus (from its shape) < Lat. *graphium* < Gk. *graphion* < *graphein,* to write.] **—graft′er** *n.*

**graft**[2] (grăft) *n.* **1.** The unscrupulous use of one's position to derive profit or advantages; extortion. **2.** Money or an advantage gained or yielded by unscrupulous means. *—tr. & intr.v.* **graft·ed, graft·ing, grafts.** To gain by or practice graft. [Perh. < GRAFT (to unite).] **—graft′er** *n.*

**graft·age** (grăf′tĭj) *n.* The process of making a graft in horticulture.

**gra·ham** (grā′əm) *n.* Whole-wheat flour. [After Sylvester Graham (1794–1851).]

**graham cracker** *n.* A slightly sweet, usually rectangular cracker made of whole-wheat flour.

**grail** also **Grail** (grāl) *n.* **1.** The cup or chalice in medieval legend used by Christ at the Last Supper and subsequently the object of many chivalrous quests. **2.** The object of a prolonged endeavor. [ME *gral* < OFr. *graal* < Med. Lat. *gradalis,* dish.]

**grain** (grān) *n.* **1. a.** A small, hard seed or fruit, esp. that produced by a cereal grass. **b.** The seeds of such plants collectively, esp. after having been harvested. **2.** Cereal grasses collectively: *a field of grain.* **3. a.** A relatively small discrete particulate or crystalline mass: *a grain of sand.* **b.** A small amount or the smallest amount possible: *hasn't a grain of sense in his whole body.* **4.** *Aerospace.* A mass of solid propellant formed from a number of smaller pieces. **5.** A unit of weight in the U.S. Customary System, an avoirdupois unit equal to 0.002285 ounce, or .065 gram. **6.** The arrangement, direction, or pattern of the fibrous tissue in wood. **7. a.** The side of a hide or piece of leather from which the hair or fur is removed. **b.** The pattern or markings on this side of leather. **8.** The pattern produced, as in stone, by the arrangement of particulate constituents. **9.** The relative size of the particles composing a substance or pattern: *a coarse grain.* **10.** A painted, stamped, or printed design that imitates the pattern found in wood, leather, or
direction or texture of fibers in a woven fabr
of fine crystallization. **13. a.** Basic temperam
disposition. **b.** An essential quality or characte
*chaic.* Color; tint. **15.** *Obs.* **a.** Cochineal or k
dye made from cochineal or kermes. **c.** A
**grained, grain·ing, grains.** *—tr.* **1.** To cause
grains; granulate. **2.** To paint, stamp, or print
imitating the grain of wood, leather, or stone
granular or rough texture to. **4.** To remove t
from (hides) in preparation for tanning. —
grains. *—**Idioms.*** **against the (or one's) grain.**
tion to one's natural disposition or character. **w**
**salt.** With reservations; skeptically. [ME < C
Lat. *granum.*] **—grain′er** *n.*

**grain alcohol** *n.* Alcohol.

**grain elevator** *n.* A building equipped with me
ing devices and used for storing grain.

**grains of paradise** *pl.n.* **1.** The pungent, arom
a tropical African plant, *Aframomum melegue*
dicinally. **2.** The seeds of cardamom.

**grain·y** (grā′nē) *adj.* **-i·er, -i·est. 1.** Made of o
grain; granular. **2.** Resembling the grain of wo
**i·ness** *n.*

**gram**[1] (grăm) *n.* A metric unit of mass and wei
one-thousandth ($10^{-3}$) of a kilogram. [Fr. *gram*
*gramma,* a small weight < Gk.]

**gram**[2] (grăm) *n.* **1.** Any of several plants, such
pea, bearing seeds widely used as food in tr
**2.** The seeds of a gram. [Obs. Port. < Lat. *gr*

**-gram** *suff.* Something written or drawn; a rec
*gram.* [Lat. *-gramma* < Gk. < *gramma,* letter.]

**gra·ma** (grä′mə, grăm′ə) *n.* Any of various gr
genus *Bouteloua,* of western North America
America, forming dense tufts or mats and of
pasturage. [Sp. *grama* < Lat. *gramen,* grass.]

**gram·a·rye** (grăm′ə-rē) *n.* Occult learning; magi
*marie* < OFr. *gramaire,* grammar. —see GRAMM

**gram atom** (grăm′ăt′əm) *n.* The mass in gram
ment numerically equal to the atomic weight.

**gram calorie** *n.* A calorie (sense 1).

**gra·mer·cy** (grə-mûr′sē, grăm′ər-) *interj.* *Archa*
express surprise or gratitude. [ME *gramerci* <
*merci,* great thanks.]

**gram·i·ci·din** (grăm′ĭ-sīd′n) *n.* An antibiotic pro
bacterium, *Bacillus brevis,* and used against m
positive pathogenic bacteria. [GRAM(-POSITIVE)
+ -IN.]

