# Exhibit L

# McGraw-Hill DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS

## Fourth Edition



**Sybil P. Parker**

EDITOR IN CHIEF

McGRAW-HILL BOOK COMPANY

New York
St. Louis
San Francisco

Auckland
Bogotá
Caracas
Colorado Springs
Hamburg
Lisbon
London
Madrid
Mexico
Milan
Montreal
New Delhi
Oklahoma City
Panama
Paris
San Juan
São Paulo
Singapore
Sydney
Tokyo
Toronto

American Chemical Society
Library
1155 16th St., N.W.
Washington, D.C. 20036

On the cover: Pattern produced from white light by a computer-generated diffraction plate containing 529 square apertures arranged in a 23 × 23 array. (R. B. Hoover, Marshall Space Flight Center)

On the title pages: Ref Q 123 .M34 1989 ini spacecraft. (NASA)

McGraw-Hill dictionary of scientific and technical

Included in this Dictionary are definitions which have been published previously in the following works: P. B. Jordain, *Condensed Computer Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. J. Markus, *Electronics and Nucleonics Dictionary*, 4th ed., Copyright © 1960, 1966, 1978 by McGraw-Hill, Inc. All rights reserved. J. Quick, *Artists' and Illustrators' Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. *Blakiston's Gould Medical Dictionary*, 3d ed., Copyright © 1956, 1972 by McGraw-Hill, Inc. All rights reserved. T. Baumeister and L. S. Marks, eds., *Standard Handbook for Mechanical Engineers*, 7th ed., Copyright © 1958, 1967 by McGraw-Hill, Inc. All rights reserved.

In addition, material has been drawn from the following references: R. E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *U.S. Air Force Glossary of Standardized Terms*, AF Manual 11-1, vol. 1, 1972; *Communications-Electronics Terminology*, AF Manual 11-1, vol. 3, 1970; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use*, 1st ed., National Aeronautics and Space Administration, 1965; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and Abbreviations*, Royal Aircraft Establishment Technical Report 67158, 1967; *Glossary of Air Traffic Control Terms*, Federal Aviation Agency; *A Glossary of Range Terminology*, *White Sands Missile Range, New Mexico*, National Bureau of Standards, AD 467-424; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, 1st ed., Department of Defense, 1967; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bureau of Mines, 1968; *Nuclear Terms: A Glossary*, 2d ed., Atomic Energy Commission; F. Casey, ed., *Compilation of Terms in Information Sciences Technology*, Federal Council for Science and Technology, 1970; *Glossary of Stinfo Terminology*, Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical, and Imperative Terms*, Bureau of Naval Personnel, 1962; *ADP Glossary*, Department of the Navy, NAVSO P-3097.

**McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS, Fourth Edition**

Copyright © 1989, 1984, 1978, 1976, 1974 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

1 2 3 4 5 6 7 8 9 0 DOW/DOW 8 9 5 4 3 2 1 0 9 8

ISBN 0-07-045270-9

**Library of Congress Cataloging-in-Publication Data**

McGraw-Hill dictionary of scientific and technical terms.

1. Science—Dictionaries. 2. Technology—Dictionaries.
I. Parker, Sybil P.
Q123.M34 1989 503'/21 88-13490
ISBN 0-07-045270-9

For more information about other McGraw-Hill materials, call 1-800-2-MCGRAW in the United States. In other countries, call your nearest McGraw-Hill office.

American Chemical Society
Library
1155 16th St., N.W.
Washington, D.C. 20036

which uses magnetic disks as its primary on-line storage. { ¦disk ¦äp·ə,rād·iŋ ,sis·təm }

**disk pack** [COMPUT SCI] A set of magnetic disks that can be removed from a disk drive as a unit. { 'disk ,pak }

**disk plow** [AGR] A plow consisting of a number of disk blades attached to one axle or gang bolt; used for rapid, shallow plowing. { 'disk ,plau̇ }

**disk population** [ASTRON] The older Population I stars such as the sun. { 'disk ,päp·yə'lā·shən }

**disk recording** [ENG ACOUS] **1.** The process of inscribing suitably transformed acoustical or electrical signals on a phonograph record. **2.** *See* phonograph record. { ¦disk ri'kȯrd·iŋ }

