# Exhibit M

# McGraw-Hill DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS

## Fourth Edition



Sybil P. Parker
EDITOR IN CHIEF

McGRAW-HILL BOOK COMPANY

New York
St. Louis
San Francisco

Auckland Bogotá
Caracas Colorado Springs
Hamburg Lisbon
London Madrid
Mexico Milan
Montreal New Delhi
Oklahoma City Panama
Paris San Juan
São Paulo Singapore
Sydney Tokyo
Toronto

American Chemical Society
Library
1155 16th St., N.W.
Washington, D.C. 20036

On the cover: Pattern produced from white light by a computer-generated diffraction plate containing 529 square apertures arranged in a 23 × 23 array. (R. B. Hoover, Marshall Space Flight Center)

On the title pages: Ref Q 123 .M34 1989 ini
spacecraft. (NASA)

McGraw-Hill dictionary of
scientific and technical

Included in this Dictionary are definitions which have been published previously in the following works: P. B. Jordain, *Condensed Computer Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. J. Markus, *Electronics and Nucleonics Dictionary*, 4th ed., Copyright © 1960, 1966, 1978 by McGraw-Hill, Inc. All rights reserved. J. Quick, *Artists' and Illustrators' Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. *Blakiston's Gould Medical Dictionary*, 3d ed., Copyright © 1956, 1972 by McGraw-Hill, Inc. All rights reserved. T. Baumeister and L. S. Marks, eds., *Standard Handbook for Mechanical Engineers*, 7th ed., Copyright © 1958, 1967 by McGraw-Hill, Inc. All rights reserved.

In addition, material has been drawn from the following references: R. E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *U.S. Air Force Glossary of Standardized Terms*, AF Manual 11-1, vol. 1, 1972; *Communications-Electronics Terminology*, AF Manual 11-1, vol. 3, 1970; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use*, 1st ed., National Aeronautics and Space Administration, 1965; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and Abbreviations*, Royal Aircraft Establishment Technical Report 67158, 1967; *Glossary of Air Traffic Control Terms*, Federal Aviation Agency; *A Glossary of Range Terminology*, *White Sands Missile Range, New Mexico*, National Bureau of Standards, AD 467-424; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, 1st ed., Department of Defense, 1967; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bureau of Mines, 1968; *Nuclear Terms: A Glossary*, 2d ed., Atomic Energy Commission; F. Casey, ed., *Compilation of Terms in Information Sciences Technology*, Federal Council for Science and Technology, 1970; *Glossary of Stinfo Terminology*, Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical, and Imperative Terms*, Bureau of Naval Personnel, 1962; *ADP Glossary*, Department of the Navy, NAVSO P-3097.

**McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS, Fourth Edition**

Copyright © 1989, 1984, 1978, 1976, 1974 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a data base or retrieval system, without the prior written permission of the publisher.

1 2 3 4 5 6 7 8 9 0 DOW/DOW 8 9 5 4 3 2 1 0 9 8

ISBN 0-07-045270-9

**Library of Congress Cataloging-in-Publication Data**

McGraw-Hill dictionary of scientific and technical terms.

1. Science—Dictionaries. 2. Technology—Dictionaries.
I. Parker, Sybil P.
Q123.M34 1989 503'/21 88-13490
ISBN 0-07-045270-9

**For more information about other McGraw-Hill materials, call 1-800-2-MCGRAW in the United States. In other countries, call your nearest McGraw-Hill office.**

American Chemical Society
Library
1155 16th St., N.W.
Washington, D.C. 20036

**solubility product constant** [PHYS CHEM] A type of simplified equilibrium constant, $K_{sp}$, defined for and useful for equilibria between solids and their respective ions in solution; for example, the equilibrium

$$AgCl(s) \rightleftarrows Ag^+ + Cl^-, [Ag^+][Cl^-] \cong K_{sp}$$

where $[Ag^+]$ and $[Cl^-]$ are molar concentrations of silver ions and chloride ions. { ˌsäl·yə'bil·əd·ē ¦präd·əkt ˌkän·stənt }

**solubility test** [ANALY CHEM] **1.** A test for the degree of solubility of asphalts and other bituminous materials in solvents, such as carbon tetrachloride, carbon disulfide, or petroleum ether. **2.** Any test made to show the solubility of one material in another (such as liquid-liquid, solid-liquid, gas-liquid, or solid-solid). { ˌsäl·yə'bil·əd·ē ˌtest }

