# THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE

# THE AMERICAN HERITAGE
# ONARY
# OF THE ENGLISH LANGUAGE

WILLIAM MORRIS, Editor

Published by

HOUGHTON MIFFLIN COMPANY / BOSTON
ATLANTA / DALLAS / GENEVA, ILLINOIS / HOPEWELL, NEW JERSEY / PALO ALTO

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the publishers' opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

© 1969, 1970, 1971, 1973, 1975, 1976, 1978 by Houghton Mifflin Company
All correspondence and inquiries should be directed to
Dictionary Division, Houghton Mifflin Company
One Beacon Street, Boston, Massachusetts 02107

All rights reserved under Bern and Pan-American Copyright Conventions

ISBN: 0-395-20360-0 (new college edition; thumb-indexed)
0-395-20359-7 (new college edition; plain edges)
0-395-24575-3 (high-school edition)
0-395-09066-0 (larger-format edition)

Library of Congress Catalog Card Number 76–86995

Manufactured in the United States of America

Computer-composed by Inforonics, Inc.
in Maynard, Massachusetts

**Con·a·kry** (kăn′ə-krē). The capital of the Republic of Guinea, a seaport in the southwest on the Atlantic. Population, 300,000.
**con a·mo·re** (kōn ä-mō′rā). *Music.* Lovingly; tenderly. Used as a direction. [Italian, "with love."]
**Co·nan Doyle, Sir Arthur.** See Sir Arthur Conan **Doyle.**
**Co·nant** (kō′nənt), **James Bryant.** Born 1893. American educator and diplomat; president of Harvard (1933–53).
**co·na·tion** (kō-nā′shən) *n. Psychology.* The aspect of mental processes or behavior directed toward action or change and including impulse, desire, volition, and striving. [Latin *cōnātiō*, endeavor, effort, from *cōnātus*, past participle of *cōnārī*, to endeavor. See **ken-**[1] in Appendix.*] —**co·na′tion·al** *adj.* —**co′-na·tive** (kŏn′ə-tĭv, kō′nə-) *adj.*
**co·na·tus** (kō-nā′təs) *n., pl.* **conatus.** Any natural tendency, impulse, or directed effort. [Latin *cōnātus*, attempt, effort, from the past participle of *cōnārī*, to endeavor. See **conation.**]
**con bri·o** (kōn brē′ō). *Music.* With spirit and vigor. Used as a direction. [Italian, "with vigor."]
**conc.** concentrate.
**con·cat·e·nate** (kŏn-kăt′ə-nāt′) *tr.v.* **-nated, -nating, -nates.** To connect or link in a series or chain. —*adj.* (-nĭt, -nāt′). Connected or linked in a series. [Late Latin *concatēnāre* : *com-*, together + *catēnāre*, to link, chain, from Latin *catēna*, CATENA.] —**con·cat′e·na′tion** *n.*
**con·cave** (kŏn-kāv′) *adj.* Curved like the inner surface of a sphere. Compare **convex.** —*n.* A concave surface, structure, or line. —*tr.v.* **concaved, -caving, -caves.** To make concave. [Middle English, from Old French, from Latin *concavus*, vaulted, hollow : *com-* (see **com-**) + *cavus*, hollow (see **keu-**[3] in Appendix*).] —**con·cave′ly** *adv.* —**con·cave′ness** *n.*
**con·cav·i·ty** (kŏn-kăv′ə-tē) *n., pl.* **-ties. 1.** The condition or state of being concave. **2.** A concave surface or structure.
**con·ca·vo-con·cave** (kŏn-kā′vō-kŏn-kāv′) *adj.* Concave on both surfaces, as certain lenses.
**con·ca·vo-con·vex** (kŏn-kā′vō-kŏn-vĕks′) *adj.* **1.** Concave on one side and convex on the other. Also "convexo-concave." **2.** *Optics.* Designating a lens with greater concave than convex curvature.
**con·ceal** (kən-sēl′) *tr.v.* **-cealed, -cealing, -ceals.** To hide or keep from observation, discovery, or understanding; keep secret. See Synonyms at **hide.