# THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE

# THE AMERICAN HERITAGE
# ONARY
# OF THE ENGLISH LANGUAGE

WILLIAM MORRIS, Editor

Published by

HOUGHTON MIFFLIN COMPANY / BOSTON
ATLANTA / DALLAS / GENEVA, ILLINOIS / HOPEWELL, NEW JERSEY / PALO ALTO

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the publishers' opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

© 1969, 1970, 1971, 1973, 1975, 1976, 1978 by Houghton Mifflin Company
All correspondence and inquiries should be directed to
Dictionary Division, Houghton Mifflin Company
One Beacon Street, Boston, Massachusetts 02107

All rights reserved under Bern and Pan-American Copyright Conventions

ISBN: 0-395-20360-0 (new college edition; thumb-indexed)
0-395-20359-7 (new college edition; plain edges)
0-395-24575-3 (high-school edition)
0-395-09066-0 (larger-format edition)

Library of Congress Catalog Card Number 76–86995

Manufactured in the United States of America

Computer-composed by Inforonics, Inc.
in Maynard, Massachusetts

clean. **4.** Having no markings. [Middle English *immaculat*, from Latin *immaculātus* : *in-*, not + *maculātus*, past participle of *maculāre*, to stain, blemish, from *macula*, spot (see **macula** in Appendix*).] —**im·mac′u·late·ly** *adv.* —**im·mac′u·late·ness** *n.*

**Immaculate Conception.** The Roman Catholic doctrine that the Virgin Mary was conceived in her mother's womb free from all stain of original sin. Compare **virgin birth.**

**im·ma·nent** (ĭm′ə-nənt) *adj.* **1.** Existing or remaining within; inherent. **2.** Restricted entirely to the mind; subjective. Compare **transeunt.** [Late Latin *immanēns*, present participle of *immanēre*, to remain in : Latin *in-*, in + *manēre*, to remain (see **men-**[3] in Appendix*).] —**im′ma·nent·ly** *adv.*

**im·ma·te·ri·al** (ĭm′ə-tîr′ē-əl) *adj.* **1.** Having no material body or form. **2.** Of no importance or relevance; inconsequential. —**im′ma·te′ri·al·ly** *adv.* —**im′ma·te′ri·al·ness** *n.*

**im·ma·te·ri·al·ism** (ĭm′ə-tîr′ē-ə-lĭz′əm) *n.* A metaphysical doctrine asserting the nonexistence of corporeal reality. —**im′ma·te′ri·al·ist** *n.*

**im·ma·te·ri·al·i·ty** (ĭm′ə-tîr′ē-ăl′ə-tē) *n., pl.* **-ties. 1.** The state or quality of being immaterial. **2.** Something immaterial.

**im·ma·te·ri·al·ize** (ĭm′ə-tîr′ē-ə-līz′) *tr.v.* **-ized, -izing, -izes.** To render immaterial.

**im·ma·ture** (ĭm′ə-tyŏŏr′, -tŏŏr′, -chŏŏr′) *adj.* **1.** Not fully grown or developed; unripe. **2.** Behaving with less than normal maturity. [Latin *immātūrus* : *in-*, not + *mātūrus*, MATURE.] —**im′ma·ture′ly** *adv.* —**im′ma·tur′i·ty, im′ma·ture′ness** *n.*

**im·meas·ur·a·ble** (ĭ-mĕzh′ər-ə-bəl) *adj.* **1.** Incapable of being measured. **2.** Vast; limitless. —**im·meas′ur·a·bil′i·ty, im·meas′ur·a·ble·ness** *n.* —**im·meas′ur·a·bly** *adv.*

**im·me·di·a·cy** (ĭ-mē′dē-ə-sē) *n., pl.* **-cies. 1.** The condition or quality of being immediate; directness. **2.** Something immediate. **3.** Immediate or direct perception; intuitiveness.

