# THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE

# THE AMERICAN HERITAGE
# ONARY
# OF THE ENGLISH LANGUAGE

WILLIAM MORRIS, Editor

Published by

HOUGHTON MIFFLIN COMPANY / BOSTON
ATLANTA / DALLAS / GENEVA, ILLINOIS / HOPEWELL, NEW JERSEY / PALO ALTO

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the publishers' opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

© 1969, 1970, 1971, 1973, 1975, 1976, 1978 by Houghton Mifflin Company
All correspondence and inquiries should be directed to
Dictionary Division, Houghton Mifflin Company
One Beacon Street, Boston, Massachusetts 02107

All rights reserved under Bern and Pan-American Copyright Conventions

ISBN: 0-395-20360-0 (new college edition; thumb-indexed)
0-395-20359-7 (new college edition; plain edges)
0-395-24575-3 (high-school edition)
0-395-09066-0 (larger-format edition)

Library of Congress Catalog Card Number 76–86995

Manufactured in the United States of America

Computer-composed by Inforonics, Inc.
in Maynard, Massachusetts

**lay·off** (lā′ôf′, -ŏf′) *n.* **1.** The suspension or dismissal of employees. **2.** The interval for which employment has been suspended. **3.** Any period of temporary inactivity or rest.

**lay out.** **1.** To put or spread out in readiness, as for wear, packing, or inspection. **2.** To arrange according to plan: *He laid out the day's work for his employees.* **3.** *Informal.* To spend; supply (money). **4.** To clothe and prepare (a corpse) for burial. **5.** *Informal.* To knock down; to prostrate.

**lay·out** (lā′out′) *n.* **1.** The laying out of something. **2.** The arrangement, plan, or structuring of something laid out; overall picture or form: *the layout of a factory.* **3. a.** The spread and juxtaposition of printed matter, as of a newspaper or magazine page. **b.** A dummy, sketch, or paste-up for matter to be printed. **4.** *Informal.* Establishment or quarters: *The company has quite a layout in London.* **5.** A set of tools or implements.

**lay over.** **1.** To stop at some place in the course of a journey because of scheduling requirements. **2.** To overlay.

**lay·o·ver** (lā′ō′vər) *n.* A stop, usually of short duration, imposed by the scheduling of a carrier or carriers.

**lay reader.** A layman in the Anglican and Episcopal churches authorized by a bishop to read some parts of the service.

**lay up.** **1.** To stock (supplies) for future needs. **2.** *Informal.* To confine as an invalid. **3.** To put (a ship) in dock, as for repairs.

**lay-up** (lā′ŭp′) *n.* *Basketball.* A usually one-handed, banked shot made close to the basket after driving in.

**la·zar** (lā′zər, lăz′ər) *n.* *Archaic.* A beggar afflicted with some loathsome disease, especially leprosy; a leper. [Middle English, from Medieval Latin *Lazarus*, LAZARUS.]

**laz·a·ret·to** (lăz′ə-rĕt′ō) *n., pl.* **-tos.** Also **laz·a·ret, laz·a·rette** (lăz′ə-rĕt′). **1.** A hospital treating contagious diseases. **2.** A building or ship used as a quarantine station. **3.** A storage space between the decks of a ship. [Italian *lazaretto*, from *lazzaro*, leper, beggar, from Medieval Latin *Lazarus*, LAZARUS.]

**Laz·a·rus** (lăz′ər-əs). **1.** The brother of Mary and Martha whom Jesus raised from the dead. John 11:1–44. **2.** The diseased beggar in the parable of the rich man and the beggar. Luke 16:19–31.

**Laz·a·rus** (lăz′ər-əs), **Emma.** 1849–1887. American poet and philanthropist.

**laze** (lāz) *v.* **lazed, lazing, lazes.** —*intr.* To be lazy; to loaf. —*tr.* To spend (time) in loafing. [Back-formation from LAZY.]

**laz·u·li** (lăz′yo͞o-lē) *n.* **Lapis lazuli** *(see).*

**laz·u·lite** (lăz′yo͞o-līt′) *n.* A relatively rare, light- to deep-blue mineral, essentially (Mg, Fe)$Al_2(PO_4)_2(OH)_2$. [From Medieval Latin *lazulum*, LAPIS LAZULI + -ITE.]

**laz·u·rite** (lăz′yo͞o-rīt′) *n.* A relatively rare, blue, violet-blue, or greenish-blue mineral, essentially $Na_{4\text{-}5}Al_3Si_3O_{12}S$. Also called "lapis lazuli." [German *Lasurit*, from Medieval Latin *lazur*, from Arabic *lāzaward*, LAPIS LAZULI.]

