# THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE

# THE AMERICAN HERITAGE
# ONARY
# OF THE ENGLISH LANGUAGE

WILLIAM MORRIS, Editor

Published by

HOUGHTON MIFFLIN COMPANY / BOSTON
ATLANTA / DALLAS / GENEVA, ILLINOIS / HOPEWELL, NEW JERSEY / PALO ALTO

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the publishers' opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

© 1969, 1970, 1971, 1973, 1975, 1976, 1978 by Houghton Mifflin Company
All correspondence and inquiries should be directed to
Dictionary Division, Houghton Mifflin Company
One Beacon Street, Boston, Massachusetts 02107

All rights reserved under Bern and Pan-American Copyright Conventions

ISBN: 0-395-20360-0 (new college edition; thumb-indexed)
0-395-20359-7 (new college edition; plain edges)
0-395-24575-3 (high-school edition)
0-395-09066-0 (larger-format edition)

Library of Congress Catalog Card Number 76–86995

Manufactured in the United States of America

Computer-composed by Inforonics, Inc.
in Maynard, Massachusetts

2. *Golf.* To put the sole of (a club) on the ground, as in preparing to make a stroke. [Middle English, from Old French *sole*, from Vulgar Latin *sola* (unattested), from Latin *solea*, sandal, from *solum*, bottom, ground, sole of the foot. See **sel-**¹ in Appendix.*]

**sole²** (sōl) *adj.* **1.** Being the only one; existing or functioning without another or others; only. **2.** Of or pertaining to only one individual or group; exclusive: *The court has the sole right to decide.* **3.** *Law.* Single or unmarried. **4.** *Archaic.* Solitary. —See Synonyms at **single.** [Middle English *soul(e)*, *sole*, unmarried, alone, from Old French, from Latin *sōlus*, alone, single. See **seu-**² in Appendix.*]

**sole³** (sōl) *n., pl.* **sole** or **soles. 1.** Any of various chiefly marine flatfishes of the family Soleidae, related to and resembling the flounders; especially, any of several European species, such as *Solea solea*, valued as food fishes. **2.** Any of various other flatfishes. [Middle English, from Old French, sole (fish), SOLE (of the foot), from the shape of the fish.]

**sol·e·cism** (sŏl′ə-sĭz′əm, sō′lə-) *n.* **1.** A nonstandard usage or grammatical construction. **2.** A violation of etiquette. **3.** Any impropriety, mistake, or incongruity. [Latin *soloecismus*, from Greek *soloikismos*, from *soloikos*, speaking incorrectly, referring to the corrupt Attic dialect spoken by Athenian colonists at *Soloi*, in Cilicia.] —**sol′e·cist** *n.* —**sol′e·cis′tic** *adj.*

**sole·ly** (sōl′lē, sō′lē) *adv.* **1.** Alone; singly. **2.** Entirely; exclusively.

**sol·emn** (sŏl′əm) *adj.* **1.** Deeply earnest; serious; grave: *a solemn voice.* **2.** Of impressive and serious nature: *a solemn occasion.* **3.** Performed with full ceremony: *a Solemn High Mass.* **4.** Invoking the force of religion; sacred: *a solemn vow.* **5.** Gloomy; somber. —See Synonyms at **serious.** [Middle English *solem(p)ne*, from Old French, from Latin *sollemnis*, stated, established, appointed. See **sol-** in Appendix.*] —**sol′emn·ness** *n.* —**sol′emn·ly** *adv*

**so·lem·ni·ty** (sə-lĕm′nə-tē) *n., pl.* **-ties. 1.** The condition or quality of being solemn; gravity; seriousness. **2.** A solemn observance or proceeding.

**sol·em·nize** (sŏl′əm-nīz′) *tr.v.* **-nized, -nizing, -nizes. 1.** To celebrate or observe with formal ceremonies or rites, as a religious occasion. **2.** To perform with formal ceremony: *solemnize a marriage.* **3.** To make serious or grave. —See Synonyms at **observe.** —**sol′em·ni·za′tion** *n.*

**so·le·noid** (sō′lə-noid′) *n.* **1.** A cylindrical coil of insulated wire in which an axial magnetic field is established by a flow of electric current. **2.** An assembly often used as a switch, consisting essentially of such a coil and a metal core free to slide along the coil axis under the influence of the magnetic field. [French *solénoïde*, from Greek *sōlēnoeidēs*, pipe-shaped, grooved, tubular : *sōlēn*†, channel, pipe + -OID.] —**so′le·noi′dal** *adj.* —**so′le·noi′dal·ly** *adv.*

**So·lent, The** (sō′lənt). A channel about 15 miles long between the Isle of Wight and Hampshire, England.

**sole·plate** (sōl′plāt′) *n.* The undersurface of a clothes iron.

**sol-fa** (sōl′fä′) *n. Music.* **1.** The set of syllables *do, re, mi, fa, sol, la, ti*, used to represent the tones of the scale. **2.** The use of the sol-fa syllables. —*v.* **sol-faed, -faing, -fas.** —*intr.* To use the sol-fa syllables. —*tr.* To sing using the sol-fa syllables. [SOL (note) + FA.]

