# THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE

# THE AMERICAN HERITAGE
# ONARY
# OF THE ENGLISH LANGUAGE

WILLIAM MORRIS, Editor

Published by

HOUGHTON MIFFLIN COMPANY / BOSTON
ATLANTA / DALLAS / GENEVA, ILLINOIS / HOPEWELL, NEW JERSEY / PALO ALTO

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the publishers' opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

© 1969, 1970, 1971, 1973, 1975, 1976, 1978 by Houghton Mifflin Company
All correspondence and inquiries should be directed to
Dictionary Division, Houghton Mifflin Company
One Beacon Street, Boston, Massachusetts 02107

All rights reserved under Bern and Pan-American Copyright Conventions

ISBN: 0-395-20360-0 (new college edition; thumb-indexed)
0-395-20359-7 (new college edition; plain edges)
0-395-24575-3 (high-school edition)
0-395-09066-0 (larger-format edition)

Library of Congress Catalog Card Number 76–86995

Manufactured in the United States of America

Computer-composed by Inforonics, Inc.
in Maynard, Massachusetts

ability. 3. A vow committing a monk to one monastery for life.

**sta·bi·lize** (stā'bə-līz') *v.* **-lized, -lizing, -lizes.** *—tr.* 1. To make stable. 2. To maintain the stability of. *—intr.* To become stable. **—sta'bi·li·za'tion** *n.*

**sta·bi·liz·er** (stā'bə-lī'zər) *n.* 1. One that stabilizes. 2. *Nautical.* A device in a ship or boat, such as a gyroscopically controlled fin, used to prevent excessive rolling. 3. *Aviation.* Any airfoil used to stabilize an aircraft in flight. 4. *Chemistry.* A substance that renders or maintains a solution, mixture, suspension, or state resistant to chemical change.

**sta·ble¹** (stā'bəl) *adj.* **-bler, -blest.** 1. a. Resistant to sudden change of position or condition. b. Maintaining equilibrium; self-restoring. 2. *Physics.* Having no known mode of decay; indefinitely long-lived. Said of atomic particles. 3. Immutable and permanent; enduring. 4. *Chemistry.* Not easily decomposed or otherwise modified chemically. 5. Consisten[illegible] dependable. [Middle English, from Old French *esta*[illegible]rom Latin *stabilis,* standing firm. See **stā-** in Appendix.*] —[illegible]ble·ness *n.* **—sta'bly** *adv.*

**sta·ble²** (stā'bəl) *n.* 1. A building for the shelter and fe[illegible]f domestic animals, especially horses and cattle. 2. The ani[illegible]ls lodged in such a building, collectively. 3. All of the racehorses belonging to a single owner or racing establishment. 4. The personnel employed to keep and train such a collection of racehorses. 5. Any group that serves under a single authority, as prize fighters or prostitutes. —See Synonyms at **flock.** *—v.* **stabled, stabling, stables.** *—tr.* To put or keep (an animal) in a stable. *—intr.* To live or be kept in a stable. [Middle English, from Old French *estable,* from Latin *stabulum,* "standing place," enclosure, stable. See **stā-** in Appendix.*]

**sta·bling** (stā'blĭng) *n.* 1. Stables collectively. 2. Accommodations in a stable for animals.

**stab·lish.** *Archaic.* Variant of **establish.**

**stac·ca·to** (stə-kä'tō) *adj.* 1. *Abbr.* **stac.** *Music.* Performed with a crisp, sharp attack to simulate rests between successive tones. Used as a direction to the performer. 2. Composed of abrupt, distinct, emphatic parts or sounds. *—n., pl.* **staccatos** or **-ti** (-tē). An abrupt, emphatic manner or sound. [Italian, past participle of *(di)staccare,* to detach, from Old French *destach(i)er.* See **detach.**] **—stac·ca'to** *adv.*



**stadium**
Ancient stadium at Delphi, Greece, built for the quadrennial Pythian games

**stack** (stăk) *n.* 1. A large, usually conical pile of straw or fodder arranged for outdoor storage. 2. Any orderly pile, especially one arranged in layers. 3. A group of three or more unslung rifles, supporting each other butt downward and forming a cone. 4. a. A chimney or flue. b. A group of chimneys. 5. A vertical exhaust pipe, as on a ship or locomotive. 6. Several rows of enclosed bookshelves; a bookcase. 7. *Plural.* The area of a library in which most of the books are shelved. 8. An English measure of coal or cut wood, equal to 108 cubic feet. 9. *Informal.* A large quantity. *—tr.v.* **stacked, stacking, stacks.** 1. To arrange in a stack; to pile. 2. To load with stacks of some material. 3. To prearrange the order of (playing cards); to cheat. **—stack up.** 1. To add up or total. 2. To measure up or equal. [Middle English *stak, sta(ke),* from Old Norse *stakkr.* See **steg-²** in Appendix.*] **—stack'er** *n.*

**stack·up** (stăk'ŭp') *n.* An arrangement of airplanes circling an airport at prescribed levels, awaiting instructions to land.
*Usage: Stackup* is acceptable on a formal level to 91 per cent of the Usage Panel.

