# THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE

# THE AMERICAN HERITAGE
# ONARY
# OF THE ENGLISH LANGUAGE

WILLIAM MORRIS, Editor

Published by

HOUGHTON MIFFLIN COMPANY / BOSTON
ATLANTA / DALLAS / GENEVA, ILLINOIS / HOPEWELL, NEW JERSEY / PALO ALTO

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the publishers' opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

© 1969, 1970, 1971, 1973, 1975, 1976, 1978 by Houghton Mifflin Company
All correspondence and inquiries should be directed to
Dictionary Division, Houghton Mifflin Company
One Beacon Street, Boston, Massachusetts 02107

All rights reserved under Bern and Pan-American Copyright Conventions

ISBN: 0-395-20360-0 (new college edition; thumb-indexed)
0-395-20359-7 (new college edition; plain edges)
0-395-24575-3 (high-school edition)
0-395-09066-0 (larger-format edition)

Library of Congress Catalog Card Number 76–86995

Manufactured in the United States of America

Computer-composed by Inforonics, Inc.
in Maynard, Massachusetts

**sup·pli·cant** (sŭp′lĭ-kənt) *n.* One who entreats or supplicates; a suppliant. —*adj.* Supplicating.

**sup·pli·cate** (sŭp′lĭ-kāt′) *v.* **-cated, -cating, -cates.** —*tr.* **1.** To ask for humbly or earnestly, as by praying. **2.** To make a humble entreaty to; beseech. —*intr.* To make a humble and earnest petition; beg. [Middle English *supplicaten,* from Latin *supplicāre,* to kneel down, beg humbly : *sub-,* down, underneath + *plicāre,* to fold up (see **plek-** in Appendix*).] —**sup′pli·ca′tion** *n.* —**sup′pli·ca·to′ry** (-kə-tôr′ē, -tōr′ē) *adj.*

**sup·ply** (sə-plī′) *v.* **-plied, -plying, -plies.** —*tr.* **1.** To make (something needed, desired, or lacking) available for use; provide. **2.** To furnish or equip with what is needed or lacking. **3.** To fill sufficiently; satisfy: *supply a need.* **4.** To make up for (a deficiency, for example); compensate for. **5.** To serve temporarily in (the position or office of another); occupy as a substitute. —*intr.* To fill a position as a substitute. —*n., pl.* **supplies.** *Abbr.* **sup. 1.** The act of supplying. **2.** Something that is or can be supplied. **3.** An amount available or sufficient for a given use; store; stock. **4.** *Usually plural.* Materials or provisions stored and dispensed when needed. **5.** *Economics.* The amount of a commodity available for meeting a demand or for purchase at a given price. **6.** A clergyman serving as a substitute or temporary pastor. [Middle English *suppl(y)en,* from Old French *so(u)pleer, soup(p)leier,* from Latin *supplēre,* to fill up, complete : *sub-,* from below, up + *plēre,* to fill (see **pel-⁵** in Appendix*).] —**sup·pli′er** *n.*

**sup·port** (sə-pôrt′, -pōrt′) *tr.v.* **-ported, -porting, -ports. 1.** To bear the weight of, especially from below. **2.** To hold in position; prevent from falling, sinking, or slipping. **3.** To be capable of bearing; withstand. **4.** To keep (one's spirits, for example) from failing during stress; lend strength to. **5.** To provide for or maintain by supplying with money or other necessities. **6.** To furnish evidence for; corroborate or substantiate. **7.** To aid the cause of by approving, favoring, or advocating. **8.** To endure; tolerate. **9. a.** To act (a part or role). **b.** To act in a secondary or subordinate role to (a leading actor). —*n.* **1. a.** The act of supporting. **b.** The state of being supported. **2.** Someone or something that supports. **3.** Maintenance or subsistence. —See Synonyms at **livelihood.** [Middle English *supporten,* from Old French *supporter,* from Latin *supportāre,* to carry, convey : *sub-,* up, toward + *portāre,* to carry (see **per-²** in Appendix*).]

***Synonyms:*** *support, uphold, sustain, maintain, advocate, champion.* These verbs are compared in the sense of giving aid, encouragement, or the like to a person or cause. *Support* refers nonspecifically to any such aid. *Uphold* often implies aid to someone or something faced with strong opposition or a challenge. *Sustain* and *maintain* can refer to material or financial aid or support. In this comparison, however, *sustain* more often suggests keeping up a person's spirits in time of stress, whereas *maintain* applies to the defense of personal rights or a position or cause. *Advocate* implies verbal support, usually in the sense of pleading or arguing. *Champion* suggests aid in the form of defense of what is under attack or protection of what is unable to act in its own behalf.

**sup·port·a·ble** (sə-pôr′tə-bəl, sə-pōr′-) *adj.* Bearable; endurable. —**sup·port′a·bly** *adv.*

**sup·port·er** (sə-pôr′tər, sə-pōr′-) *n.* **1.** A person or thing that supports. **2.** One who promotes or advocates; a partisan; an adherent. **3.** A support or binding for some part of the body; especially, a jockstrap.

