# THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE

# THE AMERICAN HERITAGE ONARY OF THE ENGLISH LANGUAGE

WILLIAM MORRIS, Editor

Published by

HOUGHTON MIFFLIN COMPANY / BOSTON
ATLANTA / DALLAS / GENEVA, ILLINOIS / HOPEWELL, NEW JERSEY / PALO ALTO

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the publishers' opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

© 1969, 1970, 1971, 1973, 1975, 1976, 1978 by Houghton Mifflin Company
All correspondence and inquiries should be directed to
Dictionary Division, Houghton Mifflin Company
One Beacon Street, Boston, Massachusetts 02107

All rights reserved under Bern and Pan-American Copyright Conventions

ISBN: 0-395-20360-0 (new college edition; thumb-indexed)
0-395-20359-7 (new college edition; plain edges)
0-395-24575-3 (high-school edition)
0-395-09066-0 (larger-format edition)

Library of Congress Catalog Card Number 76–86995

Manufactured in the United States of America

Computer-composed by Inforonics, Inc.
in Maynard, Massachusetts

Case 1:05-cv-01073-TCW Document 44-8 Filed 11/29/2006 Page 4 of 4



**dispenser**
Paper-cup dispenser




**disposal**
Electric garbage disposal for a sink drain

minister (laws, for example). **4.** To exempt or release, as from a duty or religious obligation. —*intr.* To grant dispensation or exemption. —**dispense with. 1.** To manage without; forgo. **2.** To dispose of. —See Synonyms at **distribute.** [Middle English *dispensen,* from Medieval Latin *dispensāre,* to grant dispensation to, exempt, condone, from Latin, to pay out, distribute, frequentative of *dispendere,* to weigh out : *dis-,* away + *pendere,* to weigh (see **spen-** in Appendix*).]

**dis·pens·er** (dĭs-pĕn′sər) *n.* One that dispenses or gives out: *a paper-cup dispenser.*

**dis·per·sal** (dĭs-pûr′səl) *n.* The act or process of dispersing or the condition of being dispersed; distribution.

**dis·perse** (dĭs-pûrs′) *v.* **-persed, -persing, -perses.** —*tr.* **1.** To scatter in various directions; distribute widely. **2.** To cause to vanish or disappear; dispel. **3.** To disseminate (knowledge, for example). **4.** To separate (light) into spectral rays. —*intr.* To move or scatter in different directions. —See Synonyms at **scatter.** [Middle English *dispersen,* from Old French *disperser,* from Latin *dispergere* (past participle *dispersus*), to scatter on all sides : *dis-,* in different directions + *spargere,* to strew, scatter (see **sphereg-** in Appendix*).] —**dis·pers′ed·ly** (-pûr′sĭd-lē) *adv.* —**dis·pers′er** *n.* —**dis·pers′i·ble** *adj.*

**disperse system.** Any continuous medium containing dispersed entities of any size or state.

**dis·per·sion** (dĭs-pûr′zhən, -shən) *n.* **1. a.** The act or process of dispersing. **b.** The state of being dispersed. **2.** *Statistics.* The degree of scatter of data, usually about some mean or median value. **3.** *Physics.* **a.** The separation of a complex wave into component parts according to some characteristic, such as frequency or wavelength. **b.** The separation of visible light into its color components by refraction or diffraction. **4.** *Chemistry.* A suspension, such as smog or homogenized milk, of solid, liquid, or gaseous particles, of colloidal size or larger, in a liquid, solid, or gaseous medium.

**dis·per·sive** (dĭs-pûr′sĭv, -zĭv) *adj.* **1.** Tending to become dispersed. **2.** Tending to produce dispersion.

**dis·pir·it** (dĭs-pĭr′ĭt) *tr.v.* **-ited, -iting, -its.** To lower in spirit; dishearten. [DI(S)- (negative) + SPIRIT.]

