# THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE

# THE AMERICAN HERITAGE
# ONARY
# OF THE ENGLISH LANGUAGE

WILLIAM MORRIS, Editor

Published by

HOUGHTON MIFFLIN COMPANY / BOSTON
ATLANTA / DALLAS / GENEVA, ILLINOIS / HOPEWELL, NEW JERSEY / PALO ALTO

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the publishers' opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

© 1969, 1970, 1971, 1973, 1975, 1976, 1978 by Houghton Mifflin Company
All correspondence and inquiries should be directed to
Dictionary Division, Houghton Mifflin Company
One Beacon Street, Boston, Massachusetts 02107

All rights reserved under Bern and Pan-American Copyright Conventions

ISBN: 0-395-20360-0 (new college edition; thumb-indexed)
0-395-20359-7 (new college edition; plain edges)
0-395-24575-3 (high-school edition)
0-395-09066-0 (larger-format edition)

Library of Congress Catalog Card Number 76–86995

Manufactured in the United States of America

Computer-composed by Inforonics, Inc.
in Maynard, Massachusetts

film; transparent; gauzy. 2. Covered by or as if by a film; blurred; hazy. —**film'i·ly** *adv.* —**film'i·ness** *n.*

**fil·o·plume** (fĭl'ə-plōōm', fī'lə-) *n.* A hairlike feather having few or no barbs. [Latin *filum,* thread (see **gwhī-** in Appendix*) + PLUME.]

**fi·lose** (fī'lōs') *adj.* 1. Threadlike. 2. Having or ending in a threadlike part. [From Latin *filum,* thread. See **gwhī-** in Appendix.*]

**fils** (fēs). *French.* Son. Used with a surname as the equivalent of "Junior": *a novel by Dumas fils.*

**fil·ter** (fĭl'tər) *n.* 1. Any porous substance through which a liquid or gas is passed in order to remove constituents such as suspended matter. 2. A device containing or consisting of such a substance so used. 3. Any of various electric, electronic, acoustic, or optical devices used to reject signals, vibrations, or radiations of certain frequencies while passing others. —*v.* **filtered, -tering, -ters.** —*tr.* 1. To pass (a liquid or gas) through a filter. 2. To remove by passing through a filter. —*intr.* 1. To pass through or as if through a filter: *"The chapel was flooded by the dull scarlet of light that filtered through the lower blinds"* (Joyce). 2. To infiltrate. [Middle English *filtre,* a piece of felt (used to strain liquid), from Old French, from Medieval Latin *filtrum,* from Frankish *filtir* (unattested). See **pel-⁶** in Appendix.*] —**fil'ter·er** *n.*

**fil·ter·a·ble** (fĭl'tər-ə-bəl, fĭl'trə-) *adj.* Also **fil·tra·ble.** 1. Capable of being filtered; especially, capable of being removed by filtering. 2. Sufficiently minute to pass through a fine filter, thereby maintaining the infectivity of the filtrate. Said of certain viruses and some bacteria. —**fil'ter·a·bil'i·ty** *n.*

**filterable virus.** A virus sufficiently small to pass through a very fine filter, thereby maintaining the infectivity of the filtrate.

**filter bed.** A layer of sand or gravel on the bottom of a reservoir or tank used to filter water or sewage.

**filter paper.** Porous paper suitable for use as a filter.

**filth** (fĭlth) *n.* 1. a. Foul or dirty matter. b. Refuse. 2. A dirty or corrupt condition; foulness. 3. Material or language considered obscene, prurient, or immoral. [Middle English *filth, fulth,* Old English *fȳlth,* putrid matter. See **pu-²** in Appendix.*]

**filth·y** (fĭl'thē) *adj.* **-ier, -iest.** 1. Heavily soiled; very dirty. 2. Obscene; scatological. 3. Highly objectionable; vile; nasty. —See Synonyms at **dirty.** —**filth'i·ly** *adv.* —**filth'i·ness** *n.*

**fil·trate** (fĭl'trāt') *v.* **-trated, -trating, -trates.** —*tr.* To put through a filter. —*intr.* To go through a filter. —*n.* The portion of the material subjected to filtration that passes through the filter. [Medieval Latin *filtrāre,* from *filtrum,* FILTER.]

**fil·tra·tion** (fĭl-trā'shən) *n.* The act or process of filtering.

**fi·lum** (fī'ləm) *n., pl.* **-la** (-lə). Any threadlike anatomical structure; a filament. [Latin *filum,* thread. See **gwhī-** in Appendix.*]

**fim·bri·a** (fĭm'brē-ə) *n., pl.* **-briae** (-brē-ē'). A fringelike part or structure, as at the opening of an oviduct in mammals. [Late Latin, fiber, fringe, from Latin *fimbriae*†, fibers, threads. See also **fringe.**]


**fimbriate**
Fimbriate petals of a fringed orchis

**fim·bri·ate** (fĭm'brē-ĭt, -āt') *adj.* Also **fim·bri·at·ed** (-ā'tĭd). Fringed, as the edge of a petal or the opening of a duct. [Late Latin *fimbriātus,* fringed, from FIMBRIA.]

