# THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE

# THE AMERICAN HERITAGE
# ONARY
# OF THE ENGLISH LANGUAGE

WILLIAM MORRIS, Editor

Published by

HOUGHTON MIFFLIN COMPANY / BOSTON
ATLANTA / DALLAS / GENEVA, ILLINOIS / HOPEWELL, NEW JERSEY / PALO ALTO

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the publishers' opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

© 1969, 1970, 1971, 1973, 1975, 1976, 1978 by Houghton Mifflin Company
All correspondence and inquiries should be directed to
Dictionary Division, Houghton Mifflin Company
One Beacon Street, Boston, Massachusetts 02107

All rights reserved under Bern and Pan-American Copyright Conventions

ISBN: 0-395-20360-0 (new college edition; thumb-indexed)
0-395-20359-7 (new college edition; plain edges)
0-395-24575-3 (high-school edition)
0-395-09066-0 (larger-format edition)

Library of Congress Catalog Card Number 76-86995

Manufactured in the United States of America

Computer-composed by Inforonics, Inc.
in Maynard, Massachusetts

...ars. **6.** To aggregate or amount to: *Sales reached the thousands.* **7.** *Informal.* To give or hand over to someone: *Reach me the sugar.* **8.** To score a hit, as with a weapon. **9.** To make an impression on; affect. —*intr.* **1.** To extend or thrust out something. **2.** To try to grasp or touch something: *reach for a gun.* **3. a.** To have coextension in time or space. **b.** To be extensive in influence or effect. **4.** To sail with the wind abeam. —*n.* **1.** The act or power of stretching or thrusting out. **2.** The extent or distance something can reach. **3.** The range or scope of influence or effect. **4.** An unbroken expanse: *a reach of prairie.* **5.** A pole connecting the rear axle of a vehicle with the front. **6.** *Nautical.* The tack of a sailing vessel with the wind abeam. **7.** The stretch of water visible between bends in a river or channel. [Middle English *rechen,* Old English *rǣcan.* See **reig-²** in Appendix.*] —**reach′er** *n.*

**Synonyms:** *reach, achieve, attain, gain, compass, accomplish.* These terms presuppose attainment of certain objectives. *Reach* connotes arriving at a goal through effort and progress. *Achieve* suggests the successful executing of an important enterprise through skill or initiative. *Attain* may imply great effort and pride in reaching a level or goal. *Gain* connotes arriving at a goal despite considerable effort in surmounting obstacles, often with the implication of deserved satisfaction. *Compass* implies mental rather than physical effort in attaining goals. *Accomplish* connotes successful completion.

**re·act** (rē-ăkt′) *intr.v.* **-acted, -acting, -acts. 1.** To act in response or in opposition to some former act or state. **2.** To be affected or influenced by circumstances or events. **3.** *Chemistry.* To undergo chemical change. [RE- + ACT, influenced by Late Latin *reagere* (past participle *reactus*), to react.]

**re·ac·tance** (rē-ăk′təns) *n.* Opposition to the flow of alternating electric current caused by the inductance and capacitance in a circuit. See **impedance.**

**re·ac·tant** (rē-ăk′tənt) *n.* A substance participating in a chemical reaction, especially a directly reacting substance present at the initiation of the reaction.

**re·ac·tion** (rē-ăk′shən) *n.* **1. a.** A response to a stimulus. **b.** The state resulting from such a response. **2.** A reverse or opposing action. **3. a.** A tendency to revert to a former state. **b.** Opposition to progress or liberalism. **4.** A chemical change or transformation in which a substance decomposes, combines with other substances, or interchanges constituents with other substances. **5.** *Physics.* A **nuclear reaction** *(see).*

**re·ac·tion·ar·y** (rē-ăk′shə-nĕr′ē) *adj.* Also **re·ac·tion·ist** (-nĭst). Characterized by reaction; especially, opposing progress or liberalism. —*n., pl.* **reactionaries.** Also **re·ac·tion·ist.** An opponent of progress or liberalism.

**reaction engine.** An engine that develops thrust by the focused expulsion of matter, especially ignited fuel gases. Also called "reaction motor."

**reaction time.** The time interval between the application of a stimulus and the detection of a response.

**re·ac·ti·vate** (rē-ăk′tə-vāt′) *tr.v.* **-vated, -vating, -vates. 1.** To make active again. **2.** To restore effectiveness or the ability to function of. —**re·ac′ti·va′tion** *n.*

**re·ac·tive** (rē-ăk′tĭv) *adj.* **1.** Tending to be responsive or to react to a stimulus. **2.** Characterized by reaction. **3.** *Chemistry & Physics.* Tending to participate in reactions.

