# Exhibit A

# *Hawley's*
# *Condensed Chemical Dictionary*

*ELEVENTH EDITION*

*Revised by*

N. Irving Sax

and

Richard J. Lewis, Sr.

1987

VNR VAN NOSTRAND REINHOLD COMPANY

New York

QD5
C5
1987

Copyright © 1987 by Van Nostrand Reinhold Company Inc.

Library of Congress Catalog Card Number: 86-23333
ISBN: 0-442-28097-1

All rights reserved. Certain portions of this work copyright © 1930, 1920, 1919 by The Chemical Catalog Co., Inc. and 1981, 1977, 1971, 1966, 1956, 1950 by Van Nostrand Reinhold Company Inc. No part of this work covered by the copyright hereon may be reproduced or used in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without permission of the publisher.

Printed in the United States of America

Van Nostrand Reinhold Company Inc.
115 Fifth Avenue
New York, New York 10003

Van Nostrand Reinhold Company Limited
Molly Millars Lane
Wokingham, Berkshire RG11 2PY, England

Van Nostrand Reinhold
480 Latrobe Street
Melbourne, Victoria 3000, Australia

Macmillan of Canada
Division of Canada Publishing Corporation
164 Commander Boulevard
Agincourt, Ontario M1S 3C7, Canada

15 14 13 12 11 10 9 8 7 6 5 4 3 2 1

LIBRARY OF CONGRESS
5
MAR 12 1987
COPY
CIP

**Library of Congress Cataloging-in-Publication Data**

Condensed chemical dictionary.
Hawley's condensed chemical dictionary.

Rev. ed. of: The Condensed chemical dictionary.
10th ed./rev. by Gessner G. Hawley, 1981.
1. Chemistry—Dictionaries. I. Hawley, Gessner
Goodrich, 1905– II. Sax, N. Irving (Newton Irving)
III. Lewis, Richard J., Sr. IV. Title.
QD5.C5 1987 540'.3'21 86-23333
ISBN 0-442-28097-1

number of normal helium is 4, of carbon 12, of oxygen 16, and of uranium 238. A given atom is characterized by its atomic number, equivalent to the number of protons, which give it its charge and thus determine the kind of element and by its mass number, which includes the neutrons that make up the remainder of its mass. Helium has 2 protons and 2 neutrons (mass number 4 and atomic number 2). Protons and neutrons each have very close to unit mass and since the mass change associated with binding the particles together in the nucleus is very small, the mass number is always within 1/10th unit of the atomic weight of the nuclide.
See also mass, mass defect, atomic weight.

**mass spectrometry.** A method of chemical analysis in which the substance to be analyzed is heated and placed in a vacuum. The resulting vapor is exposed to a beam of electrons which causes ionization to occur, either of the molecules or their fragments. The ions thus produced are accelerated by an electric impulse and then passed through a magnetic field, where they describe curved paths whose directions depend on the speed and mass-to-charge ratio of the ions. This has the effect of separating the ions according to their mass (electromagnetic separation). Because of their greater kinetic energy, the heavier ions describe a wider arc than the lighter ones and can be identified on this basis. The ions are collected in appropriate devices as they emerge from the magnetic field.




**master batch.** A previously prepared mixture comprised of a base material and a high percentage of an ingredient (usually a dry powder) that is critical to the product being manufactured. Aliquot parts of this mixture are added to production-size quantities (batches) during the mixing operation. This method permits uniform dispersion of very small amounts (less than 1%) of such additives as dry curing agents in rubber and colorants in plastics and paints. Modifying elements may be incorporated in alloys in this way. Master batches of organic dyes dispersed in rubber or plastic are prepared by manufacturers of colorants for direct use. Master-batched accelerators (mixtures of rubber, zinc oxide and accelerator) are commonly used in rubber mixes.

**mastic.** (1) A solid, resinous exudation of the tree Pistachia lentiscus, of recent geologic origin. Found in the Mediterranean area. Soluble in alcohol and ether, balsamic odor, turpentine taste. Used in chewing gum, varnishes, and to some extent in adhesives and dentistry. (2) A soft, putty-like sealant; often packed in cartridges and applied by a gun with a nozzle of appropriate size or in bulk for application by a knife or other spreading device. Such mastics often contain bituminous ingredients or polymerized rosin acids, used for laying floor and wall tiles and similar applications.

**mastication.** Permanent softening of crude natural rubber and certain other elastomers by application of mechanical energy, as on a roll mill or in a Banbury mixer. The softening is said to be due to formation of free radicals resulting from the rupture of the polymer chain and the addition of oxygen at these active points. The study of this phenomenon has been called mechanochemistry. This "breaking down" of a high-polymer substance, first practiced by Hancock in England, is essential in preparing it for the incorporation of curatives and other modifying substances and is an essential operation in the manufacture of useful products from rubber and rubber-like substances.

**material.** A nonspecific term used with various shades of meaning in the technical literature. It should not be used as a synonym for substance, but is generally used in the collective expressions "raw materials" and "materials handling." The term "material balance" in chemical engineering denotes the sum of all the substances entering a reaction and all those that leave it in a given time period. "Material," also loosely refers to closely associated mixture, either of natural origin (petroleum, wood, ores) or manmade (glass, cement, composites).
See also substance, engineering material, raw material.

**material balance.** See material.

**materials handling.** A general term that includes the methods used for in-plant transportation, dis-

tribution, and s
processed prod
tors, conveyor
as safe practic
toxic and flam

**matte.** A produ
obtained after r
erals. Oxides or
mon examples a

**matter.** Anythin
space.
See also mass.
(a) *States*: The
states (phases)
namely, solid, li
to time it has
forms of matte
the vitreous (gl
the plasma stat
has gained sub
See phase (1), sc
(b) *Levels*: Matt
cles in the follo
(1) subatomic (
atomic and mo
colloidal (from
microscopic, (5
tial. Level (1)
(2) and (3) can
microscopes, le
optical micros
eye, (6) require
tion.
See also particle
microscope.

**Mayer's reagent.**

**mayonnaise.** A
posed of veget
It is a typical
mutually repell
together and he
in egg yolk.
See also emulsio

**MBMC.** Abbre
See tert-butyl-m

**MBT.** Abbrevia

**MBTS.** Abbrevi
zyl disulfide.
See 2,2'-dithiobi

**"MBX."**[11] TM
nol.
Use: Liquid anti