# Exhibit B

# *Hawley's Condensed Chemical Dictionary*

*ELEVENTH EDITION*

*Revised by*

N. Irving Sax

and

Richard J. Lewis, Sr.

1987

VNR VAN NOSTRAND REINHOLD COMPANY
New York

QD5
C5
1987

Copyright © 1987 by Van Nostrand Reinhold Company Inc.

Library of Congress Catalog Card Number: 86-23333
ISBN: 0-442-28097-1

All rights reserved. Certain portions of this work copyright © 1930, 1920, 1919 by The Chemical Catalog Co., Inc. and 1981, 1977, 1971, 1966, 1956, 1950 by Van Nostrand Reinhold Company Inc. No part of this work covered by the copyright hereon may be reproduced or used in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without permission of the publisher.

Printed in the United States of America

Van Nostrand Reinhold Company Inc.
115 Fifth Avenue
New York, New York 10003

Van Nostrand Reinhold Company Limited
Molly Millars Lane
Wokingham, Berkshire RG11 2PY, England

Van Nostrand Reinhold
480 Latrobe Street
Melbourne, Victoria 3000, Australia

Macmillan of Canada
Division of Canada Publishing Corporation
164 Commander Boulevard
Agincourt, Ontario M1S 3C7, Canada

15 14 13 12 11 10 9 8 7 6 5 4 3 2 1

LIBRARY OF CONGRESS
5
MAR 12 1987
COPY
CIP

**Library of Congress Cataloging-in-Publication Data**

Condensed chemical dictionary.
Hawley's condensed chemical dictionary.

Rev. ed. of: The Condensed chemical dictionary.
10th ed./rev. by Gessner G. Hawley, 1981.
1. Chemistry—Dictionaries. I. Hawley, Gessner Goodrich, 1905– II. Sax, N. Irving (Newton Irving) III. Lewis, Richard J., Sr. IV. Title.
QD5.C5 1987 540'.3'21 86-23333
ISBN 0-442-28097-1

ration on standing. Thus, water is compatible with alcohol but not with gasoline. Liquids and solids are compatible if the solid is soluble in the liquid only. Solids are compatible if they can exist in intimate contact for long periods with no adverse effect of one on the other.

**"Compazine."**[71] TM for a brand of prochlorperazine, as the maleate or the edisylate.

**complement.** A term used in immunochemistry to refer to a number of blood proteins that act in conjunction with antibodies to cause disintegration of invading cells. It is an essential component of immune serum.

**complex compound.** See coordination compound.

**complexing agent.** See ligand, chelate, ethylenediaminetetraacetic acid.

**complex ion.** An ion which has a molecular structure consisting of a central atom bonded to other atoms by coordinate covalent bonds.
See coordination compound.

**component.** One of the minimum number of substances required to state the composition of all phases of a system in the absence of chemical reaction of any substances in a mixture.
See also constituent.

**composite.** A mixture or mechanical combination on a macro scale of two or more materials that are solid in the finished state, are mutually insoluble, and differ in chemical nature. The major types are: (1) laminates of paper, fabric or wood (veneer), and a thermosetting material (resin, rubber or adhesive); examples are tire carcases, plywood, and electrical insulating structures. (2) Reinforced plastics, principally of glass fiber and a thermosetting resin, other types of fibers such as boron, aluminum silicate, and silicon carbide may be used (see also whiskers). (3) Cermets, which are mixtures of ceramic and metal powders, heat-treated and compressed. (4) Fabrics, i.e., woven combinations of wool or cotton and a synthetic fiber. (5) Filled composites where a bonding material, i.e., linseed oil, resin, or asphalt, is loaded with a filler in the form of flakes or small particles; examples are linoleum, glass/flake-plastic mixtures for battery cases and asphalt/gravel road-surfacing mixtures.

**composting.** Aerobic bacterial decomposition of solid organic wastes, both agricultural and urban, including sewage sludge. As much as 500 tons a day can be handled in the larger installations, the waste degrading quickly at low temperature. Decomposition is accelerated by adding ammonium bicarbonate. This can be used as a soil conditioner and for landfill. The waste is piled, turned frequently to provide aeration, and maintaining a high temperature in the pile to destroy pathogenic organisms. Volume of composted waste is from 20–60% of original volume.

**compound.** (1) A substance composed of atoms or ions of two or more elements in chemical combination. The constituents are united by bonds or valence forces. A compound, a homogeneous entity where the elements have definite proportions by weight and are represented by a chemical formula. A compound has characteristic properties quite different from those of its constituent elements. It is decomposed by energy in the form of a chemical reaction, of heat, or of an electric current. Example: Water is a *liquid* formed by chemical combination of two *gases*; it can be separated into hydrogen and oxygen by an electric current (electrolysis); in certain reactions it is split into its constituent ions (H, OH) (hydrolysis); it is not chemically changed by heat or cold.
See also mixture, homogeneous, reaction.
(2) Loosely, a product formula (often proprietary) of various types, e.g., pharmaceuticals (a vegetable compound), rubber (a fast-curing compound), etc.
(3) Having two sets of lenses (compound microscope).

**Combes quinoline synthesis.** Formation of quinolines by condensation of beta-diketones with primary arylamines followed by acid catalyzed ring closure of the intermediate Schiff base.

**compound 1080.** Use may be restricted.
See sodium fluoroacetate.

**compreg.** A hardwood impregnated with a phenolformaldehyde resin under heat and pressure.

**compressed gas.** Any material or mixture that, when enclosed in a container, has an absolute pressure exceeding 40 psi at 21.1C or, regardless of the pressure at 21.1C, has an absolute pressure greater than 140 psi at 54.4C, or any flammable material having a vap pressure greater than 40 psi abs at 37.7C. (Vapor pressure determined by Reid method (ASTM)). Compressed gases include liquefied petroleum gases and oxygen, nitrogen, anhydrous ammonia, acetylene, nitrous oxide, and fluorocarbon gases. Some of these are

shipped in tonna
erties, containers
specific gas. Fo
Compressed Gas
NY, NY.

**compression moldi**
plastic article to a
the raw mixture
or bringing it into
surface. After the
pressure are supp
time and temper
of the material. F
tion occurs simult
is now done by t
more economicall
See also injection r

**"Compresto."**[84] TM
consisting of laye
wires concentrical
core wire.

**Compton effect.** O
by which high ene
or gamma rays i
by matter. In the
ray frees an electr
was unbound divi
gamma ray betwe
new gamma ray o
new direction.

**computational chemis**
ganic synthesis an
a more efficient me
tional laboratory e
enal capacity of so
most instantaneou
has made them an
and evaluating the
given organic synth
innumerable possibl
ristic" is applied to
can also handle the
mechanical calculat
tion of the complica
occur in pharmaceu
binant DNA researc
Program Exchange
many programs in
to major computatic
neers utilize comput
dynamically efficien
date overall plant o
areas of energy cons
hazardous waste pro
See also retrosynthesi