McDermott
Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Brian E. Ferguson
Attorney at Law
bferguson@mwe.com
202.756.8371

January 3, 2007

VIA ELECTRONIC FILING

The Honorable Thomas C. Wheeler
U.S. Court of Federal Claims
717 Madison Place, N.W.
Washington, DC 20005

Re: Sevenson Environmental Services, Inc. v. U.S. (No. 05-1075C)
Client-Matter No. 57200-012

Dear Judge Wheeler:

In advance of the January 9, 2007 claim construction hearing in this case, Sevenson notes that copies of two of the patents in suit (U.S. Patent Nos. 5,732,367 and 5,994,608) included with Sevenson's opening claim construction brief as Exhibits 2 and 4 were incomplete. Complete copies are hereby provided as revised Exhibits 2 and 4.

We apologize for any inconvenience this may have caused. If you have any questions, please do not hesitate to contact me.

Respectfully,

Brian E. Ferguson

Enclosures
cc: Marcy Cook, Esq. (w/ enclosure)
Russel Primeaux, Esq. (w/ enclosure)

WDC99 1331182-1.057200.0012