McDermott
Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Brian E. Ferguson
Attorney at Law
bferguson@mwe.com
202.756.8371

January 3, 2007

VIA ELECTRONIC FILING

The Honorable Thomas C. Wheeler
U.S. Court of Federal Claims
717 Madison Place, N.W.
Washington, DC 20005

Re: Sevenson Environmental Services, Inc. v. U.S. (No. 05-1075C)
Client-Matter No. 57200-012

Dear Judge Wheeler:

In advance of the January 9, 2007 claim construction hearing in this case, Sevenson submits herein a document authored by the Environmental Protection Agency entitled *Cleaning Up the Nation's Waste Sites: Markets and Technology Trends* (2004 Ed.). Sevenson does not intend to use this document to support any of its claim construction positions; instead, Sevenson believes the document contains information helpful to understanding the background and history of hazardous waste clean-up. Copies of the document are also being provided to the Government and the intervenor Shaw Environmental.

If you have any questions, please do not hesitate to contact me.

Respectfully,

Brian E. Ferguson

Enclosures
cc: Marcy Cook, Esq. (w/ enclosure)
Russel Primeaux, Esq. (w/ enclosure)

WDC99 1331180-1.057200.0012