Systematic planning is a process based on the scientific method for developing a framework for the effective use of dynamic work strategies and real-time field measurement and analytical technologies. It is a process for developing defensible site decisions by managing the uncertainties or unknowns that could cause decision errors. A typical systematic site plan would include collaboration of decision-makers with stakeholders, a clear statement of project goals, a multi-disciplinary technical team to develop realistic technical objectives that will achieve the goals, and the development of one or more conceptual site models that depict what is already known about the site and identifies what additional information and analysis will be needed to achieve the project's goals. The CSM can be used to direct field work, as a tool for planning and organizing work and interpreting data, and as a communication device.

The integration of systematic planning, dynamic work strategies, and real-time measurement technologies is often referred to as the *Triad approach* to planning and implementing data collection and technical decision-making at hazardous waste sites. More information on the theory and application of the Triad is available on an EPA web site (http://www.cluin.org/triad).

**Exhibit 13-2. Examples of Common Field Analytical Technologies**

| Technology | Description |
|---|---|
| **Sample Analysis Tools** | |
| Test Kits | Measures select organic chemicals and classes of chemicals using immunoassay colorimetric techniques.<br>Measures inorganic cations and anions and some organic chemicals in water using colorimetric techniques.<br>Measures the presence or absence of DNAPL chemicals using dyes.<br>Inorganic colorimetric techniques that use spectrophotometers are generally quantitative techniques. Immunoassay are generally semi-quantitative. |
| Ion Specific Electrodes | Measures selected cations and anions in water. Can be deployed in situ or ex situ. |
| Fiber Optic Chemical Sensors | In-situ measurements of the presence of chemicals or classes of chemicals using chemical specific cladding placed in water or exposed to vapors. Generally considered semi-quantitative. |
| Gas Chromatography | Measures the presence of volatile and semivolatile organics and some inorganics in soil gas (volatiles), soil, and water. Depending upon level of sample preparation and QA/QC imposed can be quantitative or semi-quantitative. |
| Infrared Spectroscopy | Is used in soil and water analysis for total extractable hydrocarbon analysis in the field. |

**Exhibit 13-2. Examples of Common Field Analytical Technologies (Continued)**

| Technology | Description |
|---|---|
| Open Path Air measurements | In open-path Fourier transform infrared spectroscopy can provide a quantitative average of various chemical concentrations in air over a predetermined distance.<br>In open-path UV differential absorption can provide a quantitative average concentration of a limited number of chemicals in air over a predetermined distance.<br>In open-path differential absorption lidar can provide a quantitative concentration of a limited number of chemicals (one at a time) in air at a predetermined distance which allows the construction of isopleth contour maps.<br>In open-path Raman spectroscopy can, at close distance, detect a variety of chemicals in air (average concentration) or on a soil or building surface. |
| Laser-Induced Fluorescence | Generally employed as a tool for locating petroleum hydrocarbons (polycyclic aromatics) in situ, using direct push technologies to drive it into the subsurface. |
| Mass Spectrometry | Can be used in conjunction with a GC to provide quantitative speciation of organic chemicals in gases, soil, and water. As a stand alone instrument employing ion trap mass spectrometry, it is used to measure organic compounds brought to the surface by a membrane interface probe mounted on a CPT rig. |
| X-Ray Fluorescence | Depending on the rigor of the sample preparation technique used provides screening to semi-quantitative determinations of metals in soil and water. In the screening application the metal concentrations can be measured in situ at the ground surface with little sample preparation. |
| Ground Penetrating Radar | Has had very uneven success in locating LNAPL plumes and is not chemical specific. |
| Electromagnetics/ Resistivity for Environmental Applications | In specific settings can be used to delineate the extent of an electrically conductive plume. |

**Exhibit 13-2. Examples of Common Field Analytical Technologies (Continued)**

| Technology | Description |
|---|---|
| **Sample Access and Collection Tools** | |
| Direct-Push Analytical Systems (using rig) | Laser induced fluorescence probe uses fluorescence intensities to determine the relative presence of petroleum hydrocarbons (polycyclic aromatics) in soil.<br>Membrane interface probe uses a heated permeable membrane to volatilize chemicals in soil and groundwater while applying a vacuum that brings them to the surface for analysis.<br>Halogen specific probe uses a heated membrane to volatilize chemicals in soil and groundwater while applying a vacuum that draws them across a halogen specific detector located in the probe. |
| Direct-Push Geotechnical Sensors | Conductivity probe used to determine changes in lithology or conductivity changes that may be related to a change in the chemical makeup of soil and water. |
| Direct-Push Groundwater Samplers | Single point systems that are capable of providing access to groundwater at a predetermined depth. The groundwater is recovered by bailer or pump and brought to the surface for subsequent analysis. The system has to be withdrawn and cleaned before it can be driven to another depth.<br>Multi-point systems that are capable of providing a vertical profile of groundwater at a single station. The groundwater is sampled using a pump and the system is driven further into the subsurface. |
| Direct Push Soil-Gas Samplers (without rig) | A sample probe in driven or vibrated into the ground using a hammer or hand held driver. A vacuum is applied to the probe and soil gas is drawn to the surface. The gas can be measured directly at the probe using a syringe and portable GC or can be collected in a container for subsequent analysis by GC or GC/MS instruments located on- or off- site. |
| **Geophysical Tools** | |
| Electromagnetic | An electromagnetic field is introduced into the ground which causes a current to flow that in turn produce a secondary electromagnetic field which is measured by a receiving unit. Most of the instruments in this class essentially measure a change in subsurface conductivity and are used to aid in conceptualizing the subsurface stratigraphy, identifying potential leachate groundwater plumes, and in some modes locating buried drums and piping. Methods include terrain conductivity, horizontal loop, very low frequency em, and time domain. |
| Resistivity/ Conductivity | Electrical currents are injected into the ground and the patterns of subsurface flow indicate the resistivity or conductivity of the material the current is flowing through. This technique is generally used to aid in conceptualizing the subsurface stratigraphy. |
| Magnetics | This method measures the change in the subsurface magnetic field as the instrument is moved across a site. Its primary use is in locating magnetic objects such as buried drums. |

**Exhibit 13-2. Examples of Common Field Analytical Technologies (Continued)**

| Technology | Description |
|---|---|
| Ground Penetrating Radar | In this method electromagnetic energy is pulsed into the ground where some of the energy is reflected by a change in strata while the rest passes through the layer. The instrument relates the time of reflection to the depth of the reflector and a cross section of subsurface reflectors is plotted. GPR can be used to locate the groundwater table, find buried objects, and contribute to the conceptualization of the subsurface stratigraphy. |
| Seismic | An acoustical wave is generated in one area. The wave propagates through the subsurface with some of it being reflected or refracted when there are changes in the subsurface and the rest continue on. Geophones are used to measure the time of arrival of the reflected or refracted sound and this is used to plot changes in the stratigraphy. These techniques are generally used to aid in conceptualizing the subsurface stratigraphy. |

## 13.3 Factors Affecting Demand

To understand the direction of the market for site characterization technologies, it is important to examine the factors that are driving the demand for these technologies.

- Because site characterization is a critical component of all remediation efforts it is expected to account for a significant amount of work, although it is only a minor portion of the over $200 billion cleanup market. The overall demand for remediation services is expected to be stable over the next decade.

- The strong market for redevelopment of Superfund, brownfields, and other sites will likely foster demand for additional site assessments.

- The growing practice in the real estate industry (property purchasers, developers, and lenders) of conducting site assessments as part of standard due diligence activities at commercial properties may increase the demand for site assessment, primarily Phase One and Two type assessments.

- A number of case studies have demonstrated that the use of field analytical technologies can substantially reduce the cost and time to complete site investigations and improve the confidence of the results (Exhibit 13-3). Because these technologies have lower costs per sample, they permit higher sampling densities than is affordable using traditional laboratory analysis. Higher densities generally lead to a more complete and appropriate CSMs that facilitate effective remedy design and implementation.

- When combined with systematic planning and dynamic work strategies, real-time field measurement and analytical technologies can significantly reduce the overall cleanup costs at many sites and provide better site characterizations. For example, during remedial action, field technologies can provide accurate data that allow the site crew to rapidly adapt to new information, thereby realizing significant savings in dollars and time. Exhibit 13-3 provides examples of successes of newer approaches at specific sites.

**Exhibit 13-3**
**Examples of Projects with Savings and Efficiency Improvements Associated With Advanced Site Characterization Technologies**

- The site characterization and cleanup approach used at the Wenatchee Tree Fruit Test Plot, resulted in savings of 50% over traditional site characterization and remediation methods which rely on fixed-based laboratory analysis with multiple rounds of mobilization and demobilization. The approach used a combination of field analytical technologies, a dynamic work plan, and systematic site management. (U.S. Environmental Protection Agency, Office of Solid Waste and Emergency Response, *Innovation in Site Characterization Case Study: Site Cleanup of Wenatchee Tree Fruit Test Plot Site Using a Dynamic Work Plan,* EPA 5420R-00-009, August 2000. http://clu-in.org/char1_edu.cfm#site_char).
- At the Hanscom Air Force Base in Middlesex County, Massachusetts, the original site investigation failed to find some contamination sources. As a result, a pump-and-treat system was operated for five years without achieving a sufficient reduction in pollutant concentrations. To better characterize the site, site investigators used field analytical instruments in the context of a dynamic work plan that relied on an adaptive sampling and analysis strategy. The project demonstrated that this approach could substantially reduce the cost and time and improve the confidence of the results of site investigations. (U.S. Environmental Protection Agency, Office of Solid Waste and Emergency Response, *Innovation in Site Characterization Case Study: Hanscom Air Force Base Operable Unit 1 (Sites 1, 2, and 3)*, EPA-543-R-98-006, September 1998. http://clu-in.org/download/char/hafbcs2.pdf).
- A demonstration of several surface geophysical and direct push technologies at New York State Electric & Gas Company's Court Street Manufactured Gas Plant Site in Binghamton, New York, concluded, in part, that CPT/DP offered an excellent alternative to traditional investigation methods both in terms of cost per borehole and the information provided (EPA 2002).
- At Florida drycleaning sites, site characterization costs have been reduced by an estimated 30 to 50 percent when compared to conventional assessments. The state conducts rapid site characterizations using on-site mobile laboratories and direct push technologies to characterize soil and groundwater contamination, assess cleanup options, and install permanent monitoring wells, all in an average of 10 days per site (Applegate 1998).
- Argonne National Laboratory's Adaptive Sampling and Analysis Programs (ASAP) makes hazardous waste site characterization and remediation more effective and efficient by relying on real-time data collection and field-based decision-making within the framework of dynamic work plans. Argonne has documented cost savings of more than 50 percent as compared to more traditional sampling programs (U.S. DOE 2002).
- ASAP data collection efforts have been used at Sandia National Laboratories and Kirtland Air Force Base in New Mexico; Brookhaven National Laboratory in New York; Argonne National Laboratory and Joliet Army Ammunition Plant in Illinois; and several Formerly Utilized Sites Remedial Action Program (FUSRAP) sites. In addition to providing better characterizations than traditional approaches, these programs cost 30% to 70% less (U.S. DOE 2002).
- DOE reports that recent work at the Fernald site as part of its soil excavation program has shown that the use of real-time data collection technologies and decision support techniques will save the site more than $20 million over the life of the project. In addition to analysis cost savings, these approaches have resulted in reduced excavation schedules and soil disposal costs, and superior overall soil characterization compared with conventional sampling and analysis.
- DOE reports that a precision excavation project at the FUSRAP Ashland 2 site that used adaptive sampling and analysis techniques resulted in an estimated $10 million savings. Data collection efforts were particularly effective when integrated within remedial designs.

- The ability to reduce uncertainty in decisions can reduce the perceived financial risk of site owners, developers, and communities, thereby contributing to revitalization of many properties. The newer characterization approaches can reduce uncertainty by enabling site investigators to increase the sampling density at reasonable cost.
- Although real-time field measurement and analytical technologies, dynamic work strategies, and systematic planning techniques have been known for some time, their acceptance has been slow, primarily because of a conservative engineering and regulatory atmosphere that appears to favor the established methods for conducting site characterizations.

- To help overcome this inertia, EPA, DOE, DOD, and other organizations have been promoting the use of the new technologies and strategies for characterizing, cleaning up, and monitoring hazardous waste sites.

- The use of field analytical technologies is expected to increase relative to traditional approaches, for several reasons:

  ÷ EPA, DOE, DOD, and other organizations have been sponsoring research on and promoting the use of the newer approaches.
  ÷ Newer approaches have been shown to mitigate deficiencies in groundwater characterization at many sites that relied on conventional approaches, which have lead to inadequate remedial designs.
  ÷ The demand for revitalization of brownfields and UST sites implies a requirement to conduct many site assessments, often at small- and medium-size sites. These activities will lead to further site investigation and cleanup for some percentage of these sites.
  ÷ The demand for due diligence by property purchasers, developers, and lenders implies a significant demand for Phase I and, possibly, Phase II assessments.
  ÷ The demand to redevelop sites provides a powerful economic incentive for faster site assessments and cleanups. Developers, property owners, and investors are under serious time constraints to get plans approved and secure financing and insurance. The integration of field analytics, dynamic work strategies, and systematic planning will allow investors to more expeditiously proceed with their projects.

Based on these factors, it is expected that the newer technologies will replace older technologies at many future and some existing sites. Although some newer technologies may not be appropriate for all sites, they are likely to reduce overall remediation costs at many sites, thereby allowing more sites to be cleaned up. Most of the major remediation programs are constrained by budgets, and not by the amount of cleanup work. Thus, if average site cleanup costs are reduced, more cleanups would be possible.

## 13.4 Number of Sites That Will Need Characterization

All potential hazardous waste sites will require some sort of site characterization. In addition, there is a healthy market for site characterization resulting from due diligence investigations conducted in support of real estate and other business transactions. However, no single source provides definitive information on the number and characteristics of sites that may require site characterization. The type and amount of characterization work needed varies widely from one

site to another, depending on the nature and extent of the contaminant release, geology and hydrogeology of the site and surrounding area, source of contamination, size of the site, and other factors.

Exhibit 13-4 presents estimates of the potential number of sites that may require site characterization under the Superfund, RCRA Corrective Action, and other remediation programs described earlier in this report. As described in Chapter 1 and subsequent chapters, the definition of the term "site" differs somewhat from one market segment to another. In this report, the term is used to indicate an individual area of contamination, which can be small or large. This term is not to be confused with the terms "facility" and "installation," which identify an entire tract, including all contiguous land within the borders of a property. A "facility" may contain one or more contaminated areas or "sites." For this exhibit, the Superfund sites are counted as operable units (OUs) rather than sites.

As described in Section 13.1, Phase One site assessments do not generally include sampling, chemical analysis, and similar activities. Nevertheless, sites undergoing these assessments are of interest to this study because they comprise the universe of sites from which sites needing further study will be drawn. This is the largest market, amounting to 11.8 million Phase One assessments over 30 years, and costing $23 billion. Most of these assessments are in support of due diligence responsibilities in real estate and business transactions.

The other phases are potential markets for both conventional and new sampling and analysis technologies. Over the next 30 years, it is estimated that 1.2-2.3 million Phase Two assessments and 285,000 Phase Three assessments will be conducted. Sampling and analysis will also be needed during 392,000 remedial actions. The sampling and analysis required during remedial actions can be quite variable. If unforseen conditions arise at a site, extensive supplemental sampling and analysis may be called for. The sampling and analysis during O&M is also highly variable, with some sites needing none or minimal amounts, while others such as the Superfund and RCRA sites, are likely to require more comprehensive sampling and analysis. Thus the estimate of 507,000 sites likely to need sampling and analysis during O&M represents the middle value of a wide range of activities among the sites.

## Exhibit 13-4. Estimated Number of Sites to Require Sampling and Analysis

| | Phase One | Phase Two | Phase Three | Remedial Action [a] | O&M [b] |
|---|---|---|---|---|---|
| Superfund (OUs) [c] | 658 | 658 | 832 | 1,700 | 2,500 |
| RCRA-CA [d] | 0 | 1,269 | < 3,827 | 3,800 | 3,800 |
| UST [e] | NA | NA | 125,000 | 223,000 | 320,000 |
| DOD [f] | NA | 1,425 | 4,774 | 8,800 | 18,400 |
| DOE [g] | NA | NA | NA | 5,000 | 8,000 |
| Civ. Agencies | NA | NA | NA | NA | NA |
| States [h] | h | h | 150,000 | 150,000 | 155,000 |
| Private [i] | 11.5 mil. | 1.2 - 2.3 mil. | NA | NA | NA |
| Total [J] | 11.8 mil. | 1.2 - 2.3 mil. | 285,433 | 392,300 | 507,700 |

NA Estimate not available;

[a] Assumes all sites will require at least some sampling and analysis during remedial action; however the amount needed will vary widely from site-to-site.

[b] Total number of sites cleaned up. Some, but not all, of these sites will require sampling and analysis on a continuing or periodic basis. Some will require only minimal amounts and some will require more.

[c] **Superfund:** Operable units (OUs) were counted rather than sites. **Phases 1 - 2** will only be needed at future sites to be listed (280 sites with an estimated 658 OUs). **Phase 3** will be needed at the same 658 OUs plus 174 OUs (from Exhibit 3-2) that have not begun remedial assessment (658 + 174 = 832). **Remedial action** (RA) from 2004-2013 will be needed at 1,731 (658+1073) OUs. (The 1,073 OUs are at the 456 already listed sites that have not begun RA (Exhibit 3-2)). The 1,731 estimate does not include sites already in RA. It is assumed that **O&M** will be needed by 80% of all completed OUs, based on the facts developed in Chapters 2 and 3 that 83% of NPL sites have contaminated groundwater and 95% of groundwater remediations use monitored natural attenuation (MNA), P&T, or both (0.83 X 0.95 = 0.8) Thus, combining the above figures, it is estimated that 2,523 OUs will need O&M (1,731 OUs plus 1,399 OUs that have completed or are in RA = 3,130 X 0.8 = 2,504).

[d] **RCRA:** The 1,269 RCRA Corrective Action sites have not yet received priority ranking. The 3,827 sites represent all those likely to require site investigation and/or cleanup. Some of these investigations have already begun, although only a small portion of the cleanups have actually begun.

[e] **UST:** It is assumed that tank sites to be reported in the future will not do **Phase 1 and 2** assessments, but will go straight to phase 3. **Phase 3** is assumed to include all future cleanups, which equals 35,000 already confirmed releases where cleanups have not been initiated (Exhibit 5-5) plus 90,000 (average of range in Exhibit 5-5) projected future releases. The **Remedial action** estimates are based on the assumption that 60% of all sites in RA will require some sort of confirmation sampling. This assumption is derived from the estimates in Chapter 5 that 79% of UST groundwater sites use MNA or P&T. Assuming that 80% of the sites have groundwater contamination, about 60% will need O&M. Adding sites yet to complete remediation (125,000 that will need Phase 3 + 98,000 initiated but not complete = 223,000) to sites with cleanups completed (311,000 from Chapter 5) and multiplying by 0.6 gives a total of 320,000 (534,000 X 0.6) sites that will ultimately require monitoring.

[f] **DOD:** Future investigation is planned at 1,425 sites, underway at 4,774 sites, and 2,775 sites are already in remediation. The O&M estimate includes all previously remediated sites times 0.8 (from the percentage of NPL sites that will require O&M).

[g] **DOE:** has completed construction at 5,000 release sites; and 8,000 sites (10,000 X 0.8) may need O&M.

[h] **States:** From Chapter 9, (estimated 5,000 sites annually X 30 years plus 44,000 with cleanups completed through 2003 = 194,000 X 0.8 = 155,000). Phase 1 and 2 figures are included with estimate for private sites.

[I] **Private Sites:** Industry sources have estimated that the number of Phase I (ASTM definition) site assessments averaged 235,000 per year between 1999 and 2001 (EAS 2002). Summing this amount over 30 years, and assuming a 3% annual growth rate (which is approximately the growth rate of the GDP over the past 50 years), this would total 11.5 million Phase 1s. It is assumed that 10-20% of Phase 1s will need a Phase 2, based on industry history. These figures incorporates brownfields and voluntary cleanup programs.

[J] Excludes civilian federal agency and some DOE sites, because data could not be disaggregated.

## 13.5 Estimated Site Characterization Costs

Any estimate of the value of the site characterization market is hampered by the extremely wide range of potential situations involving the use of sampling and analysis tools and the paucity of program-wide data on costs. Many cleanup programs do not record expenditures by type of action. For example, EPA has not kept track of its own Fund-lead expenditures on specific actions, such as RD or RA. The Agency has no simple way of determining how much is spent on specific types of actions, such as site investigation. Cost estimates in RODs, which are done prior to remedy design, are estimates which serve as only general indicators of potential cost.

A 2001 Resources for the Future study (Probst, 2001) used expenditure data from EPA's financial management system to estimate the average dollars spent for Fund-lead RI/FSs, RDs, and RAs at the operable unit level for sites between 1992 and 1999. These costs are primarily extramural costs and do not cover other site-specific costs such as community and state involvement, nor other program costs, such as rent. Nevertheless, they provide an approximation of the relationship of site investigation costs to remedial design and remedial action costs. These cost comparisons are shown in Exhibit 13-5. The average RI/FS expenditures over all Fund-lead Superfund sites averaged 10 percent of combined costs for RI/FS, RD, and RA, which together account for most site expenditures. Since this estimate does not include the sampling and analysis work that occurs during remedial action, long-term remedial actions, and O&M, it represents a conservative estimate of the extent of site characterization work needed.

**Exhibit 13-5. Estimated Major Components of Superfund Costs**

| Expenditure Category | Cost per Fund-Lead Operable Unit ($000) | Percent of Total Expenditures |
|---|---|---|
| RI/FS | 1,363 | 9.9 |
| RD | 1,331 | 9.7 |
| RA | 11,059 | 80.4 |
| Total | 13,753 | 100.0 |

Notes:
- RI/FS costs do not include site characterization work conducted during remediations, O&M and long-term remedial actions.
- Average for non-federal Superfund Fund-lead sites from 1992 to 1999. These data do not include costs for long-term remedial actions and O&M.

Source: Probst, Katherine N. & David M. Konisky, et. al., 2001. *Superfund's Future, What Will It Cost*, Resources For the Future, Washington, D.C. 2001.

The data also indicate that site characterization cost as a percent of total cleanup cost is larger for smaller sites, than for larger sites (Exhibit 3-6). Site investigation costs are 7 percent of total site costs for "mega" Superfund sites (those with over $50 million in cost) and 15.5 percent for non-mega Superfund sites. Data are also available for drycleaner sites, which are almost all small and provide a useful comparison. On average, 28.2 percent of drycleaner site cleanup costs are for

site investigations. The drycleaner data, from a sample of 50 drycleaner sites from the State Coalition for Remediation of Drycleaners database, also indicate the extent of site investigation costs (See Chapter 12, Drycleaner Sites). The site investigation costs cited in this section do not include site characterization work that is often undertaken during remedial action and O&M. Almost 17 percent of drycleaner site cleanup costs were for O&M.

