**IN THE UNITED STATES COURT
OF FEDERAL CLAIMS**

| | |
|---|---|
| SEVENSON ENVIRONMENTAL SERVICES, INC., Plaintiff, | |
| v. | No. 05-1075C<br>Judge Thomas C. Wheeler |
| THE UNITED STATES Defendant | |
| and | |
| SHAW ENVIRONMENTAL, INC., Defendant-Intervenor. | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Joshua B. Brady as attorney of record for the United States. Service of all papers should be addressed as follows:

Joshua B. Brady
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN J. FARGO
Director

s/ Joshua B. Brady

JOSHUA B. BRADY
Attorney
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 307-0285
Facsimile: (202) 307-0345

Dated: March 9, 2007