# In the United States Court of Federal Claims

No. 05-1075C
(Filed: April 13, 2007)

| | |
|---|---|
| ***************************************** | * |
| | * |
| SEVENSON ENVIRONMENTAL SERVICES, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant, | * |
| | * |
| and | * |
| | * |
| SHAW ENVIRONMENTAL, INC., | * |
| | * |
| Defendant-Intervenor. | * |
| | * |
| ***************************************** | * |

## ORDER

On April 12, 2007, the parties filed a Joint Status Report ("JSR") in compliance with the Court's March 28, 2007 Opinion and Order. In the JSR, the parties requested additional time to conduct discussions on key issues affecting further proceedings, including the possibility of settlement. For good cause shown, the request for additional time is GRANTED. The parties shall submit a proposed schedule for further proceedings on or before May 31, 2007.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge