**IN THE UNITED STATES COURT**
**OF FEDERAL CLAIMS**

| | |
|---|---|
| SEVENSON ENVIRONMENTAL SERVICES, INC., Plaintiff, | |
| v. | No. 05-1075C |
| THE UNITED STATES Defendant | Judge Thomas C. Wheeler |
| and | |
| SHAW ENVIRONMENTAL, INC., Defendant-Intervenor. | |

Electronically Filed on May 30, 2007

**JOINT PROPOSED SCHEDULE FOR FURTHER PROCEEDINGS**

Pursuant to the Court's Order of April 13, 2007, plaintiff Sevenson Environmental Services, Inc. ("Sevenson"); defendant the United States (the "Government"); and defendant-intervenor Shaw Environmental, Inc. ("Shaw") hereby submit this Joint Proposed Schedule for Further Proceedings.

Counsel for Sevenson and the Government have conferred via telephone to discuss further proceedings, and agree that cross-motions for summary judgment are potentially dispositive of the issue of alleged infringement of Sevenson's patents at the Colonie site. The parties have identified a potentially dispositive issue with respect to the application of the Court's claim construction of March 28, 2007, to the soil remediation process used at the Colonie, New

York FUSRAP site. Generally, the issue is whether the asserted claims as construed by the Court allow for the phosphoric acid treatment at the Colonie site to serve as a source of both sulphate anions and also phosphate anions. Therefore the parties jointly propose to proceed by the following schedule.

**Proposed Schedule for Further Proceedings**

| | |
|---|---|
| Summary Judgment Motions and Opening Briefs (40 pages): | Monday, July 2, 2007 |
| Summary Judgment Opposing Briefs (40 pages): | Monday, July 30, 2007 |
| Reply Briefs (20 pages): | Monday, August 13, 2007 |

Should the Court wish to hear oral argument, the parties suggest that the Court postpone scheduling argument until after the completion of the briefing.

Respectfully submitted,

Dated: May 30, 2007

s/Brian E. Ferguson

Brian E. Ferguson
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, D.C. 20005
(202) 756-8000
bferguson@mwe.com

WEBSTER SZANYI LLP
Kevin A. Szanyi
Nelson Perel
1400 Liberty Building
Buffalo, New York 14202
(716) 842-2800
nperel@websterszanyi.com

Attorneys for Plaintiff, Sevenson Environmental Services, Inc.

Dated: May 30, 2007

PETER D. KEISLER
Assistant Attorney General

JOHN J. FARGO
Director

s/ Joshua B. Brady
JOSHUA B. BRADY
Attorney
Civil Division
U.S. Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0285
Facsimile: (202) 307-0345

Attorneys for Defendant the United States

OF COUNSEL:
Susan Mitchell
Attorney
U.S. Department of Justice

Dated: May 30, 2007

s/ Russel O. Primeaux
Russel O. Primeaux
Kean Miller Hawthorne D'Armond
McCowan & Jarman LLP
One American Place, 22nd Floor
Post Office Box 3513
Baton Rouge, LA 70821-3513
(225) 387-0999
Russel.Primeaux@keanmiller.com

Attorney for Shaw Environmental, Inc.