# In the United States Court of Federal Claims

No. 05-1075C

(Filed: June 8, 2007)

```
*************************************** *
                                        *
SEVENSON ENVIRONMENTAL SERVICES,        *
INC.,                                   *
                                        *
                    Plaintiff,          *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                    Defendant,          *
                                        *
and                                     *
                                        *
SHAW ENVIRONMENTAL, INC.,               *
                                        *
                    Defendant-Intervenor.*
                                        *
*************************************** *
```

**SCHEDULING ORDER**

On June 8, 2007, the Court held a telephonic conference with the parties to discuss the Joint Proposed Schedule for Further Proceedings that they filed on May 30, 2007. Based upon input from counsel, the Court adopted the following schedule:

1. Each party shall submit their Summary Judgment Motions and Opening Briefs on or before July 2, 2007. The briefs shall be no more than 40 pages in length. The parties simultaneously shall file a Joint Stipulation of Facts.

2. Each party shall submit Summary Judgment Opposing Briefs on or before July 30, 2007. The opposing briefs shall be no more than 40 pages in length.

3. A party wishing to submit a reply brief responding to the Opposing Briefs shall do so on or before August 13, 2007.

At the completion of the above briefing schedule, the Court will advise the parties if oral argument on their motions is necessary.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge