**IN THE UNITED STATES COURT**
**OF FEDERAL CLAIMS**

| | |
|---|---|
| **SEVENSON ENVIRONMENTAL SERVICES, INC.,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**THE UNITED STATES,**<br><br>**Defendant,**<br>**and**<br><br>**SHAW ENVIRONMENTAL, INC.,**<br><br>**Defendant-Intervenor.** | **Case No.: 05-1075C**<br>**Judge Thomas C. Wheeler** |

**SEVENSON ENVIRONMENTAL SERVICES, INC.'S MOTION FOR PARTIAL SUMMARY ADJUDICATION RELATING TO INFRINGEMENT**

Plaintiff Sevenson Environmental Services, Inc. ("Sevenson") moves for summary adjudication that the Government's use of phosphoric acid at the hazardous waste site located in Colonie, New York to reduce the amount of leachable lead in the soil to acceptable regulatory levels falls within the scope of the asserted claims of the Sevenson patents-at-issue.

The Sevenson patents are based upon treatment methods employing phosphate and sulfate as treatment chemicals. The relevant facts for purposes of Sevenson's Motion have been stipulated to by the parties. The Government used phosphoric acid (with the tradename "Prayphos P5") at the Colonie Site. Prayphos P5 phosphoric acid contains, *inter alia*, phosphate anions and sulfate. Using Prayphos P5 phosphoric acid, the Government was successful in reducing the amount of leachable lead to below the EPA's standard of 5.0 mg/l using the TCLP

test criteria. By this Motion, Sevenson asks the Court to summarily adjudicate that the Government's use of the Prayphos P5 phosphoric acid at the Colonie Site falls within the scope of the asserted Sevenson patent claims.

In support of its Motion, Sevenson relies on the accompanying Memorandum in Support, the Declaration of Brian E. Ferguson and attached exhibits.

Respectfully submitted,

Dated: __July 2, 2007_____

_s/Brian E. Ferguson____________________
Brian E. Ferguson
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, D.C. 20005
(202) 756-8000
bferguson@mwe.com

WEBSTER SZANYI LLP
Kevin A. Szanyi
Nelson Perel
1400 Liberty Building
Buffalo, New York 14202
(716) 842-2800
nperel@websterszanyi.com

Attorneys for Plaintiff, Sevenson Environmental Services, Inc.

WDC99 1418487-1.057200.0012