**IN THE UNITED STATES COURT**
**OF FEDERAL CLAIMS**

| | |
|---|---|
| **SEVENSON ENVIRONMENTAL SERVICES, INC.,** | |
| **Plaintiff,** | |
| **vs.** | **Case No.: 05-1075C** |
| **THE UNITED STATES,** | **Judge Thomas C. Wheeler** |
| **Defendant,** | |
| **and** | |
| **SHAW ENVIRONMENTAL, INC.,** | |
| **Defendant-Intervenor.** | |

**<u>DECLARATION OF BRIAN E. FERGUSON IN SUPPORT OF SEVENSON ENVIRONMENTAL SERVICES, INC.'S MOTION FOR PARTIAL SUMMARY ADJUDICATION RELATING TO INFRINGEMENT</u>**

I, Brian E. Ferguson, provide the following declaration based on my own personal knowledge, and if called upon to testify, could and would testify as follows:

1. My name is Brian E. Ferguson. I am a partner with McDermott Will & Emery LLP and am counsel of record for Plaintiff Sevenson Environmental Services, Inc. ("Sevenson") in the above-identified case. My office address is 600 Thirteenth Street, NW, Washington, DC 20005.

2. Included with this declaration are true and correct copies of the following documents:

- Exhibit 1 is a true and correct copy of U.S. Patent No. 5,527,982;
- Exhibit 2 is a true and correct copy of U.S. Patent No. 5,732,367;
- Exhibit 3 is a true and correct copy of U.S. Patent No. 5,916,123;
- Exhibit 4 is a true and correct copy of U.S. Patent No. 5,994,608;
- Exhibit 5 is a true and correct copy of U.S. Patent No. 6,139,485; and
- Exhibit 6 is a true and correct copy of the definition of "sulfate" appearing in *The American Heritage Dictionary*, 2d Ed. (Houghton Mifflin Co. 1982).

3. I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of July, 2007 in Washington, DC.

WDC99 1418512-1.057200.0012