Second College Edition

# The American Heritage Dictionary

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

Copyright © 1982 by Houghton Mifflin Company. All rights reserved. No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system, except as may be expressly permitted by 1976 Copyright Act or in writing by the Publisher.

All correspondence and inquiries should be directed to
Reference Division, Houghton Mifflin Company
Two Park Street, Boston, MA 02108

**Library of Congress Cataloging in Publication Data**
Main entry under title:
American Heritage dictionary.
Rev. ed. of: American Heritage dictionary of the English language. New college ed. c1976.
1. English language—Dictionaries. I. Morris, William, 1913–
PE1625.A54 1982 423 82-9346
ISBN 0-395-32943-4
ISBN 0-395-32944-2 (thumb index)
ISBN 0-395-33959-6 (deluxe edition)

Manufactured in the United States of America

**su·int** (so͞o′ĭnt, swĭnt) *n.* A natural grease formed from dried perspiration found in the fleece of sheep, used as a source of potash. [Fr. < OFr. < *suer,* to sweat < Lat. *sudare.*]

**suit** (so͞ot) *n.* **1.** A set of garments consisting of a coat and trousers or skirt that match in color or fabric. **2.** A group of things united into a set or series by having a common form or function. **3.** *Games.* Any of the four sets of playing cards, each with similar spots, that constitute a deck. **4. a.** Attendance required of a vassal at his feudal lord's court or manor. **b.** *Law.* A court proceeding to recover a right or claim. **5.** The act or an instance of courting a woman. —*v.* **suit·ed, suit·ing, suits.** —*tr.* **1.** To meet the requirements of; accommodate: *This candidate does not suit our qualifications.* **2.** To make appropriate or suitable; adapt: *We can suit the building to your specifications.* **3.** To please; satisfy. **4.** To provide with clothing; dress. —*intr.* To be suitable or acceptable. —*idiom.* **follow suit. 1.** To play a card of the same suit as the one led. **2.** To do as another has done; follow an example. [ME < AN *suite* < OFr. *sieute* < VLat. **sequita* < **sequere* < Lat. *sequi,* to follow.]

**suit·a·ble** (so͞o′tə-bəl) *adj.* Appropriate to a given purpose or occasion. —**suit′a·bil′i·ty, suit′a·ble·ness** *n.* —**suit′a·bly** *adv.*

**suit·case** (so͞ot′kās′) *n.* A usually rectangular piece of luggage for carrying clothing.

**suite** (swēt) *n.* **1.** A staff of attendants or a train of followers; retinue. **2.** A succession of related things intended to be used together. **3.** A series of connected rooms used as a living unit. **4.** (swēt, so͞ot). A set of matching furniture. **5.** *Mus.* An instrumental composition consisting of a succession of dances in the same or related keys. [Fr. < OFr. *sieute.* —see SUIT.]

**suit·ing** (so͞o′tĭng) *n.* Fabric from which suits are made.

**suit·or** (so͞o′tər) *n.* **1.** A person who makes a petition or request. **2.** A person who sues in a court of law; plaintiff; petitioner. **3.** A man who is in the process of courting a woman. [ME < AN *seutor,* follower < Lat. *secutor* < *sequi,* to follow.]

**su·ki·ya·ki** (so͞o′kē-yä′kē, skē-yä′kē) *n.* A Japanese dish of sliced meat, vegetables, and seasoning fried together. [J.]

**Suk·koth** (so͝ok′ōt, -əs) *n.* Variant of **Succoth.**

**sul·cate** (sŭl′kāt′) *adj. Biol.* Having narrow longitudinal indentations; grooved. [Lat. *sulcatus,* p.part. of *sulcare,* to furrow < *sulcus,* furrow.]

**sul·cus** (sŭl′kəs) *n., pl.* **-ci** (-kī′, -sī′). **1.** A narrow, deep furrow or groove. **2.** *Anat.* Any of the narrow fissures separating adjacent cerebral convolutions. [Lat.] —**sul′cal** *adj.*

**sulf–** or **sulfo–** *pref.* Sulfur: *sulfate.* [< SULFUR.]

**sul·fa·di·a·zine** (sŭl′fə-dī′ə-zēn′) *n.* An antibacterial sulfa drug, $C_{10}H_{10}O_2N_4S$, used in the treatment of meningitis and other infections. [SULFA (DRUG) + DIAZINE.]

**sul·fa drug** (sŭl′fə) *n.* Any of a group of synthetic organic compounds, such as sulfadiazine, chemically similar to sulfonamide and capable of inhibiting bacterial growth and activity. [SULFA(NILAMIDE) + DRUG.]

**sul·fa·nil·a·mide** (sŭl′fə-nĭl′ə-mīd′, -mĭd) *n.* A white, odorless crystalline sulfonamide, $C_6H_8N_2SO_2$, used in the treatment of various bacterial infections. [SULF- + ANIL(INE) + AMIDE.]

