**Exhibit 1**

**Table of Arguments**

| | II.<br>"first component"<br>"second component" | III.<br>"supplies" | IV.<br>first mixture /<br>treatment additive /<br>combination | V.<br>two-step<br>process | VI.<br>"TGPA" | VII.<br>"decrease in<br>concentration of<br>leachable radionuclides" | VIII.<br>"volume<br>decrease" |
|---|---|---|---|---|---|---|---|
| '982 Patent | **1**-5, 9 | **1**-5, 9 | **1**-5, 9 | | | | |
| '367 Patent | | **11**, 13, 14, 16 | | | 13 | **11**, 13, 14, 16 | |
| '123 Patent | **1**-7, **15**-20 | **1**-7, **15**-20 | **1**-7, **15**-20 | | | | **1**-7, **15**-20 |
| '608 Patent | **1**-7, 11-19, **20**-24, 26-30 | | **20**-24, 26-30 | **1**-7, 11-19 | 11 | **1**-7, 11-19, **20**-24, 26-30 | |
| '485 Patent | **1**-6, **15**-21, **22**-27, **28**-29, **30**-36 | **1**-6, **15**-21, **22**-27, 30-36 | **1**-6, **15**-21, **22**-27, **28**-29, **30**-36 | | | | |

This Table of Arguments identifies the asserted claims subject to each of the Defendants' arguments for summary judgment.

Note: Claim numbers in **bold** denote an independent claim