**Exhibit 4**

# COLONIE, NEW YORK SITE

# TREATABILITY STUDY

# FINAL REPORT

PRESENTED TO:

ICF KAISER

1130 Central Avenue
Albany, New York 12205
(518) 482-0237

PRESENTED BY:

KIBER ENVIRONMENTAL SERVICES

3145 Medlock Bridge Road
Norcross, Georgia 30071
(770) 242-4090

Revised May 17, 1999

MARCH 1999

KIBER ENVIRONMENTAL SERVICES

3145 Medlock Bridge Rd.
Norcross, Georgia 30071
tel 770-242-4090
fax 770-242-9198
www.kiber.com

RECEIVED MAY 18 1999 By Claire

17 May 1999

Mr. Tony Sheeran
IT Corporation, Inc.
1130 Central Avenue
Albany, New York 12205
(518) 482-0237

Subject: Colonie Site Treatability Study Addendum Report

Dear Mr. Sheeran:

**Kiber Environmental Services, Inc.** (Kiber) is pleased to present the IT Corporation (IT) with an addendum report presenting the results of Phase IV: Additional Treatment and Evaluations performed on the materials sampled from the Colonie, New York Formerly Utilized Sites Remedial Action Program (FUSRAP) site (the site). Kiber performed additional testing as requested by IT in an effort to further optimize and evaluate effective treatment designs, identified by Kiber during previous testing. Specifically, Phase IV testing was performed to further evaluate phosphoric acid addition for treatment of lead contaminated site materials. Note that, as identified by IT, the criteria for the site materials includes the TCLP lead regulatory limit of 5.0 milligrams per liter (mg/L) and the Universal Treatment Standard (UTS) for lead of 0.75 mg/L. The following sections of this letter present detailed discussions of the results of Phase IV of the treatability study.

## BLENDING TECHNIQUES AND SAMPLE FORMATION

Phase IV of the Colonie site treatability study was performed in direct accordance with previous phases. As requested by IT, Kiber developed a total of six additional mixtures using phosphoric acid solution in an effort to further optimize the acid concentration and addition rate. Note that previous phases of the treatability study identified phosphoric acid solution as a treatment reagent capable of achieving both the TCLP regulatory limit and the UTS lead concentration. Based on previous data, Kiber provided IT with additional reagent addition rates and acid concentrations for further evaluation. Specifically, the acid concentrations and addition rates that were evaluated include the following:

| Reagent | Addition Rate |
|---|---|
| 5% Phosphoric Acid | 3% |
| 5% Phosphoric Acid | 5% |
| 10% Phosphoric Acid | 3% |
| 10% Phosphoric Acid | 5% |
| 10% Phosphoric Acid | 10% |
| 20% Phosphoric Acid | 3% |

Table 1 includes the mixtures developed by Kiber during Phase IV of the treatability study. This table includes Kiber's sample numbers, reagent types and reagent addition rates.

Each mixture was developed by initially diluting phosphoric acid to the appropriate solution concentration. Once the solution was developed, mixture development was initiated. For mixture development, an aliquot of the Spiked Composite #2 material was placed into a blending chamber. The specified addition rate of phosphoric acid solution was added directly to the untreated material and blended for a period of 60 to 90 seconds, until visually homogenous. Once homogenous the materials were compacted into cylindrical molds for characterization analyses.

## TREATMENT EVALUATIONS

After development of each of the six mixtures, Kiber evaluated the treated materials for both chemical and physical analyses. Specifically, chemical and physical analyses performed on each of the treated materials immediately following mixture development include the following:

| | |
|---|---|
| Penetrometer Analyses | NA |
| Volumetric Expansion | NA |
| Bulk Density | ASTM D 5057 |
| Material pH | EPA Method 9045C |
| Total Lead | EPA Method 6010B |
| TCLP Lead | EPA Methods 1311/6010B |
| Ignitability | EPA Method 101 |
| Reactive Cyanide and Sulfide | EPA Methods 7.3.3 / 7.3.4 |

Note that ignitability and reactivity analyses were performed on only two treated materials. The materials that were evaluated for ignitability and reactivity include the mixture developed with 5% phosphoric acid solution at a 3% addition rate, and the mixture developed with 10% phosphoric acid solution at a 10% addition rate. The results of all characterization analyses are presented in Tables 1 and 2. Table 1 includes the results of penetrometer testing, volumetric expansion, bulk density and material pH. Total lead, TCLP lead, ignitability and reactivity analyses are included in Table 2. Complete analytical and physical data reports are included in Attachment A.

**Penetrometer / Bulk Density**

Immediately after compaction of the treated materials into cylindrical molds, each treated material was tested for penetrometer strength. The results of penetrometer strength testing indicates that all treated materials exhibited strengths of less than 0.5 tons per square foot (tons/$ft^2$). The volume of material and weight of treated material in each cylindrical mold was also recorded in order to calculate a sample density for each treated material. The results, as

presented in Table 1, indicate that all treated materials exhibited bulk densities in the range of 121 to 124 pounds per cubic foot (lbs/ft$^3$), with the exception of the material treated with a 10% addition rate of a 10% phosphoric acid solution. This treated material exhibited a bulk density of 106 lbs/ft$^3$ due to a higher reagent addition rate and therefore, slightly more moisture.

