# Exhibit 5

PRAYON

# PRAYPHOS P5

## Purified Phosphoric Acid

## PRODUCT SPECIFICATION DATA SHEET

Meets the US Food Chemicals Codex Specifications (Edition IV, 1996) and the requirements of the EEC regulation (Appendix L292 dated 28.10.2002 of the directive 2002/82).

### Description

| | | |
|---|---|---|
| **Synonym** | Orthophosphoric acid | |
| **Chemical formula** | $H_3PO_4$ | |
| **Molecular weight** | 98.0 | |
| **International codification** | CAS N°: 7664-38-2<br>E N°: E 338 | EINECS N°: 231-633-2<br>Customs duty n°: 28 09 20 00 |

### Product characteristics

| **Appearance** | Colourless, odourless, transparent syrupy liquid | | | | **Method** |
|---|---|---|---|---|---|
| **Grades (1)**<br>$H_3PO_4$ % (- 0.3, + 0.5) | **75.0** | **80.0** | **81.5** | **85.0** | PLC 10 – Paar density<br>PLC 11<br>PLC 20 – Skalar |
| **Chemical properties** | **Unit** | **Specification** | | **Typical analysis** | |
| F | ppm | 10 | max | 7 | PLC 14 – Direct potentiometry |
| Fe | ppm | 10 | max | 7 | PICP 01 – ICP* |
| As | ppm | 0,5 | max | 0,3 | PICP 04 – ICP* |
| Hg (2) | ppm | 0,01 | max | < 0,01 | PICP 01 – ICP* |
| Pb | ppm | 0,5 | max | < 0,1 | PICP 01 – ICP* |
| Cd | ppm | 0,2 | max | < 0,1 | PICP 01 – ICP* |
| Cu | ppm | 1 | max | 0,3 | PICP 01 – ICP* |
| Ni | ppm | 2 | max | 0,4 | PICP 01 – ICP* |
| Heavy metals (as Pb) | ppm | 5 | max | 2,5 | PLC 08 – FCC test |
| Cl | ppm | 20 | max | < 5 | PLC 04 – Titrimetry |
| $SO_4$ | ppm | 350 | max | 230 | PICP 01 – ICP* |

(1) Other grades and concentrations are available on request
(2) Trimestrial statistical analysis
* ICP: Inductively Coupled Plasma

### Physical properties

| **$H_3PO_4$ Concentration** | **$P_2O_5$** | **Density** | **Freezing Point** | **Boiling Point** | **Viscosity** | **Weight of acid** | **Volume of acid** |
|---|---|---|---|---|---|---|---|
| % | % | g/ml @ 20*C | °C | °C | cP @ 30°C | For 1mT P2O5 (mT) | For 1 mT P2O5 (m³) |
| 75.0 | 54.3 | 1.576 | - 20 | 135 | 16 | 1.842 | 1.169 |
| 80.0 | 58 | 1.631 | + 4 | 150 | 21 | 1.724 | 1.057 |
| 81.5 | 59 | 1.648 | + 7 | 152 | 25 | 1.695 | 1.029 |
| 85.0 | 61.5 | 1.689 | + 21 | 158 | 32 | 1.626 | 0.963 |

PRAYON S.A.
BU PHOSPHATES
RUE JOSEPH WAUTERS 120
B-4480 ENGIS (BELGIUM)

TEL +32 4 273 96 81
FAX +32 4 275 68 36
E•M comxromboux@prayon.be

PRAYON

# PRAYPHOS P5

## Purified Phosphoric Acid

| | |
|---|---|
| **Storage** | Bulk storage only in SS 316 LC tanks or rubber lined vessels |
| **Standard packagings** | ▪ Bulk deliveries : Road and rail tankers, lighters and ISO containers of steel lined with ebonite or of stainless steel.<br>▪ 20 - 30 - 60 or 220 litres HDPE drums.<br>▪ 200 litres steel drums with inner PE bags.<br>▪ 1000 litres plastic containers on pallets. |

## Main applications

**FOOD INDUSTRY**
- Acidulant in soft drinks
- Purification and processing of drinking water
- Cane sugar refining
- Vegetable oil degumming
- Yeast nutritient
- Production of food grade phosphate salts
- Pharmaceutical industry
- Pet food

**NON-FOOD INDUSTRY**
- Textile and fibre industries
- Anti freeze
- Production of foliar fertilizers and water soluble fertilzers
- Production of I&I cleaners and detergents
- Metal treatment (metal cleaning, phosphatizing, electroplating, …)
- Production of phosphate salts
- Water treatment
- Activated carbon
- Enamels industry
- Fermentation processes (MSG, penicillin, …)
- Manufacture of caprolactam
- Production of pigments
- Refactories ceramics and iron foundry

**Place of production:** Puurs (Belgium)

**ISO 9000 Certified**

**KOSHER Certified**

**HALAL Certified**

**NSF Approved By UL Labs (MH26736)**

In order to achieve ongoing production improvements, we reserve the right to modify, with advance notice, the characteristics of our products. We recommend that you check regularly to ensure that this version is still current. In case of any dispute, the reference document will be the one kept by **PRAYON**.

Our purified phosphoric acid meet the requirements of current European Community regulations (Council Directives 96/77/CE).

It is guaranteed GMO free, Dioxin free and free from allergens on the ALBA list. Our phosphoric acid is of mineral origin and does not contain any animal matter. No animal derived materials are used during manufacturing.