# Exhibit 7

Saybolt

**Saybolt Canada**
Independent Inspection Services
Laboratory Analysis Services
Tank Calibration Services

CERTIFICATE OF ANALYSIS

Page 9

CARGO / PRODUCT : Phosphoric Acid 75%
DATE COMPLETED : June 19,2001
LOCATION / PORT : Vopak, Montreal, Quebec, Canada
CLIENTS : Prayon Rupel
CLIENTS REF. NO.(S) : N/A

SAYBOLT JOB NO. : 1240010701
SAYBOLT INVOICE # : 12401266

| TESTS | METHOD (ASTM) | GUARANTEES MIN. / MAX. | TYPICALS from Quadra | SHORE TANK 67 AFTER DISCHARGE RESULTS |
|---|---|---|---|---|
| Density (Densite) @ 25°C, Kg/L | D-4052 | REPORT | 1.574 | 1.5753 |
| Density (Densite) @ 15°C, Kg/L | D-4052 | REPORT | --- | 1.5825 |
| Colour (Couleur), Pt-Co. | D-1209 | REPORT | --- | 5-10 |
| Appearance (Apparance) | Visual | REPORT | C & B | Clear & Bright |
| Sp. Gravity (Gravite Sp.) @ 25/15.56°C | E 358 | REPORT | 1.577 | 1.5768 |
| H3PO4 | E 358 | 75% MINIMUM | --- | 75.3 |
| P2O5 | E 358 | 54 % MINIMUM | --- | 54.54 |
| Heavy Metals (Metaux Lourds) as Pb, ppm | USP 231 | 5 PPM MAX. | 2.5 PPM | 4 |
| Fluorides (Fluorures), ppm | SM 4500-F C | 10 PPM MAX. | 7 PPM | 5 |
| Chlorides (Chlorures), ppm | E 291 (mod) | 20 PPM MAX. | 5 PPM | 0.3 |
| Arsenic (Arsenic), ppm | AA/GF | 0.5 PPM MAX. | 0.3 PPM | <0.1 |
| Mercury (Hg) | AA/GF | 0.01 PPM MAX. | <0.01 PPM | <0.01 |
| Lead (plomb), ppm | AA/GF | 0.5 PPM MAX. | <0.1 PPM | <0.1 |
| Iron (Fer), ppm | E 291 (mod) | 10.0 PPM MAX. | 7.0 PPM | 3.2 |
| Nickel (Nickel), ppm | AA/GF | 2 PPM MAX. | 0.4 PPM | 1.6 |
| Cadmium (Cd) ppm | AA/GF | 0.2 PPM MAX. | <0.1 PPM | <0.1 |
| Copper (Cuivre),(Cu)ppm | AA/GF | 1.0 PPM MAX. | 0.3 PPM | 0.8 |
| Sulfates (Sulfates)(SO4) ppm | Gravimetric | 350 PPM MAX. | 230 PPM | 13 |

SAMPLE DESIGNATED AS : Phosphoric Acid
IDENTIFYING MARKS : Shore tank #67 after discharge M/T "MARTHA A"
SAMPLE DRAWN BY : Saybolt Canada
ANALYSIS SUBMITTED BY : Saybolt Inc.
COMMENTS

Filed: Prayon
FORM NO. LAB 402

SAYBOLT CANADA

ISO 9002

1 Research Drive Suite 101 Dartmouth, N.S. Canada B2Y 4M9
Phone: 902-464-1500 Fax: 902-464-0999 www.saybolt.com

*Members: ASTM API IFIA*

CLD NYSE

SH041201

TOTAL P.04

Saybolt

Saybolt Canada
Independent Inspection Services
Laboratory Analysis Services
Tank Calibration Services

CERTIFICATE OF ANALYSIS

| | | |
|---|---|---|
| CARGO / PRODUCT | : | Phosphoric Acid 75% |
| DATE COMPLETED | : | May 16,2000 |
| LOCATION / PORT | : | Montreal, Montreal, Quebec, Canada |
| CLIENTS | : | Prayon Rupel |
| CLIENTS REF. NO.(S) | : | N/A |
| SAYBOLT JOB NO. | : | Our Report No.: 053 |
| SAYBOLT INVOICE # | : | CA 00104 |

