# Exhibit 8

<u>Sevenson Patents Chart</u>
White Boxes = Patents-in-suit
Gray Boxes = Related patents not in-suit
CIP = Continuation-in-part




Continued from '367
US Pat. No. 5,994,608
Filed Oct. 17, 1997
Issued Nov. 30, 1999
App. No. 08/953,568
Continuation of 08/663,692
US Pat. No. 5,916,123
Filed Oct. 2, 1997
Issued June 29, 1999
App. No. 08/942,803
Continuation of 08/663,692
US Pat. No. 6,291,736
Filed Oct. 25, 1999
Issued Sept. 18, 2001
App. No. 09/426,364
Continuation of 08/663,692
US Pat. No. 6,258,018
Filed June 28, 1999
Issued July 10, 2001
App. No. 09/340,898
CIP of 08/942,803
US Pat. No. 6,139,485
Filed June 28, 1999
Issued Oct. 31, 2000
App. No. 09/340,903
Continuation of 08/942,803
US Pat. No. 6,635,796
Filed July 9, 2001
Issued Oct. 21, 2003
App. No. 09/902,533
CIP of 09/426,364
AND 08/942,803
US Pat No. 6,309,337
Filed July 6, 2000
Issued Oct. 30, 2001
App. No. 09/611,033
Continuation of 08/942,803