# Exhibit 15

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

SEVENSON ENVIRONMENTAL SERVICES, INC., )
)
Plaintiff, )
)
VS. ) No. 02-CV-0527A
)
SHAW ENVIRONMENTAL, INC., )
)
Defendant. )

APPEARANCES:

MR. KEVIN A. SZANYI,
MR. TODD M. SCHIFFMACHER,
Attorneys for the plaintiff

MR. GEOFFREY D. KRESSIN,
MR. MARK S. GRAHAM,
Attorneys for the defendant

ALSO PRESENT:

MR. JOHN P. FRANZ
DR. ERNEST F. STINE

DEPOSITION OF ANTHONY R. SHEERAN

AUGUST 11, 2004

HARPER & ASSOCIATES
COURT REPORTERS
P. O. BOX 1484
KNOXVILLE, TENNESSEE 37901
TELEPHONE (865) 546-8640

LASER BOND FORM B PENGAD • 1-800-631-6989 • www.pengad.com

DEPOSITION

The deposition of ANTHONY R. SHEERAN, taken by notice, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, before Walter E. Harper, Jr., Shorthand Reporter and Notary Public in and for the State of Tennessee at Large, on the 11th day of August, 2004, at the law offices of Luedeka, Neely & Graham, 1871 Riverview Tower, Knoxville, Tennessee.

It is agreed that the reporter may swear the witness, that he may take the deposition in machine shorthand, and reduce his notes to typewritten form.

All objections except as to the form of the question are reserved until the time of hearing.

Formalities as to caption, certificate, and transmission are expressly waived.

ANTHONY R. SHEERAN,

having been first duly sworn, was examined and deposed as follows:



LASER BOND FORM B PENGAD • 1-800-631-6989 • www.pengad.com

MR. SZANYI: You'll need to mark down the start time and the stop time, because we have an agreement for two seven-hour days, as I understand. Is that right, Counsel?

MR. GRAHAM: Yeah, we do. We may have -- we'll see how it goes, but we may have to take into consideration when we started the deposition and the reasons why the deposition start time is delayed. We'll try to work with you as best we can within reason.

MR. SZANYI: I've got like 11:25.

(Deposition start time: 11:25 A.M.)

EXAMINATION

BY MR. SZANYI:

Q. Good morning again.

A. Good morning.

Q. We met briefly. My name is Kevin Szanyi, and I represent Sevenson Environmental Services in this case. I'm going to ask you some questions today. If you don't understand my questions, just tell me, and I'll be happy to repeat the question or rephrase the question as best I can. All right?

A. Yes.

Q. When you give me a response today, we'll need



LASER BOND FORM B PENGAD • 1-800-631-6989 • www.pengad.com

you to give us an audible interest response, a "yes" or a "no", instead of shaking your head or saying "uh-huh" so we can put it down on paper. Do you understand that?
A. Correct.
Q. If you need to take a break just tell me, and we'll accommodate you.
A. Thank you.
Q. Currently are you employed, sir?
A. Yes.
Q. Where do you work?
A. Shaw Environmental.
Q. What's your current title or position?
A. I'm the Shaw Environmental project manager for the Colonie FUSRAP site.
Q. How long have you worked for Shaw as opposed to IT?
A. Probably about two years and a few months. Since May of '02.
Q. As I understand it from documentation, before that were you employed by IT Corp or IT -- some IT entity?
A. I'm not sure I understand the question.
Q. Prior to working for Shaw, who was your employer?
A. IT Corporation.

LASER BOND FORM B PENGAD • 1-800-631-6989 • www.pengad.com

Q. So you know that much, that the water is more than the acid; correct?

A. Yes.

Q. Can you give me your best estimate? Is it two to one? Three to one? Four to one? Five to one? Ten to one?

MR. KRESSIN: Objection.

A. I don't measure it.

Q. I know that. That's why I'm asking for an estimate. Just your best estimate.

A. I couldn't guess it.

Q. No ballpark at all?

A. No ballpark.

Q. Is the soil measured in terms of its weight before it goes into the pug mill and then when it comes out of the pug mill?

MR. KRESSIN: Objection. Compound question.

A. Would you rephrase the question?

Q. Sure. I want to know if you measure or weigh what's being put into the pug mill and what comes out of the pug mill to determine what you've added to it in terms of volume?

A. No, we do not.

Q. If you don't weigh it, do you try and measure



LASER BOND FORM B PENGAD • 1-800-631-6989 • www.pengad.com

the change in volume in some other way?

A. No, we do not.

Q. Do you know as you sit here today what volumetric expansion takes place as a result of being treated through the pug mill and the addition of acid and water?

A. No.

Q. Is there some volumetric expansion?

A. We don't measure it.

Q. I assume that you would agree that there has to be some since you're adding water and acid; correct?

A. I would disagree with that statement.

Q. All right. So you don't necessarily agree that there's any volumetric expansion?

A. Correct.

Q. Sticking again with the same document for the pile that's been designated 86-87, that says "at 40 GPM". Is that what it says?

A. On the line adjacent to what is the pile number being processed, yes.

Q. Okay. And again, to the right of that, when you talk about 98-99, it says "100 TPH".

A. I see that.

Q. I'm wondering why did this person, Mr. Dufek, express pile 86-87 in gallons per minute and pile 98-99



LASER BOND FORM B PENGAD • 1-800-631-6989 • www.pengad.com

after it comes out of the pug mill?
A. No.
Q. It's tested before it goes in; right?
A. Correct.
Q. Why isn't it tested on the way out?
A. No need to.
Q. Why?
A. Because the radiological criteria is set on the first sample.
Q. Do you know if the treatment process affects or lowers the radiological levels?
A. I do not.
Q. No one's ever tested that to find out?
A. We've never tested that.
Q. Does all the soil that goes through the pug mill have some level of radioactive material in it?
A. Yes.
Q. Have you ever heard that this particular treatment process that you are using actually lowers radioactive levels?
A. I'm aware of that, yes.
Q. And if the decision to send it to different facilities is driven in part by the level of radioactive material in the soil, why wouldn't you want to test it after it goes through the pug mill to get an accurate



LASER BOND FORM B PENGAD • 1-800-631-6989 • www.pengad.com

reading before sending it on?

A. We have an accurate reading at the front.

Q. But again, you just told me that you are aware that that reading may change after it goes through the pug mill; right?

A. Let me clarify. You said the readings are lowered. I interpreted that to mean the leachability of the radioactivity is lowered. The radioactivity levels do not change. You can't make it disappear.

Q. So the leachability changes?

A. That's my understanding from one of the alleged patents.

Q. In any event, to your knowledge, it's never been tested post pug mill?

A. That's correct.

Q. What is the current rate per ton for disposal at U.S. Ecology, if you know?

A. For the Colonie material?

Q. Correct.

A. $71.50 per loose cubic yard.

Q. Does that include shipping to U.S. Ecology?

A. Absolutely not.

Q. There is also shipping costs?

A. Correct.

Q. Do you know what those are presently?



LASER BOND FORM B PENGAD • 1-800-631-6989 • www.pengad.com