# Exhibit 6

**IN THE UNITED STATES COURT
OF FEDERAL CLAIMS**

| | |
|---|---|
| **SEVENSON ENVIRONMENTAL SERVICES, INC.,** | |
| **Plaintiff,** | **Case No.: 05-1075C** |
| **vs.** | **Judge Thomas C. Wheeler** |
| **THE UNITED STATES,** | |
| **Defendant.** | |
| **and** | |
| **SHAW ENVIRONMENTAL, INC.,** | |
| **Defendant-Intervenor.** | |

DECLARATION OF GARY M. PIERZYNSKI, Ph.D.

I, **Gary M. Pierzynski, Ph.D.**, state and declare as follows:

1. I am a professor of Soil and Environmental Chemistry in the Department of Agronomy at the Kansas State University, located at 2004 Throckmorton Plant, Manhattan, Kansas 66506-5501.

2. I am over 18 years of age and am competent to make this Declaration. I make this Declaration based on my own personal, scientific and expert knowledge and experience. If called as a witness, I could truthfully and competently testify to the matters stated in this Declaration.

3. I have been a professor in the Department of Agronomy at Kansas State since 1999. Before becoming a tenured professor, I was an associate professor from 1994 to 1999, and an assistant professor from 1989 to 1994, with the Department of Agronomy at Kansas State.

4. I hold a B.S. in crop and soil sciences from Michigan State University (1982), a M.S. in environmental chemistry from Michigan State (1985), and a Ph.D. in soil chemistry from The Ohio State University (1989). I have attached my curriculum vitae as Attachment 1.

5. I have published extensively in the field of soil chemistry and environmental chemistry. I have also co-authored a book titled Soils and Environmental Quality (Third Edition) (Taylor and Francis, 2005), and I am co-inventor of U.S. Patent 6,383,128, "Method for in-situ immobilization and reduction of metal bioavailability in contaminated soils, sediments, and wastes."

6. As part of my scientific and education background, I am familiar with converting between parts-per-million (ppm) and per cent by weight (% (wt)). Both are units of relative measurement, i.e. the express a measurement in terms of the quantity of one thing relative to the quantity of another thing. For acid composition, ppm and % (wt) would be used to express the concentration of the acid itself, or a constituent of the acid. Generally, ppm would be used to express the concentration of constituents present at very low concentrations while % (wt) would be used for constituents present at much higher concentrations. This avoids the use of very small numbers for constituents present at low concentrations (e.g., 500 ppm instead of 0.05%) and the use of very large numbers for constituents present at high concentrations (e.g., 5 % instead of 50000 ppm). These examples also illustrate what is well-known in the art, which is that converting between ppm and % (wt) requires only the use of the relationship **10,000 ppm = 1.0 % (wt)**. This follows from the fact that 1 milligram per kilogram (mg/kg) is the same as 1 ppm, where 1 milligram (mg) equals 1/1000 of a gram and one kilogram (kg) equals 1000 grams. Thus, there are 1,000,000 mg in one kg, and 1 mg/kg = 1 ppm. One percent of 1,000,000 is 10,000, (1,000,000 x 0.01 = 10,000) so 10000 ppm = 1.0 %.

For example:

$$20\ \%\ (\text{wt}) \times (10{,}000\ \text{ppm} / 1\ \%(\text{wt})) = 200{,}000\ \text{ppm}$$

Likewise, one may convert from ppm to % (wt):

$$4200\ \text{ppm} \times (1\ \%\ (\text{wt}) / 10{,}000\ \text{ppm}) = 0.42\ \%\ (\text{wt})$$

7. Engineers, scientists, individuals involved with handling industrial chemical products and those of ordinary skill in the art rely on a document called a certificate of analysis, or COA, to determine the chemical composition of such a product. A COA identifies the chemical constituents and any impurities contained in the product as determined by laboratory analysis. A COA usually lists chemical composition in terms of maximum and minimum parts-per-million or percent by weight expected for the product, plus the actual analysis of the product.

8. Attachments 2–4 to this declaration are three COAs for three different batches of Prayphos P5 phosphoric acid that I have been informed were used at the Colonie site for stabilization of lead in soil. These documents are marked SH041201, SH041245, and SH041293. These three COAs are consistent with similar documents that I have reviewed during my professional career. Each COA lists the constituents of the P5 acid that were measured in the first column, the method by which the analytical company (in this case, Saybolt Canada) measured the concentrations of these constituents in the second column, the “guaranteed” minimum or maximum concentration of each constituent of interest in the third column, the “typical” concentration of each constituent of interest in the fourth column, and the actual concentration of each constituent of interest for the particular delivery in the fifth and final column.

9. The “guaranteed” column expresses the manufacturer’s guarantee of a maximum or minimum concentration for each reported constituent. For impurities, the guaranteed maximum is a concentration that will not be exceeded while for the acid itself (expressed as $H_3PO_4$ or $P_2O_5$) the guaranteed minimum is the lowest concentration that would be found.

10. The “typical” column expresses the typical, normal or average concentration of each reported constituent in the manufacturer’s product.

