# Exhibit 2, continued

# Attachment 6

# Fertilizer Manual





UNIDO United Nations Industrial Development Organization (UNIDO)
IFDC International Fertilizer Development Center (IFDC)

KLUWER ACADEMIC PUBLISHERS

A C.I.P. Catalogue record for this book is available from the Library of Congress.

ISBN 0-7923-5032-4(HB)
ISBN 0-7923-5011-1(PB)

Published by Kluwer Academic Publishers,
P.O. Box 17, 3300 AA Dordrecht, The Netherlands.

Hardbound Edition:
Sold and distributed in the U.S.A. and Canada
by Kluwer Academic Publishers,
101 Philip Drive, Norwell, MA 02061, U.S.A.

In all other countries, sold and distributed
by Kluwer Academic Publishers,
P.O. Box 322, 3300 AH Dordrecht, The Netherlands.

Softbound Edition:
Sold and distributed
by IFDC,
P.O. Box 2040, Muscle Shoals, AL 35661, U.S.A.

*Printed on acid-free paper*

**This manual has been prepared by the United Nations Industrial Development Organization (UNIDO) and International Fertilizer Development Center (IFDC) within UNIDO project XP/GLO/93/094.**

**The views expressed in this publication are those of the authors and do not necessarily reflect the views of the Secretariat of UNIDO or of IFDC.**

**Mention of firm names and commercial products does not imply the endorsement of UNIDO or IFDC.**

**Copyright © 1998 (year of first publication), by United Nations Industrial Development Organization (UNIDO) and International Fertilizer Development Center (IFDC). All Rights Reserved.**

No part of the material protected by this copyright notice may be reproduced or utilized in any form or by any means, electronic or mechanical, including photocopying, recording or by any information storage and retrieval system, without written permission from the copyright owner.

Printed in the Netherlands

# Table of Contents

Page

**Chapter 1. General Concepts, Classification, Terminology, and Definitions** ........ **1**
1.1 Introduction ........ 2
1.2 Plant Nutrients ........ 2
1.3 Fertilizer Grade ........ 2
1.4 Nutrient Availability ........ 3
1.5 Fertilizer Regulations ........ 4
1.6 Fertilizer Specifications ........ 5
1.7 Terminology and Definitions ........ 5
1.8 Fertilizer-Related Information Sources ........ 13
1.9 Resource Publications ........ 18

**Chapter 2. The Role of Fertilizers in Agriculture** ........ **19**
2.1 Demand for Agricultural Products and Plant Nutrients ........ 20
2.2 The Soil Resource ........ 21
2.3 Concepts of Soil Fertility ........ 22
2.4 Fundamentals of N, P, and K ........ 28
2.5 Diagnosis of Nutrient Problems ........ 37
2.6 Profitable Fertilizer Use ........ 39
2.7 Soil Productivity and Sustainability ........ 43
2.8 References ........ 44

**Chapter 3. Status of the Fertilizer Industry** ........ **45**
3.1 Short History of Fertilizer Development ........ 46
3.2 Statistical Overview of Fertilizer Production, 1960-95 ........ 51
3.3 Statistical Overview of Fertilizer Consumption, 1960-95 ........ 55
3.4 Trends in Fertilizer Trade ........ 63
3.5 Trends in Fertilizer Prices ........ 64
3.6 Emerging Centers of Fertilizer Production ........ 65
3.7 Industry Restructuring in Older Producing Areas ........ 66
3.8 References ........ 69

**Chapter 4. Outlook for the Fertilizer Industry, 1995-2005** ........ **70**
4.1 Introduction ........ 71
4.2 Recent Economic and Political Developments and Their Impact on the Fertilizer Industry ........ 72
4.3 Future Outlook for Fertilizer Demand ........ 72
4.4 Future Outlook for Fertilizer Supply ........ 75
4.5 Fertilizer Supply-Demand Balances ........ 78
4.6 Summary ........ 80
4.7 Price Outlook ........ 81
4.8 References ........ 82

