5

## 5.0 MATERIAL HANDLING

Excavated soils will initially be segregated based on field screening with the FIDLER and XRF equipment. These soils are staged in appropriate soil piles of approximately 250 loose cubic yds per pile. The soil piles may be further segregated; if organic contamination is indicated by field instruments and/or visual inspection. Following initial segregation, the soil piles will be sampled and formally characterized for disposal based on both radiological and chemical contaminants in accordance with the SAP.

Soil piles containing chemical contaminants above TCLP/LDR regulatory levels will be treated using the on-site soil stabilization system to meet the appropriate disposal requirements. When removal of the characteristic of hazardous waste and compliance with land disposal restriction (LDR) criteria and/or have been met, the final disposition of the soil piles will be determined based on the level of radiological contamination.

A flowchart illustrating the segregation process is presented in Figure 7. The following sections detail the segregation process, treatment process, and off-site transportation and disposal.

### 5.1 MATERIAL SEGREGATION

Excavated materials are screened with one or more field instruments for the presence of radioactivity from U-238 and/or Th-232. Generally, a FIDLER will be used to detect the presence of U-238 contamination in the soil and a 2x2 sodium iodide (NaI) scintillator probe (2x2) may be used to detect the presence of Th-232 contamination in the soil in the absence of U-238. The field screening instruments compile activity information as counts per minute (cpm), with each count representing a finite level of energy reaching the detector. This field data, in cpm, is correlated to actual isotopic radiation measured as pCi/g U-238 and Th-232.

Excavated soils are initially segregated as they are being excavated based on field screening with the FIDLER and staged in appropriate soil piles of approximately 250 $yd^3$. The soil piles are assigned a preliminary radiological status (*i.e.*, "hot," "warm" or "cold") based on the field survey information. A representative sample from each 250 cyd soil pile will be collected in accordance with the SAP. This sample is used to determine the final radiological status for purposes of disposal facility selection and to determine if the soil is a characteristic hazardous waste. Radiological levels are determined using gamma spectroscopy testing via the on-site HPGe. TCLP lead analysis is conducted at off-site USACE certified environmental laboratories to determine if soil stabilization is necessary due to the presence of a RCRA characteristic hazardous waste.

Those soils deemed characteristic are subjected to treatment in the on-site soil stabilization system with confirmatory off-site post treatment TCLP data to determine if treatment of the material was successful.

A summary of the correlation data between cpm for the various on-site field screening instruments and U-238 and Th-232 concentrations available to date has been prepared and is included in the FSSP. The database used to develop the correlation between field measurements and actual isotopic activity will be amended as data is accumulated to better define the site correlation to both instruments for the associated isotope. The available correlation data have been provided to USACE and NYSDEC. Updated correlation data will be provided periodically throughout the life of the project and reported in the weekly meeting notes as well as be posted to the website.

Inorganics and VOCs (if necessary based on field observations) will be sampled and analyzed in accordance with the SAP. If the material passes the TCLP testing as a non-hazardous material and contains inorganic contaminants above the clean up requirements presented in the Final Action Memorandum, it will be shipped for off-site disposal (based on its on-site HPGe result). If the material tests as a RCRA characteristic material, it will be treated in the on-site soil stabilization system and re-sampled for TCLP metals prior to shipping for off-site disposal. Post-treatment data is required to document compliance with the LDR's and to document successful treatment. The receiving disposal facility's waste acceptance criteria, waste profile, and disposal facility sampling and analysis requirements will be met for all off site shipments.

If the concentrations of both radiologic and inorganic contaminants of concern are below the site clean-up requirements, the material can be used as general backfill at the site. In this case, a summary package containing the on-site HPGe radiological data and off-site total metals, TCLP and alpha spectrometry data, will be compiled and submitted to USACE for their review and approval of the material as suitable on-site backfill material.

## 5.2 ON-SITE TREATMENT

Material contaminated with lead above the characteristic hazardous waste level is treated to remove that characteristic and to achieve compliance with land disposal restrictions associated with off-site disposal at permitted landfills. On-site treatment facilitates cost effective disposal by allowing direct burial at the landfill and also allows the bulk of the Colonie wastes to be shipped without the requirement of hazardous waste manifests. The on-site treatment system is a phosphoric acid based stabilization system. The use of phosphoric acid was selected as a result of an independent feasibility study of treatment alternatives conducted under subcontract with Kiber Environmental in 1999. The stabilization system consists of a power screener to remove oversized materials and a pugmill to mix the phosphoric acid with the soils. A NYSDEC chemical bulk storage permitted 6,800 gallon double contained polyethylene tank (Permit Number 4-000243, initially issued in July 1999 and reissued in 2001) holds the acid which is fed by a chemical feed pump to the pugmill based on the through put of soils entering the unit.

