
COLONIE
ALBANY
NEW YORK CITY
VILLAGE OF COLONIE
87
9
COLONIE SITE
TOWN OF COLONIE
20
CITY OF ALBANY
5
787
RIVER
HUDSON
443
NORTH
0
1.5
3
SCALE IN MILES
FUSRAP
COLONIE FUSRAP SITE
1130 CENTRAL AV
ALBANY, NY 12205
REVISION NO.: 0
DATE: 03/22/99
ACAD FILE: LOCTNMAP.DWG
COLONIE FUSRAP SITE
LOCATION MAP
DET'D: AS
CLIENT: COLONIE FUSRAP
PROJECT NO.: 66724-007-65
CHK'D: LM
LOCATION: ALBANY, NY
FIGURE NO.: 1


CENTRAL AVENUE
ASPHALT SURFACE
STORAGE TENTS
GUARD BOOTH
FLOODED CATCH BASIN
DENSE TREES
PILES
FLOODED
PILE
SOIL PILE
POWER TRANSFORMERS
WELLS
GRAVEL SURFACE
CATCH BASIN
HEADWALL
24" CMP
DEBRIS PILE
DENSE TREES & BRUSH GROUND OBSCURED
MATCHLINE
Figure 2
SCALE
0 50 100 150 FEET
GENERAL NOTES:
1. THIS SURVEY IS BASED ON PHOTOGRAMMETRIC MAPPING PREPARED BY LOCKWOOD MAPPING, INC., PHOTOS DATED MAY 13, 1998, WITH LIMITED FIELD EDITS.
2. NO UNDERGROUND UTILITY INFORMATION IS INCLUDED ON THIS DRAWING.
3. SITE ELEVATIONS AND COORDINATE GRID ARE BASED ON SITE MONUMENTATION AND INFORMATION PROVIDED BY ICF KAISER ENGINEERS, INC.
REFERENCE:
BASE MAP SOURCES:
EDWARD W. BOUTELLE & SON
CIVIL ENGINEERS AND SURVEYORS
A DIVISION OF J. KENNETH FRASER AND ASSOCIATES, PE, LS, LA, P.C.
REV DATE BY CHK'D APR'VD DESCRIPTION/ISSUE
IT CORPORATION
U.S. ARMY CORPS OF ENGINEERS
FORMERLY UTILIZED SITES
REMEDIAL ACTION PROGRAM
ORIGINAL CONDITIONS TOPOGRAPHIC MAP
COLONIE FUSRAP SITE
1130 CENTRAL AVENUE
ALBANY, NY 12205
DESIGNED BY KSD 01/29/02 CHECKED BY
DRAWN BY SSH 01/29/02 APPROVED BY
SCALE: 1" = 50'
DRAWING NO. 66724-B1
SHEET NO. 2-7
REVISION NO.
IMAGE X-REF OFFICE DRAWING NUMBER
1.dwg ALB 66724-B1

G001512


Figure 3
U.S. ARMY CORPS OF ENGINEERS
FORMERLY UTILIZED SITES
REMEDIAL ACTION PROGRAM
EXISTING CONDITIONS–DECEMBER 2001
COLONIE FUSRAP SITE
1130 CENTRAL AVENUE
ALBANY, NY 12205
IT CORPORATION
DETAIL "A"
GROUNDWATER
TREATMENT PLANT
GENERAL NOTES:
REFERENCE:
BASE MAP SOURCES:
EDWARD W. BOUTELLE & SON
CIVIL ENGINEERS AND SURVEYORS
BECHTEL NATIONAL INC.
LEGEND

**Figure 4**

Lead (mg/kg)

450 1000 2000 3000 10000

U238 = 35 pCi/g

U238 = 100 pCi/g

Th232 = 2.8 pCi/g

Sample Location With Sample Interval
Midpoint Within the Indicated Depth Interval

+ Lead Sample

o Radionuclide Sample


Modeled Lead, U238, and Th232 Distribution In Interval From 0 to 1 Foot Below Ground Surface
BAY
BAY 2
BAY
BAY
BAY 5
BAY
HP-22
Colonie Site Grid Easting (ft)
800
1000
1200
1400
1600
1800
Colonie Site Grid Northing (ft)
1200
1400
1600
1800

**Figure**

Modeled Lead, U238, and Th232 Distribution In Interval From 1 to 2 Feet Below Ground Surface




G001516

**Figure 4**
Modeled Lead, U238, and Th232 Distribution In Interval From 2 to 3 Feet Below Ground Surface



Figur

Modeled Lead, U238, and Th232 Distribution In Interval From 3 to 4 Feet Below Ground Surface




G001518

## Figure 4

Modeled Lead, U238, and Th232 Distribution In Interval From 4 to 5 Feet Below Ground Surface




G001519

**Figure**

Modeled Lead, U238, and Th232 Distribution In Interval From 6 to 7 Feet Below Ground Surface




G001520

Figure 4

Modeled Lead, U238, and Th232 Distribution In Interval From 7 to 8 Feet Below Ground Surface




G001521

**Figure 4**

Modeled Lead, U238, and Th232 Distribution In Interval From 8 to 9 Feet Below Ground Surface




G001522

**Figure 4**

Modeled Lead, U238, and Th232 Distribution In Interval From 9 to 10 Feet Below Ground Surface



Figure 4
Modeled Lead, U238, and Th232 Distribution In Interval From 10 to 11 Feet Below Ground Surface

