Figure

Modeled Lead, U238, and Th232 Distribution In Interval From 11 to 12 Feet Below Ground Surface



Figur[e] Modeled Lead, U238, and Th232 Distribution In Interval From 12 to 13 Feet Below Ground Surfac[e]




G001526

**Figure**

Modeled Lead, U238, and Th232 Distribution In Interval From 13 to 14 Feet Below Ground Surface




G001527

**Figure 4**

Modeled Lead, U238, and Th232 Distribution In Interval From 14 to 15 Feet Below Ground Surface




G001528

**Figure 4**

Modeled Lead, U238, and Th232 Distribution In Interval From 15 to 16 Feet Below Ground Surface



**Figure**

Modeled Lead, U238, and Th232 Distribution In Interval From 16 to 17 Feet Below Ground Surface




G001530

**Figure 4**

Modeled Lead, U238, and Th232 Distribution In Interval From 17 to 18 Feet Below Ground Surface



**Figure**

Modeled Lead, U238, and Th232 Distribution In Interval From 18 to 19 Feet Below Ground Surface



**Figure 4**

Modeled Lead, U238, and Th232 Distribution In Interval From 19 to 20 Feet Below Ground Surface




G001533

**Figure**

Modeled Lead, U238, and Th232 Distribution For Depths Greater Than 20 Feet Below Ground Surfac



# FIGURE 5

## USACE KEY PERSONNEL




G001535

# FIGURE 6: COLONIE SITE ORGANIZATIONAL CHART




April, 2002

G001536

**Figure 7: Material Segregation Flow Chart** **Page 1 of 3**




<u>"For Disposal Purposes"</u>

❄All piles are assumed to be in excess of inorganic criteria & are further processed based on inorganic levels (see page 2 & 3)

❄Warm/Cold Pile Currently are Co-mingled

(1) Upper Limit per U.S. Ecology Idaho WAC

(2) Site Cleanup Criteria per Action Memo

G001537

**Figure 7 (continued): Material Segregation Flow Chart** **Page 2 of 3**




G001538

**Figure 7 (continued): Material Segregation Flow Chart** **Page 3 of 3**

