# COLONIE SITE

# REMEDIATION APPROACH



DEPOSITION EXHIBIT #21 SHEERAN
PENGAD 800-631-6989

Presented: 20 July 1998

# COLONIE SITE REMEDIATION APPROACH

## TABLE OF CONTENTS

INTRODUCTION 1

REMEDIATION OBJECTIVES 1

SUMMARY OF ALTERNATIVES CONSIDERED 2

EVALUATION OF RECOMMENDED APPROACH 3

COST COMPARISONS 6

GENERAL SCHEDULE 7

# COLONIE SITE REMEDIATION APPROACH

## Introduction

The purpose of this document is to describe the remediation approach developed for the Colonie Site and the rationale for the selected technologies. Several alternative technologies were evaluated in the development of the remedial design for the site; these are summarized. Many assumptions were made based on existing data and professional judgement. Drivers of the technology selection were logistical efficiency, cost minimization, technical feasibility, and risk management. The largest uncertainties in subsurface remediation are buried unknowns, both material and volume. Assumptions can be made to mitigate risks based on process knowledge of past activities and understanding of the behavior of materials in the subsurface. This evaluation has been considered for the selection of the appropriate technologies, not on specific vendors or to define the remediation plan. The remediation plan will be developed in a separate document after the selection of the technologies are finalized and procurements can be initiated to pin down lead times, secondary requirements (such as power supply), and throughput times. These factors feed into the sequencing and scheduling which will be detailed in the remediation plan.

## Remediation Objectives

The remediation objectives are derived from the EE/CA[1]:

> *Alternative 3B, moderate excavation and cap and cover, is DOE's preferred alternative for remediation of the Colonie site. In this alternative, all U-238 above 100 pCi/g and Th-232 above 15 pCi/g would be excavated and transported for disposal at a licensed disposal facility. The material that remains onsite that is above 35 pCi/g for U-238 would be consolidated in the former Patroon Lake burial area and covered with an 18-in. gravel and earthen cap. The portion of the site that is not covered by the cap would be covered with six inches of clean soil, and would be available for commercial, industrial, or recreational development. This alternative was selected because: it is protective of human health and the environment; it can be quickly*

[1] Engineering Evaluation/Cost Analysis, 1995

*implemented; it allows a wide range of option for beneficial reuse of the site; and it is cost-effective.*

This remediation objective is silent on the issue of non-radiological contaminants of concern. Material onsite is contaminated with several heavy metals and potentially with volatile organic compounds (VOCs). For material destined for offsite disposal at a licensed facility, the waste acceptance criteria has to be met. These include requirements for land disposal restrictions (LDRs), which for RCRA characteristic wastes are essentially set at toxicity characteristic leachate procedure (TCLP) levels (i.e., non-leachable). [Subsequent to 1 January 2000, universal treatment standards (UTS) become the new standard for LDRs and are for many of the site's inorganic contaminants more restrictive than TCLPs.] Therefore, it is an additional remediation objective to treat material destined for offsite disposal for the required waste acceptance criteria. Cost minimization is an objective of the remediation, as stated in the EE/CA.

The material in stockpiles and the excavated material will be segregated for disposition into five categories based on the objectives of the EE/CA: a) excavated radiologically contaminated debris, b) onsite backfill, c) designated area (DA), d) treatment for metals, offsite disposal, and e) treatment for VOCs and metals, offsite disposal (see Figure 1). Material onsite that is part of site closure but not part of the environmental remediation, including site facilities and utilities, staged containerized waste, excess chemical inventory, etc., has not been considered in this evaluation and will be dispositioned according to standard industry practices.

Four operational areas have been identified as being appropriate for further consideration to more efficiently meet the objectives of minimizing cost and treating offsite-destined material to meet LDRs. Remediation costs can be minimized by reducing the volume of material requiring treatment, reducing the volume of material requiring offsite disposal, and reducing the use of containers; these were the items with the highest estimated costs for the project.

