| | | | |
|---|---|---|---|
| Customer: | S.A. MANNING | Date: | Aug 25, 2003 |
| Our Reference No.: | 700002264 | Your P.O. #: | 1940280P |
| Import No.: | 700000585 | Your P.O. Date: | Aug 20, 2003 |
| Rotem's Sd: | 2268 | Date Shipped: | Aug 25, 2003 |

# Certificate Of Analysis

| | |
|---|---|
| Product: | Phosphoric Acid |
| Concentration: | 75% |
| Grade: | Technical |
| Lot #: | 700000586 |
| Code No: | |

| Chemical and Physical Properties | | Analysis Results: |
|---|---|---|
| | | |
| H3PO4: | | 75.24 % |
| P2O5: | | 54.57 % |
| Density: | Temperature (F): 60 | 1.5821 |
| IMPURITIES: | Ca: | 10.2 ppm |
| Calculated | Fe: | 0.5 ppm |
| Calculated | Cd: | 0.2 ppm |
| Calculated | Ni: less than | 0.1 ppm |
| Calculated | Cl: | 2.7 ppm |
| Calculated | F: | 3.9 ppm |
| Calculated | As: | 0.24 ppm |
| | ABS (418): | 7.0 NM |
| Calculated | Heavy Metals as Pb: | 8.9 ppm |
| Calculated | Lead Pb: less than | 0.1 ppm |
| Calculated | Sulfates SO4: | 62.37 ppm |
| Other(s): | | |
| | | |
| | | |

Authorized Signature:

Audrey Krane

Water Pumped

DEPOSITION EXHIBIT #6 SHEERAN

PENGAD 800-631-6989

SHAW ENVIRONMENTAL, INC

A/P Invoice Apron

# SA Manning, Inc

VND# 155473

| Purchase Order Number | Type | Invoice Number | Inv Date | Due Date | Approval | Field Prices Verified | Accounting Use Only |
|---|---|---|---|---|---|---|---|
| 2194 | OP | 5791 | 08/26/03 | 10/10/03 | Field / A/P | | Batch Number: 16779 |
| Gross Amount Of Invoice | | | | | $15,876.00 | | Voucher Number: 16596 |
| Retention | | | | | | | Type: 2V; G/L Date: 09/16/03 |
| Net Payable Amount | | | | | $15,876.00 | | |

| P.O Line No | Project Number | Cost Type | Cost Code | Quantity | Unit Price | Amount | Tax Code | Tax State | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 837935 | 4301 | 33100104 | 45360.0 | 0.35 | $15,876.00 | | | Phosphoric Acid |

$15,876.00

EXHIBIT

B

DEPOSITION EXHIBIT

#7

SHEERAN

PENGAD 800-631-6989

SHAW ENVIRONMENTAL, INC

A/P Invoice Apron

# SA Manning, Inc

ID # 1236042

| Purchase Order Number | Type | Vendor Information: Invoice Number | Inv Date | Due Date | Approval | Field Prices Verified | Accounting Use Only |
|---|---|---|---|---|---|---|---|
| 194028 | OP | 5782 | 08/06/03 | 09/20/03 | Field / A/P | | Batch Number: 44307678 |
| Gross Amount Of Invoice | | | | | $15,673.00 | | Voucher Number: 1076988 |
| Retention | | | | | | | |
| Net Payable Amount | | | | | $15,673.00 | | Type: 2 / G/L Date: 081403 |

| P.O. Line No | Project Number | Cost Type | Cost Code | Quantity | Unit Price | Amount | Tax Code | Tax State | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 837935 | 9420 | 3310010 | 44780.0 | 0.35 | $15,673.00 | | | Phosphoric Acid |

$15,673.00

SHAW ENVIRONMENTAL, INC

A/P Invoice Aproa

# SA Manning, Inc

VND # 1236042

| Purchase Order Number | Type | Invoice Number | Inv Date | Due Date | Approval Field | Field Prices Verified | Accounting Use Only Batch Number |
|---|---|---|---|---|---|---|---|
| 194028 | OP | 5773 | 07/08/03 | 08/22/03 | A/P | | 441281710 |

| | | | |
|---|---|---|---|
| Gross Amount Of Invoice | $15,869.00 | Voucher Number | 1068756 |
| Retention | | | |
| Net Payable Amount | $15,869.00 | Type / G/L Date | 26 / 0911503 |

| P.O. Line No. | Project Number | Cost Type | Cost Code | Quantity | Unit Price | Amount | Tax Code | Tax State | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 837935 | 9420 | 33100104 | 26520.0 | 0.35 | $9,282.00 | | | |
| 2 | | | | 18820.0 | 0.35 | $6,587.00 | | | Phosphoric Acid |

