# *Phosphoric Acid 75%*
# *Technical grade*

| | |
|---|---|
| **Synonyms** | Orthophosphoric acid |
| **CAS. No.** | 7664-38-2 |
| **EINECS** | 231-633-2 |

## *Technical Data*

| | | |
|---|---|---|
| Appearance | | Colourless and transparent or slightly yellow liquid |
| Phosphoric Acid ($H_3PO_4$) | %(w/w) | 75.0-75.5 |
| Colour | Hazen units | max. 30 |
| Arsenic | mg/kg | max. 50 |
| Fe | mg/kg | max. 20 |
| Heavy Metals (as Pb) | mg/kg | max. 10 |
| Chloride (as $Cl^-$) | mg/kg | max. 5 |
| Sulphate (as $SO_4^{2-}$) | mg/kg | max. 50 |

## *Product properties*

| | |
|---|---|
| Chemical formula | $H_3PO_4$ |
| Molar mass | 98 g/mol |
| Freezing point | 21°C |
| Boiling Point | 157°C |

thermPhos

**Thermphos (China) Food Additive Co., Ltd**

# Phosphoric Acid 75%
# Technical grade

| | |
|---|---|
| **Synonyms** | Orthophosphoric acid |
| **CAS. No.** | 7664-38-2 |
| **EINECS** | 231-633-2 |

## Applications

P-acid TG is used as acidulation of Ceramics and Glass, Equipment Maintenance and Metal Finishing

## Packaging

35 kg, 330 kg, plastic drum

## Storage

Phosphoric acid is corrosive to ferrous metals. 316 stainless steel or plastic is recommended as the material of construction for Phosphoric acid.
A separate booklet is available: Storage and Bulk Transport of Phosphoric Acids.

Shelf life: 1 year from date of manufacture, assuming correct storage conditions and undamaged packaging.

This information is based on our present state of knowledge and is intended to provide general note on our products and their uses. It should not therefore be construed as guaranteeing specific properties of the products described or their suitability for a particular application. Any existing industrial property rights must be observed. The quality of our products is guaranteed under our General Conditions of Sale.

thermPhos

**Thermphos (China) Food Additive Co., Ltd**

Gujarat Alkalies and Chemicals Limited
Promoted by Government of Gujarat



## Phosphoric Acid (PHA) : $H_3PO_4$ - Technical Grade







**Phosphoric Acid is manufactured by Technology of IMI, Israel and Niro Kestner, France.**



### EXCLUSIVE FEATURES

- **Colourless and odourless liquid.**
- **Soluble in water and alcohol.**
- **Toxic by ingestion and inhalation.**
- **Very low arsenic content.**

### APPLICATIONS

- **Pre-Metal Treatment Chemicals**
- **Sugar Refining**
- **Anodising**
- **Stabilising Agent (Hydrogen Peroxide)**
- **Waste Water Treatment Chemicals**
- **Activated Carbon**
- **Soaps and Detergents**
- **Tea-leaf Processing**

### ADVANTAGES

- **GACL guarantees 86% purity and Chemically stable water white Phosphoric Acid of international quality. It is made from Mercury free HCl of our own plant.**
- **QCD is equipped with most modern instruments to analyze special tests also on request.**

### SPECIFICATIONS

| No | Characteristic | Specifications | | |
|---|---|---|---|---|
| 1 | $H_3PO_4$ Concentration | % | 86.00 | |
| 2 | $P_205$ | % | 62.30 | |
| 3 | Iron as Fe | ppm | 10.00 | max. |
| 4 | Sulphate as $SO_4$ | ppm | 250.00 | max. |
| 5 | Chloride as Cl | ppm | 10.00 | max. |
| 6 | Flouride as F | ppm | 60.00 | max. |
| 7 | Ca as Mg | ppm | 10.00 | max. |

### PACKING

- **30 Kg / 50 Kg HM-HDPE Carboys**
- **300 Kg HM-HDPE Barrels**
- **CS Rubber lined road tankers**

| | | | | |
|---|---|---|---|---|
| 8 | Heavy Metals as Pb(Lead) | ppm | 10.00 | max. |
| 9 | Arsenic as As | ppm | 1.00 | max. |
| 10 | Colour | | Water white | |

