15 - 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SEVENSON ENVIRONMENTAL SERVICES, INC.,

Plaintiff,

- against -

THE IT GROUP, INC. and IT CORPORATION,

Defendants.

---

EXAMINATION BEFORE TRIAL of a Non-Party Witness, UNITED STATES ARMY CORPS OF ENGINEERS, taken by and through its representative, BRADLEY G. EATON, held at the Colonie FUSRAP site, 1130 Central Avenue, Albany, New York, on February 20, 2001, commencing at 1:01 p.m.; before Paula M. Marcucci, Certified Shorthand Reporter and Notary Public in and for the State of New York.

APPEARANCES:

WEBSTER SZANYI LLP
1400 Liberty Building
Buffalo, New York 14202
BY: KEVIN A. SZANYI, Esq.

of Counsel:

McDERMOTT, WILL & EMERY
600 13th Street, N.W.
Washington, D.C. 20005
Attorneys for the Plaintiff.

APPEARANCES:

LUEDEKA, NEELY & GRAHAM, P.C.
Suite 1871 Riverview Road
P.O. Box 1871
Knoxville, Tennessee 37901
BY: MARK S. GRAHAM, Esq. and
J. DAVID GONCE, Esq.

of Counsel:

HODGSON, RUSS, ANDREWS, WOODS & GOODYEAR, LLP
One M&T Plaza, Suite 2000
Buffalo, New York 14203

Attorneys for the Defendant IT Group, Inc.

RICHARD P. WHITE, ESQ.
U.S. Army Corps of Engineers
Baltimore District, Office of Counsel
P.O. Box 1715
Baltimore, Maryland 21203-1715
Attorney for U.S. Army Corps of Engineers
(Via telephone)

ALSO PRESENT: Anthony R. Sheeran

* * *

S T I P U L A T I O N S

It is hereby stipulated and agreed by and between the attorneys for the respective parties hereto that the witness will read the transcript of his testimony; and that the transcript of testimony may be signed before a Notary Public or other officer authorized to administer oaths.

BRADLEY G. EATON

having been first duly sworn by the Notary Public, was examined and testified as follows:

EXAMINATION

BY MR. GRAHAM:

Q Can you give me your name, sir?
A Bradley G. Eaton.
Q What is your address?
A Home or office?
Q Home.
A It's 6 Weston Drive, Clifton Park, New York 12065.
Q What's your business address?
A 1130 Central Avenue, Colonie, New York 12205.
Q Let me show you what we're going to mark as Exhibit 1 to your deposition.

(Exhibit Number 1 was marked for identification.)

A Okay.
Q Do you recognize that document?
A Yes, sir, I do.
Q Are you here today to give testimony in response to that document, which, for the purpose of the record, is a subpoena?
A This is the entire document -- I'm sorry, I was just

looking at the deposition. Yes, sir, that's the one.
Q Have you ever given a deposition?
A I have not given a deposition. I gave that -- the only thing I've ever given before was this declaration and I understand that those are two different items, so, no, I've never given a deposition before.
Q For the purpose of the record, the witness is indicating Exhibit A to the subpoena when he refers, I believe, the statement that you say you've given before?
A Roger.
Q Since you haven't given a deposition before, I'll go through just a little bit of the groundwork basically involved in this process. Basically, we are here to ask questions and you're here to try to give full, complete, truthful answers. It's very important that you understand my questions, so if there is anything in my question that is confusing or that you don't understand, please be sure and ask me to clarify or repeat the question if you don't understand it. Are you okay with that?
A Yes.
Q What is your educational background?

A Let's see, I have a bachelor of science degree in industrial engineering, and a master of science degree in engineering management. I've been to various Corps of Engineers courses related to construction and a few related to environmental issues like hazardous waste packaging and DOT requirements for hazardous waste packaging as well as courses on construction, courses on quality assurance inspection; various military courses, too. I'm sorry.

Q I believe you may have been to one of those this month?

A Roger.

Q And I apologize for this deposition. I hope it didn't interfere with your courses.

A No, the deposition didn't. A virus that affected my youngest son affected my course but not the deposition didn't.

Q Are you employed?

A Yes, I am.

Q Who is your employer?

A The U.S. Army Corps of Engineers.

Q How long have you been employed by the Corps?

A I've been employed as a civilian since 1996 so that

would be five years now.
Q And what are your duties as an employee with the Corps?
A In my current position?
Q Yes, sir.
A In my current position I'm a project engineer for the New York district, West Point area office. My role on this project site is to be the site representative for the government with the contractor; the remediation at the Colonie FUSRAP site.
Q How long have you been at the Colonie site?
A Two years.
Q When specifically did you start?
A In February of 1999.
Q Where were you prior to Colonie?
A I was with the Kansas City District Corps of Engineers located in Arnold, Missouri; worked on a military construction project, vertical construction of an office warehouse facility.
Q Now, when you say "the Colonie site," would you explain to the Court what you mean by that?
A The Colonie site is -- the Colonie FUSRAP site, FUSRAP is Formerly Utilized Site Remedial Action Program. This site is located just west of Albany,

New York. It's a site that was contaminated likely by the activities of a company called National Lead. The material on the site that we're remediating is depleted uranium and lead. We're under the auspices of the FUSRAP program. That's where our funding comes from. The Corps of Engineers has been the lead agency on this program for about four years now.
Q What do you mean by lead agency?
A Formerly the program was being -- the clean up of the sites, and there are many throughout the country as administered by the Department of Energy. Again, I think it was in '97 the Congress transferred that responsibility to the Army Corps of Engineers.
Q Is it your understanding that the Army Corps of Engineers is an agency or department of the federal government?
A As I understand it, it's an agency of the federal government, right, Department of Defense.
Q Is this what you would call a Super Fund site or part of a Super Fund --
A It's a separate program. We follow some of the same rules but it is a different program. We are not on the Super Fund list. We are not on the national NPL, National Priority List. Super Fund comes under a law