IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

SEVENSON ENVIRONMENTAL SERVICES, INC., )
)
Plaintiff, )
)
VS. ) No. 02-CV-0527A
)
SHAW ENVIRONMENTAL, INC., )
)
Defendant. )

APPEARANCES:

MR. KEVIN A. SZANYI,
MR. TODD M. SCHIFFMACHER,
Attorneys for the plaintiff

MR. GEOFFREY D. KRESSIN,
MR. MARK S. GRAHAM,
Attorneys for the defendant

ALSO PRESENT:

MR. JOHN P. FRANZ
DR. ERNEST F. STINE

DEPOSITION OF ANTHONY R. SHEERAN

AUGUST 11, 2004

HARPER & ASSOCIATES
COURT REPORTERS
P. O. BOX 1484
KNOXVILLE, TENNESSEE 37901
TELEPHONE (865) 546-8640

LASER BOND FORM B PENGAD • 1-800-631-6989 • www.pengad.com

INDEX


| EXHIBIT | | DESCRIPTION | PAGE |
|---|---|---|---|
| No. 1 | | Sheeran professional qualifications summary | 7 |
| No. 2 | * | Colonie site situation report for 2002 | 11 |
| No. 3 | * | Photographs of pug mill operation | 49 |
| No. 4 | * | Test data from Latham Water District | 51 |
| No. 5 | | 10/26/99 memo and attachments | 55 |
| No. 6 | | Phosphoric acid certificate of analysis | 63 |
| No. 7 | | Accounts payable invoice apron | 63 |
| No. 8 | * | Shaw invoice aprons for Manning invoices after 8/26/03 | 69 |
| No. 9 | * | All S. A. Manning invoices for Colonie | 69 |
| No. 10 | * | All certificates of analysis from Manning | 72 |
| No. 11 | | Prayphos P5 product specification data sheet | 75 |
| No. 12 | * | Tear sheets from Manning deliveries | 77 |
| No. 13 | * | Phosphoric acid material data safety sheets | 77 |
| No. 14 | * | Phosphoric acid purchase orders for Colonie | 79 |
| No. 15 | | Fax from S. A. Manning to Kevin Dufek | 123 |
| No. 16 | | Phosphoric acid procurement memorandum | 124 |
| No. 17 | | Fax to Larry Gindville | 126 |
| No. 18 | | Letter from Sevenson to Kevin Dufek | 135 |
| No. 19 | | Letter from Sheeran to Laurence Elia | 135 |


* Denotes late filed exhibits



LASER BOND FORM B PENGAD • 1-800-631-6989 • www.pengad.com

INDEX (CONTINUED)


| EXHIBIT | | DESCRIPTION | PAGE |
|---|---|---|---|
| No. 20 | | Fax to George Zaharehek (sic) from Sheeren | 135 |
| No. 21 | | Colonie site remediation appraoch | 138 |
| No. 22 | | Letter from Laurence Elia to Sheeran | 153 |
| No. 23 | | Fax from Sheeran to Rick Swann | 164 |
| No. 24 | | Fax from George Zaharchak to Sheeran | 164 |
| No. 25 | | Letter dated 5/14/99 | 171 |
| No. 26 | | 6/7/00 weekly project progress meeting notes | 181 |
| No. 27 | | Letter to Sheeran from Laurence Elia | 185 |
| No. 28 | * | Aug '99 to June '00 weekly meeting minutes | 188 |
| No. 29 | | Sevenson invoice dated 6/22/04 | 206 |
| No. 30 | | Letter to Kevin Szanyi dated 10/8/03 | 210 |
| No. 31 | | Declaration of Bradley Eaton | 210 |
| No. 32 | | Breakdown for Shaw Invoice Number 15 | 210 |
| No. 33 | * | Backup documentation for Exhibit 30 | 214 |
| No. 34 | * | Letters from IT or Shaw to Army re: patent | 220 |
| No. 35 | | Prayphos P5-75 material safety data sheet | 220 |


* Denotes late filed exhibits



LASER BOND FORM B PENGAD • 1-800-631-6989 • www.pengad.com

DEPOSITION

The deposition of ANTHONY R. SHEERAN, taken by notice, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, before Walter E. Harper, Jr., Shorthand Reporter and Notary Public in and for the State of Tennessee at Large, on the 11th day of August, 2004, at the law offices of Luedeka, Neely & Graham, 1871 Riverview Tower, Knoxville, Tennessee.

