# YOST EXHIBIT A

# KARL W. YOST

Job Title: Environmental Services Manager
Associated With Wilder Since: January 1997
Environmental Industry Experience: 28 years

| HIGHLIGHTS |
|---|
| • B.A. 1977, Honors in Biology Albion College<br>• Graduate Studies, 1977, Stream Ecology, Central Michigan University<br>• 40-Hour OSHA with 8-Hour Refresher<br>• Co-inventor - Various Patents for:<br>o Treatment of heavy metals/ radionuclides in US and abroad;<br>o Impermeable asphalt for environmental caps/containment<br>• USEPA Qualified Emergency Response Manager, NPDES Inspector |

## EXPERIENCE AND QUALIFICATIONS

Mr. Yost is the Environmental Services Manager for Wilder. Karl has over 28 years of experience in the environmental site remediation, and construction industry. He has sponsored, managed, directed and supervised hundreds of construction projects related to: waste cleanup and treatment; landfill cell and impoundment construction and closure; shoreline and stream restoration; brownfield site reclamation; mine waste remediation, sediment removal and processing; emergency response and waste transportation and offsite disposal. He has supervised and directed staffs of professionals responsible for projects from the field investigation through design, and remediation and construction. As Environmental Services Manager, he has complete authority and responsibility for all Wilder's resources necessary to complete awarded environmental contracts.

Over the years, he has specialized in the execution of on-site treatment of material and hazardous waste using both established and emerging technologies. Mr. Yost is a co-inventor and was awarded U.S. and foreign patents for the MAECTITE® chemical treatment of lead, other heavy metals, and radionuclides in soil, solid waste and other materials, and for impermeable asphalt for waste caps and containment. He has technically directed and managed projects where hundreds of thousands of tons of solids, soils, sediments, and millions of gallons of aqueous waste were successfully treated. He has sponsored, supervised, managed or technically supported numerous projects across the United States involving dredging and dewatering of contaminated sediments.

Karl directed and advanced the use of mobile analytical laboratories to the on-site waste characterization and treatment field in the early 1980's. Mr. Yost has considerable experience in converging environmental regulations and chemistry and with waste material processing technologies such as: centrifuges, filter presses, clarifiers, pugmills, oil/water separators & clarifiers; and thermal desportion. He has delivered cost-saving technologies to full scale remediation projects that include: phase separation, coagulation, co-precipitation; filtration, adsorption; reverse osmosis; mechanical dewatering; centrifugation; UV peroxidation; insitu/exsitu stabilization & hot air/steam stripping; biodegradation; soil venting; groundwater recovery/intercept; chemical fixation; stabilization; and solidification.

**Environmental Project Experience Examples:**

- Corporate Sponsor: Sediment Dredging, Treatment, Disposal, Upland and Stream Restoration projects. BNSF-Skykomish; USCOE-Port of Seattle East Duwamish Ship Channel; Eagle Harbor WOU NPL Site; US Steel Shearwater; Weyerhaeuser Hylebos Waterway; Head of the Thea Foss Waterway, and Wilder's Port of Seattle Terminal 25 sediment transloading facility.
- Corporate Sponsor: Landfill construction, capping, closure projects, e.g., Kitsap County Bainbridge Island, Olympic View, Roseberg, Short Mountain Lane County; Weyerhaeuser Landfills
- Corporate Sponsor/Technical Director: Treatment of lead in soil and sediments utilizing the patented MAECTITE® chemical treatment technology and other processes at projects including firing ranges (US Navy Subbase Bangor, WA -Camp Wesley Harris; Fred House – Utah; Suncadia – WA), an auto shredder residue site (Zelman-Renton, WA), NPL Sites in Alaska (Standard Steel and Borough of Anchorage), and for sediments (Shearwater –South San Francisco, CA). All lead and other heavy metals rendered non-hazardous pursuant to RCRA and applicable state regulations.
- Corporate Sponsor: Residential and commercial property remediation projects for metals, organics, and/or other constituents. U.S. Army Corps of Engineers, CDA Basin; USEPA/CDM, Basin, MT; Seattle SPU, Dallas Ave. PCB remediation; various other private and public sector Owners in USEPA Region II, V and X for wire chop, cyanide film chips, battery casings, smelter slag, lead-based paint sand blast grit, mercury, etc.
- Project Sponsor, Eagle Harbor Superfund Site Remediation. This time critical project involved an intercept trench installation, tidal barrier wall, exsitu stabilization, sediment dredging, underwater capping, intertidal and shoreline restoration/armoring, on-site material containment, building and pier demolition, and underground tank removal. Contaminants include mercury, lead and other heavy metals resulting from ship building activities.
- Marathon Battery NPL Site: Provided technical support and direction to the excavation/dredging, dewatering and treatment of over 150,000 CY of cadmium and lead contaminated soils and sediments from tidally influenced Constitution Marsh along the Hudson River.
- Technical Director or Project Manager on over 50 sites for chemical treatment / stabilization of lead and other heavy metals.
- Technical Director, HAZWRAP/Lockheed-Martin, Inc. for Robins Air Force Base Sludge Lagoon, Robins AFB, GA. A one-year bench, engineering, and on-site pilot scale treatability project for lagoon closure (MAECORP) culminated in a two-year full-scale application of in situ Hot Air/Steam Stripping to remove volatile organic compounds from lagoon sludge followed by ex situ stabilization of heavy metals (Sevenson) using 150-ton crane mounted drill platform and 7' diameter cutter head on 1.5'x1.5'x35' Kelly bar drill stem with chemical oxidation for recovered off-gas. Processed material (30K CY) placed in constructed cell on top of former landfill and covered with protective cap. Wetland and stream mitigation. Sheet-piling for groundwater control, 200gpm wastewater treatment system, on-site laboratory for metals, VOC's and geotechnical parameters.
- Project Manager/Site Supervisor, Conservation Chemical Superfund Site, Gary, IN. Directed the sampling, characterization, and removal of 2,000 unknown drums; lagoon solidification and excavation; removal, decontamination, disposal, of 25 tanks containing cyanide brine and crystals, acids and caustics; structure piping; and tank demolition.
- Corporate Sponsor and Technical Project Manager, Cam-OR Superfund Site, Westville, IN. Directed emergency response action where liquids contaminated with metals, organics, and PCB's were treated to discharge permit specification with mobile treatment system. Temporary TSCA cell constructed to contain 120,000 CY of sediments and sludges. Material excavation and placement. Liner cap installation. Facility Demolition.
- Manager, Tri-State Plating NPL Site, Columbus, IN. Emergency response action for removal of soil contaminated with plating wastes, disposed unknown drums, decontaminated facility structures for cyanides and heavy metals. Demolition.

