**Exhibit 16**

**IN THE UNITED STATES COURT**
**OF FEDERAL CLAIMS**

| | |
|---|---|
| **SEVENSON ENVIRONMENTAL SERVICES, INC.,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.**<br>**and**<br><br>**SHAW ENVIRONMENTAL, INC.,**<br><br>**Defendant-Intervenor.** | **Case No.: 05-1075C**<br>**Judge Thomas C. Wheeler** |

ADDITIONAL DECLARATION OF GARY M. PIERZYNSKI, Ph.D.

I, **Gary M. Pierzynski, Ph.D.**, state and declare as follows:

1. I am a professor of Soil and Environmental Chemistry in the Department of Agronomy at the Kansas State University, located at 2004 Throckmorton Plant, Manhattan, Kansas 66506-5501.

2. I am over 18 years of age and am competent to make this Declaration. I make this Declaration based on my own personal, scientific and expert knowledge and experience. If called as a witness, I could truthfully and competently testify to the matters stated in this Declaration.

3. This is an addition to my Declaration made on June 27, 2007.

4. Prior to and since 1990, a person of ordinary skill in the art would be familiar with the impurities in phosphoric acid. This includes the knowledge that sulfate is one of the most common impurities in phosphoric acid.

5. A person of ordinary skill in the art would understand that the statements regarding phosphoric acid made in the prosecution history of U.S. Patent 5,193,936, U.S. Patent 5,527,982 and U.S. Patent 6,139,485 incorporate the knowledge that phosphoric acid contains sulfate impurities.
6. A person of ordinary skill in the art would understand the phosphoric acid discussed in the prosecution history of U.S. Patent 5,193,936, U.S. Patent 5,527,982 and U.S. Patent 6,139,485, and the patents at issue in this case, does not refer to the pure chemical species "$H_3PO_4$," but to a commercially available compound that included some amount of sulfate impurities.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 27, 2007, at Manhattan, KS.

Signed **Gary M. Pierzynski, Ph.D.**