# *Hawley's Condensed Chemical Dictionary*

*ELEVENTH EDITION*

*Revised by*

N. Irving Sax

and

Richard J. Lewis, Sr.

VNR VAN NOSTRAND REINHOLD COMPANY

New York

Copyright © 1987 by Van Nostrand Reinhold Company Inc.

Library of Congress Catalog Card Number: 86-23333
ISBN: 0-442-28097-1

All rights reserved. Certain portions of this work copyright © 1930, 1920, 1919 by The Chemical Catalog Co., Inc. and 1981, 1977, 1971, 1966, 1956, 1950 by Van Nostrand Reinhold Company Inc. No part of this work covered by the copyright hereon may be reproduced or used in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without permission of the publisher.

Printed in the United States of America

Van Nostrand Reinhold Company Inc.
115 Fifth Avenue
New York, New York 10003

Van Nostrand Reinhold Company Limited
Molly Millars Lane
Wokingham, Berkshire RG11 2PY, England

Van Nostrand Reinhold
480 Latrobe Street
Melbourne, Victoria 3000, Australia

Macmillan of Canada
Division of Canada Publishing Corporation
164 Commander Boulevard
Agincourt, Ontario M1S 3C7, Canada

15 14 13 12 11 10 9 8 7 6 5 4 3

**Library of Congress Cataloging-in-Publication Data**

Condensed chemical dictionary.
Hawley's condensed chemical dictionary.

Rev. ed. of: The Condensed chemical dictionary.
10th ed./rev. by Gessner G. Hawley, 1981.
1. Chemistry—Dictionaries. I. Hawley, Gessner Goodrich, 1905- II. Sax, N. Irving (Newton Irving) III. Lewis, Richard J., Sr. IV. Title.
QD5.C5 1987 540'.3'21 86-23333
ISBN 0-442-28097-1

mounted on a rotating shaft. For liquids of very high viscosity, helical rotors, sigma blades and similar devices are necessary. Because turbulence cannot be initiated in such fluids, the blades must fit closely within the walls of the container so as to make contact with every part of the material being mixed. While most industrial mixing of such pasty materials is done batchwise in kneaders, Banbury mixers, etc., continuous mixing of these can also be effectively carried out in horizontal compartments equipped with rotating screws, whose pitch and flight are contoured in such a way as to provide both rotary and axial motion. There are a number of ingeniously engineered types of these for mixing plastics, rubber, food products, and similar products. Dry solid particulates are mixed in rotating cylinders or tumbling barrels.
See also impeller, agitator, kneader, muller.

**mixture.** (mix). A heterogeneous association of substances which cannot be represented by a chemical formula. Its components may or may not be uniformly dispersed and can usually be separated by mechanical means. Liquids that are uniformly dispersed are called solutions. Mixtures may be natural or artificial, as indicated by the following:

| Natural | Artificial |
|---|---|
| air | glass |
| petroleum | paint |
| milk | cement |
| blood | perfumes |
| marble | plastics |
| wood | cermets |
| latex | alloys |
| vegetable oils | |
| sea water | |

See also compound, blend, solution, mixing.

**MKP.** Abbreviation for monopotassium phosphate.
See potassium phosphate, monobasic.

**mL.** Abbreviation for milliliter.

**MLA.** Abbreviation for mixed lead alkyls.

**mm.** Abbreviation for millimeter.

**MMH.** Abbreviation for monomethylhydrazine.

**Mn.** Symbol for manganese.

**Mo.** Symbol for molybdenum.

**mobility.** The ease with which a liquid moves or flows. Hydrocarbon liquids (nonpolar) which have low viscosity, surface tension, and density respond more readily to an applied force than does water (a polar liquid). For this reason, fires involving hydrocarbon liquids should be extinguished with foam rather than with a direct stream of water.

**MOCA.** See 4,4′-methylenebis(2-chloroaniline).

**modacrylic fiber.** A manufactured fiber in which the fiber-forming substance is any long chain synthetic polymer composed of less than 85% but at least 35% by weight of acrylonitrile units, —$CH_2CH(CN)$— (Federal Trade Commission). Other chemicals, such as vinyl chloride, are incorporated as modifiers. Characterized by moderate tenacity, low water absorption, and resistance to combustion; self-extinguishing.
Use: Deep pile and fleece fabrics, industrial filters, carpets, underwear, blends with other fibers.
See also acrylonitrile, acrylic fiber.

**model.** A representation, either abstract or physical, of a system, arrangement, or structure which cannot be perceived objectively. (1) A mathematical model is one in which all or most of the parameters of a complex system such as an ocean are assigned symbolic values that can be utilized to give a theoretical approximation of actuality. Such models are useful in physical chemical analyses. (2) A space-lattice model is a 3-dimensional duplication of the shape and structure of a crystal in which the atoms comprising the lattice are plastic spheres or balls connected by rods to represent bonds. (3) A molecular model is similar, except that it represents an individual chemical compound rather than a crystal. The spheres are

