Docket No.: SES-1

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of: Pal et al. ) Group Art Unit: 3501
Serial No.: 08/031,461 ) Examiner: D. Corbin
Filed: March 15, 1993 )
For: FIXATION AND STABILIZATION OF METALS IN CONTAMINATED MATERIALS )

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231, on the date shown below.
Kevin E. McDermott
(Registration No. 35,944)
Date: June 16, 1995

Hon. Commissioner of Patents
and Trademarks
Washington, D.C. 20231

DECLARATION

SIR:

I, Kevin E. McDermott, hereby declare as follows:

1. I am an associate with the law firm of Wyatt, Gerber, Burke & Badie, L.L.P. and the attorney representing Sevenson Environmental Services, Inc., the owner of the present application.

2. My business address is 99 Park Avenue, New York, New York 10016.

3. I am a 1989 graduate of St. John's School of Law. I was admitted to the bar in the States of New York and Connecticut in 1990. I am in good standing and eligible to practice in New York and Connecticut. I also am admitted to practice before the United States District Court for the Eastern District of New York and the United States Patent and Trademark Office.

4. As described in the specification, the present invention relates to treatment methods employed to

450

chemically convert leachable metal in metal-bearing solid and liquid waste materials to a non-leachable form by mixing the material with one or a combination of components.

5. The hazardous waste materials treated by the present invention include materials having leachable lead, aluminum, arsenic (III), barium, bismuth, cadmium, chromium (III), copper, iron, nickel, selenium, silver and zinc.

6. The hazardous waste materials treated by the present invention can cause severe environmental damage if they are allowed to leach into the ground water. Ground water contaminated by toxic metals endanger human health and are known to cause cancer and birth defects.

7. The present invention converts leachable metals into a non-leachable form which is geochemically stable for indefinite periods and which complies with EPA standards for non-hazardous materials.

8. The present invention will materially enhance the quality of the environment of mankind by contributing to the remediation of hazardous waste containing materials and maintaining the quality of the ground water.

10. I further declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section



451

1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the present application or any patent issuing thereon.

June 16, 1995
DATE

Kevin E. McDermott
KEVIN E. McDERMOTT

KEM\132\Jm

MAILED

AUG 0 4 1995

OFFICE OF THE DIRECTOR
GROUP 3500

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

#18

In re application of
Dhiraj Pal
Serial No: 08/031,461
Filed: March 15, 1993
For: FIXATION AND STABILIZATION OF METALS IN CONTAMINATED MATERIALS

ON PETITION
TO MAKE SPECIAL -
ENVIRONMENTAL
QUALITY AND
ENERGY RESOURCES

This is in response to applicant's "PETITION TO MAKE SPECIAL UNDER THE ENVIRONMENTAL QUALITY 37 C.F.R. 1.102(c) and M.P.E.P § 708.02, V, which was filed in the Patent & Trademark Office on. Since the requirements of M.P.E.P Section 708.02 V have been met, the petition will be GRANTED.

The Examiner is directed (1) to make an interference search for possible interfering applications, (2) to promptly examine this application out of turn, and (3) if any interfering application is discovered, to examine such application simultaneously and state in the first official letter of such application that it is being taken out of turn because of a possible interference.

Petitioner is advised that this application will continue to be special, throughout its entire prosecution and pendency, including interference or appeal, if any, only if Petitioner makes a prompt bona fide effort, in response to each Office action, to place the application in condition for allowance, even if it is necessary to conduct an interview with the Examiner to accomplish this purpose.

The Petition is GRANTED to the extent indicated.

Al Lawrence Smith, Director
Patent Examining Group 3500
(703)308-1020

WYATT, GERBER, BURKE AND BADIE
99 Park Avenue
6th Floor
New York, NY 10016

ALS:amb

455

Docket: SES-7

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | |
|---|---|---|
| In re CONTINUATION APPLICATION of: | ) | |
| | ) | |
| Applicants: Yost et al. | ) | Group Art Unit: 2204 |
| Serial No.: 08/663,692 | ) | Examiner: N. Mai |
| Filed: June 14,1996 | ) | |
| | ) | |
| For: REDUCTION OF LEACHABILITY AND SOLUBILITY OF RADIONUCLIDES AND RADIOACTIVE SUBSTANCES IN CONTAMINATED SOILS AND MATERIALS | ) | |

