**Exhibit 20**

FORMULE ABRÉGÉE ET COMBINÉE DU CONNAISSEMENT DIRECT ET DU CONTRAT DE TRANSPORT DES MESSAGERIES · COMBINATION SHORT FORM OF STRAIGHT BILL OF LADING · EXPRESS SHIPPING CONTRACT

QUADRA

Quadra Chimie Ltée. / Quadra Chemicals Ltd.
370, boul. Joseph-Carrier
Vaudreuil-Dorion (Québec) J7V 5V5
Téléphone : (450) 424-0161
Fax : (450) 424-9458

CACD Responsible Distribution Responsable

TRANSPORTEUR / CARRIER: FORESTVILLE TRANSPORT

IT CORPORATION
1130 CENTRAL AVENUE
ALBANY, NY 12205

| DATE DE COMMANDE · ORDER DATE (M-M / J-D / A-Y) | EXPÉDIEZ LE · SHIP ON (M-M / J-D / A-Y) |
|---|---|
| 03 13 00 | 03 13 00 |
| POINT D'ORIGINE · POINT OF ORIGIN: MONTREAL, QC | N° COMMANDE DU CONSIGNATAIRE · CONSIGNEE'S ORDER NO.: 01-83181 |
| ITINÉRAIRE · ROUTE | N° DU WAGON / REMORQUE / CONT. · TRUCK / TRAILER / CONT. NO.: C00-3 |

QUANTITÉ / QUANTITY | MD DG | CODE DU PRODUIT / PRODUCT CODE | DESCRIPTION | N° DU LOT / LOT NO. | LOC. | POIDS · WEIGHT | FRAIS DE TRANSPORT / FREIGHT CHARGES

** MARCHANDISES DANGEREUSES **
** DANGEROUS GOODS **

Q322-1BULK - PRAYPHOS P5-75% TECH RQ 5000
(1 CAMION CITERNE / 1 TANK TRUCK)

SEND FREIGHT BILL TO: QUADRA CORPORATION
13420 REEVE BLVD. WEST, HUNTERSVILLE, NC 28078

ACIDE PHOSPHORIQUE RQ 5000
PHOSPHORIC ACID

CLASS(E) 8 (9.2)
UN 1805
PACKAGING GROUP(E) D'EMBALLAGE III

| | | |
|---|---|---|
| BRUT / GROSS: | 35,800 | KILOS |
| TARE: | 15,550 | KILOS |
| NET: | 20,250 | KILOS |

SEAL NUMBER: 0038
P.O. NUMBER: 01-83181

SH041265

LES FRAIS SERONT À PERCEVOIR À MOINS D'AVIS CONTRAIRE / FREIGHT CHARGES WILL BE COLLECT UNLESS MARKED PREPAID

SI AU RISQUE DE L'EXPÉDITEUR INDIQUEZ-LE ICI / IF AT CONSIGNOR'S RISK, WRITE OR STAMP HERE

VALEUR DÉCLARÉE / DECLARED VALUE

ENVOI CONTRE REMBOURSEMENT / C.O.D. SHIPMENT

FRAIS DE RECOUVREMENT / COLLECTION CHARGES

À PERCEVOIR / COLLECT

PAYÉS D'AVANCE / PREPAID

MONTANT / AMOUNT C.$

QUANTITÉ TOTALE / TOTAL QUANTITY

ENTENTE SPÉCIALE ENTRE L'EXPÉDITEUR ET LE TRANSPORTEUR, Y FAIRE RÉFÉRENCE / SPECIAL AGREEMENT BETWEEN CONSIGNOR & CARRIER, ADVISE HERE

POIDS TOTAL · TOTAL WEIGHT

FRAIS DE RECOUVREMENT / COLLECT ON CHARGE D.$

PLACARDS REQUISES: CLASSE 8
PLACARDS REQUIRED: CLASS 8

PLAQUES REQUISES / PLACARD REQ'D Y N
4 PLAQUES FOURNIES · 4 PLACARDS SUPPLIED Y N
VERIF. ÉTIQ. SIMDUT / WHMIS LBL CHECKED INIT

TOTAL D.$

À L'ARRIVÉE / INBOUND $

AU DELÀ / BEYOND $

AUTRES (PRÉCISEZ) / OTHERS (SPECIFY) $ $ $

TOTAL DES FRAIS / TOTAL CHARGES $

INTERVENTION D'URGENCE · EMERGENCY RESPONSE
CANUTEC: 1-613-996-6666
PHILIP ENVIRONMENTAL: 1-800-567-7455
24 HEURES / JOUR - 7 JOURS / SEMAINE
24 HOURS / DAY - 7 DAYS / WEEK

