# Exhibit 21

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **SEVENSON ENVIRONMENTAL SERVICES, INC.,** Plaintiff, vs. **THE UNITED STATES,** Defendant, and **SHAW ENVIRONMENTAL, INC.,** Defendant-Intervenor. | **Case No.: 05-1075C** **Judge Thomas C. Wheeler** |

DECLARATION OF NICHOLAS J. BATES

I, **Nicholas J. Bates**, state and declare as follows:

1. I am the Chief Operating Officer of Prayon, Inc., located at 1610 Marvin Griffin Road, Augusta, Georgia.
2. I am over 18 years of age and am competent to make this Declaration. I make this Declaration based on my own personal knowledge and experience. If called as a witness, I could truthfully and competently testify to the matters stated in this Declaration.
3. I have been employed by the Prayon Group since 1999. The Prayon Group manufactures a wide variety of phosphate chemicals across the globe. Prayon, Inc. is a fully owned subsidiary of the Prayon Group, and was established in the year 2000.
4. As the Chief Operating Officer, I am familiar with the products Prayon manufactures, including where products are manufactured.

5. Prayphos P5 is a phosphoric acid manufactured by Prayon. Attachment 1 is a true and accurate copy of Prayon's Product Specification Data Sheet for Prayphos P5. As Attachment 1 shows, Prayphos P5 is manufactured at Prayon's facility in Puurs, Belgium.
6. Prayon does not manufacture Prayphos P5 in the United States.
7. Quadra Chemicals Ltd. is one of Prayon's distributors. Quadra receives Prayphos P5 from Prayon's Belgium facility, and stores Prayphos P5 in a large tank at Quadra's Montreal, Quebec facility.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 10, 2007, at 1610 Marvin Griffin Road, Augusta, Georgia.

____________________

Signed **Nicholas J. Bates.**

PRAYON

Edition n° 4
Date: June 2003
Page 1 / 2

ATTACHMENT 1

# PRAYPHOS P5

## Purified Phosphoric Acid

## PRODUCT SPECIFICATION DATA SHEET

Meets the US Food Chemicals Codex Specifications (Edition IV, 1996) and the requirements of the EEC regulation (Appendix L292 dated 28.10.2002 of the directive 2002/82).

### Description

| | | |
|---|---|---|
| Synonym | Orthophosphoric acid | |
| Chemical formula | $H_3PO_4$ | |
| Molecular weight | 98.0 | |
| International codification | CAS N°: 7664-38-2<br>E N°: E 338 | EINECS N°: 231-633-2<br>Customs duty n°: 28 09 20 00 |

### Product characteristics

| Appearance | Colourless, odourless, transparent syrupy liquid | | | | | Method |
|---|---|---|---|---|---|---|
| Grades (1) $H_3PO_4$ % (- 0.3, + 0.5) | 75.0 | 80.0 | 81.5 | 85.0 | | PLC 10 – Paar density<br>PLC 11<br>PLC 20 – Skalar |
| Chemical properties | Unit | Specification | | Typical analysis | | |
| F | ppm | 10 | max | | 7 | PLC 14 – Direct potentiometry |
| Fe | ppm | 10 | max | | 7 | PICP 01 – ICP* |
| As | ppm | 0,5 | max | | 0,3 | PICP 04 – ICP* |
| Hg (2) | ppm | 0,01 | max | < | 0,01 | PICP 01 – ICP* |
| Pb | ppm | 0,5 | max | < | 0,1 | PICP 01 – ICP* |
| Cd | ppm | 0,2 | max | < | 0,1 | PICP 01 – ICP* |
| Cu | ppm | 1 | max | | 0,3 | PICP 01 – ICP* |
| Ni | ppm | 2 | max | | 0,4 | PICP 01 – ICP* |
| Heavy metals (as Pb) | ppm | 5 | max | | 2,5 | PLC 08 – FCC test |
| Cl | ppm | 20 | max | < | 5 | PLC 04 – Titrimetry |
| $SO_4$ | ppm | 350 | max | | 230 | PICP 01 – ICP* |

