# In the United States Court of Federal Claims

No. 05-1075C
(Filed: August 15, 2007)

| | |
|---|---|
| ****************************************** | * |
| | * |
| SEVENSON ENVIRONMENTAL SERVICES, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant, | * |
| | * |
| and | * |
| | * |
| SHAW ENVIRONMENTAL, INC., | * |
| | * |
| Defendant-Intervenor. | * |
| | * |
| ****************************************** | * |

**ORDER**

As mutually agreed with counsel, the Court shall hear oral argument on the parties' July 2, 2007 dispositive motions. Oral argument shall be heard on September 12, 2007 at 9:30 AM at the National Courts Building, 717 Madison Place, N.W., Washington, D.C.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge