**IN THE UNITED STATES COURT
OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SEVENSON ENVIRONMENTAL SERVICES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-1075C |
| | ) | Judge Thomas C. Wheeler |
| THE UNITED STATES | ) | |
| Defendant | ) | |
| and | ) | |
| SHAW ENVIRONMENTAL, INC., | ) | |
| Defendant-Intervenor. | ) | |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL CITATION OF AUTHORITY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY ADJUDICATION RELATING TO INFRINGEMENT OF JULY 30, 2007**

Defendant hereby moves to supplement its Opposition to Plaintiff's Motion for Partial Summary Adjudication Relating to Infringement of July 30, 2007, with citation to the opinion of the United States Court of Appeals for the Federal Circuit in *Ormco Corp. v. Align Tech., Inc.*, No. 06-1240, Slip Op. at 6–16 (Fed. Cir. Aug. 24, 2007) (discussing the effect of prosecution history disclaimer in limiting scope of claims). We will provide argument as to the relevance of this case – particularly, in light of the assertions in plaintiff's reply brief – during the oral argument.

The slip opinion is attached for the convenience of the Court and plaintiff.

Respectfully Submitted,

Dated: August 27, 2007

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

s/ Joshua B. Brady
JOSHUA B. BRADY
Attorney
Civil Division
U.S. Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0285
Facsimile: (202) 307-0345

OF COUNSEL:
Susan Mitchell
Attorney
U.S. Department of Justice

Attorneys for Defendant the United States

Dated: August 27, 2007

s/ Russel O. Primeaux
Russel O. Primeaux
Kean Miller Hawthorne D'Armond
McCowan & Jarman LLP
One American Place, 22nd Floor, P.O. Box 3513
Baton Rouge, LA 70821-3513
(225) 387-0999
Russel.Primeaux@keanmiller.com
Attorney for Intervenor-Defendant Shaw Environmental, Inc.