**IN THE UNITED STATES COURT
OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SEVENSON ENVIRONMENTAL SERVICES, INC., Plaintiff, | ) | |
| v. | ) | No. 05-1075C |
| THE UNITED STATES Defendant | ) | Judge Thomas C. Wheeler |
| and | ) | |
| SHAW ENVIRONMENTAL, INC., Defendant-Intervenor. | ) | |

Electronically Filed on October 11, 2007

**JOINT MOTION FOR ENLARGEMENT OF TIME**

Plaintiff Sevenson Environmental Services, Inc., defendant the United States, and defendant-intervenor Shaw Environmental, Inc. hereby jointly move for an enlargement of time to respond to the Court's September 27, 2007 Order on Cross-Motions for Summary Judgment. The Court has ordered the parties to file a Joint Status Report on or before October 11, 2007.

The parties request additional time both to re-visit the possibility of settlement and also to properly plan for the discovery necessary for a trial on infringement and defenses. Therefore, the parties respectfully request leave of Court to file a Joint Status Report on or before Friday, November 9, 2007.

Respectfully submitted,

Dated: __October 11, 2007_____

__s/ Brian E. Ferguson_by s/ Joshua B. Brady_

Brian E. Ferguson
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, D.C. 20005
(202) 756-8000
bferguson@mwe.com

WEBSTER SZANYI LLP
Kevin A. Szanyi
Nelson Perel
Todd M. Schiffmacher
1400 Liberty Building
Buffalo, New York 14202
(716) 842-2800
nperel@websterszanyi.com

Attorneys for Plaintiff, Sevenson Environmental Services, Inc.

Dated: __October 10, 2007_____

PETER D. KEISLER
Assistant Attorney General

JOHN J. FARGO
Director

___s/ Joshua B. Brady______________________

JOSHUA B. BRADY
Attorney
Civil Division
U.S. Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0285
Facsimile: (202) 307-0345

Attorneys for Defendant the United States

OF COUNSEL:
Susan Mitchell
Attorney
U.S. Department of Justice

Dated: __October 10, 2007______

__s/ Russel O. Primeaux_by s/ Joshua B. Brady___

Russel O. Primeaux
Kean Miller Hawthorne D'Armond
McCowan & Jarman LLP
One American Place, 22nd Floor
Post Office Box 3513
Baton Rouge, LA 70821-3513
(225) 387-0999
Russel.Primeaux@keanmiller.com

Attorney for Shaw Environmental, Inc.