# In the United States Court of Federal Claims

No. 05-1075C

(Filed: November 19, 2007)

```
****************************************** *
                                           *
SEVENSON ENVIRONMENTAL SERVICES, INC.,     *
                                           *
                    Plaintiff,             *
                                           *
 v.                                        *
                                           *
THE UNITED STATES,                         *
                                           *
                    Defendant.             *
                                           *
                    and                    *
                                           *
SHAW ENVIRONMENTAL, INC.,                  *
                                           *
                    Defendant-Intervenor.  *
                                           *
****************************************** *
```

SCHEDULING ORDER

The Court has reviewed the Joint Status Report and proposed schedules submitted by the parties on November 9, 2007. The Court has concluded that discovery should be limited to the Colonie, New York site, and that damages issues should be deferred until after the determination of all claims and defenses relating to infringement. The pretrial schedule shall be as follows:

1. All fact discovery shall be completed on or before July 31, 2008.

2. The parties shall exchange initial expert reports on or before August 29, 2008, and rebuttal expert reports on or before September 26, 2008. All expert depositions and other expert discovery shall be completed on or before October 31, 2008.

3. The Court will conduct a telephonic Pretrial Conference on Friday, November 7, 2008 at 10:00 AM (EST) to establish a schedule for further pretrial submissions, and a date for the commencement of trial. The Court will circulate a draft Pretrial Order in advance of this conference for the parties' consideration.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge