**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SEVENSON ENVIRONMENTAL SERVICES, INC.,<br>Plaintiff,<br>v.<br>THE UNITED STATES<br>Defendant<br>and<br>SHAW ENVIRONMENTAL, INC.,<br>Defendant-Intervenor. | No. 05-1075C<br>Judge Thomas C. Wheeler |

**STIPULATION FOR THE ENTRY OF JUDGMENT**

For the purpose of settling and compromising this action, Sevenson Environmental Services, Inc. (Sevenson), defendant, the United States (the government), and defendant-intervenor Shaw Environmental, Inc. (Shaw) stipulate to the following:

1. Sevenson is the sole owner of United States Patent Nos. 5,527,982 ('982 patent); 5,732,367 ('367 patent); 5,916,123 ('123 patent); 5,994,608 ('608 patent); 6,139,485 ('485 patent); and has brought this action pursuant to 28 U.S.C. § 1498(a) seeking reasonable and entire compensation for the alleged unauthorized use or manufacture by or for the government of the inventions claimed in these patents.

2. Sevenson is the sole owner of United States Patent Nos. 5,569,155 ('155 patent); 6,291,736 ('736); 6,258,018 ('018 patent); 6,635,796 ('796 patent); 6,309,337 ('337 patent)

3. Sevenson has submitted a written offer to the government to settle this action by fully releasing the government from all liability for any and all use by or for the government, throughout the world, of any subject matter claimed in the '982, '367, '123, '608, '485, '155,

'736, '018, '796, and '337 patents, and any related patent, up to the date of entry of judgment, and grant the government a worldwide, non-exclusive, irrevocable, fully paid-up license for any manufacture, use or sale by or for the government of any subject matter claimed or disclosed in any patent(s) and after-acquired patent(s) in the field of stabilizing heavy metals and/or radioactive substances using phosphate-based methods including but not limited to (i) the '936,''982, '367, '123, '608, '485, '155, '736, '018, '796, and '337 patents, and (ii) any patents or applications claiming priority to such patents.

4. The government, by its authorized representative of the Attorney General, has duly agreed to accept this offer.

5. In consideration for this Stipulation for Entry of Judgment and the release set forth in ¶ 3 above, the parties have agreed that judgment in this action to be entered in favor of Sevenson and against the government for the total lump sum of One-Hundred Ninety-three Thousand and Five Hundred Dollars ($193,500.00).

6. In accordance with the terms of the offer and the acceptance and to secure the performance thereof, the government, by its authorized representative of the Attorney General, Sevenson and Shaw hereby enter into this Stipulation to be filed in the above-identified action for the purpose of causing a final judgment to be entered against the government in accordance with the terms set forth above.

7. The parties agree to bear their own costs and attorneys' fees.

8. In the event that the Court declines to enter judgment in accordance with this stipulation, in whole or in part, the stipulation shall be void, and without prejudice to any party.

Respectfully submitted,

Dated: Jan. 28, 2008

Brian E. Ferguson
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, D.C. 20005
(202) 756-8000
bferguson@mwe.com

WEBSTER SZANYI LLP
Kevin A. Szanyi
Nelson Perel
Todd M. Schiffmacher
1400 Liberty Building
Buffalo, New York 14202
(716) 842-2800
nperel@websterszanyi.com

Attorneys for Plaintiff, Sevenson Environmental Services, Inc.

Dated: Jan. 28, 2008

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOHN J. FARGO
Director
(Authorized representative of the Attorney General)

JOSHUA B. BRADY
Attorney
Civil Division
U.S. Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0285
Facsimile: (202) 307-0345

Attorneys for Defendant the United States

OF COUNSEL:
Susan Mitchell
Assistant Director
U.S. Department of Justice

Dated: January 28, 2008

Russel O. Primeaux
Kean Miller Hawthorne D'Armond
McCowan & Jarman LLP
One American Place, 22nd Floor
Post Office Box 3513
Baton Rouge, LA 70821-3513
(225) 387-0999
Russel.Primeaux@keanmiller.com

Attorney for Defendant-Intervenor Shaw
Environmental, Inc.