# In the United States Court of Federal Claims

No. 05-1075C

(Filed: February 5, 2008)

| | |
|---|---|
| *************************************** | * |
| | * |
| SEVENSON ENVIRONMENTAL SERVICES, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant, | * |
| | * |
| and | * |
| | * |
| SHAW ENVIRONMENTAL, INC., | * |
| | * |
| Defendant-Intervenor. | * |
| | * |
| *************************************** | * |

ORDER FOR ENTRY OF JUDGMENT

The Clerk is requested to enter Judgment for Plaintiff based upon the parties' January 28, 2008 Stipulation for the Entry of Judgment.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge