# In the United States Court of Federal Claims

**No. 05-1075 C**

**SEVENSON ENVIRONMENTAL SERVICES, INC.,**
**Plaintiff,**

**JUDGMENT**

**v.**

**THE UNITED STATES**,
**Defendant,**
**and**

**SHAW ENVIRONMENTAL, INC.,**
**Defendant-Intervenor**.

Pursuant to the stipulation for entry of judgment, filed January 28, 2008, and the court's February 5, 2008 Order for Entry of Judgment,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $193,500.00. Each party shall bear its own costs and attorneys' fees.

John S. Buckley
Acting Clerk of Court

**February 27, 2008** By: s/Lisa L. Reyes

Deputy Clerk