COPY

United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

February 29, 2008

Brian Edward Ferguson, Esq.

McDermott Will & Emery

600 13th Street, NW

Washington, DC 20002

In re: Sevenson Environmental Services, Inc. v. United States, No. 05-1075 C

Dear Mr. Ferguson:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated February 27, 2008, in favor of plaintiff.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. Reyes

Lisa L. Reyes

Chief Deputy Clerk of Operations

Enclosures

cc: Joshua Bryson Brady, Esq., Dept. Of Justice