**gra·min·e·ous** (grə-mĭn′ē-əs) *adj.* **1.** Of, pertai
characteristic of grasses. **2.** Of or belonging to
Gramineae, which includes the grasses. [Lat.
grassy < *gramen,* grass.] **—gra·min′e·ous·ness** *n.*

**gram·i·niv·o·rous** (grăm′ə-nĭv′ər-əs) *adj.* Fe
grasses, grain, or seeds. [Lat. *gramen,* grass +

**gram·mar** (grăm′ər) *n.* **1.** The study of language a
atically composed body of words that exhibit
regularity of structure and arrangement into sen
sometimes including such aspects of language a
nunciation of words, the meanings of words, and
of words. **2. a.** The phenomena with which gram
as exhibited by a specific language at a specific ti
system of rules implicit in a language, viewed as
nism for generating all sentences possible in that
**3.** A normative or prescriptive system of rules se
the current standard of usage for pedagogical or
purposes. **4.** Writing or speech judged with rega
rules or practice of grammar: *bad grammar.* **5.** A
taining the morphologic, syntactic, and semantic
specific language. **6. a.** The basic principles of a
knowledge: *the grammar of music.* **b.** A book dea
such principles. [ME *gramere* < OFr. *gramaire* < L
*matica* < Gk. *grammatikē* < *grammatikos,* of
*gramma,* letter.]

**gram·mar·i·an** (grə-mâr′ē-ən) *n.* A specialist in gra

**grammar school** *n.* **1.** An elementary school (
**2.** *Chiefly Brit.* A secondary or preparatory sch
school stressing the study of classical languages.

**gram·mat·i·cal** (grə-măt′ĭ-kəl) *adj.* **1.** Of or rel
grammar. **2.** Conforming to the rules of gramma
*grammaticalis* < Lat. *grammaticus* < Gk. *gramma*
letters < *gramma,* letter.] **—gram·mat′i·cal′i·ty** (-kă
**—gram·mat′i·cal·ly** *adv.*

**grammatical gender** *n.* The gender assigned to a
the grammar of a language as distinct from natura
or sex.

**gram·ma·tol·o·gy** (grăm′ə-tŏl′ə-jē) *n.* The study an
of systems of graphic script. [Gk. *gramma, gramma*
+ -LOGY.] **—gram′ma·to·log′ic** (-tə-lŏj′ĭk), **gram′ma**
**i·cal** *adj.* **—gram′ma·tol′o·gist** *n.*

**gramme** (grăm) *n.* *Chiefly Brit.* Variant of **gram**[1].

**gram-mo·lec·u·lar weight** (grăm′mə-lĕk′yə-lər) *n.*

**gram molecule** *n.* A mole[5].

**Gram-neg·a·tive** (grăm′nĕg′ə-tĭv) *adj.* Of, pertainin
being a microorganism that does not retain the pu
used in Gram's method.

Case 1:05-cv-01075-TCW Document 43-12 Filed 11/08/2006 Page 6 of 7



ıit change in position. **4.** *Math.* A
e components that are the partial
with respect to its variables. [Perh.

**·dine** (grā'dēn', grə-dēn') *n.* One of
seats, as in an amphitheater. [Fr. <
*do,* step < Lat. *gradus.*]
Advancing or progressing by regu-
s: *gradual erosion; a gradual slope.*
A book containing the choral por-
antiphon sung between the Epistle
Mass. [Med. Lat. *gradualis* < Lat.
**l·ly** *adv.* —**grad'u·al·ness** *n.*
līz'əm) *n.* The belief in or policy of
al by gradual, often slow stages.
**'u·al·is'tic** *adj.*
*v.* **-at·ed, -at·ing, -ates.** —*intr.*
ademic degree or diploma. **b.** *Non-*
cademic degree from. **2.** To change
—*tr.* **1.** To grant an academic de-
arrange or divide into categories.
vide into marked intervals, esp. for
(-ĭt). **1.** One who has received an
ma. **2.** A graduated container, such
*dj.* (-ĭt). **1.** Possessing an academic
for, or relating to studies beyond a
*ıte courses.* [ME *graduaten,* to con-
*graduare* < Lat. *gradus,* degree.]

itionalist would insist that *she was*
s the only correct usage. But the
*college* is by now entirely accept-
ıout a preposition, as in *she gradu-*
ining ground.
hən) *n.* **1. a.** The conferring or re-
ee or diploma marking completion
at which degrees or diplomas are
ıt. **2. a.** A division or interval on a
rk indicating the boundary of such
ement in or division into stages or

**Greco-.**
grä-) *n., pl.* **-ti** (-tē). A crude draw-
ed on a wall or other surface, usu-
he public. [Ital., dim. of *graffio,* a
scratch.]
**raft·ing, grafts.** —*tr.* **1. a.** To unite
rowing plant by insertion or plac-
o join (a plant or plants) by such
r implant (tissue, for example) sur-
to compensate for a defect. **3.** To
*tr.* **1.** To make a graft. **2.** To be or
A detached shoot or bud united
wing plant. **b.** The union or point
oot or bud with a growing plant by
A plant produced by such union.
or an organ, surgically attached to
part to compensate for a defect.
anting or transplanting such mate-
or condition resulting from such a
*graffe,* graft < OFr. *graife,* stylus
*aphium* < Gk. *graphion* < *graphein,*

crupulous use of one's position to
es; extortion. **2.** Money or an ad-
by unscrupulous means. —*tr. &*
**rafts.** To gain by or practice graft.
.] —**graft'er** *n.*
process of making a graft in horti-

ole-wheat flour. [After Sylvester

lightly sweet, usually rectangular
heat flour.
**l.** The cup or chalice in medieval
the Last Supper and subsequently
alrous quests. **2.** The object of a
*gral* < OFr. *graal* < Med. Lat.