**disk sander** [MECH ENG] A machine that uses a circular disk coated with abrasive to smooth or shape surfaces. { 'disk ,sand·ər }

**disk-seal tube** [ELECTR] An electron tube having disk-shaped electrodes arranged in closely spaced parallel layers, to give low interelectrode capacitance along with high power output, up to 2500 megahertz. Also known as lighthouse tube; megatron. { 'disk ,sēl ,tüb }

**disk signal** [CIV ENG] Automatic block signal with colored disks that indicate train movements. { ¦disk ¦sig·nəl }

**disk spring** [MECH ENG] A mechanical spring that consists of a disk or washer supported by one force (distributed by a suitable chuck or holder) at the periphery and by an opposing force on the center or hub of the disk. { 'disk ,spriŋ }

**disk storage** [ELECTR] An external computer storage device consisting of one or more disks spaced on a common shaft, and magnetic heads mounted on arms that reach between the disks to read and record information on them. Also known as disk memory; magnetic disk storage. { ¦disk ¦stȯr·ij }

**disk telescope** [OPTICS] A telescope designed for observations of the brilliant solar disk; examples are the tower telescope and the horizontal fixed telescope. { ¦disk 'tel·ə,skōp }

**disk thermistor** [ELECTR] A thermistor which is produced by pressing and sintering an oxide binder mixture into a disk, 0.2–0.6 inch (5–15 millimeters) in diameter and 0.04–0.5 inch (1.0–13 millimeters) thick, coating the major surfaces with conducting material, and attaching leads. { ¦disk thər'mis·tər }

**disk unit** *See* disk drive. { 'disk ,yü·nət }

**disk-wall packer** [PETRO ENG] A disklike seal between the outside of the well tubing and the inside of the well casing; used to prevent fluid movement from the pressure differential above and below the sealing point. { 'disk ,wȯl ,pak·ər }

**disk wheel** [DES ENG] A wheel in which a solid metal disk, rather than separate spokes, joins the hub to the rim. { 'disk ,wēl }

**dislocation** [CRYSTAL] A defect occurring along certain lines in the crystal structure and present as a closed ring or a line anchored at its ends to other dislocations, grain boundaries, the surface, or other structural feature. Also known as line defect. [GEOL] Relative movement of rock on opposite sides of a fault. Also known as displacement. [MED] Displacement of one or more bones of a joint. { ,dis·lō'kā·shən }

**dislocation breccia** *See* fault breccia. { ,dis·lō'kā·shən 'brech·ə }

**dismicrite** [GEOL] Fine-grained limestone of obscure origin, resembling micrite but containing sparry calcite bodies. { diz'mī,krīt }

**dismount** [ORD] To remove a weapon or piece of equipment from its setting, mount, or carriage. { dis'mau̇nt }

**disodium hydrogen phosphate** *See* disodium phosphate. { dī'sōd·ē·əm ¦hī·drə·jən 'fäs,fāt }

**disodium methylarsonate** [ORG CHEM] $CH_3AsO(ONa)_2$ A colorless, hygroscopic, crystalline solid; soluble in water and methanol; used in pharmaceuticals and as a herbicide. Abbreviated DMA. { dī'sōd·ē·əm ¦meth·əl'ärs·ən,āt }

**disodium phosphate** [INORG CHEM] $Na_2HPO_4$ Transparent crystals, soluble in water; used in the textile processing and other industries to control pH in the range 4–9, as an additive in processed cheese to maintain spreadability, and as a laxative and antacid. Also known as disodium hydrogen phosphate. { dī'sōd·ē·əm 'fäs,fāt }

**disodium tartrate** *See* sodium tartrate. { dī'sōd·ē·əm 'tär,trāt }

**disomaty** [CYTOL] Duplication of chromosomes unaccompanied by nuclear division. { dī'sō·məd·ē }

**Disomidae** [INV ZOO] A family of spioniform annelid worms belonging to the Sedentaria. { də'säm·ə,dē }

DISPERSING PRISM




Two types of dispersing prisms. (a) Rayleigh prism system. (b) Amici direct-vision system consisting of flint-glass prism and two crown-glass prisms.