**soluble** [CHEM] Capable of being dissolved. { 'säl·yə·bəl }

**soluble barbital** *See* sodium barbital. { 'säl·yə·bəl 'bär·bəˌtal }

**soluble castor oil** *See* Turkey red oil. { 'säl·yə·bəl 'kas·tər ˌoil }

**soluble cutting oil** [MATER] A petroleum oil containing an emulsifying agent to make it mix easily with water; used as a coolant for metal-cutting tools. { 'säl·yə·bəl 'kəd·iŋ ˌȯil }

**soluble glass** *See* sodium silicate. { 'säl·yə·bəl 'glas }

**soluble guncotton** *See* pyroxylin. { 'säl·yə·bəl 'gənˌkat·ən }

**soluble indigo blue** *See* indigo carmine. { 'säl·yə·bəl 'in·də·gōˌblü }

**soluble nitrocellulose** *See* pyroxylin. { 'säl·yə·bəl ¦nī·trō 'sel·yəˌlōs }

**soluble oil** [MATER] An oil that readily forms a stable emulsion or colloidal suspension in water. Also known as emulsifying oil. { 'säl·yə·bəl 'ȯil }

**soluble starch** [MATER] A group of water-soluble polymers formed from starch, such as the starches derived from corn or potato, by acetylation, acid hydrolysis, chlorination, or by action of enzymes to form starch acetates, ethers, and esters; used as textile sizing agents, emulsifying agents, and paper coatings. { 'säl·yə·bəl 'stärch }

**solum** [GEOL] The upper part of a soil profile, composed of A and B horizons in mature soil. Also known as true soil. { 'sō·ləm }

**solute** [CHEM] The substance dissolved in a solvent. { 'säl·yüt }

**solute compartmentation** [BOT] The sequestering of a plant cell's salt in a vacuole so that the salt does not poison the cell. { 'säl·yüt kəmˌpärt·mən'tā·shən }

**solution** [CHEM] A single, homogeneous liquid, solid, or gas phase that is a mixture in which the components (liquid, gas, solid, or combinations thereof) are uniformly distributed throughout the mixture. { sə'lü·shən }

**solution ceramic** [ELEC] A nonbrittle, inorganic ceramic insulating coating that can be applied to wires at a low temperature; examples include ceria, chromia, titania, and zirconia. { sə'lü·shən sə'ram·ik }

**solution dyeing** [TEXT] Adding dye to the chemical compound in the spinneret before extrusion. Also known as dope dyeing. { sə'lü·shən ˌdī·iŋ }

**solution gas** [PETRO ENG] Gaseous reservoir hydrocarbons dissolved in liquid reservoir hydrocarbons because of the prevailing pressures in the reservoir. Also known as dissolved gas. { sə'lü·shən ˌgas }

**solution gas drive** *See* internal gas drive. { sə'lü·shən ¦gas ˌdrīv }

**solution-gas reservoir** [PETRO ENG] Oil reservoir initially at or above the bubble-point pressure of the gas-oil mixture, and produced primarily by the expansion of the oil and its dissolved gas. Also known as dissolved-gas reservoir. { sə'lü·shən ¦gas 'rez·əvˌwär }

**solution groove** [GEOL] One of a series of continuous, subparallel furrows developed on an inclined or vertical surface of a soluble and homogeneous rock (such as the limestone walls of a cave) by the slow corroding action of trickling water. { sə'lü·shən ˌgrüv }

**solution heat treatment** [MET] Heating and holding an alloy at a temperature at which one (or more) constituent enters into solid solution, then cooling the alloy rapidly to prevent the constituent from precipitating. { sə'lü·shən 'hēt ˌtrēt·mənt }

**solution mining** [MIN ENG] The extraction of soluble minerals from subsurface strata by injection of fluids, and the controlled removal of mineral-laden solutions. { sə'lü·shən ˌmīn·iŋ }

**solution poison** [NUCLEO] A soluble nuclear poison, such as boric acid, added to the coolant of a nuclear reactor for purposes of reactivity control; generally used only during shutdown periods, and chemically removed from the coolant prior to resuming operation. { sə'lü·shən ˌpȯiz·ən }