** [Middle English *concelen*, from Old French *conceler*, from Latin *concēlāre* : *com-* (intensive) + *cēlāre*, to hide (see **kel-**[4] in Appendix*).] —**con·ceal′a·ble** *adj.* —**con·ceal′er** *n.* —**con·ceal′ment** *n.*
**con·cede** (kən-sēd′) *v.* **-ceded, -ceding, -cedes.** —*tr.* **1.** To acknowledge as true, just, or proper; admit. **2.** To yield or grant (a privilege or right, for example). —*intr.* To make a concession. —See Synonyms at **acknowledge, grant.** [French *concéder*, from Latin *concēdere*, to yield : *com-* (intensive) + *cēdere*, to go away, withdraw (see **ked-**[1] in Appendix*).] —**con·ced′ed·ly** *adv.* —**con·ced′er** *n.*
**con·ceit** (kən-sēt′) *n.* **1.** Too high an opinion of one's abilities, worth, or personality; vanity. **2.** An ingenious or witty thought or expression. **3. a.** An elaborate or exaggerated metaphor. **b.** The use of such metaphors. **4.** *Archaic.* A thought or idea; opinion. **5.** *Obsolete.* A fancy article. —*tr.v.* **conceited, -ceiting, -ceits. 1.** *Obsolete.* To imagine or think. **2.** *Regional.* To take a fancy to; think well of. [Middle English *conceite*, concept, notion, from *conceiven*, CONCEIVE (by analogy with DECEIVE, DECEIT).]
**con·ceit·ed** (kən-sē′tĭd) *adj.* **1.** Holding too high an opinion of oneself; vain. **2.** *Regional.* Inclined to be fanciful or whimsical. —**con·ceit′ed·ly** *adv.* —**con·ceit′ed·ness** *n.*
**con·ceive** (kən-sēv′) *v.* **-ceived, -ceiving, -ceives.** —*tr.* **1.** To become pregnant with. **2.** To form in the mind; imagine. **3.** To apprehend mentally; understand. **4.** To express in particular words. **5.** To think or believe; hold an opinion. —*intr.* **1.** To form an idea. Used with *of.* **2.** To become pregnant. [Middle English *conceiven*, from Old French *conceivre*, from Latin *concipere*, to take to oneself, hence to be impregnated, to take into the mind : *com-*, comprehensively + *capere*, to take (see **kap-** in Appendix*).] —**con·ceiv′a·bil′i·ty, con·ceiv′a·ble·ness** *n.* —**con·ceiv′a·ble** *adj.* —**con·ceiv′a·bly** *adv.* —**con·ceiv′er** *n.*
**con·cel·e·brate** (kən-sĕl′ə-brāt′) *intr.v.* **-brated, -brating, -brates.** To take part in a concelebration. [Latin *concelebrāre* : *com-*, together + *celebrāre*, CELEBRATE.]
**con·cel·e·bra·tion** (kən-sĕl′ə-brā′shən) *n.* The celebration of the Eucharist by two or more clergymen.
**con·cen·ter** (kŏn-sĕn′tər) *v.* **-tered, -tering, -ters.** —*tr.* To direct toward a common center. —*intr.* To come together at a common center. [Old French *concentrer*, CONCENTRATE.]
**con·cen·trate** (kŏn′sən-trāt′) *v.* **-trated, -trating, -trates.** —*tr.* **1.** To direct or draw toward a common center; focus. **2.** *Chemistry.* To increase the concentration of (a solution or mixture). —*intr.* **1.** To converge toward a center. **2.** To direct one's thoughts or attention. Often used with *on* or *upon.* —*n. Abbr.* **conc.** *Chemistry.* A product of concentration. —*adj. Abbr.* **conc.** Concentrated. [Probably from Old French *concentrer* : *com-*, same, from Latin + *centre*, CENTER.] —**con′cen·tra′tor** (-trā′tər) *n.*
**con·cen·tra·tion** (kŏn′sən-trā′shən) *n.* **1.** The act or process of concentrating or the condition of being concentrated. **2.** A thing that has been concentrated. **3.