**im·me·di·ate** (ĭ-mē′dē-ĭt) *adj.* **1.** Acting or occurring without mediation or interposition; direct: *immediate implementation.* **2.** Directly apprehended or perceived: *immediate awareness.* **3.** Next in line or relation: *the immediate successor.* **4.** Occurring without delay: *an immediate response.* **5.** Of or near the present time: *the immediate future.* **6.** Close at hand; near: *the immediate vicinity.* [Late Latin *immediātus* : Latin *in-*, not + *mediātus*, past participle of *mediāre*, to be in the middle, MEDIATE.] —**im·me′di·ate·ness** *n.*

**im·me·di·ate·ly** (ĭ-mē′dē-ĭt-lē) *adv.* **1.** Without intermediary; directly. **2.** Without delay. —*conj.* As soon as; directly.
***Synonyms:*** *immediately, instantly, forthwith, directly, promptly, presently.* These adverbs mean with little or no delay. They are arranged in approximate order of intensity. *Immediately* and *instantly* imply no delay whatever, as between request and response. *Forthwith, directly,* and *promptly* all stress readiness of response but with a brief interval prior to fulfillment of the action involved. *Presently* has the mere force of soon.

**im·med·i·ca·ble** (ĭ-mĕd′ĭ-kə-bəl) *adj.* Incurable.

**Im·mel·mann turn** (ĭm′əl-mən, -män′). A maneuver in which an airplane first completes half a loop then half a roll in order to simultaneously gain altitude and change direction in flight. [After the German aviator Max *Immelmann* (1890–1916).]

**im·me·mo·ri·al** (ĭm′ə-môr′ē-əl, -mōr′ē-əl) *adj.* Reaching beyond the limits of memory, tradition, or recorded history. [Medieval Latin *immemoriālis* : Latin *in-*, not + *memoriālis*, memorial, from *memoria*, MEMORY.] —**im′me·mo′ri·al·ly** *adv.*

**im·mense** (ĭ-mĕns′) *adj.* **1.** Extremely large; huge. **2.** Boundless. **3.** *Informal.* Surpassingly good; excellent. —See Synonyms at **enormous.** [Old French, from Latin *immēnsus*, immeasurable : *in-*, not + *mēnsus*, past participle of *mētīrī*, to measure (see **mē-**[2] in Appendix*).] —**im·mense′ly** *adv.* —**im·mense′ness** *n.*

**im·men·si·ty** (ĭ-mĕn′sə-tē) *n., pl.* **-ties. 1.** The quality or state of being immense. **2.** Something immense.

**im·men·sur·a·ble** (ĭ-mĕn′shər-ə-bəl) *adj.* Immeasurable.

**im·merge** (ĭ-mûrj′) *v.* **-merged, -merging, -merges.** —*tr.* To immerse. —*intr.* To submerge or disappear in or as if in a liquid. [Latin *immergere*, IMMERSE.] —**im·mer′gence** *n.*

**im·merse** (ĭ-mûrs′) *tr.v.* **-mersed, -mersing, -merses. 1.** To cover completely in a liquid; submerge. **2.** To baptize by submerging in water. **3.** To involve profoundly; absorb. [Latin *immergere* (past participle *immersus*), to dip in : *in-*, in + *mergere*, to dip (see **mezg-**[1] in Appendix*).]

**im·mer·sion** (ĭ-mûr′zhən, -shən) *n.* **1.** An act of immersing. **2.** The condition of being immersed. **3.** Baptism performed by totally submerging a person in water. **4.** The obscuring of a celestial body by another or by the shadow of another.

**im·mesh.** Variant of **enmesh.**

**im·mi·grant** (ĭm′ĭ-grənt) *n.* **1.** One who leaves a country to settle permanently in another. **2.** An organism that appears where it was formerly unknown. —**im′mi·grant** *adj.*

**im·mi·grate** (ĭm′ĭ-grāt′) *v.* **-grated, -grating, -grates.** —*intr.* To enter and settle in a country or region to which one is not a native. —*tr.* To send or introduce as immigrants. —See Usage note at **migrate.** [Latin *immigrāre*, to remove into, go in : *in-*, in + *migrāre*, to remove, MIGRATE.] —**im′mi·gra′tion** *n.*

**im·mi·nence** (ĭm′ə-nəns) *n.* Also **im·mi·nen·cy** (-nən-sē) *pl.* **-cies. 1.** The quality or condition of being imminent. **2.** Something imminent.