**la·zy** (lā′zē) *adj.* **-zier, -ziest.** **1.** Resistant to work or exertion; disposed to idleness; slothful. **2.** Slow-moving; sluggish: *a lazy river.* **3.** Conducive to languor or indolence: *a lazy summer day.* **4.** Depicted as reclining or lying on its side. Said of a livestock brand. [Origin obscure.] —**la′zi·ly** *adv.* —**la′zi·ness** *n.*

**la·zy·bones** (lā′zē-bōnz′) *n., pl.* **lazybones.** *Slang.* A lazy person.

**lazy Susan.** A revolving tray for condiments or food.

**lazy tongs.** Tongs having a jointed extensible framework operated by scissorslike handles for grasping an object at a distance.

**lb** pound (Latin *libra*).

**LBJ** Lyndon Baines Johnson.

**l.c.** *Printing.* lower-case.

**L.C.** **1.** landing craft. **2.** Library of Congress.

**L/C** letter of credit.

**l.c.d.** lowest common denominator.

**l.c.m.** least common multiple.

**LCT** local civil time.

**ld.** **1.** *Printing.* lead. **2.** load.

**Ld.** **1.** limited. **2.** Lord (English title).

**lea** (lē, lā) *n.* Also **ley** (lā, lē). *Poetic.* Grassland; meadow. [Middle English *ley(e)*, Old English *lēah*, *lēa*. See **leuk-** in Appendix.*]

**lea.** **1.** league (unit of distance). **2.** leather.

**leach** (lēch) *v.* **leached, leaching, leaches.** —*tr.* **1.** To remove soluble constituents from (a substance) by the action of a percolating liquid. **2.** To remove (soluble constituents) from a substance by the action of a percolating liquid. —*intr.* **1.** To be dissolved and washed out by a percolating liquid. **2.** To lose or yield soluble matter to a percolating liquid. —*n.* **1.** The process of leaching. **2.** A porous, perforated, or sievelike vessel that holds material to be leached. **3.** The substance through which a liquid is leached. **4.** The solution thus leached. [Variant of obsolete *letch*, to wet, probably ultimately from Old English *leccan*, to moisten. See **leg-²** in Appendix.*] —**leach′er** *n.*

**lead¹** (lēd) *v.* **led** (lĕd), **leading, leads.** —*tr.* **1.** To show the way to by going in advance; conduct, escort, or direct. **2.** To guide by taking by the hand or by a rope: *lead a horse.* **3.** To serve as a route for; conduct on a particular course: *The path led him to a cemetery.* **4.** To cause to follow some course of action or line of thought; induce: *led him to believe otherwise.* **5.** To direct the performance or activities of: *lead an orchestra; lead a battalion.* **6.** To assume leadership in; to steer; to guide: *lead a discussion.* **7.** To be at the head of: *His name led the list.* **8.** To be ahead of: *led the runner-up by three strides.* **9.** To pursue; to live: *leading a hectic life.* **10.** *Card Games.* To begin a round of play by putting down (a card): *led an ace.* **11.** To aim in front of (a moving target). —*intr.* **1.** To be first; be ahead. **2.** To go first as a guide. **3.** To act as commander, director, or conductor. **4.** To maneuver a partner in dance steps. **5.** To be guided: *The horse leads easily.* **6.** To afford a passage, course, or route. **7.** To tend toward a certain goal or result. Used with *to: led to complications.* **8.** To make the initial play, as in a card game. —**lead astray.** To lead into error or wrongdoing. —**lead on.** To draw along; lure; entice. —**lead the way.** To show or point the way by going first or by setting an example. —**lead up to.** **1.** To result in by a series of steps. **2.** To proceed toward (one's true purpose or subject) with lengthy or evasive preliminary remarks. —*n.* **1.** The first place; foremost position. **2.** The margin by which one is ahead. **3. a.** A piece of information of possible use in a search: *several good leads for a job.* **b.** A clue; a hint. **4. a.** Command; leadership: *take the lead.* **b.** Ability to guide or steer. **5.** An example; precedent. **6. a.** The principal role in a dramatic production. **b.** The person playing such a part. **7.** *Journalism.* **a.** The opening line or paragraph of a news story. **b.** A prominently displayed news story. **8.** *Card Games.* **a.** The first play. **b.** The prerogative or turn to make the first play. **c.** The card played. **9.** *Baseball.* A position taken by a base runner away from his base toward the next. **10.** A leash, rope, or strap for leading an animal. **11.** *Nautical.* The direction in which a rope runs. **12.** *Mining.* **a.** A deposit of gold ore in an old riverbed. **b.** A lode. **13.** *Electricity.* A conductor by which one circuit element is electrically connected to another or to the circuit. [Middle English *leden*, Old English *lǣdan*, *lǣdde*, *lǣded*. See **leith-** in Appendix.*]