**sol·fa·ta·ra** (sōl′fə-tär′ə) *n.* A volcanic fissure that emits sulfurous vapors, steam, and, at times, hot mud. [Italian *Solfatara*, name of a sulfurous volcano near Naples, from *solfo*, sulfur, from Latin *sulfur*, *sulphur*, SULFUR.] —**sol′fa·ta′ric** *adj.*

**sol·feg·gio** (sōl-fĕj′ē-ō′, -fĕj′ō) *n., pl.* **-feggi** (-fĕj′ē) or **-gios.** Also **sol·fège** (sōl-fĕzh′, -fāzh′). *Music.* **1.** The use of the sol-fa syllables to note the tones of the scale; solmization. **2.** A singing exercise in which the sol-fa syllables are used. [Italian, from *solfeggiare*, to sol-fa, from *solfa*, sol-fa : SOL (note) + Medieval Latin *fa*, FA.]

**sol·fe·ri·no** (sōl′fə-rē′nō) *n.* Moderate purplish red. See **color.** [From a dye discovered in the year of the Battle of *Solferino* (1859). Compare **magenta.**] —**sol′fe·ri′no** *adj.*

**so·lic·it** (sə-lĭs′ĭt) *v.* **-ited, -iting, -its.** —*tr.* **1.** To seek to obtain by persuasion, entreaty, or formal application: *solicit votes.* **2.** To petition (a person) persistently; entreat; importune. **3.** To entice or incite (a person) to action, particularly to an immoral or illegal action. **4.** To approach or accost (a person) with an offer of sexual services. —*intr.* To make solicitation or petition for something desired. [Middle English *soliciten*, to disturb, fill with concern, from Old French *solliciter*, from Latin *sollicitāre*, to disturb, agitate, from *sollicitus*, SOLICITOUS.] —**so·lic′i·ta′tion** *n.*

**so·lic·i·tor** (sə-lĭs′ə-tər) *n. Abbr.* **sol. 1.** One who solicits; especially, one who seeks trade, contributions, magazine subscriptions, or the like. **2.** The chief law officer of a city, town, or government department. **3.** *British.* A lawyer who is not a member of the bar and who may be heard only in the lower courts. Compare **barrister.** —See Synonyms at **lawyer.**

**solicitor general** *pl.* **solicitors general.** *Abbr.* **S.G. 1.** A law officer assisting an attorney general. **2.** The chief law officer in a state not having an attorney general.

**so·lic·i·tous** (sə-lĭs′ə-təs) *adj.* **1.** Anxious and concerned; attentive. **2.** Full of desire; eager. —See Synonyms at **thoughtful.** [Latin *sollicitus*, thoroughly moved, agitated : *sollus*, whole, entire (see **sol-** in Appendix*) + *citus*, past participle of *ciēre*, to put in motion, move (see **kei-**³ in Appendix*).] —**so·lic′i·tous·ly** *adv.* —**so·lic′i·tous·ness** *n.*

**so·lic·i·tude** (sə-lĭs′ə-tōōd′, -tyōōd′) *n.* **1.** The state of being solicitous; care; concern. **2.** *Usually plural.* That which causes anxiety or concern. —See Synonyms at **anxiety.**

**sol·id** (sŏl′ĭd) *adj.* **1.** Of definite shape and volume; not liquid or gaseous. **2.** Not hollowed out: *a solid block of wood.* **3.** Being the same substance throughout: *solid gold.* **4.** Of or pertaining to three-dimensional geometric figures or bodies. **5.** Without gaps or breaks; continuous: *a solid line of people.* **6.** Of good quality and substance; well-made: *solid foundations.* **7.** Forceful; hearty: *a solid slap.* **8.** Substantial; complete: *a solid meal.* **9.** Sound; reliable; concrete: *solid facts.* **10.** Financially sound. **11.** Upstanding and dependable: *a solid citizen.* **12.** Written without a hyphen or space. Said of words. **13.** *Printing.* Without leads between the lines. **14.** Uniform in tone. Said of a color. **15.** Acting together; unanimous: *a solid voting bloc.* —*n.* **1.** A substance that is neither liquid nor gaseous; a solid substance. **2.** A geometric figure having three dimensions. [Middle English *solide*, whole, solid, from Old French, from Latin *solidus*. See **sol-** in Appendix.*] —**sol′id·ly** *adv.* —**sol′id·ness** *n.*

**solid angle.** An angle subtended at a point by a surface, measured in steradians with respect to the area delimited on the unit sphere centered on that point by the locus of points of intersection of the sphere with the lines joining the point to the perimeter of the surface. Compare **polyhedral angle.**

**sol·i·dar·i·ty** (sŏl′ə-dăr′ə-tē) *n., pl.* **-ties.** A union of interests, purposes, or sympathies among members of a group; fellowship of responsibilities and interests: *"The savage depends upon the group ... for practical cooperation and mental solidarity"* (Bronislaw Malinowski). See Synonyms at **unity.**

**sol·i·dar·y** (sŏl′ə-dĕr′ē) *adj.* Characterized by solidarity; united. [French *solidaire*, from *solide*, SOLID.]

**solid geometry.** The geometry of three-dimensional figures and surfaces.

**so·lid·i·fy** (sə-lĭd′ə-fī′) *v.* **-fied, -fying, -fies.** —*tr.* **1.** To make solid, compact or hard. **2.** To make strong or united. —*intr.* To become solid or united. —**so·lid′i·fi·ca′tion** *n.*

**so·lid·i·ty** (sə-lĭd′ə-tē) *n., pl.* **-ties. 1.** The condition or property of being solid. **2.** Soundness of mind, moral character, or finances; stability.