**stac·te** (stăk'tē) *n.* A spice used by the ancient Jews in making incense. Exodus 30:34. [Latin *stactē,* from Greek *staktē,* from the feminine of *staktos,* oozing, distilling, from *stazein,* to ooze. See **stag-** in Appendix.*]

**stad·dle** (stăd'l) *n.* A foundation; especially, a platform upon which hay or straw is stacked. [Middle English *stathel,* Old English *stathol.* See **stā-** in Appendix.*]

**stad·hold·er** (stăd'hōl'dər) *n.* Also **stadt·hold·er** (stăt'-). 1. Formerly, a governor or viceroy in a province of the Netherlands. 2. The chief magistrate of the Netherlands. [Partial translation of Dutch *stadhouder,* translation of Latin *locum tenens,* "(one) holding the place (of another)," lieutenant : *stad,* place, from Middle Dutch *stad, stat* (see **stā-** in Appendix*) + *houder,* holder.]



**staircase**
Circular staircase in the Joseph Manigault House, built in 1803, Charleston, South Carolina

**sta·di·a** (stā'dē-ə) *n.* 1. A method of surveying distances with a telescopic instrument having two parallel lines used to intercept intervals on a calibrated rod, the intervals being proportional to the intervening distance. 2. The graduated rod used. Also called "stadia rod." 3. The parallel lines in the telescope. In this sense, also called "stadia hairs." [Italian, probably from Latin, plural of STADIUM (measure of length).]

**sta·di·um** (stā'dē-əm) *n., pl.* **-dia** (-dē-ə) or **-diums** (for sense 3). 1. In ancient Greece, a course on which foot races were held, usually semicircular and having tiers of seats for spectators. 2. An ancient Greek measure of distance, based on the length of such a course and equal to about 607 feet. 3. A large, often unroofed structure in which athletic events are held. 4. A stage in the progress of a disease. [Middle English, measure of distance, from Latin, from Greek *stadion,* alteration (probably influenced by the neuter of *stadios,* firm) of *spadion,* racetrack (particularly the racetrack of this length at Olympia), from *span,* to draw, pull. See **spasm.**]

**Staël** (stäl), **Madame de.** In full, Baronne Anne Louise Germaine Necker de Staël-Holstein. 1766–1817. French critic, novelist, and literary patron.

**staff¹** (stăf) *n., pl.* **staffs** (except sense 4) or **staves** (stāvz) (except sense 3). 1. A pole, rod, or stick carried for various purposes, specifically: a. A stick or cane carried as an aid in walking or climbing. b. A stick used as a weapon; a cudgel. c. A pole upon which a flag is displayed. d. A rod, baton, or the like carried as a symbol of authority. 2. A rule or similar graduated stick used for testing or measuring, as in surveying. 3. a. A group of assistants who aid an executive or other person of authority. b. A group of military or naval officers who serve a commanding officer but do not participate in combat and have no authority to command. c. The personnel who carry out a specific enterprise: *the nursing staff of a hospital.* 4. *Music.* The set of horizontal lines and their intermediate spaces upon which notes are written or printed. In this sense, also called "stave." *—tr.v.* **staffed, staffing, staffs.** To provide (an office, for example) with a staff of employees. [Middle English *staf,* Old English *stæf,* stick, rod. See **stebh-** in Appendix.*]

**staff²** (stăf) *n.* A building material that resembles stucco, composed of plaster and fiber and used as a wall covering over the skeleton of temporary buildings, as at expositions. [Probably from German *staffieren,* to dress, trim, adorn, from Middle Low German *stafferen, stofferen,* from Middle Dutch *stofferen,* from Old French *estoffer,* to STUFF.]

**staff of life.** A staple or necessary food, especially bread.

**Staf·ford** (stăf'ərd). 1. Also **Staf·ford·shire** (-shîr, -shər). A county occupying 1,153 square miles in west-central England. Population, 1,734,000. Also called "Staffs." 2. The county seat of this county. Population, 49,000.

**Staf·ford·shire terrier** (stăf'ərd-shîr). A dog of a breed developed in England, having a short, variously colored coat and widely set forelegs.

**staff sergeant.** 1. *U.S. Army.* A noncommissioned officer of the rank above a sergeant and below a sergeant first class. 2. *U.S. Air Force.* A noncommissioned officer of the rank above an airman first class and below a technical sergeant. 3. *U.S. Marine Corps.* A noncommissioned officer of the rank above a sergeant and below a gunnery sergeant.