**sup·por·tive** (sə-pôr′tĭv, sə-pōr′-) *adj.* Furnishing support or assistance.

**sup·pos·a·ble** (sə-pō′zə-bəl) *adj.* That can be supposed or conjectured. —**sup·pos′a·bly** *adv.*

**sup·pose** (sə-pōz′) *v.* **-posed, -posing, -poses.** —*tr.* **1.** To assume (something) to be true or real for the sake of an argument or explanation. **2.** To believe, especially on uncertain or tentative grounds; be inclined to think. **3.** To imply as an antecedent condition; presuppose. **4.** To consider as a suggestion: *Suppose we dine together.* **5.** To expect or require. Used in the passive: *He is supposed to go to the store.* —*intr.* To make an assumption; to conjecture. —See Synonyms at **presume.** [Middle English *supposen,* to believe, assume, from Old French *supposer,* from Latin *suppōnere* (past participle *suppositus*), to put under, substitute, forge : *sub-,* under + *pōnere,* to place (see **apo** in Appendix*).]

**sup·posed** (sə-pōzd′, -pō′zĭd) *adj.* Presumed to be true, real, or genuine, especially on dubious grounds. —**sup·pos′ed·ly** (-pō′zĭd-lē) *adv.*

**sup·po·si·tion** (sŭp′ə-zĭsh′ən) *n.* **1.** The act of supposing. **2.** An unproven statement or assumption, especially one tentatively accepted. —**sup′po·si′tion·al** *adj.* —**sup′po·si′tion·al·ly** *adv.*

**sup·pos·i·ti·tious** (sə-pŏz′ə-tĭsh′əs) *adj.* **1.** Substituted with fraudulent intent; spurious; counterfeit. **2.** Hypothetical; supposed. —See Synonyms at **artificial.** [Latin *suppositīcius,* substituted, from *suppōnere* (past participle *suppositus*), to place under, substitute, SUPPOSE.] —**sup·pos′i·ti′tious·ly** *adv.* —**sup·pos′i·ti′tious·ness** *n.*

**sup·pos·i·tive** (sə-pŏz′ə-tĭv) *adj.* Of the nature of, including, or involving supposition. —*n. Grammar.* A conjunction introducing a supposition, such as *if* or *providing.* —**sup·pos′i·tive·ly** *adv.*

**sup·pos·i·to·ry** (sə-pŏz′ə-tôr′ē, -tōr′ē) *n., pl.* **-ries.** A solid medication designed to melt within a body cavity other than the mouth. [Medieval Latin *suppositōrium,* "something placed underneath," from Latin *suppositōrius,* "placed under," from Latin *suppōnere,* to place under, SUPPOSE.]

**sup·press** (sə-prĕs′) *tr.v.* **-pressed, -pressing, -presses. 1.** To put an end to forcibly; subdue; crush. **2.** To curtail or prohibit the activities of (a political party, for example). **3.** To keep from being revealed, published, or circulated; withhold from the public. **4.** To hold back (an impulse, for example); to check. **5.** To reduce the incidence or severity of (a hemorrhage, for example); arrest. [Middle English *suppressen,* from Latin *supprimere* (past participle *suppressus*), to press down : *sub-,* down + *premere,* to press (see **per-⁵** in Appendix*).] —**sup·press′er, sup·pres′sor** (-sər) *n.* —**sup·press′i·ble** *adj.*

***Synonyms:*** *suppress, stifle.* These verbs refer to the exercise of power or control that either brings about extinction or severely limits force or function. *Suppress* implies crushing or restricting drastically in effectiveness. *Stifle* can refer to physical attack on a person but more often applies to restraining or smothering, as emotions, coughs, or cries.

**sup·pres·sion** (sə-prĕsh′ən) *n.* **1.** The act of suppressing. **2.** The state of being suppressed. **3.** *Psychoanalysis.* The conscious exclusion of painful desires or thoughts from awareness.

**sup·pres·sive** (sə-prĕs′ĭv) *adj.* Tending to suppress; subduing.

**sup·pu·rate** (sŭp′yə-rāt′) *intr.v.* **-rated, -rating, -rates.** To form pus, as a wound; fester or maturate. [Latin *suppūrāre* : *sub-,* under + *pūs* (stem *pūr-*), pus (see **pu-²** in Appendix*).]

**sup·pu·ra·tion** (sŭp′yə-rā′shən) *n.* **1.** The formation or discharge of pus. Also called "maturation." **2.** Pus.

**supr.** supreme.

**supra-.** Indicates: **1.** Above or over; for example, **suprarenal. 2.** Greater than; for example, **supramolecular. 3.** Preceding; for example, **supralapsarian.** [Latin, from *suprā,* above, beyond, earlier. See **uper** in Appendix.*]

**su·pra·glot·tal** (sōō′prə-glŏt′l) *adj.* **1.** Above or anterior to the glottis. **2.** *Linguistics.* Designating a phone or phoneme produced by the speech organs anterior to the glottis.