**dis·pir·it·ed** (dĭs-pĭr′ĭ-tĭd) *adj.* Characterized by low spirits; dejected. —**dis·pir′it·ed·ly** *adv.*

**dis·place** (dĭs-plās′) *tr.v.* **-placed, -placing, -places. 1.** To change the place or position of. **2.** To take the place of; supplant. **3.** To discharge from an office or position. **4.** To cause a displacement of (a body, for example). —See Synonyms at **replace.** —**dis·place′a·ble** *adj.* —**dis·plac′er** *n.*

**displaced person.** *Abbr.* **DP, D.P.** A person living in a foreign country who has been driven from his homeland by war.

**dis·place·ment** (dĭs-plās′mənt) *n.* **1. a.** The act of displacing. **b.** The condition of being displaced. **2.** *Chemistry.* A reaction in which one kind of atom, molecule, or radical is removed from combination and replaced by another. **3.** *Physics.* **a.** The weight or volume of a fluid displaced by a floating body, used especially as a measurement of the weight or bulk of ships. **b.** A vector, or the magnitude of a vector, from the initial position to a subsequent position assumed by a body. **4.** *Psychoanalysis.* The shifting of an emotional affect, as of anger, from an appropriate to an inappropriate object.

**displacement ton.** *Nautical.* A unit for measuring the displacement of a ship afloat, equivalent to one long ton or about 35 cubic feet of salt water.

**dis·play** (dĭs-plā′) *tr.v.* **-played, -playing, -plays. 1.** To hold up to view; make visible; expose; exhibit. **2.** To make manifest or noticeable; show evidence of. **3.** To exhibit ostentatiously or prominently; show off; parade; flaunt. **4.** To spread out; unfurl. **5.** *Printing.* To give prominence to (printed letters or words, for example), as by using large type. —See Synonyms at **show.** —*n.* **1.** The act of displaying; exhibition. **2.** Anything that is exhibited or displayed. **3.** A vulgar ostentation: *She made quite a display of herself.* **4.** *Printing.* **a.** An arrangement or style of type designed to give prominence to printed matter. **b.** Printed matter that is set off prominently. **5.** Designating an advertisement designed to catch the eye, as distinguished from a classified advertisement. [Middle English *displayen,* to unfold, unfurl, exhibit, from Norman French *despleier,* from Medieval Latin *displicāre,* from Latin, to scatter : *dis-* (reversal) + *plicāre,* to fold (see **plek-** in Appendix*).]

**dis·please** (dĭs-plēz′) *v.* **-pleased, -pleasing, -pleases.** —*tr.* To cause annoyance or vexation to; offend. —*intr.* To cause annoyance or displeasure. [Middle English *displesen,* from Old French *desplaisir,* from Vulgar Latin *displacēre* (unattested), variant of Latin *displicēre* : *dis-* (reversal) + *placēre,* PLEASE.] —**dis·pleas′ing·ly** *adv.*

**dis·pleas·ure** (dĭs-plĕzh′ər) *n.* **1.** The condition or fact of being displeased or dissatisfied; annoyance; anger. **2.** *Archaic.* Discomfort; uneasiness. **3.** *Archaic.* An annoying or injurious offense. —*tr.v.* **displeasured, -uring, -ures.** *Archaic.* To displease.

**dis·plode** (dĭs-plōd′) *v.* **-ploded, -ploding, -plodes.** *Archaic.* —*tr.* To explode (something). —*intr.* To explode. [Latin *displōdere,* to spread out, burst asunder : *dis-,* apart + *plaudere,* to beat, strike (see **explode**).]

**dis·port** (dĭs-pôrt′, -pōrt′) *v.* **-ported, -porting, -ports.** —*intr.* To play; to sport. —*tr.* To occupy (oneself) with diversion or amusement. —*n.* Diversion; play; sport. [Middle English *disporten,* from Old French *desporter,* "to carry away," divert : *des-,* from Latin *dis-,* apart + *porter,* to carry, PORT.]