**fin¹** (fĭn) *n.* 1. A membranous appendage extending from the body of a fish or other aquatic animal, used for locomotion, steering, or maintaining balance. 2. Something resembling a fin in shape or function. 3. *Aviation.* A fixed or movable vane or airfoil used to stabilize an aircraft or missile in flight. 4. An appendage on a boat, such as a submarine; especially, a **fin keel** *(see).* 5. A projecting vane used for cooling, as on a radiator or engine cylinder. 6. An ornamental projection, as on the rear fender of an automobile. —*v.* **finned, finning, fins.** —*tr.* 1. To equip with fins. 2. To cut the fins from. —*intr.* To emerge with the fins above water. [Middle English *finne,* Old English *finn,* akin to Middle Low German *finne*†.]

**fin²** (fĭn) *n. Slang.* A five-dollar bill. [Yiddish *finf,* five, from Middle High German *vimf,* from Old High German *funf, finf.* See **penkwe** in Appendix.*]

**fin.** 1. finance; financial. 2. finish.

**Fin.** Finland; Finnish.

**fin·a·ble** (fī'nə-bəl) *adj.* Also **fine·a·ble.** Liable to a fine or fines.

**fi·na·gle** (fĭ-nā'gəl) *v.* **-gled, -gling, -gles.** Also **fe·na·gle.** *Informal.* —*tr.* 1. To achieve by dubious or crafty methods; wangle. 2. To trick or delude; deceive craftily. —*intr.* To use crafty, deceitful methods. [Origin obscure.] —**fi·na'gler** *n.*

**fi·nal** (fī'nəl) *adj.* 1. Forming or occurring at the end; concluding; last. 2. Pertaining to or constituting the end result of a process or procedure; ultimate: *the final purpose.* 3. Decisive; conclusive; unalterable: *The judges' decision is final.* —See Synonyms at **last.** —*n.* Something that comes at or forms the end, especially: a. The last or one of the last of a series of athletic contests. b. The last examination of an academic course. [Middle English, from Old French, from Latin *fīnālis,* from *finis*†, end.]


**fin keel**

**fi·na·le** (fĭ-năl'ē, -nä'lē) *n.* The concluding part of an entertainment or work, especially a musical composition. [Italian, "final," from Latin *fīnālis,* FINAL.]

**fi·nal·ist** (fī'nəl-ĭst) *n.* A contestant in the final session of a competition.

**fi·nal·i·ty** (fī-năl'ə-tē, fĭ-) *n., pl.* **-ties.** 1. The condition or fact of being final; conclusiveness. 2. A final, conclusive, or decisive act or utterance.

**fi·nal·ize** (fī'nə-līz') *tr.v.* **-ized, -izing, -izes.** To put into final form; to complete.

***Usage:*** *Finalize* is closely associated with the language of bureaucracy, in the minds of many careful writers and speakers, and is consequently avoided by them. The example *finalize plans for a class reunion* is termed unacceptable by 90 per cent of the Usage Panel. In most such examples a preferable choice is possible from among *complete, conclude, make final,* and *put in final form.*

**fi·nal·ly** (fī'nə-lē) *adv.* 1. At the final point; at the end; last. 2. Decisively; irrevocably. 3. After a considerable delay; eventually; at last.

**fi·nance** (fĭ-năns', fī'năns', fī'năns') *n.* 1. *Abbr.* **fin.** a. The science of the management of money and other assets. b. The disposition of public revenues by a government. 2. *Plural.* Monetary resources; funds, especially of a government or corporate body. —*v.* **financed, -nancing, -nances.** —*tr.* 1. To supply the funds or capital for. 2. To manage the funds of. —*intr.* To manage finances. [Middle English *finaunce,* end, settlement, payment, from Old French *finance,* from *finer,* to end, settle, from *fin,* end, from Latin *finis.* See **final.**]

**finance bill.** A legislative act designed to raise public revenues.

**fi·nan·cial** (fĭ-năn'shəl, fī-) *adj. Abbr.* **fin.** Of or pertaining to finances or those who deal with finances. —**fi·nan'cial·ly** *adv.*

***Synonyms:*** *financial, pecuniary, fiscal, monetary.* These adjectives refer in various senses to money. *Financial* is the broadest in application but often has reference to transactions involving money on a large scale. *Pecuniary* is more appropriate to the private, small-scale dealings of individuals. *Fiscal* applies principally to the policies and practices of a branch of government as they relate to money. *Monetary* has special reference to actual money, its coinage and printing, or its circulation.