**re·ac·tor** (rē-ăk′tər) *n.* **1.** A person or thing that reacts. **2.** *Electricity.* A circuit element, such as a coil, used to introduce reactance. **3.** *Physics.* A **nuclear reactor** *(see).*

**read** (rēd) *v.* **read** (rĕd), **reading, reads.** —*tr.* **1.** To comprehend or take in the meaning of (something written or printed). **2.** To utter or render aloud (something written or printed). **3.** To have the knowledge of (a language) necessary to understand printed or written material. **4.** To seek to interpret the true nature or meaning of (someone or something) through close scrutiny: *read the sky for signs of snow.* **5.** To ascertain the intent or mood of: *He read her mind.* **6.** To derive a special meaning from or ascribe a special significance to (something read, experienced, or observed): *"a tendency to read deep and nasty meanings into Robinson's words"* (Muriel Spark). **7.** To foretell or predict (the future). **8.** To perceive, receive, or comprehend (a signal, message, or the like): *I read you fine.* **9.** To study or make a study of: *read for a law exam.* **10.** To learn or get knowledge from (something written or printed): *He read that crime was rife.* **11.** To have or adopt as a reading in a particular passage: *For "colour" read "color."* **12.** To indicate, register, or show: *The dial reads 0°.* —*intr.* **1.** To read printed or written characters, as of words or music. **2.** To utter or render aloud the words that one is reading. **3.** To learn by reading. Used with *about* or *of: He read about dogs.* **4.** To study. **5.** To have a particular wording: *The line reads thus.* **6.** To contain a specific meaning: *The law reads that he is guilty.* **7.** To have a specified character or quality for the reader: *His poems read well.* —**read between the lines.** To perceive or detect a meaning or implication that is obscure or unexpressed. —**read out.** To expel by proclamation from a social, political, or other group. —**read up on.** To acquire information by reading. —*adj.* (rĕd). Informed by reading; learned. [Read (infinitive), read (past tense and past participle); Middle English *reden, redde, red,* Old English *rǣdan,* advise, explain, read, *rǣdde, rǣden.* See **ar-** in Appendix.*]

**Read** (rēd), Sir **Herbert (Edward).** 1893–1968. British art curator, poet, editor, and critic.

**read·a·ble** (rē′də-bəl) *adj.* **1.** Capable of being read easily; legible. **2.** Pleasurable or interesting to read. —**read′a·bil′i·ty, read′a·ble·ness** *n.* —**read′a·bly** *adv.*

**read·er** (rē′dər) *n.* **1.** One who reads. **2.** A professional reciter of literary works. **3.** *Roman Catholic Church.* One of the minor orders, a cleric or layman who recites lessons or prayers in the church service. **4.** A person employed by a publisher to read and evaluate manuscripts. **5.** A corrector of printers' proofs. **6.** A teaching assistant who reads and grades examination papers. **7.** *Chiefly British.* A university lecturer. **8. a.** A textbook of reading exercises. **b.** A literary anthology.

**read·er·ship** (rē′dər-shĭp′) *n.* **1.** The readers of a publication or publications. **2.** *Chiefly British.* The office of a reader.

**read·i·ly** (rĕd′ə-lē) *adv.* **1.** Promptly. **2.** Willingly. **3.** Easily.

**read·i·ness** (rĕd′ē-nĭs) *n.* The quality or state of being ready.

**read·ing** (rē′dĭng) *n.* **1.** The act or practice of a reader. **2.** Written or printed material. **3.** The act of rendering aloud written or printed matter. **4.** An official or public recitation of literary or other written material: *the reading of a will.* **5.** A personal interpretation or appraisal. **6.** The specific form of a particular passage in a text. **7.** The information indicated by a gauge or graduated instrument. —*adj.* **1.** Designed or used for reading. **2.** Disposed or attracted to reading: *the reading man.*

**Read·ing** (rĕd′ĭng). **1.** The county seat of Berkshire, England, a university town 35 miles west of London. Population, 128,000. **2.** A city in Pennsylvania, 45 miles northwest of Philadelphia. Population, 88,000.

**re·ad·just** (rē′ə-jŭst′) *tr.v.* **-justed, -justing, -justs.** To adjust or arrange again. —**re′ad·just′er** *n.* —**re′ad·just′ment** *n.*

**read-out** (rēd′out′) *n.* Presentation of computer data, usually in digital form, from calculations or storage.

**read·y** (rĕd′ē) *adj.* **-ier, -iest. 1.** Prepared or available for service or action. **2.** Mentally disposed; willing: *He was ready to believe them.* **3.** Liable or about to do something. Used with an infinitive: *ready to leave.* **4.** Prompt in apprehending or reacting: *a ready intelligence; a ready response.* **5.** Available: *ready money.* —**at the ready.** Designating a rifle in position for aiming and firing. —*tr.v.* **readied, readying, readies.** To cause to be ready. [Middle English *redy,* Old English *rǣde.* See **reidh-** in Appendix.*]

**read·y-made** (rĕd′ē-mād′) *adj.* **1.** Made to a set pattern, not custom-made. Compare **made-to-order. 2.** Preconceived.