**Exhibit 13-6. Remediation Cost and Site Size**

| Site Type | Average Total Cleanup Cost | Site Investigation Cost | Percent |
|---|---|---|---|
| Mega Superfund (per OU) | $36,652,000 | $2,582 | 7.0% |
| Non-Mega Superfund (per OU) | $6,750.000 | $1,047 | 15.5% |
| Drycleaner | $402,000 | $113,000 | 28.2% |

Notes:
- Includes Total market value over 30 years.
- Does not include site characterization work conducted during remediations and O&M.

Source: Probst, Katherine N. & David M. Konisky, et. al., 2001. *Superfund's Future, What Will It Cost*, Resources For the Future, Washington, D.C. 2001; and Exhibit 12-2.

Applying these ratios to the estimated 30–year market values of each of the seven major remediation programs, the site characterization market is likely to be $21 billion over the next 30 years (Exhibit 13-7). *Because this estimate does not include site characterization work that is undertaken during remedial action and O&M, it may underestimate the total amount of sampling and analysis work needed.*

**Exhibit 13-7. Estimated Site Characterization Costs**

| Market Segment | Total Remediation Market | | Percent for Site Investigation | Value of Site Characterization Market ($Billions) [a] |
|---|---|---|---|---|
| | Number of Sites | Value ($Billions) | | |
| Medium and Large Sites (Superfund, RCRA Corrective Action, DOD, & DOE) | 16,000 | 145 | 10 | 14.5 |
| Small Sites (UST, Civilian Agencies, and States) | 278,000 | 64 | 16 | 6.5 |
| Total | 294,000 | 209 | | 21.0 |

[a] Because this estimate does not include site characterization work that is undertaken during remedial action and O&M, it may underestimate the total amount of sampling and analysis work needed.

Source: Exhibits 1-1, 1-2, 12-2, 13-6.

## 13.6 Market Entry Conditions

The characterization market can generally be divided into two vendor groups: architecture and engineering (A&E) firms who generally provide technical investigation expertise (e.g., geologists, chemists, project managers) and equipment and analytical vendors who provide the drill rigs, geophysical equipment, and analytical equipment use to carry out site characterization. Although the two types of firms usually operate differently, there is some overlap. Some A&E firms have their own equipment and some vendors that provide interpretation services for some of the innovative direct push probes. The exception to this generalization are very small specialized firms that might do site characterization only, or risk assessments only, and firms that primarily work in the UST area.

In recent years, there has been a great deal of consolidation in the A&E area. Firms that were once considered large players in the environmental characterization field have been merged into even larger firms. For example, URS-Griner acquired Woodward-Clyde, Dames and Moore, and EG&E. Consolidation is also occurring in the analytical laboratories sector. It has, however, not been as extensive in the heavy equipment operator business. Drill rigs and direct push rigs are generally supplied by large firms with many small offices around the country or small drilling firms that do environmental work as a supplement to their construction and water well business. Because of high mobilization costs, companies located closer to the site have a cost advantage.

Large corporations and government agencies (e.g., DOE and DOD) with large complex contaminated sites tend to rely on the large A&E firms. This is also true for some government agencies and companies that have many smaller sites around the country. Nevertheless, there are opportunities for smaller vendors to subcontract. Since the larger A&E firms generally view field equipment as a subcontract issue, companies that can provide services such as direct push with various ancillary detection equipment, as well as traditional drilling rigs, are more likely to prevail in contract award.

In the larger facility market, there is increasing regulatory pressure to perform better site characterizations than have been done in the past as well as pressure from the facility owners to keep costs down. This presents an excellent opportunity for new characterization technologies and site management approaches that are geared towards better and potentially less expensive site investigations and site management approaches (Section 3.2). The USEPA make this point in their Dynamic Field Activities and Triad initiatives (see web pages at http://www.epa.gov/superfund/programs/dfa/index.htm and http://www.epa.gov/tio/triad).

The cleanup market involving smaller hazardous waste handlers and generators, USTs, and commercial property transfers is somewhat more fragmented in terms of vendor participation. Smaller waste generators, such as drycleaners and independent UST owners (as opposed to those owned by the major oil companies), and real estate owners and developers are more likely to employ specialty firms (e.g., tank investigations only) or smaller A&E firms that can perform Phase 1 and Phase 2 assessments but are unlikely to have a robust RI/FS practice. In addition, many of the larger A&E firms are not interested in this type of work because of their higher overhead costs and the relatively small profit margin that smaller jobs entail.

The cleanup budgets for the smaller facilities are much smaller and their environmental problems are generally better defined, such as a leaking tank or a PCE release at a drycleaner. Innovative specialty tools such as LIF, MIP, or the halogen specific probe can, in most cases, perform a complete characterization for relatively little cost. These capabilities should be a good selling point for specialty contractors or the smaller A&E firms that undertake this type of work. Significant portions of this market can be accessed through local and state governments and prime contractors.

Finally, commercial property transactions, especially for those properties with a history of handling hazardous materials/wastes, generally have very low budgets for Phase 2 characterizations. Nevertheless, the characterization results often carry with them a high degree of financial liability. This market would be receptive to technologies that provide analytical results that are more representative of true site conditions at a reasonable cost.

Firms practicing dynamic field activities and the Triad approach need to bring together professionals with many disciplines, such as project management, statistical and geostatistical sampling design, and analytical chemistry. To achieve the appropriate disciplinary mix, some firms may partner with analytical service providers, statisticians, and other disciplines.

## 13.7 References

Applegate, J.L. and D.M. Fitton, 1998. "Rapid Site Assessment Applied to the Florida Department of Environmental Protection's Drycleaning Solvent Cleanup Program," in *Proceedings Volume for the First International Symposium on Integrated Technical Approaches to Site Characterization*, Argonne National Laboratory, pp. 77-92, http://clu-in.org/char1_edu.cfm#mode_expe.

Business Information Services, 2001. "ISO 14015 Finalized, New Site Assessment Standard for the International Community," *Environmental Site Assessment Report*, Southport, CT, December 2001.

Business Information Services, 2002. "Market Radar," in *Environmental Site Assessment Report*, Southport, CT, January 2002.

Crumbling, D.M., 2001a. *Applying the Concept of Effective Data to Environmental Analyses for Contaminated Sites*, EPA-542-R-01-013, U.S. Environmental Protection Agency, Office of Solid Waste and Emergency Response, Technology Innovation Office, October 2001.

Crumbling, D.M., 2001b. *Using the Triad Approach to Improve the Cost-Effectiveness of Hazardous Waste Site Cleanups,* EPA-542-R-01-016, U.S. Environmental Protection Agency, Office of Solid Waste and Emergency Response, Technology Innovation Office, October 2001.

FRTR, 1998. *Field Sampling and Analysis Technologies Matrix*. A publication of the Federal Remediation Technologies Roundtable. http://www.frtr.gov/site/analysismatrix.html

Probst, Katherine N. & David M. Konisky, et. al., 2001. *Superfund's Future, What Will It Cost*, Resources For the Future, Washington, D.C. 2001.

U.S. DOE, 2002. Adaptive Sampling and Analysis Programs (ASAP) web page, U. S. Department of Energy. http://www.Ead.anl.gov/project/dsp_topicdetail.cfm?topicid=23

U.S. EPA (Environmental Protection Agency), 1998. *Innovation in Site Characterization Case Study: Hanscom Air Force Base Operable Unit 1 (Sites 1, 2, and 3)*, EPA-543-R-98-006, U.S. Environmental Protection Agency, September 1998. http://clu-in.org/download/char/hafbcs2.pdf.

U.S. EPA, 2000. *Innovation in Site Characterization Case Study: Site Cleanup of Wenatchee Tree Fruit Test Plot Site Using a Dynamic Work Plan*, EPA 5420R-00-009. Washington, D.C., August 2000. Http://clu-in.org/char1_edu.cfm#site_char

U.S. EPA and USACE, *2001a. Dynamic Data Collection Strategy Using Systematic Planning and Innovative Field-Based Measurement Technologies*, Seminar sponsored by U.S. Army Corps of Engineers and U.S. Environmental Protection Agency's Technology Innovation Office, March 15, 2001.

U.S. EPA, 2001b. *Site Characterization for Subsurface Remediation*, EPA/625/4-91/026, Office of Research and Development, November 2001.

U.S. EPA, 2002. *Report on Innovative Approaches to Manufactured Gas Plant Site Characterization*, EPA-542-R-01-003, Office of Solid Waste and Emergency Response, Washington, D.C. October, 2002

U.S. EPA, 2003. *Using Dynamic Field Activities for On-Site Decision Making: A Guide for Project Managers,* EPA-540-R-03-002, Office of Solid Waste and Emergency Response, Washington, D.C. May 2003. http://fate.clu-in.org

U.S. EPA, web site. *Field Analytic Technologies Encyclopedia (FATE)*. http://fate.clu-in.org

U.S. EPA, web site. Field Sampling and Analysis Technologies Matrix, Version 1.0. http://www.frtr.gov/scrntools.htm

U.S. EPA, web site. *Dynamic Field Activities Internet Web Site,* http://www.epa.gov/superfund/programs/dfa

U.S. GAO, 2000. Analysis of Costs at Five Superfund Sites, GAO/RCED-00-22, U.S. General Accounting Office, January, 2000.

# Chapter 14
# DNAPLs at Hazardous Waste Sites

Dense non-aqueous phase liquids (DNAPLs) are chemicals that are denser than water and are only slightly soluble. Because of their physical and chemical properties, characterization and remediation of DNAPL-contaminated sites can pose significant challenges to site managers. Contamination of soil and groundwater by DNAPLs is associated with many hazardous waste sites and many industries, and has posed serious environmental problems for many years. This chapter describes the nature of the DNAPL problem and estimates of the extent of the market for its remediation.

Because of their density and low solubility, DNAPLs are often present in the subsurface in an undissolved phase. Most DNAPLs undergo only limited degradation in the subsurface, and persist for long periods of time while slowly releasing soluble organic constituents to groundwater. The most frequently applied remediation approach has been to use groundwater pump-and-treat systems primarily to contain the dissolved phase plume and not treat the source zone.[1] However, it has been shown that this approach has not been successful in achieving cleanup goals at many sites (NRC 1994). Efforts to remove free-phase and residual DNAPLs face the challenge of our limited capability to delineate the source zones. If some of the free-phase or residual DNAPLs remain, the deposit may continue to dissolve into the groundwater. Whether to treat or remove free-phase or residual DNAPLs involves tradeoffs between long-term and short-term site management options and costs. There is a debate in the scientific and engineering community regarding how much mass must be removed to have an effect on the groundwater concentration profile and on the duration of post-treatment containment activities.

DNAPL compounds are encountered in most industries and under all the remediation programs, including Superfund, RCRA Corrective Action, UST, DOD, DOE, and other cleanup programs. Thus, the market estimates in this chapter should not be added to those in the previous chapters of this report. Adding these estimates would be double-counting sites and, therefore, overestimating the scope of the market.

## 14.1 Market Description

While no compilation of the number of sites with DNAPLs exists, the extent of the problem can be described in terms of the occurrence of DNAPL-related chemical compounds at waste sites, the types of industrial activities that have resulted in free-phase DNAPLs, and the frequency of occurrence of those chemicals in the seven major remediation market segments.

---

[1] A source zone is that portion of the subsurface where immiscible liquids (free-phase or residual DNAPLs) are present either above or below the water table. The contaminated material in the source zone acts as a reservoir for the continued migration of contamination to surrounding environmental media or as a source for direct exposure (ITRC 2002).

### 14.1.1 DNAPLs in the Environment

Because DNAPLs are marginally soluble in, and heavier than, water, they can migrate to depths well below the water table. As they migrate, they can leave behind ganglia or microglobules in pore spaces of the soil matrix. When the sinking DNAPLs encounter a low-permeability layer, such as clay or bedrock, they can accumulate, or "pool" and spread laterally, until they encounter a fracture or other path toward deeper zones. Globules can also enter pores and be held there in capillary suspension. All these forms of undissolved chemicals (ganglia, globules, and pools) effectively serve as long-term sources of groundwater pollution. They can slowly dissolve in the surrounding groundwater and form contamination plumes. These plumes can have varying levels of concentration, such as narrow bands of high-concentration and bands of low-concentration. Because DNAPLs have very low solubility points, they can continue to release small, but environmentally important, quantities of contaminants into the groundwater for centuries. As a result of this complex pattern of subsurface transport, the distribution of DNAPLs can be difficult to delineate. In addition, very few sites report direct observation of DNAPLs in the subsurface. Many DNAPLs are colorless liquids which, when present as residuals in soil pores, are difficult to visually observe.[2]

### 14.1.2 Chemical Compounds that are DNAPLs

DNAPLs include halogenated organic solvents such as trichloroethylene (TCE), 1,1,1-trichloroethane (TCA), perchloroethylene (PCE), carbon tetrachloride, substituted aromatics, phthalates, polychlorinated biphenyl (PCB) mixtures, coal and process tars, creosote, and some pesticides. Exhibit 14-1 shows some of the common DNAPLs. A more comprehensive list of chemical compounds that are DNAPLs are found in various sources (Cohen and Mercer 1993, EPA 1992, 1993). DNAPLs are often complex mixtures of the listed chemicals, and many sites are contaminated with various combinations of DNAPLs, LNAPLs, metals and/or radionuclides.

These compounds are also among the most common contaminants at Superfund, DOD, RCRA, and DOE sites. Specific data for the other market segments are not available. State and brownfield sites, which include many former industrial properties, are likely to have a similar profile of chemical usage.

The presence of these chemicals does not guarantee that DNAPLs are present in free or residual phase. The occurrence of DNAPLs is a function of whether compounds were discharged to the environment in dissolved or free-phase liquid form, the material, waste management practices, volume and pattern of releases, and hydrogeological characteristics. Many early site investigations may have missed the presence of DNAPLs or presumed that the source of any dissolved-phase DNAPLs was from points of discharge on the surface. The presence and location of DNAPLs are usually not obvious, and EPA has produced reports and fact sheets to help site investigators estimate the potential occurrence of DNAPLs (U.S. EPA 1992).

---

[2] They can be identified through the use of reactive dyes that turn colors in the presence of DNAPLs or shaking a soil sample in a jar of water and observing DNAPLs as a second phase at the bottom of the jar.

**Exhibit 14-1. Common DNAPL-Related Chemicals**

| | | |
|---|---|---|
| **Halogenated VOCs**<br><br>Chlorobenzene<br>1,2,-Dichloropropane<br>1,1,-Dichloroethane<br>1,1,-Dichloroethylene<br>1,2,-Dichloroethane<br>Trans-1,2,-Dichloroethylene<br>Cis-1,2,-Dichloroethylene<br>1,1,1-Trichloroethane<br>Methylene Chloride<br>1,1,2-Trichloroethane<br>Trichloroethylene<br>Chloroform<br>Carbon Tetrachloride<br>1,1,2,2-Tetrachloroethane<br>Tetrachloroethylene<br>Ethylene Dibromide | **Halogenated SVOCs**<br><br>1,4-Dichlorobenzene<br>1,2-Dichlorobenzene<br>Aroclor 1242, 1254, 1260<br>Chlordane<br>Diedrin<br>2,3,4,6-Tetrachlorophenol<br>Pentachlorophenol<br><br>**Non-Halogenated SVOCs**<br><br>2-Methyl Napthalene<br>o-Cresol<br>p-Cresol<br>2,4-Dimethylphenol<br>—Cresol<br>Phenol | Napthalene<br>Benzo(a)Anthracene<br>Fluorene<br>Acenapthene<br>Anthracene<br>Dibenzo(a,h)Anthracene<br>Fluoranthene<br>Pyrene<br>Chrysene<br>2,4-Dinitrophenol<br>Other polynuclear aromatic hydrocarbons<br><br>**Miscellaneous**<br><br>Coal tar<br>Creosote |

Note: Many of these chemicals are found mixed with other chemicals or carrier oils.
Source: U.S. Environmental Protection Agency, Office of Solid Waste and Emergency Response, Estimating Potential Occurrence of DNAPLs at Superfund Sites, Publication 9355.4-07S, January 1992.

### 14.1.3 Industrial Activities

One of the most accurate indicators of probable releases of DNAPLs at a site is the site's history—the types of industries that operated on the site, industrial processes, and waste management practices. The text box lists industries that have a high probability of DNAPL releases, based on the materials they use or discharge and historical industrial and waste management practices. Industrial or waste disposal processes with a high probability of DNAPL release include metal cleaning and degreasing, tool-and die operations; machinery, equipment, and instrument repair and maintenance; paint removing and stripping; storage of solvents in underground storage tanks; storage of drummed solvents in uncontained storage areas; solvents loading and unloading; disposal of mixed chemical waste in landfills; and treatment of mixed chemical waste in lagoons or ponds.

***Industries With High Probability of Past DNAPLs Release***

- Wood preservation
- Manufactured gas plants
- Electronics and electrical equipment manufacturing
- Transportation equipment manufacturing (e.g., aircraft, automobiles, and engines)
- Fabricated metal products manufacturing
- Solvent manufacturing, distribution, packaging, and recycling
- Pesticide and herbicide manufacturing, packaging, and distribution
- Organic chemical manufacturing, distribution, packaging, and recycling
- Equipment maintenance
- Drycleaning
- Instrument manufacturing
- Transformer oil production/reprocessing
- Coking operations
- Pipeline compressor stations
- Departments of Defense and Energy maintenance and training activities.

### 14.1.4 Hydrogeological Characteristics

Because of its tendency to migrate to the lowest possible level and pool, DNAPL transport in the subsurface is very sensitive to the geological media through which it passes. Site geology can affect many aspects of DNAPL contamination, including the likelihood that the DNAPL will reach the saturated zone, ultimate depth of the DNAPL travel, extent of lateral travel, likelihood that pools will form and their shape, and the spatial distribution of the dissolved-phase plume. These factors will also affect the nature and probable success of the site characterization and remediation work that will be needed. Previous research indicates that the nature of DNAPL deposits are most likely to be influenced by local and site-specific geological formations, rather than overall hydrogeological regions (U.S. EPA 1993a).

Approaches to DNAPL characterization and remediation differ significantly depending on whether DNAPL source zones are shallow or deep. Examples of situations encountered with *shallow source zones* are:

- Sites with installed pump-and-treat systems that have inadequately contained plumes, whether or not they have addressed the source zones. Additional characterization and decisions regarding revisions to the remedies may be called for, either to address the plume, the source zone, or both;

- A continuing market where pump and treat and permeable reactive barriers (PRBs) will be used as part of remediation;

- Old and new sites with undefined source zones. The remediation approaches used at these sites will depend on regulatory policy, available technology, and economics in affecting tradeoffs between source reduction and containment.

In all these situations, there appears to be an expanding market for the new technologies that provide on-site characterization.

It is likely that characterization of *deep source areas* and bedrock will continue to use "traditional" technologies, such as drilling rigs, in the near future. Research and development in this area is needed to develop more effective characterization and remediation approaches.

## 14.2 Factors Affecting Demand for Remediation Services

The proportion of DNAPL sites that will be subject to containment and how many will undergo source zone treatment is uncertain. A number of factors may affect the decision to attempt to strike a balance between remediating a source zone and long-term pump and treat at a DNAPL site, and hence the potential demand for remediation services. These factors, which are not mutually exclusive, include:

- Regulatory requirements at some sites may call for achieving groundwater MCLs in the source zone. In some cases, regulatory requirements may be so stringent that property owners and PRPs seek alternatives, such as technical impracticability waivers, to source reduction or removal.

- The CERCLA process of remedy selection includes a preference for remedies that provide "permanence and treatment" to the extent practicable. This implies that, to the extent practicable, contaminants are to be treated and/or destroyed.

- The ability to economically delineate the DNAPL source zones varies from site to site, and is especially difficult in fractured rock.

- The ability to show that source reduction will significantly reduce the long-term costs of containment also varies from one site to another.

- The effective combinations of technologies have the potential for performance and cost advantages. However, sometimes the need to apply more than one cleanup technology may increase the complexity, cost, and uncertainty of a remediation.

- Potential contamination at uncharacterized, or undiscovered sites, such as MGP sites, former drycleaners sites, or other brownfields sites, may increase the number of sites that need characterization and/or remediation.

- Development and acceptance of innovative remedial and characterization technologies. Effective technologies are especially needed for deep sources. Characterization and remediation of deep sources are more costly and usually produce less certain results than those of shallower sources.

- A number of states have recognized the need to consider newer site characterization and remediation technologies prior to granting waivers from ARARs for technical impracticability (ITRC 2002).

- Reuse considerations at a site may drive the type of remediation approach selected and/or generate a need for a faster cleanup at a site. For example, a developer may not be able to use a property that has pump-and-treat equipment in important locations on the property, or institutional controls that limit the property's intended use. In some situations, it may be possible to place treatment system features in locations more compatible with the intended reuse, or use a different treatment approach.

  Some prospective property purchasers may need the property cleaned up faster than is possible with a pump-and-treat system. An alternative, such as a protective cap may be installed more quickly than a groundwater treatment system, thereby enabling the property to be put into productive use more quickly. On the other hand, a cap may not be compatible with some reasonably anticipated future site uses, and usually will be accompanied by institutional controls.

## 14.3 Number and Types of Sites

Based on the types of contaminants found at hazardous waste sites and other factors, it is likely that a significant number of sites have a DNAPL problem. However, no single source provides definitive information on the number and characteristics of sites that may require DNAPL remediation. The type and amount of DNAPL remediation work needed vary widely from one site to another, depending on the nature and extent of the contaminant release, geology and hydrogeology of the area, source of contamination, size of the site, and other factors. Exhibit 14-2 summarizes data on the incidence of VOCs and SVOCs, many of which are DNAPL chemicals. About 78 percent of NPL sites contain VOCs (69 percent halogenated) and 71 percent contain SVOCs ( 44 percent PAHs, 28 percent pesticides, 27 percent PCBs, and 26 percent halogenated SVOCs). Many NPL sites have combinations of these compounds. About 64 percent of DOD sites contain VOCs (49 percent halogenated, 32 percent non-halogenated). Fifty-seven percent of DOD sites contain SVOCS, including PAHs (16 percent) organic pesticides or herbicides (15 percent), halogenated SVOCs (8 percent), and PCBs (6 percent) (Exhibit 14-2).

Based on data from 214 RCRA Corrective Action sites collected in the early 1990s, 60 percent contained halogenated VOCs, 18 percent PAHs, 11 percent non-halogenated SVOCs, 11 percent halogenated SVOCs, and 9 percent unspecified VOCs and SVOCs. Halogenated compounds are often DNAPLs. Based on a 1993 EPA evaluation of 79 treatment, storage, and disposal facilities, 9 of the 19 predominant constituents projected above action levels in groundwater are DNAPL chemicals (U.S. EPA 1994).

The use of DNAPL compounds at a site does not guarantee that DNAPLs are present in free-phase or residual form. The nature and extent of the DNAPL deposits also depend upon the form, pattern, and volume of release, hydrological conditions and other factors.