**sul·fa·tase** (sŭl′fə-tās′) *n.* Any of various esterases that catalyze the hydrolysis of sulfuric esters. [SULFAT(E) + -ASE.]

**sul·fate** (sŭl′fāt′) *n.* A chemical compound containing the bivalent group $SO_4$. —*v.* **-fat·ed, -fat·ing, -fates.** —*tr.* **1.** To treat or react with sulfuric acid or a sulfate. **2.** *Elect.* To cause lead sulfate to accumulate on (the plates of a lead-acid storage battery). —*intr.* To become sulfated. [Fr. < Lat. *sulfur,* sulfur.]

**sul·fide** (sŭl′fīd′) *n.* A compound of bivalent sulfur with an electropositive element or group, esp. a binary compound of sulfur with a metal.

**sul·fi·nyl** (sŭl′fə-nĭl′) *n.* The bivalent group SO. [SULF- + -IN + -YL.]

**sul·fite** (sŭl′fīt′) *n.* A salt or ester of sulfurous acid. —**sul·fit′ic** (sŭl-fĭt′ĭk) *adj.*

**sulfo–** *pref.* Variant of **sulf-.**

**sulfon–** *pref.* **1.** Sulfonic: *sulfonamide.* **2.** Sulfonyl: *sulfonmethane.* [< SULFONE.]

**sul·fon·a·mide** (sŭl-fŏn′ə-mīd′, -mĭd) *n.* Any of a group of organic sulfur compounds having the general formula $RSO_2NH_2$.

**sul·fo·nate** (sŭl′fə-nāt′) *n.* A compound in which a hydrogen atom is replaced by the sulfonic acid group $SO_2OH$. —*tr.v.* **-nat·ed, -nat·ing, -nates. 1.** To introduce into (an organic compound) one or more sulfonic-acid groups. **2.** To treat with sulfonic acid. —**sul′fo·na′tion** *n.*

**sul·fone** (sŭl′fōn′) *n.* Any of various organic sulfur compounds having a sulfonyl group attached to two carbon atoms, esp. such a compound used to treat leprosy or tuberculosis.

**sul·fon·ic** (sŭl-fŏn′ĭk) *adj.* Of or relating to the chemical group $SO_3H$.

**sul·fon·ic acid** (sŭl-fŏn′ĭk, -fō′nĭk) *n.* Any of several organic acids containing one or more sulfonic groups, $SO_2OH$.

**sul·fo·ni·um** (sŭl-fō′nē-əm) *n.* The univalent cation $H_2S$. [SULF- + (AMM)ONIUM.]

**sul·fon·meth·ane** (sŭl′fōn-mĕth′ăn′, -fōn-) *n.* A colorless crystalline or powdered compound, $C_7H_{16}S_2O_4$, used medicinally as a hypnotic.

**sul·fo·nyl** (sŭl′fə-nĭl′) *n.* The bivalent radical $SO_2$.

**sulf·ox·ide** (sŭl-fŏk′sīd′) *n.* Any of various organic compounds that contain a sulfinyl group.

**sul·fur** also **sul·phur** (sŭl′fər) —*n. Symbol* **S** A pale-yellow nonmetallic element occurring widely in nature both free and combined in several allotropic forms. It is used in black gunpowder, rubber vulcanization, the manufacture of insecticides and pharmaceuticals, and in the preparation of important sulfur compounds, such as hydrogen sulfide and sulfuric acid. Atomic number 16; atomic weight 32.064; melting point (rhombic) 112.8°C; (monoclinic) 119.0°C; boiling point 444.6°C; specific gravity (rhombic) 2.07; (monoclinic) 1.957; valences 2, 4, 6. —*tr.v.* **-fured, -fur·ing, -furs** also **-phured, -phur·ing, -phurs.** To treat with sulfur or a compound of sulfur. [ME *sulphre* < Lat. *sulfur.*]

**sul·fu·rate** (sŭl′fə-rāt′, -fyə-) *tr.v.* **-rat·ed, -rat·ing, -rates.** To treat or react with sulfur. —**sul′fu·ra′tion** *n.*

**sulfur bacterium** *n.* A bacterium that is capable of oxidizing sulfur compounds.

**sulfur dioxide** *n.* A colorless, extremely irritating gas or liquid, $SO_2$, used in many industrial processes, esp. the manufacture of sulfuric acid.

**sul·fu·re·ous** (sŭl-fyo͝or′ē-əs) *adj.* Of or pertaining to sulfur; sulfurous.

**sul·fu·ret** (sŭl′fə-rĕt′, -fyə-) *tr.v.* **-ret·ed, -ret·ing, -rets** or **ret·ted, -ret·ting, -rets.** To sulfurize. —*n.* A sulfide. [< NLat. *sulfuretum,* sulfide < Lat. *sulfur,* sulfur.]