**Volumetric Expansion**

The volumetric expansion due to the addition of treatment reagents was also performed on each of the treated materials. Volumetric expansion was performed by compacting a pre-weighed aliquot of Spiked Composite #2 into a cylindrical mold. The volume of the untreated soil was measured and recorded. The soil was then removed from the mold and treated in accordance with the protocols outlined above. Upon completion of the treatment process, the material was again compacted into the same type of mold and measure and recorded. The percent volumetric expansion was determined based on the following equation: [(Final Volume - Initial Volume) / Initial Volume] * 100.

The results of volumetric expansion testing indicate that volumetric expansion values were generally very low and within the range of 3 to 9%, with the exception of the mixture developed with a 10% addition of a 10% phosphoric acid solution which resulted in a volumetric expansion of 27%. Note that this mixture had slightly more moisture than the other mixtures due to the higher acid addition rate.

**Material pH**

The results of material pH analyses are also presented in Table 1. The results reveal a correlation between material pH values and phosphoric acid addition. Generally, increased acid addition resulted in decreased material pH values. Note that Kiber evaluated a total of three concentrations of acids. Therefore, the concentration of the acid and the addition rate must be accounted for when identifying the correlation. Material pH values ranged from 4.82 for the mixture developed with a 10% addition of a 10% phosphoric acid solution to a pH of 6.87 for a 3% addition of a 5% phosphoric acid solution. Figure 1 includes a graph presenting the general correlation between phosphoric acid addition and material pH values.

**Total / TCLP Lead**

The results of total and TCLP lead analyses are presented in Table 2. A review of the results indicates that all treated materials had total lead concentrations in the range of 2,250 milligrams per kilogram (mg/kg) to 2,680 mg/kg, with the exception of the material treated with a 10% addition rate of a 10% phosphoric acid solution. This treated material exhibited a total lead concentration of 5,390 mg/kg.

A review of the TCLP lead results indicates that one material achieved the UTS lead concentration and a total of five achieved the TCLP lead regulatory limit. Specifically, the material with the lowest leachable lead concentration included the mixture developed with a 10% addition of a 10% phosphoric acid solution. This treated material exhibited a TCLP lead

concentration of 0.437 mg/L. The mixture developed with a 3% addition of a 20% phosphoric acid solution exhibited a TCLP lead concentration of 0.833 mg/L. Additional mixtures that leached lead below the TCLP regulatory limit of 5.0 mg/L include the mixtures developed with 5% phosphoric acid solution at a 5% addition rate, 10% phosphoric acid solution at a 3% addition rate and 10% phosphoric acid solution at a 5% addition rate. Note that the only treated material that did not achieve the TCLP lead regulatory limit includes the mixture developed with a 3% addition of a 5% phosphoric acid solution. Note that a correlation between phosphoric acid addition and leachable lead concentrations was very evident. Figure 1 includes a graph demonstrating the correlation between TCLP lead concentrations and phosphoric acid addition.

**Ignitability / Reactivity**
Ignitability, reactive cyanide and reactive sulfide analyses were performed on the untreated materials with the lowest and highest phosphoric acid additions. This includes the mixture developed with a 3% addition of a 5% phosphoric acid solution and the mixture developed with a 10% addition of a 10% phosphoric acid solution. A review of the results as presented in Table 2 indicates that both treated materials exhibited ignitabilities in excess of 145 degrees Fahrenheit (°F). This indicates that the materials are classified as non ignitable. Additionally, the treated materials exhibited non-detectable concentrations for reactive cyanide and sulfide.

## CONCLUSION

Kiber performed the Colonie Site treatability study in an effort to identify a cost effective stabilization treatment design capable of reducing the leachability of lead below the TCLP regulatory limit of 5.0 mg/L and the UTS concentration of 0.75 mg/L. Based on the results of the treatability study, Kiber identified several treatment designs capable of achieving these criteria. After evaluation of both traditional and phosphate based treatment designs, Kiber identified phosphoric acid solution as the most cost-effective reagent capable of achieving the site criteria. After optimization of phosphoric acid solution during Phase IV of the treatability study, Kiber has identified the following treatment designs as the most cost effective designs capable of achieving each of the site criteria:

**UTS Standard**
10% Phosphoric Acid Solution @ 10% Addition Rate
20% Phosphoric Acid Solution @ 5% Addition Rate

**TCLP Regulatory Limit**
5% Phosphoric Acid Solution @ 5% Addition Rate
10% Phosphoric Acid Solution @ 3% Addition Rate

Note that, during treatability testing, Kiber used laboratory or reagent grade phosphoric acid for treatment. However, Kiber's experience indicates that effective treatment can often be achieved using less pure, or off-spec, forms of phosphoric acid. These forms of phosphoric acid can often achieve effective treatment at a significantly reduced cost compared to more pure forms. Note that Kiber recommends verifying treatment effectiveness of any reagent selected prior to initiating full-scale treatment.

treatment of the site material with phosphoric acid may be performed using either a more-cost effective phosphoric acid or an off specification phosphoric acid. Reagent grade acids tend to be very expensive and do not provide added benefits.