Page 0

CORRECTED*

SHORE TANK #7 AFTER DISCHARGE

| TESTS | METHOD (ASTM) | GUARANTEES MIN. / MAX. | TYPICALS from Quadra | RESULTS |
|---|---|---|---|---|
| Density (Densite) @ 25°C, Kg/L | D-4052 | REPORT | 1.574 | 1.5762* |
| Density (Densite) @ 15°C, Kg/L | D-4052 | REPORT | --- | 1.5838* |
| Colour (Couleur), Pt-Co. | D-1209 | REPORT | --- | 20-25 |
| Appearance (Apparance) | Visual | REPORT | C & B | Clear & Bright |
| Sp. Gravity (Gravite Sp.) @ 25/15.60°C | E 358 | REPORT | 1.577 | 1.5777* |
| H3PO4 | E 358 | 75% MINIMUM | --- | 75.4* |
| P2O5 | E 358 | 54 % MINIMUM | --- | 54.61* |
| Heavy Metals (Metaux Lourds) as Pb, ppm | USP 231 | 5 PPM MAX. | 2.5 PPM | <1 |
| Fluorides (Fluorures), ppm | SM 4500-F C | 10 PPM MAX. | 7 PPM | 3 |
| Chlorides (Chlorures), ppm | E 291 (mod) | 20 PPM MAX. | 5 PPM | 0.6 |
| Arsenic (Arsenic), ppm | AA/GF | 0.5 PPM MAX. | 0.3 PPM | <0.5 |
| Mercury (Hg) | AA/GF | 0.01 PPM MAX. | <0.01 PPM | <0.01 |
| Lead (plomb), ppm | AA/GF | 0.5 PPM MAX. | <0.1 PPM | 0.1 |
| Iron (Fer), ppm | E 291 (mod) | 10.0 PPM MAX. | 7.0 PPM | 2.0 |
| Nickel (Nickel), ppm | AA/GF | 2 PPM MAX. | 0.4 PPM | 0.1 |
| Cadmium (Cd) ppm | AA/GF | 0.2 PPM MAX. | <0.1 PPM | <0.2 |
| Copper (Cuivre),(Cu)ppm | AA/GF | 1.0 PPM MAX. | 0.3 PPM | 0.1 |
| Sulfates (Sulfates)(SO4) ppm | Gravimetric | 350 PPM MAX. | 230 PPM | 203 |

| | | |
|---|---|---|
| SAMPLE DESIGNATED AS | : | Phosphoric Acid |
| IDENTIFYING MARKS | : | Shore tank #07 after discharge "Suzanne" |
| SAMPLE DRAWN BY | : | Saybolt Canada |
| ANALYSIS SUBMITTED BY | : | Saybolt Inc. |
| COMMENTS | | |

Filed: [illegible]
FORM NO. LAB 402

SAYBOLT CANADA

# Saybolt Canada Limited

BULK CARGO & MARINE SURVEYORS

SAYBOLT

A Core Laboratories Company

CERTIFICATE OF ANALYSIS

Page A

| | | |
|---|---|---|
| CARGO / PRODUCT | : | Phosphoric Acid 76% |
| DATE COMPLETED | : | July 30, 1998 |
| LOCATION / PORT | : | Montreal, Montreal, Quebec, Canada |
| CLIENTS | : | Prayon Rupel |
| CLIENTS REF. NO.(S) | : | N/A |
| SAYBOLT JOB NO. | : | Our Report No.: 121 |
| SAYBOLT INVOICE # | : | CA-88470 |

SHORE TANK 67 AFTER DISCHARGE

| TESTS | METHOD (ASTM) | GUARANTEES MIN. / MAX. | TYPICALS (from Quadra) | RESULTS |
|---|---|---|---|---|
| Density (Densité) @ 20°C, Kg/L | D-4052 | REPORT | 1.574 | 1.5735 |
| Density (Densité) @ 15°C, Kg/L | D-4052 | REPORT | ... | 1.5813 |
| Colour (Couleur), Pt-Co. | D-1209 | REPORT | ... | 20-25 |
| Appearance (Apparence) | Visual | REPORT | C & B | Clear & Bright |
| Sp. Gravity (Gravité Sp.) @ 25/15.56°C | E 360 | REPORT | 1.577 | 1.5750 |
| H3PO4 | E 360 | 75% MINIMUM | ... | 75.1 |
| P2O5 | E 358 | 54 % MINIMUM | ... | 54.39 |
| Heavy Metals (Métaux Lourds) as Pb, ppm | USP 231 | 5 PPM MAX. | 2.5 PPM | 5 |
| Fluorides (Fluorures), ppm | SM 4500-F C | 10 PPM MAX. | 7 PPM | 4 |
| Chlorides (Chlorures), ppm | E 201 (mod) | 20 PPM MAX. | 8 PPM | 0.6 |
| Arsenic (Arsenic), ppm | AA/GF | 0.6 PPM MAX. | 0.3 PPM | 0.2 |
| Mercury (Hg) | AA/GF | 0.01 PPM MAX. | <0.01 PPM | <0.01 |
| Lead (plomb), ppm | AA/GF | 0.5 PPM MAX. | <0.1 PPM | <0.1 |
| Iron (Fer), ppm | E 291 (mod) | 10.0 PPM MAX. | 7.0 PPM | 7.0 |
| Nickel (Nickel), ppm | AA/GF | 2 PPM MAX. | 0.4 PPM | <1 |
| Cadmium (Cd) ppm | AA/GF | 0.2 PPM MAX. | <0.1 PPM | <0.2 |
| Copper (Cuivre),(Cu)ppm | AA/GF | 1.0 PPM MAX. | 0.3 PPM | <1 |
| Sulfates (Sulfates)(SO4) ppm | Gravimetric | 360 PPM MAX. | 230 PPM | 187 |

| | | |
|---|---|---|
| SAMPLE DESIGNATED AS | : | Phosphoric Acid |
| IDENTIFYING MARKS | : | Shore tank 267 after discharge "Stolt Aspiration" |
| SAMPLE DRAWN BY | : | Saybolt Canada Ltd. |
| ANALYSIS SUBMITTED BY | : | Saybolt Inc. |
| COMMENTS | | |

SAYBOLT CANADA LTD.

Fwd: Prayon

FORM NO. CAD 402



SH041293

TOTAL P.03