11. The “results” column expresses the actual measurements for the particular batch or shipment associated with the particular COA. These concentrations are generally similar to the “typical” concentrations, and should be less than or equal to the guaranteed maximum for impurities and should be greater than or equal to the guaranteed minimum for the acid itself. The acid purchaser would review these COA documents periodically to ensure they were receiving product that met their specifications.

12. For example, in Attachment 2, the first COA for Prayphos P5 (marked SH041201) shows that the concentration of iron in Prayphos P5 is guaranteed to be a maximum of 10.0 ppm; the typical concentration of iron in Prayphos P5 is typically 7.0 ppm; and the actual concentration of nickel in this particular delivery of Prayphos P5 is 3.2 ppm.

13. One may convert the iron concentrations in Attachment 2 to percent weight using the relationship I discussed above, **10,000 ppm = 1.0 % (wt)**. I have included the calculations below:

Guaranteed: 10.0 ppm iron x (1 % (wt) / 10,000 ppm) = 0.001 % (wt) iron

Typical: 7.0 ppm iron x (1 % (wt) / 10,000 ppm) = 0.0007 % (wt) iron

Actual: 3.2 ppm iron x (1 % (wt) / 10,000 ppm) = 0.00032 % (wt) iron

14. Sulfate is listed as one of the chemicals of interest in each of these documents and would be considered an impurity in a purified acid such as Prayphos P5. One may convert the concentration of sulfate as expressed in each COA (ppm) to percent weight using the relationship **10,000 ppm = 1.0 % (wt)**, as done so above for iron. In the table below, I list the concentration of sulfate in each category for each COA, expressed in both parts-per-million and also percent weight, calculated by using the conversion of relationship 10,000 ppm = 1.0 % (wt).

**Table 1. Summary of Sulfate Impurity Concentration in Prayphos P5 Certificates of Analysis**

| | **Guaranteed** | | **Typical** | | **Result** | |
|---|---|---|---|---|---|---|
| | **ppm** | **% (wt)** | **ppm** | **% (wt)** | **ppm** | **% (wt)** |
| **Attachment 2 COA** (Marked as SH041201) | 350 (max) | 0.035% | 230 | 0.023% | 13 | 0.0013% |
| **Attachment 3 COA** (Marked as SH041245) | 350 (max) | 0.035% | 230 | 0.023 % | 203 | 0.0203% |
| **Attachment 4 COA** (Marked as SH041293) | 350 (max) | 0.035% | 230 | 0.023 % | 187 | 0.0187% |

15. Sulfate is present in phosphoric acid as an impurity. The concentration of sulfate in phosphoric acid depends on the level to which the phosphoric acid is purified. While no process for manufacturing phosphoric acid will remove every molecule of sulfate, acid manufacturers can take additional steps to minimize the concentration of sulfates (and other impurities).

16. Under a simple wet process for manufacturing phosphoric acid, the acid manufacturer reacts phosphate minerals, largely calcium phosphate minerals, within phosphate rock with sulfuric acid, and sometimes with weak phosphoric acid, to generate concentrated phosphoric acid. In the wet process for manufacturing phosphoric acid, the manufacturer can vary the quality of the phosphate rock, the temperature of reaction, phosphate concentrations, the addition of various purification chemicals, and the application of various purification processes in the manufacturing process to control the quality and purity of the phosphoric acid. Approximately 90% of all phosphoric acid available on the market is produced by a wet process.

17. Prayphos P5 is a phosphoric acid manufactured by Prayon, Incorporated. Prayon manufactures Prayphos P5 using its a proprietary purified wet process. In Prayon's purified wet process, Prayon carries out additional acid purification steps by using a mixed organic solvent to extract impurities such as sulfate, fluorine, and arsenic, thereby increasing the concentration of the phosphoric acid. Prayon refers to Prayphos P5 as "purified phosphoric acid," as seen on Prayon's Product Specification Data Sheet (Attachment 5) and holds several U.S. Patents for their process, including: 3,970,741; 4,188,366; 4,588,570; and 4,777,027.

18. Despite purification technology, no wet process manufacturing of phosphoric acid can completely remove sulfate, fluoride or other impurities. All phosphoric acid produced by a wet process will include some level of sulfate as impurities.

19. The <u>Fertilizer Manual</u> is an industry reference that describes the manufacture of fertilizers used in Agriculture and Horticulture beginning with raw ingredients and including finished products. The manufacture of various phosphorus-containing fertilizer products requires the use of phosphoric acids of varying purities. For example, the manufacture of liquid fertilizers containing phosphorus requires purifed phosphoric acid to prevent the formation of sludges during storage and transport and to allow a higher phosphate content. Thus, a person skilled

in the art of fertilizer manufacturing would need to be aware of purification processes for phosphoric acid.

20. I have attached a true and accurate copy of the section of the Fertilizer Manual that discusses the purification of phosphoric acid, section 11.8, along with the book cover, copyright page, and table of contents, as Attachment 6. This section includes a discussion of the Prayon process for purifying phosphoric acid, such as Prayphos P5, beginning at page 343.