***Chapter 5. Fertilizer Raw Materials and Reserves*** ........ ***83***
5.1 Availability and Sources of Raw Materials ........ 85
5.2 Nitrogen Feedstocks ........ 85
5.3 Phosphate Rock ........ 90
5.4 Sulfur ........ 126
5.5 Potash ........ 131
5.6 References ........ 152

**Chapter 6. Production of Ammonia** ........ **158**
6.1 Ammonia Early Process Development ........ 159
6.2 Physical Properties of Ammonia ........ 160
6.3 Feedstock for Ammonia Production ........ 160
6.4 Production Technology of Ammonia ........ 164
6.5 Partial Oxidation Process of Heavy Hydrocarbons ........ 182
6.6 Ammonia From Coal ........ 184
6.7 Ammonia From Electrolytic Hydrogen ........ 187
6.8 Economics of Ammonia Production ........ 188
6.9 Future Development of Ammonia Technology ........ 191
6.10 References ........ 192

**Chapter 7. Transportation and Storage of Ammonia** ........ **195**
7.1 Introduction ........ 196
7.2 Ammonia Storage ........ 197
7.3 Transportation of Ammonia ........ 199
7.4 References ........ 206

**Chapter 8. Nitric Acid, Nitrates, and Ammonium Salts** ........ **207**
8.1 Introduction ........ 209
8.2 Nitric Acid ........ 209
8.3 Ammonium Nitrate ........ 220
8.4 Pollution Control ........ 236
8.5 Production of Calcium Ammonium Nitrate ........ 236
8.6 Other Nitrogen Compounds Used as Fertilizers ........ 238
8.7 References ........ 253

**Chapter 9. Urea** ........ **256**
9.1 Introduction ........ 257
9.2 Properties of Urea ........ 258
9.3 Process Operating Variables ........ 258
9.4 Urea Processes ........ 259
9.5 Urea Finishing Processes ........ 266
9.6 Economics ........ 268
9.7 References ........ 268

**Chapter 10. Liquid Fertilizers and Nitrogen Solutions** ........ **271**
10.1 Introduction ........ 272
10.2 Nitrogen ........ 274
10.3 Fluid Phosphates ........ 279
10.4 Suspension Fertilizers ........ 283
10.5 Specialty Fluid Fertilizers ........ 289
10.6 Investment Costs ........ 292
10.7 Summary ........ 293
10.8 References ........ 293

**Chapter 11. Sulfuric and Phosphoric Acids** ........ **295**
11.1 Sulfuric Acid ........ 296
11.2 Wet-Process Phosphoric Acid ........ 311
11.3 Superphosphoric Acid ........ 332
11.4 Shipment of Phosphoric Acid ........ 333
11.5 Use of Byproduct Gypsum ........ 336
11.6 Utilization of Fluorine ........ 339
11.7 Uranium Extraction ........ 340
11.8 Purification of Phosphoric Acid ........ 341
11.9 Production of Phosphoric Acid Using Acids Other Than Sulfuric ........ 345
11.10 Phosphoric Acid Production by the Electric Furnace Process ........ 348
11.11 Phosphoric Acid Production by the Blast-Furnace Process ........ 350
11.12 Wet-Process Licensers ........ 351
11.13 References ........ 351

**Chapter 12. Fertilizers Derived From Phosphoric Acid ........ 354**
12.1 Introduction ........ 355
12.2 Triple Superphosphate ........ 355
12.3 Ammonium Phosphates ........ 361
12.4 Nongranular MAP ........ 370
12.5 Ammonium Polyphosphate ........ 373
12.6 Comparative Economics of TSP and DAP ........ 374
12.7 Other Fertilizers Made From Phosphoric Acid ........ 376
12.8 Process Licensors and Contractors ........ 381
12.9 References ........ 381

**Chapter 13. Nitrophosphate Fertilizers ........ 384**
13.1 Introduction ........ 385
13.2 Fundamentals of Nitrophosphates ........ 385
13.3 Nitrophosphate Processes ........ 386
13.4 Odda Process With Calcium Precipitation ........ 387
13.5 The Mixed-Acid Process ........ 392
13.6 Other Processes ........ 395
13.7 Advantages and Disadvantages of the Nitrophosphate Route ........ 397
13.8 Development in Quantities and Market Share ........ 398
13.9 References ........ 398