For system design and operational details, please see the Soil Stabilization System Prove-Out Report (IT Corp, December 1999) and the current operational information. As of December 31, 2001, this system had successfully removed the characteristic of hazardous waste from over 46,250 tons of RCRA soils.

As of the date of this revision and after excavation and handling of some 45,000 cubic yards of soils, insignificant quantities of materials contaminated with organics have been encountered. Previous options or contingencies with respect to the potential to encounter significant quantities of organic contamination and subsequent development of an organic treatment system feasibility and cost analysis have been deleted from this document. If deemed required by USACE at a future date, the organic treatment cost analysis would be re-visited to evaluate the potential remedial technologies for organic COC based on treatment technology availability, ability to implement the technology at the Colonie Site, treatment technology efficiency, bench scale testing (if appropriate), and cost analysis on on-site versus off-site treatment options.

### 5.2.1 Treatment Confirmation

Compliance with land disposal restrictions and documentation of the removal of the characteristic of hazardous wastes is confirmed by collecting representative samples from each soil pile treated in the on-site soil stabilization system. Samples are obtained in accordance



G001489

with the procedures presented in the SAP. Any treated soil that fails to meet applicable land disposal restrictions (LDRs) as determined by post-treatment TCLP testing is subjected to retreatment efforts. The entire soil pile will be re-treated until a new confirmation sample confirms compliance. Pre and post treatment data is compared to ensure that the LDR level is achieved. If LDRs are not met, then the pre and post data is compared to ensure that the soils meet the *40 CFR 268.49* allowance, that 90% of the original TCLP level has been removed. Additionally, all piles shipped for off-site disposal will have a post treatment TCLP lead level less than 5 mg/l.

Waste transportation and disposal is performed in accordance with the Colonie Site Waste Transportation and Disposal Plan presented in Appendix D. The majority of off-site transportation will be via railcar using individually numbered intermodal containers. The load-out facility will be supported with work crews to complete rail car inspections, on-site movements from the loading area to the rail pad area, shipping papers, coordination/tracking of off-site containers, decontamination of equipment and personnel, operation of environmental controls, general housekeeping associated with the area, and transportation and disposal operations. The following briefly addresses key aspects of transportation and disposal efforts. Please refer to Appendix D for detailed information on these activities.

All waste materials will be properly packaged and labeled in accordance with DOT Regulations. In addition, tracking of the waste from excavation through off-site disposal and receipt of the certificate of disposal will be performed.

Shipping manifests, bill of lading(s), instructions to the carrier, and advance shipment notification forms will be prepared and submitted to the USACE for approval and signature. A separate set of forms will be prepared for each intermodal container. Each intermodal container will be labeled with a minimum of two FUSRAP stickers in accordance with USACE engineering circular requirements that indicate the disposal facility and the USACE contact.

All rail shipments will be completed under contract with an approved transportation subcontractor. All coordination and tracking of shipments will be through a single point of contact irrespective of the "secondary" rail companies involved in car movements.

Appropriate disposal facilities for soils and soil-like materials were selected based on waste characterization analysis and availability under the USACE Kansas City District Disposal contracting vehicles. Only properly licensed, permitted facilities will be used for disposal.

6

# 6.0 SUPPORTING OPERATIONS

## 6.1 ENVIRONMENTAL CONTROL SYSTEMS AND MONITORING PROGRAM

Throughout the remedial effort, environmental controls and appropriate monitoring activities will be implemented and maintained to control erosion and sedimentation, manage storm water runoff, operate the treatment systems, minimize dust emissions, and to effectively monitor/control radiological and chemical exposures. The text that follows briefly addresses the environmental controls and appropriate monitoring activities during the site; the referenced documents should be consulted for detailed information.

### 6.1.1 Erosion and Sedimentation Controls

All sedimentation and erosion control activities are defined in the Sedimentation and Erosion Control Plan contained in Appendix B of this plan. Prior to performing any intrusive work at the site, all inherited erosion and sedimentation controls were inspected and upgraded/repaired as necessary and new controls were installed as required. Silt fencing and/or hay bales are generally utilized to minimize the transport of sediment in storm water runoff. Silt fence shall be installed down slope of all areas that have erosion potential and that can migrate from the site to adjacent parcels. Where appropriate, silt fence shall be installed and maintained in active work areas. Where appropriate, silt fence will be placed down slope of re-vegetated areas until an adequate stand of vegetation is established. Maintenance of erosion and sedimentation controls are an ongoing component of the work and the level of effort required under this task will vary in direct proportion to the total amount of exposed soils and/or stockpiled soils present within the site boundary at any given point in time.