## Summary of Alternatives Considered

Technology needs were identified in four areas: 1) volume reduction prior to treatment, 2) VOC treatment to meet LDRs for offsite disposal, 3) Metals treatment to meet LDRs for offsite disposal, and 4) volume reduction of treated material. For each of these identified needs, a variety of available technologies was considered, and market surveys were conducted with potential vendors to gather information on costs, lead times, technical viability, and required specifications (see Figure 2). The evaluation was extended to

include a comparison of different technologies for each need (see Figure 3). These technologies were further evaluated with site-specific considerations of radionuclides, chemistry, logistics (space, electrical, and throughput requirements), feedstock constraints, and overall applicability.

## Evaluation of Recommended Approach

The technologies that evaluated most favorably to meet the site's remediation objectives are *Automated Soil Sorting* for volume reduction prior to treatment, *Low Temperature Thermal Desorption* for VOC treatment, *Molecular Bonding* for metals treatment, and *Physical Compaction* for disposal volume reduction. These are described more fully below; cost comparisons and the assumptions for the cost evaluation are discussed in the next section.

*Automated Soil Sorting*

In general, automated soil sorting is a process of segregating an initial feedstock, both existing stockpiled material and the unknown volume and texture of excavated material, into three categories based on radiological activity concentrations. The technology has been proven in the field by many projects, the most well known, perhaps, being the Johnson Atoll project conducted by ThermoNutech's sodium iodide detection system.

The application to the Colonie Site, however, is significantly different than Johnson Atoll due to the nature of the gamma emissions of Th-232 and U-238. Given the site's distribution of radioisotopes, detection by gamma spectroscopy through the use of high-purity germanium (HPGe) detectors is the advisable technology. At least two vendors have the technology of conveying a feedstock beneath the HPGe detectors and directing the output by a three-gate system into the appropriate categories. Another advantage of gamma spectroscopy is that the entire volume of material passing beneath the detectors is sampled and analyzed and no further analysis, other than general quality control, is required.

The systems are semi-mobile and would be brought onsite in sections for assembly. The specifications required for the feedstock are to crush the material to at least minus 6-inch and control extremes in physical consistency, particularly moisture content. To mitigate windborne dispersion of radioactive particulates, the conveyor belts will be covered and the feedstock will be misted appropriately. The distribution of radioactivity in the stockpiled material is currently being quantified; however, existing data on Stockpile 2, ~1,500 cubic yards of building wood chips, indicate that only approximately 25% of the wood chips are contaminated in excess of 100 pCi/g U-238, yet due to those levels, the mass of the entire

stockpile also averages greater than 100 pCi/g and would have to be disposed of offsite. The cost differential of mobilizing and operating an automated soil sorter compared to disposing of over 1,000 cubic yards of less than criteria material, is significant. Although there currently is little radionuclide distribution data on other stockpiles (with the exception of Stockpile 10,already released for backfill use) or subsurface material, this same magnitude of volume reduction may be realized for the site.

The output of the automated soil sorter would be three categories. The resultant material from the less than 35 pCi/g U-238 and less than 15 pCi/g Th-232 category would be stockpiled and used for backfill on the site as discrete areas are released and regraded. Material in the middle category destined for the DA could be placed in the DA as soon as it is sorted and the DA is ready to receive it. The greater than 35 pCi/g U-238 and greater than 15 pCi/g Th-232 category would be staged for treatment as needed prior to offsite disposal.

*Low Temperature Thermal Desorption*

VOC data from the subsurface is scant and its distribution is based primarily on soil gas data and negative borehole data. An evolution is currently underway to quantify the VOC concentrations in stockpiled surface material. It is indicated from the provenance (below the former east dock) and process knowledge that Stockpiles 5 through 9 contain VOCs. Subsurface VOC concentrations and distribution will not be quantified until excavation begins. Data from process knowledge, groundwater analyses, and soil gas suggest areas of the subsurface where VOCs are likely to be found and the excavations will proceed with this consideration.