$15,869.00

SHAW ENVIRONMENTAL, INC

A/P Invoice Apron

# S A Manning, Inc

ND # 1236042

| Purchase Order Number | Type | Invoice Number | Inv. Date | Due Date | Approval | Field Prices Verified | Accounting Use Only |
|---|---|---|---|---|---|---|---|
| 194028 | OP | 5760 | 06/09/03 | 07/24/03 | Field / A/P | | Batch Number: 36719945 |
| Gross Amount Of Invoice | | | | | $15,834.00 | | Voucher Number: 1059066 |
| Retention | | | | | | | Type: 26 |
| Payable Amount | | | | | $15,834.00 | | G/L Date: 061203 |

| P.O. Line No | Project Number | Cost Type | Cost Code | Quantity | Unit Price | Amount | Tax Code | Tax State | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 837935 | 9420 | 3310010-l | 45240.0 | 0.35 | $15,834.00 | | | |

$15,834.00

IT CORPORATION
A/P Invoice Apron

# S.A. Manning

Vndr 1236042

| Purchase Order Number | Type | Invoice Number | Inv Date | Due Date | Approval | Field Prices Verified | Accounting Use Only |
|---|---|---|---|---|---|---|---|
| 194028 | OP | 5737 | 04/15/03 | 05/30/03 | Field A/P | | Batch Number 36297488 |

| | | | |
|---|---|---|---|
| Gross Amount Of Invoice | $15,680.00 | | Voucher Number 1044897 |
| Retention | | | |
| Net Payable Amount | $15,680.00 | | Type 24 G/L Date 041203 |

| P.O Line No | Project Number | Cost Type | Cost Code | Quantity | Unit Price | Amount | Tax Code | Tax State | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 837935 | 9420 | 33100104 | 44800.0 | 0.35 | $15,680.00 | | | |

$15,680.00

IT CORPORATION

A/P Invoice Aprog

# S.A. Manning, Inc

ID # 12036042

| Purchase Order Number | Type | Invoice Number | Inv Date | Due Date | Approval | Field Prices Verified | Accounting Use Only |
|---|---|---|---|---|---|---|---|
| 194028 | OP | 5701 | 02/12/03 | 04/13/03 | Field: / A/P | | Batch Number: 35940105 |
| Gross Amount Of Invoice | | | | | $15,834.00 | | Voucher Number: 102897C |
| Retention | | | | | | | |
| Payable Amount | | | | | $15,834.00 | | Type: 2W G/L Date: 021803 |

| P.O Line No | Project Number | Cost Type | Cost Code | Quantity | Unit Price | Amount | Tax Code | Tax State | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 837935 | 9420 | 33100102 | 45240.0 | 0.35 | $15,834.00 | | | Phosphoric Acid |

$15,834.00

IT CORPORATION

A/P Invoice Apron

# S.A. Manning, Inc

1236042

| Purchase Order Number | Type | Invoice Number | Inv Date | Due Date | Approval | Field Prices Verified | Accounting Use Only |
|---|---|---|---|---|---|---|---|
| 194028 | OP | 5672 | 12/04/02 | 02/02/03 | Field / A/P | | Batch Number 2946875P |
| Gross Amount Of Invoice | | | | | $15,743.00 | | Voucher Number 1069976 |
| Retention | | | | | | | |
| Payable Amount | | | | | $15,743.00 | | Type / G/L Date |

| P.O Line No | Project Number | Cost Type | Cost Code | Quantity | Unit Price | Amount | Tax Code | Tax State | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 837935 | 9420 | 33100102 | 44980.0 | 0.35 | $15,743.00 | | | |

$15,743.00

IT CORPORATION
A/P Invoice Aprvl

# S A Manning

VNDR 1236042

| Purchase Order Number | Type | Invoice Number | Inv Date | Due Date | Approval | Field Price Verified | Accounting Use Only Batch Number |
|---|---|---|---|---|---|---|---|
| 194028 | OP | 5654 | 11/07/02 | 01/06/03 | Facil A/P | | 2893043 1 |

| | | | |
|---|---|---|---|
| Gross Amount Of Invoice | $15,820.00 | Voucher Number | 1003299 |
| Retention | | | |
| Net Payable Amount | $15,820.00 | Type / G/L Date | 4W 111902 |

| P.O. Line No. | Project Number | Cost Type | Cost Code | Quantity | Unit Price | Amount | Tax Code | Tax State | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 837935 | 9420 | 33100102 | 45200.0 | 0.35 | $15,820.00 | | | |

$15,820.00

IT CORPORATION
A/P Invoice Apron

# S. A. Manning, Inc

VD # 1236042

| Purchase Order Number | Type | Invoice Number | Inv. Date | Due Date | Approval Field | Field Prices Verified | Accounting Use Only Batch Number |
|---|---|---|---|---|---|---|---|
| 194028 | OP | 5640 | 09/26/02 | 11/25/02 | A/P | | 28501292 |

| | | |
|---|---|---|
| Gross Amount Of Invoice | $15,771.00 | Voucher Number: 990183 |
| Retention | | |
| Net Payable Amount | $15,771.00 | Type: 24   G/L Date: 093002 |

| PO Line No | Project Number | Cost Type | Cost Code | Quantity | Unit Price | Amount | Tax Code | Tax State | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 837935 | 9420 | 33100102 | 45060.0 | 0.35 | $15,771.00 | | | Phosphoric Acid |