Caution: **Toxic by ingestion and inhalation.**

- PRODUCTION CAPACITY
- **80 Tonnes/day of 86% concentrated Phosphoric Acid at Dahej**

Phosphoric Acid

CHEM-ENERGY
Chem-Energy Corporation

ZAIDI Soft



CHEM-ENERGY

## Phosphoric Acids

**Commodity Name: Phosphoric Acid 85% min**

**Specification:**

1.Tech grade:

Apha--------- 30 Max
H3PO4-------- 85% Min
Cl---------- 0.0005% Max
SO4---------- 0.005% Max
Fe----------- 0.002% Max
As---------- 0.08% Max
Heavy Metals( As Pb)----- 0.001% Max.

2.Food grade:

Apha--------- 20 Max
H3PO4-------- 85% Min
Cl----------- 0.0005% Max
SO4---------- 0.008% Max
As----------- 0.0001% Max
Heavy Metals( As Pb)----- 0.001% Max
F------------ 0.001% Max
Easily Oxidable Matter( As H3PO4)--- 0.04% Max.

Packing: Packed In 35kg Or 330kg Net Plastic Drum .

Application: Technical Grade Phosphoric Acid Is Used In Phosphates, Electroplating, Chemical Polishing, Complex Fertilizer, Etc.Food Grade Phosphoric Acid Is Used In Foodstuff, Pharmaceutics And Sugar Industry. Also Used As Sour Odour Agent In Food Industry.


Copyright © 2002 Chem-Energy Corporation. All rights reserve

HOME FAQ TRADE LEADS CHEM CATALOG REGISTER

Thursday 26th of July 2007 08:45:4

OPTIONS Search : ? Catalog Lead Type - - select category - -

**Phosphoric Acid**

<< Previous Trade Lead Next

**Inorganic Chemicals (Sell Request for Product) >> *Phosphoric Acid***

This is a catalog listing. Active listings are placed in the **chemical supply & buy** section. To recei offers for this product you may **register** or **login** to add an active listing. To add your catalog plea **template file** and follow instructions or register.

**Chemical Product Details: Phosphoric Acid**

| | | | |
|---|---|---|---|
| Company Name | : **AbhayExports** | Date of Posting | : 03· |
| CAS NO. | : | Indicative Price | : 42( |
| Packaging | : in plastic drums of 35kg/340kg net each | Country of Origin | : Chi |
| Specification | : Phosphoric Acid 85% Technical Grade Purity(H3PO4): 85% min. As: Fe: 0.002% max. Cl: 0.0005% max. SO4: 0.005 max. Heavy Metal max Color: 30 max Phosphoric Acid (Food Grade) Purity(H3PO4): 8! 0.0001% max Cl: 0.0005% max SO4: 0.002% max F: 0.001% max Pb): 0.001% max H3PO3: 0.012% max Color: 20 max | | |
| Shipping Terms | : | Port of Departure/Arrival | : Nh. |
| Attachment File | : N.A. | Attachment File | : N./ |

Legal | About Us | Contact Us | Link To Us | Sitemap

2005 ABHAY EXPORTS

Site best viewed in 800x600 resolution.

About Us Product Contact



**Phosphoric Acid 85%**

***Specification***:
*Technical Grade*
Color: 30 max Purity(H3PO4): ε
Cl: 0.0005% max. SO4: 0.005% ma
Fe: 0.002% max. As: 0.005% max
Heavy Metal (as Pb): 0.001% max

*Food Grade*
Purity(H3PO4): 85% min. As: 0.00005% ma
F:0.001% max. H3PO3:0.012%
Heavy Metal (as Pb): 0.0005% max.