It is agreed that the reporter may swear the witness, that he may take the deposition in machine shorthand, and reduce his notes to typewritten form.

All objections except as to the form of the question are reserved until the time of hearing.

Formalities as to caption, certificate, and transmission are expressly waived.

ANTHONY R. SHEERAN,

having been first duly sworn, was examined and deposed as follows:

LASER BOND FORM B PENGAD • 1-800-631-6989 • www.pengad.com

MR. SZANYI: You'll need to mark down the start time and the stop time, because we have an agreement for two seven-hour days, as I understand. Is that right, Counsel?

MR. GRAHAM: Yeah, we do. We may have -- we'll see how it goes, but we may have to take into consideration when we started the deposition and the reasons why the deposition start time is delayed. We'll try to work with you as best we can within reason.

MR. SZANYI: I've got like 11:25.

(Deposition start time: 11:25 A.M.)

EXAMINATION

BY MR. SZANYI:

Q. Good morning again.

A. Good morning.

Q. We met briefly. My name is Kevin Szanyi, and I represent Sevenson Environmental Services in this case. I'm going to ask you some questions today. If you don't understand my questions, just tell me, and I'll be happy to repeat the question or rephrase the question as best I can. All right?

A. Yes.

Q. When you give me a response today, we'll need



LASER BOND FORM B PENGAD • 1-800-631-6989 • www.pengad.com

you to give us an audible interest response, a "yes" or a "no", instead of shaking your head or saying "uh-huh" so we can put it down on paper. Do you understand that?
A. Correct.
Q. If you need to take a break just tell me, and we'll accommodate you.
A. Thank you.
Q. Currently are you employed, sir?
A. Yes.
Q. Where do you work?
A. Shaw Environmental.
Q. What's your current title or position?
A. I'm the Shaw Environmental project manager for the Colonie FUSRAP site.
Q. How long have you worked for Shaw as opposed to IT?
A. Probably about two years and a few months. Since May of '02.
Q. As I understand it from documentation, before that were you employed by IT Corp or IT -- some IT entity?
A. I'm not sure I understand the question.
Q. Prior to working for Shaw, who was your employer?
A. IT Corporation.

LASER BOND FORM B PENGAD • 1-800-631-6989 • www.pengad.com

A. The total we treat is reported to the government every week --

Q. The total --

A. -- in a weekly progress report.

Q. There's a weekly also?

A. Correct.

Q. Is there any other document that tells me the total if I wanted to look at any six-month period or have you identified all the ways there are to do that?

A. There's quarterly summaries that roll that information up as well.

Q. So there's a daily log, a weekly status report, a monthly status report, a quarterly status report. Anything else?

A. That's all that I'm aware of. Daily, weekly, monthly, quarterly.

Q. Going back to the process that you've described for me, the acid that is added through this pump that you've described for me, that is in a liquid form; correct?

A. Correct.

Q. And presently from whom do you purchase the acid?

A. The firm who supplies our acid is called S. A. Manning, M-A-N-N-I-N-G, in Albany, New York.

LASER BOND FORM B PENGAD • 1-800-631-6989 • www.pengad.com

MR. SZANYI: Mark those for me.
(Exhibit Number 6 was marked.)
(Exhibit Number 7 was marked.)
Q. I'm going to start with Exhibit 7 and ask you if you recognize this document? Just for the record, the first page has got Exhibit 7 on it, and there's also another sticker from a previous occasion where it says Exhibit "B", and there is no date, just so we have that clear on the record.
MR. KRESSIN: You have, though, asked that Exhibit 6 also be numbered. You're just looking at Exhibit 7 first?
MR. SZANYI: That's true.
MR. KRESSIN: Okay. I'm just trying to keep my list straight here.
A. Yes, I'm familiar with the documents.
Q. Sticking with Exhibit Number 7, I believe there's fourteen pages there. I'm not positive. But just in general, what are those documents?
A. This is a Shaw Environmental accounts payable invoice apron presenting payment to -- or documenting an invoice from S. A. Manning for delivery of acid, phosphoric acid.
Q. And the first one I believe has got a date of 10/10/03 on it; is that right? Due date?