- Corporate Project Manager, Dutch Boy Paints Site, Chicago, IL. Decontamination of 300,000 SF abandoned and deteriorating 3-story facility for friable asbestos and uncontained white lead oxide. Facility shoring for safe work, followed by demolition.
- Technical Manager, Auto Ion NPL Site, Kalamazoo, MI. Treatment of plating wastes and decontamination fluids containing cyanide and hexavalent chromium in a former coal fired power plant converted to a waste processing facility. Included building shoring, sewer cleaning, facility decontamination and demolition.
- Project Manager, Installation of a 50-foot deep by 500-foot long intercept trench to recover trichloroethane in a peat bog with flowing sands. Groundwater was recovered, treated and discharged to POTW.
- Technical Project Manager, Commercial Oil Superfund Site, Oregon, OH. Free-board maintenance of 12-million gallon lagoon system. Mobilized 250gpm water treatment system to remove heavy metals, floating oils, dissolved priority pollutant organics (including PCB's), suspended solids and nutrients to comply with former NPDES permit and state of Ohio water quality objectives for warm water habitats. On-site lab for process control. Entire lagoon contents treated on three (3) separate occasions for USEPA and PRP clients using 24-hour site operations. Lagoon berm repair and enhancement.
- Corporate Sponsor/Project Manager, General Motors Electra-Motive Division, Chicago, IL. Removed leaking 500,000 gallon UST's used for storage of waste oil and spent solvents. Designed, installed and operated comprehensive groundwater intercept and treatment system to complete site closure.
- Corporate Project Manager, Greiners Lagoon Superfund Site, Fremont, OH. Treatment of 200,000 gallons of impounded liquids for organics and PCB's. Berm repair, sludge stabilized and site prepared for in situ vitrification (ISV) with Battelle NW Laboratory. Developed stabilization approach that lead USEPA to examine use of lime for PCB destruction.
- Corporate Sponsor/Project Manager, Refinery Products, Schiller Park, IL. Cleanup of abandoned oil reclamation and hazardous waste disposal facility. Emptied, cleaned, scrapped and disposed tank contents totaling 500,000 gallons. Sampled, characterized and disposed of 1,200 unknown drums; On-site treatment of impounded liquids for metals organics, and PCB's. Decontaminated and demolished site structures and buildings.
- Corporate Project Manager, PCB Cleanup and Decontamination, Commonwealth Edison (Chicago land area). Managed crews, equipment, material resources to remediate soils contaminated from damaged/exploded transformers on residential, public, and other privately owned property. Work included yard cleanup, concrete/asphalt decontamination/replacement, utility corridor work, traffic control, interface with city, county, and state and federal utility and environmental enforcement agencies.
- Corporate Project Manager, Mercury Decontamination and Treatment, NY. Decontamination of 88 subsurface water main control vaults within all Boroughs in the City of New York. Removed 3,000 pounds of elemental mercury for reclamation. All rinsates and decontamination fluids treated using reverse osmosis to minimize off-site disposal volumes.
- Technical Manager, Berlin and Ferro NPL Site, Swartz Creek, MI. Excavation, sampling, characterization and bulking of 45,000 unknown buried drums that included cyanides and acids; treatment of lagoon contents; landfill excavation; and site stabilization.
- Project Manager, Ecological study, Western Michigan Regional Shoreline Development Commission, Muskegon County, MI. Comprehensive sampling of fish, benthos, sediments, and water quality of all navigable waters (lakes, ponds, rivers and streams, substantial wetlands) within Muskegon County watershed system. Inorganic and organic priority pollutants scanned.

**1993-1997 - Director of Treatment Services, Sevenson Environmental Services, Inc**. Corporate responsibility for technical aspects of material treatment and special handling systems for the company upon Sevenson acquisition of MAECORP Incorporated. As co-inventor, also directed the MAECTITE® technology program implementation for heavy metals and radionuclides and other waste treatment technologies from marketing/sales support to treatability studies, to cost estimation and technical proposals to management execution of awarded contracts through closeout.

**1985-1993 - Vice President of Technical Services, MAECORP Incorporated**. Established company's technical capabilities for on-site waste treatment and implementation for USEPA SW-846 analytical methods in mobile laboratories. Corporate sponsor for award, execution, and profit/loss of remedial design and construction activities that included company-wide on-site treatment projects with special emphasis on projects with complex material handling. Technical director and manager for various USEPA Region V ERCS contract delivery orders. Co-invented the MAECTITE® chemical treatment process for leachable lead and other heavy metals in soils and solid waste.

**1984-1985 - Manager of Technical Services, O H Materials.** Designed and supervised technical aspects of on-site project specific waste treatment systems. Project estimation and proposal preparation. Developed and managed mobile laboratory program to support on-site treatment and large scale sampling programs. Site management and supervision of emergency spill response. Treatment and lab pack projects as supervising project chemist.

**1979 - 1984 Environmental Research Group, Inc.; Swanson Environmental Services, Inc.; and North Michigan Environmental.** Directed and implemented large-scale complex sampling and analytical programs. Certified USEPA NPDES Compliance Auditor. Inspected and audited over 75 WWTP's and POTW's in USEPA Regions IV, VI, and VII.

1977–1979 Teacher (tenured), Manton Consolidated Schools, Manton, MI. Middle School: Mathematics; High School: Practical, Earth, and Life Sciences

1977 Teacher, State of Michigan Department of Corrections, Chelsea, MI. Cassidy Lake Technical School Minimum Risk Security Prison (summer)

**1976 – 1979 Seaway Mechanical Contractors, Inc., Trenton, MI**. Field clerk for Marathon Oil refinery turn-around, Detroit Edison Wyandotte Power House electrostatic precipitator installation, McLouth Steel Blast Furnace No. 1 reline. (summers)

## Publications:

Authored and co-authored numerous technical papers for publication in technical journals and environmental industry publications, and for presentation at symposiums, seminars and conferences as well as various patent applications.

# YOST EXHIBIT B

## LIST OF TECHNICAL PAPERS AUTHORED OR CO-AUTHORED BY KARL YOST


Yost, K.W., Chisick, S.A., and Mueller, J.J. *Reduction of Radionuclide and Other Radioactive Substance Leachability form Ohio and New Jersey SoilsUsing an Innovative Chemical Treatment Technology*, 51st Annual Purdue Industrial Waste Conference, May 6, 1996.

*Technical Information Bulletin: MAECTITE® Treatment Process Chemical Fixation of Lead and other Heavy Metals*. Sevenson Environmental Services, Inc. June 1995

Yost, K.W., Elia Jr., A. and Chisick P.G., S. A. *MAECTITE® Chemical Treatment Technology: Select Case Histories for Lead and Cadmium.* SUPERFUND XV Conference and Proceedings, November 29 – December 1, 1994, Washington, DC

Yost, K.W., Pal Ph'D, D., Chisick, P.G., S.A, Jesernig P.E., W.V. *Lead and Other Heavy Metal Fixation in Soils and Solid Waste by the MAECTITE® Chemical Treatment Process*, 49th Annual Purdue Industrial Waste Conference, May 10, 1994.

Chisick PG, S., Pal Ph'D, D., and Yost, K.W. *Stability and Longevity of the MAECTITE® Treatment Process*. Sevenson Environmental Services, Inc. August 25, 1993

Yost, K.W. *MAECTITE® Treatment Process. National Technology Seminar*. March 1-4, 1993, Albuquerque, NM.

Yost, K. W., Pal Ph'D, D., and Chisick, PG, S.A. *Lead-Bearing Soil and Solid Waste Rendered Non-Hazardous as Defined by USEPA RCRA. Compendium Histories - MAECTITE® Treatment Process.* International Symposium on Environmental Contamination in Central Europe. Budapest, Hungary. October 12-16, 1992

Yost, Karl W. *Lead Fixation in Soil and Other Wastes with the MAECTITE™ Treatment Process*. Defense Industry & The Environmental Agenda Symposium 1991. National Security Industrial Association Environmental Committee. October 1991


I have also authored or contributed to numerous other technical memoranda, and waste and contaminated material treatability studies, including scores of project reports specific to the treatment of lead and other heavy metals using the MAECTITE® technology while employed by MAECORP, Sevenson, and Wilder. Prior to employment with Wilder, I also authored and co-authored other papers for publication and/or presentation while employed by MAECORP and Sevenson related to onsite treatment of waste on remediation projects. While at Wilder, I have not authored any papers for open publication other than project related treatability studies, reports for project stakeholders, and other literature for the company.

# YOST EXHIBIT C

## LIST OF PATENTS ISSUED TO KARL YOST

5,193,936 - issued March 16, 1993
(Reexamination Certificate B1 5,193,936 - issued March 19, 1996)
5,397,478 - issued March 14, 1996
5,527,982 – issued June 18, 1996
5,569,155 – issued October 29, 1996
5,732,367 – issued March 24, 1998
5,916,123 – issued June 29, 1999
5,994,608 – issued November 30, 1999
6,139,485 – issued October 31, 2000
6,258,018 – issued June 10, 2001
6,291,736 – issued September 18, 2001
6,309,337 – issued July 6, 2001
6,635,796 – issued October 21, 2003

I am also a co-inventor for a highly advanced asphalt pavement technology that provides for the long-term containment and/or capping of contaminated waste or material with a modified bituminous hot-mix asphalt having an hydraulic conductivity of $<1.0 \times 10^{-7}$ cm/sec. This issued as U.S. Patent No. 7,077,602. The technology provides an alternative method to cap contaminated sites that allows for beneficial site reuse.