Hon. Commissioner of Patents
and Trademarks
Washington, D.C. 20231

**CERTIFICATE OF MAILING BY "EXPRESS MAIL"**
"EXPRESS MAIL" Mailing Label No. **EH772750776US**
Date of Deposit: October 2, 1997
I hereby certify that this paper is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" Service under 37 C.F.R. § 1.10 on the date indicated above and is addressed to the Commissioner of Patents and Trademarks, Washington, DC 20231, Box Patent Application.
Print Name: Kevin E McDermott
Signature Kevin E. McDermott

**DECLARATION**

I, Kevin E. McDermott, hereby declare as follows:

1. I am the attorney representing Sevenson Environmental Services, Inc., the owner of the present application.

2. My business address is 3 Vanderbilt Drive, Suite E-77 Mineola, New York 11501.

3. As described in the specification, the present invention relates to treatment methods employed to chemically convert heavy metal contaminated soils and solid waste materials to a non-leachable form by mixing the contaminated materials with one or a combination of components.

4. The hazardous waste materials treated by the present invention can cause severe environmental damage if they are allowed to leach into the ground water. Ground water contaminated by heavy metals endanger human health and are known to cause cancer and birth defects.

5. The present invention converts heavy metal contaminated soils and solid waste materials into a non-leachable forms which are geochemically stable for indefinite periods and which comply with EPA standards for non-hazardous materials.

6. The present invention will materially enhance the quality of the environment of mankind by contributing to the remediation of hazardous waste containing materials and maintaining the quality of the ground water.

7. I further declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the present application or any patent issuing thereon.

Dated: October 2, 1997

Kevin E. McDermott
KEVIN E. McDERMOTT

KEM\719

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

#7

In re Application of:
Karl W. Yost et al
SERIAL NO. 08/663,692
FILED: June 14, 1996
FOR: REDUCTION OF LEACHABILITY AND SOLUBILITY OF RADIONUCLIDES AND RADIOACTIVE SUBSTANCES IN CONTAMINATED SOILS AND MATERIALS

DECISION ON REQUEST TO MAKE APPLICATION SPECIAL

This is a decision on your request filed June 14, 1996 to make the above-referenced application special under section 708.02, part V of the Manual of Patent Examining Procedure (MPEP).

The petition complies with all provisions of the MPEP and is GRANTED.

The application is being forwarded to the examiner for accelerated examination consistent with the provisions of section 708.02 of the MPEP.

Charles T. Jordan
Supervisory Patent Examiner
Group Art Unit 2200

OIPE
APR 2 8 1998
PATENT & TRADEMARK OFFICE

#3

Docket No.: SES-7

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | |
|---|---|---|
| In re APPLICATION of: | ) | |
| | ) | |
| Applicants: Pal et al. | ) | Group Art Unit: 3625 |
| Serial No.: 08/942,803 | ) | Examiner: |
| Filed: October 2, 1997 | ) | |
| For: FIXATION AND STABILIZATION OF | ) | |
| METALS IN CONTAMINATED MATERIALS | ) | |

Hon. Commissioner of Patents
and Trademarks
Washington, D.C. 20231

**DECLARATION**

I, Kevin E. McDermott, hereby declare as follows:

1. I am the attorney representing Sevenson Environmental Services, Inc., the owner of the present application.

2. My business address is 3 Vanderbilt Drive, Suite E-77, Mineola, New York 11501.

3. I am a 1989 graduate of St. John's School of Law. I was admitted to the bar in the States of New York and Connecticut in 1990. I am in good standing and eligible to practice in New York and Connecticut. I also am admitted to practice before the United States District Court for the Eastern District of New York and the United States Patent and Trademark Office.

4. As described in the specification, the present invention relates to treatment methods employed to chemically convert leachable metal in metal-bearing solid and liquid waste materials to a non-leachable form by mixing the material with one reagent or a combination of reagents.

5. The hazardous waste materials treated by the present invention include materials having leachable lead, aluminum, arsenic (III), barium, bismuth, cadmium, chromium (III), copper, iron, nickel, selenium, silver and zinc.

6. The hazardous waste materials treated by the present invention can cause severe environmental damage if they are allowed to leach into the ground water. Ground water contaminated by toxic metals endanger human health and are known to cause cancer and birth defects.

7. The present invention converts leachable metals into a non-leachable form which is geochemically stable for indefinite periods and which complies with EPA standards for non-hazardous materials.

8. The present invention will materially enhance the quality of the environment of mankind by contributing to the remediation of hazardous waste containing materials and maintaining the quality of the ground water.

9. I further declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the present application or any patent issuing thereon.