TRANSPORTEUR / CARRIER
FORESTVILLE TRANSPORT
PAR / PER [signature]

EXPÉDITEUR / SHIPPER
QUADRA
Quadra Chimie Ltée. / Quadra Chemicals Ltd.
370, boul. Joseph-Carrier, Vaudreuil-Dorion (Québec) J7V 5V5
A/S: MONTANK
5378 est, rue Notre Dame, Montreal, QC
PAR / PER [signature]

CONSIGNATAIRE / CONSIGNEE
IT CORPORATION
PAR / PER [signature]

N° DE CONNAISSEMENT / BILL OF LADING NO.
61297

1 ORIGINAL · NON NÉGOCIABLE (CE CONNAISSEMENT-CONTRAT D'EXPÉDITION EXPRESS DOIT ÊTRE SIGNÉ PAR L'EXPÉDITEUR ET LE VOITURIER)
ORIGINAL · NOT NEGOTIABLE (THIS BILL OF LADING-EXPRESS SHIPPING CONTRACT IS TO BE SIGNED BY THE SHIPPER AND CARRIER)

FORMULE ABRÉGÉE ET COMBINÉE DU CONNAISSEMENT DIRECT ET DU CONTRAT DE TRANSPORT DES MESSAGERIES · COMBINATION SHORT FORM OF STRAIGHT BILL OF LADING · EXPRESS SHIPPING CONTRACT

QUADRA

Chimie Ltée. / Quadra Chemicals Ltd.
370, boul. Joseph-Carrier
Vaudreuil-Dorion (Québec) J7V
Téléphone : (450) 424-0161
Fax : (450) 424-9458

CACD — Respons / Distribut / Respons

TRANSPORTEUR / CARRIER: FORESTVILLE TRANSPORT

CONSIGNÉ:
IT CORPORATION
1130, CENTRAL AVENUE
ALBANY,NY 12205
EIN#94-1259053
**CONTACT KEVIN DUFEK PRIOR TO DELIVERY FOR INSTRUCTIONS 518-482-0237**

| DATE DE COMMANDE · ORDER DATE M-M / J-D / A-Y | EXPÉDIEZ LE · SHIP ON M-M / J-D / A-Y |
|---|---|
| 04/19/2000 | 04/19/2000 |
| POINT D'ORIGINE · POINT OF ORIGIN: MONTREAL, QC | Nº COMMANDE DU CONSIGNATAIRE · CONSIGNEE'S ORDER NO. |
| ITINÉRAIRE · ROUTE | Nº DU WAGON / REMORQUE · CONT. TRUCK / TRAILER / CONT. NO.: C99-4 |

QUANTITÉ / QUANTITY | MO / OG | CODE DU PRODUIT / PRODUCT CODE | DESCRIPTION | Nº DU LOT / LOT NO. | LOC. | POIDS · WEIGHT SAUF CORR. / SUBJ. TO CORR. | FRAIS DE TRANSPORT / FREIGHT CHARGES

** MARCHANDISES DANGEREUSES **
** DANGEROUS GOODS **

Q322-1BULK - PRAYPHOS P5-75% TECH RQ 5000
(1 CAMION CITERNE / 1 TANK TRUCK)

SEND FREIGHT BILL TO: QUADRA CORPORATION
13420 REEVE BLVD. WEST, HUNTERSVILLE, NC 28078

ACIDE PHOSPHORIQUE RQ 5000
PHOSPHORIC ACID

CLASS(E) 8 (9.2)
UN 1805
PACKAGING GROUP(E) D'EMBALLAGE III

| | | |
|---|---|---|
| BRUT / GROSS: | 35,590 | KILOS |
| TARE: | 15,600 | KILOS |
| NET: | 19,990 | KILOS |

SEAL NUMBER: 834
P.O. NUMBER: SH041270

LES FRAIS SERONT À PERCEVOIR À MOINS D'AVIS CONTRAIRE / FREIGHT CHARGES WILL BE COLLECT UNLESS MARKED PREPAID

SI AU RISQUE DE L'EXPÉDITEUR, INDIQUEZ-LE ICI. / IF AT CONSIGNOR'S RISK, WRITE OR STAMP HERE.