(1) Other grades and concentrations are available on request
(2) Trimestrial statistical analysis
* ICP: Inductively Coupled Plasma

### Physical properties

| $H_3PO_4$ Concentration | $P_2O_5$ | Density | Freezing Point | Boiling Point | Viscosity | Weight of acid | Volume of acid |
|---|---|---|---|---|---|---|---|
| % | % | g/ml @ 20°C | °C | °C | cP @ 30°C | For 1mT P2O5 (mT) | For 1 mT P2O5 (m³) |
| 75.0 | 54.3 | 1.578 | - 20 | 135 | 16 | 1.842 | 1.169 |
| 80.0 | 58 | 1.631 | + 4 | 150 | 21 | 1.724 | 1.057 |
| 81.5 | 59 | 1.648 | + 7 | 152 | 25 | 1.695 | 1.029 |
| 85.0 | 61.5 | 1.689 | + 21 | 158 | 32 | 1.626 | 0.963 |

PRAYON S.A.
BU PHOSPHATES
RUE JOSEPH WAUTERS 120
B-4480 ENGIS (BELGIUM)

TEL +32 4 273 96 81
FAX +32 4 275 68 36
E-M comxromboux@prayon.be

PRAYON

Edition n° 4
Date: June 2003
Page 2 / 2

# PRAYPHOS P5

## Purified Phosphoric Acid

| | |
|---|---|
| **Storage** | *Bulk storage only in SS 316 LC tanks or rubber lined vessels* |
| **Standard packagings** | ▪ Bulk deliveries : Road and rail tankers, lighters and ISO containers of steel lined with ebonite or of stainless steel.<br>▪ 20 - 30 - 60 or 220 litres HDPE drums.<br>▪ 200 litres steel drums with inner PE bags.<br>▪ 1000 litres plastic containers on pallets. |

**Main applications**

| FOOD INDUSTRY | NON-FOOD INDUSTRY |
|---|---|
| - Acidulant in soft drinks<br>- Purification and processing of drinking water<br>- Cane sugar refining<br>- Vegetable oil degumming<br>- Yeast nutritient<br>- Production of food grade phosphate salts<br>- Pharmaceutical industry<br>- Pet food | - Textile and fibre industries<br>- Anti freeze<br>- Production of foliar fertilizers and water soluble fertilzers<br>- Production of I&I cleaners and detergents<br>- Metal treatment (metal cleaning, phosphatizing, electroplating, ...)<br>- Production of phosphate salts<br>- Water treatment<br>- Activated carbon<br>- Enamels industry<br>- Fermentation processes (MSG, penicillin, ...)<br>- Manufacture of caprolactam<br>- Production of pigments<br>- Refactories ceramics and iron foundry |

**Place of production:** Puurs (Belgium)

| | | | |
|---|---|---|---|
| **ISO 9000 Certified** | **KOSHER Certified** | **HALAL Certified** | **NSF Approved By UL Labs (MH26736)** |

In order to achieve ongoing production improvements, we reserve the right to modify, with advance notice, the characteristics of our products. We recommend that you check regularly to ensure that this version is still current. In case of any dispute, the reference document will be the one kept by **PRAYON**.

*Our purified phosphoric acid meet the requirements of current European Community regulations (Council Directives 96/77/CE).*

It is guaranteed GMO free, Dioxin free and free from allergens on the ALBA list. Our phosphoric acid is of mineral origin and does not contain any animal matter. No animal derived materials are used during manufacturing.

PRAYON S.A.
BU PHOSPHATES
RUE JOSEPH WAUTERS 120
B-4480 ENGIS (BELGIUM)

TEL +32 4 273 96 81
FAX +32 4 275 68 36
E-M comxromboux@prayon.be