nall, hard seed or fruit, esp. that
s. **b.** The seeds of such plants col-
been harvested. **2.** Cereal grasses
*n.* **3. a.** A relatively small discrete
mass: *a grain of sand.* **b.** A small
mount possible: *hasn't a grain of*
*Aerospace.* A mass of solid propel-
er of smaller pieces. **5.** A unit of
nary System, an avoirdupois unit
or .065 gram. **6.** The arrangement,
fibrous tissue in wood. **7. a.** The
leather from which the hair or fur
rn or markings on this side of
roduced, as in stone, by the ar-
onstituents. **9.** The relative size of
a substance or pattern: *a coarse*
nped, or printed design that imi-





tates the pattern found in wood, leather, or stone. **11.** The direction or texture of fibers in a woven fabric. **12.** A state of fine crystallization. **13. a.** Basic temperament or nature; disposition. **b.** An essential quality or characteristic. **14.** *Archaic.* Color; tint. **15.** *Obs.* **a.** Cochineal or kermes. **b.** Red dye made from cochineal or kermes. **c.** A fast dye. —*v.* **grained, grain·ing, grains.** —*tr.* **1.** To cause to form into grains; granulate. **2.** To paint, stamp, or print with a design imitating the grain of wood, leather, or stone. **3.** To give a granular or rough texture to. **4.** To remove the hair or fur from (hides) in preparation for tanning. —*intr.* To form grains. —*idioms.* **against the (or one's) grain.** In contradiction to one's natural disposition or character. **with a grain of salt.** With reservations; skeptically. [ME < OFr. *graine* < Lat. *granum.*] —**grain'er** *n.*

**grain alcohol** *n.* Alcohol.

**grain elevator** *n.* A building equipped with mechanical lifting devices and used for storing grain.

**grains of paradise** *pl.n.* **1.** The pungent, aromatic seeds of a tropical African plant, *Aframomum melegueta,* used medicinally. **2.** The seeds of cardamom.

**grain·y** (grā'nē) *adj.* **-i·er, -i·est. 1.** Made of or resembling grain; granular. **2.** Resembling the grain of wood. —**grain'i·ness** *n.*

**gram**[1] (grăm) *n.* A metric unit of mass and weight, equal to one-thousandth ($10^{-3}$) of a kilogram. [Fr. *gramme* < LLat. *gramma,* a small weight < Gk.]

**gram**[2] (grăm) *n.* **1.** Any of several plants, such as the chickpea, bearing seeds widely used as food in tropical Asia. **2.** The seeds of a gram. [Obs. Port. < Lat. *granum,* seed.]

**-gram** *suff.* Something written or drawn; a record: *cardiogram.* [Lat. *-gramma* < Gk. < *gramma,* letter.]

**gra·ma** (grä'mə, grăm'ə) *n.* Any of various grasses of the genus *Bouteloua,* of western North America and South America, forming dense tufts or mats and often used as pasturage. [Sp. *grama* < Lat. *gramen,* grass.]

**gram·a·rye** (grăm'ə-rē) *n.* Occult learning; magic. [ME *gramarie* < OFr. *gramaire,* grammar. —see GRAMMAR.]

**gram atom** (grăm'ăt'əm) *n.* The mass in grams of an element numerically equal to the atomic weight.

**gram calorie** *n.* A calorie (sense 1).

**gra·mer·cy** (grə-mûr'sē, grăm'ər-) *interj. Archaic.* Used to express surprise or gratitude. [ME *gramerci* < OFr. *grand merci,* great thanks.]

**gram·i·ci·din** (grăm'ĭ-sīd'n) *n.* An antibiotic produced by a bacterium, *Bacillus brevis,* and used against most Gram-positive pathogenic bacteria. [GRAM(-POSITIVE) + -CID(E) + -IN.]