**disophenol** [PHARM] $I_2C_6H_2(NO_2)OH$ Light yellow, feathery crystals with a melting point of 157°C; soluble in alcohol; used as an antihelminthic drug in animals. { də'sä·fə,nȯl }

**disorder** [CRYSTAL] Departures from regularity in the occupation of lattice sites in a crystal containing more than one element. { dis'ȯrd·ər }

**disordered crystalline alloy** [SOLID STATE] A mixture of two elements in which the atoms of the mixture are found at more or less random positions on a crystal lattice. { dis'ȯrd·ərd ¦krist·əl·ən 'al,ȯi }

**disorientation** [MED] Mental confusion as to one's normal relationship to his or her environment, especially time, place, and people; associated with organic brain disorders. { dis,ȯr·ē·ən'tā·shən }

**dispatching** [COMPUT SCI] The control of priorities in a queue of requests in a multiprogramming or multitasking environment. { dis'pach·iŋ }

**dispatching priority** [COMPUT SCI] In a multiprogramming or multitasking environment, the priority assigned to an active (non–real time, nonforeground) task. { dis'pach·iŋ prī,är·əd·ē }

**dispenser** [ENG] Device that automatically dispenses radar chaff from an aircraft. { də'spen·sər }

**dispenser cathode** [ELECTR] An electron tube cathode having provisions for continuously replacing evaporated electron-emitting material. { də'spen·sər ,kath,ōd }

**dispermy** [PHYSIO] Entrance of two spermatozoa into an ovum. { 'dī,spər·mē }

**dispersal** [CIV ENG] The practice of building or establishing industrial plants, government offices, or the like, in separated areas, to reduce vulnerability to enemy attack. [ORD] The spreading out of equipment, supplies, or personnel, especially for protection against enemy action. { də'spər·səl }

**dispersal pattern** [GEOCHEM] Distribution pattern of metals in soil, rock, water, or vegetation. { də'spər·səl ,pad·ərn }

**disperse** [COMPUT SCI] A data-processing operation in which grouped input items are distributed among a larger number of groups in the output. { də'spərs }

**dispersed elements** [GEOCHEM] Elements which form few or no independent minerals but are present as minor ingredients in minerals of abundant elements. { də'spərst 'el·ə·mənts }

**dispersed gas injection** [PETRO ENG] Gas-injection pressure maintenance of an oil reservoir in which the injection wells are arranged geometrically to distribute the gas uniformly throughout the oil-productive portions of the reservoir. { də'spərst ¦gas in,jek·shən }

**disperse dye** [MATER] A very slightly water-soluble, colored material for use on cellulose acetate and other synthetic fibers; color is transferred to the fiber as extremely finely divided particles, resulting in a solution of the dye in the solid fiber. { də'spərs ,dī }

**disperse phase** [CHEM] The phase of a disperse system consisting of particles or droplets of one substance distributed through another system. Also known as discontinuous phase; internal phase. { də'spərs ,fāz }

**disperser** [MATER] Material added to solid-in-liquid or liquid-in-liquid suspensions to separate the individual suspended particles; used in pigment grinding and dye dispersion. Also known as dispersing agent; emulsifier; emulsifying agent. { də'spər·sər }

**disperse system** [CHEM] A two-phase system consisting of a dispersion medium and a disperse phase. { də'spərs ,sis·təm }

**dispersible inhibitor** [CHEM] An additive that can be dispersed in a liquid with only moderate agitation to retard undesirable chemical action. { di'spər·sə·bəl in'hib·əd·ər }

**dispersing agent** *See* disperser. { də'spərs·iŋ ,ā·jənt }

**dispersing prism** [OPTICS] An optical prism which deviates light of different wavelengths by different amounts and can therefore be used to separate white light into its monochromatic parts. { də'spərs·iŋ ,priz·əm }

**dispersion** [AERO ENG] Deviation from a prescribed flight path; specifically, circular dispersion especially as applied to missiles. [ASTRON] The frequency dependence of the retardation of radio waves (such as those emitted by a pulsar) when they pass through an ionized gas. [CHEM] A distribution of finely divided particles in a medium. [COMMUN] The entropy of the output of a communications channel when the input is known. [ELECTROMAG] Scattering of microwave radiation