**solution pool** [GEOL] A pool in a rock that is formed by the dissolution of the rock in ocean water. { sə'lü·shən ˌpül }

**solution porosity** [PETRO ENG] A generic designation for reservoir-rock porosity created by solution action; some examples are crystalline limestone and dolomite, porous cap rock, and honeycombed anhydrite. { sə'lü·shən pəˌräs·əd·ē }

**solution potholes** [GEOL] Potholes produced in carbonate rocks by dissolution. { sə'lü·shən ˌpätˌhōlz }

**solution pressure** [PHYS CHEM] **1.** A measure of the tendency of molecules or atoms to cross a bounding surface between phases and to enter into a solution. **2.** A measure of the tendency of hydrogen, metals, and certain nonmetals to pass into solution as ions. { sə'lü·shən ˌpresh·ər }

**solution process** [CHEM ENG] An oil-refining process for separating mercaptans from gasoline by washing with a caustic solution containing organic compounds in which the mercaptans are soluble. { sə'lü·shən ˌprä·səs }

**solution transfer** [GEOL] A process whereby pressure solution of detrital mineral grains at contact areas is followed by recrystallization on the less strained parts of the grain surfaces. { sə'lü·shən ˌtranz·fər }

**solutizer-air regenerative process** [CHEM ENG] A petroleum refinery process that is identical to the solutizer-steam regeneration process, except for the regeneration step; the newer units use uncatalyzed air regeneration. { sə'lüˌtīz·ər 'er rē'jen·ə·rəd·iv ˌprä·səs }

**solutizer-steam regenerative process** [CHEM ENG] A petroleum refinery process used to extract mercaptans from gasoline or naphtha; uses solutizers (potassium isobutyrate or potassium alkyl phenolate) in strong potassium hydroxide solution as the selective solvent. { sə'lüˌtīz·ər 'stēm rē'jen·ə·rəd·iv ˌprä·səs }

**solutizer-tannin process** [CHEM ENG] A petroleum refinery process that is an early variation of the solutizer-air regenerative process for extraction of mercaptans from gasoline; uses tannin-catalyzed oxidation for the regeneration step. { sə'lüˌtīz·ər 'tan·ən ˌprä·səs }

**solutrope** [CHEM] A ternary mixture with two liquid phases and a third component distributed between the phases, or selectively dissolved in one or the other of the phases; analogous to an azeotrope. { 'säl·yəˌtrōp }

**solvable group** [MATH] A group $G$ which has subgroups $G_0, G_1, \ldots, G_n$, where $G_0 = G$, $G_n =$ the identity element alone, and each $G_i$ is a normal subgroup of $G_{i-1}$ with the quotient group $G_{i-1}/G_i$ Abelian. { 'säl·və·bəl 'grüp }

**solvation** [CHEM] The process of swelling, gelling, or dissolving of a material by a solvent; for resins, the solvent can be a plasticizer. { säl'vā·shən }

**Solvay process** [CHEM ENG] The process to make sodium carbonate and calcium chloride by treating sodium chloride with ammonia and carbon dioxide. { 'sälˌvā ˌprä·səs }

**solvent** [CHEM] That part of a solution that is present in the largest amount, or the compound that is normally liquid in the pure state (as for solutions of solids or gases in liquids). { 'säl·vənt }

**solvent deasphalting** [CHEM ENG] A petroleum refinery process used to remove asphaltic and resinous materials from reduced crude oils, lubricating oil stocks, gas oils, or middle distillates through the extractive or precipitant action of solvents. Also known as solvent deresining. { 'säl·vənt dē'asˌfȯlt·iŋ }

**solvent deresining** *See* solvent deasphalting. { 'säl·vənt diˌrez·ən·iŋ }

**solvent dewaxing** [CHEM ENG] A petroleum refinery process for solvent removal of wax from oils; the mixture of waxy oil and solvent is chilled, then filtered or centrifuged to remove the precipitated oil; the solvent is recovered for reuse. { 'säl·vənt diˌwaks·iŋ }

**solvent dyeing** [TEXT] The dyeing of synthetic textiles by using chlorinated hydrocarbon solvents (such as trichloroethy-