** Close attention. **4.** *Chemistry.* The amount of a specified substance in a unit amount of another substance.
**concentration camp.** A camp where prisoners of war, enemy aliens, and political prisoners are confined.
**con·cen·tra·tive** (kŏn′sən-trā′tĭv) *adj.* Tending to concentrate; characterized by concentration. —**con′cen·tra′tive·ly** *adv.*
**con·cen·tric** (kən-sĕn′trĭk) *adj.* Also **con·cen·tri·cal** (-trĭ-kəl). Having a common center. Compare **eccentric.** [Middle English *concentrik*, from Old French *concentrique*, from Medieval Latin *concentricus* : Latin *com-*, same + *centrum*, CENTER.] —**con·cen′tri·cal·ly** *adv.* —**con′cen·tric′i·ty** *n.*
**Con·cep·ción** (kôn′sĕp-syôn′). A city of west-central Chile, six miles from the Pacific Ocean. Population, 167,000.
**con·cept** (kŏn′sĕpt) *n.* **1.** A general idea or understanding, especially one derived from specific instances or occurrences. **2.** A thought or notion. —See Synonyms at **idea.** [Late Latin *conceptus*, a thing conceived, thought, from past participle of *concipere*, to take to oneself, CONCEIVE.]
**con·cep·ta·cle** (kən-sĕp′tə-kəl) *n.* An external cavity in certain algae and fungi, containing reproductive structures. [French, from Latin *conceptāculum*, from *concipere*, to receive, contain, CONCEIVE.]
**con·cep·tion** (kən-sĕp′shən) *n.* **1.** *Embryology.* **a.** The formation of a zygote capable of survival and maturation in normal conditions. **b.** The entity so formed; an embryo; zygote. **2.** A beginning; a start. **3.** The ability to form mental concepts; invention. **4.** That which is mentally conceived; a concept, plan, design, idea, or thought. —See Synonyms at **idea.** [Middle English *concepcioun*, from Old French *conception*, from Latin *conceptiō*, from *concipere*, to take to oneself, CONCEIVE.] —**con·cep′tion·al** *adj.*
**con·cep·tive** (kən-sĕp′tĭv) *adj.* Able to conceive mentally.
**con·cep·tu·al** (kən-sĕp′chōō-əl) *adj.* Of or pertaining to concepts or conception. —**con·cep′tu·al·ly** *adv.*
**con·cep·tu·al·ism** (kən-sĕp′chōō-əl-ĭz′əm) *n. Philosophy.* The doctrine, intermediate between nominalism and realism, that universals, or abstract concepts, exist only within the mind and have no external or substantial reality. —**con·cep′tu·al·ist** *n.* —**con·cep′tu·al·is′tic** *adj.*
**con·cep·tu·al·ize** (kən-sĕp′chōō-əl-īz′) *v.* **-ized, -izing, -izes.** —*tr.* To form concepts or a concept of. —*intr.* To form concepts, theories, or ideas. —**con·cep′tu·al·i·za′tion** *n.*
**con·cern** (kən-sûrn′) *v.* **-cerned, -cerning, -cerns.** —*tr.* **1.** To pertain or relate to; be of interest or importance to; affect. **2.** To engage or involve the mind or interests of. Used reflexively or in the passive: *concern oneself with trivia.* **3.** To cause anxiety or uneasiness in; to trouble. —*intr. Obsolete.* To be of importance. —*n.* **1.** A matter that relates to or affects one; something of interest or importance. **2.** Regard for or interest in someone or something: *concern for one's well-being.* **3.** Relation; reference. **4.** Anxiety; worry. **5.** A business establishment or enterprise; a company. **6.** *Informal.* A material article or contrivance. —See Synonyms at **anxiety.** [Middle English *concernen*, from Old French *concerner*, from Medieval Latin *concernere*, to relate to, involve with, from Latin, to mix in a sieve (before sifting) : *com-*, together + *cernere*, to sift (see **skeri-** in Appendix*).]