**im·mi·nent** (ĭm′ə-nənt) *adj.* About to occur; impending. [Latin *imminēns*, present participle of *imminēre*, to project over or toward, threaten : *in-*, toward + *-minēre*, to project (see **men-**[2] in Appendix*).] —**im′mi·nent·ly** *adv.*

**im·min·gle** (ĭ-mĭng′gəl) *v.* **-gled, -gling, -gles.** —*intr.* To intermingle; blend. —*tr.* To blend.

**im·mis·ci·ble** (ĭ-mĭs′ə-bəl) *adj.* Incapable of mixing or blending. —**im·mis′ci·bil′i·ty** *n.* —**im·mis′ci·bly** *adv.*

**im·mit·i·ga·ble** (ĭ-mĭt′ĭ-gə-bəl) *adj.* Incapable of being mitigated. —**im·mit′i·ga·bly** *adv.*

**im·mix** (ĭ-mĭks′) *tr.v.* **-mixed, -mixing, -mixes.** To commingle; blend. [Back-formation from Middle English *immixte*, mixed in, from Latin *immixtus*, past participle of *immiscēre*, to mix in : *in-*, in + *miscēre*, to mix (see **meik-** in Appendix*).] —**im·mix′ture** *n.*

**im·mo·bile** (ĭ-mō′bəl, -bēl′) *adj.* **1. a.** Unable to move. **b.** Incapable of being moved. **2.** Not moving. [Middle English *inmobile*, from Latin *immōbilis* : *in-*, not + *mōbilis*, MOBILE.] —**im′mo·bil′i·ty** *n.*

**im·mo·bi·lize** (ĭ-mō′bə-līz′) *tr.v.* **-lized, -lizing, -lizes. 1.** To render immobile. **2.** To impede movement or use of: *immobilize troops.* **3. a.** To withdraw (specie) from circulation and reserve as security for other money. **b.** To convert (floating capital) into fixed capital. —**im·mo′bi·li·za′tion** *n.* —**im·mo′bi·liz′er** *n.*

**im·mod·er·ate** (ĭ-mŏd′ər-ĭt) *adj.* Not moderate; extreme. See Synonyms at **excessive.** [Middle English *immoderat*, from Latin *immoderātus* : *in-*, not + *moderātus*, MODERATE.] —**im·mod′er·ate·ly** *adv.* —**im·mod′er·ate·ness, im·mod′er·a′tion** *n.*

**im·mod·est** (ĭ-mŏd′ĭst) *adj.* **1.** Lacking modesty. **2.** Morally offensive. **3.** Arrogant. [Latin *immodestus* : *in-*, not + *modestus*, MODEST.] —**im·mod′est·ly** *adv.* —**im·mod′es·ty** *n.*

**im·mo·late** (ĭm′ə-lāt′) *tr.v.* **-lated, -lating, -lates. 1.** To kill as a sacrifice. **2.** To destroy or renounce for the sake of something else. [Latin *immolāre*, to sacrifice, originally "to sprinkle with sacrificial meal" : *in-*, on + *mola*, meal (see **mele-** in Appendix*).] —**im′mo·la′tion** *n.* —**im′mo·la′tor** (-lā′tər) *n.*

**im·mor·al** (ĭ-môr′əl, ĭ-mŏr′-) *adj.* **1.** Contrary to established morality. **2.** Morally dissolute. —**im′mor·al′i·ty** (ĭm′ô-răl′ə-tē, ĭm′ə-) *n.* —**im·mor′al·ly** *adv.*

**im·mor·tal** (ĭ-môrt′l) *adj.* **1.** Not subject to death. **2.** Having eternal fame; imperishable. **3.** Of or pertaining to immortality. —*n.* **1.** One not subject to death. **2.** One whose fame is enduring. **3.** *Plural.* The gods of ancient Greece and Rome. [Middle English, from Latin *immortālis* : *in-*, not + *mortālis*, MORTAL.] —**im·mor′tal·ly** *adv.*

**im·mor·tal·i·ty** (ĭm′ôr-tăl′ə-tē) *n.* **1.** The quality or condition of being immortal. **2.** Endless life. **3.** Enduring fame.

**im·mor·tal·ize** (ĭ-môrt′l-īz′) *tr.v.* **-ized, -izing, -izes.** To make immortal.

**im·mor·telle** (ĭm′ôr-tĕl′) *n.* A plant with flowers that retain their color when dried. [French, from the feminine of *immortel*, immortal, from Latin *immortālis*, IMMORTAL.]