**lead²** (lĕd) *n.* **1.** *Symbol* **Pb** A soft, malleable, ductile, bluish-white, dense metallic element, extracted chiefly from galena and used in containers and pipes for corrosives, in solder and type metal, bullets, radiation shielding, paints, and antiknock compounds. Atomic number 82, atomic weight 207.19, melting point 327.5°C, boiling point 1,744°C, specific gravity 11.35, valences 2, 4. **2.** A plumb bob suspended by a line, used to make soundings. **3.** *Plural. British.* **a.** A flat or slightly pitched roof covered with sheets of lead. **b.** The sheets of lead used for such a roof. **4.** Bullets from or for firearms; shot. **5.** *Plural.* Strips of lead used in fitting windows with small panes or stained glass pieces. **6.** *Printing. Abbr.* **ld.** A thin strip of type metal used to separate lines of type. **7. a.** Any of various, often graphitic, compositions used as the writing substance in pencils. **b.** A thin stick of such material. —*adj.* Containing or made of lead. —*v.* **leaded, leading, leads.** —*tr.* **1.** To cover, line, weight, fill, or treat with lead. **2.** *Printing.* To provide space between (lines of type) with leads. **3.** To secure (window glass) with leads. —*intr.* To become filled, covered, or clogged with lead. [Middle English *lead*, *lęd*, Old English *lēad*, from West Germanic *lauda* (unattested), akin to Gaelic *luaidh*†.]



**T. E. Lawrence**
Photographed in 1919

**lead acetate** (lĕd). A poisonous white crystalline compound, $Pb(C_2H_3O_2)_2 \cdot 3H_2O$, used in dyes, waterproofing compounds, and varnishes. Also called "sugar of lead."

**lead arsenate** (lĕd). A poisonous white crystalline compound, $Pb_3(AsO_4)_2$, used in insecticides and herbicides.

**lead carbonate** (lĕd). A poisonous white amorphous powder, $PbCO_3$, used as a paint pigment.

**lead chromate** (lĕd). A poisonous yellow crystalline compound, $PbCrO_4$, used as a paint pigment.

**lead colic** (lĕd). *Pathology.* **Painter's colic** *(see).*

**lead·en** (lĕd′n) *adj.* **1.** Made of or containing lead. **2.** Heavy and inert like lead. **3.** Dull and listless; sluggish. **4.** Burdened; weighted down; depressed: *a leaden heart.* **5.** Dull, dark gray: *a leaden sky.* —**lead′en·ly** *adv.* —**lead′en·ness** *n.*

**lead·er** (lē′dər) *n.* **1.** A person who leads others along a way; a guide. **2.** One in charge or in command of others. **3. a.** The head of a political party or organization. **b.** One who has an influential voice in politics. **4. a.** The conductor of an orchestra, band, or choral group. **b.** The principal performer of an orchestral section, as the first violinist. **5.** The foremost horse or other draft animal in a harnessed team. **6.** A **loss leader** *(see).* **7.** *Chiefly British.* The main newspaper editorial. **8.** *Plural. Printing.* Dots or dashes in a row leading the eye across a page, as in an index entry. **9.** A pipe for conveying rainwater from the roof to the ground. **10.** A short length of gut, wire, or the like by which the hook is attached to a fishing line. **11.** *Botany.* The growing apex or main shoot of a shrub or tree.



lazy tongs

**lead·er·ship** (lē′dər-shĭp′) *n.* **1.** The position, office, or term of a leader. **2.** A group of leaders. **3.** The capacity to be a leader; ability to lead.

**lead glass.** **Flint glass** *(see).*

**lead-in** (lēd′ĭn′) *n.* **1.** An introduction. **2.** A program, as on television, that precedes another. **3.** The part of an antenna or aerial that leads to an electronic transmitter or receiver.

**lead·ing¹** (lē′dĭng) *adj.* **1.** Major; principal: *a leading factor.* **2.** At the head; in the lead; foremost: *the leading candidate.* **3.** Playing one of the leads in a theatrical production: *a leading lady.* **4.** Phrased to elicit a desired response: *a leading question.* —See Synonyms at **chief.** —**lead′ing·ly** *adv.*

**lead·ing²** (lĕd′ĭng) *n.* **1.** A border or rim of lead, as around a windowpane. **2.** *Printing.* The spacing between lines.

**lead·ing edge** (lē′dĭng). **1.** The edge of a sail that faces the wind. **2.** The front edge of an airplane propeller blade or wing.

**lead·ing tone** (lē′dĭng). *Music.* The seventh tone, or degree, of a scale, a half tone below the tonic; a subtonic.

**lead line** (lĕd). *Nautical.* A sounding line.

**lead monoxide** (lĕd). *Chemistry.* **Litharge** *(see).*

**lead off** (lēd). **1.** To make the initial play or move; to start. **2.** *Baseball.* To be the first batter in an inning or a line-up.

**lead·off** (lēd′ôf′, -ŏf′) *adj.* Opening; beginning: *leadoff pitch.* —*n.* **1.** An opening play or move; start; beginning. **2.** A player who starts the action of a game; especially, the first batter in a baseball line-up or in an inning.