**solid of revolution.** A volume generated by the rotation of a plane figure about an axis in its plane.

**solid propellant.** A rocket propellant in solid form, combining both fuel and oxidizer in the form of a compact, cohesive grain.

**solid solution.** *Chemistry.* A homogeneous crystalline structure in which one or more types of atoms or molecules may be partly substituted for the original atoms and molecules without changing the structure.

**sol·id-state** (sŏl′ĭd-stāt′) *adj.* **1.** Characteristic of or pertaining to the physical properties of solid materials, especially to the electromagnetic, thermodynamic, and structural properties of crystalline solids. **2.** Based on or consisting chiefly or exclusively of semiconducting materials, components, and related devices.

**sol·i·dus** (sŏl′ə-dəs) *n., pl.* **-di** (-dī′). **1.** An ancient Roman coin used until the fall of the Byzantine Empire. **2.** A virgule; a slash. [Middle English, from Latin, from adjective, SOLID.]

**sol·i·fid·i·an** (sŏl′ə-fĭd′ē-ən) *n.* A person who believes that faith alone is sufficient to ensure salvation. [From New Latin *solifidius* : Latin *sōlus*, alone (see **seu-**² in Appendix*) + *fidēs*, faith (see **bheidh-** in Appendix*).] —**sol′i·fid′i·an·ism′** *n.*

**so·lil·o·quize** (sə-lĭl′ə-kwīz′) *v.* **-quized, -quizing, -quizes.** —*intr.* To utter or deliver a soliloquy. —*tr.* To put into the form of a soliloquy. —**so·lil′o·quist, so·lil′o·quiz′er** *n.*

**so·lil·o·quy** (sə-lĭl′ə-kwē) *n., pl.* **-quies. 1.** A literary or dramatic form of discourse in which a character talks to himself or reveals his thoughts in the form of a monologue without addressing a listener. **2.** The act of speaking to oneself in or as in solitude. [Late Latin *sōliloquium* : Latin *sōlus*, alone (see **seu-**² in Appendix*) + *loquī*, to speak (see **tolkw-** in Appendix*).]

**So·li·mões** (sōō-lē-moiɴsh′). The upper Amazon from the Rio Negro to the Peruvian boundary.

**So·ling·en** (zō′lĭng-ən). A city of West Germany, in western North Rhine-Westphalia. Population, 173,000.

**sol·ip·sism** (sŏl′əp-sĭz′əm, sō′ləp-) *n. Philosophy.* **1.** The theory that the self is the only thing that can be known and verified. **2.** The theory or view that the self is the only reality. Compare **objectivism.** [Latin *sōlus*, alone (see **seu-**² in Appendix*) + *ipse*†, self + -ISM.] —**sol′ip·sist** *n.* —**sol′ip·sis′tic** *adj.*

**sol·i·taire** (sŏl′ə-târ′) *n.* **1.** A diamond or other gemstone set alone, as in a ring. **2.** Any of a number of card games played by one person. [French, from Old French, solitary, from Latin *sōlitārius*, SOLITARY.]

**sol·i·tar·y** (sŏl′ə-tĕr′ē) *adj.* **1.** Existing, living, or going without others; alone. **2.** Happening, done, or made alone. **3.** Remote from civilization; secluded; lonely: *a solitary retreat.* **4.** Having no companions; lonesome; lonely. **5.** Single; sole. —See Synonyms at **alone, single.** —*n., pl.* **solitaries. 1.** A person who lives alone; a recluse. **2.** *Informal.* Solitary confinement. [Middle English, from Latin *sōlitārius*, from *sōlus*, alone. See **seu-**² in Appendix.*] —**sol′i·tar′i·ly** *adv.* —**sol′i·tar′i·ness** *n.*

**solitary confinement.** The confinement of a prisoner in a cell in which he is isolated from all others.

**sol·i·tude** (sŏl′ə-tōōd′, -tyōōd′) *n.* **1.** The state of being alone or remote from others; isolation. **2.** A lonely or secluded place. [Middle English, from Old French, from Latin *sōlitūdo*, from *sōlus*, alone. See **seu-**² in Appendix.*]

***Synonyms:*** *solitude, isolation, seclusion, retirement.* These nouns denote the state of being alone or of being withdrawn or remote from society. *Solitude* implies the absence of all other persons but is otherwise not very specific. *Isolation* can refer to the condition of one person, a group, or even a unit such as a country. In every case it emphasizes total detachment from



**solfatara**
Near Naples, Italy