**stag** (stăg) *n.* 1. The adult male of various deer, especially the red deer. 2. An animal, especially a pig, castrated after reaching sexual maturity. 3. A man who attends a social affair without escorting a woman. 4. A social affair for men only. *—adj.* For or attended by men only: *a stag party.* *—adv.* As a single male; alone: *go stag.* *—intr.v.* **stagged, stagging, stags.** To attend a social affair without escorting a woman. [Middle English *stag(ge),* Old English *stagga.* See **stegh-** in Appendix.*]

**stag beetle.** Any of numerous large beetles of the family Lucanidae, having long, powerful, antlerlike mandibles.

**stage** (stāj) *n.* 1. Any raised and level floor or platform. 2. A platform on a microscope on which slides to be viewed are mounted. 3. A workmen's scaffold. 4. a. The raised platform upon which theatrical performances are presented. b. Any area in which actors perform. c. The acting profession. d. Dramatic literature or performance; the theater. 5. The scene or setting of an event or series of events. 6. A resting place on a journey, especially one providing overnight accommodations. 7. The distance between stopping places on a journey; a leg of a journey. 8. A stagecoach. 9. A level or story of a building. 10. The level of the surface of a river or other fluctuating body of water in relation to some datum: *at flood stage.* 11. A level, degree, or period of time in the course of a process; a step in development. 12. *Aerospace.* One of two or more successive propulsion units of a rocket vehicle that fires after the preceding one has been jettisoned. See **multistage rocket.** 13. *Geology.* A subdivision in the classification of stratified rocks, ranking just below a series and representing rock formed during a chronological age. 14. *Electronics.* An element or group of elements in a complex arrangement of parts, especially a single tube or transistor and its accessory components in an amplifier. —See Synonyms at **phase.** *—v.* **staged, staging, stages.** *—tr.* 1. To exhibit, present, or perform on or as if on a stage: *stage a boxing match.* 2. To produce or direct (a theatrical performance). 3. To arrange and carry out: *stage an invasion.* *—intr.* To be adaptable to or suitable for theatrical presentation. [Middle English, from Old French *estage,* from Vulgar Latin *staticum* (unattested), "standing place," position, from Latin *stāre,* to stand. See **stā-** in Appendix.*]

**stage·coach** (stāj'kōch') *n.* A four-wheeled horse-drawn vehicle formerly used to transport mail, parcels, and passengers.

**stage·craft** (stāj'krăft', -kräft') *n.* The practice of or skill in theatrical techniques.

**stage·hand** (stāj'hănd') *n.* A person who works backstage in a theater.

**stage-man·age** (stāj'măn'ĭj) *tr.v.* **-aged, -aging, -ages.** 1. To serve as overall supervisor of the stage and actors for (a theatrical production). 2. To supervise (a political campaign, for example) from behind the scenes. **—stage manager.**

**stag·er** (stā'jər) *n.* One who possesses the wisdom of long experience. [Probably from Old French *estagier,* a monk long residing in an infirmary, from *estage,* infirmary, STAGE.]

**stage-struck** (stāj'strŭk') *adj.* Enthralled with the stage or with hopes of becoming an actor.

**stage whisper.** 1. The conventional whisper of an actor, intended to be heard by the audience. 2. Any whisper intended to be overheard.

**stag·y.** Variant of **stagy.**

**stag·fla·tion** (stăg-flā'shən) *n. Economics.* A condition in which a high rate of price and wage inflation is coupled with stagnant consumer demand and high unemployment. [STAG(NATION) + (IN)FLATION.] **—stag·fla'tion·ar'y** (-shə-nĕr'ē) *adj.*

**stag·ger** (stăg'ər) *v.* **-gered, -gering, -gers.** *—intr.* 1. To move or stand unsteadily, as if under a great weight; totter. 2. To lose strength or confidence; begin to yield. *—tr.* 1. To cause to totter, sway, or reel. 2. To overwhelm with emotion or surprise. 3. To place regularly on alternating sides of a midline; set





in a zigz
4. To ar
1. The a
2. A st
*stacker,*
quentati
Append
**stag·ger**
the east
**stag·ger**
gular v
confusic
nervous
horses,
often fa
**stag·hor**
ferns of
resembl
**stag·hou**
deerhou
**stag·ing**
2. a. Th
by stag
stage pl
rocket.
**Sta·gi·ra**
Macedo
eastern
ə-rīt') *a*
**stag·nar**
current;
*"As lon*
(James
sluggish
stagnan
**—stag'**
**stag·nat**
become
velop.
**St. Ag·r**
The nig
will dre
**stag·y** (
charact
**i·ly** *adv.*
**Stahl** (s
physicia
**staid** (s
manner
*"There*
Woolf).
past pa
**stain** (st
or spot.
penetra
microsc
parts w
discolo
2. A bl
tation;
that pe
ored s
[Middl
stain, fi
(unatte
Appenc
**stained**
the glas
paintin
widely
**stain·le**
sistant
**stainles**
chromi
with ex
**stair** (s
staircas
*stair(e)*
**stair·ca**
connec
**stair·w**
**stair·w**
case ha
**stake¹**
end fo
tent pe
executi
post se
*mon C*
wards
To con
**stakes.**
stakes.
suppor
[Middl
pendix
**stake²**
a wage
winner