**su·pra·lap·sar·i·an** (sōō′prə-lăp-săr′ē-ən) *n.* Any of the Calvinists who believe that God's determination of the elect preceded the fall of man from grace and that the fall itself had been predestined. [From SUPRA- + Latin *lapsus,* fall, from the past participle of *lābī,* to slide (see **leb-¹** in Appendix*).] —**su′pra·lap·sar′i·an** *adj.* —**su′pra·lap·sar′i·an·ism′** *n.*

**su·pra·lim·i·nal** (sōō′prə-lĭm′ə-nəl) *adj.* Above the threshold of consciousness or of sensation.

**su·pra·mo·lec·u·lar** (sōō′prə-mə-lĕk′yə-lər) *adj.* **1.** Consisting of more than one molecule. **2.** Of greater complexity than a molecule.

**su·pra·or·bi·tal** (sōō′prə-ôr′bĭ-təl) *adj.* Located above the orbit of the eye.

**su·pra·re·nal** (sōō′prə-rē′nəl) *adj.* Located on or above the kidney. —*n.* A suprarenal gland. [New Latin *suprarenalis* : SUPRA- + Latin *rēnēs,* the kidneys (see **renal**).]

**suprarenal gland.** An **adrenal gland** *(see).*

**su·prem·a·cist** (sə-prĕm′ə-sĭst) *n.* One who believes that a certain group is or should be supreme: *a male supremacist.*

**su·prem·a·cy** (sə-prĕm′ə-sē) *n., pl.* **-cies. 1.** The condition or quality of being supreme. **2.** Supreme power or authority.

**su·preme** (sə-prēm′) *adj. Abbr.* **supr. 1.** Greatest in power, authority, or rank; paramount; dominant. **2.** Greatest in importance, degree, significance, character, or achievement; utmost; extreme. **3.** Ultimate; final. [Latin *suprēmus,* superlative of *superus,* situated above, upper, from *super,* above. See **uper** in Appendix.*] —**su·preme′ly** *adv.* —**su·preme′ness** *n.*

**Supreme Court.** *Abbr.* **S.C. 1.** The highest Federal court in the United States, consisting of nine justices and having jurisdiction over all other courts in the nation. **2.** The highest court in a state within the United States.

**Supreme Soviet.** The legislature of the Soviet Union, consisting of two equal houses, the *Soviet of the Union,* whose members are elected on the basis of population, and the *Soviet of the Nationalities,* whose members are elected by the various national groups and which assures legislative voice to even the smallest national representation.

**supt., Supt.** superintendent.

**Su·qua·mish** (sə-kwä′mĭsh) *n., pl.* **Suquamish** or **-mishes.** Also **Squa·mish** (skwä′-). **1.** A Salish-speaking tribe of North American Indians of the northwestern Pacific coast, west of Puget Sound. **2.** A member of this tribe. **3.** The language of this tribe.

**sur-.** Indicates: **1.** Over, beyond, or above; for example, **surtax. 2.** Excessively; extremely; for example, **surbased.** [Middle English, from Old French *s(o)ur-,* from Latin *super-,* from *super,* above, over. See **uper** in Appendix.*]

**sur. 1.** surface. **2.** surplus.

**Sur.** Surrey.

**su·ra** (sŏŏr′ə) *n.* One of the chapters or sections of the Koran. [Arabic *sūrah,* "a step," from Hebrew *shūrāh,* row, line.]

**Su·ra** (sōō-rä′). A river of the Soviet Union, rising in the southwestern Russian S.F.S.R. and flowing 537 miles north to the Volga east of Gorkiy.

**Su·ra·ba·ya** (sŏŏr′ə-bī′ə). Also **Su·ra·ba·ja.** *Dutch* **Soe·ra·ba·ja** (sŏŏr′ä-bä′yä). A seaport and industrial and commercial center of Indonesia, in northeastern Java. Population, 1,008,000.

**su·rah** (sŏŏr′ə) *n.* A soft twilled fabric of silk or of a blend of silk and rayon. [French *surat,* originally made at SURAT.]

**Su·ra·kar·ta** (sŏŏr′ə-kär′tə). *Dutch* **Soe·ra·kar·ta** (-ä-kär′tä). A city of Java, Indonesia, in the south-central part of the island on the Solo River. Also called "Solo." Population, 368,000.

**su·ral** (sŏŏr′əl) *adj.* Of or relating to the calf of the leg. [New Latin *suralis,* from Latin *sūra*†, calf of the leg.]

**Su·rat** (sŏŏr′ət, sə-rät′). A seaport of the Republic of India, in southeastern Gujarat, 150 miles north of Bombay; site of the first British settlement in India (1612). Population, 288,000.