**dis·pos·a·ble** (dĭs-pō′zə-bəl) *adj.* **1.** Designed to be disposed of after use. **2.** Subject to use; available. —**dis·pos′a·bil′i·ty** *n.*

**dis·pos·al** (dĭs-pō′zəl) *n.* **1.** A particular order, distribution, or placement: *a pleasing disposal of window trimming.* **2.** A particular method of attending to or settling matters. **3.** The transference of something by gift or sale. **4.** A throwing out or away. **5.** An apparatus or device for disposing of something, as garbage. **6.** The liberty or power to dispose of or use someone or something: *funds at our disposal.*

**dis·pose** (dĭs-pōz′) *v.* **-posed, -posing, -poses.** —*tr.* **1.** To place or set in a particular order; arrange. **2.** To put (business affairs, for example) into correct, definitive, or conclusive form. **3.** To make willing or receptive for; to incline: *"I'm a cheerful sort of man and very disposed to laughter."* (P.L. Travers). —*intr.* To settle or decide a matter. —**dispose of. 1.** To attend to; arrange; settle. **2.** To transfer or part with, as by giving or selling. **3.** To get rid of; throw out or away. **4.** To eat or drink (food). —*n. Obsolete.* **1.** Disposal. **2.** Disposition; demeanor. [Middle English *disposen,* from Old French *disposer,* reshaped (after *poser,* to POSE), from Latin *dispōnere,* to place here and there, arrange : *dis-,* in different directions + *pōnere,* to put (see **apo-** in Appendix*).] —**dis·pos′er** *n.*

**dis·po·si·tion** (dĭs′pə-zĭsh′ən) *n.* **1.** One's customary manner of emotional response; temperament: *"She had a lively, playful disposition, which delighted in anything ridiculous."* (Jane Austen). **2.** A tendency or inclination, especially when habitual: *"A disposition to the drink and aversion to humdrum toil was no novelty in early Kenya."* (Robert Ruark). **3. a.** The act or manner of disposing. **b.** The condition or fact of being disposed. **4.** The power or liberty to control, direct, or dispose: *"some bishops interpreted canon law as giving them disposition of the parish tithes"* (Marshall W. Baldwin).

***Synonyms:*** *disposition, temperament, character, personality, nature.* These nouns refer to the sum of traits that identify a person. *Disposition* is approximately equivalent to habitual frame of mind. *Temperament* applies broadly to the sum of one's emotional characteristics. *Character* emphasizes moral and ethical qualities. *Personality* is the sum of distinctive traits or characteristics of a person that give him individuality, especially in his relationships with other persons. *Nature* suggests those inherent qualities that determine characteristic behavior or emotional response in people.

**dis·pos·sess** (dĭs′pə-zĕs′) *tr.v.* **-sessed, -sessing, -sesses.** To deprive (someone) of the possession of something, such as real property. —**dis′pos·ses′sion** *n.* —**dis′pos·ses′sor** (-zĕs′ər) *n.* —**dis′pos·ses′so·ry** (-zĕs′ə-rē) *adj.*

**dis·po·sure** (dĭs-pō′zhər) *n. Rare.* Disposal.

**dis·praise** (dĭs-prāz′) *tr.v.* **-praised, -praising, -praises.** To express disapproval of; disparage; censure. —*n.* Reproach; censure. [Middle English *dispreisen,* from Old French *despreiser,* from Vulgar Latin *dispretiāre* (unattested), variant of Latin *dēpretiāre,* DEPRECIATE.] —**dis·prais′er** *n.* —**dis·prais′ing·ly** *adv.*

**dis·prize** (dĭs-prīz′) *tr.v.* **-prized, -prizing, -prizes.** *Archaic.* To hold or regard in low esteem; to disdain. [Middle English *disprisen, dispreisen,* DISPRAISE.]