**fin·an·cier** (fĭn'ən-sîr', fĭ-năn'-, fī'năn-) *n.* One who is occupied with or expert in large-scale financial affairs. [French, from Old French, from FINANCE.]

**fin·back** (fĭn'băk') *n.* A whale, the **rorqual** *(see).*

**finch** (fĭnch) *n.* Any of various relatively small birds of the family Fringillidae, such as a goldfinch, bullfinch, cardinal, grosbeak, or canary, having a short, stout bill adapted for cracking seeds. [Middle English *finch,* Old English *finc.* See **sping-** in Appendix.*]

**Finch·ley** (fĭnch'lē). A former administrative division of London, England, now part of **Barnet** *(see).*

**find** (find) *v.* **found** (found), **finding, finds.** —*tr.* 1. To come upon by accident; meet with. 2. To come upon after a search: *find the cause of the trouble.* 3. To come upon through experience or study; obtain knowledge or a view of; attain: *found contentment at last.* 4. To succeed in reaching; arrive at: *The dart found the mark.* 5. To learn by inquiry or research; determine; ascertain. Sometimes used with *out.* 6. To consider; regard: *I find her charm irresistible.* 7. To recover (something lost). 8. To recover the use of; regain: *He found his voice and replied.* 9. To declare as a verdict or conclusion. 10. To furnish; supply. —*intr.* To come to a legal decision or verdict: *The jury found for the defendant.* —**find oneself.** 1. To discover what one truly wishes to be and do in life. 2. To be aware of one's presence (in a specific condition or place). —*n.* 1. An act of finding. 2. That which is found; especially, a rare or valuable discovery. [Find, found, found; Middle English *finden, found, founden,* Old English *findan, fand* (plural *fundon*), *funden.* See **pent-** in Appendix.*]

**find·er** (fīn'dər) *n.* 1. One that finds. 2. *Photography.* A device on a camera that indicates to the photographer what will appear in the field of view of the lens. Also called "view finder." 3. *Astronomy.* A small telescope attached to the body of a larger one for locating an object to be observed with the larger telescope.

**fin de siè·cle** (făN də syĕk'l'). *French.* Of or characteristic of the last part of the 19th century, especially with reference to its artistic climate of effete sophistication. [French, "end of the century."]

**find·ing** (fīn'dĭng) *n.* 1. Something that has been found. 2. *Often plural.* A conclusion reached after examination or investigation. 3. *Plural.* The tools and materials used by an artisan or workman.

**fine¹** (fīn) *adj.* **finer, finest.** 1. Of superior quality, skill, or appearance; admirable. 2. Most enjoyable; pleasant. 3. Free from impurities: *fine copper.* 4. *Abbr.* **f., F.** Containing pure metal in a specified proportion or amount: *gold 21 carats fine.* 5. Cut or honed to great sharpness: *a blade with a fine edge.* 6. Thin; slender: *fine hairs.* 7. Showing workmanship of great care and delicacy: *fine china.* 8. Consisting of extremely small particles; not coarse: *fine dust.* 9. Subtle or precise: *a fine shade of meaning.* 10. Able to make or detect subtle or precise effects; sensitive: *a fine eye for color.* 11. Trained to the highest degree of physical efficiency; superbly conditioned: *a fine racehorse.* 12. Of refined manners; elegant. 13. Having no clouds; clear; sunny: *a fine day.* 14. *Informal.* Quite well; in satisfactory health: *I'm fine, and you?* —*adv.* 1. Finely. 2. *Informal.* Very well: *doing fine.* —*v.* **fined, fining, fines.** —*tr.* To make finer; refine. —*intr.* To become finer, purer, or cleaner. [Middle English *fin,* from Old French, from Latin *finis,* the end (as in *finis honorum,* the height of honor). See **final.**]

**fine²** (fīn) *n.* 1. A sum of money imposed as a penalty for an offense. 2. *Law.* A forfeiture or penalty to be paid to the offended party in a civil action. 3. *Law.* A fee paid to a feudal lord by his tenant. 4. *Law.* An amicable settlement of a suit over land ownership. 5. *Obsolete.* Finish; end; termination. —**in fine.** 1. In conclusion; finally. 2. In summation; in brief. —*tr.v.* **fined, fining, fines.** To require the payment of a fine from; impose a fine on. [Middle English *fin,* a fine, a payment for completion, an end, from Old French, from Latin *finis,* limit, end. See **final.**]