**re·af·firm** (rē′ə-fûrm′) *tr.v.* **-firmed, -firming, -firms.** To affirm or assert again. —**re′af·fir·ma′tion** (rē′ăf-ər-mā′shən) *n.*

**re·a·gent** (rē-ā′jənt) *n.* Any substance used in a chemical reaction to detect, measure, examine, or produce other substances. [RE- + AGENT, after REACT.]

**re·al¹** (rē′əl, rēl) *adj.* **1.** Being or occurring in fact or actuality; having verifiable existence: *The child shows real intelligence.* **2.** True and actual; not illusory or fictitious: *real people.* **3.** Genuine and authentic; not artificial or spurious: *real mink; real humility.* **4.** *Philosophy.* Existing actually and objectively. **5.** *Optics.* Of, pertaining to, or designating an image formed by light rays that converge in space. **6.** *Mathematics.* Of, pertaining to, or designating the nonimaginary part of a complex quantity. **7.** *Law.* Of or pertaining to stationary or fixed property, as buildings or land. Compare **personal.** —*adv. Informal.* Very: *real sorry.* [Middle English, of real property or things, from Norman French, from Late Latin *reālis,* actual, real, from Latin *rēs,* thing. See **rei-³** in Appendix.*] —**real′ness** *n.*

**Synonyms:** *real, actual, true, authentic, concrete, existent, genuine, tangible, veritable. Real,* although frequently used interchangeably with the terms that follow, pertains basically to that which is not imaginary but is existent and identifiable as a thing, state, or quality. *Actual* connotes that which is demonstrable. *True* implies belief in that which conforms to fact. *Authentic* implies acceptance of historical or attributable reliability rather than visible proof. *Concrete* implies the reality of actual things. *Existent* applies to concepts or objects existing either in time or space: *existent tensions. Genuine* presupposes evidence or belief that a thing or object is what it is claimed to be. *Tangible* stresses the mind's acceptance of that which can be touched or seen. *Veritable,* which should be used sparingly, applies to persons and things having all the qualities claimed for them.

**re·al²** (rā-äl′) *n., pl.* **reals** or **-ales** (-ä′lās). A former Spanish silver monetary unit. [Spanish, from *real,* "royal," from Latin *rēgālis,* regal, from *rēx* (stem *rēg-*), king. See **reg-¹** in Appendix.*]

**re·al³** (rā-äl′) *n., pl.* **reals** or **reis** (rās). Either of two former monetary units of Portugal and Brazil. [Portuguese, from *real,* "royal," from Latin *rēgālis,* regal. See **real** (Spanish coin).]

**real estate.** *Abbr.* **R.E.** Landed property, including all inherent natural resources and any man-made improvements established thereon. Also called "realty." —**re′al-es·tate′** *adj.*

**re·al·gar** (rē-ăl′gär′, -gər) *n.* A soft orange-red arsenic ore, $As_2S_2$, used in pyrotechnics, tanning, and as a pigment. [Middle English, from Medieval Latin, from Catalan, from Arabic *rajh al-ghār,* powder (of) the mine or cave: *rahj,* powder + *al,* the + *ghār,* cave.]

**re·al·ism** (rē′ə-lĭz′əm) *n.* **1.** Inclination toward literal truth and pragmatism. **2.** Artistic representation felt to be visually accurate. **3.** *Philosophy.* **a.** The doctrine that universal principles are more real than objects as sensed. **b.** The doctrine that names somehow denote the essences of things or categories of things. Compare **nominalism. c.** The doctrine that the objects of perception exist independently of the perceiver. Compare **idealism.** —**re′al·is′tic** *adj.* —**re′al·is′ti·cal·ly** *adv.*

**re·al·ist** (rē′ə-lĭst) *n.* **1.** One inclined to literal truth and pragmatism. **2.** A practitioner of artistic or philosophic realism.

**re·al·i·ty** (rē-ăl′ə-tē) *n., pl.* **-ties. 1.** The quality or state of being actual or true. **2.** A person, entity, or event that is actual. **3.** The totality of all things possessing actuality, existence, or



**razor-billed auk**
Painting by
John James Audubon



**razor clam**
*Ensis siliqua*