**Exhibit 14-2. Occurrence of VOCs and SVOCs at Contaminated Sites**

| Remediation Program | VOCs | SVOCs |
|---|---|---|
| NPL | 78% | 71% |
| RCRA Corrective Action | 60% + | 18% + |
| DOD | 64% | 57% |
| DOE | 38%* | 38%* |

- * DOE figure combines SVOCs and VOCs. This figure is based on data in early 1990s.
- About 69% of NPL sites contain halogenated VOCs, 44% PAHs, 28% pesticides, 27% PCBs, and 26% halogenated SVOCs.
- About 49% of DOD sites contain halogenated VOCs, 32% non-halogenated SVOCs, 16% PAHs, 15% organic pesticides or herbicides, 8% halogenated SVOCs, and 6% PCBs.
- The RCRA VOCs figure is for halogenated VOCs, since the data were not aggregated into major contaminant groups. About 32% of RCRA sites also contain other non-halogenated VOCs, and 11% contain BTEX. The SVOCs figure for RCRA Corrective Action sites is for PAHs, since the data were not aggregated into major contaminant groups. About 11% contained non-halogenated SVOCs, 11% halogenated SVOCs, 9% unspecified VOCs and SVOCs, and 36% contain other unspecified contaminants.

Source: Chapters 3, 4, and 6.

29-45% of NPL sites, or an average of 37%, are likely to have free-phase or residual DNAPLs present in the subsurface. These estimates incorporate several approximations and simplifying assumptions as described in the text.

Although the occurrence of halogenated compounds is a strong indication that the site may have DNAPLs, it does not guarantee that it will. The occurrence of DNAPLs is also influenced by industrial practices, form and volume of releases, and hydrogeological conditions, among other factors. A 1993 EPA study considered these factors to estimate the likelihood of free-phase DNAPL presence at NPL sites (U.S. EPA 1993a). This study concluded that approximately 57 percent of NPL sites with organics contamination in groundwater either have, or could be expected to have a medium to high potential of DNAPLs presence, which could provide a source of groundwater contamination in the subsurface. The remainder of the sites could be expected to fall within the category of "low to unlikely" to have DNAPLs present. (The percentages were: 100% potential = 5%, high potential = 32%, medium potential = 20%, low potential = 27%, and zero potential = 16%). Based on interpolation of data in this report (U.S. EPA 1993a), it is estimated that 29-45 percent of all NPL sites, or an average of 37 percent are likely to have free-phase or residual DNAPLs.

Many of the compounds found at these sites are also found at many non-Superfund sites, such as RCRA sites. Based on information about previous site uses, it is likely that these chemicals are also present at contaminated brownfields sites. Conclusions regarding UST sites are less certain. There are an estimated 25,000 USTs containing hazardous substances and many are likely to contain solvents. Although it is likely that a significant number of these contain solvents, there are no recent data regarding the specific chemicals contained in USTs. Petroleum-containing USTs are more likely to contribute to the presence of BTEX, which are LNAPLs.

DNAPL-related chemicals are also released to the environment by the drycleaning industry and were released by the now defunct manufactured gas industry. The characteristics of drycleaner sites are described in Chapter 12. Based on that discussion, over 15,000 active drycleaner sites will probably need site investigation and remediation. About 90 percent of these facilities use perchloroethylene (PCE) as their primary drycleaning solvent. In addition, there may be 9,000 to 90,000 "inactive" sites, which are former or closed drycleaning facilities. Older facilities used more drycleaning solvent than newer ones and tended to have more releases. Most of these sites tend to be remediated under a state mandated or voluntary control program. They are not counted separately in the above estimates, but are probably a component of the state site figure.

The cleanup of former manufactured gas plants (MGPs) and other coal tar sites may be addressed under any of the remediation programs, such as Superfund, RCRA, or a state environmental program, depending on the nature and extent of the contamination and other site-specific factors. The characteristics of MGPs and other coal tar sites are discussed in Chapter 10. Based on the estimates presented in that chapter, there may be 30,000 to 45,000 former MGP sites. These sites varied in size from less than one acre to approximately 200 acres. Because of the nature of the gas manufacturing process and the practices at the time, releases of contaminated materials to the environment were common. A small percentage of these sites have been, or are being, cleaned up under one or more of the seven major market segments. For

example, 12 MGP sites are on the NPL and some have been reported under state cleanup programs. Because these sites may be managed under any of the remediation programs, the estimates of the MGP market should not be added to those of the seven major market segments above. Adding these estimates would be double-counting sites and cleanup costs, thereby overestimating the market's scope.

Summarizing this information, it is estimated that, 37 percent of non-federal NPL sites, 28 percent of RCRA, 28 percent of state, 30 percent of DOD, and 30 percent of DOE sites are likely to have a DNAPL problem. Although there are possibly thousands of UST sites with DNAPLs (e.g., tanks containing solvents), there are insufficient data on the number of tanks that contain them to make a meaningful estimate. These percentages result in the estimates presented in Exhibit 14-3. The estimated percentage of sites with DNAPLs is interpolated from data in the EPA study (U.S. EPA 1993a) and adjusted for the percentage of sites with groundwater contamination (83 percent). The NPL percentages are applied to the other market segments based on the occurrence of organics in those segments relative to the NPL segment.

In addition to sites that have not yet begun remediation, there may be old sites (those with ongoing or completed remedy construction) where a DNAPL problem has not yet been discovered, where operating pump-and-treat systems are not adequately containing the plumes, and/or where addressing the source zones have not been attempted. As new characterization and remediation approaches become practicable, the remedies at these sites may be revisited.

**Exhibit 14-3. Estimated Number of Sites With DNAPLs**

| Cleanup Market Segments | Estimated No. of Sites to be Cleaned up [a] | Estimated Percent With DNAPLs (%) | | Estimated Number of Sites With DNAPLs | |
|---|---|---|---|---|---|
| | | Range | Average | Range | Average |
| NPL (non-federal) | 736 | 29 – 44 | 37 | 213 – 324 | 538 |
| RCRA | 3,800 | 22 – 34 | 28 | 836 – 1,292 | 1,052 |
| UST | 125,000 | NA | NA | NA | NA |
| DOD | 6,400 | 24 – 37 | 30 | 1,536 – 2,368 | 1,819 |
| DOE | 5000 | 24 – 37 | 30 | 1,200 – 1,850 | 1,469 |
| Civilian Agencies | > 3,000 | NA | NA | NA | NA |
| State & Private | 150,000 | 22 – 34 | 28 | 33,000 – 51,000 | 41,200 |
| Total | 293,936 | | | 37,260 – 54,814 | 46,078 |

NA Not available
[a] From Exhibit 1-1.
Source: Analysis of data in *Evaluation of the Likelihood of DNAPL Presence at NPL Sites, National Results,* OSWER Publication 9335.4-13, EPA 540-R-93-073, PB93-963343, Office of Solid Waste and Emergency Response, September, 1993.

These estimates are approximations that incorporate a number of simplifying assumptions as described above. For example, evidence of discharge of a compound does not necessarily mean it remains in free-phase or residual form. The compounds could be dissolved, in which case this methodology would overstate the number of sites with free-phase or residual DNAPLs. On the other hand, since not all compounds associated with DNAPLs were included in previous studies, the estimate may be understating the extent of the DNAPL problem.

## 14.4 Estimated Remediation Costs

Any estimate of the value of the site characterization market is hampered by the extremely wide range of potential site conditions and the paucity of program-wide data on costs that pertain to specific DNAPL remediations. Most cleanup programs do not compile data on expenditures pertaining to specific contaminants or pollutants, or specific actions such as pump-and-treat operations, excavations, or laboratory analyses in a manner that can be aggregated or used to compute averages. Many sites are being remediated for more than one contaminant and medium. Even if total remediation cost for a site is known, the specific costs attributable to DNAPL remediation would be difficult to determine. Cost estimates in RODs, which are done prior to remedy design, are estimates which serve as only general indicators of potential cost.

Remediation costs for DNAPLs are primarily affected by costs involved in removing or reducing source zones and costs incurred in addressing dissolved phase plumes. Because pump-and-treat systems have often been a major part of both types of DNAPL remediations, it is useful to examine the historical experience with their costs. In reviewing historical cost data, it is important to bear in mind that the study of many existing sites is complicated by the fact that many previous pump-and-treat systems were installed and began operations before the existence of a subsurface DNAPL source zone was suspected. Thus, historical cost data from these sites may not be reflective of ultimate costs at future sites.

### 14.4.1 Pump-and-Treat System Costs

Historically, pump-and-treat systems have been the principal remedy at DNAPL sites. Information on the cost of pump-and-treat systems from three EPA studies provides useful insight into the potential magnitude and variability of these costs. In a 1999 study of 26 pump-and-treat remediations and two PRB systems, EPA estimated that the average capital cost for pump-and-treat systems was $3.5 million and the average annual operating cost was $670,000 (U.S. EPA 1999). Some of these expenditures may include costs for source control remedies, such as slurry walls, when the source control was an integral part of the groundwater cleanup. Comparing these costs on a per volume of water treated basis, the estimates were $250 capital and $31 O&M per 1,000 gallons per year, respectively (Exhibit 14-4). A 2001 EPA study indicated similar results (U.S. EPA 2001c).

### Exhibit 14-4. Cleanup Costs for Selected Pump-and-Treat Projects

| | Annual O&M Costs | | | | Capital Costs | | | | Millions of Gallons/Year | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Mean (000) | Per 1,000 Gallons Annually | Median (000) | Per 1,000 Gallons Annually | Mean (000) | Per 1,000 Gallons Annually | Median (000) | Per 1,000 Gall. Ann | Mean | Med |
| **26 Project Sample (U.S. EPA 1999)** [b] | | | | | | | | | | |
| All 26 Sites | 670 | 31 | 190 | 18 | 3,500 | 250 | 1,900 | 96 | 63 | 21 |
| **32 Project Sample (U.S. EPA 2001c)** | | | | | | | | | | |
| All 32 sites | 770 | 32 | 260 | 16 | 4,900 | 280 | 2,000 | 78 | 120 | 30 |
| **79 Project Sample (U.S. EPA 2001a)** | | | | | | | | | | |
| All 79 Sites | 570 | NA | 350 | NA | NA | NA | NA | NA | NA | NA |
| Sites with Observed NAPLs | 736 | NA | 402 | NA | NA | NA | NA | NA | NA | NA |
| Sites With Suspected NAPLs | 568 | NA | 285 | NA | NA | NA | NA | NA | NA | NA |

b Does not include two sites where PRBs were used as the only remediation technology.
NA Not available

source: U.S. EPA. 1999. *Groundwater Cleanup: Overview of Operating Experience at 28 Sites,* EPA 542-R-99-006, Office of Solid Waste and Emergency Response, September 1999; U.S. EPA. 2001. *Groundwater Pump and Treat Systems: Summary of Selected Cost and Performance Information at Superfund-financed Sites,* EPA 542-R-01-021b, Office of Solid Waste and Emergency Response, December 2001; U.S. EPA. 2001. *Cost Analysis for Selected Groundwater Cleanup Projects: Pump and Treat Systems and Permeable Reactive Barriers,* EPA 542-R-01-013, Office of Solid Waste and Emergency Response, February 2001.

The 2001 study, which used data from the above 26 sites plus 6 additional pump-and-treat sites, indicated significant economies of scale, (decreasing cost per gallon of water treated) for systems that pump and treat up to 20 million gallons per year. As system sizes exceed 20 million gallons per year, there is little change in cost per gallon. However, because the systems studied represent several different technologies, contaminants, and site conditions, some of the variation in unit costs may be due to variations between sites using different technologies or treating for different contaminants. There were not enough data points to develop meaningful separate cost curves for each technology and set of site conditions. Nevertheless, these data imply a general tendency of decreasing unit costs up to a point. To the extent that economies of scale exist, it is likely that per gallon pump-and-treat costs at most state and private sites will probably be higher than at most Superfund, RCRA, DOD and DOE sites, which tend to be larger (Exhibit 14-5).

> Because of potential economies of scale in P&T systems, most smaller sites, such as most state sites, are likely to have higher unit P&T costs, on average, than most Superfund, RCRA, DOD, and DOE sites.

The exhibit also shows that the type of contaminant group and type of aboveground treatment affects the operating cost of a pump-and-treat system. Sites at which chlorinated solvents, alone or with other VOCs, were present had lower operating costs and capital costs than sites with

other combinations of contaminants (average of $26 per 1,000 gallons per year compared to $53, and median of $12 compared to $39). Similarly, treating for chlorinated solvents, alone or with other VOCs, using air stripping or granulated activated carbon only, the average O&M cost was substantially lower than the average for sites treating for these contaminants plus other combinations of contaminants, such as solvents, BTEX, metals, PCBs, or PAHs (median of $3 per 1,000 gallons per year compared to $40).

**Exhibit 14-5. Comparison of Pump-and-Treat Costs for Selected Projects**

| Site Characteristic | Ave. O&M Cost per Thous. Gal. Annually | Median O&M Cost per Thous. Gal. Annually | Ave. Capital Cost per Thous. Gal. Annually | Median Capital Cost per Thous. Gal. Annually |
|---|---|---|---|---|
| # 20 million gallons per year (14 sites) | 62 | 42 | 580 | 440 |
| $ 20 million gallons per year (18 sites) | 10 | 5 | 49 | 24 |
| Sites with chlorinated solvents alone or with other VOCs (18 sites) | 26 | 12 | 3,600,000 | 1,900,000 |
| Sites with other combinations of contaminants (solvents, BTEX, metals, PCBs, or PHBs) (9 sites) | 53 | 39 | 8,900,000 | 7,400,000 |
| Sites with chlorinated solvents alone or with other VOCs that use air stripping and/or GAC (11 sites) | NA | 3 | NA | NA |
| Sites with other combinations of treatment technologies (7 sites) | NA | 40 | NA | NA |

Notes: GAC: Granulated activated carbon
NA: Data not available

These results should be interpreted with caution. First, the sites were not selected for this study to be a statistically representative sample of groundwater remediation projects, although they include a range of system types and situations at Superfund and RCRA Corrective Action sites. Second, the unit cost (per 1,000 gallons treated) is highly dependent on site-specific factors, such as the specific treatment technology used, complexity of the aquifer, types and mix of contaminants targeted for treatment, water and air discharge limits, and restoration goals. Third, the data are presented primarily as annual O&M costs and initial capital costs. These data are necessary, but insufficient to make decisions on selecting technologies for a given site. Decisions about which technology is less expensive are typically based on life-cycle costs. Estimating life-cycle costs requires information on the duration of the system and repair and replacement requirements in the out years, which were not available in these studies.

The third study, a 2001 EPA study of 79 Superfund-financed sites, estimated that the average annual O&M costs of a pump-and-treat system is approximately $570,000, and the median is $350,000 (U.S. EPA 2001a). This difference is due to a small number of systems with relatively

> The average life-cycle cost for pump-and-treat systems at Fund-lead sites has been estimated to be $10 million and have a net present value of $6 million. This average may be higher if systems continue to operate beyond 30 years, which is likely to be the case for sites with appreciable unaddressed NAPL contamination.
>
> The O&M costs per 1,000 gallons of water treated per year with pump-and-treat systems appears to decline with increasing volume of water treated until about 20 million gallons per year. Above 20 million gallons, there is little change in unit cost as volume increases.

high costs that raise the average. Factoring in estimated durations of the pump-and-treat systems obtained from an RPM survey, the study estimated average life-cycle cost to reach remediation completion for the average Fund-lead pump-and-treat system is approximately $10 million without discounting and $6 million with discounting (i.e., present value).[3] The study also indicated that average annual pump-and-treat cost for sites where NAPLs (the report did not differentiate between LNAPLs and DNAPLs) were observed is 29 percent higher than for all sites. Exhibit 14-4 displays the estimated average costs from these studies.

In applying this information to understand the potential cost of DNAPL cleanups it is important to understand that these estimates *may understate* future costs of the systems studied. Regional staff surveyed may have assigned a default value of 30 years to systems for which the expected system duration was unknown. While the practice of using 30 years as a default value has been used in many engineering cost applications, some pump-and-treat systems may need to operate many decades, or centuries beyond. EPA guidance on cost analysis for feasibility studies states that the period of analysis "should not necessarily be limited to the commonly-used assumption of 30 years"(U.S. EPA 200b). There is an increased likelihood that, over long periods, additional maintenance and replacement of system components and reactive materials will be needed. In addition, the cost of replacing system components during the initial 30 years may have not been included. These uncounted costs may be significant.

Also not included in the above cost estimates is the potential cost of revising remedies at older sites where the original remedy design did not adequately consider the existence of free-phase or residual DNAPLs in the subsurface. The case studies indicate that there may be such situations, because the groundwater pump-and-treat systems at some sites began before the existence of subsurface DNAPL source zones were suspected.

Knowledge about the present value of the future O&M costs is an important factor in determining the balance between containment and treatment at a site. Present value estimates can be compared to the cost of additional source removal in the short term (which is usually not discounted since it is an early, short-term cost). Similar calculations might be used by state or federal regulators in ensuring that adequate funds are available to continue O&M at a site. In

---

3 Because funds not spent at present can be invested at a rate that exceeds inflation, current funds can yield additional money for future expenditures, thereby making present-day dollars worth more than future dollars. As a result, future costs are often discounted and reported as present value. The discount rate, which is similar to an interest rate and differs from project to project, is primarily a function of the cost of capital to the responsible entity, or, in the case of some federal rulemakings and expenditures, a "social discount rate." The discount rate used in the 2001 study is 5 percent and all figures are reported in 2001 dollars.

addition to examining discounted costs and performance, decision makers are also advised to examine undiscounted costs in comparing alternative remedies.

The data in these studies demonstrate the highly variable nature of the costs among sites. Because of this variability and because of the small sample sizes, the estimates are presented as a general overview of pump-and-treat costs, and are not meant to be used to guide cost estimates for any specific project.

## 14.5 Remediation Technologies and R&D

Effectively remediating DNAPLs requires adequate means of finding and delineating them (characterization) and treating them (remediation). In the past, both characterization and remediation have tended to be expensive. As a result, many potentially responsible parties have not characterized source zones but rather have chosen dissolved plume containment while seeking a "technical impracticability waiver" for the actual cleanup of the source zone. The dissolved plume containment has generally consisted of a groundwater pump-and-treat system and more recently of some form of permeable reactive barrier (PRB) such as zero valent iron for TCE. A pump-and-treat system is relatively inexpensive to install but incurs relatively high operation and maintenance costs over the life of the system. PRBs are relatively expensive to install and their effective lifetime before requiring replacement is uncertain.

Despite the many groundwater pump-and-treat projects, many sites have not achieved cleanup goals, largely due to the infeasibility of recovering more mass by continued pump and treat. A 1994 study by the National Academy of Sciences concluded that 42 of 77 sites examined, were unlikely to achieve cleanup to drinking water standards. At 29 sites, cleanup to drinking water standards is possible but subject to significant uncertainties. For these later sites, partial cleanup was offered as a possibly more realistic scenario (NRC 1994). Without treatment of the source zone, these systems will be required to function for many years, perhaps decades or centuries at some DNAPL sites, as the sources slowly dissolve into the groundwater.

### 14.5.1 Site Characterization Technologies

Characterization of a DNAPL source zone has traditionally been problematic. For the most part, characterization in unconsolidated formations calls for a relatively refined description of the site stratigraphy and vertical and horizontal profiling of dissolved DNAPL concentrations in the groundwater. This characterization information, in conjunction with a knowledge of the site history, is then used to determine where to drill for the DNAPLs. Since DNAPL subsurface architecture can be very complex, with many thin lenses of pure phase with randomly occurring residual areas, continuous coring and screening/testing of the cores is a prevalent practice. When the coring is done using a hollow stem auger it is slow and costly. This cost of characterization has in some cases led to an inadequate delineation of the source area and dissolved plume and, subsequently, to the installation of containment systems that inadvertently do not address the source area nor the entire plume.

In the past ten years a number of characterization technologies have become available that greatly reduce the difficulty, and sometimes cost, of finding DNAPLs in the shallow (less than

60 feet) subsurface. Most of these advances have come as a result of direct push technology (DPT) and provide either direct in-situ sampling (near continuous groundwater sampling for vertical profiling, membrane interface probe for near continuous contaminant sampling ) or in-situ measurement of contaminants (e.g., induced fluorescence, halogen probe). Also, dual tube DPT rigs can provide a relatively inexpensive way to collect continuous cores for surface contaminant screening by portable instruments and hydrophobic dye tests. The degree of characterization needed also depends on the remediation technology under consideration. However, the corollary is also true: Because they make possible more accurate delineation of contamination plumes and DNAPL source areas, the newer characterization technologies can improve the effectiveness of some of the older remediation technologies and enable the application of the newer approaches.

### 14.5.2 Treatment Technologies

A number of in-situ remediation technologies have recently been developed to address DNAPL contamination. These technologies generally fall into one of three categories: thermal, oxidation, or surfactant and cosolvent flushing. Thermal technologies (steam and electrical) rely on elevating the temperature of the subsurface to make the contaminants more mobile so they can be captured by collection devices. The elevated heat can also cause direct chemical destruction or destruction by hydrous pyrolysis. Since thermal technologies treat general areas, the precise location of DNAPL masses is not as important as it is for the other technologies.

Oxidation techniques rely on the injection of oxidizing chemicals, such as permanganates or hydrogen peroxide, into the subsurface where they react with the DNAPLs and destroy them. Since the main expense with oxidizing technologies is the cost of the oxidant, information on quantities of contamination and the extent of naturally-occurring oxidant demand (NOD) are important. There is a growing body of full-scale remedial experience where this very approach has been approved by regulators and resulted in the issuance of no-further action letters. Nevertheless, contact between oxidizing agents and contaminants is required for effective treatment and achieving adequate contact is problematic in low-permeability and /or heterogenous media.

Finally, flushing can be accomplished using cosolvents (alcohols), surfactants, or hot/cold water. Otherwise stationary contaminant masses are mobilized by the flushing agent and both are captured by a collection well(s). With the exception of hot/cold flushing, the above technologies have been shown to be able to capture or destroy between 60 and 90 percent of the contamination.

There is a great deal of discussion in the remediation community as to whether removal of 60 to 90 percent of a DNAPL mass is worth the cost. Because the remaining mass will continue to be a source of groundwater contamination, containment may still be needed to prevent risk of exposure. Some argue that by creatively structuring a treatment train across a site using aggressive source removal followed by downstream passive polishing techniques, such as bioremediation, natural attenuation could then be used instead of pump and treat to address the dissolved phase plume. This is an area where more research is required to determine which sources might be amenable to this approach. The research is needed to better define mass flux

rates from reduced source zones and the potential for early shut down of pump-and-treat systems. There is also a need to develop better tools for both characterizing and remediating deep DNAPL sources, particularly those found in fractured bedrock.

### 14.5.3 Balancing Source Removal/Treatment vs. Containment

The extent to which site managers will continue to rely on containment approaches compared to source zone reduction will depend on decisions made at individual sites. These decisions will be based on technical, financial, and reuse considerations for the site, as well as regulatory requirements and policy.

Through most of the 1990s, EPA policy recognized the difficulties of remediating sites containing DNAPL source zones and associated groundwater plumes, although the Agency continued to encourage aggressive cleanup of DNAPL source areas to the extent feasible. As a result, EPA policy has incorporated an implicit presumption that removal of DNAPLs from the subsurface is not practicable in many situations. In its 1993 guidance on "technical impracticability" EPA recognized that current technology was not capable of removing DNAPL mass (U.S. EPA 1993b). EPA policy has also suggested that waivers due to technical impracticability would be a presumptive remedy at DNAPL sites (U.S. EPA 1995 and 1996). Since then, progress has been made in both site characterization and remediation technologies that can affect DNAPL site management. Improved site characterization approaches may be used to improve the effectiveness and cost of plume management and treatment and treatment of the source zone. Thus, there is a growing awareness that accelerated groundwater restoration may be cost effective at many sites.