**sul·fu·ric** (sŭl-fyo͝or′ĭk) *adj.* Of, relating to, or containing sulfur, esp. with valence 6.

**sulfuric acid** *n.* A highly corrosive, dense oily liquid, $H_2SO_4$, colorless to dark-brown depending on its purity and used to manufacture a wide variety of chemicals and materials including fertilizers, paints, detergents, and explosives.

**sul·fur·ize** (sŭl′fə-rīz′, -fyə-) *tr.v.* **-ized, -iz·ing, -iz·es. 1.** To treat or impregnate with sulfur; sulfuret. **2.** To bleach or fumigate with sulfur or sulfur dioxide. —**sul′fur·i·za′tion** *n.*

**sul·fur·ous** (sŭl′fər-əs, -fyər-, sŭl-fyo͝or′əs) *adj.* **1.** Of, relating to, derived from, or containing sulfur, esp. in its lower valence. **2.** Characteristic of or emanating from burning sulfur. **3.** Also **sul·phur·ous.** Fiery; hellish.

**sulfurous acid** *n.* A colorless solution of sulfur dioxide in water, $H_2SO_3$, characterized by a suffocating sulfurous odor, used as a bleaching agent, preservative, and disinfectant.

**sulfur trioxide** *n.* A corrosive compound, $SO_3$, having three solid forms that may coexist in a given sample, used in the sulfonation of organic compounds.

**sul·fur·y** (sŭl′fə-rē) *adj.* **1.** Similar to or suggesting sulfur. **2.** Also **sul·phur·y.** Fiery; hellish.

**sul·fur·yl** (sŭl′fə-rĭl′, -fyə-) *n.* Sulfonyl.

**sulfuryl chloride** *n.* A colorless liquid, $SO_2Cl_2$, having a pungent odor, used as a chlorinating and dehydrating agent and in the manufacture of pharmaceuticals, dyestuffs, and poison gases.

**sulk** (sŭlk) *intr.v.* **sulked, sulk·ing, sulks.** To be sullenly aloof or withdrawn, as in silent resentment or protest. —*n.* A mood or display of sulking: *in a sulk; a case of the sulks.* [Back-formation < SULKY.]

**sulk·y¹** (sŭl′kē) *adj.* **-i·er, -i·est. 1.** Sullenly aloof or withdrawn. **2.** Gloomy; dismal: *sulky weather.* [Orig. unknown.] —**sulk′i·ly** *adv.* —**sulk′i·ness** *n.*

**sulk·y²** (sŭl′kē) *n., pl.* **-ies.** A light two-wheeled vehicle accommodating one person and drawn by one horse. [< SULKY¹ (from its having a single seat).]

**sul·lage** (sŭl′ĭj) *n.* **1.** Silt deposited by a current of water. **2.** Waste materials or refuse; sewage. [Perh. < OFr. *souiller,* to soil. —see SOIL².]

**sul·len** (sŭl′ən) *adj.* **-er, -est. 1.** Showing a brooding ill humor or resentment; morose; sulky. **2.** Gloomy or somber in tone, color, or portent: *sullen, gray skies.* **3.** Sluggish; slow: *a sullen march.* [ME *solein* < OFr. *sol,* alone < Lat. *solus.*] —**sul′len·ly** *adv.* —**sul′len·ness** *n.*

**sul·ly** (sŭl′ē) *tr.v.* **-lied, -ly·ing, -lies. 1.** To mar the cleanness or luster of; soil; stain. **2.** To defile; taint. —*n., pl.* **-lies.** *Archaic.* Something that sullies; stain; spot. [Prob. < OFr. *souiller,* to soil. —see SOIL².]

**sul·phur¹** (sŭl′fər) *n.* Any of various butterflies of the genus *Colias* and related genera, having yellow or orange wings marked with black. [< SULPHUR².]

**sul·phur²** (sŭl′fər) *n. & v.* Variant of **sulfur.**

**sul·phur-bot·tom** (sŭl′fər-bŏt′əm) *n.* The blue whale.

**sulphur butterfly** *n.* Sulphur¹.

**sul·tan** (sŭl′tən) *n.* The ruler of a Moslem country, esp. of the former Ottoman Empire. [OFr. < Med. Lat. *sultanus* < Ar. *sulṭān.*]

**sul·tan·a** (sŭl-tăn′ə, -tä′nə) *n.* **1.** The wife, mother, sister, or daughter of a sultan. **2.** The mistress of a sultan, king, or prince. **3.** A small, yellow, seedless raisin of a kind originally produced in Asia Minor. [Ital., fem. of *sultano,* sultan < Ar. *sulṭān.*]

**sul·tan·ate** (sŭl′tə-nāt′) *n.* **1.** The office, power, or reign of a sultan. **2.** The domain of a sultan.

**sul·try** (sŭl′trē) *adj.* **-tri·er, -tri·est. 1.** Very hot and humid. **2.** Extremely hot; torrid. **3.** Sensual; voluptuous: *a sultry*