## CLOSURE

Kiber Environmental Services, Inc. appreciates the opportunity to provide the IT Corporation with treatability testing services. If you have any questions, or require additional information, please contact either of the undersigned at (770) 242-4090.

Sincerely,

KIBER ENVIRONMENTAL SERVICES, INC.

George M. Zaharchak
Project Manager
(Ext. 250)

Robert K. Semenak
Treatability Department Manager
Associate
(Ext. 235)

cc: Mr. Richard Eaton - IT Corporation

KIBER
ENVIRONMENTAL
SERVICES

# TABLES

**KIBER ENVIRONMENTAL SERVICES, INC.**
**IT CORPORATION**
**COLONIE SITE TREATABILITY STUDY**

**TABLE 1**
**Additional Stabilization Treatment**
**Summary of Mixture Development and Monitoring**

| KIBER SAMPLE No. | REAGENT TYPE (1) | REAGENT ADDITION (%) (2) | PENETROMETER TESTING (tons/ft²) (3) | VOLUMETRIC EXPANSION (%) (3) | BULK DENSITY (lbs/ft³) (3) | MATERIAL pH (s.u.) (3) |
|---|---|---|---|---|---|---|
| 3033-022 | 5% Phosphoric Acid Solution | 3 | < 0.5 | 3 | 123 | 6.87 |
| 3033-023 | 5% Phosphoric Acid Solution | 5 | < 0.5 | 9 | 121 | 6.29 |
| 3033-024 | 10% Phosphoric Acid Solution | 3 | < 0.5 | 7 | 123 | 6.41 |
| 3033-025 | 10% Phosphoric Acid Solution | 5 | < 0.5 | 5 | 124 | 5.79 |
| 3033-026 | 10% Phosphoric Acid Solution | 10 | < 0.5 | 27 | 106 | 4.82 |
| 3033-027 | 20% Phosphoric Acid Solution | 3 | < 0.5 | 6 | 121 | 5.35 |

(1) Mixtures were developed by adding the phosphoric acid solution directly to the untreated soil and blending.
(2) For a mixture with 5% reagent addition, 10 grams of reagent was added to 200 grams of untreated material.
(3) Volumetric expansion, penetrometer, bulk density and material pH testing were perfomed immediately following mixture development. A positive number for volumetric expansion denotes expansion, a negative number denotes shrinkage.

3033_213

G000086

KIBER ENVIRONMENTAL SERVICES, INC.
IT CORPORATION
COLONIE SITE TREATABILITY STUDY

TABLE 2
Additional Stabilization Treatment
Summary of Analytical Analyses - EPA Methods 1311/6010B/1010/7.3

| KIBER SAMPLE No. | REAGENT TYPE (1) | REAGENT ADDITION (%) (2) | TOTAL LEAD (mg/kg) (3) | | TCLP LEAD (mg/L) (3) | | MATERIAL IGNITABILITY (°F) (3) | REACTIVITY (3) | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Conc. | DL | Conc. | DL | | Cyanide (mg/kg) | Sulfide (mg/kg) |
| 3033-022 | 5% Phosphoric Acid Solution | 3 | 2,510 | 0.171 | 8.37 | 0.0159 | > 145°F | < 0.0162 | < 0.0175 |
| 3033-023 | 5% Phosphoric Acid Solution | 5 | 2,520 | 0.184 | 3.49 | 0.0159 | - | - | - |
| 3033-024 | 10% Phosphoric Acid Solution | 3 | 2,250 | 0.173 | 2.57 | 0.0159 | - | - | - |
| 3033-025 | 10% Phosphoric Acid Solution | 5 | 2,260 | 0.180 | 1.39 | 0.0159 | - | - | - |
| 3033-026 | 10% Phosphoric Acid Solution | 10 | 5,390 | 0.449 | 0.437 | 0.0159 | > 145°F | < 0.0163 | < 0.0176 |
| 3033-027 | 20% Phosphoric Acid Solution | 3 | 2,680 | 0.173 | 0.833 | 0.0159 | - | - | - |

(1) Mixtures were developed by adding the phosphoric acid solution directly to the untreated material and blending.
(2) For a mixture with 5% reagent addition, 10 grams of reagent was added to 200 grams of untreated material.
(3) Total lead, TCLP lead, ignitability and reactivity analyses were performed immediately after mixture development

3033_2t4

G000087

KIBER
ENVIRONMENTAL
SERVICES

# FIGURES


Phosphate Addition vs. TCLP Lead Concentration
Figure 1
TCLP Standard
UTS Standard
Material pH (s.u.)
TCLP Lead Concentration (mg/L)
Phosphoric Acid Addition (%)
pH
TCLP Lead
7.5
7
6.5
6
5.5
5
4.5
4
3.5
0
0.5
1
1.5
2
2.5
9
8
7
6
5
4
3
2
1
0

G000089