21. The Prayon process has a number of steps to purify and concentrate phosphoric acid and that produce a purified acid with a sulfate concentration similar to that shown in Table 1. After initial reaction of the phosphate rock with sulfuric acid and possibly a small amount of phosphoric acid, flocculating agents are added and filtration or centrifugation are used to separate the calcium sulfate by-product and other impurities from the acid. Additional additives are used in the acid to reduce the fluoride, arsenic, and heavy metal concentrations. The acid then undergoes solvent extraction to further purify the product. Sulfate, arsenic, and heavy metal concentrations would be further reduced during solvent extraction. Additional steps help to increase the acid concentration.

20. As seen in Table 1, the concentration of sulfate impurities in Prayphos P5 is guaranteed to be a maximum of 350 ppm, or 0.035 % (wt.). The typical concentration of sulfate impurities in Prayphos P5 is 230 ppm, or 0.023 % (wt.). The actual concentration of sulfate impurities in the Prayphos P5 delivered for the Colonie process ranged from 203 ppm, or 0.0203 % (wt.), to 13 ppm, or 0.0013 % (wt.).

21. I understand that the Court has defined the term "technical grade phosphoric acid," or "TGPA," as "phosphoric acid that contains up to 70% (by weight) phosphate (as $P_2O_5$) and sulfate ($SO_4^{2-}$), typically as sulfuric acid in the range of 2.5% to 7% (by weight) as an impurity." Cl. Constr. 19–20. Note that the certificates of analysis show the concentration of sulfate, but not the particular source of sulfate. This is relevant because less than 100% of the sulfate in Prayphos P5 originates from sulfuric acid; some of the sulfate anions that make up the concentration listed in the COA comes primarily from calcium sulfate. Thus, although the concentration of sulfate as listed in the COAs is an acceptable proxy for the concentration of sulfuric acid in Prayphos P5, the actual concentration of sulfuric acid in Prayphos P5 is *less than* what is listed in the COA. The typical concentration of sulfate impurities in

Prayphos P5, 230 ppm, or 0.023 % (wt.), is less than one percent of the *minimum* sulfate content of the Court's definition of TGPA. The actual concentration of sulfate in Prayphos P5 is even less. In fact, the concentration of sulfate in Prayphos P5 is, from a chemical reaction point of view, negligible, and would not participate meaningfully in any chemical reactions. Thus, Prayphos P5 is not TGPA as defined in Sevenson's patents and as construed by the Court, and Prayphos P5 does not contain any meaningful amount of sulfate.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 27, 2007, at 8:10 am.

Signed **Gary M. Pierzynski, Ph.D.**

# Attachment 1

# Gary M. Pierzynski
# Curriculum Vitae

Professor of Soil and Environmental Chemistry
Head, Department of Agronomy
2004 Throckmorton Plant Sciences Center
Kansas State University
785-532-6101 (Office), 785-532-6094 (FAX), gmp@ksu.edu

**Professional Experience:**

2007-present. Head, Department of Agronomy, Kansas State University
2002-present. Editor, Journal of Environmental Quality
1999-present. Professor, Department of Agronomy, Kansas State University
1994-1999. Associate Professor, Department of Agronomy, Kansas State University
1989-1994. Assistant Professor, Department of Agronomy, Kansas State University

**Education:**

Ph.D., 1989. The Ohio State University (soil chemistry).
M.S., 1985. Michigan State University (environmental chemistry).
B.S., 1982. Michigan State University (crop and soil science).

**Professional Societies:**

American Society of Agronomy.
Soil Science Society of America.
Sigma Xi.
International Union of Soil Sciences
Worldwatch Institute.
International Society Trace Element Biogeochemistry
Gamma Sigma Delta
Phi Kappa Phi

**Teaching/Graduate Student Advising:**

Courses Taught

AGRON 835, Plant Nutrient Sources, Uptake and Cycling, 1999-present, 3 credits, semi-annually
AGRON 735, Plant Nutrient Sources, 1990-1998, 3 credits, annually
AGRON 375, Soil Fertility, 1997, 3 credits
AGRON 385, Soil Fertility Lab, 1997, 2 credits
AGRON 335, Environmental Quality, 1990-present, 3 credits, annually
GENAG 000, Honors Projects, 1997-1999, 0 credits, biannually
GENAG 515, Honors Presentations, 1997-1999, 1 credit, biannually
AGRON 905, Advanced Soil Chemistry, 1998-present, semi-annually
AGRON 615, Soil and Environmental Chemistry Laboratory, 2001, 2 credits
AGRON 605, Soil and Environmental Chemistry, 2002-present, 3 credits, annually

Undergraduate and Graduate Students Advised

Average 8 undergraduate students each semester; 8 Ph.D. and 12 M.S. students completed

**Awards:**
1996 Outstanding Undergraduate Student Advisor; Fall 1998 and Fall 2002 Faculty of the Semester;
2000 Gamma Sigma Delta Outstanding Teaching Award, 2001 Fellow of the American Society of Agronomy; 2002 Fellow of the Soil Science Society of America, 2003 Practice Periodical of Hazardous, Toxic and Radioactive Waste Management Best Theoretical Paper Award; 2004 Gamma Sigma Delta Outstanding Research Award; 2005 Soil Science Education Award, Soil Science Society of America; 2006 Marion and Chrystie Jackson Soil Science Award, Soil Science Society of America; 2007 Commerce Bank Award for Outstanding Undergraduate Teaching.