**Chapter 14. Other Phosphate Fertilizers ........ 400**
14.1 Single Superphosphate (SSP) ........ 401
14.2 Phosphate Rock as a Fertilizer ........ 405
14.3 Basic Slag ........ 408
14.4 Potassium Phosphates ........ 409
14.5 Bone Meal ........ 410
14.6 Fused Calcium Magnesium Phosphate ........ 410
14.7 Rhenania Phosphate ........ 410
14.8 Calcium Metaphosphate ........ 411
14.9 Dicalcium Phosphate ........ 411
14.10 Magnesium Phosphates ........ 412
14.11 Urea Superphosphate (USP) ........ 412
14.12 References ........ 414

**Chapter 15. Potash Fertilizers ........ 416**
15.1 Introduction ........ 417
15.2 Potash in Agriculture ........ 417
15.3 Potash Production, Consumption, and Price ........ 418
15.4 Product Quality ........ 420
15.5 Other Potassium Fertilizers ........ 424
15.6 Chemical-Grade Potash ........ 430
15.7 References ........ 431

**Chapter 16. Compound Fertilizers ........ 432**
16.1 Introduction ........ 433
16.2 Trends in Supply and Demand for Compound Fertilizers ........ 433
16.3 Role of Compound Fertilizers ........ 433
16.4 Compound Fertilizer Production Technology ........ 434
16.5 Physical and Chemical Parameters for Producing Agglomerated NPKs ........ 435
16.6 Processes for Manufacturing Compound Fertilizers ........ 441
16.7 Unique Requirements for Manufacturing Urea-Based Granular Compound Fertilizers ........ 447
16.8 Investment and Operating Costs ........ 451
16.9 References ........ 454

**Chapter 17. Secondary Nutrients and Micronutrients** ........ **456**
17.1 Secondary Nutrients ........ 457
17.2 Micronutrients ........ 460
17.3 Preparation of Fertilizers Containing Micronutrients ........ 462
17.4 Other Useful Elements ........ 467
17.5 Acknowledgment ........ 468
17.6 References ........ 468

**Chapter 18. Physical Properties of Fertilizers** ........ **470**
18.1 Introduction ........ 471
18.2 Physical Properties of Solid Fertilizers ........ 471
18.3 Physical Properties of Fluid Fertilizers ........ 494
18.4 References ........ 499

**Chapter 19. Environmental Protection and Pollution Prevention** ........ **506**
19.1 Introduction ........ 507
19.2 Environmental Issues Related to the Use of Fertilizers ........ 508
19.3 Environmental Impact of the Fertilizer Industry ........ 512
19.4 Phosphogypsum ........ 535
19.5 Environmental Impact Assessment ........ 537
19.6 The Role of International Organizations ........ 540
19.7 Best Available Technology (BAT) ........ 540
19.8 ISO 14000 ........ 542
19.9 References ........ 543

**Chapter 20. Planning for the Development of a Fertilizer Industry** ........ **545**
20.1 Introduction ........ 546
20.2 Strategies and Policies of Fertilizer Industry Development ........ 547
20.3 Estimates of Demand and Requirements ........ 549
20.4 Establishment and Development of the Fertilizer Industry ........ 558
20.5 Paving the Way to Plant Operation ........ 564
20.6 References ........ 567

**Chapter 21. Economics of Fertilizer Manufacture** ........ **568**
21.1 Introduction ........ 569
21.2 The Structure of Investment Costs ........ 570
21.3 The Structure of Production Costs ........ 575
21.4 Financial Analysis ........ 577
21.5 Economic Analysis Structure ........ 584
21.6 Use of Computers for Financial Economic Analysis ........ 586
21.7 Guidelines for Achieving Well-Established Projects ........ 586
21.8 References ........ 600