### 6.1.2 Storm Water Runoff

Storm water from the east lot is collected and pumped to the groundwater treatment facility for treatment prior to discharge through Outfall 001. Storm water runoff from areas outside of the excavated areas will not be collected, but shall be diverted from excavation areas, to the extent possible, utilizing drainage ditches and diversion berms, but in no case shall the storm water be released from the site. Within the exclusion zone, excavation will generally be performed such that the area is graded to a sump where storm water runoff and groundwater seepage will be collected. Excavation area sump(s) shall be maintained as the excavation progresses and until such time as permission to backfill is received.

### 6.1.3 Water Treatment Facility Operation

The water treatment system is required to operate on a 24 hour per day, seven days per week basis until such time as the excavation(s) below the ambient water table and subsequent backfilling has occurred within the dewatering well field areas. The system is expected to convert to a batch treatment mode once the backfilling of excavations below the water table have been completed. Water samples are collected from the groundwater treatment plant to assure that the discharge is in accordance with the SPDES permit. Details of the requirements for sample analysis and frequency are contained in the Groundwater Treatment Plant Prove-Out Report (November 1999), the SPDES Engineering Design Report (October 1999), and the Treatment Plant Operations and Maintenance Manual (Rev 2, Feb 01). Samples will be collected and analyzed in accordance with the SAP. Sample results are provided to USACE in table form and recorded on the monthly discharge monitoring reports (DMR) submitted to



G001492

NYSDEC in accordance with the SPDES permit. Copies of these data tables and DMRs are available onsite and via the website for review.

## 6.2 DUST SUPPRESSION

During the course of the work, migration of dust particles is possible. To address this concern, dust suppression procedures and engineering controls are implemented on a daily basis to decrease the mobility of contaminants. Active work areas are moistened on an as-necessary basis with water from a water distribution vehicle and/or hoses connected to the on-site potable water hydrant. Other dust suppression methods that are periodically implemented include the application of a biodegradable soy-based soil encapsulant, tarp covers over transportation vehicles and selected stockpiles, calcium chloride applications to haul roads and/or hard surfaces, as well as the execution of a proper sequence of work activities to minimize long term above ground storage of soils and/or waste materials or large excavation areas without periodic backfilling. Fugitive emissions monitoring and control are discussed in greater detail in the HASP.

## 6.3 PERIMETER AIR MONITORING

Perimeter air monitoring stations were established prior to performing any soil excavating or activity that would result in soil disturbance. Perimeter air monitoring stations are shown on Figure 3. This air monitoring program was implemented in order to evaluate and mitigate potential public exposure to potentially contaminated particulates during the remedial action. The air monitoring program has been coordinated with the HASP. The HASP provides a proactive plan to monitor and upgrade, as necessary, the fugitive dust control measures used during the remedial action.

Total particulate emissions are monitored using real-time instrumentation (as described in section 6.3.1 below), and via on-site laboratory analyses (see section 6.3.2), and total lead levels (see section 6.3.3). The perimeter air monitoring program provides an ambient air monitoring approach to assess and control the potential off-site emissions during the remedial activities. As described below, air monitoring for radiation and lead will be performed during site activities at five different locations around the perimeter of the site. Additional monitoring methods are dictated by the specific site activity being performed, and may consist of personnel monitoring, direct-reading monitoring, and/or stationary sampling between the activity and potential receptors.

### 6.3.1 Total Particulate Emissions

Particulate emissions will be monitored and controlled in accordance with NYSDEC TAGM HWR-89-4031 "Fugitive Dust Suppression and Particulate Monitoring Program at Inactive Hazardous Waste Sites." The purpose of the monitoring is to aid in preventing the off-site migration of contaminated soil and to protect both on-site personnel from high levels of dust and the public around the site from exposure to dust. The particulate monitoring device used is a MIE personal DataRAM (pDR) particulate monitor (or equivalent). This device measures real-time concentrations of total dust (all particle sizes), including the respirable fraction. The advantage of real-time monitoring is that it enables detection and control of emissions as they are generated.

The action level was established at 150 ug/m3 total dust over an integrated period of 15 minutes. Because the respirable fraction of dust is a subset of the total dust measured by the

pDR, this action level is conservative (more stringent) than the 150 ug/m3 respirable dust action level specified in TAGM HWR-89-4031.

IT Corp may use a pDR (or equivalent) as a mobile air sampling station to monitor key locations relating to the work including the:

- source (within work area exclusion zone);
- work area exclusion zone perimeter;
- site perimeter; and
- other locations based upon the SSO's judgment.

The sampling locations for real-time air monitoring include all of the sampling locations for continuous air monitoring.