Based on existing data and process knowledge, there is a concern that VOC concentrations will exceed waste acceptance criteria for some of the material exceeding the site radiological thresholds. In order to meet waste acceptance criteria (TCLP for now and UTS in 2000), some type of VOC treatment process will be required. Until more data are collected on actual soil concentrations and volumes of material requiring treatment, the specifications for VOC treatment technology cannot be finalized; however, sufficient data exist, including process knowledge on the chemicals used historically onsite, to proceed with a general technology selection. Although VOC treatment is independent of radioactivity, the presence of radionuclides must be factored into the selection for liability.

Batch system low temperature thermal desorption has been proven in many projects of VOC-contaminated debris and soil that also had uranium contamination. The system components can be isolated to prevent internal radiological contamination., leaving only surfaces that can be readily decontaminated exposed to radiation. Controls have also been demonstrated to mitigate cross-

contamination of ancillary equipment and to mitigate windborne dispersion of both treated and untreated materials. Finally, through the use of the batch system, debris with one dimension less than 18 inches can be successfully treated for VOCs allowing reclassification from low-level mixed waste to straight low-level radioactive waste (presuming the debris is radioactively contaminated).

Once additional chemical data are known (beginning mid August), more detailed specifications can be developed suitable for a bid request. VOC treatment technologies are abundant, competitive, and can be mobilized more readily than the other site technologies. Although low temperature thermal desorption is recommended, other technologies would still be considered given the same feedstock requirements (less than 18 inches for debris), demonstrating the ability to achieve the same output requirements (passing TCLP and minimizing additional waste stream generation), and demonstrating experience and controls for radioactive materials.

*Molecular Bonding*

Chemical stabilization technologies of solid-matrix metals are well studied and dynamic. Advancements are made every year. The baseline, tried-and-true method is pozzolanic treatment, which fundamentally is encapsulation of solid-matrix material with portland cement of a tailored formulation to make monoliths suitable for disposal (i.e., passing LDRs for metals). The most significant drawback to pozzolanic treatment is the volumetric increase, often 20 to 30% or greater depending on the metals present. Additionally, certain of these metals, e.g., cadmium and nickel, as well as actinides (uranium and thorium), do not tend to encapsulate well and require greater amendment volumes and/or additional chemical additives. The results of the pozzolanic process rarely have a strength of material adequate to negate the need for containers, an additional process cost.

Advancements have been made with other chemical stabilization processes related to molecular (polymer) bonding (in contrast to encapsulation). These processes require a fraction of additives, in the range of less than 3 to 5% of the feedstock volume, favorable in an environment where disposal is paid for by volume. Data exist for many projects of the ability for these types of chemical bonding processes to achieve LDRs for metals in a soil matrix. It is anticipated that feedstock passing four-inch screens would be suitable for treatment. Many companies have capabilities, most utilizing patented formulations, of bonding with fairly simplistic blending processes. The bonding agents can be either liquid or solid. The output can be designed to be bulk solid, which can either be placed in bulk in a disposal cell (e.g., DA) or containerized in bulk for offsite shipment.

Site-specific formulations are developed based on treatability analyses from site data or samples. Worst-case scenarios based on maximum concentrations often require such a minor volumetric additive that it is appropriate for all material requiring treatment. If the additive volume to treat the maximum concentrations is unusually high, the formulation can be altered for the batch being treated to control volumes.

*Physical Compaction*

The site will produce waste streams of both bulk soil and bulk debris that may be classified as both low-level and low-level mixed wastes. Disposal rates vary for these waste streams. Offsite disposal at Envirocare is paid for by volume. The reduction of disposed volume could reduce overall cost. For bulk soil, classified as either low-level or low-level mixed waste, the unit disposal cost at Envirocare is substantially lower than for corresponding costs of bulk debris. Depending on the volume of contaminated debris, the application of the technology of volume reduction through compaction has been identified as a potential cost saving effort for the site.