$15,771.00

IT CORPORATION
A/P Invoice Apron

# S.A. Manning, Inc

VND# 1236042

| Purchase Order Number | Type | Invoice Number | Inv Date | Due Date | Approval | Field Prices Verified | Accounting Use Only |
|---|---|---|---|---|---|---|---|
| 194028 | OP | 5621 | 08/20/02 | 10/19/02 | Field / A/P | | Batch Number 28 236 6 05 |
| Gross Amount Of Invoice | | | | | $15,799.00 | | Voucher Number 92 9141 |
| Retention | | | | | | | |
| Net Payable Amount | | | | | $15,799.00 | | Type ZW G/L Date 08 26 02 |

| P.O Line No. | Project Number | Cost Type | Cost Code | Quantity | Unit Price | Amount | Tax Code | Tax State | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 837935 | 9420 | 33100102 | 45140.0 | 0.35 | $15,799.00 | | | Phosphoric Acid |

$15,799.00

IT CORPORATION

A/P Invoice Approval

# S.A. Manning, Inc

ID # 1236042

| Purchase Order Number | Type | Invoice Number | Inv. Date | Due Date | Approval | Field Prices Verified | Accounting Use Only |
|---|---|---|---|---|---|---|---|
| 194028 | OP | 5602 | 07/18/02 | 09/16/02 | Field / A/P | | Batch Number: 28073277 |

Gross Amount Of Invoice: $15,309.00

Voucher Number: 9704111

Retention:

Net Payable Amount: $15,309.00

Type: 310 G/L Date: 7-25-02

| P.O. Line No | Project Number | Cost Type | Cost Code | Quantity | Unit Price | Amount | Tax Code | Tax State | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 837935 | 9420 | 33100102 | 43740.0 | 0.35 | $15,309.00 | | | Phosphoric Acid 75% |

$15,309.00

## IT CORPORATION

A/P Invoice Apron

# S A Manning, Inc

1236042

| Purchase Order Number | Type | Invoice Number | Inv Date | Due Date | Approval | Field Prices Verified | Accounting Use Only |
|---|---|---|---|---|---|---|---|
| 194028 | OP | 5586 | 06/17/02 | 08/16/02 | Field / A/P | | Batch Number |
| Amount Of Invoice | | | | | $15,778.00 | | Voucher Number |
| ...ention | | | | | | | |
| Payable Amount | | | | | $15,778.00 | | Type / G/L Date |

| PO Line No | Project Number | Cost Type | Cost Code | Quantity | Unit Price | Amount | Tax Code | Tax State | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 837935 | 9420 | 33100102 | 45080.0 | 0.35 | $15,778.00 | | | |

$15,778.00

IT CORPORATION

A/P Invoice Apron

# A Manning, Inc

1236042

| Purchase Order Number | Type | Invoice Number | Inv Date | Due Date | Approval | Field Prices Verified | Accounting Use Only |
|---|---|---|---|---|---|---|---|
| 189343 | OP | 5560 | 05/10/02 | 07/09/02 | Field VMD | | Batch Number 27658093 |
| Amount On Invoice | | | | | A/P $15,736.00 | | Voucher Number 953323 |
| Payable Amount | | | | | $15,736.00 | | Type 2 / GL Date 05/14/02 |

| | Project Number | Cost Type | Cost Code | Quantity | Unit Price | Amount | Tax Code | Tax State | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 823485 | 9420 | 33100102 | 44960.0 | 0.35 | $15,736.00 | | | |

$15,736.00

## IT CORPORATION

A/P Invoice Apron

# S A Manning, Inc

1236042

| Purchase Order Number | Type | Invoice Number | Inv Date | Due Date | Approval | Field Prices Verified | Accounting Use Only |
|---|---|---|---|---|---|---|---|
| 189343 | OP | 5552 | 04/16/02 | 06/15/02 | A/P | | Batch Number 2 7 5 4 6 3 , 2 |
| Amount Of Invoice | | | | | $15,555.40 | | Voucher Number 9 4 9 6 1 3 |
| Retention | | | | | | | Type 2 W |
| Payable Amount | | | | | $15,555.40 | | G L Date 4-24-02 |

| PO Line No | Project Number | Cost Type | Cost Code | Quantity | Unit Price | Amount | Tax Code | Tax State | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 823485 | 9420 | 33100102 | 44444.0 | 0.35 | $15,555.40 | | | |

$15,555.40