***Packing***:
1) blue / white plastic drum of 35kg net each
2) blue plastic drum of 330kg net each
3) Intermediate bulk container (IBC - 1.6MT ea

2005.Forei co.All Rghts Reserved

9H BH

**ICL Performance Products LP**

622 Emerson Road
St. Louis, Missouri 63141

For more information contact:
Angie Schewe, 314-983-7630, angela_k_schewe@astaris.com
Dan McGrath, 314-727-9500, dmcgrath@adamson-inc.com

*FOR IMMEDIATE RELEASE*

# ICL Performance Products Introduces PurEtch™ Semiconductor-Grade Phosphoric Acid

*Ultra high purity phosphoric acid is first offered by domestic source*

July 12, 2005 – ST. LOUIS – ICL Performance Products LP, a worldwide leader in the manufacturing of high purity phosphoric acids, has introduced the first ultra high purity semiconductor-grade phosphoric acid available from a North American manufacturer. Tradenamed PurEtch™, the product will be available from leading distributors beginning Sept. 1.

PurEtch exceeds the highest quality (Grade 3 phosphoric acid specification) standards as set by SEMI (Semiconductor Equipment & Materials International). By using high quality raw materials, patented technology, and statistically controlled, proprietary manufacturing, ICL Performance Products is the only domestic producer to meet increasingly stringent quality standards. This ensures minimal impurities and consistent material.

PurEtch is the first semiconductor-grade phosphoric acid on the market manufactured and sold strictly to control limits. The product specification was developed based upon a Cpk standard of 1.33.

(more)



PurEtch is available in bulk (serviced in Teflon-lined tank trucks), 55-gallon drums or 275-gallon tote packages. It's backed with ICL's technical support for fabricators, including bulk tank storage design and installation expertise, quarterly SQC data packages and safe handling training.

ICL Performance Products LP, a leading producer of phosphorus chemicals, manufactures and markets phosphorus-based products for food ingredients, industrial and institutional applications to customers around the world. ICL is a world leader in the production of elemental phosphorus based specialty acids ranging from ACS to Semiconductor Grade 3 phosphoric acid. ICL is an ISO 9002 certified company.

###

KEMIRA GrowHow
partnership • knowledge • solutions

# PHOSPHORIC ACID

## HEALTH & SAFETY DATA SHEET

### 1. IDENTIFICATION OF THE SUBSTANCE/PREPARATION AND COMPANY

| | |
|---|---|
| Product Name | Phosphoric Acid, Technical Grade |
| Chemical Formula | $H_3PO_4$ |
| Address: | Kemira GrowHow UK Ltd<br>Ince<br>Chester CH2 4LB |
| Telephone | 0151 357 2777 |
| Telefax | 0151 357 1755 |

***Emergency***

Telephone 0151 357 2777

### 2. COMPOSITION/INFORMATION ON INGREDIENTS

| | |
|---|---|
| Chemical Name | Ortho-Phosphoric Acid |
| CAS Number | 007664-38-2 |

Kemira Phosphoric Acid is a 72-76% aqueous solution. Technical grade acid has a significantly lower solids content than fertiliser grade acid. Refer to Sales Specification for full compositional analysis.

Hazardous components: Phosphoric Acid

Health & Safety Classification: C; R34

### 3. HAZARDS IDENTIFICATION

***Human Health***

Corrosive – causes burns.

*Skin contact*

Liquid acid will attack the skin causing severe irritation as a minimum effect and painful burns in more extreme cases.

*Eye Contact*

Causes severe damage to the eyes, i.e. redness, pain and blurred vision.

*Ingestion*

Causes serious burns and abdominal pain, sore throat and nausea..

*Inhalation*

Acid vapour is highly irritating to the respiratory tract, causing sore throat, shortness of breath and laboured breathing.

***Fire***

Phosphoric Acid is not flammable. Exposure to fire, however, will increase the generation of acid vapour and the possibility of toxic decomposition gases, such as oxides of phosphorous, fluorides and silicon fluorides.

***Environment***

Being a strong mineral acid, phosphoric acid will cause immediate scorching of vegetation: in water courses the resulting depression of pH may be fatal to aquatic life.

### 4. FIRST AID MEASURES

*Skin contact*

Remove all contaminated clothing, rinse affected areas thoroughly, preferably under a water shower. Seek immediate medical attention.