LASER BOND FORM B PENGAD • 1-800-631-6989 • www.pengad.com

A. That's the due date.

Q. Invoice date is 8/26/03?

A. Correct.

Q. And as we flip the pages they seem to be monthly going backwards in time - am I correct - ending with a document that has an invoice date of 4/16/02 and a due date of 6/15/02?

A. I concur with the last dates.

Q. Okay. You said this is an invoice apron. Is this a Shaw document? I know there's fourteen of them. Just look at the first one. Is it a Shaw document?

A. Yes.

Q. And where is that prepared?

A. At the Colonie FUSRAP site, our field office.

Q. It looks like it's actually prepared on a computer or word processor, because S. A. Manning is scripted right in there; right?

A. Correct.

Q. First of all, do you have anything to do with preparing this type of document?

A. Not preparation, no.

Q. Who does it? Just a secretary or somebody?

A. The project business analyst, Steve Huffmon, H-U-F-F-M-O-N, would typically prepare these for S. A. Manning and for every one of our vendors who's

LASER BOND FORM B PENGAD • 1-800-631-6989 • www.pengad.com

seeking payment.

Q. Steve Huffmon?

A. Correct.

Q. Is the project analyst?

A. Project business analyst.

Q. What's his job?

A. Takes care of accounts payable, petty cash.

Q. Full-time on-site?

A. Yes, sir.

Q. I'm not trying to put words in your mouth, but I'm trying to understand here. You folks get an invoice from Manning?

A. Correct.

Q. And then this document is generated as a result of the invoice?

A. Correct.

Q. Then where do you send this document? To your headquarters?

A. I believe they're sent to accounts payable in Monroeville.

Q. Monroeville what?

A. Pennsylvania.

Q. So is this a document requesting that Manning be paid?

A. Correct.

LASER BOND FORM B PENGAD • 1-800-631-6989 • www.pengad.com

Q. In other words, authorizing the approval?
A. Correct.
Q. When did either IT or Shaw start to utilize S. A. Manning as its supplier of phosphoric acid on this project?
MR. KRESSIN: Object to the questions about IT. This obviously involves Shaw, not IT.
MR. SZANYI: I want to know when Manning first started supplying this material whether you were at IT or at Shaw, so you can answer the question.
MR. KRESSIN: Objection.
A. I'd have to check the records to get the exact date, but S. A. Manning has been our only supplier of acid.
Q. So from the day you got there in April of 1999 through today, which is August 2004, it's always been S. A. Manning; true?
A. That's an incorrect characterization. We didn't start using acid in April of '99.
Q. When did you start using acid?
A. I'd have to check the exact records. Probably in --
MR. KRESSIN: If you don't know, don't



LASER BOND FORM B PENGAD • 1-800-631-6989 • www.pengad.com

speculate. He needs to know, not a guess.
A. I'd have to check the records when the exact first load came in.
Q. Sometime in the fall or winter of '99?
A. Correct.
Q. Then once you've started to receive shipments of phosphoric acid, my question is every time you've received a shipment has it been through S. A. Manning?
A. Yes.
Q. There's been no other supplier?
A. That's correct.
Q. The unit price on these documents appears to be $0.35; am I correct?
A. Correct.
Q. And can you tell me is that $0.35 per gallon? Per ton? Per what unit of measurement?
A. It's not specified on the form.
Q. I appreciate that. That's why I asked the question. Do you know?
A. It's pounds.
Q. Okay. Would there be a Shaw Environmental, Inc. invoice apron for every invoice that was received from S. A. Manning since Shaw has been working at Colonie?
A. Yes.

LASER BOND FORM B PENGAD • 1-800-631-6989 • www.pengad.com

MR. SZANYI: And I will ask for a late filed exhibit for all of the invoice aprons other than those that have been marked as Exhibit 7. I believe that would be from August of last year through today, and I'm not sure if there would be any that would be prior to April of '02 or not. That was IT; correct? So we would have all of Shaw's through August of last year, and I guess we're just looking for the last twelve months.

MR. KRESSIN: You're saying that you want all invoice aprons?

MR. SZANYI: Correct.

MR. KRESSIN: For Manning?