# YOST EXHIBIT D

## LIST OF PRIOR ART PATENTS AND MATERIALS REVIEWED

### 3.1 Other Patents and Patent Related Documents

3.1.1 3,201,268, Hemwall, August 17, 1965

3.1.2 4,737,356, O'Hara et al., April 12, 1988

3.1.3 4,889,640, Stanforth, Dec. 26, 1989

3.1.4 4,950,409, Stanforth, Aug. 21, 1990

3.1.5 5,037,479, Stanforth, Aug. 6, 1991

3.1.6 Response to Office Action dated August 11, 1994 and Patent Application Amendment, 08/031,461 of March 15, 1993 (Docket: SES-1)

3.1.7 5,202,033, Stanforth et al., Apr. 13, 1993

3.1.8 5,245,114, Forrester, Sep. 14, 1993

3.1.9 Declaration Under Rule 132 of Karl Yost In Reexamination of Pal et. al. Patent 5,193,936 filed January 13, 1994 and dated September 8, 1994 (Docket: SES-3)

3.1.10 Patent Application Amendment, 08/031,461 filed March 15, 1993 and dated November 7, 1994 (Docket: SES-1).

3.1.11 5,430,233, Forrester, July 4, 1995

3.1.12 Declaration of Prior Invention in the United States under 37 CFR 1.131 to Overcome Cited Publication, re: Patent Application 08/953,568 filed October 17, 1997. Dated Feb 18, 1999 (Docket: SES-6)

3.1.13 Patent Application Amendment, 09/340,903 filed June 28, 1999, and as dated March 21, 2000 (Docket: SES-12)

3.1.14 Papers and patent Reexam documents submitted during Reexam request of 5,193,936 (listed in letter of October 4, 2004 from Michael Bradford, Luedka, Neely & Graham, LLC to Karl W. Yost in connection with deposition of October 7, 2004).

3.1.15 U.S. Patents listed on the patents of Sevenson as prior art reviewed by patent examiner.

**3.2 Technical Papers, Reports, Letters, Memoranda, and other Information**

3.2.1 Giordano, Paul M., et. al. *Mobility in Soil and Plant Availability of Metals Derived from Incinerator Ash.* Environmental Science and Technology, Vol. 17, No. 4, 1983

3.2.2 Chowdry, Ajit K., et. al., *Remediation of GMC-Central Foundry Division, Defiance Foundry Hazardous Waste Settling Basin.* 45th Industrial Waste Conference, Purdue University, May 8-10, 1990

3.2.3 Chiesa, Robert, et. al., *Detailed Engineering Design and Full-Scale Testing for Treatment of an EP-Toxic Sludge.* 45th Industrial Waste Conference, Purdue University, May 8-10, 1990

3.2.4 Stanforth, Robert, R., et. al. *Evaluation of Treatment Alternatives for an EP-Toxic Grey Iron Foundry Sludge.* ACS Symposium on Emerging Technologies for Hazardous Waste Treatment. Atlantic City, NJ. June 6, 1990

3.2.5 Daily Quality Control Reports: 10/26/99; 10/27/99; 11/18/99; 2/8/00; 2/9/00; 2/15/00; 6/9/00. Colonie FUSRAP Site, USACE Contract No. DACA31-95-D-0083, Task Order No. 24

3.2.6 Turpin, P.D., et. al., *Treatment of EP-Toxic Foundry Waste: Regulatory and Technical Review,* AFS Transactions, 90-67, pp 459-462 (Bates SH044858-SH044862)

3.2.7 Letter of November 15, 2001 from Dr. Ernest Stine of IT to Mr. Mike Channel of USACE Waterways Experiment Station (Bates SH044574-SH44580)

3.2.8 *Preliminary Draft Wheelabrator WES-PHIX® Investigation: Westchester, North Broward, Bridgeport Plants Letter Report*, Sent from Dr. Ernest Stine to Messrs. Jay Berry, and Mr. William Hooper of Wheelabrator, and Dr. Marion Surji (*sic.*) of Analytical & Environmental Services, Inc. (Bates SH044512-SH044526)

3.2.9 Krueger, Richard, et.al., *Full-Scale Remediation of a Grey Iron Foundry Hazardous Waste Surface Impoundment,* unpublished, Copyright© RMT, June 1990 (Bates SH043309-SH043323)

3.2.10 Turpin, Paul D., et. al., *Process Assessment for Treatment of an EP-Toxic Sludge,* ASCE National Environmental Conference, Washington, D.C., 1990 (July 8-11)

3.2.11 Letters of Communication dated: October 31, 1996, November 18, 1996, December 16, 1996, and December 23, 1996 between Sevenson Environmental Services, Inc. and Wheelabrator Environmental Systems, Inc. (Bates SH045566-SH045584)

3.2.12 Connor, Jesse R. Chemical Fixation and Solidification of Hazardous Wastes, Van Nostrand Reinhold, NY 1990, pp 301, 303 (Bates SH045194-SH045198)

3.2.13 Documents listed in letter of October 4, 2004 from Michael Bradford, Luedka, Neely & Graham, LLC to Karl W. Yost in connection with the deposition of October 7, 2004 in Seattle, WA.

3.2.14 Garber Scrape Site – Wisconsin Rapids Screening Treatment Testing Write-Up. (Bates RMT-07759 – RMT – 07762)

3.2.15 Bench-Scale Treatability Testing of Cupola Emission Control Sludge for Benton Foundry, Inc., Benton, PA. RMT, Inc. December 1990

3.2.16 USEPA SW-846 Methods 1310 and 1311

3.2.17 Metcalfe, Williams, & Castka. "*Modern Chemistry.*" The Holt Chemistry Program, Holt, Rinehart & Winston, New York. 1966

3.2.18 Nriagu, J. O. (1984). *Formation and stability of heavy metal phosphates in soils and sediments*. In: Phosphate Minerals, pp. 318-329.

3.2.19 Nriagu, J. O. (1974). *Lead orthophosphates. IV: Formation and stability in the environment.* Geochim. Cosmochim. Acta, 38: 887-898.

3.2.20 Nriagu, J.O. (1973). *Lead orthophosphates. II: Stability of chloropyromorphite at 25 degrees-C*. Geochim. Cosmochim. Acta, 37: 367-377

3.2.21 Nriagu, J.O. (1972). *Lead orthophosphates: Solubility and hydrolysis of secondary lead orthophosphate*. Inorg. Chem., 11:2499-2503.

# YOST EXHIBIT E

## MATERIAL AND INFORMATION REVIEWED

In addition to the specific documents and information identified in my declaration, I have reviewed the following materials relating to the Colonie, NY site and the issue of infringement of Sevenson's patents:

3.1 **Legal Case Documents**

3.1.1 Summons and Complaint of Sevenson

3.1.2 Answer with Counterclaim of the Shaw Group

3.1.3 Sevenson's Answer to Counterclaim

3.1.4 Interrogatory Responses of Shaw Group

3.1.5 Proposed Interrogatory Responses of Sevenson

3.1.6 Sevenson's Initial Disclosures

3.1.7 Shaw Group's Initial Disclosures

3.1.8 Sevenson's Settlement Statement

3.1.9 Shaw Group's Settlement Statement

3.1.10 Colonie, New York Site Treatability Study and Final Report of Kiber Environmental Services

3.1.11 Letter of Mark Graham dated October 1, 2003 regarding damages and infringement analyses

3.1.12 Letter of Kevin Szanyi dated October 9, 2003 regarding damages and infringement analyses

3.1.13 Engineering Evaluation and Cost Analysis (EECA) for Non-Radioactive containing soil – Colonie, New York FUSRAP Site

3.1.14 Transcript of Deposition of Bradley Eaton, U.S. Army Corps of Engineers, taken on February 20, 2001

3.1.15 Transcript of deposition of Robert Semenek, taken on April 1, 2004

3.1.16 Information obtained from Prayon, Inc. website including:

3.1.16.1 Information sheet regarding Prayon management team

3.1.16.2 MSDS for Prayphos P5

3.1.16.3 Product specification data sheet for Prayphos P5

3.1.16.4 Prayon certifications

3.1.17 Plaintiff's Answers and Objections to Defendant's First Set of Interrogatories. Dated; June 28, 2004

3.1.18 Plaintiff's Responses and Objections to Defendant's First Requests for Production of Documents. Dated: June 29, 2004

**3.2 Patents**

5,527,982 - issued June 18, 1996
5,732,367 – issued March 24, 1998
5,916,123 – issued June 29, 1999
5,994,608 – issued November 30, 1999
6,139,485 – issued October 31, 2000

**3.3 Technical Papers, Memoranda, and other Information**

3.3.1 Yost, K.W., Chisick, S.A., and Mueller, J.J. *Reduction of Radionuclide and Other Radioactive Substance Leachability form Ohio and New Jersey SoilsUsing an Innovative Chemical Treatment Technology*, 51st Annual Purdue Industrial Waste Conference, May 6, 1996.