DATED: April 23, 1998

Kevin E. McDermott
KEVIN E. McDERMOTT

KEM\SES-7\102(o)

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

JUN 19 1998

#5

| | |
|---|---|
| In re Application of<br>Dhiraj Pal et al<br>Serial No. 08/942,803<br>Filed: October 2, 1997<br>For: FIXATION AND STABILIZATION OF METALS IN CONTAMINATED MATERIALS | DECISION<br>ON<br>PETITION |

This is in response to the petition filed October 2, 1997, requesting that the above-identified application be granted Special Status under Section 708.02 (V) of the MPEP.

The petition has been considered and found to comply with the requirements set forth under the above-noted section. Accordingly the petition is granted.

Richard V. Fisher
Richard V. Fisher, Director
Technology Center 1700
Chemical and Materials Engineering

Kevin e. McDermott
3 Vanderbilt Drive
Suite E-77
Mineola, NY 11501

O I P E
SEP 27 1999
PATENT & TRADEMARK OFFICE

Docket No.: SES-12

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re APPLICATION of: | ) | |
| Applicants: Pal et al. | ) | Group Art Unit: 3672 |
| Serial No.: 09/340,903 | ) | Examiner: |
| Filed: June 28, 1999 | ) | |
| For: FIXATION AND STABILIZATION OF METALS | ) | |
| IN CONTAMINATED SOILS AND MATERIALS | ) | |

Assistant Commissioner of Patents
Washington, D.C. 20231

**DECLARATION**

I, Kevin E. McDermott, hereby declare as follows:

1. I am the attorney representing Sevenson Environmental Services, Inc., the owner of the present application.

2. My business address is 3 Vanderbilt Drive, Suite E-77, Mineola, New York 11501.

3. I am a 1989 graduate of St. John's School of Law. I was admitted to the bar in the States of New York and Connecticut in 1990. I am in good standing and eligible to practice in New York and Connecticut. I also am admitted to practice before the United States District Court for the Eastern District of New York and the United States Patent and Trademark Office.

4. As described in the specification, the present invention relates to treatment methods employed to chemically convert leachable metal in metal-bearing solid and liquid waste materials to a non-leachable form by mixing the material with one reagent or a combination of reagents.

5. The hazardous waste materials treated by the present invention include materials having leachable lead, aluminum, arsenic (III), barium, bismuth, cadmium, chromium (III), copper, iron, nickel, selenium, silver and zinc.

6. The hazardous waste materials treated by the present invention can cause severe environmental damage if they are allowed to leach into the ground water. Ground water contaminated by toxic metals endanger human health and are known to cause cancer and birth defects.

7. The present invention converts leachable metals into a non-leachable form which is geochemically stable for indefinite periods and which complies with EPA standards for non-hazardous materials.

8. The present invention will materially enhance the quality of the environment of mankind by contributing to the remediation of hazardous waste containing materials and maintaining the quality of the ground water.

9. I further declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the present application or any patent issuing thereon.

DATED: September 21, 1998

[signature]
KEVIN E. McDERMOTT

KEM\SES-12\102(c)

UNITED ATES DEPARTMENT OF COMMERCE
Patent . Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

#9

Kevin E. McDermott
3 Vanderbilt Drive
Suite E-77
Mineola, NY 11501

MAILED
DEC 03 1999
Office of the Director
Group 3600

In re application of
Pal et al.
Serial No.: 09/340,903
Filed: June 28, 1999
For: FIXATION AND STABILIZATION OF METALS IN CONTAMINATED SOILS AND MATERIALS

: DECISION ON PETITION
: TO MAKE SPECIAL

This is in response to the applicant's PETITION TO MAKE SPECIAL UNDER THE *ENVIRONMENTAL QUALITY PROGRAM* 37 CFR 1.102(c) and MPEP § 708.02 V, which was filed in the Patent and Trademark Office on September 27, 1999 with a supplement filed by facsimile transmission on November 16, 1999. Since the requirements of MPEP § 708.02 V have been met, the petition will be GRANTED.

The Examiner is directed (1) to make an interference search for possible interfering applications, (2) to promptly examine this application out of turn, and (3) if any interfering application is discovered, to examine such application simultaneously and state in the first official letter of such application that it is being taken out of turn because of a possible interference.

Petitioner is advised that this application will continue to be special, throughout its entire prosecution and pendency, including interference or appeal, if any, only if Petitioner makes a prompt bona fide effort, in response to each Office action, to place the application in condition for allowance, even if it is necessary to conduct an interview with the Examiner to accomplish this purpose.

The Petition is GRANTED to the extent indicated.

Kenneth Dorner
Special Program Examiner
Group 3600
(703) 308-0866

DJB:djb