VALEUR DÉCLARÉE / DECLARED VALUE

ENVOI CONTRE REMBOURSEMENT / C.O.D. SHIPMENT
FRAIS DE RECOUVREMENT / COLLECTION CHARGES
À PERCEVOIR / COLLECT ☐
PAYÉS D'AVANCE / PREPAID ☐
MONTANT / AMOUNT
C.$

QUANTITÉ TOTALE / TOTAL QUANTITY | ENTENTE SPÉCIALE ENTRE L'EXPÉDITEUR ET LE TRANSPORTEUR, Y FAIRE RÉFÉRENCE / SPECIAL AGREEMENT BETWEEN CONSIGNOR & CARRIER, ADVISE HERE | POIDS TOTAL · TOTAL WEIGHT | FRAIS DE RECOUVREMENT / COLLECTION CHARGES O.$

PLACARDS REQUISES: CLASSE 8
PLACARDS REQUIRED: CLASS 8

PLAQUES REQUISES / PLACARD REQ'D Y N
4 PLAQUES FOURNIES - 4 PLACARDS SUPPLIED Y N
VÉRIF. ÉTIQ. SIMDUT / WHMIS LBL CHECKED INIT

TOTAL D.$
À L'ARRIVÉE / INBOUND $
AU DELÀ / BEYOND $
AUTRES (PRÉCISEZ) / OTHERS (SPECIFY) $ $ $
TOTAL DES FRAIS / TOTAL CHARGES $

INTERVENTION D'URGENCE · EMERGENCY RESPONSE
CANUTEC: 1-613-996-6666
PHILIP ENVIRONMENTAL: 1-800-567-7455
24 HEURES / JOUR - 7 JOURS / SEMAINE
24 HOURS / DAY - 7 DAYS / WEEK

TRANSPORTEUR / CARRIER
FORESTVILLE TRANSPORT
PAR / PER [signature]

EXPÉDITEUR / SHIPPER
QUADRA
Quadra Chimie Ltée. / Quadra Chemicals Ltd.
370, boul. Joseph-Carrier, Vaudreuil-Dorion (Québec) J7V 5V5
S: MONTREAL
5378 est, rue Notre-Dame, Montreal, QC
PER [signature]

CONSIGNATAIRE / CONSIGNEE
IT CORPORATION/ALBANY,NY
PAR / PER [signature]

Nº DE CONNAISSEMENT / BILL OF LADING NO.
61722

1 ORIGINAL · NON NÉGOCIABLE / ORIGINAL · NOT NEGOTIABLE (CE CONNAISSEMENT-CONTRAT D'EXPÉDITION EXPRESS DOIT ÊTRE SIGNÉ PAR L'EXPÉDITEUR ET LE VOITURIER) (THIS BILL OF LADING-EXPRESS SHIPPING CONTRACT IS TO BE SIGNED BY THE SHIPPER AND CARRIER)

FORMULE APPROUVÉE ET COMBINÉE DU CONNAISSEMENT DIRECT ET DU CONTRAT DE TRANSPORT DES MESSAGERIES - COMBINATION SHORT FORM OF STRAIGHT BILL OF LADING - EXPRESS SHIPPING CONTRACT

QUADRA

Quadra Chimie Ltée.
Quadra Chemicals Ltd.
370, boul. Joseph-Carrier
Vaudreuil-Dorion (Québec) J7V 5V5
Téléphone : (450) 424-0161
Fax : (450) 424-9458

CACD

TRANSPORTEUR / CARRIER: FORESTVILLE TRANSPORT

CONSIGNÉ:
IT CORPORATION
1130 CENTRAL AVENUE
ALBANY,NY 12205
EIN#94-1259053
CONTACT KEVIN DUFEK PRIOR TO DELIVER FOR INSTRUCTIONS
(518)482-0237

DATE DE COMMANDE - ORDER DATE (M-M / J-D / A-Y): 01/31/00

EXPÉDIEZ LE - SHIP ON (M-M / J-D / A-Y): 01/31/00

POINT D'ORIGINE - POINT OF ORIGIN: MONTREAL, QC

N° COMMANDE DU CONSIGNATAIRE - CONSIGNEE'S ORDER NO.: 01-77451

ITINÉRAIRE - ROUTE

N° DU WAGON / REMORQUE - CONT. TRUCK / TRAILER / CONT. NO: C99-4

QUANTITÉ / QUANTITY | MD / DG | CODE DU PRODUIT / PRODUCT CODE | DESCRIPTION | N° DU LOT / LOT NO. | LOC | POIDS - WEIGHT SUBJ. TO CORR. | FRAIS DE TRANSPORT / FREIGHT CHARGES