**gra·min·e·ous** (grə-mĭn'ē-əs) *adj.* **1.** Of, pertaining to, or characteristic of grasses. **2.** Of or belonging to the family Gramineae, which includes the grasses. [Lat. *gramineus,* grassy < *gramen,* grass.] —**gra·min'e·ous·ness** *n.*

**gram·i·niv·o·rous** (grăm'ə-nĭv'ər-əs) *adj.* Feeding on grasses, grain, or seeds. [Lat. *gramen,* grass + -VOROUS.]

**gram·mar** (grăm'ər) *n.* **1.** The study of language as a systematically composed body of words that exhibit discernible regularity of structure and arrangement into sentences and sometimes including such aspects of language as the pronunciation of words, the meanings of words, and the history of words. **2. a.** The phenomena with which grammar deals as exhibited by a specific language at a specific time. **b.** The system of rules implicit in a language, viewed as a mechanism for generating all sentences possible in that language. **3.** A normative or prescriptive system of rules setting forth the current standard of usage for pedagogical or reference purposes. **4.** Writing or speech judged with regard to the rules or practice of grammar: *bad grammar.* **5.** A book containing the morphologic, syntactic, and semantic rules for a specific language. **6. a.** The basic principles of an area of knowledge: *the grammar of music.* **b.** A book dealing with such principles. [ME *gramere* < OFr. *gramaire* < Lat. *grammatica* < Gk. *grammatikē* < *grammatikos,* of letters < *gramma,* letter.]

**gram·mar·i·an** (grə-mâr'ē-ən) *n.* A specialist in grammar.

**grammar school** *n.* **1.** An elementary school (sense 1). **2.** *Chiefly Brit.* A secondary or preparatory school. **3.** A school stressing the study of classical languages.

**gram·mat·i·cal** (grə-măt'ĭ-kəl) *adj.* **1.** Of or relating to grammar. **2.** Conforming to the rules of grammar. [LLat. *grammaticalis* < Lat. *grammaticus* < Gk. *grammatikos,* of letters < *gramma,* letter.] —**gram·mat'i·cal'i·ty** (-kăl'ĭ-tē) *n.* —**gram·mat'i·cal·ly** *adv.*

**grammatical gender** *n.* The gender assigned to a word in the grammar of a language as distinct from natural gender or sex.

**gram·ma·tol·o·gy** (grăm'ə-tŏl'ə-jē) *n.* The study and science of systems of graphic script. [Gk. *gramma, grammat-,* letter + -LOGY.] —**gram'ma·to·log'ic** (-tə-lŏj'ĭk), **gram'ma·to·log'i·cal** *adj.* —**gram'ma·tol'o·gist** *n.*

**gramme** (grăm) *n. Chiefly Brit.* Variant of **gram**[1].

**gram-mo·lec·u·lar weight** (grăm'mə-lĕk'yə-lər) *n.* A mole[5].

**gram molecule** *n.* A mole[5].

**Gram-neg·a·tive** (grăm'nĕg'ə-tĭv) *adj.* Of, pertaining to, or being a microorganism that does not retain the purple dye used in Gram's method.

**gram·o·phone** (grăm'ə-fōn') *n.* A record player; phonograph. [Orig. a trademark.]

**Gram-pos·i·tive** (grăm'pŏz'ĭ-tĭv) *adj.* Of, pertaining to, or being a microorganism that retains the purple dye used in Gram's method.

**gram·pus** (grăm'pəs) *n.* **1.** A marine mammal, *Grampus griseus,* related to and resembling the dolphins but lacking a beaklike snout. **2.** Any of several cetaceans, such as the killer whale, similar to the grampus. [Alteration of ME *graspeis* < OFr. *craspois* : *cras,* fat (< Lat. *crassus*) + *pois,* fish < Lat. *piscis.*]

**Gram's method** (grămz) *n.* A differential staining technique using the retention or lack of retention of a purple dye to classify bacteria. [After Hans C.J. *Gram* (1855–1938).]

**gran·a·dil·la** (grăn'ə-dĭl'ə, -dē'yə) *n.* **1.** Any of various tropical American passionflowers, esp. *Passiflora quadrangularis,* bearing edible fruit. **2.** The egg-shaped, fleshy fruit of the granadilla. [Sp., dim. of *granada,* pomegranate < Lat. *granatus,* seedy < *granum,* grain.]

**gran·a·ry** (grăn'ə-rē, grā'nə-) *n., pl.* **-ries. 1.** A building for storing threshed grain. **2.** A region yielding a copious quantity of grain. [Lat. *granarium* < *granum,* seed.]

**grand** (grănd) *adj.* **-er, -est. 1.** Having higher rank than others of the same category: *a grand admiral.* **2.** Having more importance than others; principal: *the grand ballroom.* **3.** Including or covering all units or aspects: *the grand total.* **4.** Large and impressive in size, scope, or extent; magnificent. **5. a.** Of a rich and sumptuous nature: *A grand meal was laid before them.* **b.** Of a solemn, stately, or splendid nature, as certain kinds of public ceremonies. **6. a.** Dignified or noble in appearance or effect: *a grand old face that bespeaks suffering but not defeat.* **b.** Noble or admirable in conception or intent: *a grand purpose.* **c.** Lofty or sublime in character: *a mock-epic written in the grand style.* **7.** Wonderful or terrific: *had a grand time.* —*n.* **1.** A grand piano. **2.** *Slang.* A thousand dollars. [Fr. < OFr. < Lat. *grandis.*] —**grand'ly** *adv.* —**grand'ness** *n.*

**Synonyms:** *grand, magnificent, imposing, stately, majestic, august, grandiose.* These adjectives mean extremely impressive in some respect. Both *grand* and *magnificent* apply to what is on a large or otherwise impressive scale, physically or aesthetically. *Grand* also can imply dignity, sweep, or eminence, and *magnificent* suggests sumptuousness and excellence of quality. *Imposing* describes what is impressive with respect to size, bearing, power, or general excellence. *Stately* refers principally to dignified and lofty appearance or manner. *Majestic* is applicable to appearance, bearing, manner, or artistic quality, and suggests dignity, nobility, or grandeur. *August* describes persons or things that inspire reverence or awe because of exalted rank or character or because of impressive aspect. *Grandiose* refers principally to things that are on an exceedingly large scale, often with the implication of false pretension to greatness or of affectation or pompousness on the part of their creators.