**con·cerned** (kən-sûrnd′) *adj.* **1.** Interested or affected. **2.** Anxious; troubled; disturbed.
**con·cern·ing** (kən-sûr′nĭng) *prep.* In reference to; regarding.
**con·cern·ment** (kən-sûrn′mənt) *n.* **1.** A matter that relates to one's affairs; business. **2.** Reference, relation, or importance. **3.** Participation; involvement. **4.** Anxiety; worry.
**con·cert** (kŏn′sûrt) *n.* **1.** A musical performance in which a number of vocalists or players participate. **2.** Agreement in purpose, feeling, or action. —**in concert.** All together; in agreement. —*adj.* Pertaining to or designed for concerts. —*v.* (kən-sûrt′) **concerted, -certing, -certs.** —*tr.* **1.** To plan or arrange by mutual agreement. **2.** To contrive or devise. —*intr.* To act or contrive together. [French, from Italian *concerto*, from Old Italian *concertare*†, to bring into agreement, harmonize.]
**con·cert·ed** (kən-sûr′tĭd) *adj.* **1.** Planned or accomplished together; combined. **2.** *Music.* Arranged in parts for voices or instruments. —**con·cert′ed·ly** *adv.*
**concert grand.** The largest grand piano, being roughly nine feet in length.
**con·cer·ti·na** (kŏn′sər-tē′nə) *n.* A small, hexagonal accordion with bellows, and buttons for keys. [CONCERT + Italian *-ina* (feminine diminutive suffix).]
**con·cer·ti·no** (kŏn′chĕr-tē′nō) *n., pl.* **-nos** or **-ni** (-nē). *Music.* **1.** A short concerto. **2.** The solo instrument group in a concerto grosso. [Italian, diminutive of *concerto*, concerto, CONCERT.]
**con·cer·tize** (kŏn′sər-tīz′) *intr.v.* **-tized, -tizing, -tizes.** To give, or perform in, concerts.
**con·cert·mas·ter** (kŏn′sərt-măs′tər, -mäs′tər) *n.* The first violinist and assistant conductor in a symphony orchestra.
**con·cer·to** (kən-chĕr′tō) *n., pl.* **-tos** or **-ti** (-tē). *Abbr.* **con.** A composition for an orchestra and one or more solo instruments, typically in three movements. [Italian, CONCERT.]
**concerto gros·so** (kən-chĕr′tō grō′sō) *pl.* **concerti grossi** (kən-chĕr′tē grō′sē). A composition for a small group of solo instruments and a full orchestra. [Italian, "great concerto."]
**concert pitch. 1.** A pitch to which orchestral instruments are tuned with the A above middle C at 440 cycles per second. **2.** The state of being ready and tensely alert.
**con·ces·sion** (kən-sĕsh′ən) *n.* **1.** The act of conceding, granting, or yielding. **2.** Any thing or point so conceded. **3.** Something granted by a government or controlling authority, such as a land tract or franchise, to be used for a specific purpose. **4. a.** The privilege of maintaining a subsidiary business within certain premises. **b.** The space allotted for such a business. [Middle English, from Old French, from Latin *concessiō*, from *concēdere* (past participle *concessus*), CONCEDE.]
**con·ces·sion·aire** (kən-sĕsh′ən-âr′) *n.* Also **con·ces·sion·er** (-sĕsh′ən-ər). The operator or holder of a concession.



concave


concertina

t tight/th thin, path/*th* this, bathe/ŭ cut/ûr urge/v valve/w with/y yes/z zebra, size/zh vision/ə about, item, edible, gallop, circus/ à *Fr.* ami/œ *Fr.* feu, *Ger.* schön/ü *Fr.* tu, *Ger.* über/KH *Ger.* ich, *Scot.* loch/N *Fr.* bon. *Follows main vocabulary. †Of obscure origin.