**im·mo·tile** (ĭ-mōt′l) *adj.* Not motile. —**im′mo·til′i·ty** *n.*

**im·mov·a·ble** (ĭ-mōō′və-bəl) *adj.* **1. a.** Incapable of being moved. **b.** Incapable of movement. **2.** Not capable of alteration. **3.** Unyielding in principle, purpose, or adherence; steadfast. **4.** Showing no sign of emotional stress; unimpressionable. **5.** *Law.* Not liable to be removed: *immovable property.* —*n.* **1.** One that is incapable of movement. **2.** Immovable property. —**im·mov′a·ble·ness, im·mov′a·bil′i·ty** *n.* —**im·mov′a·bly** *adv.*

**im·mune** (ĭ-myōōn′) *adj.* **1. a.** Exempt. **b.** Not affected or responsive. **2.** *Medicine.* Having immunity. [Latin *immūnis*. See **mei-**[1] in Appendix.*] —**im·mune′** *n.*

**im·mu·ni·ty** (ĭ-myōō′nə-tē) *n., pl.* **-ties. 1.** The quality or condition of being immune. **2.** An inherited, acquired, or induced condition to a specific pathogen.

**im·mu·nize** (ĭm′yə-nīz′) *tr.v.* **-nized, -nizing, -nizes.** To render immune. —**im′mu·ni·za′tion** *n.*

**immuno–.** Indicates immune or immunity; for example, **immunogenetics, immunogenic.** [From IMMUNE.]

**im·mu·no·chem·is·try** (ĭm′yə-nō-kĕm′ĭ-strē) *n.* The chemistry of immunologic phenomena, as of antigen stimulation of tissue or of antigen-antibody reactions.

**im·mu·no·ge·net·ics** (ĭm′yə-nō-jə-nĕt′ĭks) *n.* Plural in form, used with a singular verb. The study of the interrelation between immunity to disease and genetic make-up.

**im·mu·no·gen·ic** (ĭm′yə-nō-jĕn′ĭk) *adj.* Producing immunity.

**im·mu·nol·o·gy** (ĭm′yə-nŏl′ə-jē) *n.* The medical study of immunity. [IMMUNO- + -LOGY.] —**im′mu·no·log′ic** (-nə-lŏj′ĭk), **im′mu·no·log′i·cal** *adj.* —**im′mu·no·log′i·cal·ly** *adv.*

**im·mu·no·sup·pres·sive** (ĭm′yə-nō-sə-prĕs′ĭv) *adj.* Tending to suppress a natural immune response of an organism to an antigen: *an immunosuppressive drug.*

**im·mure** (ĭ-myŏŏr′) *tr.v.* **-mured, -muring, -mures. 1.** To confine within walls; imprison. **2.** To build into a wall; entomb in a wall. [Medieval Latin *immūrāre* : Latin *in-*, in + *mūrus*, wall (see **mei-**[3] in Appendix*).] —**im·mure′ment** *n.*

**im·mu·ta·ble** (ĭ-myōō′tə-bəl) *adj.* Not mutable; not susceptible to change. [Middle English, from Latin *immūtābilis* : *in-*, not + *mūtābilis*, MUTABLE.] —**im·mu′ta·bil′i·ty, im·mu′ta·ble·ness** *n.* —**im·mu′ta·bly** *adv.*

**imp** (ĭmp) *n.* **1.** A mischievous child. **2.** A small demon. **3.** *Archaic.* A descendant. **4.** *Archaic.* A graft. —*tr.v.* **imped, imping, imps. 1.** *Falconry.* To graft (new feathers) onto the wing of a bird to repair damage or to increase flying capacity. **2.** *Archaic.* To furnish with wings. **3.** *Archaic.* To eke out. [Middle English *impe*, scion, offspring, child, Old English *impa*, young shoot, sapling, from *impian*, to graft on, from Common Romance *impotare* (unattested), from Medieval Latin *impotus*, graft, from Greek *emphutos*, implanted, from *emphuein*, to implant : *en-*, in + *phuein*, plant (see **bheu-** in Appendix*).]

**imp.** **1.** imperative. **2.** imperfect. **3.** imperial. **4.** import; imported; importer. **5.** important. **6.** imprimatur.

**im·pact** (ĭm′păkt′) *n.* **1.** The striking of one body against another; a collision. **2.** The effect of one thing upon another.