**dis·proof** (dĭs-pro͞of′) *n.* **1.** The act of disproving or refuting. **2.** Evidence that disproves or refutes.

**dis·pro·por·tion** (dĭs′prə-pôr′shən, -pōr′shən) *n.* **1.** The absence of due proportion; disparity. **2.** An instance of a disproportionate relation, as in size. —*tr.v.* **disproportioned, -tioning, -tions.** To make disproportionate.

**dis·pro·por·tion·al** (dĭs′prə-pôr′shən-əl, -pōr′shən-əl) *adj.* Disproportionate. —**dis′pro·por′tion·al·ly** *adv.*

**dis·pro·por·tion·ate** (dĭs′prə-pôr′shən-ĭt, -pōr′shən-ĭt) *adj.* Not proportionate; out of proportion, as in relative size, shape, or amount. —**dis′pro·por′tion·ate·ly** *adv.* —**dis′pro·por′tion·ate·ness** *n.*

**dis·prove** (dĭs-pro͞ov′) *tr.v.* **-proved, -proving, -proves.** To prove to be false, invalid, or in error; refute. [Middle English *dispreven, disproven,* from Old French *desprover* : *des-,* from Latin *dis-* (reversal) + *prover,* PROVE.] —**dis·prov′a·ble** *adj.* —**dis·prov′al** *n.*

**dis·put·a·ble** (dĭs-pyo͞o′tə-bəl, dĭs′pyo͞o-) *adj.* Capable of being disputed; debatable. —**dis·put′a·bil′i·ty** *n.* —**dis·put′a·bly** *adv.*

**dis·pu·tant** (dĭs-pyo͞o′tənt, dĭs′pyo͞o-tənt) *adj.* Engaged in argument or dispute. —*n.* A person who disputes; debater.

**dis·pu·ta·tion** (dĭs′pyo͞o-tā′shən) *n.* **1.** The act of disputing; a debate. **2.** An academic exercise consisting of a formal debate or an oral defense of a thesis.

**dis·pu·ta·tious** (dĭs′pyo͞o-tā′shəs) *adj.* Inclined to dispute; contentious. —**dis′pu·ta′tious·ly** *adv.* —**dis′pu·ta′tious·ness** *n.*

**dis·pute** (dĭs-pyo͞ot′) *v.* **-puted, -puting, -putes.** —*tr.* **1.** To argue about; to debate. **2.** To question the truth or validity of; to doubt. **3.** To strive to win (a prize, for example); contest for. **4.** To strive against; oppose; resist. —*intr.* **1.** To argue; discuss; to debate. **2.** To quarrel vehemently. —See Synonyms at **discuss.** —*n.* **1.** A verbal controversy; an argument; a debate. **2.** A quarrel. —See Synonyms at **argument.** [Middle English *disputen,* from Old French *desputer,* from Late Latin *disputāre,* from Latin, to reckon, discuss : *dis-,* separately + *putāre,* to clean, prune, settle an account, hence to reckon, think (see **peue-**[2] in Appendix*).] —**dis·put′er** *n.*

**dis·qual·i·fi·ca·tion** (dĭs-kwŏl′ə-fĭ-kā′shən) *n.* **1.** The act of disqualifying, or the condition of being disqualified. **2.** Something that disqualifies.

**dis·qual·i·fy** (dĭs-kwŏl′ə-fī′) *tr.v.* **-fied, -fying, -fies. 1.** To render unfit or unqualified; disable. **2.** To declare ineligible or unqualified. **3.** To deprive of legal rights, powers, or privileges.

**dis·qui·et** (dĭs-kwī′ĭt) *tr.v.* **-eted, -eting, -ets.** To deprive of peace or rest; to trouble. —*n.* The absence of mental peace or rest; restlessness; anxiety. —*adj. Rare.* Uneasy; restless. —**dis·qui′et·ing·ly** *adv.* —**dis·qui′et·ly** *adv.* —**dis·qui′et·ness** *n.*