A number of states have recognized the potential of the newer characterization and treatment tools in their regulatory policies regarding DNAPLs (ITRC 2002). They encourage the use of these tools to reduce the DNAPL source zone through removal and/or treatment of free-phase or residual DNAPLs. Their policy is to not grant ARAR waivers due to technical impracticability without serious consideration of innovative and emerging source reduction technologies.

In conjunction with the state and federal regulatory policies, remediation professionals generally compare the costs and relative effectiveness of alternative approaches to reducing risks. For most DNAPL sites, the choice will be between a high initial cost and low future annual cost, on the one hand, and lower initial costs and moderate annual O&M costs for many years, perhaps decades or centuries, on the other. This tradeoff will be influenced by the discount rate used to compare future expenses to current expenses. Although EPA guidance provides "rules of thumb" for the selection of the discount rate, decision makers may use a lower or higher discount rate if there is justification for it (U.S. EPA 2000b). Some additional critical factors to be considered include life-cycle cost of all alternatives in both discounted and undiscounted dollars, including all probable costs, such as replacement of equipment and reactive materials, projected repairs, and O&M; and probable performance of each technology considered, given the site's history, type and form of contaminants, manner and form of contaminant releases, and hydrogeologic characteristics. Regulators, responsible parties, and site owners will need to carefully structure these evaluations to ensure that funds will be available to continue O&M as long as necessary to protect human health and the environment.

## 14.6 References

FRTR, 2004. *Technology Cost and Performance*, a database maintained by the Federal Remediation Technologies Roundtable (FRTR). http://costperformance.org/search.cfm

ITRC, 2002. *DNAPL Source Reduction: Facing the Challenge*, Interstate Technology and Regulatory Council, April, 2002.

ITRC, 2003a. *Technical and Regulatory Guidance for Surfactant/Cosolvent Flushing of DNAPL Source Zones,* Interstate Technology and Regulatory Council, April 2003.

ITRC, 2003b. *An Introduction to Characterizing Sites Contaminated with DNAPLs,* Interstate Technology and Regulatory Council, September 2003.

Kram, Keller, Rossabi, & Everett, 2001. "DNAPL Characterization Methods and Approaches, Part 1: Performance Comparisons," Mark L Kram, A.A. Keller, J. Rossabi, and L.G. Everett, *Ground Water Monitoring & Remediation*, Fall 2001, pp. 109-123. http://www.cluin.org/download/char/GWMR_Fall_109-123.pdf

Kram, Keller, Rossabi, & Everett, 2002. "DNAPL Characterization Methods and Approaches, Part 2: Cost Comparisons," Mark L Kram, A.A. Keller, J. Rossabi, and L.G. Everett, *Ground Water Monitoring & Remediation*, Winter 2002, pp. 46-61. http://www.cluin.org/download/char/GWMR_W_02_46-61.pdf

NRC, 1994. *Alternatives for Groundwater Cleanup*, National Research Council, National Academy Press, Washington, D.C., 1994.

SERDP, 2001. *Final Report, SERDP/ESTCP Expert Panel Workshop on Research and Development Needs for Cleanup of Chlorinated Solvent Sites*, Strategic Environmental Research and Development Program sponsored by U.S. DOD, U.S. DOE, and U.S. EPA. http://www.serdp.org/news/other_events/2001/chlorsolv/chlorsolvcleanup.pdf

U.S. EPA (Environmental Protection Agency), 1993a. *Evaluation of the Likelihood of DNAPL Presence at NPL Sites, National Results,* OSWER Publication 9335.4-13, EPA 540-R-93-073, PB93-963343, Office of Solid Waste and Emergency Response, September, 1993.

U.S. EPA, 1993b. *Guidance for Evaluating Technical Impracticability of Groundwater Restoration,* OSWER Directive 9234.2-25.

U.S. EPA, 1994. *Draft Analysis of Facility Corrective Action Data*, Office of Solid Waste and Emergency Response, Technology Innovation Office, January 1994.

U.S. EPA, 1995. *Superfund Ground Water RODS: Implementing Change This Fiscal Year,* OSWER Memorandum 9335.5-03P, EPA/540-F-99-005, Office of Solid Waste and Emergency Response.

U.S. EPA, 1996. *Presumptive Response Strategy and Ex-Situ Treatment Technologies for Contaminated Groundwater at CERCLA sites,* OSWER Directive 9283.1-12, Office of Solid Waste and Emergency Response.

U.S. EPA 1997a. *Cleaning Up the Nation's Waste Sites: Markets and Technology Trends*, EPA 542-R-96-005. Office of Solid Waste and Emergency Response, Technology Innovation Office, April 1997.

U.S. EPA, 1997b. *Field Analytical and Site Characterization Technologies: Summary of Applications,* EPA 542-R-97-011. http://www.epa.gov/swerust1/cat/fasc.pdf

U.S. EPA, 1999. *Groundwater Cleanup: Overview of Operating Experience at 28 Sites,* EPA 542-R-99-006, Office of Solid Waste and Emergency Response, September 1999.

U.S. EPA, 2000a. *Innovative Remediation Technologies: Field-Scale Demonstration Projects in North America, 2nd Edition Year 2000 Report*, EPA/542/B-00-004, Office of Solid Waste and Emergency Response. http://www.epa.gov/tio/download/remed/nairt_2000.pdf

U.S. EPA, 2000b. Remedy Cost Estimating Manual, *A Guide to Developing and Documenting Remedial Alternative Cost Estimates During the Feasibility Study*, EPA 540 R-DO-002, OSWER 9355.0-75, Office of Solid Waste and Emergency Response.

U.S. EPA, 2001a. *Groundwater Pump and Treat Systems: Summary of Selected Cost and Performance Information at Superfund-financed Sites,* EPA 542-R-01-021b, Office of Solid Waste and Emergency Response, December 2001.

U.S. EPA, 2001b. *State of the Practice of Characterization and Remediation of Contaminated Ground Water at Fractured Rock Sites,* EPA 542-R-01-010, Office of Solid Waste and Emergency Response, July 2001.

U.S. EPA, 2001c. *Cost Analysis for Selected Groundwater Cleanup Projects: Pump and Treat Systems and Permeable Reactive Barriers,* EPA 542-R-00-013, Office of Solid Waste and Emergency Response, February 2001.

U.S. EPA, 2003. *Report on Innovative Approaches to Manufactured Gas Plant Site Characterization,* EPA/542/R-01/003, Office of Solid Waste and Emergency Response, Technology Innovation Office.

## Web Sites

Chemical Oxidation Site Profiles
http://www.cluin.org/products/chemox/search/chem_search.cfm

Fractured Bedrock Site Profiles and Other Links
http://www.cluin.org/fracrock/

In Situ Thermal Treatment Site Profiles
http://www.cluin.org/products/thermal/

Remediation Technology Cost and Performance Information
http://www.frtr.gov/costperf.htm

Field Analytic Technologies Information
http://fate.clu-in.org/

# Appendix A

# Supporting Data for Analysis of

# National Priority List Sites

This page intentionally left blank

# Exhibit A-1. Contaminant Groups and Subgroups for the Analysis of Contaminants at NPL and DOD Sites

This appendix contains the definitions of the chemical groups and subgroups used for the analyses of chemicals of concern found at NPL and DOD sites in chapters 3 and 6 of this report. The table on this page indicates the major chemical groups and subgroups, and the following pages list the individual chemicals that belong to each group and subgroup. This taxonomy was developed by grouping chemicals and elements in accordance with EPA test methods for evaluating solid waste and other standard chemical references listed on page A-11 of this appendix.

**Breakdown of Contaminant Groups and Subgroups**

| Contaminant Group | Contaminant Subgroup | Individual Contaminants |
|---|---|---|
| 1. Volatile organic compounds (VOCs) | Halogenated<br>Non-halogenated<br>BTEX | See pages A-4 and A-5 |
| 2. Semivolatile organic compounds (SVOCs) | Halogenated<br>Non-halogenated<br>PAHs<br>Pesticides<br>Phenols<br>PCBs | See pages A-6 through A-10 |
| 3. Metals | No subgroup | See page A-10 |
| 4. Fuels & other petroleum distillates | Fuels and distillates<br>Solvents | See page A-10 |
| 5. Explosives & propellants | No subgroup | See page A-11 |
| 6. Other | Miscellaneous inorganic elements and compounds<br>Radioactive materials<br>Other Organic (coal tar, creosote)<br>Unspecified Solvents | See page A-11 |
| Sources: See page A-11 | | |

# 1. VOLATILE ORGANIC COMPOUNDS (VOCs)

**Halogenated VOCs**

1,1-Dichloroethane 75-34-3
1,1-Dichloroethene 75-35-4
1,1,1-Trichloroethane 71-55-6
1,1,1,2-Tetrachloroethane 630-20-6
1,1,2-Trichloro-1,2,2-Trifluoroethane 76-13-1
1,1,2-Trichloroethane 79-00-5
1,1,2,2-Tetrachloro-1,2-difluoroethane 76-12-0
1,1,2,2-Tetrachloroethane 79-34-5
1,2-Dibromo-3-chloropropane 96-12-8
1,2-Dibromoethane 106-93-4
1,2-Dichloro-1,1,2,2-Tetrafluoroethane 76-14-2
1,2-Dichlorobenzene 95-50-1
1,2-Dichloroethane 107-06-2
1,2-Dichloropropane 78-87-5
1,2,3-Trichloropropane 96-18-4
1,2,3-Trichlorbenzene 87-61-6
1,2,4-Trichlorobenzene 120-82-1
1,3-Dichloro-2-propanol 96-23-1
1,3-Dichlorobenzene 541-73-1
1,4-Dichlorobenzene 106-46-7
1,4-Difluorobenzene (IS) 540-36-3
2-Chloroethanol 107-07-3
2-Chloroethyl vinyl ether 110-75-8
2-Picoline 109-06-8
3-Chloropropionitrile 542-76-7 I
4-Bromofluorobenzene (surr) 460-00-4
4-Chlorophenyl phenyl ether 7005-72-3
Allyl chloride 107-05-1
Benzyl chloride 100-44-7
Bis(2-chloroethoxy)methane 111-91-1
Bis(2-chloroethyl) ether 111-44-4
Bis(2-chloroethyl)sulfide 505-60-2
Bis(2-chloroisopropyl) ether 108-60-1
Bromoacetone 598-31-2
Bromochloromethane 74-97-5
Bromodichloromethane 75-27-4
Bromoform 75-25-2
Bromomethane 74-83-9
Carbon tetrachloride 56-23-5
Chloral hydrate 302-17-0
Chlorobenzene 108-90-7
Chlorodibromomethane 124-48-1
Chloroethane 75-00-3
Chloroform 67-66-3
Chloromethane 74-87-3
Chloroprene 126-99-8
cis-1,3-Dichloropropene 10061-01-5
cis-1,4-Dichloro-2-butene 1476-11-5
cis-1,2-Dichloroethene 156-59-2
Dibromochloromethane 124-48-1
Dibromomethane 74-95-3
Dichlorodifluoromethane 75-71-8
Difluoromethane
Epichlorohydrin 106-89-8 I
Fluorobenzene (IS) 462-06-6
Hexachlorobutadiene 87-68-3
Hexachloroethane 67-72-1 I
Iodomethane 74-88-4
Methylene chloride 75-09-2
Pentachloroethane 76-01-7 I
Tetrachloroethene 127-18-4
trans-1,2-Dichloroethene 156-60-5
trans-1,3-Dichloropropene 10061-02-6
trans-1,4-Dichloro-2-butene 110-57-6
Trichloroethene 79-01-6
Trichlorofluoromethane 75-69-4
Vinyl chloride 75-01-4

**Non-halogenated VOCs**

110-86-1 I β-Propiolactone 57-57-8
1-Propanol 71-23-8
1,2,3,4-Diepoxybutane 1464-53-5
1,4-Dioxane 123-91-1
2-Butanone (MEK) 78-93-3
2-Hexanone 591-78-6
2-Hydroxypropionitrile 78-97-7 I
2-Nitropropane 79-46-9
2-Pentanone 107-87-9
2-Propanol 67-63-0
2,5-Dimethylbenzaldehyde 5779-94-2
4-Methyl-2-pentanone (MIBK) 108-10-1
Acetone 67-64-1
Acetonitrile 75-05-8
Acrolein (Propenal) 107-02-8
Acrylonitrile 107-13-1
Allyl alcohol 107-18-6
Benzaldehyde 100-52-7
Butanal (Butyraldehyde) 123-72-8
Carbon disulfide 75-15-0
Croton aldehyde 4170-30-3
Croton aldehyde 123-73-9
Cyclohexene 110-82-7
Cyclohexanone 108-94-1
Decanal 112-31-2
Diethyl ether 60-29-7
Ethanol 64-17-5 I
Ethyl methacrylate 97-63-2
Ethyl acetate 141-78-6 I
Ethylene oxide 75-21-8
Formaldehyde 50-00-0
Heptanal 111-71-7

Hexanal (Hexaldehyde) 66-25-1
Isobutyl alcohol 78-83-1
Isopropylbenzene 98-82-8
Isovaleraldehyde 590-86-3
m-Tolualdehyde 620-23-5
Malononitrile 109-77-3
Methacrylonitrile 126-98-7
Methane 74-82-8
Methanol 67-56-1 I
Methyl Acetate 79-20-9
Methylcyclohexane 108-87-2
Methyl methacrylate 80-62-6
Methyl-tert-butyl ether 1634-04-4
n-Butanol 71-36-3
N-Nitroso-di-n-butylamine 924-16-3
n-Propylamine 107-10-8
Naphthalene 91-20-3
Nitrobenzene 98-95-3
Nonanal 124-19-6
o-Tolualdehyde 529-20-4
o-Toluidine 95-53-4
Octanal 124-13-0
p-Tolualdehyde 104-87-0Paraldehyde 123-63-7
Pentanal (Valeraldehyde) 110-62-3
Propanal (Propionaldehyde) 123-38-6
Propargyl alcohol 107-19-7
Propionitrile (ethyl cyanide) 107-12-0
Pyridine
Styrene 100-42-5
Tetrahydrofuran 109-99-9
t-Butyl alcohol 75-65-0
Vinyl acetate 108-05-4

**BTEX**

Benzene 71-43-2
Toluene 108-88-3
Ethylbenzene 100-41-4
m-Xylene 108-38-3
o-Xylene 95-47-6
p-Xylene 106-42-3

**Notes (VOCs):**
List compiled from SW-846, CLP Target Compound List, Drinking Water Standard, Priority Pollutant List.

# 2. SEMIVOLATILE ORGANIC COMPOUNDS (SVOCs)

**Halogenated SVOCs**

1-Chloronaphthalene 90-13-1
1,2-Dibromo-3-chloropropane 96-12-8
1,2-Dichlorobenzene 95-50-1
1,2,3,4,5,6,7,8-Octachlorodibenzofuran (OCDF) 39001-02-0
1,2,3,4,5,6,7,8-Octachlorodibenzo-*p*-dioxin (OCDD) 3268-87-9
1,2,3,4,6,7,8-Heptachlorodibenzo-*p*-dioxin (HpCDD) 35822-46-9
1,2,3,4,6,7,8-Heptachlorodibenzofuran (HpCDF) 67562-39-4
1,2,3,4,7,8-Hexachlorodibenzo-*p*-dioxin (HxCDD) 39227-28-6
1,2,3,4,7,8-Hexachlorodibenzofuran (HxCDF) 70648-26-9
1,2,3,4,7,8,9-Heptachlorodibenzofuran (HpCDF) 55673-89-7
1,2,3,6,7,8-Hexachlorodibenzofuran (HxCDF) 57117-44-9
1,2,3,6,7,8-Hexachlorodibenzo-*p*-dioxin (HxCDD) 57653-85-7
1,2,3,7,8-Pentachlorodibenzo-*p*-dioxin (PeCDD) 40321-76-4
1,2,3,7,8-Pentachlorodibenzofuran (PeCDF) 57117-41-6
1,2,3,7,8,9-Hexachlorodibenzofuran (HxCDF) 72918-21-9
1,2,3,7,8,9-Hexachlorodibenzo-*p*-dioxin (HxCDD) 19408-74-3
1,2,4-Trichlorobenzene 120-82-1
1,2,4,5-Tetrachlorobenzene 95-94-3
1,3-Dichlorobenzene 541-73-1
1,4-Dichlorobenzene 106-46-7
2-Chloroaniline 101-14-4
2-Chloronaphthalene 91-58-7
2,3,4,6-Tetrachlorophenol 58-90-2
2,3,4,6,7,8-Hexachlorodibenzofuran (HxCDF) 60851-34-5
2,3,4,7,8-Pentachlorodibenzofuran (PeCDF) 57117-31-4
2,3,7,8-Tetrachlorodibenzo-*p*-dioxin (TCDD) 1746-01-6
2,3,7,8-Tetrachlorodibenzofuran (TCDF) 51207-31-9
3-(Chloromethyl)pyridine 6959-48-4
3-Methylcholanthrene 56-49-5
3,3'-Dichlorobenzidine 91-94-1
4-Bromophenyl phenyl ether 101-55-3
4-Chloro-1,2-phenylenediamine 95-83-0
4-Chloro-1,3-phenylenediamine 5131-60-2
4-Chloroaniline 106-47-8
4-Chlorophenyl phenyl ether 7005-72-3
4,4'-Methylenebis (2-chloroaniline) 101-14-4
5-Chloro-2-methylaniline 95-79-4
Bis(2-chloroethoxy)methane 111-91-1
Bis(2-chloroethyl) ether 111-44-4
Bis(2-chloroisopropyl) ether 108-60-1
Chlorobenzilate 510-15-6
p-Chloro-m-creosol
Hexachlorobenzene 118-74-1
Hexachlorobutadiene 87-68-3
Hexachlorocyclopentadiene 77-47-4
Hexachloroethane 67-72-1
Hexachlorophene 70-30-4
Hexachloropropene 1888-71-7
Hexamethylphosphoramide 680-31-9

Hydrochloride 6959-48-4
Pentachlorobenzene 608-93-5
Pentachloronitrobenzene 82-68-8
Total Heptachlorodibenzo-*p*-dioxin (HpCDD) 37871-00-4
Total Tetrachlorodibenzo-*p*-dioxin (TCDD) 41903-57-5
Total Pentachlorodibenzo-*p*-dioxin (PeCDD) 36088-22-9
Total Hexachlorodibenzo-*p*-dioxin (HxCDD) 34465-46-8
Total Tetrachlorodibenzofuran (TCDF) 55722-27-5
Total Pentachlorodibenzofuran (PeCDF) 30402-15-4
Total Hexachlorodibenzofuran (HxCDF) 55684-94-1
Total Heptachlorodibenzofuran (HpCDF) 38998-75-3
Tris(2,3-dibromopropyl) phosphate 126-72-7

**Non-halogenated SVOCs**

N,N-dimethylaniline 101-61-1
α,α-Dimethylphenethylamine 122-09-8
1-Acetyl-2-thiourea 591-08-2
1-Naphthylamine 134-32-7
1,2-Dinitrobenzene 528-29-0
1,2-Diphenylhydrazine 122-66-7
1,3-Dinitrobenzene 99-65-0
1,3,5-Trinitrobenzene 99-35-4
1,4-Dinitrobenzene 100-25-4
1,4-Naphthoquinone 130-15-4
1,4-Phenylenediamine 106-50-3
2-Acetylaminofluorene 53-96-3
2-Amino-4, 6-dinitrotoluene 35572-78-2
2-Aminoanthraquinone 117-79-3
4-Bromophenyl phenyl ether 101-55-3
2-Naphthylamine 91-59-8
2-Nitroaniline 88-74-4
2-Nitrotoluene 88-72-2
2-Picoline (2-Methylpyridine) 109-06-8
2,4-Diaminotoluene 95-80-7
2,4-Dinitrotoluene 121-14-2
2,4,5-Trimethylaniline 137-17-7
2,4,6-Trinitrotoluene 118-96-7
2,6-Dinitrotoluene 606-20-2
3-Amino-9-ethylcarbazole 132-32-1
3-Nitroaniline 99-09-2
3-Nitrotoluene 99-08-1
3,3'-Dimethoxybenzidine 119-90-4
3,3'-Dimethylbenzidine 119-93-7
4-Amino-2,6-dinitrotoluene 1946-51-0
4-Aminobiphenyl 92-67-1
4-Nitroaniline 100-01-6
4-Nitrobiphenyl 92-93-3
4-Nitrotoluene 99-99-0
4,4'-Methylenebis (2-chloroaniline) 101-14-4
4,4'-Oxydianiline 101-80-4
4,6-Dinitro-2-methylphenol 534-52-1
5-Nitro-o-anisidine 99-59-2
5-Nitro-o-toluidine 99-55-8
5-Nitroacenaphthene 602-87-9
5,5-Diphenylhydantoin 57-41-0
Acetophenone 98-86-2
Aminoazobenzene 60-09-3
Anilazine 101-05-3
Aniline 62-53-3
Benzidine 92-87-5
Benzoic acid 65-85-0
Benzyl alcohol 100-51-6
Bis(2-chloroethoxy)methane 111-91-1
Bis(2-chloroethyl)ether 111-44-4
Bis(2-chloroisopropyl)ether 108-60-1
Bis(2-ethylhexyl) phthalate 117-81-7
Butyl benzyl phthalate 85-68-7
Carbazole 86-74-8
Di-n-butyl phthalate 84-74-2
Di-n-octyl phthalate 117-84-0
Dibenzofuran 132-64-9
Diethyl phthalate 84-66-2
Diethyl sulfate 64-67-5
Diethylstilbestrol 56-53-1
Dihydrosaffrole 56312-13-1
Dimethyl phthalate 131-11-3
Dimethylaminoazobenzene 60-11-7
Diphenylamine 122-39-4
Ethyl methanesulfonate 62-50-0
Hexahydro-1,3,5-trinitro-1,3,5-triazine (RDX) 121-82-4
Hydroquinone 123-31-9
Isophorone 78-59-1
Isosafrole 120-58-1

## Non-halogenated SVOCs (Continued)

Maleic anhydride 108-31-6
Mestranol 72-33-3
Methapyrilene 91-80-5
Methyl methanesulfonate 66-27-3
Methyl-2,4,6-trinitrophenylnitramine (Tetryl) 479-45-8
N-Nitrosodi-n-butylamine 924-16-3
N-Nitrosodi-n-propylamine 621-64-7
N-Nitrosodiethylamine 55-18-5
N-Nitrosodimethylamine 62-75-9
N-Nitrosodiphenylamine 86-30-6
N-Nitrosomethylethylamine 10595-95-6
N-Nitrosomorpholine 59-89-2
N-Nitrosopiperidine 100-75-4
N-Nitrosopyrrolidine 930-55-2
Nicotine 54-11-5
Nitrobenzene 98-95-3
Nitroquinoline-1-oxide 56-57-5
o-Anisidine 90-04-0
o-Toluidine 95-53-4
Octahydro-1,3,5,7-tetranitro-1,3,5,7-tetrazocine (HMX) 2691-41-0
Octamethyl pyrophosphoramide 152-16-9
O,O,O-Triethyl phosphorothioate 126-68-1
p-Benzoquinone 106-51-4
p-Cresidine 120-71-8
Phenacetin 62-44-2Phenobarbital 50-06-6
Phthalic anhydride 85-44-9
Piperonyl sulfoxide 120-62-7
Pronamide 23950-58-5
Propylthiouracil 51-52-5
Pyridine 110-86-1
Resorcinol 108-46-3
Tetraethyl dithiopyrophosphate 3689-24-5
Tetraethyl pyrophosphate 107-49-3
Toluene diisocyanate 584-84-9
Tri-p-tolyl phosphate 78-32-0
Trimethyl phosphate 512-56-1