**Committees/Professional Service:**

Interim Head, Department of Agronomy, Kansas State University, January 2006 – February 2007
President, KSU chapter of Gamma Sigma Delta, 2005-2006.
Special Assistant to the Provost, Kansas State University, Summer 2005
Chair, College of Agriculture/K-State Research Extension Dean/Director search committee, 2003-2004
Editor, *Journal of Environmental Quality*, 2002-present
Chair, College of Agriculture 5-Year Planning Committee, 2003-2005
Chair, Undergraduate Grievance Board, 2000-2003
Technical Advisor, St.Francois County Superfund Site Coalition, 2000-2003.
Chair, KSU College of Agriculture Academic Programs Review Steering Committee, 1999-2000
Review team member, University of Arkansas, Department of Agronomy, 1999.
Secretary, International Society of Trace Element Research, 1999-2001
Chair, Division S-11 (Soils and Environmental Quality), Soil Science Society of America, 2001
Vice-Chair, Subcommission G (Soil Remediation), International Union of Soil Science, 1998-2002
Co-chair, W-170 (Chemistry and Bioavailability of Waste Constituents in Soils) Regional Research Committee, 1994-1999
Chair, USEPA CKD Risk Assessment Peer Review Panel, 1998
Panel Manager, USDA-NRI Soils and Soil Biology Proposal Review Panel, 1998-1999
Peer Review Panel, USEPA Methodology for Assessing Health Risks Associated with Multiple Pathways Exposure to Combustor Emissions, 1997-1998
SERA-IEG (Phosphorus Southern Regional Extension and Research Information Exchange Group), 1990-present
SSSA S-571 (Training of Soil Scientists) Committee, 1996-present
NCR-174 (Synchrotron X-Ray Sources in Soil Science Research), 1992-2000
Remediation Technology Development forum for *In situ* Metal Stabilization in Soils, 1996-present
Technical Advisor, Jasper County Superfund Site Citizens Coalition, 1994-2005
Associate Editor, *Journal of Environmental Quality*, 1996-2002
Secretary, Subcommission G (Soil Remediation), International Society of Soil Science, 1994-1998
Chair, KSU College of Agriculture Honors Advisory Committee, 1997-1999
Chair, Soil Fertility Faculty Position Search Committee, 1996-1997
Chair, Soil Chemistry Faculty Position Search Committee, 1997-1998
Department of Agronomy Planning Committee, 1996-1998
KSU Graduate Council, 1997-2000
Chair, KCARE Phosphorus BMP Task Force, 1996-1999
KSU College of Agriculture Cultural Change Task Force, 1996-1998
Assistant Dean for Agriculture Search Committee, 1998
Co-chair/Chair, Technical Committee for the Fourth and Fifth International Conference on the Biogeochemistry of Trace Elements, 1995-1999
Technical Advisor, Bartlesville OK Coalition, 1993-1997
KSU Faculty Senate, 1994-1997
Chair, KSU Faculty Senate Faculty Affairs Committee, 1995-1996
Chair, KSU Faculty Senate Task Force on Chronic Low Achievement, 1995

**Selected Funded Research Projects:**

Ham, J.M., R.G. Maghirang, G.M. Pierzynski, W.L. Hargrove, and J.M. DeRouchey. Ammonia losses from a commercial cattle feedlot: Towards a realistic $NH_3$ emissions inventory for the Great Plains. USDA NRI Integrated Program, $477,775, 2004-2006.

Pierzynski, G.M., D. Leikam, R.E. Lamond, D.W. Sweeney, P.L. Barnes, and K. Mankin. Plant Nutrient Source Effects on Surface Runoff Characteristics. Kansas Fertilizer Research Fund, $219,994, 2003-2007.

Pierzynski, G.M., K. Mankin, D. Devlin, D. Regehr, M. Langemeier, K Janssen, D. Sweeney and K. McVay. Integrated Agricultural Management Systems for Improving Water Quality in Kansas. USDA Integrated Research Extension and Education Water Quality Program, $560,000, 2001-2005.

Pierzynski, G.M., M. Lydy, and M. Schneegurt. Evaluation of Chemical and Biological Assays as Indicators of Toxic Metal Bioavailability in Soils. EPA EPSCoR, $250,000, 2001-2004.

Pierzynski, G.M. and W. Fick. Studies to Evaluate Zinc Phytotoxicity of Native Species. US Dept. of Interior. $70,000, 2001-2004.

Pierzynski, G.M., and G. Clark. The Relationship Between Soil Test Phosphorus Levels and Phosphorus in Surface Runoff in Manure Amended Soils: A Rainfall Simulator Study. Kansas Water Resources Competitive Grants Program, $53,141, 1999-2001.