**Chapter 22. Challenges Facing the Fertilizer Industry** ........ **601**
22.1 Introduction ........ 602
22.2 Resolution of Macroeconomic Contradictions ........ 602
22.3 Fertilizer Production Capacity and Demand ........ 603
22.4 Transformation From Public to Private ........ 604
22.5 Establishment of New Facilities ........ 605
22.6 Potential for Reducing Fertilizer Costs ........ 607
22.7 General Conclusions ........ 608
22.8 References ........ 609

**Table 11.29. Typical Uranium Contents of Phosphate Rocks and Phosphoric Acids (30% $P_2O_5$)**

| Rock Source | $U_3O_8$ ppmw in Rock | $U_3O_8$ ppmw in Acid |
|---|---|---|
| Algeria | 110-140 | 130 |
| Brazil | 80 | 80 |
| Israel | 50-150 | 165 |
| Jordan | 120-150 | 165 |
| Morocco | 90-140 | 140 |
| Tunisia | 50-100 | 80 |
| Florida | 180-150 | 190 |
| N. Carolina | 80 | 80 |

and other countries, the steep and continuing increase in the cost of conventional hydrocarbon fuels since 1973, and a significant increase in the capacity of individual phosphoric acid plants. The price of uranium peaked at about US $95/kg in mid-1978, after having remained static at US $15.5/kg for several years until 1975.

In the early 1980s eight commercial plants in the United States and one in Canada were recovering uranium from wet-process phosphoric acid. At about the same time, a commercial uranium facility was constructed at the Chimie Rupel subsidiary of Societe de Prayon in Belgium, and others were planned in France by Rhone-Poulenc and APC, using their own technologies, and in Japan by a consortium headed by the Power Reactor and Nuclear Development Corporation, using its own process.

The technology for the commercial plants is based on solvent extraction although other methods have been developed. Much of the development work on solvent extraction was done by the U.S. Government-owned Oak Ridge National Laboratory (ORNL) in Tennessee [34,35]. Most of the processes use either octyl pyrophosphoric acid solvent (OPPA), as in the earliest processes in the United States, or various combinations of solvents, developed later by ORNL, di(2-ethylheksyl) phosphoric acid (DEPA), trioctyl phosphine oxide (TOPO), and octylphenylphosphoric acid (OPAP).

The ORNL research program resulted in the development of two basic processes. These processes are similar as far as equipment is concerned, and they differ only in the solvent used [36]. Uranium extraction is achieved in a process that comprises two cycles (Figure 11.28). In the first cycle, uranium is extracted from phosphoric acid with an organic solvent in five stages and then stripped from this solvent with fresh phosphoric acid.

Because the phosphoric acid from the stripping section is more concentrated in uranium than the original acid, it passes to the second cycle where extraction with an organic solvent is again performed to separate the uranium, which is finally recovered as $U_3O_8$. According to the process, the solvent used in the second cycle is the same as that used in the first cycle and is either a synergistic combination of DEPA and TOPO in kerosene or a mixture of mono- and dioctylphenyl phosphoric acid (OPPA), also in kerosene [37].

The different commercial processes can be generally divided into three categories:

1. Those using only OPPA as solvent included the IMC and U.S. Phosphoric Products processes, but recently only Gardinier, Inc., has used this extractant.
2. Those using a DEPA/TOPO mixture include the IMC/Prayon, Freeport Uranium Recovery Co., Wyoming Mineral Corp., and COGEMA-APC processes.
3. Those in which a DEPA/TOPO mixture is used in one cycle and OPPA in another, such as the UNC Recovery Corp. and the Earth Sciences, Inc., processes. Several other companies have also considered processes of this type.

UNC Recovery Corp. developed a single-stage process that uses an alkyl pyrophosphoric acid extractant; this process was intended for commercial use by Prodeco Inc., a wholly-owned subsidiary.

## 11.8 Purification of Phosphoric Acid

For most fertilizer production processes, purification of wet-process phosphoric acid is not necessary. However, there are two common fertilizer uses that may call for partial purification:

a. "Merchant-grade" acid that is shipped by rail, barge, or ocean vessels and is often stored at shipping and receiving terminals should be purified sufficiently so that formation of insoluble precipitates (sludge) during shipping and storage is minimized.

b. Phosphoric acid to be used in the production of liquid fertilizers, such as ammonium polyphosphate solution, sometimes requires partial purification to prevent formation of precipitates upon ammoniation or during storage of the ammoniated solution.