### 6.3.2 Perimeter Monitoring – Radiation

Low volume air samplers have been installed at five locations (shown on Figure 3) around the perimeter of the site to assess the levels of airborne radioactive particulates. Filters in the high volume air samplers remove particulates as the air is drawn through each sampler. Generally, the filters are removed and replaced each Monday to document the weekend activities and each Thursday to document the work week activities. The filters are analyzed on-site for gross alpha radiation levels in accordance with the SAP. If radioisotope activities in the air samples are deemed above compliance levels as presented in the HASP, corrective steps will be taken to reduce dust emissions. All emission data is periodically submitted to USACE and reported on the website, typically quarterly. Details regarding the perimeter air monitoring program are included in the SAP and the HASP.

### 6.3.3 Perimeter Monitoring - Lead

Representative air samples will be collected for lead analysis from the same perimeter air monitoring station as detailed above. The samples will be analyzed in accordance with NIOSH Method 7702, "Lead by Field Portable XRF." Ambient monitoring of lead in air will be conducted continuously during each work shift concurrent with the remedial activities; monitoring will not be implemented on days when there are no soil disturbing activities. Please refer to the SAP for a more detailed discussion of the lead sampling and analysis.

## 6.4 HEALTH, SAFETY, AND RADIATION PROTECTION

All reasonable efforts will be made to keep radiation exposures to levels that are in accordance with the ALARA principle. The SSO and RSO, in consultation with the project manager and applicable TERC program officers, will monitor compliance with established environmental health and safety policies as delineated in the Site Health & Safety Plan. Access to the Colonie Site is controlled to protect workers from unnecessary radiation exposure and to minimize the potential for the spread of radiation. A site-specific HASP has been prepared and action levels are defined in the HASP. The requirements with regard to medical surveillance and bioassays, PPE and air monitoring, restricted work areas, hazardous work permits, training requirements, emergency response and notifications, and waste minimization and pollution prevention are all detailed in the HASP.

Security control measures implemented to protect the public are as follows:

- A chain link security fence surrounds the entire Colonie Site. A separate chain link fence, controlled by NiMo, surrounds the power substation;
- Barrier fencing, gates, restrictive tape and signs delineate work areas and restricted areas; and
- Qualified IT management, safety, and radiation control personnel are present on site whenever remedial activities are being performed.

Containment control will be achieved by:

- Minimizing the number of on-site personnel and equipment consistent with effective operations;
- Delineating exclusion zones using physical markers (silt fencing, banner tape, *etc.*);
- Regulating access to the exclusion zones or contaminated areas (access registers);
- Ensuring that contaminated outer clothing and boots do not leave the exclusion zone; and
- Maintaining proper decontamination of the vehicles and equipment before leaving exclusion zones.

### 6.4.1 On-Site Laboratory and Radiation Control Operations

The requirements for the on-site monitoring, sample collection, and field laboratory operations are presented in detail in the SAP. Additional supporting documentation concerning these activities can also be found in the HASP. An extensive monitoring, sampling, and on-site analytical program has been implemented at the site in order to:

- Monitor and verify that exposure of workers to external gamma radiation and airborne alpha emitters is within acceptable limits and is ALARA compliant;
- Minimize the volume of soil below the cleanup levels that is excavated while at the same time minimizing the potential for final status surveys to show unacceptable levels have been left in the ground; and,
- Verify that all rail cars, trucks, automobiles, equipment, and other items leaving the Colonie Site are surveyed and meet the free release criteria for unrestricted use.

### 6.4.2 Decontamination and Free Release Operations

A large amount of equipment and materials are utilized over the course of the remediation. Much of this equipment will be successfully decontaminated and free released once it has completed its purpose in support of this project. No equipment will leave the site without proper documentation as to its radiological conditions. Gross decontamination to remove dust and fines shall be performed first to remove radiologically contaminated material. This will minimize the amount of liquid waste generated in the decontamination process. Sampling tools and miscellaneous hardware used will be decontaminated, surveyed for radiological contamination,

and released (if appropriate). If items are contaminated with hazardous chemicals, the items will be decontaminated and released in accordance with the guidelines of the HASP. All equipment deployed inside a control area will be decontaminated, surveyed, and verified in conformance with free release limits before being allowed off-site. See the SAP and the HASP for a detailed discussion of these activities. Equipment that cannot be readily decontaminated will be removed and disposed of off-site at an appropriate disposal facility. Outsized and contaminated metal that does not fit existing waste profiles has been and will be shipped to GTS Duratek's metal melt facility in Oak Ridge, TN.