The volume reduction of bulk soil can be achieved through vibratory compression achieved in transport. This reduction is not significant. Mechanical compaction, through maximization of packing geometries, can achieve up to 48% volume reduction for soil (and as much as 60% for ash). The compaction changes the waste form from bulk material to monolithic solids (debris). It would have a very high compressive strength, greater than 2,000 psi, and would not need a container for shipment. The avoidance of container costs also contributes to a cost savings. A compacted shape can be customized and it is thought that a slab of material <10 inches thick (Envirocare's waste acceptance criteria for debris) by 3 feet by 4 feet would be the most efficient handling geometry.

## Cost Comparisons

There are many unknown variables in this remediation design. Variables have been normalized to cost per unit volume. For the purposes of comparison, disposal costs are for Envirocare (proposed Kansas City District rates). Soil volumes are from the initial project cost estimate. Graphs produced are to demonstrate general comparisons between technologies, not between vendors. Once technology selection is finalized, contracts for purchased efforts will be procured and actual costs may vary. Total soil and rubble volumes, radiologically contaminated volumes, organic chemical contaminated volumes, tonnage of scrap steel, and buried debris volumes are all unknown and in most cases will not be known prior to the selection and procurement of products and services. Because of the size limitations of the site, it is not

feasible to excavate all material, sample, and segregate it to better determine volumes and contaminant levels prior to finalizing procurement. Therefore, as in many remediation projects, risks will be taken in the selection of technologies. Every attempt will be made to minimize the risks through prudent planning and professional judgement. The excavation of buried unknowns on any industrial facility, especially ones involving radioactivity, must be pursued with caution.

The following is a series of graphs and tables showing, among other factors, volumetric paybacks. This is a rudimentary evaluation: Technologies brought onsite have a sunk cost in the mobilization, shakedown, demobilization, etc, so that the first cubic yard costs a fixed price and subsequent cubic yards have a somewhat fixed unit rate. Therefore, comparatively, there will be a certain volume above the sunken cost of one technology that is absorbed by the lower unit rate compared to another technology. Whether that volume is realized following excavation can be anticipated through existing data and professional judgement. These graphs present such an evaluation of compaction versus no compaction and automated sorting versus bulk sorting, at both low-level and low-level mixed waste disposal costs. This is an example of the types of evaluations performed for other technical issues as well. This indicates the importance of estimating excavated volumes and estimating the contamination levels of those excavated volumes in selecting the technologies.

## General Schedule

The mobilization of the technologies, their production rates, and the production rate of excavation factor into the scheduling and sequencing of the site remediation. Currently, the site has approximately 12,000 cubic yards of material stockpiles on the surface. Of this total, 3,600 cubic yards are known to be statistically below the site reuse levels and will be used as onsite backfill; another 4,250 cubic yards are anticipated to also to be categorized as backfill. Therefore, almost 8,000 cubic yards of material currently stockpiled will remain stockpiled on the surface until areas of the site are remediated and released.

- The *excess equipment and material removal* task is underway to remove the large quantity of items stored onsite on the grounds, in sea/land containers, and in the toolroom. All of these items are not necessary for the remediation of the site and are just taking up valuable space, both inside and outside of contaminated areas. This material is currently being inventoried, decontaminated, size-reduced, and packaged. As receiving facilities are identified, the east parking lot will be used for the offsite material staging area. It is anticipated that most of this material will be removed from the site before winter.