*Eye contact*

Immediately flood eyes with copious amounts of cold, clean tap water for at least 15 minutes. Hold eye open if necessary. Obtain immediate medical attention..

*Ingestion*

Rinse mouth with water and give plenty of water to drink. Do not induce vomiting, but seek urgent medical assistance.

*Inhalation*

Move patient into fresh air, rest and keep warm. For extended exposure, persons affected should be kept under medial observation for 24 to 48 hours.

### 5. FIRE FIGHTING MEASURES

Phosphoric Acid is non-flammable.
If involved in a fire, keep storage tanks and containers cool to prevent decomposition and evolution of toxic fumes. Water sprays are suitable. Avoid breathing fumes, wear breathing apparatus as necessary.

### 6. ACCIDENTAL RELEASE MEASURES

In the event of product spillage, avoid contact by wearing full protective clothing.

The spillage should be contained with an inert, impermeable barrier of earth or sand. This will give time to decide on the most appropriate method of dealing with the spillage.

Refer to specific sections for Personal Protection measures and Disposal Considerations.

Inform relevant authorities if contamination of water courses or drains is likely.

### 7. HANDLING & STORAGE

***Handling***

Exposure to Phosphoric Acid is minimised by handling within closed tanks and pipelines. Pipework systems constructed of austenitic stainless steel (grade 316L) are satisfactory, alternatively, rubber-lined carbon steel is appropriate.
Jointing materials are normally manufactured of rubber.

***Storage***

Bulk tanks and delivery points are best located away from hydroxide material stores, sources of heat and fire. Tanks should be bunded to facilitate protection from accidental impact and secondary containment in the event of tank failure or spillage. Stainless steel or rubber-lined carbon steel are appropriate tank construction materials (grades as in Handling Section). Tanks must be designed as closed vessels with due regard to internal pressure, vacuum rating and provision of adequate venting/breathing.

### 8. EXPOSURE CONTROL/ PERSONAL PROTECTION

Occupation Exposure Standard: for Acid Vapour OES (ref: HSE Guidance Note EH40):

1ppm (8hr. TWA)
3ppm (10min. TWA)

***Engineering Control Measures***

Handle Phosphoric Acid within closed systems wherever possible Provide adequate ventilation particularly at low level.

Where a risk of exposure exists, e.g. tanker/ unloading procedures, non-routine operations or in emergencies, the following personal protection measures are recommended:

***Hand Protection***

PVC or rubber gloves satisfactory for splashes

***Eye Protection***

Chemical splash goggles, or full fact protective visor if handling leaks or spillage.

***Skin Protection***

PVC suits or rubber aprons, industrial rubber boots dependant on degree of splash risk.

***Respiratory Protection***

Self-contained breathing apparatus recommended where a risk of exposure to phosphoric acid or decomposition fumes exists.

### 9. PHYSICAL AND CHEMICAL PROPERTIES

| | |
|---|---|
| Appearance | Dark coloured, viscous liquid |
| Odour | Pungent |
| pH | Highly Acidic |
| Boiling point | 132°C (atmospheric) |
| Freezing point | -5°C |
| Specific Gravity | 1.63 @ 15°C |
| Vapour density | 3.38 relative to air |
| Vapour pressure | 8 m bar @ 25°C |
| Viscosity | 24 mPa/s @ 20°C |
| Solubility | Miscible with water in all proportions |
| Flammability. | Not flammable |

### 10. STABILITY AND REACTIVITY

***Stability***

Phosphoric Acid, although chemically stable at ambient conditions, decomposes with heat (above 200°C) giving off toxic fumes of oxides of phosphorous.

***Reactivity***

Phosphoric Acid reacts violently with bases. It is highly corrosive, reacting with many metals evolving combustible hydrogen.

## 11. TOXICOLOGICAL INFORMATION

*Toxicity Data*

No data.

*Skin and Eyes*

Highly corrosive material, will cause skin burns and eye damage.

*Ingestion*

Causes severe burns and abdominal pain.