MR. SZANYI: From Shaw Environmental, Inc. - that's Shaw's invoice apron - with relation to S. A. Manning, Inc. And it appears that I have them through an invoice of 8/26/03. So any invoices after 8/26/03 that would have generated invoice aprons up through today's date, I would like.

MR. KRESSIN: Okay. Again, I suspect those have already been provided to you. Whether you copied them or not, I don't know.

LASER BOND FORM B PENGAD • 1-800-631-6989 • www.pengad.com

MR. SZANYI: I've been told they were not, so we'll have to sort that out later.

MR. KRESSIN: Okay.

(Exhibit Number 8 to be furnished.)

Q. There would also be an invoice from Manning as well as your invoice apron; correct?

A. Correct.

Q. And where are those maintained?

A. The original invoice would go with the apron to accounts payable in Pittsburgh. Or Monroeville, Pennsylvania.

MR. SZANYI: I would request the actual invoices from S. A. Manning for the entire time that Shaw has been at Colonie as a late filed exhibit as well. What I would call the missing invoice aprons would be Exhibit Number 8, and the S. A. Manning invoices would be Exhibit 9.

(Exhibit Number 9 to be furnished.)

MR. KRESSIN: To the extent they exist if they haven't been already produced.

Q. Now I'd like you to look at Exhibit Number 6 for today's deposition and ask if you recognize that document?

A. Yes, I recognize it as a certificate of



LASER BOND FORM B PENGAD • 1-800-631-6989 • www.pengad.com

analysis for phosphoric acid.

Q. This particular certificate of analysis - and I apologize that it's a faxed copy, but this is how it was presented to me from your attorneys, and therefore it's the best copy I have - it appears to be dated August 25th, 2003 at the top right corner. I know it's hard to read, but does that appear to be about right?

A. Correct. I interpret it as August 25th.

Q. Then it has also something that says "your PO number" on it; correct?

A. Correct.

Q. And if I ask you to compare this to Exhibit Number 7, looking for August 25th of '03 -- let me do it this way. I'm sorry. I'm going to show you Exhibit Number 6 again, and the column I mentioned was "your PO number". Do you see that?

A. Correct.

Q. Then if I look at Exhibit Number 7, these also have PO numbers on them; is that correct? It says "number"?

A. Correct.

Q. If we're on Exhibit 7 and we're on the second page of Exhibit 7, I see a PO number of 194028; is that right?

A. That's correct.

LASER BOND FORM B PENGAD • 1-800-631-6989 • www.pengad.com

Q. And does that coincide with Exhibit 6; that is, 194028?

A. Correct.

Q. So would I be correct that the second page of Exhibit 7 corresponds to Exhibit 6?

A. I would agree with that.

Q. Is it the case that whenever you receive a shipment of phosphoric acid from S. A. Manning that the shipment is accompanied by a certificate of analysis?

A. I'd have to check the records to see if each and every one does.

Q. But we know that this one was?

A. Correct.

Q. Exhibit 6?

A. Correct?

Q. And you've seen others, I take it?

A. Correct.

Q. So do you have some reason to believe that you do not get a certificate of analysis with each and every shipment?

MR. KRESSIN: Object to the form of the question.

A. Beyond not looking at each one of them, no.

MR. SZANYI: All right. I will make a request for and ask that we mark as a late



LASER BOND FORM B PENGAD • 1-800-631-6989 • www.pengad.com

filed exhibit each and every certificate of analysis that has ever been received by Shaw from S. A. Manning at any time. We'll mark that Exhibit Number 10.

(Exhibit Number 10 to be furnished.)

MR. KRESSIN: I think they've already been produced.

MR. SZANYI: I'm told that they have not, so we'll sort that out later. The one that was produced that I have here was given to us attached to a settlement letter.

Q. These certificates of analysis, they come to you from Manning; is that correct?

A. They come to Shaw Environmental from S. A. Manning.

Q. The phosphoric acid itself that you receive, tell me what does it come in, what type of a container?

A. A really big truck.

Q. Is it a tanker truck?

A. It's a tanker truck.

Q. Is the material then transferred from the tanker truck to a holding tank on-site?

A. Correct.

Q. Pumped out of the tanker truck?

A. Correct.

LASER BOND FORM B PENGAD • 1-800-631-6989 • www.pengad.com