3.3.2 *Technical Information Bulletin: MAECTITE® Treatment Process Chemical Fixation of Lead and other Heavy Metals*. Sevenson Environmental Services, Inc. June 1995

3.3.3 Yost, K.W., Elia Jr., A. and Chisick P.G., S. A. *MAECTITE® Chemical Treatment Technology: Select Case Histories for Lead and Cadmium.* SUPERFUND XV Conference and Proceedings, November 29 – December 1, 1994, Washington, DC

3.3.4 Yost, K.W., Pal Ph'D, D., Chisick, P.G., S.A, Jesernig P.E., W.V. *Lead and Other Heavy Metal Fixation in Soils and Solid Waste by the MAECTITE® Chemical Treatment Process*, 49th Annual Purdue Industrial Waste Conference, May 10, 1994.

3.3.5 Chisick PG, S., Pal Ph'D, D., and Yost, K.W. *Stability and Longevity of the MAECTITE® Treatment Process*. Sevenson Environmental Services, Inc. August 25, 1993

3.3.6 Yost, K.W. *MAECTITE® Treatment Process. National Technology Seminar*. March 1-4, 1993, Albuquerque, NM.

3.3.7 Yost, K. W., Pal Ph'D, D., and Chisick, S.A. *Lead-Bearing Soil and Solid Waste Rendered Non-Hazardous as Defined by USEPA RCRA. Compendium Histories - MAECTITE® Treatment Process.* International Symposium on Environmental Contamination in Central Europe. Budapest, Hungary. October 12-16, 1992

3.3.8 Yost, Karl W. *Lead Fixation in Soil and Other Wastes with the MAECTITE™ Treatment Process.* Defense Industry & The Environmental Agenda Symposium 1991. National Security Industrial Association Environmental Committee. October 1991

**3.4 Marketing Literature and Other Technical Information**

3.4.1 http://test.kemworks.com/Fertilizer_Prayon.htm. A KEMWorks webpage that discusses various aspects of Prayon Phosphoric Acid, including its history, and the reaction process of manufacture. July 25, 2004

3.4.2 http://kemworks.com/Hemihydrate_Prayon.htm. A KEMWorks webpage that discusses the Prayon Hemihydrate method of manufacturing phosphoric acid. July 25, 2004

3.4.3 http://kemworks.com/Prayon_DH.htm. A KEMWorks webpage that discusses the Prayon Mark 4DH method of phosphoric acid manufacture. July 25, 2004.

3.4.4 http://www.dcchem.co.kr/english/product/p_basic/p_basic04.htm. A DC Chemical Co., Ltd. webpage that discusses phosphoric acid manufacture, specifications and properties, and applications for use. July 25, 2004.

3.4.5 The MAECTITE® Process – The New Generation of Heavy Metals Treatment

3.4.6 Summary of Treatability Studies - MAECTITE® Chemical Treatment of Lead in Shooting Range Soils and other Material for DOD and DOE Facilities, August 30, 1995

3.4.7 Sevenson Environmental Services, Inc. - MAECTITE® Chemical Treatment Process to Reduce the Leachability of Lead and Other Heavy Metals in Soil and Solid Waste

3.4.8 Summary of Experience: Stabilization, Solidification, and Chemical Fixation, Sevenson, 1996

3.4.9 Sevenson, Overview of Experience with Handling, Managing, and Treating Firing Range Soils, August 1, 1997

3.4.10 Sevenson, Overview of Experience Managing Soil Contaminated with Lead from Paint and Paint Chips

3.4.11 MAECTITE® Treatment Process – Sevenson Environmental Services, Inc. (marketing brochure)

## 3.5 MAECTITE® Technical Information

3.5.1 Material Safety Data Sheets - MAECTITE® Reagent (MAEPRIC) brown and green

3.5.2 TECHNICAL INFORMATION BULLETIN - MAECTITE® Treatment Process - Chemical Fixation of Lead and Other Heavy Metals, June 1995

3.5.3 TECHNICAL MEMORANDUM – Near Surface Insitu MAECTITE® Processing for Lead and Other Heavy Metals: A Generic Work Plan Overview

3.5.4 TECHNICAL MEMORANDUM - MAECTITE® Chemical Treatment for Lead and Other Heavy Metals in Soil and Solid Waste, May 5, 1994

3.5.5 Generic Insitu Sampling and Analytical Plan, October 27, 1994

3.5.6 Final Report: MAECTITE Bench-scale Treatability Study to Examine Bioavailability of Lead and Cadmium in Soil Impacted from a Former Smelter Facility, April 1995

3.5.7 Letter of May 18, 1995 from Karl Yost of Sevenson to Don Cropak, US Army CERL re: Bench-Scale Treatability Results of the MAECTITE Chemical Treatment Process on Laboratory Reagent Grade "Red" Lead Oxide

3.5.8 Final Report – Material Characterization and Treatability Study Test Results of Soil from a Pennsylvania Site using the MAECTITE Chemical Treatment Technology and Supplement Amendment, September 1996

3.5.9 Treatability Study, Mather AFB: Former Skeet/Trap Range Site (Site 87)

3.5.10 Fax from Steve Chisick to Karl Yost (6Feb98) re discussion on concrete strength tests and reactive sulfides

3.5.11 Lawrence Lead Project – Final Report

### 3.6 Letters of Recommendation

3.6.1 June 15, 1998 – Letter to Karl Yost, Environmental Division Manager, Wilder Construction Company from David Seaver and Duane Budd of Foster Wheeler Environmental Corporation regarding the Camp Wesley Harris Project, Navy RAC II – Delivery Order 0007

3.6.2 April 20, 1999 – Letter to Michael Lock, Sevenson Environmental Services, Inc. from Lt Col. Richard O. Murphy, U.S. Army, Chief of Compliance, Departments of the Army and the Air Force regarding the MA Military Reservation Small Arms Ranges

3.6.3 October 23, 1996 – Letter to Michael Lock, Sevenson from Earl P. Fansler, Construction Manager, ICF Kaiser Engineers Group, Inc. regarding the Everett, MA Remediation Project

3.6.4 October 21, 1996 – Letter to George M. Kickel of Lord Corporation from Robert Padgett, Supervisor State Superfund Section, Department of Environmental Protection, Commonwealth of Kentucky regarding the Lord Waste Ponds project

3.6.5 Letter of February 20, 1995 to Karl Yost of Sevenson from Timothy Chibnall, Environmental Specialist, Department of Natural Resources, State of Missouri

3.6.6 Letter of August 31, 1994 – Letter to Michael Elia, President, Sevenson from Mike Merrick, Sr. Environmental Engineer, North American Truck Platforms, General Motors Corporation regarding the Janesville, WI Assembly Plant

# LEAD AND OTHER HEAVY METAL FIXATION IN SOILS AND SOLID WASTE BY THE MAECTITE® CHEMICAL TREATMENT PROCESS

Karl W. Yost
Dhiraj Pal, PhD.
Steven A. Chisick, P.G.
Walter V. Jesernig, P.E.

For Presentation at the

49th ANNUAL PURDUE
INDUSTRIAL WASTE CONFERENCE
May 10, 1994

## ABSTRACT

Lead and other heavy metals are chemically fixated using the MAECTITE® treatment process. Treatment reactions convert leachable metal species to geochemically stable and hardened mixed mineral forms within the waste matrix that are resistant to EPTOX, TCLP, MEP, acid-leach and other test methods utilized to define RCRA toxic waste and waste product longevity. Case history data from comprehensive treatability studies support process utilization on all soil types examined, debris, and solid waste consisting of battery casings, lead projectiles, sludges, slag, paint chips with abrasives, and other waste material types. Through detailed remedial work plans and other mechanisms combining engineering, geologic, soil science, and operational construction disciplines, full-scale MAECTITE® processing at RCRA, NPL, emergency response, and other lead contaminated sites on private, state, and federally funded projects have been successfully addressed. The MAECTITE® process has been patented and registered with the U.S. Patent Trademark Office.