** MARCHANDISES DANGEREUSES **
** DANGEROUS GOODS **

Q322-1BULK - PRAYPHOS P5-75% TECH RQ 5000
(1 CAMION CITERNE / 1 TANK TRUCK)

SEND FREIGHT BILL TO: QUADRA CORPORATION
13420 REEVE BLVD. WEST, HUNTERSVILLE, NC 28078

ACIDE PHOSPHORIQUE RQ 5000
PHOSPHORIC ACID

CLASS(E) 8 (9.2)
UN 1805
PACKAGING GROUP(E) D'EMBALLAGE III

| | | |
|---|---|---|
| BRUT / GROSS: | 36,130 | KILOS |
| TARE: | 15,660 | KILOS |
| NET: | 20,470 | KILOS |

SEAL NUMBER: 4730
P.O. NUMBER: 01-77451

SH041275

**MUST DELIVER:FEB 01/2000**

LES FRAIS SERONT À PERCEVOIR À MOINS D'AVIS CONTRAIRE - FREIGHT CHARGES WILL BE COLLECT UNLESS MARKED PREPAID

SI AU RISQUE DE L'EXPÉDITEUR, INDIQUEZ-LE ICI / IF AT CONSIGNOR'S RISK WRITE OR STAMP HERE.

VALEUR DÉCLARÉE / DECLARED VALUE

ENVOI CONTRE REMBOURSEMENT / C.O.D. SHIPMENT
FRAIS DE RECOUVREMENT / COLLECTION CHARGES
À PERCEVOIR / COLLECT
PAYÉS D'AVANCE / PREPAID
MONTANT / AMOUNT C.$

QUANTITÉ TOTALE / TOTAL QUANTITY

ENTENTE SPÉCIALE ENTRE L'EXPÉDITEUR ET LE TRANSPORTEUR Y FAIRE RÉFÉRENCE / SPECIAL AGREEMENT BETWEEN CONSIGNOR & CARRIER, ADVISE HERE

POIDS TOTAL - TOTAL WEIGHT

FRAIS DE RECOUVREMENT - COLLECTION CHARGES: O.$

PLACARDS REQUISES: CLASSE 8
PLACARDS REQUIRED: CLASS 8

PLAQUES REQUISES / PLACARD REQ'D Y N
4 PLAQUES FOURNIES - 4 PLACARDS SUPPLIED Y N
VÉRIF. ÉTIQ. SIMDUT / WHMIS LBL CHECKED INIT.

TOTAL D.$
À L'ARRIVÉE / INBOUND $
AU DELÀ / BEYOND $
AUTRES (PRÉCISEZ) / OTHERS (SPECIFY) $ $ $
TOTAL DES FRAIS / TOTAL CHARGES $

INTERVENTION D'URGENCE - EMERGENCY RESPONSE
CANUTEC: 1-613-996-6666
PHILIP ENVIRONMENTAL: 1-800-567-7455
24 HEURES / JOUR - 7 JOURS / SEMAINE
24 HOURS / DAY - 7 DAYS / WEEK

TRANSPORTEUR / CARRIER
FORESTVILLE TRANSPORT
PAR / PER [signature]

EXPÉDITEUR / SHIPPER
QUADRA
Quadra Chimie Ltée. / Quadra Chemicals Ltd.
370, boul. Joseph-Carrier, Vaudreuil-Dorion (Québec) J7V 5V5
[signature]
/S: MONTANK
5378 est, rue Notre Dame, Montreal, QC
PER

CONSIGNATAIRE / CONSIGNEE
IT CORPORATION/ALBANY NY
PAR / PER [signature]

N° DE CONNAISSEMENT / BILL OF LADING NO
60840

1 ORIGINAL - NON NÉGOCIABLE (CE CONNAISSEMENT-CONTRAT D'EXPÉDITION EXPRESS DOIT ÊTRE SIGNÉ PAR L'EXPÉDITEUR ET LE VOITURIER)
ORIGINAL - NOT NEGOTIABLE (THIS BILL OF LADING-EXPRESS SHIPPING CONTRACT IS TO BE SIGNED BY THE SHIPPER AND CARRIER)