**gran·dad·dy** (grăn'dăd'ē) *n.* Variant of **granddaddy.**

**gran·dam** (grăn'dăm', -dəm) also **gran·dame** (-dăm', -dəm) *n.* **1.** A grandmother. **2.** An old woman. [ME *graundame* < OFr. *grand dame,* great lady.]

**grand·aunt** (grănd'ănt', -änt') *n.* A sister of one's grandparent.

**grand·child** (grănd'chīld', grăn'-) *n.* A child of one's son or daughter.

**grand·dad** (grăn'dăd') *n. Informal.* A grandfather.

**grand·dad·dy** also **gran·dad·dy** (grăn'dăd'ē) *n.* **1.** A grandfather (sense 1). **2.** One that is the first, oldest, or most respected of its kind: *the granddaddy of the modern computer.*

**grand·daugh·ter** (grăn'dô'tər) *n.* The daughter of one's son or daughter.

**grand duchess** *n.* **1.** The wife or widow of a grand duke. **2.** A woman who is sovereign of a grand duchy. **3.** The daughter of a czar or of one of his male descendants.

**grand duchy** *n.* A territory ruled by a grand duke or a grand duchess.

**grand duke** *n.* **1.** A nobleman who is below a king in rank and is sovereign of a grand duchy. **2.** A son or grandson of a czar.

**gran·dee** (grăn-dē') *n.* **1.** A nobleman of the highest rank in Spain or Portugal. **2.** A person of eminence or high rank. [Sp. *grande* < Lat. *grandis,* great.]

**gran·deur** (grăn'jər, -jŏŏr') *n.* **1.** The quality or condition of being grand; magnificence: *"The world is charged with the grandeur of God"* (Gerard Manley Hopkins). **2.** Nobility or greatness of character. [OFr. < *grand,* great < Lat. *grandis*]

**grand·fa·ther** (grănd'fä'*th*ər, grăn'-) *n.* **1.** The father of one's mother or father. **2.** A forefather; ancestor.

**grandfather clause** *n.* A clause in the constitutions of several southern states prior to 1915 designed to disfranchise blacks by exempting from stringent voting requirements all lineal descendants of persons who were registered voters before 1867.

**grandfather clock** *n.* A pendulum clock enclosed in a tall, narrow cabinet. [From the song *My Grandfather's Clock* by Henry C. Work (1832–1884).]

**grandfather file** *n. Computer Sci.* A magnetic tape or disk containing the original information for a programming system.



grain elevator



grampus



grandfather clock

', sō-jûrn') *intr.v.* **-journed, -journ·ing,** or a time; reside temporarily. —*n.* A tem- residence. [ME *sojournen* < OFr. *sojorner* nare : Lat. *sub-*, under + LLat. *diurnum*, , daily < *dies*, day.] —**so'journ'er** *n.*

early English law, the right of local juris- one of the feudal rights of lordship. **2.** The h soke jurisdiction was exercised. [ME < OE *socn*, act of seeking.]

sō) *n. Mus.* **1.** The syllable used to repre- of a diatonic scale. **2.** The tone G. [ME < AMUT.]

rmer monetary unit of France, equal to 12 l French coin worth 12 deniers. [ME < , solidus.]

les (sō'lās). See table at **currency.** [Sp. <

liquid colloidal dispersion. [Short for HY-

e sun. [ME < Lat.]

plural of **solum.**

eminine of **solus.**

**sol·ace·ment** (-mənt) *n.* **1.** Comfort in , or distress; consolation. **2.** Something fort or consolation. —*tr.v.* **-aced, -ac·ing,** fort, cheer, or console, as in trouble or y or assuage: *He solaced his misery in* OFr. < Lat. *solacium* < *solari*, to console.]

ĭn', -nīn) *n.* A bitter poisonous alkaloid, ed from potato sprouts, tomatoes, and ly used to treat epilepsy. [Fr. < Lat. *so-* < *sōl*, sun.]

**1.** Of, pertaining to, or proceeding from : **2.** Utilizing or operated by energy de- : *a solar heating system.* **3.** Determined or ect to the sun: *the solar year.* [ME < Lat.

system consisting of a large number of lls.

iconductor device that converts the en- o electric energy, used mainly as a power icles.

The amount of solar radiation perpen- ; on a surface of unit area at a distance of unit from the sun in a unit interval of erage value of 1.94 calories per minute ter.

nterval between two successive meridian

mporary outburst of solar gases from a n's surface, a source of intense radiation.