## Polynuclear Aromatic Hydrocarbons (PAHs)

Acenaphthene 83-32-9
Acenaphthylene 208-96-8
Anthracene 120-12-7
Benzo(a)anthracene 56-55-3
Benzo(a)pyrene 50-32-8
Benzo(b)fluoranthene 205-99-2
Benzo(j)fluoranthene 205-83-3
Benzo(k)fluoranthene 207-08-9
Benzo(ghi)perylene 191-24-2
Chrysene 218-01-9
Dibenz(a,h)acridine 226-36-8
Dibenz(a,j)acridine 224-42-0
Dibenzo(a,h)anthracene 53-70-3
Dibenzo(a,e)pyrene 192-65-4
Dibenzo(a,h)pyrene 189-64-0
Dibenzo(a,i)pyrene 189-55-9
Fluoranthene 206-44-0
Fluorene 86-73-7
Indeno(1,2,3-cd)pyrene 193-39-5
3-Methylcholanthrene 56-49-5
Naphthalene 91-20-3
Phenanthrene 85-01-8
Pyrene 129-00-0
7,12-Dimethylbenz(a)anthracene 57-97-6
2-Methylnaphthalene 91-57-6

## Pesticides

α-BHC 319-84-6
α-Chlordane 5103-71-9
β-BHC 319-85-7
γ-BHC (Lindane) 58-89-9
γ-Chlordane 5103-74-2
δ-BHC 319-86-8
2,4-D 94-75-7
2,4-DB 94-82-6
2,4,5-T 93-76-5
2,4,5-TP (Silvex) 93-72-1
3-Hydroxycarbofuran 16655-82-6
4-Nitrophenol 100-02-1
4,4'-DDD 72-54-8
4,4'-DDE 72-55-9
4,4'-DDT 50-29-3
Aldicarb
Aldicarb (Temik) 116-06-3
Aldicarb Sulfone 1646-88-4
Aldicarb Sulfoxide
Aldrin 309-00-2
Aramite 140-57-8
Aspon, 3244-90-4
Atrazine 1912-24-9
Azinphos-ethyl 2642-71-9
Azinphos-methyl 86-50-0
Barban 101-27-9
Bolstar (Sulprofos) 35400-43-2
Bromoxynil 1689-84-5
Captafol 2425-06-1
Captan 133-06-2
Carbaryl (Sevin) 63-25-2
Carbofuran (Furadan) 1563-66-2
Carbophenothion 786-19-6
Chlordane - not otherwise specified 57-74-9
Chlorfenvinphos 470-90-6

**Pesticides (Continued)**

Chlorobenzilate 510-15-6
Chlorpyrifos 2921-88-2
Chlorpyrifos methyl 5598-13-0
Coumaphos 56-72-4
Crotoxyphos 7700-17-6
Dalapon 75-99-0
Dibromochloropropane (DBCP) 96-12-8
Demeton 8065-48-3
Diallate (cis or trans) 2303-16-4
Diazinon 333-41-5
Dicamba 1918-00-9
Dichlone 117-80-6
Dichlorofenthion 97-17-6
Dichloroprop 120-36-5
Dichlorvos (DDVP) 62-73-7
Dicrotophos 141-66-2
Dieldrin 60-57-1
Dimethoate 60-51-5
Dinocap 39300-45-3
Dinoseb 88-85-7
Dioxacarb 6988-21-2
Dioxathion 78-34-2
Diquat 2764-72-9
Diuron 330-54-1
Disulfoton 298-04-4
Endosulfan I 959-98-8
Endosulfan sulfate 1031-07-8
Endosulfan II 33213-65-9
Endrin 72-20-8
Endrin ketone 53494-70-5
Endrin aldehyde 7421-93-4
EPN 2104-64-5
Ethion 563-12-2
Ethoprop 13194-48-4
Ethyl carbamate 51-79-6
Ethyl parathion 56-38-2
Famphur 52-85-7 a
Fenitrothion 122-14-5
Fensulfothion 115-90-2
Fenthion 55-38-9
Fluchloralin 33245-39-5
Fonophos 944-22-9
Heptachlor epoxide 1024-57-3
Heptachlor 76-44-8
Hexachlorobenzene 118-74-1
Hexachlorocyclopentadiene 77-47-4
Hexamethylphosphoramide (HMPA) 680-31-9
Isodrin 465-73-6
Kepone 143-50-0
Leptophos 21609-90-5
Linuron 330-55-2
Malathion 121-75-5
MCPA 94-74-6
MCPP 93-65-2
Merphos 150-50-5
Methiocarb (Mesurol) 2032-65-7
Methomyl (Lannate) 16752-77-5
Methoxychlor 72-43-5
Methyl parathion 298-00-0
Mevinphos 7786-34-7
Mexacarbate 315-18-4
Mirex 2385-85-5
Monocrotophos 6923-22-4
Monuron 150-68-5
Naled 300-76-5
Nitrofen 1836-75-5
Parathion 56-38-2
Parathion, methyl 298-00-0
Pentachlorophenol 87-86-5
Phorate 298-02-2
Phosalone 2310-17-0
Phosmet 732-11-6
Phosphamidon 13171-21-6
Picloram 1918-02-1
Promecarb 2631-37-0
Propoxur (Baygon) 114-26-1
Ronnel 299-84-3
Rotenone 83-79-4
Safrole 94-59-7
Siduron 1982-49-6
Simazine 122-34-9
Stirophos (Tetrachlorovinphos) 22248-79-9
Strychnine 57-24-9
Sulfallate 95-06-7
Sulfotepp 3689-24-5
TEPP 21646-99-1
Terbufos 13071-79-9
Tetrachlorvinphos 961-11-5
Tetraethyl dithiopyrophosphate 3689-24-5
Tetraethyl pyrophosphate 107-49-3
Thionazin (Zinophos) 297-97-2
Thiophenol (Benzenethiol) 108-98-5
Tokuthion (Protothiofos) 34643-46-4
Toxaphene 8001-35-2
Tri-o-cresylphosphate (TOCP) 78-30-8
Triazine Herbicides (NPD only)
Trichlorfon 52-68-6
Trichloronate 327-98-0
Trifluralin 1582-09-8

**Phenols**

2-Chlorophenol 95-57-8
2-Cyclohexyl-4,6-dinitrophenol 131-89-5
2-Methyl-4,6-dinitrophenol 534-52-1
2-Methylphenol (o-Cresol) 95-48-7
2-Nitrophenol 88-75-5
2,3,4,5-Tetrachlorophenol 4901-51-3
2,3,4,6-Tetrachlorophenol 58-90-2
2,3,5,6-Tetrachlorophenol 935-95-5
2,4-Dichlorophenol 120-83-2
2,4-Dimethylphenol 105-67-9
2,4-Dinitrophenol 51-28-5
2,4,5-Trichlorophenol 95-95-4
2,4,6-Trichlorophenol 88-06-2
2,6-Dichlorophenol 87-65-0
3-Methylphenol (m-Cresol) 108-39-4
4-Chloro-3-methylphenol 59-50-7
4-Methylphenol (p-Cresol) 106-44-5
4-Nitrophenol 100-02-7
Dinoseb (DNBP) 88-85-7
(2-(Sec-butyl)-4,6-dinitrophenol)
Pentachlorophenol 87-86-5
Phenol 108-95-2 DC(28)

**Polychlorinatedbiphenyls (PCBs)**

Aroclor 1016 12674-11-2 -
Aroclor 1221 11104-28-2 -
Aroclor 1232 11141-16-5 -
Aroclor 1242 53469-21-9 -
Aroclor 1248 12672-29-6 -
Aroclor 1254 11097-69-1 -
Aroclor 1260 11096-82-5 -
2-Chlorobiphenyl 2051-60-7 1
2,3-Dichlorobiphenyl 16605-91-7 5
2,2',5-Trichlorobiphenyl 37680-65-2 18
2,4',5-Trichlorobiphenyl 16606-02-3 31
2,2',3,5'-Tetrachlorobiphenyl 41464-39-5 44
2,2',5,5'-Tetrachlorobiphenyl 35693-99-3 52
2,3',4,4'-Tetrachlorobiphenyl 32598-10-0 66
2,2',3,4,5'-Pentachlorobiphenyl 38380-02-8 87
2,2',4,5,5'-Pentachlorobiphenyl 37680-73-2 101
2,3,3',4',6-Pentachlorobiphenyl 38380-03-9 110
2,2',3,4,4',5'-Hexachlorobiphenyl 35065-28-2 138
2,2',3,4,5,5'-Hexachlorobiphenyl 52712-04-6 141
2,2',3,5,5',6-Hexachlorobiphenyl 52663-63-5 151
2,2',4,4',5,5'-Hexachlorobiphenyl 35065-27-1 153
2,2',3,3',4,4',5-Heptachlorobiphenyl 35065-30-6 170
2,2',3,4,4',5,5'-Heptachlorobiphenyl 35065-29-3 180
2,2',3,4,4',5',6-Heptachlorobiphenyl 52663-69-1 183
2,2',3,4',5,5',6-Heptachlorobiphenyl 52663-68-0 187
2,2',3,3',4,4',5,5',6-Nonachlorobiphenyl 40186-72-9

## 3. METALS

Aluminum
Antimony
Arsenic
Barium
Beryllium
Boron
Cadmium
Calcium
Chromium
Cobalt
Copper
Iron
Lead
Lithium
Magnesium
Manganese
Mercury
Molybdenum
Nickel
Potassium
Selenium
Silver
Sodium
Strontium
Thallium
Tin
Vanadium
Zinc

**Note (metals):**
The above are either TAL metals, drinking water primary or secondary metals, or have toxicity values associated with the Region 9 preliminary cleanup goals list

## 4. FUELS AND OTHER PETROLEUM DISTILLATES

Diesel Fuel
Gasoline
JP-4
JP-5
Kerosene
No. 2 Fuel oil
Unspecified fuel

**Solvents**

Mineral Spirits
Stoddard solvent

## 5. EXPLOSIVES AND PROPELLANTS

Explosives
Propellants

**Other Organic Substances**

Coal Tar
Creosote
Unspecified organic materials
Unspecified solvents

## 6. OTHER WASTES

**Miscellaneous Inorganic Elements and Compounds (Misc. Organics)**

Ammonia
Asbestos
Copper Chromated Arsenic
Chloride
Hydrazine
Hydrofluoric acid
Inorganic cyanides
Nitrate
Nitrite
Perchlorate
Phosphine
Phosphorus
Silicon tetrafluoride
Sulfides

**Radioactive Materials**

Americium
Cesium 137 Cobalt 60
Curium
Iodine 131
Lead 210
Neptunium
Plutonium
Polonium 210
Radium
Radon
Strontium 90
Technetium
Thorium
Tritium
Uranium

## 7. REFERENCES

Greenberg, A. et al., editors. 1985. *Standard Methods for the Examination of Water and Wastewater*, American Public Health Association.

U.S. Congress. Code of Federal Regulations: 40 CFR 136 *Guidelines Establishing Test Procedures for the Analysis of Pollutants.*

U.S. EPA, 1997. *Test Methods for Evaluating Solid Waste, Physical/Chemical Methods," Third Edition*, Office of Solid Waste and Emergency Response, June 13, 1997.

U.S. EPA, 1998. *Test Methods for Evaluating Solid Waste, Physical/Chemical Methods* Draft Update IVA, Office of Solid Waste and Emergency Response, May 1998, http://www.epa.gov/epaoswer/hazwaste/test/sw846.htm

U.S. EPA, 1999. *Multi-Media, Multi-Concentration Organics Analysis OLM04.2*, Office of Solid Waste and Emergency Response, Fall 1999.

U.S. EPA, 2000. *Test Methods for Evaluating Solid Waste, Physical/Chemical Methods* Draft Update IVB, Office of Solid Waste and Emergency Response, November 2000. http://www.epa.gov/epaoswer/hazwaste/test/sw846.htm

U.S. EPA, 2002a. *Multi-Media, Multi-Concentration Dioxins and Furans Analysis, DLM01.4 (a Non-Routine Analytical Service) Statement of Work*, Office of Solid Waste and Emergency Response, January 2002.

U.S. EPA, 2002b. *Multi-Media, Multi-Concentration Inorganic Analysis ILM05.2*, Office of Solid Waste and Emergency Response, September 2002.

This page intentionally left blank

# Exhibit A-2. Superfund Remedial Action Contractors (RACs)

**Region 1**

Tetra Tech NUS, Inc.
55 Jonspin Road
Wilmington, MA 01887
Contact: George Gardner
508-658-7899
email: bbrd680@b-r.com

Metcalf and Eddy, Inc.
30 Harvard Mill Square
P.O. Box
Wakefield, MA 01880
Contact: Neville Chung
617-224-6385
email: neville_chung@metcalfeddy.com

**Region 2**

Foster Wheeler Environmental Corp.
1000 The American Road
Morris Plains, NJ 07950
Contact: William Colvin
973-630-8554
email: wcolvin@fwenc.com

CDM Federal Programs Corp.
125 Maiden Lane - 5th Floor
New York, NY 10038
Contact: Robert Goltz
212-785-9123
email: goltz.rd@cdm.com

**Region 3**

Tetra Tech NUS, Inc.
661 Andersen Drive
Pittsburgh, PA 15220
Contact: Don Senovich
412-921-7090
email: dsenovich@b-r.com

Tetra Tech/Black and Veatch (joint venture)
56 West Main Street
Christiana, DE 19702
Contact: Dr. Carl Hsu
302-738-7551
email: carl.hsu@tetratech.com

CDM Federal Programs Corp.
13135 Lee Jackson Memorial Highway
Suite 200
Fairfax, VA 22033
Contact: Joan Knapp
703-968-0200 ex. 358
email: knappjo@cdm.com

**Region 4**

Black & Veatch Special Project Corp.
1145 Sanctuary Parkway, Suite 475
Alpharetta, GA 30004
Contact: Harvey B. Coppage
770-751-7517
email: coppagehb@bv.com

**Region 5**

CH2MHILL
135 South 84th St., Suite 325
Milwaukee, WI 53214
Contact: Isaac Johnson
414-272-2426
email: ijohnson@ch2m.com

Weston Solutions, Inc.
750 E. Bunker Court, Suite 500
Vernon Hills, IL 60061-1450
Contact: James M. Burton
847-918-4000
email: james.burton@westonsolutions.com

**Region 6**

CH2MHILL
10th Floor
12377 Merit Drive
Dallas, TX 75251
Contact: Al Sloan
972-980-2170
email: asloan@ch2m.com

Tetra Tech Environmental Management, Inc.
1 Dallas Center
350 N. St. Paul St., Suite 2600
Dallas, TX 75201
Contact: Lou Barinka
214-740-2014
email: barinkal@ttemi.com

**Region 7**

Black & Veatch
6601 College Blvd.
Overland Park, KS 66211
Contact: Ray Herzog
913-458-6600
email: herzogrh@bv.com

**Region 8**

CDM Federal Programs
1331 17th Street, Suite 1050
Denver, CO 80202
Contact: Richard Culver
303-295-1237
email: culverrl@cdm.com

**Region 9**

CH2MHILL
155 Grand Avenue, Suite 1000
Oakland CA 94612
Contact: Udai Singh
510-587-7555
email: usingh@ch2m.com

**Region 10**

URS Greiner, Inc.
2401 4th Avenue, Suite 1000
Seattle, WA 98121-1459
Contact: Vivianne Larkin
206-674-1871
email: vivianne_larkin@urscorp.com

# Appendix B

# Supporting Data for Analysis of

# Underground Storage Tank Sites

**Exhibit B-1. UST Corrective Action Measures**
**Mid-Year FY 2004 (As of March 31, 2004)**

| Region/ State | Active Tanks | Closed Tanks | Confirmed Released | Cleanups Initiated | Cleanups Completed | Cleanup Backlog | Emergency Responses |
|---|---|---|---|---|---|---|---|
| **Region One** | | | | | | | |
| CT | 12,358 | 191 49 | 2,388 | 2,344 | 1,538 | 850 | 110 |
| MA | 11,489 | 21,689 | 5,958 | 5,745 | 4,525 | 1,433 | 4,868 |
| ME | 3,443 | 11,963 | 2,080 | 2,029 | 1,948 | 132 | 370 |
| NH | 3,027 | 10,639 | 2,141 | 2,141 | 1,292 | 849 | 606 |
| RI | 1,720 | 7,041 | 1,199 | 1,199 | 942 | 257 | 26 |
| VT | 2,967 | 5,104 | 1,897 | 1,885 | 1,086 | 811 | 261 |
| Subtotal | 35,004 | 75,585 | 15,663 | 15,343 | 11,331 | 4,332 | 6,241 |
| **Region Two** | | | | | | | |
| NJ | 18,836 | 52,720 | 9,257 | 8,400 | 5,466 | 3,791 | 51 |
| NY | 29,683 | 78,126 | 19,719 | 19,130 | 17,264 | 2,455 | 410 |
| PR | 4,684 | 5,202 | 999 | 843 | 380 | 619 | 168 |
| VI | 124 | 278 | 14 | 14 | 0 | 14 | 14 |
| Subtotal | 53,327 | 136,326 | 29,989 | 28,387 | 23,110 | 6,879 | 643 |
| **Region Three** | | | | | | | |
| DC | 723 | 2,998 | 781 | 781 | 528 | 253 | 228 |
| DE | 1,560 | 6,378 | 2,204 | 2,142 | 1,889 | 315 | 390 |
| MD | 9,369 | 27,639 | 11,999 | 10,420 | 8,661 | 3,338 | 330 |
| PA | 26,739 | 57,841 | 13,445 | 13,331 | 9,090 | 4,355 | 28 |
| VA | 28,024 | 48,907 | 9,988 | 9,714 | 9,083 | 905 | 63 |
| WV | 6,267 | 18,198 | 2,801 | 2,632 | 1,584 | 1,217 | 9 |
| Subtotal | 72,682 | 161,961 | 41,218 | 39,020 | 30,835 | 10,383 | 1,048 |
| **Region Four** | | | | | | | |
| AL | 18,194 | 28,236 | 10,688 | 10,587 | 8,987 | 1,701 | 276 |
| FL | 32,786 | 91,252 | 25,220 | 14,012 | 7,606 | 17,614 | 204 |
| GA | 38,725 | 43,707 | 10,443 | 9,904 | 7,321 | 3,122 | 10 |
| KY | 13,452 | 34,284 | 12,744 | 12,739 | 10,176 | 2,568 | 148 |
| MS | 8,994 | 21,351 | 6,357 | 6,207 | 6,061 | 296 | 114 |
| NC | 30,932 | 61,902 | 23,090 | 22,290 | 16,053 | 7,037 | 503 |
| SC | 12,325 | 30,999 | 8,490 | 8,101 | 4,912 | 3,578 | 94 |
| TN | 16,550 | 31,726 | 12,359 | 11,697 | 11,092 | 1,267 | 68 |
| Subtotal | 171,958 | 343,457 | 109,391 | 95,537 | 72,208 | 37,183 | 1,417 |

## Exhibit B-1. UST Corrective Action Measures (Continued)
## Mid-Year FY 2004 (As of March 31, 2004)

| Region/ State | Active Tanks | Closed Tanks | Confirmed Released | Cleanups Initiated | Cleanups Completed | Cleanup Backlog | Emergency Responses |
|---|---|---|---|---|---|---|---|
| **Region Five** | | | | | | | |
| IL | 23,373 | 60,961 | 21,895 | 20,499 | 13,158 | 8,737 | 1,755 |
| IN | 14,299 | 34,673 | 7,943 | 6,994 | 4,347 | 3,596 | 226 |
| MI | 21,493 | 63,453 | 20,242 | 19,867 | 11,296 | 8,946 | 87 |
| MN | 14,077 | 28,025 | 9,311 | 8,816 | 8,054 | 1,257 | 432 |
| OH | 24,758 | 41,311 | 23,288 | 22,891 | 19,698 | 3,590 | 417 |
| WI | 14,149 | 63,672 | 18,038 | 17,123 | 14,464 | 3,574 | 388 |
| Subtotal | 112,149 | 292,095 | 100,717 | 96,190 | 71,017 | 29,700 | 3,305 |
| **Region Six** | | | | | | | |
| AR | 9,952 | 19,554 | 1,205 | 927 | 877 | 328 | 12 |
| LA | 14,913 | 30,709 | 2,595 | 1,894 | 1,584 | 1,011 | 691 |
| NM | 4,189 | 12,086 | 2,419 | 1,660 | 1,502 | 917 | 79 |
| OK | 11,890 | 23,908 | 3,902 | 3,902 | 3,395 | 507 | 89 |
| TX | 58,218 | 106,926 | 23,585 | 21,499 | 18,186 | 5,399 | 500 |
| Subtotal | 99,162 | 193,183 | 33,706 | 29,882 | 25,544 | 8,162 | 1,371 |
| **Region Seven** | | | | | | | |
| LA | 7,846 | 21,699 | 5,708 | 5,492 | 3,603 | 2,105 | 0 |
| KS | 7,556 | 19,055 | 4,526 | 4,255 | 2,438 | 2,088 | 115 |
| MO | 10,328 | 27,847 | 5,995 | 5,621 | 4,562 | 1,433 | 329 |
| NE | 6,962 | 13,926 | 5,890 | 3,837 | 3,524 | 2,366 | 10 |
| Subtotal | 32,692 | 82,527 | 22,119 | 19,205 | 14,127 | 7,992 | 454 |
| **Region Eight** | | | | | | | |
| CO | 8,225 | 20,453 | 6,291 | 6,066 | 5,241 | 1,050 | 41 |
| MT | 3,584 | 12,894 | 3,045 | 2,289 | 1,880 | 1,165 | 48 |
| ND | 2,194 | 6,892 | 811 | 800 | 756 | 55 | 3 |
| SD | 3,084 | 6,522 | 2,307 | 2,258 | 2,039 | 268 | 21 |
| UT | 4,042 | 12,355 | 4,038 | 3,852 | 3,518 | 520 | 3 |
| WY | 2,073 | 7,695 | 1,978 | 1,212 | 955 | 1,023 | 62 |
| Subtotal | 23,202 | 66,811 | 18,470 | 16,477 | 14,389 | 4,081 | 178 |