**Selected Publications:**

Books

Pierzynski, G.M., J.T. Sims, and G.F. Vance. 2005. Soils and Environmental Quality (Third Edition), Taylor and Francis, Boca Raton, FL 569 p.

Patents

Pierzynski, G.M., and G.M. Hettiarachchi. 2002. Method for in-situ immobilization and reduction of metal bioavailability in contaminated soils, sediments, and wastes. US Patent No. 6,383,128

Refereed Publications (out of 55)

Pierzynski, G.M., and G. Vaillant. 2006. Remediation to Reduce Ecological Risk from Trace Element Contamination: A Decision Case Study. J. Nat. Resources Life Sci. Edu. 35:85-94.

DeSutter, T.M., G.M. Pierzynski, and J.M. Ham. 2005. Movement of lagoon liquor constituents below four animal-waste lagoons. J. Environ. Qual. 34:1234-1242.

DeSutter, T.M., and G.M. Pierzynski. 2005. Evaluation of soils for use as liner materials: A soil chemistry approach. J. Environ. Qual. 34:951-962.

Pierzynski, G.M. and K.A. Gehl. 2005. Plant nutrient issues for sustainable land application. J. Environ. Qual. 34:18-28.

Sonmez, O., and G.M. Pierzynski. 2005. Assessment of zinc phytoavailability by diffusive gradients in thin films (DGT). Environ. Toxicol. Chem. 24: 934-941.

Pierzynski, G.M., and K.A. Gehl. 2004. An alternative method for remediating lead-contaminated soils in residential areas: A decision case study. J. Nat. Resour. Life Sci. Educ. 33: 63-69.

Hettiarachchi, G.M., G.M. Pierzynski, F.W. Oehme, O. Sonmez, and J.A. Ryan. 2003. Treatment of contaminated soil with phosphorus and manganese oxide reduces absorption of lead by Sprague-Dawley rats. J. Environ. Qual 32:1335-1345.

Xia, K., and G.M. Pierzynski. 2003. Competitive sorption between oxalate and phosphate in soil: an environmental chemistry laboratory using ion chromotography. J. Chem. Education 80:71-75.

Pierzynski, G.M., J.L. Schnoor, A. Youngman, L. Licht, and L.E. Erickson. 2002. Poplar trees for phytostabilization of abandoned zinc-lead smelter. Practice Periodical of Hazardous, Toxic, and Radioactive Waste Management 6: 177-183.

Hettiarachchi, G.M., G.M. Pierzynski, and M.D. Ransom. 2001. In situ stabilization of soil lead using phosphorus. J. Environ. Qual. 30: 1214-1221.

Kimmell, R. J., G.M. Pierzynski, K.A. Janssen, and P.L. Barnes. 2001. Effects of tillage and phosphorus placement on phosphorus runoff losses in a grain sorghum-soybean rotation. J. Environ. Qual. 30: 1315-1323.

Hettiarachchi, G.M., G.M. Pierzynski, and M.D. Ransom. 2000. In situ stabilization of soil lead using phosphorus and manganese oxide. Environ. Sci. Tech. 34:4614-4619.

Pearson, M.S., K. Maenpaa, G.M. Pierzynski, and M.J. Lydy. 2000. Effects of soil amendments on the bioavailability of lead, zinc, and cadmium to earthworms. J. Environ. Qual. 29:1611-1617

# Attachment 2

Saybolt

**Saybolt Canada**
Independent Inspection Services
Laboratory Analysis Services
Tank Calibration Services

CERTIFICATE OF ANALYSIS

Page 9

| | | |
|---|---|---|
| CARGO / PRODUCT | : | Phosphoric Acid 75% |
| DATE COMPLETED | : | June 19,2001 |
| LOCATION / PORT | : | Vopak, Montreal, Quebec, Canada |
| CLIENTS | : | Prayon Rupel |
| CLIENTS REF. NO.(S) | : | N/A |
| SAYBOLT JOB NO. | : | 1240010701 |
| SAYBOLT INVOICE # | : | 12401266 |