Although ammonium polyphosphate sequesters most of the common impurities, excessive amounts of some impurities (especially magnesium and organic matter) cause precipitate formation. Superphosphoric acids usually do not form sludge, but magnesium and titanium have been known to cause sludge-forming precipitates.




* - Solvent: 0.3 M DEPA + 0.075 M TOPO in refined kerosene

** - 32% $P_2O_5$, 400 gal/min (0.0017 lb $U_3O_8$/gal)

I - First cycle

II - Second cycle

**Figure 11.28. Flow Diagram of the Oak Ridge Uranium Extraction Process.**

A major fraction of sludge in most merchant-sludge acids is the compound $(Fe,Al)_3KH_{14}(PO_4)_8 \bullet 4H_2O$. It precipitates slowly over a period of several weeks; therefore, long storage periods are required to ensure reasonable completion of the precipitation reaction.

In the production of sodium tripolyphosphate and other condensed phosphates for use as builders in detergents, the whiteness of the product and all metal ions (without sodium and potassium) are the principal concern. For use in human food processing and animal feed supplement production, the content of toxic impurities must be diminished to insignificant levels. These include fluorine, arsenic and any heavy metals that are present in the phosphate rock and sulfuric acid. When purified acid is required only for the production of phosphates, impurity removal is facilitated by neutralization, since many impurities are rapidly precipitated as insoluble phosphates. When it is not permissible to neutralize the

acid, it is necessary to rely on physical treatment such as solvent extraction or ion exchange, with or without chemical treatment. Phosphoric acid manufacturers purifying phosphoric acid for sale have inclined towards this type of treatment, usually based on solvent extraction. In most cases when chemicals are used (e.g., in the case of removing arsenic), they react with the impurity alone and do not chemically alter the phosphoric acid.

### 11.8.1 Removal of Organic Materials

In the oxidizing and dehydrating environment of the attack section, organic impurities tend to be decomposed to carbon; if the rock has a relatively high organic content, the resultant acid will be black. Two methods of removing this discoloration include calcining the rock, which destroys a good proportion of the organic matter, and treating the acid with active carbon, with or without a flocculating agent. Conducting the latter treatment at a moderate temperature (60°-80°C) increases the efficiency of organics removal to the extent that it may be possible to avoid calcining some high-organic rocks. Other techniques that have been proposed rely on using a special flocculating agent or hydrogen peroxide in the presence of a mixed, metal oxides catalyst.

### 11.8.2 Defluorination

Even if wet-process phosphoric acid is concentrated to the superphosphoric acid stage, it still contains too much fluorine for production of feed phosphates although the other impurity levels may be acceptable for animal feed. For animal feed preparation, it is desirable that the phosphorus: fluorine ratio should be at least 100 P : 1F, but normal wet-process phosphoric acid has a P : F ratio of between 15 : 1 and 54 : 1, depending on its concentration, the composition of the rock from which it is made, and its production conditions.

Several procedures have been proposed to remove fluorine from phosphoric acid based on volatilization or chemical precipitation, in the latter case with or without other impurities. A commercial technique developed by Occidental Chemical Co. involves feeding silica and steam into hot 54% $P_2O_5$ phosphoric acid and removing the volatilized fluorine compounds by scrubbing with fluosilicic acid.

### 11.8.3 Solvent Processes

***Precipitation*** – In this type of process, a large amount of water-miscible organic solvent is added to the phosphoric acid, which causes settling of many of the dissolved impurities out of solution and enables the acid-solvent mixture to be separated.

Particularly, if methanol is used, alkali metal or ammonium ions must be present in sufficient quantities to convert the sludge impurities into less-soluble double salts. Other solvents that could be used include acetone, methyl ethyl ketone, other lower alcohols, and dioxane.

Various processes of this route have been reported; these processes include Chemische Fabrik Budenheim, TVA (methanol/ammonia), Goulding (methanol/potassium dihydrogen phosphate), and Rupel (methanol/potassium chloride).