### 6.4.3 Vehicle/Railcar/Container Decontamination

The internal surfaces of intermodal containers or rail cars operated solely for use between the Colonie Site and the disposal facility will be surveyed for radiological contamination prior to initial use. The external surfaces will receive a radiological survey each time a transportation unit leaves the site boundaries to document compliance with the radiological and external contamination requirements of 49 CFR 173.

Trucks and equipment will require radiological survey and will be inspected. If necessary these items will be washed or undergo dry decontamination prior to leaving the site. Decontamination activities for grossly contaminated vehicles will occur inside the exclusion zones.

## 6.5 QUALITY CONTROLS

As presented in the CQCP, the CQC Manager works directly with the Project Manager and TERC Program QC Manager in order to ensure quality work is conducted and documented. The CQC Manager has been delegated authority to enforce the requirements and administrative practices concerning any aspect of the quality control program. Detailed daily contractor quality control (CQC) reports are generated to document all remedial activities. Typically included in the daily contractor quality control report is the date, estimated volume of material excavated, a completed safety inspection checklist for vehicles/equipment, stabilization system operational status, water treatment plant status, and sampling activities. Significant activity reports from the on-site technical staff are typically attached to the daily report. Photographs are taken as necessary to document and identify the location and extent of removal activities and key elements/progression. Appropriate captions/descriptive text is added to these photographs and assembled into photographic logs for specific periods. These logs are provided to USACE, posted to the team website and are available on-site for review. Please see the separate CQCP plan for the detailed requirements associated with the Colonie FUSRAP site quality control program.

## 6.6 CIVIL SURVEY

Civil surveying will be periodically performed to delineate excavation areas, volumes of material excavated, and final grades/elevations. All formal survey work will be conducted under the direction of a New York State licensed land surveyor. Subcontracted surveying services are provided by CT Male Associates of Latham, NY. Informal surveying during remedial efforts is conducted using an on-site global positioning system and standard transit equipment.

7

## 7.0 SITE CLOSURE

### 7.1 SITE RESTORATION

Following the completion of final status surveying and post excavation sampling as defined in the FSSP, the individual survey unit will be backfilled to within six inches of original ground elevations. Final restoration grades will generally be as shown in Figure 2, the pre-existing conditions topographic surface from May 1998. Backfill material will be placed using either a dozer or excavator in loose lift thickness of approximately one to 1.5 feet. Backfill will be compacted with a minimum of three passes using either a smooth drum vibratory roller or other typical earth-moving construction equipment. Nuclear Density/Moisture Gauge (Troxler NDMG) readings will be obtained to document in-place density of the backfill materials. The top six inches will be backfilled with nothing other than clean imported soil.

Off-site borrow material is pre-qualified via analytical laboratory testing to ensure that the soil is free of chemical or radiological contaminants. Only off-site backfill/borrow material from a NYSDEC permitted borrow source, in full compliance with NYSDEC requirements, will be used. The borrow materials will be analyzed for total metals to ensure constituents are below Colonie Site clean up criteria.

Please see the CQCP for details on the testing requirements and testing frequency for backfill/borrow materials. Please see prior submittals of analytical data for the borrow source currently being utilized on site (submittal number 128, dated 1 August 2001). As of December 2001, approximately 6,200 cyds of backfill has been imported from the Rifenburg Construction Company's Hoffay Borrow Pit (NYSDEC Permit Number 4-3840-00020/0003, NYSDOT Material Approval No.103F) in West Sand Lake, Rensselaer County.

The placement and grading of fill materials will be performed to promote positive drainage and to minimize erosion potential. A vegetative cover will be established over the backfilled areas through hydroseeding or other similar technology to control erosion. At the conclusion of all restoration activities, a final civil survey will be performed to document the final grade. Specific information on backfill procedures, materials, vegetative cover, erosion control measures and final civil survey requirements can be found in the Construction Specifications (Appendix C).

### 7.2 PERSONNEL, EQUIPMENT, AND FACILITIES DEMOBILIZATION

At the conclusion of remedial activities, IT will dismantle all remaining site infrastructure, any temporary facilities (as directed by USACE) and demobilize from the Colonie Site. All equipment will be decontaminated, tested and cleared through the free release program. Additionally, radiological surveys of the haul roads and decontamination facilities will be performed to meet the requirements for free release. The government property will be inventoried and submitted to USACE with a request for disposition directions. It is anticipated that as work progresses several demobilizations of government owned equipment will occur to lessen the burden and duration of the final demobilization efforts.

8

## 8.0 SCHEDULE

A master project schedule for the Colonie FUSRAP Site is provided as Appendix A. The current project schedule is based on a series of technical and fiscal assumptions and may change based on changes in the scope of work or these assumptions. This schedule includes activities by others (USACE, Argonne National Labs, URS Corp.). This information is presented for informational purposes only and are not covered by this operational plan. Schedule is a standing topic of discussion at each weekly progress meeting. Updated schedules are submitted on a monthly basis to USACE as an attachment to IT's monthly status report. These monthly updates are posted to the site website for review.