- The preparations are underway for the *sampling and analysis of stockpiles and the Bay 1 area*. The results of the stockpile sampling will allow for final disposition decisions to be made. Throughout August and September, and into October (1998), the data will be received and the stockpiles staged accordingly. In general, material will be stockpiled for backfill - primarily in the Bay 1 area, for the DA, or for treatment as necessary prior to offsite disposal.
- *Automated soil sorting* has been identified as being cost-effective if a volume of at least 500 to 1,500 cubic yards is in excess of onsite criteria. Although this volume is an unknown, based on existing data and process knowledge is it thought that volumes of that magnitude would be realized. The sooner this technology can be brought to the site the better; however, this technology has a long lead time and the reasonable expected availability targets mobilization in January or February (1999) at the earliest. Following shakedown, the stockpiled material would be processed. *Crushing to minus 4-inch*, where appropriate, would proceed sorting. It is anticipated that a crusher can be mobilized prior to the sorter.
- *Treatment through bonding* would follow the sorting to segregate offsite-destined material and be sequenced to be available once a feedstock pile from the sorter is established. The equipment for bonding is a paddle mixer or pug mill. This may be set up in the tent, which would be relocated to the Bay 1 area, if evaluations indicate the potential for excessive dust generation. Soil (exclusive of crushed concrete and asphalt, which are still classified as debris for disposal purposes) could be placed immediately in rolloff containers or other conveyance vehicle for transfer to a shipping facility. Following waste acceptance criteria sampling, that material can be removed from the site.
  - ➢ *Remediation and release of the east parking lot, DA area, west grounds, and front lawn/driveway* would be sequentially performed as soon as sufficient stockpile room is made available and the excess inventory is transported offsite (freeing up the east parking lot). Winter weather constraints also influence the scheduling of remediation tasks. Remediation of these distal areas would take mid to late winter (depending on severity) and spring (1999).
  - ➢ The east parking lot would be replaced with compacted backfill, depleting some of the stockpiled backfill, and used as a surplus backfill stockpile area and a staging/shipping area.
  - ➢ The DA, which appears to require removal in one area of up to 6 feet, would have all buried debris and soil in excess of onsite criteria removed. The area would be graded appropriately per the DA design and prepared for the receipt of DA-destined material as it comes out of the sorter.
  - ➢ The west grounds, following the removal of the shallow contamination that is indicated to be present, would be graded and surfaced with excess backfill. The water treatment facility, as needed to support the dewatering of the lake excavation, would be placed in the released west grounds.

> ➤ The front lawn would be the next significant area of release. The released area would be backfilled with stockpiled material and used as an alternate parking area and shipping area when necessary. The main gate would be moved to allow access to the site while the driveway is being remediated.

- As the volume of material destined for offsite disposal is segregated by the sorter, an evaluation can be made of its texture. If debris (crushed concrete and asphalt as compared to soil) is identified in excess of approximately 1,000 cubic yards, the process of *compaction* becomes cost effective for disposal. The procurement and lead time for compaction is relatively short and can be initiated if is apparent that that volume is present. Ideally, this debris can be blended with the contaminated soil at a rate of 90% soil to 10% debris and sent as bulk soil. Blending constraints and excess proportional volume of debris will be the drivers for the need of this technology.
- *Remediation of the lake area and the east dock*, thought to be highly contaminated, would follow remediation of the distal areas. This will be the most dangerous portion of the site remediation due to the levels of contamination and potential for buried unknowns. This will occur in the late summer and fall (1999).
- *Remediation of the building slab and subslab materials* will occur following the lake and the sorting and treatment of all previously generated feedstock. With the exception of the east dock area, much of the concrete from the slab and foundations and the soil beneath are not expected to be contaminated and can be crushed for use onsite or sent off as construction debris, based on contaminant levels found and economic analysis.
- *A multitude of support tasks* will occur during and in addition to the general elements summarized above. Engineering designs, sampling plans, and job aids for various tasks will be prepared during the fall (1998) and winter, where possible, and prior to initiation of associated tasks. Site safety maintenance and compliance monitoring are ongoing tasks, as are removal of excess equipment and material and disposal of construction debris. Remediation tasks, like areas beneath the trailers and toolroom and the vicinity properties, as identified in the investigation tasks, will occur at logistically feasible times and described in greater detail in the resource schedule. These are not thought to have significant contamination or other strong influences on selected technologies. Final regrading, of course, follows the removal of the building slab and foundation.

A revised first field season task description and resource schedule will be completed and a task description and resource schedule will be developed for the second and third field seasons. These task descriptions will be compiled to detail the remediation plan of the site. Alterations in the plan may occur as additional information in revealed during the remediation. For example, the nature and condition of the buried unknowns may prompt the evaluation for the need for additional treatment technologies.