*LD 50*

(Oral rat) 1530 mg/kg

*Inhalation*

Acid vapour and decomposition fumes are both toxic. Acid vapour is highly irritating to the respiratory tract. Decomposition fumes containing oxides of phosphorous, fluorides and silicon fluorides can cause lung oedema. Serious cases may be fatal.

*Carcinogenicity - No evidence.*

*Mutagenicity/Teratogenicity - No evidence.*

## 12. ECOLOGICAL INFORMATION

***General***

Vegetation contacted with undiluted Phosphoric Acid will be destroyed by the corrosive action. In rivers, lakes, etc., Phosphoric Acid will cause a lowering of pH which may prove fatal to aquatic life. When dilute will act as a plant nutrient.

***Mobility***

Highly mobile due to high water solubility. Therefore rapidly diluted in water courses and leached from soils, although low pH in soils may require rectifying by lime additions.

***Persistence/Degradability***

Non persistent and degraded by bacterial action.

***Bio-accumulation***

Not considered to bio-accumulate.

## 13. DISPOSAL CONSIDERATIONS

***General***

Relevant authorities must be consulted before disposal of Phosphoric Acid to drains or water courses.

Possible disposal methods to be considered are:

1. Transfer bulk of spilled acid into suitable on-corrodible containers for treatment elsewhere. Dilute or neutralise residual acid as in following methods.
2. Neutralise the acid by adding soda ash (sodium carbonate) or limestone chippings slowly to the edges of the spillage. Reaction will initially be vigorous. When fully neutralised mix residue with earth or sand for collection and disposal elsewhere.
3. Dilute the acid by carefully adding large quantities of water prior to disposal via effluent system.

## 14. TRANSPORT INFORMATION

| | |
|---|---|
| UN number | 1805 |
| UN Class | 8 – corrosive substance |
| Shipping name | Phosphoric acid ,liquid |
| Packing Group | III – minor danger |
| E.AC. (U.K.) | 2R |
| TREMCARD No. | CEFIC TEC(R)-82 |
| ADR/RID (HI No.) | 80 |
| ADR classification code | C2 |
| IMDG code | Class 8, label 8, packaging group III |

## 15. REGULATORY INFORMATION

| | |
|---|---|
| CHIP Approved Supply List Index No: | 015-011-00-6 |
| Classification | C – corrosive substance |
| Label requirements | C – corrosive substance |
| Risk Phrases | R34 – causes burns |
| Safety Phrases | S(1/2) Keep locked up and out of reach of children<br>S26 : In case of contact with eyes, rinse immediately with plenty of water and seek medical advice.<br>S45:In case of accident or if you feel unwell seek medical advice immediately( show label where possible) |

## 16. OTHER INFORMATION

***User Responsibility***

This safety data sheet provides health and safety information. Individuals handling this product should be informed of the recommended safety precautions and should have access to this information.

The product information in this data sheet is to the best of this Company's knowledge, correct at the date of publication. The user must be satisfied that the product is entirely suited for the purpose for which it is being used.

The Company accepts no liability for any loss or damage (other than that arising from death or personal injury caused by negligence if proved) resulting from reliance on this information.

***Referemces***


- Carriage of Dangerous Goods - Classification, Packaging and Labelling Regulations 1996 (CDG-CPL2).
- Chemicals (Hazard Information and Packaging for Supply) Regulations 2002 (CHIP3)
- Carriage of Dangerous Goods by Road Regulations 1996
- Carriage of Dangerous Goods by Rail Regulations 1996
- Control of Major Accident Hazards (COMAH) Regulations 1999
- 96/82/EC (Control of Major Accident Hazards involving Dangerous Substances)
- Ullman, Encyclopaedia of Technical Chemistry.
- Croner Publications Ltd., Substances Hazardous to Health.
- Croner publications Ltd., Dangerous substances.
- HSE Guidance Note EH40, "Occupational Exposure Limits".
- EFMA-IFA "Recommendations for Safe Storage and Handling of Wet Process Phosphoric Acid" – 1990.


| | |
|---|---|
| Reference No. | PA/KI/03/D |
| Revision No. | 04 |
| Issue Date | January 2003 |