*Sevenson Environmental Services, Inc.*
*9245 Calumet Ave., Ste. 101, Munster, IN 46321*
*(219) 836-0116*

# LEAD AND OTHER HEAVY METAL FIXATION IN SOILS AND SOLID WASTE BY THE MAECTITE® CHEMICAL TREATMENT PROCESS

Karl W. Yost, Director of Treatment Services
Sevenson Environmental Services, Inc.
Niagara Falls, New York 14302

Dhiraj Pal, PhD., Manager of Research and Development
Sevenson Environmental Services, Inc.
Munster, Indiana 46321

S.A. Chisick, CPG, Senior Geologist
Sevenson Environmental Services, Inc.
Munster, Indiana 46321

W.V. Jesernig, PE.
W.V. Jesernig and Associates, Inc.
Bolingbrook, Illinois 60440

## INTRODUCTION

Waste stabilization/solidification (S/S) methods utilize the engineered concept of physical binding mechanisms to encapsulate (micro and/or macro), entrap, absorb, contain, coat, or seal target analytes within the waste matrix. These treatment methods physically immobilize heavy metals by surface effects, plate polarity, hydration and/or adhesion principles to render waste characteristically non-hazardous (Conners, 1985)[1]. To confirm treatment, S/S treated material is exposed to geotechnical test criteria that apply various physical forces or conditions to the treated mass. Failure is determined by the identification or quantification of fractures, permeability, strength, or defects. If failure occurs, physical immobilization binder mechanisms are also destroyed and new surfaces are created in the waste mass allowing for release or direct attack of formerly immobilized metal species. Further, in the presence of acidity, weakly absorbed metals may disassociate and readily diffuse to aqueous media or carrier fluid. The alleged physically immobilized mixtures generate a problem that compromise long-term stability thereby increasing inherent risk of future or current remediation costs.

While the current status of risk-free solid hazardous waste treatment for heavy metals is far from optimal efficiency (i.e., 100% removal of the total metals from the waste), many inroads to a solution have emerged. One approach is chemical treatment. With this technology, heavy metals are chemically induced to nucleate forming crystals of mineral and mixed mineral forms. These minerals are microscopic, hard, geometrically

dense, acid resistant, and will not degrade or fail under traditional geotechnical and environmental forces that prevail in landfill or natural settings. The MAECTITE® chemical process falls into the chemical treatment category.

MAECTITE® CHEMICAL PROCESS DISCUSSION

Leachable lead and other metals are chemically bound in hard and superhard mineral species that are resistant to acid leaching such as those simulated during EP toxicity leach test, toxic characteristic leaching procedure (TCLP), multiple extraction procedure (MEP) and other tests developed and approved by USEPA. Two categories (Group I and II) of treatment chemicals are usually required in variable amounts for the MAECTITE® chemical process to be effective in decreasing the TCLP lead from thousands of mg/l to less than 1 mg/l in a diverse variety of waste media.

Treatment chemicals of Group I are in the main calcium (Ca) and/or magnesium based buffers, salts and/or bases. Treatability studies are designed and executed to identify which additive of Group I is most cost effective on a particular waste type. Treatment additives from Group I form insoluble and hard mineral species of the Barite Group in waste media. Each waste varies in chemical composition and physical characteristics that require different quantities and forms of treatment chemicals.

Treatment chemicals of Group II are capable of supplying anions that forms substantially insoluble metal compounds at normal temperature and pressure. These metal compounds preferentially nucleate and form hard and superhard, synthetic, mixed mineral species of the Apatite, Anglesite, and Pyromorphite families. Treatment chemicals of Group II can either be solid or liquid. Independent of the form, treatment chemicals of Group II preferentially convert lead (Pb) and other metals into insoluble mineral species. When constituents from both treatment chemical categories are present, thermodynamically efficient chemical reactions proceed yielding the synthetic mineral species listed in Table I. Within four (4) hours of amendment, the soluble and leachable forms of lead and other metals are chemically immobilized as hard minerals and rendered non-

leachable to RCRA test methods approved by USEPA. Hard minerals have their ions tightly bonded together, thus limiting random thermal motion of the ions, resulting in increased stability and insolubility.

The combined geochemical reactions of Group I and Group II treatment chemicals with lead and other metals present in waste media lead to formation of extremely unique and mixed mineral species that are hard and compact. As a result of this and other factors, waste volume may decrease. Chemical breakdown of carbonates and bicarbonates, when present, occurs in the waste media, as a result of MAECTITE® reactions. For example, Cerrusite reacts with Group I and Group II chemicals to form extremely insoluble hydroxy lead Apatites. A decrease in waste volume as a result of the MAECTITE® chemical process has been recorded up to 55%.

The extent of decrease in leachable lead as measured by EP toxicity test and TCLP test are exhibited in Table II for different kinds of waste media. The chemical fixation of lead may exceed 99.9% when leachable lead is immobilized from 4000 ppm to 1 ppm, i.e., a decrease of less than 1/10,000 fold (0.3/4000) by both EP toxicity and TCLP test criteria.

The application of the MAECTITE® chemical treatment process for lead is universal in the sense that a wide variety of solid waste and debris such as battery casings, lead projectiles, sludges, filter cake, slag, abrasives with paint chips, plastic wire-fluff and chop, rubble, lead-dross on carbon, and all kinds of clay, soil, gravel, concrete, sand and boulders are readily treatable. Through well designed and executed treatability studies, identification and quantification of efficient Group I and Group II MAECTITE® treatment chemicals is possible.

MAECTITE® chemical process treatability studies are designed and executed with the following objectives:

1) verification of MAECTITE® process viability on a specific waste stream;

2) optimization of appropriate Group I and Group II chemicals;

3) determination of full-scale processing costs through engineering and pilot-scale demonstrations; and,

4) process control during full-scale remediation operations.

As scientific experiments, treatability studies are conducted methodically and systematically using accepted analytical and engineering principles within USEPA QA Level II data validation guidelines. Critical to successful treatability studies beyond valid analytical data generation is the replication of the MAECTITE® chemical process in a manner that simulates full-scale material handling and processing methods. Often, laboratory scaled processing fails to encompass true site conditions, thereby miscalculating full-scale remediation and waste treatment costs. Those practiced in the art of executing treatability studies with a background of material handling experience have traditionally generated a superior product or service. Treatability studies are summarized in final reports that provide supportable accurate quantitative, performance, cost, and design information for full-scale remediation construction onsite.

MAECTITE® treatability studies and full-scale projects completed to data have primarily focused on leachable lead. However, metals such as, barium, chromium, cadmium, selenium, nickel, and others have been successfully rendered non-leachable in a variety of waste matrices by the process. Table III presents a partial list of successfully treated metals highlighting comparative pre- and post-MAECTITE® processing analytical TCLP results.

CRYSTAL MORPHOLOGY AND STRUCTURAL STABILITY

True mineral dissolution-precipitation reactions have not been traditionally recognized as an ideal control of problem inorganic ions in soils and waste. The MAECTITE® chemical process controls problem inorganic ions through mineral dissolution-precipitation reactions and is a classic Mineralogy reaction-series approach, albeit low-temperature, that demands further emphasis as applied to RCRA toxic wastes. A large number of researchers, usually Physical Chemists, have spent enormous effort in determining and tabulating mineral solubility data and curves for pure-phase solids irrelevant to raw natural resources. Others, those unfamiliar with basic Mineralogy and Geochemistry, have taken the pure-phase solid studies as absolutes. Unfortunately, pure-phase solids are not encountered in environmental waste matrices. Non-pure and coprecipitated intertwinned solid phases are the norm (Rose et.al., 1979)[2]. The MAECTITE chemical process is an example of this precept of nature.