A parabolic reflector that focuses solar nt to obtain temperatures as high as

house having large quantities of heat- behind large glass areas, designed to ace conventional heating methods.

) *n.* A plural of **solarium.**

lə-rĭm'ĭ-tər) *n.* An instrument used to solar radiation through a surface.

-əm) *n., pl.* **-i·a** (-ē-ə) or **-i·ums.** A room, a porch exposed to the sun. [Lat., terrace

*v.* **-ized, -iz·ing, -iz·es.** —*tr.* To affect by 's rays. —*intr.* To be overexposed. Used n. —**so'lar·i·za'tion** *n.*

nonth (sense 6).

nel of connected solar cells.

The large network of sympathetic nerves d in the peritoneal cavity behind the branching tracts that supply nerves to ra. **2.** *Informal.* The pit of the stomach. ranching ganglia.]

e sun together with the nine planets and odies that orbit the sun.

plasma ejected at high speeds from the

ical year.

ē-əm) *n., pl.* **-ti·a** (-shē-ə). *Law.* Compen- o the feelings as distinct from financial fering. [LLat., solace < Lat. *solari*, to

d past participle of **sell.**

'-) also **sou·dan** (sōō'dn) *n. Archaic.* A < Ar. *sulṭān.* —see SULTAN.]

. Any of various fusible alloys, usually join metallic parts when applied in the solid metal. **2.** Something that joins or **d, -der·ing, -ders.** —*tr.* To serve as a —*intr.* **1.** To unite or repair things with ted by or as if by solder. [ME *souder* < *der*, to solder < Lat. *solidare*, to make ] —**sol'der·er** *n.*

**1.** One who serves in an army. **2.** An a noncommissioned officer as distin-





guished from a commissioned officer. **3.** An active, loyal, and militant follower. **4.** A sexually undeveloped form of certain ants and termites, having the jaws specialized to serve as fighting weapons. —*intr.v.* **-diered, -dier·ing, -diers. 1.** To be or serve as a soldier. **2.** To make a show of working in order to escape punishment. [ME *soudeour*, mercenary < OFr. *soudier* < *soude*, pay < Lat. *solidus*, solidus.]

**sol·dier·ly** (sōl'jər-lē) *adj.* Of, pertaining to, or befitting a soldier.

**soldier of fortune** *n.* One who will serve in any army for personal gain or love of adventure.

**soldiers' home** *n.* A government-funded institution for the care of armed forces veterans.

**sol·dier·y** (sōl'jə-rē) *n., pl.* **-ies. 1.** Soldiers collectively. **2.** A body of soldiers. **3.** The military profession.

**sold-out** (sōld'out') *adj.* Having all tickets or accommodations completely sold, esp. ahead of time.

**sole¹** (sōl) *n.* **1.** The undersurface of the foot. **2.** The undersurface of a shoe or boot. **3.** The part on which something rests while standing, esp.: **a.** The bottom surface of a plow. **b.** The bottom surface of the head of a golf club. —*tr.v.* **soled, sol·ing, soles. 1.** To furnish (a shoe or boot) with a sole. **2.** To put the sole of (a golf club) on the ground, as in preparing to make a stroke. [ME < OFr. *solea*, sandal < *solum*, bottom.]

**sole²** (sōl) *adj.* **1.** Being the only one; single: *His sole purpose was to succeed.* **2.** Of or pertaining to only one individual or group; exclusive: *The court has the sole right to decide.* **3.** *Law.* Single or unmarried. [ME, alone < OFr. *sol* < Lat. *solus.*]

**sole³** (sōl) *n., pl.* **sole** or **soles. 1.** Any of various chiefly marine flatfishes of the family Soleidae, related to and resembling the flounders, esp. any of several European species, such as *Solea solea*, valued as food fishes. **2.** Any of various flatfishes. [ME < OFr. < Lat. *solea*, sandal, flatfish < *solum*, bottom.]

**sol·e·cism** (sŏl'ĭ-sĭz'əm, sō'lĭ-) *n.* **1.** A nonstandard usage or grammatical construction. **2.** A violation of etiquette. **3.** An impropriety, mistake, or incongruity. [Lat. *soloecismus* < Gk. *soloikismos* < *soloikos*, speaking incorrectly, after *Soloi*, an Athenian colony in Cilicia where a substandard dialect was spoken.] —**sol'e·cist** *n.* —**sol'e·cis'tic** *adj.*

**sole·ly** (sōl'lē, sō'lē) *adv.* **1.** Alone; singly: *solely responsible.* **2.** Entirely; exclusively: *did it solely for love.*

**sol·emn** (sŏl'əm) *adj.* **1.** Marked by deep earnestness; grave: *a solemn voice.* **2.** Of impressive and serious nature: *a solemn occasion.* **3.** Performed with full ceremony: *a solemn High Mass.* **4.** Invoking the force of religion; sacred: *a solemn vow.* **5.** Gloomy; somber. [ME *solempne* < OFr. < Lat. *sollemnis*, established, customary.] —**sol'emn·ly** *adv.* —**sol'emn·ness** *n.*

**so·lem·ni·ty** (sə-lĕm'nĭ-tē) *n., pl.* **-ties. 1.** The condition or quality of being solemn. **2.** A solemn observance or proceeding.