**Exhibit B-1. UST Corrective Action Measures (Continued)**
**Mid-Year FY 2004 (As of March 31, 2004)**

| Region/ State | Tanks | Closed Tanks | Confirmed Released | Cleanups Initiated | Cleanups Completed | Cleanup Backlog | Emergency Responses |
|---|---|---|---|---|---|---|---|
| **Region Nine** | | | | | | | |
| AZ | 8,303 | 19,584 | 8,085 | 5,550 | 5,512 | 2,573 | 2 |
| CA | 41,005 | 117,655 | 42,487 | 42,487 | 27,245 | 15,242 | 0 |
| HI | 1,835 | 4,921 | 1,776 | 1,680 | 1,414 | 362 | 0 |
| NV | 3,695 | 6,613 | 2,420 | 2,410 | 2,133 | 287 | 52 |
| CNMI | 79 | 19 | 9 | 8 | 2 | 7 | 0 |
| GU | 280 | 398 | 132 | 132 | 108 | 24 | 0 |
| AS | 12 | 52 | 7 | 7 | 6 | 1 | 1 |
| Subtotal | 55,209 | 149,242 | 54,916 | 52,274 | 36,420 | 18,496 | 55 |
| **Region Ten** | | | | | | | |
| AK | 1,086 | 6,151 | 2,300 | 2,163 | 1,292 | 1,008 | 95 |
| ID | 3,527 | 9,169 | 1,315 | 1,284 | 1,135 | 180 | 12 |
| OR | 6,629 | 25,861 | 6,760 | 6,407 | 5,167 | 1,593 | 56 |
| WA | 9,939 | 35,014 | 5,977 | 5,742 | 3,956 | 2,021 | 37 |
| Subtotal | 21,181 | 76,195 | 16,352 | 15,596 | 11,550 | 4,802 | 200 |
| **Regional Corrective Actions for Indian Country** | | | | | | | |
| Region 1 | 4 | 2 | 0 | 0 | 0 | 0 | 0 |
| Region 2 | 179 | 21 | 7 | 1 | 0 | 7 | 2 |
| Region 3 | NA | NA | NA | NA | NA | NA | NA |
| Region 4 | 58 | 55 | 10 | 10 | 4 | 6 | 0 |
| Region 5 | 374 | 996 | 191 | 188 | 124 | 67 | 0 |
| Region 6 | 301 | 195 | 34 | 34 | 30 | 4 | 1 |
| 1Region 7 | 88 | 91 | 20 | 15 | 8 | 12 | 0 |
| Region 8 | 571 | 1,885 | 436 | 397 | 215 | 221 | 5 |
| Region 9 | 708 | 1,165 | 181 | 136 | 101 | 80 | 0 |
| Region 10 | 400 | 846 | 148 | 142 | 112 | 36 | 0 |
| Subtotal | 2,683 | 5,256 | 1,027 | 923 | 594 | 433 | 8 |

**National Totals**

| | Active Tanks | Closed Tanks | Confirmed Released | Cleanups Initiated | Cleanups Completed | Cleanup Backlog | Emergency Responses |
|---|---|---|---|---|---|---|---|
| National Total | 679,249 | 1,582,638 | 443,568 | 408,834 | 311,125 | 132,443 | 14,920 |

Source: U.S. Environmental Protection Agency, Office of Underground Storage Tanks, *Semi-Annual Activity Report, First Half ( March 31, 2004)*. http://www.epa.gov/swerust1/cat/camarchv.htm

# Appendix C

# Supporting Data for Analysis of Department of Defense Sites

## Exhibit C-1: Location of DOD Sites Needing Cleanup

| EPA Region | State | DOD Installations | DOD Sites | Army Sites | Navy Sites | Air Force Sites | DLA Sites | FUDS Sites |
|---|---|---|---|---|---|---|---|---|
| One | CT | 16 | 51 | 7 | 27 | 8 | 0 | 9 |
| | MA | 56 | 153 | 34 | 10 | 56 | 0 | 53 |
| | ME | 39 | 67 | 1 | 9 | 15 | 0 | 42 |
| | NH | 9 | 36 | 6 | 10 | 17 | 0 | 3 |
| | RI | 27 | 60 | 9 | 15 | 1 | 0 | 35 |
| | VT | 5 | 10 | 0 | 0 | 5 | 0 | 5 |
| | Subtotal | 152 | 377 | 57 | 71 | 102 | 0 | 147 |
| Two | NJ | 44 | 268 | 173 | 32 | 19 | 1 | 4 |
| | NY | 89 | 260 | 60 | 6 | 80 | 8 | 106 |
| | PR | 12 | 60 | 0 | 48 | 2 | 0 | 10 |
| | VI | 1 | 1 | 0 | 0 | 0 | 0 | 1 |
| | Subtotal | 146 | 589 | 233 | 86 | 101 | 9 | 160 |
| Three | DC | 29 | 63 | 3 | 26 | 7 | 0 | 27 |
| | DE | 7 | 44 | 0 | 0 | 39 | 0 | 5 |
| | MD | 30 | 357 | 174 | 140 | 26 | 4 | 13 |
| | PA | 34 | 135 | 73 | 19 | 10 | 10 | 23 |
| | VA | 43 | 318 | 62 | 202 | 20 | 9 | 25 |
| | WV | 6 | 39 | 0 | 13 | 0 | 1 | 25 |
| | Subtotal | 149 | 956 | 312 | 400 | 102 | 24 | 118 |
| Four | AL | 24 | 217 | 180 | 0 | 18 | 0 | 19 |
| | FL | 96 | 462 | 0 | 161 | 217 | 0 | 84 |
| | GA | 26 | 163 | 75 | 10 | 64 | 0 | 14 |
| | KY | 8 | 74 | 63 | 3 | 0 | 0 | 8 |
| | MS | 24 | 61 | 0 | 16 | 25 | 0 | 20 |
| | NC | 31 | 168 | 15 | 82 | 45 | 0 | 26 |
| | SC | 29 | 163 | 19 | 68 | 53 | 0 | 23 |
| | TN | 21 | 140 | 46 | 16 | 24 | 39 | 15 |
| | Subtotal | 259 | 1,448 | 398 | 356 | 446 | 39 | 209 |
| Five | IL | 55 | 247 | 89 | 23 | 69 | 0 | 66 |
| | IN | 18 | 124 | 62 | 33 | 10 | 0 | 19 |
| | MI | 31 | 120 | 0 | 0 | 80 | 0 | 40 |
| | MN | 10 | 37 | 20 | 3 | 5 | 0 | 9 |
| | OH | 33 | 148 | 35 | 0 | 50 | 1 | 62 |
| | WI | 19 | 36 | 9 | 0 | 11 | 0 | 16 |
| | Subtotal | 166 | 712 | 215 | 59 | 225 | 1 | 212 |
| Six | AR | 11 | 49 | 12 | 0 | 19 | 0 | 18 |
| | LA | 13 | 31 | 5 | 1 | 11 | 7 | 7 |
| | NM | 124 | 184 | 20 | 0 | 32 | 0 | 132 |
| | OK | 41 | 123 | 25 | 0 | 47 | 0 | 51 |
| | TX | 125 | 359 | 67 | 48 | 122 | 1 | 121 |
| | Subtotal | 314 | 746 | 129 | 49 | 231 | 8 | 329 |

## Exhibit C-1: Location of DOD Sites Needing Cleanup (Continued)

| EPA Region | State | DOD Installations | DOD Sites | Army Sites | Navy Sites | Air Force Sites | DLA Sites | FUDS Sites |
|---|---|---|---|---|---|---|---|---|
| Seven | IA | 8 | 33 | 23 | 0 | 2 | 0 | 8 |
| | KS | 55 | 164 | 83 | 0 | 8 | 0 | 73 |
| | MO | 24 | 85 | 22 | 0 | 37 | 0 | 26 |
| | NE | 41 | 69 | 3 | 0 | 17 | 0 | 49 |
| | Subtotal | 128 | 351 | 131 | 0 | 64 | 0 | 156 |
| Eight | CO | 28 | 226 | 154 | 1 | 47 | 0 | 24 |
| | MT | 6 | 18 | 0 | 0 | 12 | 0 | 6 |
| | ND | 3 | 6 | 1 | 0 | 5 | 0 | 0 |
| | SD | 19 | 30 | 0 | 0 | 11 | 0 | 19 |
| | UT | 24 | 227 | 159 | 0 | 35 | 6 | 27 |
| | WY | 21 | 37 | 0 | 0 | 17 | 0 | 20 |
| | Subtotal | 101 | 544 | 314 | 1 | 127 | 6 | 96 |
| Nine | AS | 6 | 6 | 0 | 0 | 0 | 0 | 6 |
| | AZ | 87 | 140 | 39 | 2 | 20 | 0 | 79 |
| | CA | 402 | 2,011 | 68 | 653 | 830 | 44 | 416 |
| | CN | 15 | 18 | 0 | 0 | 0 | 0 | 18 |
| | GM | 13 | 14 | 0 | 0 | 0 | 0 | 14 |
| | GU | 8 | 49 | 0 | 28 | 21 | 0 | 0 |
| | HI | 73 | 251 | 12 | 109 | 67 | 0 | 63 |
| | JQ | 2 | 8 | 0 | 0 | 7 | 0 | 0 |
| | MQ | 1 | 1 | 0 | 1 | 0 | 0 | 0 |
| | NV | 29 | 78 | 18 | 20 | 11 | 0 | 29 |
| | WQ | 1 | 37 | 0 | 0 | 37 | 0 | 0 |
| | Subtotal | 637 | 2,613 | 137 | 813 | 993 | 44 | 625 |
| Ten | AK | 120 | 454 | 24 | 0 | 293 | 0 | 137 |
| | ID | 9 | 32 | 0 | 17 | 8 | 0 | 7 |
| | OR | 17 | 33 | 4 | 0 | 14 | 0 | 15 |
| | WA | 36 | 119 | 25 | 41 | 31 | 0 | 22 |
| | Subtotal | 182 | 638 | 53 | 58 | 346 | 0 | 181 |
| Total | | 2,234 | 8,974 | 1,979 | 1,893 | 2,737 | 131 | 2,233 |

Notes:
- Needing Cleanup means sites that have not achieved Response Complete (RC) status.
- The column for DOD Installations and Sites includes one Defense Threat Reduction Agency (DTRA) site at Johnston Atoll (JQ).
- JQ = Johnston Atoll; AS = American Samoa; GM/GU = Guam; WQ = Wake Island; MQ = Midway; CN = Marianas; VI = Virgin Islands.

Source: DOD, Office of the Under Secretary of Defense (Installations & Environment), Restoration Management Information System (RMIS), data as of September 2001.

## Exhibit C-2: Definitions of DOD Site Types

| Site Type | Site Description | Primary Contaminants |
|---|---|---|
| Underground Storage Tank | Underground storage tank sites result from the release of substances from underground storage tanks and any associated piping. | • POLs • Solvents<br>• POL sludges • Metals |
| Spill Area | Spill areas are small areas where spills from drums, tanks, and other waste units have taken place. | • POLs • Sludge<br>• PCBs • Metals<br>• Solvents |
| Landfill | Landfill sites are typically areas formerly used to dispose of both domestic and industrial hazardous waste. | • POLs • Pesticides<br>• Solvents • Metals<br>Paint • Ord. compounds |
| Unexploded Munitions/Ordnance Area | Unexploded munitions and ordnance areas are areas that have been used for munitions and ordnance training. | • UXO • Explosive chemicals<br>• Metals • Ord. compounds |
| Surface Disposal Area | Surface disposal area sites consist of small areas formerly used for disposal of solid wastes with little or no free liquids. Typical materials include rags, filters, paint cans, small capacitors, and batteries. | • POLs • Metals<br>• Solvents • Acids<br>• Paints • PCBs<br>• Pesticides |
| Disposal Pit/Dry Well | Disposal pit/dry well sites consist of small unlined excavations and structures that were used over a period of time to dispose of small quantities of liquid wastes. | • POLs • Acids<br>• Metals • Solvents<br>• Ordnance compounds<br>• Explosive chemicals |
| Storage Area | Storage areas are areas where spills and leaks occurred from stored containers or equipment. | • POLs • Metals<br>• Solvents • Acid<br>• POL sludge • PCBs |
| Contaminated Groundwater | Contaminated groundwater results from various types of releases of known or unknown origin, such as migration of leachate from disposal areas and migration of substances from contaminated surface and subsurface soils. | • Metals • POLs<br>• Chlorinated solvents<br>• Explosive chemicals<br>• Non-chlorinated solvents |

## Exhibit C-2: Definitions of DOD Site Types (Continued)

| Site Type | Site Description | Primary Contaminants |
|---|---|---|
| Fire/Crash Training Area | Fire and crash rescue training areas consist of trenches and/or pits where flammable materials were ignited periodically for demonstrations and training exercises. | • POLs • Solvents • POL sludges • Metals |
| Building Demolition/ Debris Removal | Building demolition and debris removal sites consist of buildings and/or debris that are unsafe or must be removed. | • Asbestos • Lead paint • Construction debris |
| Surface Impoundment/ Lagoon | Surface impoundments and lagoons consist of unlined depressions, excavations, or diked areas which were used to accumulate liquid waste, waste containing free liquid, or industrial wastewaters. | • POLs • Solvents • Metals • Ord. compounds • Explosive chemicals • Industrial wastewater |
| Aboveground Storage Tanks | Aboveground storage tank sites result from release of substances to surrounding areas from aboveground tanks, containers, and any associated piping. | • POLs |
| Contaminated Fill | Contaminated fill areas consist of contaminated material resulting from excavations for construction, tanks, and other purposes. | • POLs • Metals • Explosive chem. • Paint waste • Ordnance compounds |
| Contaminated Building | Contaminated building sites result from releases within or on the outside of a structure of a substance that has been contained within the building. | • POL • Plating waste • Metals • POL sludge • PCBs • Asbestos • Propellants • Pesticides • Solvents • Acids |
| Burn Area | Burn area sites consist of pits or surface areas that were used for open-air incineration of waste. | • POLs • Propellants • Solvents • Explosives • Ordnance |
| Contaminated Sediments | Contaminated sediments include sediments of bodies of water that have been contaminated by surface runoff, subsurface migration, or direct discharge of contaminants. | • POLs • PCBs • Pesticides • Metals • Solvents • Explosive chem. |

**Exhibit C-2: Definitions of DOD Site Types (Continued)**

| Site Type | Site Description | Primary Contaminants |
|---|---|---|
| Explosive/Ordnance Disposal Area | Explosive ordnance disposal areas consist of open-air areas that were used to detonate, demilitarize, bury, or dispose of explosives. | • Unexploded Ordnance (UXO)<br>• Ordnance compounds<br>• Explosive chemicals<br>• Metals |
| Waste Line | Waste lines are underground piping used to carry industrial wastes from shop facilities to a wastewater treatment plant. | • Solvents<br>• Plating sludges<br>• Explosive chemicals<br>• Metals<br>• Pesticides |
| Waste Treatment Plant | Wastewater treatment plant sites result from releases of substances at plants that were used to treat and dispose of domestic and/or industrial wastewater. | • POLs<br>• Solvents<br>• Plating sludges<br>• Explosive chemicals<br>• Industrial wastewater |
| Sewage Treatment Plant | Sewage treatment plants typically consist of a complex of tanks, piping, and sludge management areas used to treat sanitary sewage generated at an installation. The unit may use chemical or biological treatment methods. Lagoons associated with the biological treatment of sewage currently may be considered to be separate units. | • Metals<br>• Industrial wastewater<br>• Solvents<br>• POLs |
| Petroleum, Oil, Lubricant (POL) Distribution Line | Petroleum, oil, lubricant distribution lines are used to transport POL products from storage to dispensing facilities. | • POLs<br>• POL sludge |
| Underground Storage Tank Farm | Underground storage tank farm sites result from the release of substances from multiple, typically large, underground storage tanks and associated piping which make up a tank farm complex. | • POLs<br>• POL sludges<br>• Solvents<br>• Metals |
| Firing Range | Firing ranges consist of large areas of land used for practice firing of large artillery or mortars, or as a practice bombing range for aircraft. These areas are typically contaminated with unexploded ordnance, which may be found on and below the ground surface. | • Metals<br>• Ord. compounds<br>• Explosives<br>• Radionuclides<br>• UXO |
| Soil Contaminated After Tank Removal | This unit consists of soil that has been removed during a tank removal operation and staged prior to treatment. | • POLs<br>• POL sludge |

**Exhibit C-2: Definitions of DOD Site Types (Continued)**

| Site Type | Site Description | Primary Contaminants |
|---|---|---|
| Storm Drain | Storm drains typically consist of a natural or man-made drain used as a runoff control structure for rainfall. The unit also may be used from runoff from other sources such as process operations. Man-made units may be concrete lined. | • POLs • Metals • POL sludge • Pesticides • Industrial wastewater • Solvents |
| Oil/Water Separator | Oil/water separators are typically small units that skim oil from storm-water runoff. The oil/water separator consists of the unit, and any associated piping. | • POLs • Solvents • Industrial wastewater • PCBs |
| Maintenance Yard | Maintenance yards consist of paved or unpaved areas where vehicles and other maintenance equipment is stored and often serviced. Typically, maintenance supplies are stored at these units. | • POLs • Metals • Solvents |
| Low-level Radioactive Waste Area | Low-level radioactive waste areas consist of areas used to store or dispose of low-level radioactive materials of various types (for example, radium paint, and radioactive instruments and propellants). | • Low-level radioactive waste |
| Washrack | Washrack sites typically consist of a building designed for washing vehicles such as tanks, aircraft, and other military vehicles. This unit also may consist of a paved area where washing of vehicles occurs. | • POLs |
| Drainage Ditch | Drainage units typically consist of a natural or a man-made ditch used as a runoff control structure for rainfall. The unit also may be used for runoff from other sources such as process operations. Man-made units may be concrete lined. | • POLs • Solvents • Explosive chemicals • Metals • PCBs |
| Small Arms Range | Small arms ranges are typically located outdoors and used for target practice of small arms, usually 50 caliber or less. The unit may include a soil or sandbag berm, or hill located behind the targets to prevent bullets from traveling outside the range area. | • Metals • Ordnance compounds |
| Incinerator | Incinerators typically consist of a furnace and stack unit used for a variety of disposal activities including the incineration of medical waste, or an installation's dunnage. These units vary in size and may either be freestanding or part of other operations such as hospitals. | • Ash • Metals • Ordnance compounds |

### Exhibit C-2: Definitions of DOD Site Types (Continued)

| Site Type | Site Description | Primary Contaminants |
|---|---|---|
| Contaminated Soil Piles | This unit consists of soil that has been staged after an excavation activity. | • POLs • Sludge • Metals • Solvents • PCBs • Ord. compounds |
| Mixed Waste Area | Mixed waste areas consist of areas used to store or dispose of hazardous wastes that have been mixed with or contaminated by radioisotopes. | • Solvents • Mixed waste |
| Pistol Range | Pistol ranges may be located indoors or outdoors and are used for target practice. Outdoor units include a soil or sandbag berm located behind the targets to prevent bullets from traveling outside the range area. | • Metals |
| Chemical Disposal | Chemical disposal units are areas that have been used for the disposal of chemicals, typically of an unknown type. The unit may be a burial area where bottles or packages of chemicals were placed or an area where liquids were disposed of on the soil. | • POLs • Metals • Solvents • Explosive chemicals |
| Pesticide Shop | Pesticide shops typically are used to store and prepare large volumes of pesticides and solvents for maintenance. The units may be located in a freestanding building or attached to another building. Areas near the unit may have been used for the disposal of off-specification pesticides. | • Pesticides • Metals • POLs |
| Industrial Discharge | Industrial discharge units consist of a pipe system used to discharge industrial effluent to the environment. The unit may discharge to a natural or man-made water body, dry creek bed or some other natural feature. | • Metals • Industrial wastewater |
| Surface Runoff | Surface runoff is an area with runoff from rain which may occur anywhere within a facility, particularly adjacent to industrial areas and airfield aprons. | • POLs • Metals • Solvents • Explosive chemicals |
| Leach Field | Leach fields typically consist of a subsurface area generally associated with septic tanks. The unit serves the purpose of biologically treating sanitary sewage, however, in cases where these units were used at industrial facilities, there also is contamination from non-biodegradable industrial contaminants. | • Metals • Solvents |

**Exhibit C-2: Definitions of DOD Site Types (Continued)**

| Site Type | Site Description | Primary Contaminants |
|---|---|---|
| Plating Shop | Plating shops typically consist of a building or room within a building used for coating metal parts. The unit contains several tanks of solvents which are used in the plating process. | • Metals<br>• Solvents<br>• Acids<br>• Industrial wastewater |
| Sewage Effluent Settling Pond | Sewage effluent settling ponds consist of a lagoon used for the settling of solids and/or biological treatment of sewage. The units also may be used as infiltration galleries. | • Metals<br>• Ordnance compounds<br>• Solvents |
| Dip Tank | Dip tanks are typically metal or concrete units located in coating shops that range in size from 50 to more than 500 gallons. The tanks are used to clean parts prior to treatment, or to coat parts with various materials including metals and plastics. | • POLs<br>• Chlorinated solvents<br>• Metals<br>• Acids |

Notes: POLs = Petroleum, oil, lubricants and POL sludge; PCB = Polychlorinated Biphenyls; Ord. = Ordnance

Source: DOD, Office of the Deputy Under Secretary of Defense (Environmental Security), Defense Environmental Restoration Program Annual Report to Congress, for Fiscal Year 2001, Appendix G.

## Exhibit C-3: DOD Site Types Needing Cleanup

| Site Type | Army | Navy | Air Force | DLA | FUDS | Total |
|---|---|---|---|---|---|---|
| Spill Site Area | 145 | 151 | 789 | 9 | 12 | 1,107 |
| Landfill | 300 | 231 | 373 | 8 | 62 | 974 |
| Underground Storage Tanks | 75 | 237 | 311 | 14 | 203 | 840 |
| Other | 25 | 38 | 1 | 4 | 666 | 734 |
| Unexploded Munitions and Ordnance Area | 48 | 24 | 17 | 0 | 499 | 588 |
| Surface Disposal Area | 110 | 246 | 179 | 8 | 20 | 563 |
| Storage Area | 171 | 190 | 77 | 21 | 18 | 477 |
| Contaminated Groundwater | 143 | 65 | 44 | 16 | 150 | 418 |
| Disposal Pit and Dry Well | 97 | 65 | 216 | 24 | 12 | 414 |
| Fire/Crash Training Area | 29 | 59 | 153 | 1 | 7 | 249 |
| Surface Impoundment/Lagoon | 97 | 37 | 25 | 2 | 13 | 174 |
| Aboveground Storage Tank | 26 | 52 | 40 | 1 | 48 | 167 |
| Explosive Ordnance Disposal Area | 51 | 32 | 12 | 0 | 68 | 163 |
| Burn Area | 93 | 31 | 10 | 0 | 20 | 159 |
| Contaminated Buildings | 105 | 32 | 5 | 2 | 12 | 156 |
| Building Demolition/Debris Removal | 7 | 11 | 22 | 5 | 111 | 151 |
| Contaminated Sediments | 38 | 63 | 16 | 0 | 33 | 150 |
| POL (Petroleum/Oil/Lubricants) Lines | 12 | 38 | 77 | 2 | 8 | 137 |
| Firing Range | 17 | 3 | 8 | 0 | 76 | 104 |
| Contaminated Fill | 18 | 12 | 5 | 3 | 61 | 99 |
| Industrial Discharge | 66 | 11 | 11 | 0 | 3 | 91 |
| Storm Drain | 2 | 13 | 70 | 1 | 2 | 88 |
| Waste Lines | 22 | 38 | 25 | 0 | 2 | 87 |
| Chemical Disposal | 48 | 6 | 20 | 0 | 6 | 80 |
| Soil Contamination After Tank Removal | 10 | 7 | 6 | 5 | 52 | 80 |
| Maintenance Yard | 26 | 31 | 18 | 1 | 2 | 78 |
| Underground Tank Farm | 14 | 43 | 14 | 0 | 7 | 78 |
| Waste Treatment Plant | 29 | 18 | 26 | 0 | 3 | 76 |
| Oil/Water Separator | 10 | 13 | 30 | 0 | 0 | 53 |
| Sewage Treatment Plant | 11 | 5 | 26 | 0 | 2 | 44 |
| Drainage Ditch | 13 | 11 | 18 | 1 | 1 | 44 |
| Small Arms Range | 10 | 4 | 12 | 0 | 17 | 43 |
| Mixed Waste Area | 5 | 20 | 8 | 0 | 8 | 41 |
| Washrack | 23 | 4 | 13 | 0 | 1 | 41 |
| Radioactive Waste Area | 5 | 2 | 26 | 0 | 6 | 39 |
| Contaminated Soil Piles | 14 | 7 | 4 | 0 | 12 | 37 |

## Exhibit C-3: DOD Site Types Needing Cleanup (Continued)

| Site Type | Army | Navy | Air Force | DLA | FUDS | Total |
|---|---|---|---|---|---|---|
| Leach Field | 19 | 8 | 7 | 1 | 0 | 35 |
| Incinerator | 18 | 6 | 2 | 0 | 3 | 29 |
| Pesticide Shop | 10 | 9 | 5 | 0 | 1 | 25 |
| Surface Runoff | 5 | 1 | 8 | 1 | 2 | 17 |
| Plating Shop | 2 | 13 | 2 | 0 | 0 | 17 |
| Dip Tank | 3 | 4 | 4 | 0 | 0 | 11 |
| Pistol Range | 6 | 1 | 1 | 1 | 2 | 1 |
| Sewage Effluent Settling Ponds | 1 | 1 | 1 | 0 | 2 | 5 |
| Total | 1,979 | 1,893 | 2,737 | 131 | 861 | 8,974 |

Note 1: The column for Total DOD includes one Defense Threat Reduction Agency (DTRA) site at Johnston Atoll (JQ).
Note 2: Needing cleanup is interpreted as sites that have not achieved Response Complete (RC) status.