SHORE TANK 67 AFTER DISCHARGE

| TESTS | METHOD (ASTM) | GUARANTEES MIN. / MAX. | TYPICALS from Quadra | RESULTS |
|---|---|---|---|---|
| Density (Densite) @ 25°C, Kg/L | D-4052 | REPORT | 1.574 | 1.5753 |
| Density (Densite) @ 15°C, Kg/L | D-4052 | REPORT | --- | 1.5825 |
| Colour (Couleur), Pt-Co. | D-1209 | REPORT | --- | 5-10 |
| Appearance (Apparance) | Visual | REPORT | C & B | Clear & Bright |
| Sp. Gravity (Gravite Sp.) @ 25/15.56°C | E 358 | REPORT | 1.577 | 1.5768 |
| H3PO4 | E 358 | 75% MINIMUM | --- | 75.3 |
| P2O5 | E 358 | 54 % MINIMUM | --- | 54.54 |
| Heavy Metals (Metaux Lourds) as Pb, ppm | USP 231 | 5 PPM MAX. | 2.5 PPM | 4 |
| Fluorides (Fluorures), ppm | SM 4500-F C | 10 PPM MAX. | 7 PPM | 5 |
| Chlorides (Chlorures), ppm | E 291 (mod) | 20 PPM MAX. | 5 PPM | 0.3 |
| Arsenic (Arsenic), ppm | AA/GF | 0.5 PPM MAX. | 0.3 PPM | <0.1 |
| Mercury (Hg) | AA/GF | 0.01 PPM MAX. | <0.01 PPM | <0.01 |
| Lead (plomb), ppm | AA/GF | 0.5 PPM MAX. | <0.1 PPM | <0.1 |
| Iron (Fer), ppm | E 291 (mod) | 10.0 PPM MAX. | 7.0 PPM | 3.2 |
| Nickel (Nickel), ppm | AA/GF | 2 PPM MAX. | 0.4 PPM | 1.6 |
| Cadmium (Cd) ppm | AA/GF | 0.2 PPM MAX. | <0.1 PPM | <0.1 |
| Copper (Cuivre),(Cu)ppm | AA/GF | 1.0 PPM MAX. | 0.3 PPM | 0.8 |
| Sulfates (Sulfates)(SO4) ppm | Gravimetric | 350 PPM MAX. | 230 PPM | 13 |

| | | |
|---|---|---|
| SAMPLE DESIGNATED AS | : | Phosphoric Acid |
| IDENTIFYING MARKS | : | Shore tank #67 after discharge M/T "MARTHA A" |
| SAMPLE DRAWN BY | : | Saybolt Canada |
| ANALYSIS SUBMITTED BY | : | Saybolt Inc. |
| COMMENTS | | |

Filed: Prayon
FORM NO. LAB 402

SAYBOLT CANADA

ISO 9002

1 Research Drive Suite 101 Dartmouth, N.S. Canada B2Y 4M9
Phone: 902-464-1500 Fax: 902-464-0999 www.saybolt.com

Members: ASTM API IFIA

CLD NYSE

SH041201

TOTAL P.04

# Attachment 3

Saybolt

Saybolt Canada
Independent Inspection Services
Laboratory Analysis Services
Tank Calibration Services

CERTIFICATE OF ANALYSIS

Page 0

CORRECTED*

| | | |
|---|---|---|
| CARGO / PRODUCT | : | Phosphoric Acid 75% |
| DATE COMPLETED | : | May 16,2000 |
| LOCATION / PORT | : | Montreal, Montreal, Quebec, Canada |
| CLIENTS | : | Prayon Rupel |
| CLIENTS REF. NO.(S) | : | N/A |
| SAYBOLT JOB NO. | : | Our Report No.: 053 |
| SAYBOLT INVOICE # | : | CA 00104 |

| TESTS | METHOD (ASTM) | GUARANTEES MIN. / MAX. | TYPICALS from Quadra | SHORE TANK #7 AFTER DISCHARGE RESULTS |
|---|---|---|---|---|
| Density (Densite) @ 25°C, Kg/L | D-4052 | REPORT | 1.574 | 1.5762* |
| Density (Densite) @ 15°C, Kg/L | D-4052 | REPORT | --- | 1.5838* |
| Colour (Couleur), Pt-Co. | D-1209 | REPORT | --- | 20-25 |
| Appearance (Apparance) | Visual | REPORT | C & B | Clear & Bright |
| Sp. Gravity (Gravite Sp.) @ 25/15.60°C | E 358 | REPORT | 1.577 | 1.5777* |
| H3PO4 | E 358 | 75% MINIMUM | --- | 75.4* |
| P2O5 | E 358 | 54 % MINIMUM | --- | 54.61* |
| Heavy Metals (Metaux Lourds) as Pb, ppm | USP 231 | 5 PPM MAX. | 2.5 PPM | <1 |
| Fluorides (Fluorures), ppm | SM 4500-F C | 10 PPM MAX. | 7 PPM | 3 |
| Chlorides (Chlorures), ppm | E 291 (mod) | 20 PPM MAX. | 5 PPM | 0.6 |
| Arsenic (Arsenic), ppm | AA/GF | 0.5 PPM MAX. | 0.3 PPM | <0.5 |
| Mercury (Hg) | AA/GF | 0.01 PPM MAX. | <0.01 PPM | <0.01 |
| Lead (plomb), ppm | AA/GF | 0.5 PPM MAX. | <0.1 PPM | 0.1 |
| Iron (Fer), ppm | E 291 (mod) | 10.0 PPM MAX. | 7.0 PPM | 2.0 |
| Nickel (Nickel), ppm | AA/GF | 2 PPM MAX. | 0.4 PPM | 0.1 |
| Cadmium (Cd) ppm | AA/GF | 0.2 PPM MAX. | <0.1 PPM | <0.2 |
| Copper (Cuivre),(Cu)ppm | AA/GF | 1.0 PPM MAX. | 0.3 PPM | 0.1 |
| Sulfates (Sulfates)(SO4) ppm | Gravimetric | 350 PPM MAX. | 230 PPM | 203 |

| | | |
|---|---|---|
| SAMPLE DESIGNATED AS | : | Phosphoric Acid |
| IDENTIFYING MARKS | : | Shore tank #07 after discharge "Suzanne" |
| SAMPLE DRAWN BY | : | Saybolt Canada |
| ANALYSIS SUBMITTED BY | : | Saybolt Inc. |
| COMMENTS | | |