The inconvenience of this type of process is that the phosphoric acid must be separated from a large volume of solvent, usually by stripping, which is expensive.

***Extraction*** – The alternative method of purifying phosphoric acid by means of organic solvents is liquid/liquid extraction; crude phosphoric acid is brought into countercurrent contact with a partially or substantially water-immiscible solvent in a series of mixer-settlers. In general, the partition coefficient of phosphoric acid between the aqueous solution and the solvent is very unfavorable; thus the crude acid is usually concentrated before processing and only a relatively small proportion of the acid is extracted. The remaining partially depleted raffinate, containing most of the impurities, is usually disposed of in fertilizer manufacture.

Depending on the degree of purification required, the extract may be washed with purified phosphoric acid and is then usually contacted with water, into which the majority of the acid passes. The end product is a somewhat weaker but much purer acid than the original crude acid and a depleted solvent phase, which is recycled.

In the Prayon process (Figure 11.29), acid purification is carried out using a mixed organic solvent, di-isopropyl ether (DIPE) and tri-n-butyl phosphate (TBP) after pretreatment of the acid to remove these impurities that affect the coefficient of distribution between the organic and aqueous phase (F, $SO_4$ and As). Acid purification involves four operations: solvent extraction; re-extraction; separation of solvent from purified acid; and color clarification. Concentration follows purification. Four volumes of solvent (50%-95% DIPE/5%-50% TBP by volume) are contacted countercurrently with one volume of acid at 5°-25°C. This yields two phases; one is an aqueous raffinate, containing most of the impurities, which is stripped in an evaporator to release, for recycle, any ether it contains and to provide a raffinate return acid stream that is sent to fertilizer-grade acid storage. The second phase is organic and contains the solvent and acid. The purity of acid in the organic phase is further increased by washing this phase with water.

Re-extraction of the acid is favored by a slight temperature increase and involves countercurrent washing with water to produce a purified acid. The final steps in the process are stripping to remove residual traces of solvent, addition of a solid chemical absorbent, filtration

feed
ities
lude
sent
ified
ates,
ince
uble
the




**Figure 11.29. Prayon's Process for Phosphoric Acid Purification.**

to remove any organic matter (which gives a yellow discoloration), and concentration (which is effected in a vacuum concentrator). The resultant technical acid, Prayphos P, after defluorination gives a food-grade acid, Prayphos P5. A pharmaceutical grade is also possible.

The firm, Albright and Wilson, is an early pioneer of solvent-extraction technology in the United Kingdom. Its first designed plant (40,000 tpy $P_2O_5$) began operation in 1976. The company's second plant (90,000 tpy $P_2O_5$), intended mainly for sodium tripolyphosphate (STPP) manufacture, began operation in 1979. The third plant, which came into operation in 1987, produces food-grade phosphoric acid. All three plants are at Whitehaven, where a wet-process phosphoric acid plant is located. The first U.S. plant based on the solvent-extraction process began production in 1990 at Aurora, N.C. Owned by Purified Acid Partners, this unit is a joint venture of Texasgulf Inc., Albright and Wilson Ltd., and Olin Corporation. The construction costs for the unit, which has a capacity of 109,000 tpy $P_2O_5$ of purified acid, amounted to US $40 million [38,39].

The industrial phosphoric acid used in Aurora requires no purification for organics or sulfate removal, but fluorine must be removed by further evaporation in the presence of active silica.

In the Albright and Wilson process the impure acid is concentrated to the level of 74%-80% of total acidity (% $H_3PO_4$ + % $H_2SO_4$, 54% - 57% $P_2O_5$) and then clarified. Next, it is contacted with 1.2-1.6 parts by weight of methyl isobutyl ketone (MIBK) in a reactor to give an organic extract of phosphoric acid while leaving most of the impurities and a proportion of the $P_2O_5$ in the aqueous phase or raffinate (Figure 11.30).