9

## 9.0 REFERENCES


Atcor, Inc. 1978. Radiological Assessment Survey of NL Industries, Albany Facility, Peekskill, New York, February.

Benchmark, 1998. Benchmark Environmental Corporation, Radioactive Material Detection and Quantification at the Colonie FUSRAP Site Project Execution Plan, Los Alamos, New Mexico, October.

Bechtel, 1985. Colonie Interim Storage Site Annual Environmental Monitoring Report – Calendar Year 1984, DOE/OR/20722-53, Oak Ridge, Tennessee, July.

Bechtel, 1986. *Engineering Evaluation of Disposal Alternatives for Radioactive Waste from* Remedial Actions in and Around Colonie, New York – 1986, DOE/OR/20722-78, Oak Ridge, Tennessee, March.

Bechtel, 1987. Colonie Interim Storage Site Annual Site Environmental Report – Calendar Year 1986,DOE/OR/20722-146, Oak Ridge, Tennessee, June.

Bechtel, 1988. Colonie Interim Storage Site Annual Site Environmental Report – Calendar Year 1987, DOE/OR/20722-194, Oak Ridge, Tennessee, April.

Bechtel, 1989a. Post Remedial Action Report for the Colonie Interim Storage Site Vicinity Properties – *1988, DOE/OR/20722-225*, Oak Ridge, Tennessee, June.

Bechtel, 1989b. Colonie Interim Storage Site Annual Site Environmental Report – Calendar Year 1988, DOE/OR/20722-217, Oak Ridge, Tennessee, April.

*DOE, 1995. Engineering Evaluation and Cost Analysis (EE/CA) for the Colonie Site.* DOE/OR/21950-1008 (FINAL), September.

IT Corporation, 2000a. Sampling and Analysis Plan. Prepared for the U.S. Army Corps of Engineers, New York District, Formerly Utilized Sites Remedial Action Program, April.

IT Corporation, 2000b. Contractor Quality Control Plan. Prepared for the U.S. Army Corps of Engineers, New York District, Formerly Utilized Sites Remedial Action Program, June.

IT Corporation, 2000c. Health and Safety and Emergency Response Plan. Prepared for the U.S. Army Corps of Engineers, New York District, Formerly Utilized Sites Remedial Action Program, September.

IT Corporation, 2000d. Radiation Safety Manual (Appendix H to Health & Safety Plan). Prepared for the U.S. Army Corps of Engineers, New York District, Formerly Utilized Sites Remedial Action Program, September.

IT Corporation, 2002a. Final Status Survey Plan, Revision 2. Prepared for the U.S. Army Corps of Engineers, New York District, Formerly Utilized Sites Remedial Action Program, January.

ORNL (Oak Ridge National Laboratory), 1988. Results if the Radiological Survey at the Conrail Property, South of the Colonie Site, Albany, New York (AL141), ORNL/RASA-88/12, Oak Ridge, Tennessee.

Teledyne Isotopes, 1980. A survey of Uranium in Soils Surrounding the NL Bearing Plant, INL-9488-61, prepared for NL Bearing/NL Industries, Albany, New York, by H.W. Jeter and D.M. Eagleson, Westwood, New Jersey, October.

Teledyne Isotopes, 1981. Subsurface Uranium in the Grounds of NL Bearings, Albany, prepared by H.W. Jeter, D.M. Eagleson, and F.J. Frullo, Teledyne Isotopes, Westwood, New Jersey, December.

U.S. Army Corps of Engineers (USACE), 2001. Final Technical Memorandum in Support of a Proposed Action Memorandum, Colonie FUSRAP Site, June 2001.

U.S. Army Corps of Engineers (USACE), 2001. Action Memorandum Revising Department of Energy (DOE) Action Memorandum dated February 14, 1997 Soil Removal at the Colonie FUSRAP Site, December 2001.

USEPA, 1997. Multi-Agency Radiation Survey And Site Investigation Manual (MARSSIM), EPA402-R-97-016 (NUREG-1575). DOD, DOE, NRC, USEPA, December 1997.