# COLONIE SITE REMEDIATION APPROACH

## FIGURE 1 - SUMMARY OF MATERIAL DISPOSITION OPTIONS




SH001675

18-Jul-98

# COLONIE SITE REMEDIATION APPROACH

## FIGURE 2 - SUMMARY OF TECHNOLOGY NEEDS




SH001676

7/18/98

# COLONIE SITE TECHNOLOGY REQUIREMENTS
## FIGURE 3 – SUMMARY OF TECHNOLOGY EVALUATIONS

| REQUIREMENT | TECHNOLOGY | VENDORS | ADVANTAGES | DISADVANTAGES | APPLICABILITY |
|---|---|---|---|---|---|
| Volume reduction prior to treatment/ packaging – physical separation | Automated Soil Sorter | Canberra<br>Thermo-Nutech<br>BNFL | • It reduces volume of material requiring treatment.<br>• It ultimately reduces container, transportation, and disposal costs.<br>• It achieves 100% sampling coverage of all feedstock material. | • It requires additional material handling.<br>• It could cause delays in the event of mechanical difficulties.<br>• The complexity of mechanics yields a long lead-time before mobilization.<br>• The throughput rate constrains treatment production rates.<br>• It requires control of size, texture, & moisture content. | • The cost savings is dependent on estimating the volume of material on site that exceeds onsite criteria (an unknown) and compare it to mobilization and operation costs. |
| | Soil washing | RMI | • It reduces volume of material requiring treatment for LDRs and disposal as LLW.<br>• It produces metals possibly suitable for recycle instead of waste. | • It requires additional material handling.<br>• It results in additional waste streams e.g., liquids high in radioactive metals that may require additional treatment prior to offsite disposal.<br>• The throughput rate constrains treatment production rates. | • There are no assurances that the metals extracted during the process will meet free-release criteria, limiting recycle potential. The cost savings is dependent on estimating the volume of material on site that exceeds onsite criteria (an unknown) and compare it to mobilization and operation costs and additional waste stream disposal costs. |
| Treatment for VOCs | Low Temperature Thermal Desorption (batch method) | McLaren-Hart | • It is demonstrated to handle rad material in the open field.<br>• It can treat debris.<br>• There are effectively no material size requirements. | • It requires segregation of VOC feed material from non-VOC material.<br>• There could be extended periods of downtime due to the limited volume anticipated. | • Treated debris can utilize EPA's equivalency determination clause and be administratively considered LLW instead of LLMW.<br>• It has been proven to have effective radiological controls to mitigate non-associated treatment hazards. |
| | Chemical Destruction | ASI/Commodore | • It destroys VOCs chemically in an enclosed environment.<br>• No additional waste streams are produced. | • It requires segregation of VOC feed material from non-VOC material.<br>• There could be extended periods of downtime due to the limited volume anticipated.<br>• It must have some uniformity in texture of feedstock, reducing the opportunity to treat debris. | • Although the volume is unknown, any debris contaminated with VOCs would have to be treated through another process (such as steam cleaning) to be disposed of.<br>• It has not been demonstrated to have effective radiological controls to mitigate non-associated treatment hazards. |
| Treatment for TCLP Metals | Chemical Encapsulation (Pozzolan) | Permafix | • It can be designed and operated in-house.<br>• It can receive wide variety of size, texture, and moisture content (feedstock passing 4").<br>• It can be potentially molded into slabs and shrink-wrapped to avoid container costs. | • The resultant product may not meet LDRs (Hg, Cd).<br>• It results in an increased volume requiring LLMW disposal.<br>• There is a relatively long curing time, requiring additional handling strategies. | • Forms could be fabricated onsite to make slabs disposable as debris rather than containerized waste.<br>• A vigorous QC program would need to identify achievement of TCLP levels. |