Mineral solids which have analogous compositions and closely related crystalline forms, but in the same crystallographic system, are said to be isomorphous. Isomorphous minerals have various ions or molecules that enter into a greater or lesser degree the crystal-lattice of the mineral solid without causing any marked change in the crystal morphology and typically stay within the same crystallographic system. For simplicity and following Goldschmidt (1954)[3], this is accomplished by the two ions having similar but not equal radii and the same charge, with the smaller ion radii being preferentially concentrated in early formed specimens of a crystallizing mineral series. For example, a Pb ion commonly coprecipitates with a Ca ion where Pb+2 substitutes for Ca+2 within a defined crystal-lattice to form a common mineral solid (Salomons, 1975)[4]. The Pb+2 substitution for Ca+2 usually occurs based on availability of the closest ion to a vacant crystal-lattice site, in the later stages of the crystallization event when available Ca+2 has been naturally depleted, or if the available Ca+2 can be manipulated out of the system (Berner, 1971)[5]. Here, the mineralogic definition of isomorphous is very different from that of Physical Chemistry's, where isomorphous is a condition present when an ion at high dilution is incorporated by mixed (unlike) crystal formation into a precipitate, even though such formation would not be predicted on the basis of crystallographic and ionic radii. An example is precipitation of Cotunnite (Lead chloride - orthorhombic-crystallographic) with Sylvite (Potassium chloride - isometric-crystallographic)(Garrels and Christ, 1965)[6].

In the broader sense, calcium ions are key to the MAECTITE® chemical process that forms isomorphous minerals representing the reaction-series association that exists between a series of stable mineral solids of analogous chemical formulas and crystallographic forms. Analogous formulas possess an equal number of atoms and valence charges while analogous crystallographic forms are composed of geometrically similar basic crystal-units in which an equal number of atoms are arranged in a geometrically similar manner. When the relative size of the atoms and certain physical properties (e.g. specific gravity, optical properties, etc.) are nearly the same, a potential and stable isomorphous situation exists (Burns, 1970)[7]. This concept accounts for ions or molecules, of distinctly different chemical character and even of different valence, substituting for each other within a crystal-lattice, even disordering the crystal-lattice, without typically changing the crystallographic system (Bloss, 1971)[8].

Sometimes the crystallographic system does change. Predictably, the change is into a compatible crystallographic system prone to twinning such as the orthorhombic-crystallographic system that mimics the hexagonal-crystallographic system. This situation can be explained by Pauling's (1960)[9] electronegativity potential. If two ions or molecules have a similar radii and the same charge, the one with the lower electronegativity potential will preferentially concentrate in early formed specimens of the crystallizing mineral suite. This explains why the orthorhombic-crystallographic Barite Group (prismatic angles of about 60° and 120° simulate the simple hexagonal-crystallographic system as a result of successive intertwinning) will crystallize from the mother-solution upon and with the hexagonal-crystallographic Apatite Group (See Figure 1). In the MAECTITE® chemical process, the mother-solution consists of a mixture that includes waste material, leachable inorganic species, MAECTITE® reagents, and water prior to nucleation.

The MAECTITE® chemical process is an outstanding example of the formation of a low-temperature reaction-series composed of two suites of isomorphous minerals within the Apatite and Barite Groups through the manipulation of $Ca+2$ ions and "tag-a-long" heavy metals (See Table I). The Apatite Group represents a suite of analogous hexagonal-crystallographic compounds, primarily Apatite (Calcium phosphate), Ca-rich Pb-poor then Pb-rich Ca-poor substituted Hydroxyapatite, and Pyromorphite (Lead phosphate). The Barite Group suite of analogous orthorhombic-crystallographic compounds consists of Ca-rich Pb-poor then Pb-rich Ca-poor Anglesites and Anglesite (Lead sulfate) intertwinned. Once the sulfate ions are consumed from the mother-solution, the reaction-series shifts to a post-coprecipitation stage reverting to the Apatite Group and scavenging the remaining problematic ions to form Plumbohydroxyapatite and Pyromorphite.

All precipitation/crystallization reactions tend to carry out other constituents (ions) from the mother-solution. Actual precipitation/crystallization occurs in a succession of steps as the MAECTITE chemical process attempts to reach equilibrium. The driving force for precipitation/crystallization is coincident crystal nucleation and heat loss. During nucleation with expanded growth-rate, there is escalated chance of imperfections (dislocations) in the crystal's lattice-space promoting the incorporation of outside (other) ions into the crystallographic structure (Brownlow, 1979)[10]. The dislocation mechanism leads to the desired formation of coprecipitated isomorphous

minerals in a reaction-series. As coprecipitation accelerates, the larger crystals grow at the expense of smaller crystals with the smaller crystals dissolving and reprecipitating on the surfaces of larger crystals. If the coprecipitates are not within the same crystallographic-system, the lesser mineral will form in a compatible crystallographic-system or mimic the major mineral crystallographic-system through twinning.

The process continues until equilibrium is reached with the mother-solution depleted by initial nucleation, coprecipitation and post-coprecipitation forming new distinct minerals. In effect, the problematic heavy metal ions are effectively rendered stable, insoluble and non-hazardous.

## CASE HISTORY APPLICATIONS

Full-scale applications of the MAECTITE® chemical process have ranged in size from a forty-eight (48) 55-gallon drum project in one day to almost 2000 tons per day on a 150,000 ton project. Both batch and continuous processes have been used. A majority of the sites where MAECTITE® has been applied were impacted with leachable forms of lead; however, the site with the largest quantity of waste contained leachable concentrations of cadmium as the primary contaminant.

Three (3) full-scale project case histories are presented in the following discussion. The cases selected: 1) typify frequently encountered lead impacted sites found across the nation; 2) demonstrate the flexibility of the MAECTITE® chemical process on heterogeneous waste streams; and (3) create a valid data base for waste, characterized by a wide range of lead leachability (RCRA toxicity), successfully treated by the MAECTITE® chemical process.

The presented cases consist of projects in the 3000 to 15,000 ton range. Each case had lead sourced from former battery reclamation or manufacturing operations. Site waste contained toxic lead concentrations in sample extracts ranging from over 5.0 mg/l to 3659 mg/l. Oversize objects and debris were encountered within the waste matrix at each project.

Exsitu processing and treatment equipment standard for typical MAECTITE® technology applications were utilized. While early versions of the processing equipment did not apply automated controls, subsequent systems evolved to efficient, automated, low operating cost units. However, the actual material handling principles and waste-reagent mixing procedures have remained virtually unchanged.

The three (3) projects required the target waste to be prepared prior to treatment. Heavy earthmoving equipment fed staged material from a stockpile onto a barscreened hopper that was fitted with a live bottom conveyor. Debris and objects with a nominal diameter greater than four (4) inches were rejected by the screen. Material that passed through the screen into the hopper was conveyed through a dual-axled shredder for sizing and to evenly distribute the material across another conveyor belt. Material was then conveyed to a pugmill/mixer for blending with MAECTITE® chemical reagents. MAECTITE® powder and liquid were added to the waste stream from an augered silo and the bulk liquid tank. In early equipment versions, additions of reactants were manually controlled by adjusting auger speed (powder) and delivery system valves (liquid). Evolved systems convey material from the system's shredder onto a material weigh-belt that discharges directly into an enclosed mixer.

The waste weigh-belt feeder measured waste-mass as it entered the mixer. Electronic signals from the weigh-belt were integrated by a logic controller that activated a second weigh-belt feeder for delivery of MAECTITE® powder from the silo at the prescribed dose. The controller also initiated a variable speed pump that delivered liquid MAECTITE® reagent to the mixer at the programmed flow rate. Liquid flow was monitored by a totalizing and instantaneous flow meter integrated with the logic system. A water spray was added to the mixer to help control dust and to aid mixing.

Material discharged from the mixer was transferred to staging piles located on a treatment pad where the material was covered until final disposal was executed. Prior to confirmatory treatment sampling and analysis, treated material was allowed to cure on the pad for 3-5 hours. This provided ample time for the MAECTITE®

chemical process to nucleate and form root mineral crystals that chemically rendered the leachable metal non-hazardous.

Oversize material and debris were refed to the barscreen for processing or through supplemental sizing equipment as a separate step. Those final items that could not pass through the system were transferred to the site equipment decontamination pad for cleaning and manual application of MAECTITE® reagents. Items were then staged with the treated soil piles for curing and subsequent disposal as a non-hazardous waste. As a chemical treatment process, MAECTITE® complied with the RCRA BDAT rules for handling and treatment of debris.