**sol·em·nize** (sŏl'əm-nīz') *tr.v.* **-nized, -niz·ing, -niz·es. 1.** To celebrate or observe (a religious occasion, for example) with formal ceremonies or rites. **2.** To perform with formal ceremony. **3.** To make serious or grave. —**sol'em·ni·za'tion** *n.*

**so·le·noid** (sō'lə-noid') *n.* **1.** A cylindrical coil of insulated wire in which an axial magnetic field is established by a flow of electric current. **2.** An assembly often used as a switch, consisting essentially of a coil and a metal core free to slide along the coil axis under the influence of the magnetic field. [Fr. *solénoïde* < Gk. *sōlēnoeidēs*, pipe-shaped : *sōlēn*, pipe + *-eidēs*, -oid.] —**so'le·noi'dal** (-noid'l) *adj.* —**so'le·noi'dal·ly** *adv.*

**sole·plate** (sōl'plāt') *n.* The undersurface of a clothes iron.

**sole·print** (sōl'prĭnt') *n.* **1.** A print of the sole of the foot. **2.** A soleprint made for identification, as of an infant.

**so·les** (sō'lās) *n.* Plural of **sol³.**

**sol-fa** (sōl-fä') *n. Mus.* **1.** The set of syllables *do, re, mi, fa, sol, la,* and *ti*, used to represent the tones of the scale. **2.** The use of the sol-fa syllables. —*v.* **-faed, -fa·ing, -fas.** —*intr.* To use the sol-fa syllables. —*tr.* To sing using the sol-fa syllables. [SOL¹ + FA.]

**sol·fa·ta·ra** (sŏl'fə-tär'ə) *n.* A volcanic fissure that emits sulfurous vapors, steam, and at times hot mud. [Ital., sulfurous volcano < *solfo*, sulfur < Lat. *sulfur.*] —**sol'fa·ta'ric** *adj.*

**sol·fège** (sŏl-fĕzh') *n.* Solfeggio. [Fr. < Ital. *solfeggio.*]

**sol·feg·gio** (sŏl-fĕj'ē-ō', -fĕj'ō) *n. Mus.* **1.** The use of the sol-fa syllables to note the tones of the scale; solmization. **2.** A singing exercise in which the sol-fa syllables are used. [Ital. < *sol-fa*, sol-fa.]

**sol·fe·ri·no** (sŏl'fə-rē'nō) *n.* A moderate purplish red. [After *Solferino*, Italy, from the discovery of a dye of this color in the same year that a battle was fought there.] —**sol'fe·ri'no** *adj.*

**so·lic·it** (sə-lĭs'ĭt) *v.* **-it·ed, -it·ing, -its.** —*tr.* **1.** To seek to obtain by persuasion, entreaty, or formal application: *solicit votes.* **2.** To petition persistently; importune: *solicited the neighbors for donations.* **3.** To entice or incite to evil or illegal action. **4.** To approach or accost with an offer of sexual services. —*intr.* To make solicitation or petition for something desired. [ME *soliciten*, to disturb < OFr. *solliciter* < Lat. *sollicitare* < *sollicitus*, solicitous.] —**so·lic'i·ta'tion** *n.*

**so·lic·i·tor** (sə-lĭs'ĭ-tər) *n.* **1.** One that solicits, esp. one that seeks trade or contributions. **2.** The chief law officer of a city, town, or government department. **3.** *Chiefly Brit.* A lawyer who is not a member of the bar and who may be heard only in the lower courts.

**solicitor general** *n., pl.* **solicitors general. 1.** A law officer assisting an attorney general. **2.** The chief law officer in a state not having an attorney general.

**so·lic·i·tous** (sə-lĭs'ĭ-təs) *adj.* **1.** Concerned; attentive: *a solicitous parent.* **2.** Full of desire; eager. **3.** Anxious; worried: *solicitous about her daughter's future.* **4.** Extremely careful; meticulous: *solicitous in matters of behavior.* **5.** Expressing solicitude: *a solicitous inquiry about her family.* [Lat. *sollicitus*, troubled : *sollus*, entire + *citus*, p.part. of *ciere*, to move.] —**so·lic'i·tous·ly** *adv.* —**so·lic'i·tous·ness** *n.*

**so·lic·i·tude** (sə-lĭs'ĭ-tōōd', -tyōōd') *n.* **1.** The state or quality of being solicitous. **2.** Often **solicitudes.** Something that causes anxiety or concern.