Source: DOD, Office of the Deputy Under Secretary of Defense (Installations & Environment), Restoration Management Information System (RMIS), data as of September 2001

## Exhibit C-4: Frequency of Matrices by DOD Site Type

| Site Type | No. of Sites with Data | Ground-water | Soil | Surface Water | Sediment |
|---|---|---|---|---|---|
| Spill Site Area | 874 | 507 | 681 | 105 | 114 |
| Landfill | 850 | 629 | 630 | 229 | 217 |
| Surface Disposal Area | 512 | 271 | 420 | 82 | 112 |
| Underground Storage Tanks | 459 | 366 | 280 | 23 | 32 |
| Storage Area | 417 | 176 | 379 | 41 | 57 |
| Disposal Pit and Dry Well | 352 | 223 | 266 | 54 | 74 |
| Contaminated Groundwater | 321 | 288 | 172 | 53 | 45 |
| Fire/Crash Training Area | 208 | 176 | 176 | 40 | 40 |
| Surface Impoundment/Lagoon | 156 | 105 | 110 | 44 | 62 |
| Burn Area | 146 | 89 | 133 | 30 | 35 |
| Contaminated Buildings | 145 | 68 | 131 | 11 | 23 |
| Contaminated Sediments | 132 | 49 | 70 | 39 | 73 |
| Other | 121 | 56 | 102 | 16 | 20 |
| Aboveground Storage Tank | 106 | 51 | 94 | 7 | 8 |
| POL (Petroleum/Oil/Lubricants) Lines | 103 | 75 | 69 | 3 | 9 |
| Explosive Ordnance Disposal Area | 91 | 49 | 81 | 19 | 14 |
| Contaminated Fill | 85 | 44 | 80 | 13 | 16 |
| Industrial Discharge | 79 | 60 | 60 | 19 | 30 |
| Waste Lines | 76 | 51 | 56 | 6 | 12 |
| Waste Treatment Plant | 68 | 41 | 52 | 4 | 13 |
| Maintenance Yard | 68 | 33 | 60 | 4 | 10 |
| Chemical Disposal | 67 | 38 | 57 | 6 | 11 |
| Underground Tank Farm | 66 | 61 | 37 | 7 | 9 |
| Storm Drain | 63 | 44 | 28 | 14 | 17 |
| Soil Contamination After Tank Removal | 57 | 43 | 48 | 5 | 3 |
| Unexploded Munitions and Ordnance Area | 54 | 30 | 44 | 12 | 10 |
| Oil/Water Separator | 45 | 25 | 39 | 3 | 7 |
| Drainage Ditch | 38 | 16 | 23 | 10 | 10 |
| Washrack | 36 | 26 | 30 | 6 | 5 |
| Contaminated Soil Piles | 35 | 16 | 34 | 3 | 2 |
| Sewage Treatment Plant | 34 | 19 | 31 | 6 | 6 |
| Mixed Waste Area | 32 | 15 | 26 | 5 | 7 |
| Leach Field | 28 | 20 | 20 | 2 | 2 |
| Incinerator | 27 | 9 | 26 | 2 | 3 |
| Radioactive Waste Area | 23 | 12 | 22 | 3 | 2 |
| Pesticide Shop | 23 | 12 | 23 | 1 | 4 |
| Firing Range | 23 | 5 | 22 | 2 | 0 |

**Exhibit C-4: Frequency of Matrices by DOD Site Type (Continued)**

| Site Type | No. of Sites with Data | Ground-water | Soil | Surface Water | Sediment |
|---|---|---|---|---|---|
| Small Arms Range | 22 | 7 | 20 | 1 | 2 |
| Building Demolition/Debris Removal | 22 | 6 | 20 | 1 | 2 |
| Plating Shop | 16 | 16 | 15 | 2 | 2 |
| Surface Runoff | 14 | 8 | 9 | 4 | 4 |
| Dip Tank | 11 | 3 | 11 | 0 | 0 |
| Pistol Range | 9 | 3 | 8 | 0 | 2 |
| Sewage Effluent Settling Ponds | 5 | 5 | 4 | 1 | 1 |
| Total | 6,119 | 3,846 | 4,699 | 938 | 1,127 |

Notes: The numbers in this table represent only those sites for which media data is available. The total count for a site type may exceed the number of sites with data for the site type because a site may have more than one contaminated matrix. The total includes 1 DTRA site.

Source: OD, Office of the Deputy Under Secretary of Defense (Installations & Environment), Restoration Management Information System (RMIS), Data as of September 2001.

**Exhibit C-5: Frequency of Major Contaminant Groups by Matrix and DOD Component**

| Component | Contaminant Group | Ground-water | Sediment | Soil | Surface Water | Total All Media | % Sites w/Data |
|---|---|---|---|---|---|---|---|
| **Army** | VOCs | 696 | 80 | 389 | 114 | 900 | 49% |
| | SVOCs | 410 | 217 | 792 | 110 | 1065 | 57% |
| | Metals | 724 | 315 | 1135 | 225 | 1447 | 78% |
| | Other | 345 | 118 | 340 | 86 | 672 | 36% |
| | Explosives and Propellants | 124 | 17 | 142 | 28 | 234 | 13% |
| | No Group Determined | 0 | 0 | 0 | 0 | 0 | 0% |
| | VOCs & SVOCs | 74 | 11 | 63 | 10 | 140 | 8% |
| | VOCs & Metals | 197 | 17 | 61 | 32 | 279 | 15% |
| | SVOCs & Metals | 90 | 123 | 362 | 49 | 519 | 28% |
| | VOCs, SVOCs, & Metals | 180 | 43 | 188 | 44 | 331 | 18% |
| | No. Sites with Data | 1114 | 389 | 1458 | 279 | 1854 | |
| **Navy** | VOCs | 877 | 147 | 734 | 108 | 1240 | 68% |
| | SVOCs | 610 | 249 | 862 | 115 | 1165 | 64% |
| | Metals | 785 | 295 | 1043 | 192 | 1341 | 74% |
| | Other | 587 | 218 | 638 | 123 | 930 | 51% |
| | Explosives and Propellants | 44 | 15 | 49 | 13 | 90 | 1% |
| | No Group Determined | 0 | 1 | 7 | 0 | 8 | 0% |
| | VOCs & SVOCs | 95 | 9 | 81 | 8 | 169 | 9% |
| | VOCs & Metals | 172 | 16 | 84 | 34 | 269 | 15% |
| | SVOCs & Metals | 70 | 116 | 268 | 35 | 418 | 23% |
| | VOCs, SVOCs & Metals | 419 | 118 | 397 | 58 | 649 | 36% |
| | No. Sites with Data | 1096 | 331 | 1417 | 229 | 1812 | |
| **Air Force** | VOCs | 1059 | 117 | 784 | 204 | 1458 | 75% |
| | SVOCs | 447 | 192 | 680 | 108 | 947 | 49% |
| | Metals | 699 | 222 | 859 | 213 | 1231 | 63% |
| | Other | 441 | 91 | 329 | 87 | 690 | 35% |
| | Explosives and Propellants | 15 | 2 | 11 | 3 | 27 | 1% |
| | No Group Determined | 2 | 0 | 0 | 0 | 2 | 0% |
| | VOCs & SVOCs | 132 | 21 | 113 | 17 | 249 | 13% |
| | VOCs & Metals | 227 | 12 | 124 | 70 | 374 | 19% |
| | SVOCs & Metals | 44 | 105 | 178 | 43 | 308 | 16% |
| | VOCs, SVOCs, & Metals | 242 | 58 | 268 | 42 | 470 | 24% |
| | No. Sites with Data | 1321 | 305 | 1385 | 321 | 1945 | |

### Exhibit C-5. Frequency of Major Contaminant Groups by Matrix and DOD Component (Continued)

| Component | Contaminant Group | Ground-water | Sediment | Soil | Surface Water | Total All Media | % Sites w/Data |
|---|---|---|---|---|---|---|---|
| **DLA** | VOCs | 21 | 2 | 16 | 1 | 33 | 41% |
| | SVOCs | 5 | 9 | 33 | 1 | 41 | 51% |
| | Metals | 8 | 2 | 52 | 4 | 59 | 74% |
| | Other | 6 | 1 | 8 | 1 | 15 | 19% |
| | Explosives and Propellants | 0 | 0 | 1 | 0 | 1 | 1% |
| | No Group Determined | 0 | 0 | 0 | 0 | 0 | 0% |
| | VOCs & SVOCs | 4 | 2 | 1 | 0 | 7 | 9% |
| | VOCs & Metals | 5 | 0 | 3 | 1 | 8 | 10% |
| | SVOCs & Metals | 0 | 1 | 20 | 1 | 22 | 28% |
| | VOCs, SVOCs, & Metals | 1 | 0 | 6 | 0 | 7 | 9% |
| | No. Sites with Data | 23 | 10 | 65 | 4 | 80 | |
| **FUDS** | VOCs | 211 | 29 | 181 | 33 | 290 | 68% |
| | SVOCs | 119 | 51 | 208 | 34 | 263 | 62% |
| | Metals | 207 | 79 | 295 | 93 | 337 | 79% |
| | Other | 87 | 23 | 99 | 26 | 155 | 36% |
| | Explosives and Propellants | 25 | 4 | 31 | 7 | 45 | 11% |
| | No Group Determined | 0 | 0 | 0 | 0 | 0 | 0% |
| | VOCs & SVOCs | 33 | 2 | 31 | 2 | 57 | 13% |
| | VOCs & Metals | 68 | 4 | 41 | 11 | 110 | 26% |
| | SVOCs & Metals | 18 | 36 | 76 | 22 | 117 | 27% |
| | VOCs, SVOCs & Metals | 63 | 21 | 81 | 13 | 123 | 29% |
| | No. Sites with Data | 292 | 91 | 373 | 104 | 427 | |
| **Total DOD** | VOCs | 2864 | 375 | 2104 | 460 | 3921 | 64% |
| | SVOCs | 1591 | 718 | 2575 | 368 | 3481 | 57% |
| | Metals | 2423 | 913 | 3384 | 727 | 4415 | 72% |
| | Other | 1466 | 451 | 1414 | 323 | 2462 | 40% |
| | Explosives and Propellants | 208 | 38 | 234 | 51 | 397 | 6% |
| | No Group Determined | 2 | 1 | 7 | 0 | 10 | 0% |
| | VOCs & SVOCs | 338 | 45 | 289 | 37 | 622 | 10% |
| | VOCs * Metals | 669 | 49 | 313 | 148 | 1040 | 17% |
| | VOCs, SVOCs & Metals | 905 | 240 | 940 | 157 | 1580 | 26% |
| | No. Sites with Data | 3846 | 1126 | 4698 | 937 | 6118 | |

Notes:
- FUDS = Formerly Used Defense Sites; DLA - Defense Logistics Agency; VOCs - Volatile Organic Compounds; SVOCs = Semivolatile Organic Compounds.
- The total amount for a matrix or contaminant groups may exceed the number of sites with data, because a site may have more than one contaminant group or contaminated matrix.
- Source: DOD, Office of the Deputy Under Secretary of Defense (Installations & Environment), Restoration Management Information System (RMIS), data as of September 2001.

## Exhibit C-6: Frequency of Major Contaminant Groups by DOD Site Type

| Site Type | Total No. of Sites | No. of Sites w/Data | VOCs | Metals | SVOCs | Other | Explosives & Propellants | No Group Determined |
|---|---|---|---|---|---|---|---|---|
| Spill Site Area | 1,107 | 874 | 619 | 478 | 462 | 274 | 35 | 0 |
| Landfill | 974 | 850 | 535 | 748 | 516 | 444 | 45 | 1 |
| Underground Storage Tanks | 840 | 459 | 408 | 219 | 213 | 130 | 4 | 1 |
| Other | 734 | 121 | 75 | 90 | 74 | 45 | 12 | 0 |
| Unexploded Munitions and Ordnance Area | 588 | 54 | 26 | 47 | 34 | 28 | 18 | 0 |
| Surface Disposal Area | 563 | 512 | 289 | 402 | 282 | 225 | 25 | 0 |
| Storage Area | 477 | 417 | 215 | 300 | 266 | 161 | 10 | 2 |
| Contaminated Groundwater | 418 | 321 | 271 | 203 | 143 | 127 | 15 | 0 |
| Disposal Pit and Dry Well | 414 | 352 | 231 | 273 | 208 | 154 | 14 | 0 |
| Fire/Crash Training Area | 249 | 208 | 178 | 168 | 153 | 118 | 7 | 1 |
| Surface Impoundment/Lagoon | 174 | 156 | 83 | 142 | 95 | 90 | 34 | 0 |
| Aboveground Storage Tank | 167 | 106 | 77 | 60 | 53 | 27 | 3 | 0 |
| Explosive Ordnance Disposal Area | 163 | 91 | 26 | 79 | 53 | 35 | 33 | 0 |
| Burn Area | 159 | 146 | 82 | 120 | 99 | 68 | 41 | 0 |
| Contaminated Buildings | 156 | 145 | 53 | 111 | 101 | 43 | 25 | 0 |
| Building Demolition/Debris Removal | 151 | 22 | 4 | 20 | 16 | 11 | 2 | 0 |
| Contaminated Sediments | 150 | 132 | 52 | 110 | 87 | 57 | 12 | 0 |
| POL (Petroleum/Oil/Lubricants) Lines | 137 | 103 | 89 | 56 | 63 | 30 | 2 | 0 |
| Firing Range | 104 | 23 | 5 | 21 | 8 | 7 | 2 | 0 |
| Contaminated Fill | 99 | 85 | 46 | 67 | 54 | 25 | 2 | 0 |
| Industrial Discharge | 91 | 79 | 44 | 55 | 56 | 31 | 18 | 2 |
| Storm Drain | 88 | 63 | 47 | 46 | 28 | 32 | 0 | 1 |
| Waste Lines | 87 | 76 | 42 | 65 | 43 | 31 | 10 | 1 |
| Chemical Disposal | 80 | 67 | 32 | 54 | 18 | 16 | 5 | 0 |
| Soil Contamination After Tank Removal | 80 | 57 | 48 | 33 | 31 | 22 | 2 | 0 |
| Maintenance Yard | 78 | 68 | 50 | 44 | 34 | 31 | 0 | 0 |
| Underground Tank Farm | 78 | 66 | 64 | 40 | 43 | 18 | 0 | 0 |
| Waste Treatment Plant | 76 | 68 | 40 | 56 | 48 | 31 | 6 | 0 |
| Oil/Water Separator | 53 | 45 | 35 | 35 | 26 | 22 | 0 | 0 |
| Drainage Ditch | 44 | 38 | 19 | 26 | 22 | 9 | 3 | 0 |
| Sewage Treatment Plant | 44 | 34 | 20 | 24 | 18 | 8 | 0 | 0 |
| Small Arms Range | 43 | 22 | 4 | 22 | 4 | 8 | 0 | 0 |
| Mixed Waste Area | 41 | 32 | 17 | 27 | 21 | 16 | 0 | 0 |
| Washrack | 41 | 36 | 23 | 30 | 19 | 13 | 1 | 0 |

## Exhibit C-6: Frequency of Major Contaminant Groups by DOD Site Type (Continued)

| Site Type | Total No. of Sites | No. of Sites w/Data | VOCs | Metals | SVOCs | Other | Explosives & Propellants | No Group Determined |
|---|---|---|---|---|---|---|---|---|
| Radioactive Waste Area | 39 | 23 | 4 | 8 | 7 | 20 | 1 | 0 |
| Contaminated Soil Piles | 37 | 35 | 11 | 31 | 15 | 12 | 2 | 0 |
| Leach Field | 35 | 28 | 12 | 22 | 12 | 8 | 1 | 1 |
| Incinerator | 29 | 27 | 7 | 21 | 8 | 7 | 3 | 0 |
| Pesticide Shop | 25 | 23 | 8 | 16 | 21 | 8 | 1 | 0 |
| Plating Shop | 17 | 16 | 12 | 16 | 9 | 12 | 1 | 0 |
| Surface Runoff | 17 | 14 | 8 | 9 | 9 | 3 | 1 | 0 |
| Dip Tank | 11 | 11 | 5 | 10 | 4 | 3 | 0 | 0 |
| Pistol Range | 11 | 9 | 1 | 9 | 2 | 2 | 0 | 0 |
| Sewage Effluent Settling Ponds | 5 | 5 | 4 | 2 | 3 | 1 | 1 | 0 |
| **TOTAL** | 8,974 | 6,119 | 3,921 | 4,415 | 3,481 | 2,463 | 397 | 10 |

Notes [a] Number of sites needing remediation; data were available for 6,119 of the sites needing remediation, including 1 DTRA site.
POL = petroleum, oil, lubricant
The total count for a site type may exceed the number of sites with data for the site type, because a site may have more than one contaminant group.

Source: DOD, Office of the Deputy Under Secretary of Defense (Installations & Environment), Restoration Management Information System (RMIS), data as of September 2001.

## Exhibit C-7. Frequency of Contaminant Subgroup by Matrix
## Percent of Sites With Data

| Contaminant Sub Group | Ground-water | GW % | Sediment | Sediment % | Soil | Soil % | Surface Water | SW % |
|---|---|---|---|---|---|---|---|---|
| Metals | 2423 | 63.00 | 913 | 81.01 | 3384 | 72.02 | 727 | 77.51 |
| Halogenated VOCs | 2151 | 55.93 | 211 | 18.72 | 1052 | 22.39 | 333 | 35.50 |
| BTEX | 1465 | 38.09 | 151 | 13.40 | 1218 | 25.92 | 144 | 15.35 |
| Miscellaneous Inorganic Elements and Compounds (Misc. Organics) | 1418 | 36.87 | 449 | 39.84 | 1361 | 28.96 | 316 | 33.69 |
| Non-halogenated VOCs | 1307 | 33.98 | 263 | 23.34 | 1282 | 27.28 | 184 | 19.62 |
| Non-halogenated SVOCs | 847 | 22.02 | 242 | 21.47 | 973 | 20.71 | 189 | 20.15 |
| Polynuclear Aromatic Hydrocarbons (PAHs) | 638 | 16.59 | 445 | 39.49 | 1450 | 30.86 | 80 | 8.53 |
| Pesticides | 458 | 11.91 | 369 | 32.74 | 988 | 21.03 | 147 | 15.67 |
| Phenols | 315 | 8.19 | 84 | 7.45 | 218 | 4.64 | 62 | 6.61 |
| Halogenated SVOCs | 288 | 7.49 | 58 | 5.15 | 214 | 4.55 | 27 | 2.88 |
| Explosives and Propellants | 208 | 5.41 | 38 | 3.37 | 234 | 4.98 | 51 | 5.44 |
| Polychlorinated biphenyls (PCBs) | 84 | 2.18 | 165 | 14.64 | 602 | 12.81 | 29 | 3.09 |
| Radioactive Materials | 46 | 1.20 | 3 | 0.27 | 42 | 0.89 | 6 | 0.64 |
| Other | 18 | 0.47 | 2 | 0.18 | 25 | 0.53 | 1 | 0.11 |
| Other Organic (Coal Tar, Creosote) | 10 | 0.26 | 4 | 0.35 | 6 | 0.13 | 4 | 0.43 |
| No Group Determined | 2 | 0.05 | 1 | 0.09 | 7 | 0.15 | 0 | 0.00 |

Notes: VOC = Volatile Organic Compound; SVOC - Semivolatile Organic Compound; BTEX = Benzene, Toluene, Ethylbenzene, Xylenes; Data were available for 6,119 sites

Source: DOD, Office of the Under Secretary of Defense (Installations & Environment), Restoration Management Information System (RMIS), data as of September 2001.