File: Prayon
FORM NO. LAB 407

SAYBOLT CANADA

1 Research Drive Suite 101 Dartmouth, N.S. Canada B2Y 4M9
Phone: 902-464-1500 Fax: 902-464-0999 www.saybolt.com
Members: ASTM API IFIA

SH041245

# Attachment 4

Saybolt Canada Limited
BULK CARGO & MARINE SURVEYORS

SAYBOLT
A Core Laboratories Company

CERTIFICATE OF ANALYSIS

Page A

| | | |
|---|---|---|
| CARGO / PRODUCT | : | Phosphoric Acid 76% |
| DATE COMPLETED | : | July 30,1998 |
| LOCATION / PORT | : | Montank, Montreal, Quebec, Canada |
| CLIENTS | : | Prayon Rupel |
| CLIENTS REF. NO.(S) | : | N/A |
| SAYBOLT JOB NO. | : | Our Report No.: 121 |
| SAYBOLT INVOICE # | : | CA-00470 |

SHORE TANK 67 AFTER DISCHARGE

| TESTS | METHOD (ASTM) | GUARANTEES MIN. / MAX. | TYPICALS from Quadra | RESULTS |
|---|---|---|---|---|
| Density (Densite) @ 20°C, Kg/L | D-4052 | REPORT | 1.674 | 1.5735 |
| Density (Densite) @ 15°C, Kg/L | D-4052 | REPORT | ... | 1.5813 |
| Colour (Couleur), Pt-Co. | D-1209 | REPORT | ... | 20-25 |
| Appearance (Apparance) | Visual | REPORT | C & B | Clear & Bright |
| Sp. Gravity (Gravite Sp.) @ 25/15.56°C | D 360 | REPORT | 1.677 | 1.5750 |
| H3PO4 | E 360 | 75% MINIMUM | ... | 75.1 |
| P2O5 | E 358 | 54% MINIMUM | ... | 54.39 |
| Heavy Metals (Metaux Lourds) as Pb, ppm | USP 231 | 5 PPM MAX. | 2.5 PPM | 5 |
| Fluorides (Fluorures), ppm | SM 4500-F C | 10 PPM MAX. | 7 PPM | 4 |
| Chlorides (Chlorures), ppm | E 201 (mod) | 20 PPM MAX. | 0 PPM | 0.6 |
| Arsenic (Arsenic), ppm | AA/GF | 0.6 PPM MAX. | 0.3 PPM | 0.2 |
| Mercury (Hg) | AA/GF | 0.01 PPM MAX. | <0.01 PPM | <0.01 |
| Lead (plomb), ppm | AA/GF | 0.5 PPM MAX. | <0.1 PPM | <0.1 |
| Iron (Fer), ppm | E 291 (mod) | 10.0 PPM MAX. | 7.0 PPM | 7.0 |
| Nickel (Nickel), ppm | AA/GF | 2 PPM MAX. | 0.4 PPM | <1 |
| Cadmium (Cd) ppm | AA/GF | 0.2 PPM MAX. | <0.1 PPM | <0.2 |
| Copper (Cuivre),(Cu)ppm | AA/GF | 1.0 PPM MAX. | 0.3 PPM | <1 |
| Sulfates (Sulfates)(SO4) ppm | Gravimetric | 360 PPM MAX. | 230 PPM | 187 |

| | | |
|---|---|---|
| SAMPLE DESIGNATED AS | : | Phosphoric Acid |
| IDENTIFYING MARKS | : | Shore tank 267 after discharge "Stolt Aspiration" |
| SAMPLE DRAWN BY | : | Saybolt Canada Ltd. |
| ANALYSIS SUBMITTED BY | : | Saybolt Inc. |
| COMMENTS | | |

SAYBOLT CANADA LTD.

Filed: Prayon

FORM NO. LAB 402

Saybolt Canada Limited
1 Research Drive, Suite 101, Dartmouth, N.S., Canada B2Y 4M9, (902) 464 1500, Fax (902) 464 0900, Telex 610-639-5871

SH041293

TOTAL P.03

**Attachment 5**

Edition n° 4
Date: June 2003
Page 1 / 2

PRAYON

# PRAYPHOS P5

## Purified Phosphoric Acid

## PRODUCT SPECIFICATION DATA SHEET

Meets the US Food Chemicals Codex Specifications (Edition IV, 1996) and the requirements of the EEC regulation (Appendix L292 dated 28.10.2002 of the directive 2002/82).