Multistage countercurrent extraction is carried out in a vertical cylindrical column equipped with rotating-disc agitators and stator rings. Acid enters near the top of the column and solvent near the bottom; the acid-laden solvent leaves the top of the column and a dense aqueous phase is discharged at the bottom. The organic extract, which contains 50%-60% (by weight) of $P_2O_5$, is scrubbed with a relatively pure aqueous solution of phosphoric acid in a multistage countercurrent scrubbing system, using 0.3-0.5 units of $P_2O_5$ for each unit of $P_2O_5$ in the extract.

The used scrub liquor passes back to the first stage, the extraction column, where it enters near the top and emerges in the aqueous impurity-containing raffinate. The raffinate is then stripped to recover the MIBK, and the impure phosphoric acid is used in the phosphatic




**Figure 11.30. Purification of Wet-Process Phosphoric Acid by Solvent Extraction.**

fertilizers. About 0.4 tonne of $P_2O_5$ is found in the raffinate for each tonne of $P_2O_5$ in the impure feed acid. The solubility of MIBK in phosphoric acid is low, less than 2%, so that little steam is required for stripping. The scrubbed organic extract is re-extracted with water in a two-stage system to give the required purified phosphoric acid product, which also needs stripping for solvent removal. In addition, evaporation is necessary to concentrate the pure acid for sale. The MIBK solvent, after $P_2O_5$ recovery, is recycled to the extraction stage. However, the solvent gradually accumulates impurities, and occasionally a quantity is removed from circulation for distillation; which consists of evaporation and condensation without reflux.

When there are no possibilities to use raffinate in fertilizer production, it must be strongly acidified with sulfuric acid before additional extraction; most of the $P_2O_5$ is driven into the solvent phase. Impurities remain in the acidified aqueous phase, which is neutralized with lime before disposal as waste.

## 11.9 Production of Phosphoric Acid Using Acids Other Than Sulfuric

Phosphate rock can be dissolved by several organic and inorganic acids to produce phosphoric acid. The use of nitric acid for this purpose is described in Chapter 13. Commercial nitrophosphate processes produce phosphoric acid that contains nitrates; hence, these processes are used to produce compound NP or NPK fertilizers. It is technically feasible to produce phosphoric acid that is substantially free of calcium or nitrates by separation methods involving solvent extraction. One such process using tertiary amyl alcohol as the solvent was developed in Finland and described by Lounamaa [40]; however, no commercial use has been reported.

Several processes using hydrochloric acid have been developed or patented, but only that developed by the Israel Mining Industry (IMI) has been used commercially [41]. The IMI process has been described in a UNIDO publication [42]. A brief description of the main stages of the process follows.

1. Dissolution of phosphate rock by hydrochloric acid, which results in an aqueous solution of calcium chloride and phosphoric acid;
2. Liquid-liquid contacting in a number of solvent extraction steps to obtain a solution of substantially pure phosphoric acid; and
3. Acid concentration to obtain 95% $H_3PO_4$ (69% $P_2O_5$).

The raw materials and reagents used are as follows:

1. Phosphate rock (any commercial grade). The $P_2O_5$ recovery is more than 98%.
2. Hydrochloric acid for acidulation can be used as a solution of 20% HCl or higher or in gaseous form by combining absorption with reaction. For economic reasons, concentrated acid is preferred because most of the water accompanying the acid must be evaporated in a later stage of the process. HCl consumption is dependent on the composition of the rock. Acid consumption for Florida rock of 34% $P_2O_5$ is about 2 tonnes HCl (calculated as 100%) per tonne of $P_2O_5$.
3. Solvent. Several solvents can be used for extraction. Those preferred are technical isoamyl alcohol (IAA), n-butanol, or a mixture of both. Solvent makeup is 4 kg/tonne $P_2O_5$.
4. Process water.
5. Auxiliary reagents. Depending on the type of rock and the method of separation of insoluble residue from dissolution liquor, minor quantities of filter aids or flocculating agents may be required.

### 11.9.1 Dissolution and Mechanical Separation of Insoluble Residue

The dissolution of phosphate rock is essentially decomposition of fluorapatite by HCl according to the following equation:

$$Ca_{10}F_2(PO_4)_6 + 20\ HCl \rightarrow 2\ HF + 6\ H_3PO_4 + 10\ CaCl_2$$