10

USACE

**TABLE 1**

Balt TERC TO 40

**KEY REPORTS / PLANS**
**COLONIE SITE**

| TITLE | DATE |
|---|---|
| Weekly Progress Meeting Notes | 11-98 to present |
| Weekly Work-in-Progress Reports | 05-00 to present |
| Monthly SPDES Discharge Monitoring Reports | Sept 99 to present |
| Monthly Project Performance & Status Reports | 11-98 to present |
| Monthly Project Master Schedule Updates | 11-98 to present |
| US Ecology Profile Maintanence Data Reports (one per 100 IMU shipped, 26 individaul reports) | 2-00 to present |
| Final Action Memorandum | December-01 |
| FLUTe Well Data Report | December-01 |
| Final Second Half 2001 Semi-Annual Groundwater Sampling Report | December-01 |
| Final Phase III Groundwater Remedial Investigation Work Plan | October-01 |
| Historical DOE Surface Water & Sediment data tables | September-01 |
| NYSDOT Highway Work Access Permit (Ph 3 GW RI) | September-01 |
| Second Half 2000 Semi-Annual Groundwater Sampling Report, Final | September-01 |
| Second Half 1999 Semi-Annual Groundwater Sampling Report, Final | September-01 |
| January 2001 Supplemental Groundwater Sampling Report (NYSDEC Splits), Final | September-01 |
| First Half 2001 Semi-Annual Groundwater Sampling Report, Final | September-01 |
| First Half 2000 Semi-Annual Groundwater Sampling Report, Final | September-01 |
| Final Phase 2 Geoprobe Groundwater Report | September-01 |
| December 1998 Colonie FUSRAP Site Groundwater Monitoring Report, Final | September-01 |
| 1999 Colonie FUSRAP Site Groundwater Monitoring Report, Final | September-01 |
| Off-site backfill information for culvert replacement activities | August-01 |
| Dewatering Well Pump Test Data | August-01 |
| Laboratory Audit Report for Severn-Trent St.Louis Laboratory | August-01 |
| Historical DOE Groundwater Data Tables | August-01 |
| Hazardous Substance Bulk Storage Registration Renewal Certificate (expires 9/03) | July-01 |
| Technical Memorandum in support of the Revised Draft Action Memorandum | June-01 |
| Replacement culvert & replacement culvert detail drawings | April-01 |
| Final Phase 2 Geoprobe Groundwater Sampling Plan | March-01 |

USACE **TABLE 1** Balt TERC TO 40

**KEY REPORTS / PLANS**
**COLONIE SITE**

| TITLE | DATE |
|---|---|
| Groundwater Treatment Plant O&M Manual, Revision 2 | February-01 |
| Supplemental Groundwater Sampling Report | January-01 |
| CY2000 Perimeter Air Monitoring Data | January-01 |
| Community Relations Plan, Final | October-00 |
| Monitoring Well Installation Report | September-00 |
| Health and Safety and Emergency Response Plan, Final: Revision 2 | September-00 |
| NIMO (Niagara Mohawk) power pole post remediation report, Draft | June-00 |
| Contractor Quality Control Plan, Final | June-00 |
| Sampling & Analysis Plan, Revised Final | April-00 |
| Operations Work Plan, Revision 2 | April-00 |
| Final Status Survey Report, Unit 1 Radiological survey | April-00 |
| Critical Lift Plan | February-00 |
| CY1999 Perimeter Air Monitoring Data | January-00 |
| CSX Vicinity Property Work Plan | January-00 |
| Soil Stabilization System Prove-Out Report | December-99 |
| Stormwater Culvert Structural and Hydraulic Analysis Report (prepared by CT Male) | November-99 |
| Groundwater Treatment Plant Prove-Out Report | November-99 |
| Final SPDES Biotoxicity/BioAssay Data Report | November-99 |
| Spill Response Plan | October-99 |
| SPDES Engineering Design Report, Revision 1 | October-99 |
| Geoprobe Groundwater Report (Phase I RI Report) | October-99 |
| Transportation Services Technical Scope | September-99 |
| Waste Disposal Services Technical Scope | August-99 |
| Summary Data Package for on-site Stockpiles | July-99 |
| NYSDEC SPDES Permit Number 026-1084 | July-99 |
| Power Pole Geoprobe Report, Draft | June-99 |
| Field XRF Correlation Data | June-99 |
| Colonie Treatability Study (by Kiber Environmental), Final Report | May-99 |
| Work Plan, Geoprobe Exploration in NIMO Corridor, Revision 1 | April-99 |
| Groundwater Remedial Investigation Sampling & Analysis Plan | April-99 |
| Carbon and Sand Filter performance data/specs for dewatering wells | April-99 |
| Compost Workplan (Amendment 1 to Operations Work Plan) | January-99 |
| Rail load-out pad and security fence | December-98 |

## KEY REPORTS / PLANS
## COLONIE SITE

| TITLE | DATE |
|---|---|
| Niagaraw Mohawk Substation Survey Data | November-98 |
| Designated Area Design Plan | September-98 |
| Sampling and Analysis Plan for Stockpile/Bay 1 | August-98 |
| Preliminary Phase Work Plan | August-98 |
| Sediment and Erosion Control Plan | May-98 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Notes: | |
| Only the "Final" versions of particular documents are shown above. | |
| | |
| | |
| | |
| | |
| | |
| | |