SH001677

# COLONIE SITE TECHNOLOGY REQUIREMENTS
## FIGURE 3 – SUMMARY OF TECHNOLOGY EVALUATIONS

| REQUIREMENT | TECHNOLOGY | VENDORS | ADVANTAGES | DISADVANTAGES | APPLICABILITY |
|---|---|---|---|---|---|
| | Metals Separation | RMI | • It removes Pb through cycloning.<br>• The resultant material is free of Pb. | • The lighter fraction of metals (Ni Cu Zn) will remain and require additional treatment.<br>• Additional waste streams are produced.<br>• Removal of Pb and other heavy metals does not necessarily remove the classification as mixed waste. | • The process would be good if Pb was the only metal concern, but the mix of metals may not achieve any advantage to this process. |
| | Molecular Bonding | – Solucorp<br>– RMRS<br>– ANL<br>– VFL<br>Severnson | • It stabilizes heavy metals through molecular bonding rather than physical encapsulation.<br>• It can be devised to produce no change in material matrix, so the final product could be disposed of in bulk or consolidated into a solid matrix with no removable radioactive contamination.<br>• It requires short or no curing time.<br>• It could have a DA application for placing blended material in bulk.<br>• It has been demonstrated to readily pass TCLP. | • It may result in minor increase in volume.<br>• Feedstock must be crushed to minus 4".<br>• Material texture, moisture content, grain size, blending requirements may vary with the formulation of the additive. | • This could be used in conjunction with a compaction technique to further reduce offsite volumes.<br>• It could be applied in bulk to the DA, stabilizing the leachable metals, including radionuclides. |
| Volume Reduction of treated material – compaction | Brick-making | RMRS | • It achieves 30 to 40% volume reductions.<br>• It can readily meet WAC (TCLP, strength).<br>• It produces easily manageable bricks.<br>• It avoids need for containers – shrink-wrapped slabs.<br>• It can receive a wide variety of size, texture, & moisture content (input volume passing 2").<br>• It has been demonstrated in the field for metals. | • Fugitive dust will need controls.<br>• It is relatively new in field application, esp. rad. | • It is a patented process and can be used simultaneously with Envirobond polymer to achieve LDR achievement and volume reduction.<br>• It could have significant cost savings due to reduction of disposal volume, number of shipments and containers. |
| | Resonant Shock Compaction | Resonant Shock Compaction | • It achieves up to 50% volume reduction.<br>• It can readily meet WAC (TCLP, strength).<br>• It produces ideal shapes for management and shipment.<br>• It can receive wide variety of size, texture, and moisture content (feedstock passing 4").<br>• It avoids need for containers – shrink-wrapped slabs. | • Fugitive dust will need controls.<br>• It has not been at a production scale for rad/metals remediation. | • It is a patented process and can be used simultaneously with a variety of bonding processes to achieve LDR achievement and volume reduction.<br>• It could have tremendous cost savings due to reduction of disposal volume, number of shipments and containers.<br>• It has corporate and programmatic implications in D&D and remediation arenas. |

SH001678

# VOLUMETRIC PAYBACK CURVE - Automated Sorting ($149.50/yd3)



# VOLUMETRIC PAYBACK CURVE - Automated Sorting ($660/yd3)




VOLUMETRIC PAYBACK CURVE - Transportation and Disposal Cost of Compacted Debris or Bulk Soil
Transp.& Disp Compacted Material (=Debris) Mixed ($1397)
Transp & Disp Bulk Soil Mixed ($660)
Transp & Disp Compacted Material (=Debris) LL ($427.50)
Transp & Disp Bulk Soil LL ($149.50)
Disposal Costs
$10,000,000
$9,000,000
$8,000,000
$7,000,000
$6,000,000
$5,000,000
$4,000,000
$3,000,000
$2,000,000
$1,000,000
$0
0
500
1,000
1,500
2,000
2,500
3,000
3,500
4,000
4,500
5,000
5,500
6,000
6,500
7,000
Volume (cu yds) to be Disposed Of

SH001681

# VOLUMETRIC PAYBACK CURVE - Bulk Debris and Compacted Debris



# VOLUMETRIC PAYBACK CURVE - Transportation and Disposal

## Cost of Compacted Debris or Bulk Soil (no mobe costs)




SH001683