A mobile laboratory was operated on the sites to determine if treatment was sufficient and to provide expedited sample turn-around. The onsite laboratory was also utilized to optimize waste processing variables on the various lots of material to be processed prior to there actual feeding into the system. Optimized processing minimized treatment chemical costs. The mobile laboratory adhered to a regulatory agency approved Quality Assurance Project Plan's (QAPjP) that utilized EPA QA Level II data validation procedures.

Treatment results complied with minimal USEPA treatment objectives for lead by reducing EPTOX or TCLP lead (EPA SW-846) to less than 5.0 mg/l for all projects. One case history (Site B) required compliance with EPA specified multiple extraction procedure (MEP) for lead.

SITE A

| | |
|---|---|
| LOCATION: | Indiana |
| Contaminant: | Leachable lead (EPTOX)/lead oxide |
| Source of Contaminants: | Battery Reclamation |
| Quantity of Waste: | 5390 tons |
| Type of Waste: | sand, sandy-silt, gravel, rock, and clay |
| Range of Total Lead: | .1 to 29.9% |
| Range of EPTOX Lead: | 20-3659 mg/L |
| Treatment Production: | 200 tons per day |
| Remedial Type: | Emergency Response/State Superfund |

Manufacturing activity at an abandoned battery reclamation facility resulted in the emergency response action to mitigate migratory lead. Soil contaminated with lead was removed to various depths from across the site including a former neutralization soil lagoon where spent battery acids were discharged. Impacted soil containing leachable lead at concentrations up to 3659 mg/L (EPTOX) and total lead up to 29.9% from spilled lead oxide and spent battery acid was classified as a RCRA toxic waste.

Staged soils were placed in stock piles within the former facility pending waste disposal approval permitting and costing. Due to elevated off-site hazardous waste disposal costs, the MAECTITE® chemical treatment process was evaluated as a viable onsite treatment option as verified by extensive treatability studies. Soil conditions were characterized as a fairly dry (10-15% moisture) mixture of topsoil and sod, sand, silty-sand, gravel, clay, and assorted construction debris.

A treatment system mobilized to the site capable was of processing waste material at a rate of up to 500 tons per day. However, due to site space limitations and material transfer routes to curing areas, production averaged approximately 200 tons per day. Exsitu application of the MAECTITE® chemical process resulted in complete compliance with USEPA and Indiana Department of Environmental Management (IDEM) specified treatment objectives of 5.0 mg/L EPTOX lead. Since the site was classified as an emergency response action by IDEM, a treatment permit was not required under RCRA.

The waste piles were surveyed prior to treatment and following the curing of treated material. A volume reduction of 36.4% was evidenced as a result of the MAECTITE® chemical process. The MAECTITE® chemical process appeared to create an increase in soil micelle density, destroy carbonates, dehydrate the waste matrix, and rearrange soil structure to deplete or fill voids of interstitial space.

SITE B

| | |
|---|---|
| LOCATION: | Wisconsin |
| Contaminant: | Leachable lead (TCLP)/crushed batteries |
| Source of Contaminants: | Battery Reclamation |
| Quantity of Waste: | 11,000 tons |

| | |
|---|---|
| Type of Waste: | silty-sand, gravel, clay, rock, casing ash |
| Range of Total Lead: | 2.03 to 3.55% |
| Range of TCLP Lead: | >5.0-422.4 mg/L |
| Treatment Production: | 400 tons per day |
| Remedial Type: | Emergency Response/Federal Superfund |

Approximately 11,000 tons of soil were excavated from within an old quarry location that held a former battery cracking and lead reclamation operation. Soils were contaminated with leachable lead from the mishandling of spent battery acids, battery casings, and casing combustion byproducts. Total lead concentrations ranged up to 3.55%. TCLP lead exceeded the RCRA limit and ranged as high as 422.4 mg/L.

A treatability study was executed on hazardous waste that exceeded the initial RCRA test method of 5.0 mg/L via EPTOX procedures and EPA's proposed treatment objective of 0.51 mg/L via TCLP methodology. At the completion of the study, EPA adopted the treatment objective of 5.0 mg/l by TCLP as the final lead treatment performance criteria nation-wide. The treatability study was revisited to optimize the process for the final treatment standard. Results demonstrated that the waste was readily treated to <5.0 mg/L TCLP lead. A volume reduction of 23.4% was predicted for full-scale processing. This was important in designing the onsite special waste cell where treated material was to be interned.

Based upon the treatability study results, and a production capacity of 500 tons per day, a MAECTITE® treatment system was mobilized to the site, setup and optimized. In addition to onsite treatment, treated material was placed in a clay lined cell constructed onsite in accordance with a design approved by both the USEPA and the Wisconsin Department of Natural Resources.

Treatment operations commenced in the fall (October) and were completed in January. Due to extreme cold weather (<-15°F) the treatment production averaged only 400 tons per day. Although cold weather created adverse working conditions for site workers and drastically impaired the operation of diesel powered equipment, MAECTITE® reactions were extended over a 5-7 day period instead of the typical 3-5 hours. The severe cold turned the MAECTITE® liquid reagent into a gel hindering accurate volumetric dosing and subsequent thorough mixing with the waste. This was addressed by corrective operation actions.

A volume reduction of 22.4% was determined by certified site surveys conducted on the pretreated pile and the post-treated placed material. Since material was compacted with a sheepsfoot after placement in the cell, the 22.4% reduction was calculated after accounting for a 30% reduction due to mechanical compaction.

SITE C

| | |
|---|---|
| LOCATION: | South Dakota |
| Contaminant: | Leachable lead (TCLP)/crushed batteries |
| Source of Contaminants: | Battery Reclamation |
| Quantity of Waste: | 4,000 tons |
| Type of Waste: | sod, silty-sand, loess, clay |
| Range of Total Lead: | up to 2.0% |
| Range of TCLP Lead: | >5.0-85 mg/L |
| Treatment Production: | 500 tons per day |
| Remedial Type: | Federal Superfund/PQOPS-FSS |

Approximately 2200 cubic yards of soil and battery casings were excavated and staged in a pile onsite by a USEPA ERCS contractor. The staged material was sealed with a foam to prevent dust migration. The site was under the first PreQualified Offerors Procurement Strategy (PQOPS) program contract issued by the USEPA in Washington, DC. The contract specified the treatment and removal of the stockpiled material in addition to underlying soils. In total, approximately 4000 tons of material were treated with the MAECTITE® chemical process and disposed at the local municipal non-hazardous landfill facility.

All material treated onsite was rendered non-hazardous with all TCLP lead results <0.1 mg/L and a cumulative MEP (SW-846, Method 1320) concentration (sum of all 10 leaches) less than 1.0 mg/L in each sample. USEPA specified the MEP test in order to determine if treated material would withstand simulated exposure to 1000 years of acid rain or acidic leachate within non-hazardous landfill cells. USEPA also specified that no single extraction of an MEP test could contain more than 5.0 mg/L lead versus the more stringent results that were actually obtained with the MAECTITE® chemical process (See Table IV).

Treated material was transported to the local licensed municipal landfill as a non-hazardous waste. No material disposed offsite was classified hazardous waste under the "Debris Rule" exemption. Oversize objects were

either sized by the processing equipment or manually treated on the equipment decontamination pad, and then placed in the staged piles of treated material for disposal as a non-hazardous waste.

## SUMMARY

The MAECTITE® chemical process creates a low-temperature reaction-series of stable isomorphous insoluble mineral species. Waste containing leachable lead and other heavy metal ions are rendered non-hazardous by RCRA definition. The end treatment product contains hard and super hard minerals that are resistant to acidity, and degradation by geotechnical forces and the chemical conditions associated with landfill and natural settings. Processing of waste often results in a volume reduction. Successful full-scale projects have been completed for private, state and Federal interests. As a demonstrated state-of-the-art chemical process, soils and solid waste containing leachable heavy metals may be easily treated using insitu or exsitu processing equipment. To date, no lead containing waste has been found resistant to MAECTITE® chemical treatment.