**sol·id** (sŏl'ĭd) *adj.* **1.** Of definite shape and volume; not liquid or gaseous. **2.** Not hollowed out: *a solid block of wood.* **3.** Being the same substance or color throughout: *solid gold.* **4.** Of or pertaining to three-dimensional geometric figures or bodies. **5.** Without gaps or breaks; continuous: *a solid line of people.* **6.** Of good quality and substance; well-made: *a solid foundation.* **7.** Substantial; hearty: *a solid meal.* **8.** Sound; reliable: *solid facts.* **9.** Financially sound. **10.** Upstanding and dependable: *a solid citizen.* **11.** Written without a hyphen or space: *The word "software" is a solid compound.* **12.** *Printing.* Without leads between the lines. **13.** Acting together; unanimous: *a solid voting bloc.* —*n.* **1.** A substance that is neither liquid nor gaseous. **2.** A geometric figure having three dimensions. [ME *solide*, not hollow < OFr. < Lat. *solidus.*] —**sol'id·ly** *adv.* —**sol'id·ness** *n.*

**solid angle** *n.* An angle subtended at a point by a surface, measured in steradians with respect to the area delimited on the unit sphere centered on that point by the locus of points of intersection of the sphere with the lines joining the point to the perimeter of the surface.


**sole³**
European sole

**sol·i·dar·i·ty** (sŏl'ĭ-dăr'ĭ-tē) *n.* A union of interests, purposes, or sympathies among members of a group; fellowship.

**solid geometry** *n.* The geometry of three-dimensional figures and surfaces.

**sol·i·di** (sŏl'ĭ-dī') *n.* Plural of **solidus.**

**so·lid·i·fy** (sə-lĭd'ə-fī') *v.* **-fied, -fy·ing, -fies.** —*tr.* **1.** To make solid, compact, or hard. **2.** To make strong or united. —*intr.* To become solid or united. —**so·lid'i·fi·ca'tion** *n.*

**so·lid·i·ty** (sə-lĭd'ĭ-tē) *n.* **1.** The condition or property of being solid. **2.** Soundness of mind, moral character, or finances.

**solid of revolution** *n.* A volume generated by the rotation of a plane figure about an axis in its plane.

**solid propellant** *n.* A rocket propellant in solid form, combining both fuel and oxidizer in the form of a compact, cohesive grain.

**solid solution** *n. Chem.* A homogeneous crystalline structure in which one or more types of atoms or molecules may be partly substituted for the original atoms and molecules without changing the structure.

**sol·id-state** (sŏl'ĭd-stāt') *adj.* **1.** Characteristic of or pertaining to the physical properties of solid materials, esp. to the electromagnetic, thermodynamic, and structural properties of crystalline solids. **2.** Based on or consisting chiefly or exclusively of semiconducting materials, components, and related devices.

**sol·i·dus** (sŏl'ĭ-dəs) *n., pl.* **-di** (-dī'). **1.** An ancient Roman coin used until the fall of the Byzantine Empire. **2.** A virgule; slash. [ME < Lat. < *solidus*, solid.]

**so·lil·o·quize** (sə-lĭl'ə-kwīz') *intr. & tr.v.* **-quized, -quiz·ing, -quiz·es.** To utter or put into the form of a soliloquy. —**so·lil'o·quist, so·lil'o·quiz'er** *n.*

**so·lil·o·quy** (sə-lĭl'ə-kwē) *n., pl.* **-quies. 1.** A literary or dramatic form of discourse in which a character talks to himself or reveals his thoughts in the form of a monologue without addressing a listener. **2.** The act of speaking to oneself. [LLat. : Lat. *solus*, alone + Lat. *loqui*, to speak.]

**sol·ip·sism** (sŏl'ĭp-sĭz'əm, sō'lĭp-) *n. Philos.* **1.** The theory that the self is the only thing that can be known and verified. **2.** The theory or view that the self is the only reality. [Lat. *solus*, alone + Lat. *ipse*, self + -ISM.] —**sol'ip·sist** *n.* —**sol'ip·sis'tic** *adj.*

**sol·i·taire** (sŏl'ĭ-târ') *n.* **1.** A gem, such as a diamond, set alone. **2.** Any of a number of card games played by one person. [Fr. < OFr., solitary < Lat. *solitarius* < *solus*, alone.]

**sol·i·tar·y** (sŏl'ĭ-tĕr'ē) *adj.* **1.** Existing, living, or going without others; alone: *a solitary traveler.* **2.** Happening, done, or made alone: *a solitary evening.* **3.** Remote from civilization; secluded: *a solitary retreat.* **4.** Single; sole: *a solitary pine standing on the hill.* —*n., pl.* **-ies. 1.** A person who lives alone; recluse. **2.** *Informal.* Solitary confinement. [ME < Lat. *solitarius* < *solus*, alone.] —**sol'i·tar'i·ly** (-târ'ə-lē) *adv.* —**sol'i·tar'i·ness** *n.*

**solitary confinement** *n.* The confinement of a prisoner in a cell in which he is isolated from all others.

**sol·i·tude** (sŏl'ĭ-tōōd', -tyōōd') *n.* **1.** The state of being alone or remote from others; isolation. **2.** A lonely or secluded place. [ME < OFr. < Lat. *solitudo* < *solus*, alone.]

***Synonyms:*** *solitude, isolation, seclusion, retirement.*