# Appendix D

# Supporting Data for Analysis of

# Manufactured Gas Plant Sites

## Exhibit D-1. Estimated Disposition of Former Manufactured Gas Plants & Other Coal Tar Sites in the U.S.

| Site Type [a] | Number of Sites | | | | | | Estimated Current Land Use of Site | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Original Sites | Sites With Releases | Sites Previously NFRAPD[b] | In State Cleanup Program | Studied and Rem-ediated | Not Yet Inves-tigated | Industrial/ Commercial | Resi-dential | Recrea-tional | Vacant |
| Commercial MGPs | 3,500 | 3,500 | <700 | >175 | <350 | 2,275+ | 2,450 | 350 | 350 | 350 |
| District Gas Holders | 500-1,500 | 500-1,500 | 25-75+ | 0 | <25-75 | 450-1,350+ | 300-900+ | 75-225 | 75-225 | <50-150 |
| Rail Yard Pintsch Oil-Gas Plants | 100-150 | 100-150 | <5-7 | <5-7 | <5-7 | >85-129 | 85-127+ | <5-7 | <5-7 | <5-7 |
| Military Gas Plants | 150-250 | 150-250 | 0 | 0 | 0 | 150-250- | 120-200+ | <7-12 | <15-25 | <7-12 |
| Ice & Refrigeration Plants w/Gas Producer | 200-400 | 150-300 | 7-15 | 0 | 0 | 143-285 | 90+ | <5 | 0+ | <5 |
| Institutional Gas Machines | 5,000-10,000 | 2,500-5,000 | 125-250 | 0 | 0+ | 2,375-4,750 | >75 | <10 | <5 | 5 |
| Domestic/Residen-tial Gas Machines | 10,000-15,000 | 10,000-15,000 | 0 | 0 | <200-300 | 9,800-14,700+ | 0 | 9,000-13,500 | <500-750 | 500-750 |
| Captive Gas Producers - Pressure & Suction | 11,000-15,000 | 11,000-15,000 | <550-750 | 0 | <550-750 | 9,900-13,500 | >8,800-12,000 | <550-750 | <550-750 | 1,100-1,500 |
| Bottled Gas Plants | 100 | 50 | 0 | 0 | <2 | 50 | >80 | <5 | <5 | 10 |
| Kerosene Refiners | 100-150 | 100-150 | <5-7 | 0 | <2-3 | 93-140+ | >90-135 | <5-7 | 0+ | 10-15 |
| Compressed Fuel Briquette Plants | 100 | 50 | 0 | 0 | 0 | 50 | >95 | 0 | 0 | <5 |
| Beehive Coke Works | 2,000-4,000 | 2,000-4,000 | <100-200 | 0 | <100-200 | >1,800-3,600 | 200-400 | 100-200 | 100-200 | 1,400-2,800 |

## Exhibit D-1. Estimated Disposition of Former Manufactured Gas Plants & Other Coal Tar Sites in the U.S. (Continued)

| Site Type [a] | Number of Sites | | | | | | Estimated Current Land Use of Site | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Original Sites | Sites With Releases | Sites Previously NFRAPD[b] | in State Cleanup Program | Studied and Rem-ediated | Sites Not Yet Inves-tigated | Industrial/ Commercial | Resi-dential | Recrea-tional | Vacant |
| Merchant & Utility Coke Works | 250-300 | 250-300 | 25-30 | 25-30 | 75-90 | 125-150 | 225-285 | 0 | 0 | <12-15 |
| Charcoal Plants | 2,000-3,000 | 2,000-3,000 | <100-150 | 0 | <100-150 | 1,800-2,700 | 900-1,350 | 100-150 | 100-150 | 900-1,350 |
| Tar Distilleries | 200-400 | 200-400 | 20-40 | 10-20 | 10-20 | 160-320 | 160-320 | 10-20 | 10-20 | 20-40 |
| WWI Federal Wood Tar Distillation Plants | 11 | 11 | 0 | 0 | <5 | 6 | 95 | <5 | <5 | <5 |
| WWI Federal Toluene Plants | 10 | 10 | 0 | 0 | <5 | 5 | 95 | <5 | <5 | <5 |
| Wood Preservation Plants | 800-1,000 | 800-1,000 | 240-300 | <80-100 | <40-50 | 440-550 | 640-800 | 40-50 | 40-50 | 80-100 |
| U.S. BOM Coal Gasification Plants | 37-55 | 37-55 | 2-3 | 2-3 | 0 | 33-49 | 17-25 | 0 | 0 | 17-25 |
| U.S. DOE Coal Gasification Plants | 63-75 | 63-75 | 3-4 | 3-4 | 0 | 57-67 | 28-34 | 0 | 0 | 28-34 |
| **Total** | 36,121-55,001 | 33,471-49,801 | 1,907-2,531 | 300-339 | 1,469-2,007 | 29,975-44,926 | 14,545-19,556 | 10,272-15,300 | 1,765-2,547 | 4,509-7,291 |

Notes: Volume of releases includes present-day bodies of contaminated soil in the subsurface, not otherwise visible at ground surface
a See Exhibit 10-1 for definitions
b No Further Remedial Action Planned

Source: Allen W. Hatheway, "Estimated Number of Manufactured Gas and Other Coal-Tar Sites in the United States," *Environmental Engineering Geoscience*, Vol. III, No. 1, Spring 1997, pp. 141-142 and personal communication with the author, February-March 2003. The data are based on Dr. Hatheway's database on MGPs which includes information on approximately 7,000 sites, assembled from *Brown's Directory of North American Gas Plants*, historic gas industry literature, Sandborn Fire Insurance maps, state agencies, and direct on-site observations.

## Exhibit D-2
## Estimated Typical Remediation Cost by Site Type

| Site Type | Range of Site Size | Number of Sites Not Investigated | Typical Contaminants &Contaminated Media [a] | Release Volume Per Site (000) [b] | Ave. Remediation Cost Per Site ($ Millions) |
|---|---|---|---|---|---|
| Commercial MGPs | small - 1-3 acres<br>medium - 3-10 acres<br>large - 10-100 acres | 2,275+ | Soil: Tars stored in subsurface vessels or discharged to surface/subsurf. Spent Box Waste. PAH- cont. solid waste. | 2,000-50,000 $m^3$ | small - 3.0 - 5.0<br>medium - 4.0 - 10.0<br>large - 10.0 - 100.0 |
| District Gas Holders | 1-4 acres | 450-1350+ | Soil: Leaks in below-ground holders. Tars in abandoned subsurface. Holder tanks - basins pits. | 100-500 $m^3$ | 0.25 - 1.5 |
| Rail Yard Pintsch Oil-Gas Plants | 0.5-1.5 acre | 95-142 | Soil: Dumped sludge & lampblack | 500-10,000 $m^3$ | 0.5 - 5.0 |
| Military Gas Plants | 0.5-1.5 acre | 150-250 | Soil: Tars stored in subsurface vessels and discharged to surface/subsurf. . Spent Box Waste. PAH - cont. solid waste. | 500-1,000 $m^3$ | 1.0 - 4.0 |
| Ice & Refrigeration Plants with Gas Producers | 1-2 acres | 147-294 | Soil: Tars stored in subsurface vessels and discharged to surface/subsurf. | 500-1,000 $m^3$ | 0.5 - 1.5 |
| Institutional Gas Machines | 500-1500 $ft^2$ | 2,450-4,900 | Soil | <100 $m^3$ | 0.2 - 0.75 |
| Domestic Residential Gas Machines | 400-1000 $ft^2$ | 9,800-14,700 | Soil | <50 $m^3$ | 0.05 |

## Exhibit D-2
## Estimated Typical Remediation Cost by Site Type (Continued)

| Site Type | Range of Site Size | Number of Sites Not Investigated | Typical Contaminants &Contaminated Media [a] | Release Volume Per Site (000) [b] | Ave. Remediation Cost Per Site ($ Millions) |
|---|---|---|---|---|---|
| Captive Gas Producers (Pressure & Suction) | 20/30 to 50x600 ft | 10,450-14,250 | Soil: Tars stored in subsurface vessels and discharged to surface/subsurf. Spent Box Waste. PAH cont. solid waste. | 100-10,000 $m^3$ | 1.0 - 10.0 |
| Bottled Manufactured Gas Plants | 1-3 acres | 50 | Soil: Tars stored in subsurface vessels & discharged to surface/subsurf. Spent Box Waste. | 100-500 $m^3$ | 0.2 - 0.5 |
| Kerosene Refiners | 1-2 acres | 95-142 | Soil: Tars stored in subsurface vessels & discharge to surface/subsurf.. Filtration sludges from recovery | 100-1,000 $m^3$ | 1.0 -5.0 |
| Compressed Fuel Briquette Plants | 1-2 acres | 50 | Soil: Tars stored in subsurface vessels & discharged to surface/subsurf.. Coal, coke, lampblack, fines secondarily cont. w/PAH. | 100-1,000 $m^3$ | 0.5 - 1.0 |
| Beehive Coke Works | 40-100 acres | 1,900-3,800 | Tar &/or light oil in soil. PAH-cont. solid waste. | 1,000-10,000 $m^3$ | 0.5 - 2.0 |
| Merchant & Utility Coke Works | 40-100 acres | 100-120 | Soil: Tars stored in subsurface vessels & discharged to surface/subsurface . Spent Box Waste. PAH-contaminated solid waste. | 5,000-100,000 $m^3$ | 10.0 - 100.0 |

## Exhibit D-2
## Estimated Typical Remediation Cost by Site Type (Continued)

| Site Type | Range of Site Size | Number of Sites Not Investigated | Typical Contaminants &Contaminated Media [a] | Release Volume Per Site (000) [b] | Ave. Remediation Cost Per Site ($ Millions) |
|---|---|---|---|---|---|
| Charcoal Plants | 10-100 acres | 1,900-2,850 | Tars and/or light oil in soil. PAH-contaminated solid waste. | 1,000-5,000 $m^3$ | 0.5 - 2.0 |
| Tar Distilleries | 10-100 acres | 150-300 | Soil: Tars stored in subsurface vessels & discharged to surface/subsurf. Filtration sludges from recovery process. | 1,000-100,000 $m^3$ | 10.0 - 100.0 |
| WWI Federal Wood Tar Distillation Plants[c,d] | 40-200 acres | 11 | Soil: Tars stored in subsurface vessels & discharged to surface/subsurf. Filtration sludges from recovery process. | 1,000-10,000 $m^3$ | 1.01 - 2.0 |
| WWI Federal Toluene Plants[c,d] | 80-200 acres | 10 | Soil: Tars stored in subsurface vessels & discharged to surface/subsurf. Filtration sludges from recovery process. PAH-contaminated solid waste. | 1,000-10,000 $m^3$ | 1.0 - 5.0 |
| Wood Preservation Plants | 10-200 acres | 480-600 | Soil: Tars stored in subsurface vessels, discharged to surface/subsurf, or in abandoned lagoons; PAH-contaminated solid waste. | 1,000-10,000 $m^3$ | 5.0 - 20.0 |

## Exhibit D-2
## Estimated Typical Remediation Cost by Site Type (Continued)

| Site Type | Range of Site Size | Number of Sites Not Investigated | Typical Contaminants &Contaminated Media [a] | Release Volume Per Site (000) [b] | Ave. Remediation Cost Per Site ($ Millions) |
|---|---|---|---|---|---|
| U.S. Bureau of Mines - Coal Gasification Plants[c] | 10-40 acres | 33-49 | Soil: Tars stored in subsurface vessels. Tars discharged to surface/subsurface. PAH-contaminated solid waste. | 500-1,000 $m^3$ | 1.0 - 2.0 |
| U.S. Department of Energy - Coal Gasification Plants[c] | 10-40 acres | 57-67 | Soil: Tars stored in subsurface vessels. Tars discharged to surface/subsurface. PAH-contaminated solid waste. | 500-1,000 $m^3$ | 1.0 - 2.0 |

**Assumptions:**
- Cleanup cost estimates are inferred from sites that have been fully characterized, based on knowledge of actual site operation history and reasonable exploration of depth and breadth of subsurface conditions reflecting the presence of MGP residuals.
- Estimates do not consider the presence of post-operational contaminants not typically associated with MGP operations.
- Estimates do not reflect the costs of litigation judgements involving human health and gas works hazardous or toxic residuals at sites.
- It is assumed that 35% of the commercial plants are small, 35% are medium, and 30% are large, and that the average high-estimate costs for these size groups are $4 million, $7 million, and $13 million, respectively.

**Footnotes:**

a This table includes nominal groundwater contamination primarily associated with LNAPLs. It does not include solids lodged in the matrix of an aquifer (DNAPLs). Sites with solids lodged in the aquifer are difficult to predict, highly site specific, and potentially very costly to remediate.

b Volume of releases consider only highly-contaminated soil requiring direct or indirect treatment on site or placement in a RCRA Class C facility. Other more lightly contaminated soils are expected to be present and possibly subject to placement in a RCRA Class D facility.

c Estimates are based on analogous sites.

d These plants were constructed as a WWI emergency measure. Some were barely operational at war's end. Others were operated after the war for commercial purposes and will bear higher remediation costs.

This page intentionally left blank

# Appendix E

# Federal and State Agency Programs

# State and Federal Agency Contacts

## EPA Regional Offices

**EPA Region 1** (ME, NH, VT, MA, RI, CT)
http://www.epa.gov/region01/

**EPA Region 2** (NY, NJ, PR, VI).
http://www.epa.gov/Region2/

**Region 3** (PA, DE, DC, MD, VA, WV).
http://www.epa.gov/region03/

**EPA Region 4** (KY, TN, NC, SC, MS, AL, GA, FL). http://www.epa.gov/region4/

**EPA Region 5** (MN, WI, IL, MI, IN, OH).
http://www.epa.gov/Region5/

**EPA Region 6** (NM, TX, OK, AR, LA).
http://www.epa.gov/earth1r6/

**EPA Region 7** (NE, KS, IA, MO).
http://www.epa.gov/region07/

**EPA Region 8** (MT, ND, WY, SD, UT, CO). http://www.epa.gov/region08/

**EPA Region 9** (CA, NV, AZ, HI).
http://www.epa.gov/region09/

**EPA Region 10** (WA, OR, ID, AK).
http://www.epa.gov/r10earth/

## State Agencies

Links to U.S. states and territories
http://www.epa.gov/epaoswer/osw/stateweb.htm

RCRA State Authorizaton Status
http://www.epa.gov/epaoswer/hazwaste/state/stats/stats_bystate.htm

UST State and Territory Program Directory
http://www.epa.gov/swerust1/states/statcon1.htm

## Civilian Federal Agencies

**Department of Agriculture**
http://www.nrcs.usda.gov/

Agricultural Research Service
http://www.ars.usda.gov/

U.S. Forest Services
http://www.fs.fed.us/

National Resources Conservation Service
http://www.nrcs.usda.gov

**United States Geological Survey**
http://toxics.usgs.gov/topics/remediation.html

**Department of Interior**
National Park Service
http://www.nps.gov/

Fish and Wildlife Service
http://www.fws.gov/

Bureau of Land Management
http://www.blm.gov/nhp/index.htm

Office of Surface Mining
http://www.osmre.gov/

Bureau of Reclamation
http://www.usbr.gov/main/index.html

Bureau of Indian Affairs
http://www.doi.gov/bureau-indian-affairs.html

Office of Environmental Policy and Compliance
Solid and Hazardous Materials Management Team
http://www.doi.gov/oepc/shazmat.html

Natural Resource Damage Assessment and Restoration Program
http://restoration.doi.gov/

**United States postal Service**
http://www.usps.com/

**National Aeronautics and Space Administration (NASA)**
http://www.hq.nasa.gov/office/codej/codeje/je_site/about_us/about_us.html

**Tennessee Valley Authority**
http://www.tva.gov/environment/envservices/index.htm

**Department of Transportation**
http://www.dot.gov/

**Department of the Treasury**
http://www.treas.gov/

**Department of Veterans Affairs**
http://www.va.gov/

This page intentionally left blank

# Appendix F
# Acronyms

| | |
|---|---|
| ACSIM | Assistant Chief of Staff for Installation Management (DOD) |
| A&E | Architectural and Engineering |
| AFCEE | Air Force Center for Environmental Excellence |
| AFSBED | Air Force Small Business Environmental Database |
| ANPR | Advanced Notice of Public Rulemaking |
| ARARs | Applicable or relevant and appropriate requirements |
| ASTM | American Society of Testing Materials |
| ASTSWMO | Association of State and Territorial Solid Waste Management Officials |
| ATSDR | Agency for Toxic Substances and Disease Registry |
| | |
| BCP BRAC | Cleanup Plan |
| BCT BRAC | Cleanup Team |
| BEMR | Baseline Environmental Management Report |
| BLM | Bureau of Land Management |
| BRAC | Base Realignment and Closures |
| BTEX | Benzene, Toluene, Ethylbenzene, and Xylene |
| | |
| CA | Cooperative Agreement |
| CA RCRA | Corrective Action Program under the Resource Conservation and Recovery Act |
| CAMU | Corrective Action Management Unit |
| CBO | Congressional Budget Office |
| CERCLA | Comprehensive Environmental Response, Compensation, and Liability Act |
| CERCLIS | CERCLA Information System |
| CERFA | Community Environmental Response Facilitation Act |
| CFAs | Civilian Federal Agencies |
| CFR | Code of Federal Regulations |
| CHF | Central Hazardous Materials Fund (DOI) |
| CHP | Central Hazardous Materials Fund |
| CIC | Community Involvement Coordinator |
| CID | Central Internet Database (DOE) |
| CLU-IN | Clean-Up Information System |
| CMI | Corrective Measures Implementation (RCRA) |
| CMS | Corrective Measures Study (RCRA) |
| CSM | Conceptual Site Model |
| CRADA | Cooperative Research and Development Agreement (DOE) |
| CWA | Clean Water Act |
| | |
| D&D | Deactivation and Decommissioning |
| DERA | Defense Environmental Restoration Account |
| DERP | Defense Environmental Restoration Program |
| DLA | Defense Logistics Agency |
| DNAPL | Dense Non-Aqueous Phase Liquid |
| DOD | Department of Defense |
| DOE | Department of Energy |
| DOI | Department of Interior |
| DOT | Department of Transportation |
| DQO | Data Quality Objectives |
| DRE | Destruction and Removal Efficiency |

| | |
|---|---|
| DSMOA | Defense and State Memorandum of Agreement |
| DTRA | Defense Threat Reduction Agency |
| | |
| EBS | Environmental Baseline Survey |
| ECR | Environmental Compliance and Restoration Program (NASA) |
| EM | Environmental Management |
| EMSP | Environmental Management Science Program |
| EOU | Excess, Obsolete or Unserviceable |
| EPA | Environmental Protection Agency |
| ERRS | Emergency and Rapid Response Services |
| ESTCP | Environmental Security Technology Certification Program |
| | |
| FAA | Federal Aviation Administration |
| FR | Federal Register |
| FRTR | Federal Remediation Technologies Roundtable |
| FUDS | Formerly Used Defense Sites |
| FUSRAP | Formerly Utilized Sites Remedial Action Program |
| FY | Fiscal Year |
| | |
| GAC | Granulated Activated Carbon |
| GAO | General Accounting Office |
| GPRA | Government Performance and Results Act |
| GWRTAC | Groundwater Remediation Technologies Analysis Center |
| | |
| HMMA | Hazardous Materials Management Appropriations |
| HMMP | Hazardous Materials Management Program (USDA) |
| HMPC | Hazardous Materials Policy Council (USDA) |
| HRS | Hazard Ranking System (Superfund) |
| HSWA | Hazardous and Solid Waste Amendments of RCRA |
| HWIR-Media | Hazardous Waste Identification Rule - Media |
| | |
| IAG | Interagency Agreement |
| IRP | Installation Restoration Program (DOD) |
| | |
| LDRs | Land Disposal Restrictions |
| LM | Office of Legacy Management (DOE) |
| LNAPLs | Light Non-Aqueous Phase Liquids |
| LTTD | Low Temperature Thermal Desorption |
| LUSTs | Leaking Underground Storage Tanks |
| | |
| MAP | Management Action Plan |
| MCL | Maximum Contaminant Level |
| MGP | Manufactured Gas Plant |
| MMRP | Military Munitions Response Program |
| MNA | Monitored Natural Attentuation |
| MTBE | Methyl Tertiary-butyl Ether |
| MTRs | Minimum Technology Requirements |
| MWTP | Mine Waste Technology Program |
| | |
| NABIR | Natural and Accelerated Bioremediation Research Program |
| NACEPT | National Advisory Council for Environmental Policy and Technology |
| NAPLs | Non-Aqueous Phase Liquids |
| NASA | National Aeronautics and Space Administration |
| NAVFAC | Naval Facilities Engineering Command |
| NCP | National Oil and Hazardous Substances Contingency Plan |

| | |
|---|---|
| NELP | Naval Environmental Leadership Program |
| NEPA | National Environmental Policy Act |
| NETAC | National Environmental Technologies Applications Center |
| NETL | National Energy Technologies Laboratory |
| NETTS | National Environmental Technology Test Sites Program |
| NFESC | Naval Facilities Engineering Service Center |
| NFRAP | No Further Action Planned |
| NMLRC | National Mine Land Reclamation Center |
| NPDES | National Pollutant Discharge Elimination System |
| NPL | National Priorities List |
| NTIS | National Technical Information Services |
| | |
| O&M | Operations and Maintenance |
| OB | Open Burn |
| OD | Open Detonation |
| ODUSD (I&E) | Office of Deputy Undersecretary of Defense (Installations & Environment) |
| OERR | Office of Emergency and Remedial Response |
| OPA | Oil Pollution Act |
| ORD | Office of Research and Development |
| OSM | Office of Surface Mining |
| OSMRE | Office of Surface Mining Reclamation and Enforcement |
| OSW | Office of Solid Waste |
| OSWER | Office of Solid Waste and Emergency Response |
| OU | Operable Unit |
| OUST | Office of Underground Storage Tanks |
| | |
| PA | Preliminary Assessment |
| PAHs | Polynuclear Aromatic Hydrocarbons |
| PCBs | Polychlorinated Biphenyls |
| PCE | Perchloroethylene |
| PFP | Pay for Performance |
| POL | Petroleum, Oil, and Lubricants |
| PRP | Potentially Responsible Party |
| P&T | Pump and Treat |
| | |
| RA | Remedial Action |
| RAB | Restoration Advisory Board |
| RACS | Remedial Action Contracting Strategy |
| RAP | Remedial Action Plan |
| RBCA | Risk-Based Corrective Action |
| RC | Response Complete (DOD) |
| RCAID | RCRA Action Implementation Database |
| RCRA | Resource Conservation and Recovery Act of 1976 |
| RCRA CA | RCRA Corrective Action Program |
| RD | Remedial Design |
| RD&D | Research, Development and Demonstrations |
| RFA | RCRA Facility Assessment |
| RFI | RCRA Facility Investigation |
| RFP | Request for Proposals |
| RIA | Regulatory Impact Analysis |
| RI/FS | Remedial Investigation and Feasibility Study |
| RIP | Remedy In Place (DoD) |
| RIS | RCRA Implementation Study |
| RMIS | Restoration Management Information System (DOD) |
| ROD | Record of Decision |

| | |
|---|---|
| RP | Responsible Party |
| RPM | Remedial Project Manager |
| RTDF | Remediation Technologies Development Forum |
| | |
| SARA | Superfund Amendment and Reauthorization Act of 1986 |
| SBIR | Small Business Innovation Research |
| SCRD | State Coalition for Remediation of Drycleaners |
| SERDP | Strategic Environmental Research and Development Program |
| SI | Site Inspection |
| SITE | Superfund Innovative Technology Evaluation |
| S&M | Surveillance and Maintenance |
| SMCRA | Surface Mining Control and Reclamation Act |
| S/S | Solidification/Stabilization |
| StATS | State Authorization Tracking System |
| STTR | Small Business Technology Transfer |
| SVE | Soil Vapor Extraction |
| SVOC | Semi-Volatile Organic Compound |
| SWMU | Solid Waste Management Unit |
| | |
| TCE | Trichloroethylene |
| TIO | Technology Innovation Office |
| T&M | Time and Materials |
| TRU | Transuranic |
| TSDF | Treatment, Storage, and Disposal Facility |
| | |
| UMTRA | Uranium Mill Tailings Remedial Action |
| USACE | United States Army Corps of Engineers |
| USAEC | United States Army Environmental Center |
| USDA | United Department of Agriculture |
| USFS | United States Forest Service |
| USGS | United States Geological Survey |
| UST | Underground Storage Tanks |
| UV | Ultraviolet |
| UXO | Unexploded Ordnance |
| | |
| VCP | Voluntary Cleanup Program |
| VEB | Vertical Engineered Barrier |
| VOC | Volatile Organic Compound |
| | |
| WFO | Work for Others |
| WMM | Waste Military Munitions |