### Description

| | | |
|---|---|---|
| **Synonym** | Orthophosphoric acid | |
| **Chemical formula** | $H_3PO_4$ | |
| **Molecular weight** | 98.0 | |
| **International codification** | CAS N°: 7664-38-2<br>E N°: E 338 | EINECS N°: 231-633-2<br>Customs duty n°: 28 09 20 00 |

### Product characteristics

| **Appearance** | Colourless, odourless, transparent syrupy liquid | | | | | **Method** |
|---|---|---|---|---|---|---|
| **Grades (1)**<br>$H_3PO_4$ % (- 0.3, + 0.5) | **75.0** | **80.0** | **81.5** | **85.0** | | PLC 10 – Paar density<br>PLC 11<br>PLC 20 – Skalar |
| **Chemical properties** | **Unit** | **Specification** | | **Typical analysis** | | |
| F | ppm | 10 | max | | 7 | PLC 14 – Direct potentiometry |
| Fe | ppm | 10 | max | | 7 | PICP 01 – ICP* |
| As | ppm | 0,5 | max | | 0,3 | PICP 04 – ICP* |
| Hg (2) | ppm | 0,01 | max | < | 0,01 | PICP 01 – ICP* |
| Pb | ppm | 0,5 | max | < | 0,1 | PICP 01 – ICP* |
| Cd | ppm | 0,2 | max | < | 0,1 | PICP 01 – ICP* |
| Cu | ppm | 1 | max | | 0,3 | PICP 01 – ICP* |
| Ni | ppm | 2 | max | | 0,4 | PICP 01 – ICP* |
| Heavy metals (as Pb) | ppm | 5 | max | | 2,5 | PLC 08 – FCC test |
| Cl | ppm | 20 | max | < | 5 | PLC 04 – Titrimetry |
| $SO_4$ | ppm | 350 | max | | 230 | PICP 01 – ICP* |

(1) Other grades and concentrations are available on request
(2) Trimestrial statistical analysis
* ICP: Inductively Coupled Plasma

**Physical properties**

| $H_3PO_4$ Concentration | $P_2O_5$ | Density | Freezing Point | Boiling Point | Viscosity | Weight of acid | Volume of acid |
|---|---|---|---|---|---|---|---|
| % | % | g/ml @ 20*C | °C | °C | cP @ 30°C | For 1mT P2O5 (mT) | For 1 mT P2O5 (m³) |
| 75.0 | 54.3 | 1.576 | - 20 | 135 | 16 | 1.842 | 1.169 |
| 80.0 | 58 | 1.631 | + 4 | 150 | 21 | 1.724 | 1.057 |
| 81.5 | 59 | 1.648 | + 7 | 152 | 25 | 1.695 | 1.029 |
| 85.0 | 61.5 | 1.689 | + 21 | 158 | 32 | 1.626 | 0.963 |

PRAYON S.A.
BU PHOSPHATES
RUE JOSEPH WAUTERS 120
B-4480 ENGIS (BELGIUM)

TEL +32 4 273 96 81
FAX +32 4 275 68 36
E•M comxromboux@prayon.be

PRAYON

# PRAYPHOS P5

## Purified Phosphoric Acid

| | |
|---|---|
| **Storage** | Bulk storage only in SS 316 LC tanks or rubber lined vessels |
| **Standard packagings** | ▪ Bulk deliveries : Road and rail tankers, lighters and ISO containers of steel lined with ebonite or of stainless steel.<br>▪ 20 - 30 - 60 or 220 litres HDPE drums.<br>▪ 200 litres steel drums with inner PE bags.<br>▪ 1000 litres plastic containers on pallets. |

## Main applications

**FOOD INDUSTRY**
- Acidulant in soft drinks
- Purification and processing of drinking water
- Cane sugar refining
- Vegetable oil degumming
- Yeast nutritient
- Production of food grade phosphate salts
- Pharmaceutical industry
- Pet food

**NON-FOOD INDUSTRY**
- Textile and fibre industries
- Anti freeze
- Production of foliar fertilizers and water soluble fertilzers
- Production of I&I cleaners and detergents
- Metal treatment (metal cleaning, phosphatizing, electroplating, …)
- Production of phosphate salts
- Water treatment
- Activated carbon
- Enamels industry
- Fermentation processes (MSG, penicillin, …)
- Manufacture of caprolactam
- Production of pigments
- Refactories ceramics and iron foundry

**Place of production:** Puurs (Belgium)

**ISO 9000 Certified** | **KOSHER Certified** | **HALAL Certified** | **NSF Approved By UL Labs (MH26736)**

In order to achieve ongoing production improvements, we reserve the right to modify, with advance notice, the characteristics of our products. We recommend that you check regularly to ensure that this version is still current. In case of any dispute, the reference document will be the one kept by **PRAYON**.

Our purified phosphoric acid meet the requirements of current European Community regulations (Council Directives 96/77/CE).

It is guaranteed GMO free, Dioxin free and free from allergens on the ALBA list. Our phosphoric acid is of mineral origin and does not contain any animal matter. No animal derived materials are used during manufacturing.

PRAYON S.A.
BU PHOSPHATES
RUE JOSEPH WAUTERS 120
B-4480 ENGIS (BELGIUM)

TEL +32 4 273 96 81
FAX +32 4 275 68 36
E•M comxromboux@prayon.be