# Table 2

# COLONIE FUSRAP SITE

## Key Metrics
## April 1998 – December 2001

| | |
|---|---|
| **Off-Site Disposal Totals** | |
| • Soils and soil like materials | 45,038 cyds |
| • Intermodal Units | 2,624 IMUs |
| • Drummed RCRA/Rad wastes | 70 drums |
| • Contaminated Metals/DAV wastes | 447,500 lbs. |
| • Salvaged Scrap Metals (clean) | 184,650 lbs. |
| **Soil Stabilization System Totals** | **August 1999 – December 2001** |
| • Cumulative weight of successfully treated RCRA material | 46,277 tons |
| **Excavation Activity Totals** | **April 1999 – December 2001** |
| • Cumulative ex-situ volume excavated | 45,849 cyds |
| **Water Treatment Plant Totals** | **September 1999 – December 2001** |
| • Total volume discharged to Outfall 001 | 10,482,801 gal. |
| • Cumulative Volume Treated | 13,051,281 gal. |

# Table 3
## Well 19S - LNAPL Measurements and Bail Volume
### Colonie FUSRAP Site
### Colonie, New York

| Date | PID/FID (ppm) | Depth to LNAPL (ft) | Depth to Water (ft) | LNAPL Thickness (ft) | Estimated Amount of LNAPL Removed (gal) | Cumulative Amount of LNAPL Recovered (gal) | Comments |
|---|---|---|---|---|---|---|---|
| 02-Sep-99 | < 2 ppm | 14.25 | 15.13 | 0.88 | N/A | N/A | LNAPL not removed. Thickness determination only. |
| 14-Sep-99 | < 2 ppm | 13.87 | 14.67 | 0.8 | 0.03 | 0.03 | LNAPL removed with modified bottom loading bailer. |
| 21-Sep-99 | < 2 ppm | 10.82 | 12.67 | 1.85 | 0.21 | 0.24 | Approx. 7-inch storm event occurred 9/16-9/17/99 |
| 28-Sep-99 | N/A | 11.48 | 11.66 | 0.18 | 0.03 | 0.27 | 2.5-inch storm event occurred 9/22-9/23. |
| 08-Oct-99 | N/A | 11.3 | 11.44 | 0.14 | 0.02 | 0.29 | Utilized LNAPL product bailer to enhance recovery. |
| 10-Jan-01 | N/A | N/A | N/A | N/A | 3 | 3.29 | DEC sampling event, Data not available/not provided |
| 25-Jan-01 | N/A | 16.43 | 17.51 | 1.08 | 0.7 | 3.99 | |
| 07-Feb-01 | N/A | 16.53 | 17.34 | 0.81 | 0.25 | 4.24 | |
| 20-Feb-01 | N/A | 16.43 | 17.21 | 0.78 | 0.5 | 4.74 | |
| 07-Mar-01 | N/A | 16.58 | 17.33 | 0.75 | 0.25 | 4.99 | |
| 22-Mar-01 | N/A | 15.71 | 16.83 | 1.12 | 0.5 | 5.49 | |
| 19-Apr-01 | N/A | 15.25 | 17.65 | 2.4 | 1.75 | 7.24 | |
| 23-May-01 | N/A | 16.35 | 18.83 | 2.48 | 1.25 | 8.49 | |
| 20-Jun-01 | N/A | 15.91 | 19.89 | 3.98 | 1 | 9.49 | |
| 31-Jul-01 | N/A | 16.37 | 19.03 | 2.66 | 1.25 | 10.74 | |
| 23-Aug-01 | N/A | 16.5 | 17.6 | 1.1 | 1 | 11.74 | |
| 20-Sep-01 | N/A | 16.27 | 17.13 | 0.86 | 0.75 | 12.49 | |
| 24-Oct-01 | N/A | 16.84 | 18.68 | 1.84 | 1 | 13.49 | |
| 14-Nov-01 | N/A | 17.29 | 18.51 | 1.22 | 0.75 | 14.24 | |
| 19-Dec-01 | N/A | 17.69 | 18.2 | 0.51 | 0.25 | 14.49 | |
| 16-Jan-02 | N/A | 16.87 | 17.31 | 0.44 | 0.25 | 14.74 | |
| | | | | | | | |
| | | | | | | | |

Average thickness 1.44 0.78 Average amt removed

30 Total removed to date

Approximately 18.26 gallons of LNAPL was reportedly removed in 1998 during the initial/preliminary work.

G001509

11