REFERENCES

1. Conner, J.R., 1985, Chemical Fixation and Solidification of Hazardous Waste. Van Nostrand Reinhold, New York, 681p.

2. Rose, A.W., Hawkes, H.E., and J.S. Webb, 1979, Geochemistry in Mineral Exploration. Academic Press, New York, 657p.

3. Goldschmidt, V.M., 1954, Geochemistry. Oxford Unversity Press, London, 730p.

4. Salomons, Wim, 1975, Chemical and isotopic composition of carbonates in recent sediments and soils from Western Europe. J.Sedimentary Petrol., v.45, p.440-449.

5. Berner, R.A., 1971, Principles of Chemical Sedimentology. McGraw-Hill, New York, 240p.

6. Garrels, R.M. and C.L. Christ, 1965, Solutions, Minerals, and Equilibria. Harper and Row, New York, 450p.

7. Burns, R.G., 1970, Mineralogical Applications of Crystal Field Theory. Cambridge University Press, London, 224p.

8. Bloss, F.D., 1971, Crystallography and Crystal Chemistry. Holt, Rinehart and Winston, New York, 545p.

9. Pauling, Linus, 1960, The Nature of the Chemical Bond. Cornell University Press, Ithaca, New York, 644p.

10. Brownlow, A.H., 1979, Geochemistry. Prentice-Hall, Englewood Cliffs, NJ, 498p.

TABLE I

Synthetic Mineral Species of Lead Detected in a Treated Sample (Listed in Decreasing Order of Abundance)

| Abundance | Crystal System | Isomorphic Groups | Mineral Species |
|---|---|---|---|
| 31-41% | Hexagonal | (A) | Calcium Substituted Hydroxy Lead Apatite, $Ca_{0.5-1.5}Pb_{3.5-4.5}(OH)(PO_4)_3$ |
| 28-29% | Hexagonal + Orthorhombic | (A) + (B) | Mixed Calcium Lead Phosphate Sulfates, $Ca_{0.05-0.2}Pb_{0.8-0.95}(PO_4)_{0.15-0.5}(SO_4)_{0.25-0.75}$ |
| 21-22% | Orthorhombic | (B) | Calcium Anglesite, $Ca_{0.05-0.3}Pb_{0.7-0.95}SO_4$ |
| 3-6% | Orthorhombic | (B) | Anglesite, $PbSO_4$ |
| 2-7% | Hexagonal | (A) | Lead Hydroxy/Chlor Apatite, $Pb_5(PO_4)_3(OH)_{0.5}Cl_{0.5}$ |
| 1-3% | Hexagonal | (A) | Pyromorphite, $Pb_3(PO_4)_2$ |
| 1-2% | Hexagonal[R] | (A)* | Organo-Lead Phosphate Sulfate, (Unnamed) Humus-o-$Pb_3(PO_4)(SO_4)$ |

(A) = Apatite Group
(B) = Barite Group
* = Complexation by Organic is dictated by the Crystal System, a Pseudo-rhombohedral of the Hexagonal System
R = Pseudo-Rhombohedral of the Hexagonal System
Note - Mineralogic assay conducted by x-ray fluorescence spectrometry, polarized light microscopy (PLM) and scanning electron microscopy (SEM) methods on battery reclamation site soils and waste after one year from treatment by the MAECTITE® chemical process

TABLE II

APPLICATION OF MAECTITE® CHEMICAL TREATMENT PROCESS TO A DIVERSE VARIETY OF WASTE MEDIA

| WASTE TYPE (MATRIX) | TOTAL LEAD % | LEACHABLE LEAD (mg/l) | |
|---|---|---|---|
| | | Before Treatment | After Treatment |
| Sandy loam | 2.2 | 163.7 | 1.5 |
| Lead birdshot | 16.1 | 3,720 | ND |
| Lead buckshot | 11.4 | 1,705 | ND |
| Clayey slag | 14.6 | 91.8 | ND |
| Slag-lead smelter | 6.6 | 21.3 | 2.0 |
| Topsoil | 15.8<br>14.6<br>0.344 | 44.5<br>91.8<br>83.5 | 1.4<br>ND<br>0.5 |
| Silty sand/debris | 0.56 | 34.6 | ND |
| Battery casings | 0.6 - 12<br>2.0 | 288<br>160 | 0.6<br>0.3 |
| Organic humus soil | 0.31 - 1.9 | 23.2 | ND |
| Silty sand | 4 - 5 | 687 | 0.7 |
| Solid waste | 1.1<br>0.4 | 9.7<br>72.4 | 0.01<br>3.4 |
| Sludge-industrial waste | 2.2 | 59.3 | 1.6 |
| Filter cake | 2.9 | 245.3 | 1.1 |
| Gravel | 0.16 | 7.5 | 0.5 |
| Road gravel | 0.34 | 46 | ND |
| Gray clay | 2.2 | 495 | 0.2 |
| Grayish brown ash | 9.5 | 520 | 0.3 |
| Brown soil-gravel clay (till)<br>Brown soil-gravel sand (till) | 1.37<br>3.97 | 263<br>303 | 2.1<br>1.6 |
| Soil with PbO | 29.9 | 3,659 | ND |
| Clarifier sludge | 0.85 | 57.1 | 0.3 |
| RCRA organic sludge | 9.4 | 580 | ND |
| Carbon with lead dross | 12.6 | 105.6 | 0.5 |
| Foundry sand with bentonite | 1.96 | 461.2 | ND |
| Wire fluff | 0.33 - 0.134 | 15.9 - 130 | 0.7 |
| Wire chip | 0.3 - 0.7 | 28 | 1.9 |

NOTE: ND = Not Detected (i.e., <0.5 mg/l) BDL = Below Detection Limit (i.e. <0.1 mg/l)
Listed results from bench-, engineering-, and full-scale application
All analytical procedures performed in accordance with SW-846 (USEPA)

TABLE III

CHEMICAL TREATMENT OF VARIOUS IONS
BY MAECTITE® PROCESS

| Metal Type | Application (level) | Untreated Conc. Range | Treated Conc. Range | Regulatory Limit |
|---|---|---|---|---|
| Lead | Commercial (full-scale) | > 5 to 3720 | < 1 | 5 |
| Cadmium | Commercial (full-scale) | > 1 to 1596 | < 0.1 to 0.7 | 1 |
| Selenium | Commercial (bench-scale) | > 1 to 300 | <0.0025 | 1 |
| Chromium* | Commercial (full-scale) | > 5 to 660 | < 0.3 | 5 |
| Nickel | Laboratory (bench-scale) | > 5 to 250 | < 0.5 | N.R. |
| Barium | Laboratory (bench-scale) | > 400 | < 10 | 100 |

N.R. = Not Regulated under RCRA "Land Ban" criteria

* Chromium (VI) was treated by the patent-pending, proprietary Chromtite™ treatment technology that is applicable to multivalent species. Chromtite™ is a sister technology to MAECTITE®.

\- All analytical units in mg/l in TCLP extract

TABLE IV

MULTIPLE EXTRACTION PROCEDURE TEST RESULTS FOR LEAD ON MAECTITE® TREATED WASTE MATERIAL AT SITE C UNDER THE PQOPS PROGRAM

| Sample Number | Mobile Lab* | EPA CLP Lab |
|---|---|---|
| CTB 1 & 2 | ND (0.88 mg/l) | .850 mg/l |
| CTBP 3 & 4 | ND (0.56 mg/l) | |
| CTBP 3 & 4 (DUP) | ND (0.37 mg/l) | |
| CTBP 5 & 6 | 0.61 mg/l | |
| CTBP 7 & 8 | 0.54 mg/l | |
| CTBP 9 & 10 | 0.78 mg/l | |
| CTBP 11 & 12 | 0.83 mg/l | |
| CTBP 13 & 14 | ND | |
| CTBP 15 & 16 | 0.51 mg/l | |

* Mobile Laboratory
Method: MEP Test (EPA Method 1320)
Detection Limit: 0.50 mg/l

** EPA CLP Lab
Analytical completed for 10% of samples
Analysis for confirmation purposes only
Method: MEP Test (EPA Method 1320)
Detection Limit: 0.025 mg/l

FIGURE 1
CRYSTALLOGRAPHIC TWINNING
MAECTITE® CHEMICAL PROCESS

